| | |
|---|---|
| Marc Van Der Hout (Cal. Bar #80778) | Conor T. Fitzpatrick (Mich. Bar #P78981)* |
| Johnny Sinodis (Cal. Bar #290402) | Daniel A. Zahn (D.C. Bar #90027403)* |
| Oona Cahill (Cal. Bar #354525) | **FOUNDATION FOR INDIVIDUAL** |
| **VAN DER HOUT LLP** | **RIGHTS AND EXPRESSION (FIRE)** |
| 360 Post Street, Suite 800 | 700 Pennsylvania Avenue SE, Suite 340 |
| San Francisco, CA 94108 | Washington, DC 20003 |
| Telephone: (415) 981-3000 | Telephone: (215) 717-3473 |
| Facsimile: (415) 981-3003 | Email: conor.fitzpatrick@thefire.org |
| Email: ndca@vblaw.com | Email: daniel.zahn@thefire.org |

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL**
**RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Pro hac vice application pending

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE, <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, <br><br> *Defendants*. | Case No. 5:25-cv-06618 <br><br> **DECLARATION OF CONOR FITZPATRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PRELIMINARY FACTUAL FINDINGS AND LEGAL CONCLUSIONS** |

1     I, Conor Fitzpatrick, declare as follows:

2     1. I am a Supervising Senior Attorney at the Foundation for Individual Rights and Expression (FIRE). I am a licensed attorney in good standing in Michigan and the District of Columbia, and I appear on behalf of Plaintiffs in the present case. My pro hac vice application to this Court is pending.

2. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction and preliminary factual findings and legal conclusions.

3. Attached as **Exhibit A** to this declaration is a true and accurate copy of an article titled "Trump Told Donors He Will Crush Pro-Palestinian Protests, Deport Demonstrators" published by the *Washington Post* on May 27, 2024. The article is available at https://www.washingtonpost.com/politics/2024/05/27/trump-israel-gaza-policy-donors/ [https://perma.cc/NQ6B-WQ27].

4. Attached as **Exhibit B** to this declaration is a true and accurate copy of an article titled "Trump, Citing Hamas Attacks, Vows Sweeping Immigration Crackdown If Elected" published by CNN on October 17, 2023. The article is available at https://www.cnn.com/2023/10/16/politics/trump-immigration-crackdown [https://perma.cc/NY4V-JTAW].

5. Attached as **Exhibit C** to this declaration is a true and accurate copy of a fact sheet titled "Fact Sheet: President Donald J. Trump Takes Forceful and Unprecedented Steps to Combat Anti-Semitism" published by the White House on January 30, 2025. The fact sheet is available at https://www.whitehouse.gov/fact-sheets/2025/01/fact-sheet-president-donald-j-trump-takes-forceful-and-unprecedented-steps-to-combat-anti-semitism/ [https://perma.cc/GY4H-7ASR].

6. Attached as **Exhibit D** to this declaration is a true and accurate copy of excerpts from the first volume of trial transcripts recording testimony heard on July 18, 2025, in *American Association of University Professors v. Rubio*, No. 25-cv-10685 (D. Mass.). The full volume of trial transcripts is available at https://knightcolumbia.org/documents/qov536jek1 [https://perma.cc/S854-PXXK].

-1-

DECLARATION OF CONOR FITZPATRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION      CASE NO. 5:25-cv-06618

7. Attached as **Exhibit E** to this declaration is a true and accurate copy of an X post published by Marco Rubio on March 9, 2025. The post is available at https://x.com/marcorubio/status/1898858967532441945?lang=en [https://perma.cc/726Z-VT4Z].

8. Attached as **Exhibit F** to this declaration is a true and accurate copy of a Truth Social post published by Donald Trump on March 10, 2025. The post is available at https://truthsocial.com/@realDonaldTrump/posts/114139222625284782 [https://perma.cc/6VPC-AESU].

9. Attached as **Exhibit G** to this declaration is a true and accurate copy of an article titled "Op-Ed: Try Again, President Kumar: Renewing Calls for Tufts to Adopt March 4 TCU Senate Resolutions" published by the Tufts Daily on March 26, 2024. The article is available at https://www.tuftsdaily.com/article/2024/03/4ftk27sm6jkj [https://perma.cc/APL5-PSHG].

10. Attached as **Exhibit H** to this declaration is a true and accurate copy of an X post published by Tricia McLaughlin on May 8, 2025. The post is available at https://x.com/TriciaOhio/status/1920485393390027131 [https://perma.cc/5ZJ3-4VUU].

11. Attached as **Exhibit I** to this declaration is a true and accurate copy of the Canary Mission's "Our Mission" webpage from July 29, 2025. It is available at https://canarymission.org/about [https://perma.cc/69DB-REX3].

12. Attached as **Exhibit J** to this declaration is a true and accurate copy of the second volume of trial transcripts recording testimony heard on July 9, 2025, in *American Association of University Professors v. Rubio*, No. 25-cv-10685 (D. Mass.). The trial transcripts are available at https://knightcolumbia.org/documents/nuqkur34f7 [https://perma.cc/PCL4-6YTQ].

13. Attached as **Exhibit K** to this declaration is a true and accurate copy of excerpts from the first volume of trial transcripts recording testimony heard on July 9, 2025, in *American Association of University Professors v. Rubio*, No. 25-cv-10685 (D. Mass.). The full volume trial transcripts is available at https://knightcolumbia.org/documents/1ouo2w6t6b [https://perma.cc/98ZJ-XJZD].

-2-

DECLARATION OF CONOR FITZPATRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION                                    CASE NO. 5:25-cv-06618

14. Attached as **Exhibit L** to this declaration is a true and accurate copy of the Canary Mission's "Mahmoud Khalil" webpage on July 29, 2025. It is available at https://canarymission.org/individual/Mahmoud_Khalil [https://perma.cc/5MPG-P7XU].

15. Attached as **Exhibit M** to this declaration is a true and accurate copy of the Canary Mission's "Rumeysa Ozturk" webpage on July 29, 2025. It is available at https://canarymission.org/individual/Rumeysa_Ozturk [https://perma.cc/V2W9-VZK3].

16. Attached as **Exhibit N** to this declaration is a true and accurate copy of the Canary Mission's "Mohsen Mahdawi" webpage on July 29, 2025. It is available at https://canarymission.org/individual/Mohsen_Mahdawi [https://perma.cc/JF5M-9REQ].

17. Attached as **Exhibit O** to this declaration is a true and accurate copy an X post published by Stephen Miller on July 29, 2025. It is available at https://x.com/stephenm/status/1950362892210934097?s=46&t=eLEzecAjUUXflGoCfzCXow [https://perma.cc/U9JN-FQK7].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2025.

Conor Fitzpatrick

-3-
DECLARATION OF CONOR FITZPATRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION                                CASE NO. 5:25-cv-06618