AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-06618-NW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marco Rubio, Secretary of State

was received by me on *(date)* 08/06/2025

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify):* On 08/08/2025, I served a copy of the following documents via USPS Certified Mail on Defendant Marco Rubio and the United States Attorney General: Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement, civil docket for case no. 5:25-cv-06618-NW, and all documents filed on the docket as of the date of mailing, including the summons and complaint. Attached are the USPS certified mail receipts and delivery confirmations.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 08/11/2025

*Server's signature*

M. Katherine Parker, Paralegal
*Printed name and title*

Foundation for Individual Rights and Expression (FIRE)
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003

*Server's address*

Additional information regarding attempted service, etc:

Pursuant to FRCP 4(i)(1)(A)(i), Plaintiffs caused a copy of the same to be served via process server on the United States Attorney for the Northern District of California on 08/08/2025. A proof of that service is included in this filing.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20522   OFFICIAL USE

Certified Mail Fee  $5.30       0270
                                 26

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $11.00

Total Postage and Fees   08/08/2025
$16.30

Sent To: EXECUTIVE OFFICE OF THE LEGAL ADVISER
Street and Apt. No., or PO Box No.: 600 19TH STREET NW, SUITE 5.600
City, State, ZIP+4®: WASHINGTON, DC 20522

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking: 9589 0710 5270 1790 4821 58

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20530   OFFICIAL USE

Certified Mail Fee  $5.30       0270
                                 26

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $11.00

Total Postage and Fees   08/08/2025
$16.30

Sent To: U.S. DEPARTMENT OF JUSTICE
Street and Apt. No., or PO Box No.: 950 PENNSYLVANIA AVE. NW
City, State, ZIP+4®: WASHINGTON, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking: 9589 0710 5270 1790 4821 72

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701790482158

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 5:53 am on August 11, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20521
August 11, 2025, 5:53 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

**Tracking Number:**

Remove ✕

## 9589071052701790482172

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was picked up at the post office at 5:11 am on August 11, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
August 11, 2025, 5:11 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Attorney or Party without Attorney:<br>Colin P. McDonell, Esq.<br>FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)<br>510 Walnut Street Suite 900<br>Philadelphia, PA 19106<br>Telephone No: 215-717-3473<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>Stanford v Rubio | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>USDC Northern District of California, San Jose Division |
|---|
| Plaintiff: THE STANFORD DAILY PUBLISHING CORPORATION, et al.<br>Defendant: MARCO RUBIO, et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:25-cv-06618-NW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; ADMINISTRATIVE MOTION TO PROCEED PSEUDONYMOUSLY; [PROPOSED] ORDER GRANTING DOE PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED PSEUDONYMOUSLY; PLAINTIFF THE STANFORD DAILY PUBLISHING CORPORATION'S RULE 7.1 DISCLOSURE AND L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS; PLAINTIFF JANE DOE'S L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS; PLAINTIFF JOHN DOE'S L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AND PRELIMINARY FACTUAL FINDINGS AND LEGAL CONCLUSIONS; [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF CONOR FITZPATRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PRELIMINARY FACTUAL FINDINGS AND LEGAL CONCLUSIONS; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUMMONS IN A CIVIL ACTION [PROPOSED]; SUMMONS IN A CIVIL ACTION [PROPOSED]; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CIVIL DOCKET FOR CASE #: 5:25-CV-06618-NW

3. a. Party served:    MARCO RUBIO, in his official capacity as Secretary of State
   b. Person served:  Kathy Terry, Paralegal, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   450 Golden Gate Avenue, San Francisco, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Aug 08 2025 (2) at: 11:32 AM

6. **Person Who Served Papers:**
   a. Avelino de Avila-Gomez (1654, Alameda County)
   b. FIRST LEGAL
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

   d. *The Fee* for Service was:

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

08/11/2025
(Date)

*(Signature)*

PROOF OF SERVICE

*13892487*
*(410774)*