Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (Mich. Bar #P78981)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@thefire.org
Email: daniel.zahn@thefire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**CERTIFICATE OF SERVICE REGARDING MOTION FOR PRELIMINARY INJUNCTION AND OTHER FILINGS** |

1    Plaintiffs The Stanford Daily Publishing Corporation, Jane Doe, and John Doe attest that on August 8, 2025, they served a copy of the following on Defendants Rubio and Noem alongside the Complaint and Summons: Administrative Motion to Proceed Pseudonymously (Dkt. No. 2); Proposed Order (Dkt. No. 2-1); Proposed Summons (Dkt. No. 3); Proposed Summons (Dkt. No. 4); Certificate of Interested Entities by Stanford Daily Publishing Corporation (Dkt. No. 5); Certificate of Interested Entities by Jane Doe (Dkt. No. 6); Certificate of Interested Entities by John Doe (Dkt. No. 7); Notice of Appearance filed by Colin Patrick McDonell (Dkt. No. 8); Motion for Pro Hac Vice (Dkt. No. 9); Motion for Pro Hac Vice (Dkt. No. 10); Motion for Preliminary Injunction and Preliminary Factual Findings and Legal Conclusions (Dkt. No. 11); Proposed Order (Dkt. No. 11-1); Declaration in Support of Motion for Preliminary Injunction and Preliminary Factual Findings and Legal Conclusions (Dkt. No. 12); Exhibits A–I re Declaration in Support (Dkt. No. 13); Exhibits J–O re Declaration in Support (Dkt. No. 14); Case assigned to District Judge Noel Wise (Dkt. No. 15); Case Referred to Magistrate Judge Virginia K. DeMarchi for Discovery; Order granting Motion for Pro Hac Vice re attorney Daniel Zahn (Dkt. No. 16); Order granting Motion for Pro Hac Vice re attorney Conor Fitzpatrick (Dkt. No. 17); Initial Case Management Scheduling Order with ADR Deadlines (Dkt. No. 18); Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement; Civil Docket for Case No. 5:25-cv-06618-NW.

The full details of that completed service are available at Summons Returned Executed re Marco Rubio (Dkt. No. 20) and Summons Returned Executed re Kristi Noem (Dkt. No. 21).

Dated: August 11, 2025                                    Respectfully Submitted,

/s/ *Marc Van Der Hout*                                   /s/ *Conor T. Fitzpatrick*
Marc Van Der Hout (Cal. Bar #80778)                       Conor T. Fitzpatrick (Mich. Bar #P78981)*
Johnny Sinodis (Cal. Bar #290402)                         Daniel A. Zahn (D.C. Bar #90027403)*
Oona Cahill (Cal. Bar #354525)                            **FOUNDATION FOR INDIVIDUAL**
**VAN DER HOUT LLP**                                      **RIGHTS AND EXPRESSION (FIRE)**
360 Post Street, Suite 800                                700 Pennsylvania Avenue SE, Suite 340
San Francisco, CA 94108                                   Washington, DC 20003
Telephone: (415) 981-3000                                 Telephone: (215) 717-3473
Facsimile: (415) 981-3003                                 Email: conor.fitzpatrick@thefire.org
Email: ndca@vblaw.com                                     Email: daniel.zahn@thefire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

-2-

CERTIFICATE OF SERVICE                              CASE NO. 5:25-cv-06618-NW