1

Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (Mich. Bar #P78981)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL**
**RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@thefire.org
Email: daniel.zahn@thefire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL**
**RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>　　　　　*Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**DECLARATION OF GARRY KASPAROV IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PRELIMINARY FACTUAL FINDINGS AND LEGAL CONCLUSIONS** |

I, Garry Kasparov, declare as follows:

1.     I was born in the Soviet Union. Since 2013, when I was forced to flee political persecution, I have legally resided in the United States.

2.     I am known to the public, in part, for chess. I became the youngest world chess champion in history at the age of 22 and was the world's No. 1 ranked chess player for two decades.

3.     I later become known as an outspoken critic of Vladimir Putin and his policies in Russia.

4.     In 2005 I founded the United Civil Front in Russia, a movement that seeks to challenge the consolidation of power in Russia and to return the country to free and fair elections.

5.     My public opposition to Mr. Putin and his allies required me to leave Russia in 2013 to avoid threats to my safety because of my dissent and opposition.

6.     In 2017 I founded The Renew Democracy Initiative, Inc. ("RDI"), a United States-based nonprofit whose mission is to confront dictators threatening freedom around the world. I serve as chairman of RDI.

7.     RDI furthers that mission in part through our Frontlines of Freedom program, a network of dissidents from different countries who, like me, share with the public their firsthand accounts of fighting against authoritarians, including through speeches and articles that RDI publishes.

8.     As a dissident forced to flee an authoritarian regime, I know what authoritarianism looks like. I know from experience that freedom of expression is vital for a healthy democracy and for fighting authoritarianism. And I know from experience that suppressing dissenting viewpoints is a key part of how authoritarians amass and maintain power.

9.     When the Trump administration began targeting noncitizens lawfully present in the United States based on their protected speech in March 2025, I was gravely alarmed. Even though I personally disagree with much of the targeted noncitizens' speech on topics like Israel, I know from experience that speech-based retaliation silences not only those targeted, but others who might wish to express any unpopular viewpoint or to criticize the government.

DECLARATION OF GARRY KASPAROV IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION         CASE NO. 5:25-cv-06618-NW

1      10. I have seen that chilling effect within RDI itself. Many of the dissidents in RDI's

2    Frontlines of Freedom program now reside in the United States on green cards or visas after fleeing

3    their home countries fearing political violence and retribution. Since March 2025, these dissidents

4    have been increasingly afraid to share their views on American foreign policy or about the United

5    States government, fearing it will target them next, revoke their immigration documents, and deport

6    them.

7      11. Protecting the freedom to dissent — wherever one lives, and regardless of where one

8    claims their citizenship — is vital or protecting democracy around the world and here in the United

9    States.

10      I declare under penalty of perjury that the foregoing is true and correct.

11

12      Executed on August __08__, 2025.

13

14

15                     Garry Kasparov

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

DECLARATION OF GARRY KASPAROV IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION        CASE NO. 5:25-cv-06618-NW