Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (D.C. Bar #90015616)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@thefire.org
Email: daniel.zahn@thefire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**DECLARATION OF RENEW DEMOCRACY INITIATIVE CEO URIEL EPSHTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PRELIMINARY FACTUAL FINDINGS AND LEGAL CONCLUSIONS** |

I, Uriel Epshtein, declare as follows:

1. I am the CEO of The Renew Democracy Initiative, Inc. ("RDI"), a 501(c)(3) nonprofit organization founded by Garry Kasparov, based in Washington, D.C.

2. RDI's mission is to "unmask and confront the alliance of dictators threatening freedom around the world. By doing so, we inspire those in the United States and in other free countries to value and protect their own democracies." RDI advances that mission through education, advocacy, action, and community building.

3. One of the ways RDI advances its mission is through its Frontlines of Freedom program, a network of over 100 dissidents from approximately 40 countries. These "Frontline Fellows" foster professional, personal, and political support for one another and the global pro-democracy movement.

4. Frontline Fellows share—with each other and the public, including through professional speeches and articles on RDI's website—firsthand accounts of fighting against authoritarians.

5. Many of the dissidents now reside in the United States on green cards or visas after fleeing their home countries fearing political violence and retribution.

6. Beginning in March 2025, when the Trump administration began targeting noncitizens lawfully present in the United States for deportation based on protected "anti-American" speech and protected speech supposedly compromising American "foreign policy," noncitizen Frontline Fellows lawfully in the United States became increasingly afraid to publicly share their views on and criticisms of American foreign policy, fearing visa or green card revocation or deportation because of their speech.

7. Since March 2025, many Frontline Fellows who are not citizens of the United States but are lawfully present have self-censored and declined to make public remarks or publish articles critical of the Trump administration's foreign policy for fear of adverse immigration consequences.

8. For example, a Frontline Fellow asked for the removal from RDI's website of videos featuring them speaking on threats facing American and global democracy and the importance of

-1-

-2-

opposing dictators around the world, including Russian dictator Vladimir Putin. We complied with their wishes and removed the relevant videos.

9. But for the threat of visa revocation and deportation, the Fellow would not have asked for removal of the videos from RDI's website.

10. Another Frontline Fellow self-censored by refraining from writing and publishing articles focused on their perceptions of threats facing American democracy for fear of adverse immigration consequences.

11. But for the threat of visa revocation and deportation, the Fellow would have written and published the article.

12. Another Frontline Fellow asked for the removal of their name from RDI's website because they were concerned that affiliation with a group such as ours, which has been critical of the current administration, could cause adverse immigration consequences. We respected their wishes and removed their name.

13. But for the threat of visa revocation and deportation, the Fellow would not have requested their name be removed from RDI's website.

14. This chilling of expression directly harms RDI's ability to fulfill its mission, which is to allow dissidents to voice opinions on the benefits of democracy and the harms of authoritarianism, especially by commenting on the erosion of democracy in the United States.

15. I, along with others at RDI, do not agree with the opinions voiced by students whose immigration status the Trump administrations has targeted. But our first-hand experience is that permitting the government to target noncitizens for protected "anti-American" speech and speech contrary to American "foreign policy" leads to self-censorship by noncitizens on all issues of American foreign policy, including America's foreign policy towards Russia, China, and Latin America.

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF URIEL EPSHTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION                                    CASE NO. 5:25-cv-06618-NW

-3-

1  Executed on August __11__, 2025.

3  _____
4  Uriel Epshtein

-3-

DECLARATION OF URIEL EPSHTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION                              CASE NO. 5:25-cv-06618-NW