1  Marc Van Der Hout (Cal. Bar #80778)         Conor T. Fitzpatrick (Mich. Bar #P78981)*
2  Johnny Sinodis (Cal. Bar #290402)           Daniel A. Zahn (D.C. Bar #90027403)*
   Oona Cahill (Cal. Bar #354525)              **FOUNDATION FOR INDIVIDUAL**
3  **VAN DER HOUT LLP**                        **RIGHTS AND EXPRESSION (FIRE)**
   360 Post Street, Suite 800                  700 Pennsylvania Avenue SE, Suite 340
4  San Francisco, CA 94108                     Washington, DC 20003
   Telephone: (415) 981-3000                   Telephone: (215) 717-3473
5  Facsimile: (415) 981-3003                   Email: conor.fitzpatrick@thefire.org
   Email: ndca@vblaw.com                       Email: daniel.zahn@thefire.org
6
7                                              Colin P. McDonell (Cal. Bar #289099)
                                               **FOUNDATION FOR INDIVIDUAL**
8                                              **RIGHTS AND EXPRESSION (FIRE)**
                                               510 Walnut Street, Suite 900
9                                              Philadelphia, PA 19106
                                               Telephone: (215) 717-3473
10                                             Email: colin.mcdonell@thefire.org

11                                             *Admitted pro hac vice

12                                             *Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PRELIMINARY FACTUAL FINDINGS AND LEGAL CONCLUSIONS** |

1    Plaintiffs The Stanford Daily Publishing Corporation, Jane Doe, and John Doe, along with
2 Defendants Marco Rubio and Kristi Noem in their official capacities, stipulate as follows:

3    1.    **WHEREAS**, on August 6, 2025, Plaintiffs filed their Verified Complaint for
4 Declaratory and Injunctive Relief (Dkt. No. 1) and Motion for Preliminary Injunction and
5 Preliminary Factual Findings and Legal Conclusions (Dkt. No. 11).

6    2.    **WHEREAS**, on August 8, 2025, Plaintiffs served Defendants (Dkt. No. 22).

7    3.    **WHEREAS**, on August 11, 2025, Plaintiffs filed a supplemental Notice of
8 Declarations of Garry Kasparov and Uriel Epshtein in Support of Plaintiffs' Motion for Preliminary
9 Injunction and Preliminary Factual Findings and Legal Conclusions (Dkt. No. 23) and served
10 Defendants.

11    4.    **WHEREAS**, the current deadline for Defendants to respond to Plaintiffs' Motion
12 for Preliminary Injunction is August 20, 2025, with replies due by August 27, 2025.

13    5.    **WHEREAS**, the Parties have conferred and agree to extend the briefing schedule so
14 responses are due by September 3, 2025, and replies are due by September 10, 2025.

15    6.    **WHEREAS**, the Parties further agree that *amicus curiae* briefs regarding Plaintiffs'
16 Motion for Preliminary Injunction and Preliminary Factual Findings and Legal Conclusions shall
17 be filed no later than September 2, 2025.

18    7.    **WHEREAS**, the hearing on Plaintiffs' Motion for Preliminary Injunction and
19 Preliminary Factual Findings and Legal Conclusions remains set for September 17, 2025, as
20 confirmed with the Courtroom Deputy via email, and all other deadlines set by the Initial Case
21 Management Scheduling Order (Dkt. No. 18) remain unchanged.

22    **NOW, THEREFORE**, the Parties hereby stipulate and respectfully request that the Court
23 approve the foregoing modified schedule.

24 Dated: August 18, 2025                    Respectfully Submitted,

25                                          /s/ *Conor T. Fitzpatrick*
   Marc Van Der Hout (Cal. Bar #80778)      Conor T. Fitzpatrick (Mich. Bar #P78981)*
26 Johnny Sinodis (Cal. Bar #290402)         Daniel A. Zahn (D.C. Bar #90027403)*
   Oona Cahill (Cal. Bar #354525)           **FOUNDATION FOR INDIVIDUAL**
27 **VAN DER HOUT LLP**                      **RIGHTS AND EXPRESSION (FIRE)**
   360 Post Street, Suite 800               700 Pennsylvania Avenue SE, Suite 340
28

-1-

Stip. and [Proposed] Order to Extend Time and Set Briefing Schedule - NO. 5:25-cv-06618-NW

San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@thefire.org
Email: daniel.zahn@thefire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney
United States Attorney's Office
Northern District of California
Telephone: (415) 436-6488
Email: Kelsey.Helland@usdoj.gov

*Counsel for Defendants*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**ORDER**

The parties' stipulation is DENIED without prejudice to refile.  The parties' proposed briefing schedule does not leave the Court with sufficient time to review the parties' briefs before the hearing.  The parties may either (a) maintain the September 17, 2025 hearing date and the prior briefing schedule, or (b) push out the hearing date to October 1, 2025, or a later date, with the briefing schedule the parties proposed above (responses due by September 3, 2025, and replies due by September 10, 2025).

Dated: August  18 , 2025

Hon. Noël Wise
United States District Judge