| | |
|---|---|
| Marc Van Der Hout (Cal. Bar #80778) | Conor T. Fitzpatrick (Mich. Bar #P78981)* |
| Johnny Sinodis (Cal. Bar #290402) | Daniel A. Zahn (D.C. Bar #90027403)* |
| Oona Cahill (Cal. Bar #354525) | **FOUNDATION FOR INDIVIDUAL** |
| **VAN DER HOUT LLP** | **RIGHTS AND EXPRESSION (FIRE)** |
| 360 Post Street, Suite 800 | 700 Pennsylvania Avenue SE, Suite 340 |
| San Francisco, CA 94108 | Washington, DC 20003 |
| Telephone: (415) 981-3000 | Telephone: (215) 717-3473 |
| Facsimile: (415) 981-3003 | Email: conor.fitzpatrick@thefire.org |
| Email: ndca@vblaw.com | Email: daniel.zahn@thefire.org |

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL**
**RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PRELIMINARY FACTUAL FINDINGS AND LEGAL CONCLUSIONS** |

1  Plaintiffs The Stanford Daily Publishing Corporation, Jane Doe, and John Doe, along with
2  Defendants Marco Rubio and Kristi Noem in their official capacities, stipulate as follows:

3  1.  **WHEREAS**, on August 6, 2025, Plaintiffs filed their Verified Complaint for
4  Declaratory and Injunctive Relief (Dkt. No. 1) and Motion for Preliminary Injunction and
5  Preliminary Factual Findings and Legal Conclusions (Dkt. No. 11).

6  2.  **WHEREAS**, on August 8, 2025, Plaintiffs served Defendants (Dkt. No. 22).

7  3.  **WHEREAS**, on August 11, 2025, Plaintiffs filed a supplemental Notice of
8  Declarations of Garry Kasparov and Uriel Epshtein in Support of Plaintiffs' Motion for Preliminary
9  Injunction and Preliminary Factual Findings and Legal Conclusions (Dkt. No. 23) and served
10 Defendants.

11 4.  **WHEREAS**, the current deadline for Defendants to respond to Plaintiffs' Motion
12 for Preliminary Injunction is August 20, 2025, with replies due by August 27, 2025.

13 5.  **WHEREAS**, the Parties have conferred and agree to extend the briefing schedule so
14 responses are due by September 3, 2025, and replies are due by September 10, 2025.

15 6.  **WHEREAS**, the Parties agree that *amicus curiae* briefs regarding Plaintiffs' Motion
16 for Preliminary Injunction and Preliminary Factual Findings and Legal Conclusions shall be filed
17 no later than September 2, 2025.

18 7.  **WHEREAS**, the Parties further agree that the hearing on Plaintiffs' Motion for
19 Preliminary Injunction and Preliminary Factual Findings and Legal Conclusions shall be reset for
20 October 1, 2025.

21 **NOW, THEREFORE**, the Parties hereby stipulate and respectfully request that the Court
22 approve the foregoing modified schedule.

23 Dated: August 19, 2025                                  Respectfully Submitted,

24                                                                          /s/ *Conor T. Fitzpatrick*
   Marc Van Der Hout (Cal. Bar #80778)                    Conor T. Fitzpatrick (Mich. Bar #P78981)*
25 Johnny Sinodis (Cal. Bar #290402)                      Daniel A. Zahn (D.C. Bar #90027403)*
   Oona Cahill (Cal. Bar #354525)                         **FOUNDATION FOR INDIVIDUAL**
26 **VAN DER HOUT LLP**                                    **RIGHTS AND EXPRESSION (FIRE)**
27 360 Post Street, Suite 800                             700 Pennsylvania Avenue SE, Suite 340
   San Francisco, CA 94108                                Washington, DC 20003
28 Telephone: (415) 981-3000                              Telephone: (215) 717-3473

-1-

Stip. and [Proposed] Order to Extend Time and Set Briefing Schedule - NO. 5:25-cv-06618-NW

| | |
|---|---|
| Facsimile: (415) 981-3003<br>Email: ndca@vblaw.com | Email: conor.fitzpatrick@thefire.org<br>Email: daniel.zahn@thefire.org |

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney
United States Attorney's Office
Northern District of California
Telephone: (415) 436-6488
Email: Kelsey.Helland@usdoj.gov

*Counsel for Defendants*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

### [PROPOSED] ORDER

Pursuant to stipulation, it is so ordered.

Dated: August ____, 2025

Hon. Noël Wise<br>
United States District Judge