| | |
|---|---|
| Marc Van Der Hout (Cal. Bar #80778) | Conor T. Fitzpatrick (Mich. Bar #P78981)* |
| Johnny Sinodis (Cal. Bar #290402) | Daniel A. Zahn (D.C. Bar #90027403)* |
| Oona Cahill (Cal. Bar #354525) | **FOUNDATION FOR INDIVIDUAL** |
| **VAN DER HOUT LLP** | **RIGHTS AND EXPRESSION (FIRE)** |
| 360 Post Street, Suite 800 | 700 Pennsylvania Avenue SE, Suite 340 |
| San Francisco, CA 94108 | Washington, DC 20003 |
| Telephone: (415) 981-3000 | Telephone: (215) 717-3473 |
| Facsimile: (415) 981-3003 | Email: conor.fitzpatrick@thefire.org |
| Email: ndca@vblaw.com | Email: daniel.zahn@thefire.org |

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL**
**RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE, | |
| | Case No. 5:25-cv-06618-NW |
| *Plaintiffs*, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SUMMARY JUDGMENT BRIEFING** |
| MARCO RUBIO, in his official capacity as Secretary of State, and | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, | |
| *Defendants*. | |

1    Plaintiffs The Stanford Daily Publishing Corporation, Jane Doe, and John Doe, along with Defendants Marco Rubio and Kristi Noem in their official capacities, stipulate as follows:

1. **WHEREAS**, the Parties agree that this facial constitutional challenge, which entails purely legal issues concerning two statutory provisions, can be resolved expeditiously and in a manner conserving judicial resources by replacing the current briefing schedule concerning preliminary relief with a new briefing schedule concerning dispositive motions;

2. **WHEREAS**, the Parties agree that Plaintiffs' Motion for Preliminary Judgment and Preliminary Factual Findings and Legal Conclusions (ECF No. 11) shall be converted into and treated as a Motion for Summary Judgment, seeking a final judgment on all claims for injunctive and declaratory relief;

3. **WHEREAS**, the Parties agree that Defendants will file a Combined Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment no later than September 24, 2025, which will be subject to the 25-page limit in Civil Local Rule 7-3(a);

4. **WHEREAS**, the Parties agree that all *amicus curiae* briefs shall be filed no later than October 15, 2025;

5. **WHEREAS**, the Parties agree that Plaintiffs will file a Combined Response to Defendants' Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment no later than October 20, 2025, which will be subject to the 25-page limit in Civil Local Rule 7-3(a); and

6. **WHEREAS**, the Parties agree that Defendants will file a Reply in Support of their Motion for Summary Judgment no later than November 3, 2025, which will be subject to the 15-page limit in Civil Local Rule 7-3(c).

7. **WHEREAS**, the Parties agree that the hearing on both the Parties' cross-motions for summary judgment shall be set for November 19, 2025, or on a date as soon thereafter as the Court can accommodate;

8. **WHEREAS**, because Plaintiffs bring solely facial challenges to the constitutionality of specific statutory provisions as applied to protected speech, the Parties believe that there are no questions of material fact and therefore, pending the resolution of the cross-motions for summary

judgment neither side will conduct discovery and each side represents it is able and willing to proceed to summary judgment briefing without discovery;

9. **WHEREAS**, the Parties agree that nothing in this Stipulation shall limit the right of any Party to support its summary-judgment briefing as provided by Federal Rule of Civil Procedure 56(c);

10. **WHEREAS**, by agreeing to the proposal herein, Defendants do not concede the truth of any factual allegations in Plaintiffs' Complaint or other papers, and reserve the right to challenge the veracity of such allegations at the appropriate time, should the Court determine that summary judgment is not appropriate;

11. **WHEREAS**, the Parties further agree that, by entering this stipulation, no party waives its rights to appeal.

**NOW, THEREFORE**, the Parties hereby stipulate and respectfully request that the Court convert Plaintiffs' Motion for Preliminary Judgment and Preliminary Factual Findings and Legal Conclusions into Plaintiffs' Motion for Summary Judgment, limit discovery as stipulated, and approve the foregoing modified schedule.

Dated: August 27, 2025

Respectfully Submitted,

/s/ *Conor T. Fitzpatrick*

| | |
|---|---|
| Marc Van Der Hout (Cal. Bar #80778)<br>Johnny Sinodis (Cal. Bar #290402)<br>Oona Cahill (Cal. Bar #354525)<br>**VAN DER HOUT LLP**<br>360 Post Street, Suite 800<br>San Francisco, CA 94108<br>Telephone: (415) 981-3000<br>Facsimile: (415) 981-3003<br>Email: ndca@vblaw.com | Conor T. Fitzpatrick (Mich. Bar #P78981)*<br>Daniel A. Zahn (D.C. Bar #90027403)*<br>**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**<br>700 Pennsylvania Avenue SE, Suite 340<br>Washington, DC 20003<br>Telephone: (215) 717-3473<br>Email: conor.fitzpatrick@thefire.org<br>Email: daniel.zahn@thefire.org<br><br>Colin P. McDonell (Cal. Bar #289099)<br>**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**<br>510 Walnut Street, Suite 900<br>Philadelphia, PA 19106<br>Telephone: (215) 717-3473<br>Email: colin.mcdonell@thefire.org<br><br>*Admitted pro hac vice |

-3-

*Counsel for Plaintiffs*

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney
United States Attorney's Office
Northern District of California
Telephone: (415) 436-6488
Email: Kelsey.Helland@usdoj.gov

*Counsel for Defendants*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation, it is so ordered.

Dated: August \_\_\_\_, 2025

_____
Hon. Noël Wise
United States District Judge