1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6488
6       FAX: (415) 436-6748
        kelsey.helland@usdoj.gov
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12
   STANFORD DAILY PUBLISHING CORP., *et* )   CASE NO. 5:25-cv-06618-NW
13 *al.*,                               )
                                        )   **FEDERAL DEFENDANT'S ADMINISTRATIVE**
14         Plaintiffs,                  )   **MOTION FOR A STAY IN LIGHT OF LAPSE**
                                        )   **OF APPROPRIATIONS; [PROPOSED] ORDER**
15      v.                              )
                                        )
16 RUBIO, *et al.*,                     )
                                        )
17         Defendants.                  )
   _____ )
18

19         Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), the Federal

20 Defendants hereby move the Court for an order staying Defendants' summary-judgment reply briefing

21 deadline and vacating the summary-judgment hearing, and continuing all such dates until after Congress

22 has enacted funding for the Department of Justice and the shutdown of the federal government has come

23 to an end.

24         1.      At midnight on September 30, 2025, the appropriations act that had been funding the

25 Department of Justice expired and appropriations to the Department lapsed.  The same is true for other

26 Executive agencies, including the federal Departments of State and Homeland Security.  The

27 Department does not know when funding will be restored by Congress.

28         2.      The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General,

provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law.  Absent an appropriation, Department of Justice attorneys and employees of State and DHS are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  An officer or employee of the United States who violates 31 U.S.C. § 1341(a) (obligate/expend in excess or advance of appropriation), § 1342 (voluntary services prohibition), or § 1517(a) (obligate/expend in excess of an apportionment or administrative subdivision as specified in an agency's regulations) "*shall* be subject to appropriate administrative discipline including, when circumstances warrant, suspension from duty without pay or removal from office."  31 U.S.C. §§ 1349(a), 1518 (emphasis added).

3.     Undersigned counsel will be furloughed for the duration of the lapse in appropriations.

4.     In addition, the work of employees from State and DHS is also necessary.  If the instant motion is denied, the work needed from those agencies may not be possible.

5.     Undersigned counsel therefore requests a stay of Defendant's briefing obligations, and a continuance of the summary-judgment hearing, until Congress has restored appropriations to the Department.  The Government further requests that, at that point, all current deadlines in this case be extended for a period of time commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

6.     Although this Court has authority to extend or stay these deadlines without a formal motion or notice to opposing counsel, *see* Fed. R. Civ. P. 6(b)(1)(A), undersigned counsel nevertheless contacted Plaintiffs' counsel on October 10, 2025, and requested that Plaintiff stipulate to a stay of this case.  *See* Decl. of Kelsey J. Helland ("Helland Decl.") ¶ 3.  Plaintiff's counsel indicated that they opposed the relief requested by this motion, and intend to file an opposition.  Helland Decl. ¶ 3.

7.     If this motion for a stay is granted, undersigned counsel will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants,

1  the Government hereby moves for a stay of its briefing obligations and a continuance of the summary-

2  judgment hearing until Department of Justice attorneys are permitted to resume their usual civil

3  litigation functions.

4  DATED: October 14, 2025                    Respectfully submitted,

5                                             CRAIG H. MISSAKIAN
                                               United States Attorney
6

7                                             */s/ Kelsey J. Helland*_____
                                               KELSEY J. HELLAND
8                                              Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

In light of the lapse of federal appropriations to the Department of Justice, Federal Defendant moved this Court for an order staying its briefing obligations and the summary-judgment hearing, and extending all such dates for a period of time commensurate with the duration of the lapse in appropriations.  Good cause appearing, Defendant's motion is hereby GRANTED.

The Government will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

DATED:

_____
HON. NOËL WISE
United States District Judge

USA'S ADMIN. MOT. TO STAY
5:25-CV-06618-NW