CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-6748
    kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD DAILY PUBLISHING CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUBIO, *et al.*, <br><br> Defendants. | CASE NO. 5:25-cv-06618-NW <br><br> **DECLARATION OF KELSEY J. HELLAND** |

I, Kelsey J. Helland, declare as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Northern District of California. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of the Federal Defendants' Administrative Motion for A Stay in Light of Lapse of Appropriations, filed concurrently herewith.

2. I have been informed that I will be furloughed for the duration of the lapse in appropriations.

3. On October 10, 2025, I contacted Plaintiffs' counsel regarding this motion. Plaintiffs' counsel indicated that Plaintiffs opposed the motion, and intend to file an opposition.

HELLAND DECL.
5:25-CV-06618-NW

1    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
2 correct.  Executed on October 14, 2025.

/s/ *Kelsey J. Helland*
_____
KELSEY J. HELLAND
Assistant United States Attorney

HELLAND DECL.
5:25-CV-06618-NW