| | |
|---|---|
| NICHOLAS W. BROWN<br>  *Attorney General*<br>  *State of Washington*<br>Cristina Sepe, WSBA 53609, CA 308023<br>Marsha Chien, WSBA 47020<br>Kelly A. Paradis, WSBA 47175<br>  *Deputy Solicitors General*<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA 98504-0100<br>  360-753-6200<br><br>[*Additional Counsel Listed on Signature Page*] | ANDREA JOY CAMPBELL<br>  *Attorney General*<br>  *Commonwealth of Massachusetts*<br>Tasha J. Bahal, BBO 675935<br>  *Deputy State Solicitor*<br>David R. Rangaviz, BBO 681430<br>  *Assistant Attorney General*<br>  *Civil Rights Division*<br>One Ashburton Place<br>Boston, MA 02108<br>617-963-2816<br>david.rangaviz@mass.gov |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, & JOHN DOE,<br><br>            Plaintiffs,<br><br>    v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, & KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>            Defendants. | Case No. 5:25-cv-06618-NW<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Proposed Amici Curiae the Commonwealth of Massachusetts, the States of Washington and California, and other states ("Amici States") move for leave to file an amicus brief in support of Plaintiffs' Motion for Summary Judgment (ECF No. 11, 32). In support of the motion, the States assert the following:

1. The Amici States are sovereign states and are also home to thousands of noncitizen residents, including international students and faculty, who are affected by the Ideological Deportation Policy that the Plaintiffs' motion for summary judgment seeks to enjoin. Indeed, multiple students within the Amici States have already had their visas revoked and have been arrested and detained by immigration officials pursuant to the policy.

2. The Amici States support Plaintiffs' Motion for Summary Judgment because the Amici States, their colleges and universities, and their noncitizen residents will all be irreparably harmed if the Ideological Deportation Policy is allowed to continue.

3. It is within a court's "broad discretion" whether to permit amicus briefing. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (citation omitted).

4. The proposed brief will assist the Court in its consideration of the pending motion because the States can speak to the substantial harm the Ideological Deportation Policy will inflict on the Amici States and their residents. Unless enjoined, this policy will greatly undermine our academic traditions, threaten our economic prosperity, and weaken our position as global leaders in innovation and education.

5. Counsel for the Amici States have conferred with counsel of record for the Plaintiffs and been informed that both parties have given blanket consent for amicus filings.

6. The proposed brief is attached hereto as an exhibit.

## CONCLUSION

For the foregoing reasons, the Amici States respectfully request that the Court grant the motion for leave to file an amicus brief in support of Plaintiffs' Motion for Summary Judgment (ECF No. 11, 32).

Respectfully submitted,

| | |
|---|---|
| NICHOLAS W. BROWN<br>*Attorney General*<br>*State of Washington* | ANDREA JOY CAMPBELL<br>*Attorney General*<br>*Commonwealth of Massachusetts* |
| */s/ Cristina Sepe*<br>Cristina Sepe, WSBA 53609, CA 308023<br>Marsha Chien, WSBA 47020<br>Kelly A. Paradis, WSBA 47175<br>  *Deputy Solicitors General*<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA 98504-0100<br>360-753-6200 | Tasha J. Bahal, BBO 675935<br>  *Deputy State Solicitor*<br>David R. Rangaviz, BBO 681430<br>  *Assistant Attorney General*<br>  *Civil Rights Division*<br>One Ashburton Place<br>Boston, MA 02108<br>617-963-2816<br>david.rangaviz@mass.gov |

ROB BONTA
  *Attorney General*
  *State of California*
Michael Newman, CA 222993
  *Senior Assistant Attorney General*
Marissa Malouff, CA 316046
  *Supervising Deputy Attorney General*
Jennifer Soliman, CA 332519
  *Deputy Attorney General*
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
213-269-6596
Jennifer.Soliman@doj.ca.gov

**ATTORNEY ATTESTATION**

I, Cristina Sepe, am the ECF user whose ID and password are being used to file this Unopposed Motion for Leave to File Brief of Amici Curiae in Support of Plaintiffs' Motion for Summary Judgment. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that I have the authority to file this document and its related exhibits and attachments on behalf of each of the signatories.

*s/ Cristina Sepe*
Cristina Sepe

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2025, I caused the above document and its attachments to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

*s/ Cristina Sepe*
Cristina Sepe