DAN LAIDMAN (CA SBN 274482)
　*Counsel for Amici Curiae*
Davis Wright Tremaine LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6886
Email: danlaidman@dwt.com

GABRIEL ROTTMAN
　*Counsel for Amici Curiae*
　*Pro Hac Vice Application Pending*
MARA GASSMANN*
ALLYSON VEILE*
　**Of counsel*
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
Email: grottman@rcfp.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>　　*Plaintiffs*,<br>　v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>　　*Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**CONSENT MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND THE COMMITTEE TO PROTECT JOURNALISTS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: November 19, 2025<br><br>Hearing Time: 9:00 AM<br><br>Judge: Hon. Noël Wise |

# CONSENT MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

Pursuant to Civil Local Rule 7-11, and pursuant to paragraph four of the previous stipulation of the parties agreeing to the filing of amicus curiae briefs by October 15, 2025, ECF No. 28 ¶ 4, proposed amici curiae the Reporters Committee for Freedom of the Press ("Reporters Committee") and the Committee to Protect Journalists ("CPJ") (together, "amici"), respectfully seek leave to file the accompanying amici curiae brief in support of Plaintiffs' Motion for Summary Judgment.

Counsel for the Plaintiffs and counsel for the Defendants have consented to the relief requested herein.

Lead amicus, the Reporters Committee, is an unincorporated nonprofit association founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources. Today, its attorneys provide *pro bono* legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists. The Reporters Committee regularly files as amicus in cases involving issues relating to the ability of the press to gather and publish the news, and it has submitted briefs in recent cases where the government has argued that constitutional challenges by non-citizens to their detentions under the immigration laws are unreviewable in the district courts. *See, e.g.*, Br. of Amici Curiae Reporters Comm. for Freedom of the Press, Comm. to Protect Journalists, PEN Am., Reporters Without Borders, & Student Press L. Ctr., *Öztürk v. Hyde*, No. 25-1019 (2d Cir. Sept. 9, 2025); Br. of Amicus Curiae Reporters Comm. for Freedom of the Press, *Guevara v. Warden*, No. 5:25-cv-00086 (S.D. Ga. Sept. 15, 2025).

CPJ is an independent, nonprofit organization that was founded in 1981 to promote press freedom worldwide. It defends the right of journalists to report the news without fear of reprisal.

2

CONSENT MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND THE COMMITTEE TO PROTECT JOURNALISTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT – CASE NO. 5:25-CV-006618-NW

CPJ is a global organization headquartered in New York City. CPJ's board of directors is composed of prominent journalists, media executives, and leaders from related professions.

As organizations that work to defend the First Amendment and newsgathering rights of journalists, amici have an interest in ensuring that the Immigration and Nationality Act ("INA"), 8 U.S.C. §§ 1101 *et seq.*, is not interpreted and enforced in a manner that hinders or dissuades the press from gathering and reporting the news. The accompanying brief includes information about the chilling effect that would result from the use of the foreign policy grounds for deportation codified at 8 U.S.C. § 1227(a)(4)(C)(i), as well as the unilateral visa revocation provision codified at 8 U.S.C. § 1201(i), to target First Amendment-protected newsgathering and reporting in the public interest. That chilling effect will be felt beyond the parties to this case, and amici believe the accompanying information will aid the Court in its decisional process.

For these reasons, amici respectfully request that this motion be granted, and the brief accepted for filing.

Dated: October 15, 2025

Respectfully submitted,

*/s/ Dan Laidman*
Dan Laidman
 *Counsel for Amici Curiae*
Davis Wright Tremaine LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6886
Email: danlaidman@dwt.com

Gabriel Rottman
 *Counsel for Amici Curiae*
 *Pro Hac Vice Application Pending*
Mara Gassmann*
Allyson Veile*
 * *Of Counsel*
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005

3

CONSENT MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND THE COMMITTEE TO PROTECT JOURNALISTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT – CASE NO. 5:25-CV-006618-NW

Telephone: (202) 795-9300
Facsimile: (202) 795-9310
Email: grottman@rcfp.org