DAN LAIDMAN (CA SBN 274482)
  *Counsel for Amici Curiae*
Davis Wright Tremaine LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6886
Email: danlaidman@dwt.com

GABRIEL ROTTMAN
  *Counsel for Amici Curiae*
  *Pro Hac Vice Application Pending*
MARA GASSMANN*
ALLYSON VEILE*
  *\*Of counsel*
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
Email: grottman@rcfp.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>*Plaintiffs*,<br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**[PROPOSED] ORDER GRANTING CONSENT MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND THE COMMITTEE TO PROTECT JOURNALISTS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Proposed amici curiae The Reporters Committee for Freedom of the Press and The Committee to Protect Journalists have filed a consent Motion for Leave to File Amici Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment. For good cause shown, the consent motion for leave to file the brief of amici curiae is GRANTED, and IT IS HEREBY ORDERED that the proposed Brief of Amici Curiae previously filed as an attachment to the Motion for Leave to File Amici Curiae Brief is deemed filed in this Court.

SO ORDERED.

Dated:

                                                Hon. Noël Wise

2

[PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:25-CV-006618-NW