Chessie Thacher (SBN 296767)
  cthacher@aclunc.org
Shaila Nathu (SBN 314203)
  snathu@aclunc.org
Angelica Salceda (SBN 296152)
  asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478

*Attorneys for Amici Curiae*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, FIRST AMENDMENT COALITION, PEN AMERICAN CENTER, INC., FREEDOM OF THE PRESS FOUNDATION, AND AMERICAN ASSOCIATION OF COLLEGES AND UNIVERSITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Noël Wise<br>Date: Nov. 19, 2025<br>Time: 9:00 a.m.<br>Courtroom: 3 |

# [PROPOSED] ORDER

On October 15, 2025, the American Civil Liberties Union of Northern California, the First Amendment Coalition, PEN American Center, Inc., the Freedom of the Press Foundation, and the American Association of Colleges and Universities filed an unopposed Administrative Motion for Leave to File an Amicus Brief in Support of Plaintiffs' Converted Motion for Summary Judgment. Having considered the papers and pleadings on file, the Court hereby GRANTS the Motion and ORDERS that the Amicus Brief be filed.

IT IS SO ORDERED.

Dated: October __, 2025

_____
Hon. Noël Wise
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically transmitted the foregoing [Proposed] Order Granting Administrative Motion for Leave to File Brief of Amici Curiae in Support of Plaintiffs' Converted Motion for Summary Judgment to the Clerk of the Court for the United States Federal District Court for the Northern District of California, San Jose Division, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in the case.

*/s/ Chessie Thacher*
Chessie Thacher