1  Matthew S.L. Cate (SBN 295546)
   matt@matthewcatelaw.com
2  **Law Office of Matthew S.L. Cate**
3  101 Montgomery Street, Suite 900
   San Francisco, CA  94104
4  Tel/Fax: 415-964-4400

5  *Counsel for Amici Curiae Student Press Law Center, Associated Collegiate Press,*
6  *College Media Association, and Fifty-five Student Media Outlets and Newsroom Leaders*

7

8                    **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                             **SAN JOSE DIVISION**

10

11 | The Stanford Daily Publishing Corp., *et al.*, | Case No. 5:25-cv-06618-NW |
12 | Plaintiffs, | **Unopposed Motion of Student Press Law Center, Associated Collegiate Press, College Media Association, and Fifty-five Student Media Outlets and Newsroom Leaders for Leave to File as *Amici Curiae* in Support of Plaintiffs' Motion for Summary Judgment** |
13 | v. | |
14 | Marco Rubio, in his official capacity as Secretary of State, *et al.*, | |
15 | | |
16 | Defendants. | |

Date:         November 19, 2025
Time:         9:00 a.m.
Courtroom:    3

Trial Date:    n/a
Action Filed:  August 6, 2025

The Student Press Law Center, Associated Collegiate Press, College Media Association, and Fifty-five Student Media Outlets and Newsroom Leaders ("Student Press Amici") submit this unopposed motion for leave to file a brief as *amici curiae*, a copy of which is attached to this motion, in support of Plaintiffs' Motion for Summary Judgment (Dkt. 32).

**I.     Identity and Interests of Student Press Amici**

The Student Press Law Center ("SPLC") is a national, nonprofit, nonpartisan organization established in 1974. SPLC is the only organization focused exclusively on promoting, supporting, and defending the rights of high school and college journalists.

The Associated Collegiate Press ("ACP") is a national, nonprofit, nonpartisan organization established in 1921. ACP is the largest and oldest national membership organization for college student media in the United States.

The College Media Association ("CMA") is a national, nonprofit, nonpartisan organization established in 1955. It has no parent corporation or publicly traded stock. CMA is the only organization focused exclusively on educating, supporting, and defending the rights of college media advisers and their students.

In addition to the SPLC, ACP, and CMA, the Student Press Amici include dozens of student media outlets and newsroom leaders,[1] whose important work to inform their communities relies in part on noncitizen staffers, contributors, and sources who are lawfully present in the United States on student visas. These *amici curiae* (collectively, the "Student Press Amici") therefore have a profound interest in the issues before the Court and in Plaintiffs' efforts to enjoin the government's unlawful application of the Revocation Provision and Deportation Provision to retaliate against noncitizen students for their speech.[2]

---

[1] These additional amici are identified in the Appendix attached to the Student Press Amici's proposed *amici curiae* brief.

[2] As used in this brief, these terms carry the same meaning as those applied in Plaintiffs' Motion for Summary Judgment. *See* Dkt. 32-1 at 3.

## II. Argument

The Court has broad authority to accept *amicus* briefs when doing so would be "useful or otherwise desirable to the court." *See Cal. v. U.S. Dep't of Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019). It should allow the Student Press Amici to file their *amicus curiae* brief here because its submission—to which all parties consent—would provide "unique information or perspective that can help the court beyond" that provided by the parties. *Sonoma Falls Developers, LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003). Specifically, the brief demonstrates that the government actions Plaintiffs are challenging in this case have had "ramifications beyond the parties directly involved" and explains how, if not enjoined, those actions will continue to unconstitutionally chill the speech and press rights of student news organizations, journalists, and contributors throughout the United States. *Id.* The Student Press Amici's brief therefore "fulfill[s] the classic role of *amicus curiae* by assisting in a case of general public interest" and "supplement[s] the efforts of counsel." *See Miller-Wohl Co., Inc. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

## III. Conclusion

The Student Press Amici accordingly request leave to file as *amici curiae* in support of Plaintiffs' Motion for Summary Judgment.

Date: October 15, 2025

**LAW OFFICE OF MATTHEW S.L. CATE**

_____
Matthew S.L. Cate

*Counsel for Amici Curiae Student Press Law Center, Associated Collegiate Press, College Media Association, and Fifty-five Student Media Outlets and Newsroom Leaders*