Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
**LAW OFFICE OF MATTHEW S.L. CATE**
101 Montgomery Street, Suite 900
San Francisco, CA  94104
Tel/Fax: 415-964-4400

*Counsel for Amici Curiae Student Press Law Center, Associated Collegiate Press, College Media Association, and Fifty-five Student Media Outlets and Newsroom Leaders*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| The Stanford Daily Publishing Corp., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Marco Rubio, in his official capacity as Secretary of State, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-06618-NW<br><br>**[Proposed] Order Granting Leave for Student Press Law Center, Associated Collegiate Press, College Media Association, and Fifty-five Student Media Outlets and Newsroom Leaders to File as *Amici Curiae* in Support of Plaintiffs' Motion for Summary Judgment** |

The Student Press Law Center, Associated Collegiate Press, College Media Association, and Fifty-five Student Media Outlets and Newsroom Leaders ("Student Press Amici") have filed an unopposed motion for leave to file as *amici curiae* in support of Plaintiffs' Motion for Summary Judgment. For good cause shown, the motion is GRANTED.

The proposed brief of Student Press Amici previously filed as an attachment to their motion for leave is deemed filed.

**IT IS SO ORDERED**

Dated:

_____
UNITED STATES DISTRICT JUDGE