Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (Mich. Bar #P78981)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@thefire.org
Email: daniel.zahn@thefire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**SUPPLEMENTAL DECLARATION OF CONOR FITZPATRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Conor Fitzpatrick, declare as follows:

1. I am a Supervising Senior Attorney at the Foundation for Individual Rights and Expression (FIRE). I am a licensed attorney in good standing in Michigan and the District of Columbia, and I appear on behalf of Plaintiffs in the present case. This Court has granted my pro hac vice application.

2. I submit this declaration in support of Plaintiffs' motion for summary judgment.

3. To prevent confusion, the exhibit lettering continues from the past declaration I submitted. *See* Dkt. No. 12.

4. Attached as **Exhibit P** to this declaration is a true and accurate copy of an X thread of eight posts published by the Department of State on October 14, 2025. The first post is available at https://x.com/statedept/status/1978218112882266594 [https://perma.cc/2AVU-8P9Z]. The remaining posts are available at these links:

https://x.com/StateDept/status/1978218114622910799 [https://perma.cc/4898-YRE3]
https://x.com/StateDept/status/1978218116938096683 [https://perma.cc/R47Y-D293]
https://x.com/StateDept/status/1978218118485835886 [https://perma.cc/8RSE-5MGP]
https://x.com/StateDept/status/1978218119769235871 [https://perma.cc/QYQ3-4WEU]
https://x.com/StateDept/status/1978218121631502497 [https://perma.cc/MPC2-653S]
https://x.com/StateDept/status/1978218123791614373 [https://perma.cc/CQQ7-GM8B]
https://x.com/StateDept/status/1978218124957696495 [https://perma.cc/S6FW-WR3C]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2025.

/s/ *Conor T. Fitzpatrick*
Conor T. Fitzpatrick

-1-
SUPPLEMENTAL DECLARATION OF CONOR FITZPATRICK IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT        CASE NO. 5:25-cv-06618-NW

# EXHIBIT P

