UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD DAILY PUBLISHING CORPORATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARCO RUBIO, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-06618-NW<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR A STAY**<br><br>Re: ECF No. 34 |

On October 14, 2025, Defendants filed an administrative motion for a stay due to the lapse in appropriations to the Department of Justice ("DOJ"). ECF No. 34. Plaintiffs filed an opposition to the administrative motion. ECF No. 43. The Court ordered Defendants to provide supplemental briefing on the types of cases that are being staffed by DOJ during the government shutdown, and the criteria DOJ used to assess whether this case would be staffed, among other questions. ECF No. 45. Defendants timely filed the supplemental briefing that explained that DOJ would continue to staff certain immigration related cases during the shutdown. *See* ECF No. 46. The Court recognizes the lapse in appropriations is an unusual circumstance that creates challenges for all parties and counsel.

Because of the procedural posture of the case, and because Plaintiffs allege a fear of immigration consequences for engaging in protected speech under the First Amendment, the Court DENIES the request for a stay. Defendants reply remains due on November 3, 2025, and the hearing is set for November 19, 2025. ECF No. 30.

**IT IS SO ORDERED.**

Dated: October 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　Noël Wise
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge