Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (Mich. Bar #P78981)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@thefire.org
Email: daniel.zahn@thefire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Pro hac vice application forthcoming

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>          *Defendants*. | Case No. 5:25-cv-06618<br><br>**[PROPOSED] ORDER GRANTING DOE PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED PSEUDONYMOUSLY** |

1

## [PROPOSED] ORDER

2    The Court considered the Doe Plaintiffs' Motion to Proceed Pseudonymously and, based on

3    their showing of good cause, **GRANTS** the Doe Plaintiffs permission to proceed pseudonymously.

4    The motion is unopposed.   All public filings shall refer to the Doe Plaintiffs only by their

5    designated pseudonyms.  This Order does not preclude the Court from revisiting the use of

6    pseudonyms at a later stage of the proceedings if circumstances change.

7

8

9

10    DATED:  November 13, 2025

11                                                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DOE PLAINTIFFS' ADMINISTRATIVE MOTION TO
PROCEED PSEUDONYMOUSLY                                    CASE NO. 5:25-cv-06618