CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-6748
    kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD DAILY PUBLISHING CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUBIO, *et al.*, <br><br> Defendants. | CASE NO. 5:25-cv-06618-NW <br><br> **DEFENDANTS' NOTICE RE: STANDING** |

Pursuant to the Court's Order Regarding Questions for November 19, 2025 Hearing, Dkt. No. 52, Defendants respectfully submit this notice regarding their position on Plaintiffs' Article III standing.

For the reasons set forth in Defendants' Cross-Motion for Summary Judgment, Dkt. No. 33 at 11-16, and Reply in support thereof, Dkt. No. 48 at 2-8, Defendants do not concede that any Plaintiff has Article III standing to bring their claims in this matter.

DATED: November 17, 2025           Respectfully submitted,

                                   CRAIG H. MISSAKIAN
                                   United States Attorney

                                   */s/ Kelsey J. Helland*
                                   KELSEY J. HELLAND
                                   Assistant United States Attorney