DAN LAIDMAN
   *Counsel for Amici Curiae*
Davis Wright Tremaine LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6886
Email: danlaidman@dwt.com

GABRIEL ROTTMAN
   *Counsel for Amici Curiae*
   *Pro Hac Vice Motion Forthcoming*
MARA GASSMANN*
ALLYSON VEILE*
   *\*Of counsel*
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
Email: grottman@rcfp.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**NOTICE OF AMICI CURIAE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND COMMITTEE TO PROTECT JOURNALISTS REGARDING ORAL ARGUMENT**<br><br>Hearing Date: November 19, 2025<br><br>Hearing Time: 9:00 AM<br><br>Judge: Hon. Noël Wise |

1  Pursuant to the Court's Order Regarding November 19, 2025 Hearing (ECF No. 50) the
2  Reporters Committee for Freedom of the Press ("Reporters Committee") and the Committee to
3  Protect Journalists ("CPJ") (together, "amici") respectfully submit this notice to inform the Court
4  that counsel for amici are regrettably unavailable to participate in the November 19, 2025 hearing.
5  Amici therefore will stand on their previously-filed brief (ECF No. 38), but are prepared to
6  file a supplemental brief addressing any questions or arguments regarding the importance to the
7  press of the issues raised in these proceedings, should the Court so direct.

Dated: November 18, 2025

Respectfully submitted,

*/s/ Dan Laidman*
Dan Laidman
 *Counsel for Amici Curiae*
Davis Wright Tremaine LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6886
Email: danlaidman@dwt.com

Gabriel Rottman
 *Counsel for Amici Curiae*
 *Pro Hac Vice Motion Forthcoming*
Mara Gassmann*
Allyson Veile*
 * *Of Counsel*
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
Email: grottman@rcfp.org