Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
**Law Office of Matthew S.L. Cate**
101 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel/Fax: 415-964-4400

*Counsel for Amici Curiae Student Press Law Center, Associated Collegiate Press, College Media Association, and Fifty-five Student Media Outlets and Newsroom Leaders*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| The Stanford Daily Publishing Corp., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Marco Rubio, in his official capacity as Secretary of State, *et al.*, <br><br> Defendants. | Case No. 5:25-cv-06618-NW <br><br> **Notice of Student Press Amici re November 19 Hearing** <br><br> Date: November 19, 2025 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br><br> Trial Date: n/a <br> Action Filed: August 6, 2025 |

Pursuant to the Court's November 13, 2025 Order regarding the unopposed motions for leave to file as *amici curiae* and its notice regarding the November 19, 2025, motion hearing, the Student Press Law Center, Associated Collegiate Press, College Media Association, and Fifty-five Student Media Outlets and Newsroom Leaders ("Student Press Amici") notify the Court and parties that counsel for the Student Press Amici is unavailable to participate in the November 19, 2025, hearing.

The Student Press Amici stand on their previously submitted brief (Dkt. 42–1) and are prepared to submit any supplemental briefing the Court may direct or allow in response to any questions or issues that remain after the hearing or that may otherwise arise in this action.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Date: November 19, 2025 | **LAW OFFICE OF MATTHEW S.L. CATE** |
| 4 | | _____ |
| | | Matthew S.L. Cate |
| 5 | | |
| 6 | | *Counsel for Amici Curiae Student Press Law Center, Associated Collegiate Press, College Media Association, and Fifty-five Student Media Outlets and Newsroom Leaders* |

— 2 —