Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (Mich. Bar #P78981)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@thefire.org
Email: daniel.zahn@thefire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Case No. 5:25-cv-06618-NW<br><br>[PROPOSED] ORDER ENTERING STIPULATION FOR AMENDED SCHEDULING ORDER<br><br>Judge Noël Wise |

1   This Court, having considered the parties' Stipulation for Amended Scheduling Order, Dkt.
2   No. 63, GRANTS the stipulated relief and ORDERS as follows:

- Plaintiffs shall file an amended complaint by December 4, 2025.
- Defendants shall file a motion to dismiss based on standing by December 12, 2025.
- Plaintiffs shall file a response to the motion to dismiss by December 19, 2025.
- Defendants may file a reply in support of the motion to dismiss by December 29, 2025.
- Both parties shall re-notice their cross-motions for summary judgment by December 29, 2025.
- A hearing on the motion to dismiss ~~and cross-motions for summary judgment~~ is set for ~~January 6, 2026~~. Thursday, January 8, 2026.
- Existing deadlines on filing and responding to a motion to dismiss, *see* Dkt. No. 61, are VACATED.

SO ORDERED this  1  day of  December , 2025.

_____
Honorable Noël Wise
United States District Judge