CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-6748
    kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD DAILY PUBLISHING CORP., *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>RUBIO, *et al.*,<br><br>    Defendants. | Case No. 5:25-cv-06618-NW<br><br>**DEFENDANTS' RE-NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   May 6, 2026<br>Time:  9:00 a.m.<br>Place: Courtroom 3, 5th Floor<br><br>The Honorable Noël Wise |

1 **RE-NOTICE OF MOTION**

2  PLEASE TAKE NOTICE that, pursuant to the December 1, 2025 Order Entering Stipulation for
3 Amended Scheduling Order (Dkt. 64), the Cross-Motion for Summary Judgment of Defendants Marco
4 Rubio and Kristi Noem (Dkt. 33) is hereby re-noticed for hearing on **May 6, 2026, at 9:00 a.m.**, or as
5 soon thereafter as the matter may be heard, in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose,
6 CA 95113, before the Honorable Noël Wise of the United States District Court for the Northern District
7 of California.

9 DATED: December 29, 2025            Respectfully submitted,

10                                    CRAIG H. MISSAKIAN
                                      United States Attorney

12                                    */s/ Kelsey Helland*
                                      KELSEY HELLAND
                                      Assistant United States Attorney

                                      Attorneys for Defendants

DEFENDANTS' RE-NOTICE OF CROSS-MSJ
5:25-CV-06618-NW                      2