CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-6748
    kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD DAILY PUBLISHING CORP., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>RUBIO, *et al.*,<br><br>    Defendants. | Case No. 5:25-cv-06618-NW<br><br>**ANSWER TO VERIFIED AMENDED COMPLAINT**<br><br>The Honorable Noël Wise |

Defendants, Secretary of State Marco Rubio and Secretary of Homeland Security Kristi Noem (collectively, "Defendants"), by and through undersigned counsel, respectfully submits the following Answer to Plaintiffs' Verified Amended Complaint for Declaratory and Injunctive Relief (Dkt. No. 65) (hereinafter "Complaint").

## GENERAL ANSWER

a.      Plaintiffs quote various documents throughout their Complaint, including United States District Court cases, Congressional statutes, reports and testimony, new media articles, and investigatory reports from federal agencies. Defendant responds to these citations as follows:

i.      In the specific answers that follow, to the extent a paragraph in Plaintiffs' Complaint cites or otherwise references one of these documentary sources solely as support for a factual allegation, Defendant answers the factual allegation in accordance with Federal Rule of Civil Procedure 8 by either admitting, denying, or pleading lack of sufficient information with respect to that factual allegation. The citation of the source underlying the factual allegation is in and of itself not a factual allegation requiring a response.

ii.      To the extent a paragraph in Plaintiffs' Complaint contains a factual allegation, purports to provide a quotation from a documentary source in whole or in part in a manner requiring a response as to its truthfulness or accuracy, or specifically describes a finding or conclusion of a report, policy, or other cited source, Defendant answers those allegations in accordance with Rule 8.

b.      Insofar as Plaintiffs' Complaint contains allegations regarding the subjective mindset, knowledge, or motivation of various Executive Branch officials and employees, those allegations are denied throughout the Answer.

c.      Insofar as allegations relate to or reference the identities, ages, relationships, and nationalities of the individual Plaintiffs, those allegations are denied throughout the Answer on the ground that Defendants lack information sufficient to form a belief as to the allegations because those Plaintiffs are proceeding pseudonymously. Therefore, any specific admissions or denials, in full or in part, of such allegations are qualified by the provision that Defendants are answering based on its belief, but lack of certainty, as to the identities of the individual Plaintiffs.

## SPECIFIC ANSWERS BY PARAGRAPH

### INTRODUCTION

1.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

2.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny.

3.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

4.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny.

5.    Defendants lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

6.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

7.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit admit that 8 U.S.C. §§ 1182(a)(3)(C)(iii) and 1227(a)(4)(C)(i) are important provisions of immigration law and that the quoted text appears in the cited reference, deny that these two statues are the only statutes upon which Defendants make immigration decisions or that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

8.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit

that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

9.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

## JURISDICTION AND VENUE

10.    The allegations in this paragraph consist of Plaintiffs' description of the legal authority for their lawsuit, to which no response is required.

11.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that the Court has subject-matter jurisdiction over this dispute.

12.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that the Court has subject-matter jurisdiction over this dispute.

13.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that Plaintiff Stanford Daily resides in this District, but lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

## DIVISION

14.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that Plaintiff Stanford Daily resides in Santa Clara County, but lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

## PARTIES

*Plaintiffs*

15.    Defendants admit that Plaintiff Stanford Daily is a California nonprofit corporation based in Stanford, California, and that The Stanford Daily is a newspaper of Stanford University.  Defendants

1  lack sufficient information to form a belief as to the remaining allegations in this paragraph, and on that

2  basis deny.

3      16.    Defendants lack sufficient information to form a belief as to the allegations in this

4  paragraph, and on that basis deny.

5      17.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient

6  information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

7      18.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient

8  information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

9  ***Defendants***

10     19.    Defendants admit that Marco Rubio is the Secretary of State and has authority over the

11 operations of the State Department and that, in that capacity and through his agents, Secretary Rubio has

12 broad authority over the operation and enforcement of the immigration laws.  The remaining allegations

13 of this paragraph are not statements of fact but conclusions of law to which no response is required.  To

14 the extent a further response is deemed required, Defendants admit that the so-called Revocation

15 Provision permits Secretary Rubio to revoke visas.

16     20.    Defendants admit that Kristi Noem is the Secretary of Homeland Security and that she

17 possesses and exercises the powers of that office, but deny that she has "ultimate authority" over U.S.

18 Immigration Customs and Enforcement ("ICE").  The remaining allegations of this paragraph are not

19 statements of fact but conclusions of law to which no response is required.  To the extent a further

20 response is deemed required, Defendants admit the allegations of the second and third sentences in part,

21 but deny that Secretary Noem "leads a mechanism by which Secretary Rubio's revocation and

22 deportation proclamations are executed."

23                          **FACTUAL ALLEGATIONS**

24  **I.   The October 7 Attacks and Ensuing Protests and Other Speech**

25     21.    Admit.

26     22.    Admit.

27     23.    Admit.

28     24.    Admit.

25. Defendants lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

26. Admit.

**II.** **During the 2024 Campaign and After the Election, Trump Makes Clear His Administration Will Target Noncitizens Based on Speech.**

27. Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required. To the extent a further response is deemed required, Defendants admit.

28. Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required. To the extent a further response is deemed required, Defendants admit.

29. Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required. To the extent a further response is deemed required, Defendants lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

30. Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required. To the extent a further response is deemed required, Defendants lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

31. Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required. To the extent a further response is deemed required, Defendants lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

32. Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required. To the extent a further response is deemed required, Defendants lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

33.     Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required.  To the extent a further response is deemed required, Defendants lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

34.     Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required.  To the extent a further response is deemed required, Defendants lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

35.     Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required.  To the extent a further response is deemed required, Defendants lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

36.     The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

37.     Defendants admit that the U.S. Senate unanimously confirmed Mr. Rubio as Secretary of State; that he took office on January 21, 2025; and that the Secretary of State serves at the pleasure of the President.

38.     Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

39.     Defendants deny Plaintiffs' characterization of the cited testimony and respectfully refer the Court to the cited documents for an accurate description of their contents.

III.    **The Trump Administration Arrests, Detains, And Attempts to Deport Noncitizens For Protected Speech.**

40.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny.

41.    Defendants admit that Mr. Khalil was a lawful permanent resident and that he was, at one point, a graduate student at Columbia University.  To the extent this paragraph alleges that Mr. Khalil was a graduate student at Columbia University at any particular time, Defendants lack sufficient information to form a belief as to such allegations, and on that basis deny.

42.    Admit.

43.    Defendants admit that Mr. Khalil was arrested on March 8, 2025.  He was transferred to an ICE facility in Louisiana on March 10, 2025.

44.    Defendants deny the allegations in the first sentence of this paragraph, and aver that Mr. Khalil's Notice to Appear stated that "The Secretary of State has determined that your presence or activities in the United States would have serious adverse foreign policy consequences for the United States."  Defendants admit the allegations in the second sentence of this paragraph, and respectfully refer the Court to the cited documents for an accurate description of their contents.

45.    Defendants admit that the social media post reflected in this paragraph was posted by Secretary Rubio's X account at the alleged date and time.

46.    Defendants admit that the social media post reflected in this paragraph was posted by the DHS X account at the alleged date and time.

47.    Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required.  To the extent a further response is deemed required, Defendants admit that the social media post reflected in this paragraph was posted by President Trump's Truth Social account at the alleged date and time.

48.    Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required.  To the extent a further response is deemed required, Defendants admit that the White House Press Secretary made substantially the quoted remarks, deny Plaintiffs' characterization of those remarks, lack information

1    sufficient to form a belief as to these allegation that the government never offered evidence and on that

2    basis deny, and respectfully refer the Court to a video or transcript of the referenced press briefing for an

3    accurate description of its contents.

4        49.    Admit.

5        50.    Defendants admit that Deputy Homeland Security Secretary Troy Edgar participated in

6    an NPR interview on March 13, 2025.  Defendants deny Plaintiffs' characterization of his remarks, and

7    respectfully refer the Court to a transcript of the referenced interview for an accurate description of its

8    contents.

9        51.    Defendants lack sufficient information to form a belief as to whether Rumeysa Öztürk is

10   a PhD student at Tufts University in Boston, Massachusetts, and on that basis deny.  Defendants aver

11   that Ms. Öztürk is no longer "on an F-1 student visa" because her was revoked.

12       52.    Admit.

13       53.    Defendants admit that on March 25, 2025, Ms. Öztürk was arrested and placed into ICE

14   custody, and that multiple federal officers were present at the arrest.  Defendants otherwise deny

15   Plaintiffs' characterization of the arrest.

16       54.    These allegations are not statements of fact but conclusions of law to which no response

17   is required.  To the extent a further response is deemed required Defendants admit that the Department

18   of State revoked Ms. Öztürk's visa, and deny that such revocation was based solely on her "protected

19   expression."

20       55.    Admit.

21       56.    Defendants admit that Mohsen Mahdawi is a legal permanent resident in the United

22   States.  Defendants lack sufficient information to form a belief as to whether Mr. Mahdawi is an

23   undergraduate student at Columbia University, and on that basis deny.

24       57.    Admit.

25       58.    Defendants admit that Mr. Mahdawi was arrested and placed in ICE custody on April 14,

26   2025.  Defendants otherwise deny Plaintiffs' characterization of the arrest.

27       59.    These allegations are not statements of fact but conclusions of law to which no response

28   is required.  To the extent a further response is deemed required, Defendants admit that Secretary Rubio

invoked the statute Plaintiffs refer to as the Deportation Provision and made a foreign-policy

determination with respect to Mr. Mahdawi's presence in the United States.  Defendants otherwise deny

Plaintiffs' characterization of Secretary Rubio's action, and respectfully refer the Court to the cited

documents for an accurate description of their contents.

60.    Defendants deny the allegations in this paragraph, and aver that, after Mr. Mahdawi was

taken into custody on April 14, 2025, he was held at the Northwest State Correctional Center in St.

Albans, Vermont until he was released on April 30, 2025.

61.    The allegations in this paragraph are not statements of fact but conclusions of law to

which no response is required.  To the extent a further response is deemed required, Defendants deny

taking immigration enforcement action solely for "protected expression."

62.    Defendants assert that the allegations in this paragraph are not necessary to assert any

claim for relief in connection with this Complaint and thus no response is required.  To the extent a

further response is deemed required, Defendants admit that Mr. Miller made substantially the quoted

remarks during an interview on Fox News, deny Plaintiffs' characterization of those remarks, and

respectfully refer the Court to a video or transcript of the referenced interview for an accurate

description of its contents.

63.    Defendants admit that the social media post reflected in this paragraph was posted by

Tricia McLaughlin's X account at the alleged date and time.

64.    Admit.

65.    Defendants admit that Secretary Rubio testified that he "proudly" revoked Ms. Öztürk's

student visa.  Defendants otherwise deny Plaintiffs' characterization of his testimony, and respectfully

refer the Court to a video or transcript of the referenced testimony for an accurate description of its

contents.

66.    Defendants deny the allegations in this paragraph and respectfully refer the Court to the

cited documents for an accurate description of their contents.

67.    Defendants assert that the allegations in this paragraph are not necessary to assert any

claim for relief in connection with this Complaint and thus no response is required.  To the extent a

further response is deemed required, Defendants admit that the social media post reflected in this paragraph was posted by Mr. Miller's X account at the alleged date and time.

68.    Defendants admit that the social media post reflected in this paragraph was posted by the DHS X account at the alleged date and time.

69.    Defendants admit that the social media post reflected in this paragraph was posted by Christopher Landau's X account at the alleged date and time.

70.    Defendants admit that the social media post reflected in this paragraph was posted by Christopher Landau's X account at the alleged date and time.

71.    Defendants admit that the social media post reflected in this paragraph was posted by Secretary Rubio's X account at the alleged date and time.

72.    Defendants admit that the social media post reflected in this paragraph was posted by the DHS X account at the alleged date and time.

73.    Defendants admit that the social media posts reflected in this paragraph were posted by the State Department X account at the alleged dates and times.

74.    Defendants admit that the social media post reflected in this paragraph was posted by the State Department X account at the alleged date and time.

75.    Defendants admit that the social media post reflected in this paragraph was posted by the State Department X account at the alleged date and time.

76.    Defendants admit that Sami Hamdi was arrested and taken into ICE's custody on October 26, 2025 but deny Plaintiffs' characterization that Mr. Hamdi often supports Palestine.

77.    Defendants admit that the social media post reflected in this paragraph was posted by Tricia McLaughlin's X account at the alleged date and time.

78.    Defendants admit that the social media post reflected in this paragraph was posted by the State Department X account at the alleged date and time.

79.    Defendants admit that the social media post reflected in this paragraph was posted by the DHS X account at the alleged date and time.

80.    Defendants assert that the allegations in this paragraph are not necessary to assert any claim for relief in connection with this Complaint and thus no response is required.  To the extent a

1    further response is deemed required, Defendants admit that Mr. Miller made substantially the quoted

2    remarks during an interview on Fox News, deny Plaintiffs' characterization of those remarks, and

3    respectfully refer the Court to a video or transcript of the referenced interview for an accurate

4    description of its contents.

5    **IV.  Stanford Daily's Noncitizen Staff Self-Censors, Fearing Immigration Consequences for**

6    **Protected Speech.**

7         81.   Admit.

8         82.   Defendants lack information sufficient to form a belief as to these allegations, and on that

9    basis deny.

10        83.   Defendants lack information sufficient to form a belief as to these allegations, and on that

11   basis deny.

12        84.   Admit.

13        85.   Defendants lack information sufficient to form a belief as to these allegations, and on that

14   basis deny.

15        86.   Defendants lack information sufficient to form a belief as to these allegations, and on that

16   basis deny.

17        87.   Defendants lack information sufficient to form a belief as to these allegations, and on that

18   basis deny.

19        88.   Defendants lack information sufficient to form a belief as to these allegations, and on that

20   basis deny.

21        89.   Admit.

22        90.   Defendants lack information sufficient to form a belief as to these allegations, and on that

23   basis deny.

24        91.   Defendants lack information sufficient to form a belief as to these allegations, and on that

25   basis deny.

26        92.   Defendants lack information sufficient to form a belief as to these allegations, and on that

27   basis deny.

28        93.   Defendants lack information sufficient to form a belief as to these allegations, and on that

1  basis deny.

2     94.    Defendants lack information sufficient to form a belief as to these allegations, and on that

3  basis deny.

4     95.    Admit.

5     96.    Defendants lack information sufficient to form a belief as to these allegations, and on that

6  basis deny.

7     97.    Defendants lack information sufficient to form a belief as to these allegations, and on that

8  basis deny.

9     98.    Defendants lack information sufficient to form a belief as to these allegations, and on that

10  basis deny.

11     99.    Defendants lack information sufficient to form a belief as to these allegations, and on that

12  basis deny.

13     100.    Admit.

14     101.    Admit.

15     102.    Defendants lack information sufficient to form a belief as to these allegations, and on that

16  basis deny.

17     103.    Defendants lack information sufficient to form a belief as to these allegations, and on that

18  basis deny.

19     104.    Defendants lack information sufficient to form a belief as to these allegations, and on that

20  basis deny.

21     105.    Defendants lack information sufficient to form a belief as to these allegations, and on that

22  basis deny.

23     106.    Defendants lack information sufficient to form a belief as to these allegations, and on that

24  basis deny.

25     107.    Defendants lack information sufficient to form a belief as to these allegations, and on that

26  basis deny.

27     108.    Defendants lack information sufficient to form a belief as to these allegations, and on that

28  basis deny.

1    109.    Defendants lack information sufficient to form a belief as to these allegations, and on that
2    basis deny.

3    110.    Defendants lack information sufficient to form a belief as to these allegations, and on that
4    basis deny.

5    111.    Defendants lack information sufficient to form a belief as to these allegations, and on that
6    basis deny.

7    112.    Defendants deny the allegations that they have revoked visas and ordered deportations, or
8    have threatened to do so, for "protected speech."  Defendants lack information sufficient to form a belief
9    as to the remainder of these allegations, and on that basis deny.

10    113.    Defendants deny the allegations that they have revoked visas and ordered deportations, or
11    have threatened to do so, for "protected speech."  Defendants lack information sufficient to form a belief
12    as to the remainder of these allegations, and on that basis deny.

13    114.    Defendants lack information sufficient to form a belief as to these allegations, and on that
14    basis deny.

15    115.    Defendants lack information sufficient to form a belief as to these allegations, and on that
16    basis deny.

17    116.    Defendants lack information sufficient to form a belief as to these allegations, and on that
18    basis deny.

19    117.    Defendants lack information sufficient to form a belief as to these allegations, and on that
20    basis deny.

21    118.    Defendants lack information sufficient to form a belief as to these allegations, and on that
22    basis deny.

23    119.    Defendants lack information sufficient to form a belief as to these allegations, and on that
24    basis deny.

25    120.    Defendants lack information sufficient to form a belief as to these allegations, and on that
26    basis deny.

27    121.    Defendants lack information sufficient to form a belief as to these allegations, and on that
28    basis deny.

122.   Defendants lack information sufficient to form a belief as to these allegations, and on that basis deny.

123.   Defendants lack information sufficient to form a belief as to these allegations, and on that basis deny.

124.   Defendants deny that Secretary Rubio is targeting "protected speech." Defendants lack sufficient information to form a belief that Stanford Daily has received numerous requests from lawfully present noncitizens who either wrote or were quoted or pictured in articles to remove their name, image, or article for fear of adverse immigration action based on their speech.

125.   Defendants deny the allegations that they have revoked visas and ordered deportations, or have threatened to do so, for "protected speech." Defendants lack information sufficient to form a belief as to the remainder of these allegations, and on that basis deny.

126.   Defendants lack information sufficient to form a belief as to these allegations, and on that basis deny.

127.   Defendants deny that Secretary Rubio used the so-called Deportation Provision and Revocation Provision against "protected speech." Defendants lack sufficient information to form a belief that Stanford Daily has received other requests from current and former writers, asking it to remove opinion editorials they published, quotes they published, or their names in bylines or articles.

128.   Defendants lack information sufficient to form a belief as to these allegations, and on that basis deny.

129.   Defendants lack information sufficient to form a belief as to these allegations, and on that basis deny.

130.   Defendants deny the allegations that they have revoked visas and ordered deportations, or have threatened to do so, for "protected speech." Defendants lack information sufficient to form a belief as to the remainder of these allegations, and on that basis deny.

131.   Defendants lack information sufficient to form a belief as to the remainder of these allegations, and on that basis deny.

132.   Deny.

133.   Defendants lack information sufficient to form a belief as to these allegations, and on that

1    basis deny.

2        134.    Deny.

3    **V.    Plaintiff Jane Doe Fears Deportation Due to Her Pro-Palestinian Speech.**

4        135.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient

5    information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

6        136.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient

7    information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

8        137.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient

9    information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

10        138.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient

11    information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

12        139.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient

13    information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

14        140.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient

15    information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

16        141.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient

17    information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

18        142.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient

19    information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

20        143.    Defendants lack sufficient information to form a belief as to the truth of the allegations in

21    this paragraph, and on that basis deny.

22        144.    Defendants deny Plaintiffs' characterization of the trial testimony and respectfully refer

23    the Court to the cited documents for an accurate description of their contents.

24        145.    Defendants deny Plaintiffs' characterization of the trial testimony and respectfully refer

25    the Court to the cited documents for an accurate description of their contents.

26        146.    Defendants admit that Mr. Hatch testified that "It's true many of the names, even most of

27    the names came from that website, but we were getting names and leads from many different sources,"

28    and respectfully refer the Court to the cited documents for an accurate description of their contents

147.    Admit.

148.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

149.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

150.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny. The remainder of the allegations in this paragraph are legal conclusions to which no response is required.  To the extent a further response is deemed required, Defendants deny the allegations that they have revoked visas and ordered deportations, or have threatened to do so, for "protected speech."

151.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

152.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

153.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

154.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny. The remainder of the allegations in this paragraph are legal conclusions to which no response is required.  To the extent a further response is deemed required, Defendants deny the allegations that they have revoked visas and ordered deportations, or have threatened to do so, for "protected speech."

155.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny. The remainder of the allegations in this paragraph are legal conclusions to which no response is required.  To the extent a further response is deemed required, Defendants deny the allegations that they have revoked visas and ordered deportations, or have threatened to do so, for "protected speech."

156.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

The remainder of the allegations in this paragraph are legal conclusions to which no response is required.  To the extent a further response is deemed required, Defendants deny the allegations that they have revoked visas and ordered deportations, or have threatened to do so, for "protected speech."

157.    Because Plaintiff Jane Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.  The remainder of the allegations in this paragraph are legal conclusions to which no response is required.  To the extent a further response is deemed required, Defendants deny the allegations that they have revoked visas and ordered deportations, or have threatened to do so, for "protected speech."

**VI.    John Doe Fears Adverse Immigration Action for His Protected Speech.**

158.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

159.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

160.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

161.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

162.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

163.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

164.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

165.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

166.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

167.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient

information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

168.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

169.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

170.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

171.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

172.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

173.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

174.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

175.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

176.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

177.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

178.    Because Plaintiff John Doe is proceeding pseudonymously, Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis deny.

**INJURIES TO PLAINTIFFS**

179.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny.

180.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny.

181.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny.

182.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny.

183.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny.

184.    Defendants lack sufficient information regarding the allegations of Plaintiffs' and others' past or intended future expression, and on that basis deny.  The remainder of the allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny.

185.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny.

**FIRST CLAIM**

**First Amendment**

**Deportation Provision**

**(Declaratory Relief)**

186.    Defendants repeat and incorporate by reference their responses to each and every allegation contained in paragraphs 1 through 185 as if set forth herein.  To the extent a further response is deemed required, Defendants deny.

187.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

188.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

189.    The allegations in this paragraph are not statements of fact but conclusions of law to

which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

190.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

191.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

192.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

193.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

194.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

195.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

196.    The allegations in this paragraph are not statements of fact but conclusions of law to

which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

197.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

198.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

199.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

200.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that if an alien is unlawfully present in the United States or present in violation of immigration laws, he or she may be arrested and detained pending the completion of a removal proceedings, but Defendants deny such process is through the "operation" of the so-called "Deportation Provision."

201.    Defendants lack sufficient information to form a belief as to the allegations in this paragraph, and on that basis deny.

202.    Deny.

203.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny.

204.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

1  respectfully refer the Court to the cited documents for an accurate description of their contents.

2       205.    The allegations in this paragraph are not statements of fact but conclusions of law to

3  which no response is required.  To the extent a further response is deemed required, Defendants admit

4  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

5  respectfully refer the Court to the cited documents for an accurate description of their contents.

6       206.    The allegations in this paragraph are not statements of fact but conclusions of law to

7  which no response is required.  To the extent a further response is deemed required, Defendants deny.

8       207.    The allegations in this paragraph are not statements of fact but conclusions of law to

9  which no response is required.  To the extent a further response is deemed required, Defendants deny.

10      208.    Defendants deny the allegations that the use of "protected speech" triggers the so-called

11  Deportation Provision.

12      209.    Defendants deny the allegations that the use of "protected speech" triggers the so-called

13  Deportation Provision.

14      210.    The allegations in this paragraph are not statements of fact but conclusions of law to

15  which no response is required.  To the extent a further response is deemed required, Defendants admit

16  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

17  respectfully refer the Court to the cited documents for an accurate description of their contents.

18      211.    The allegations in this paragraph are not statements of fact but conclusions of law to

19  which no response is required.  To the extent a further response is deemed required, Defendants deny.

20      212.    The allegations in this paragraph are not statements of fact but conclusions of law to

21  which no response is required.  To the extent a further response is deemed required, Defendants admit

22  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

23  respectfully refer the Court to the cited documents for an accurate description of their contents.

24      213.    The allegations in this paragraph are not statements of fact but conclusions of law to

25  which no response is required.  To the extent a further response is deemed required, Defendants deny.

26      214.    The allegations in this paragraph are not statements of fact but conclusions of law to

27  which no response is required.  To the extent a further response is deemed required, Defendants admit

28  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

1  respectfully refer the Court to the cited documents for an accurate description of their contents.

2      215.    The allegations in this paragraph are not statements of fact but conclusions of law to

3  which no response is required.  To the extent a further response is deemed required, Defendants deny.

4      216.    The allegations in this paragraph are not statements of fact but conclusions of law to

5  which no response is required.  To the extent a further response is deemed required, Defendants deny.

6      217.    The allegations in this paragraph are not statements of fact but conclusions of law to

7  which no response is required.  To the extent a further response is deemed required, Defendants admit

8  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

9  respectfully refer the Court to the cited documents for an accurate description of their contents.

10      218.    The allegations in this paragraph are not statements of fact but conclusions of law to

11  which no response is required.  To the extent a further response is deemed required, Defendants deny.

12      219.    Defendants lack sufficient information to form a belief as to the allegations in this

13  paragraph, and on that basis deny.

14      220.    The allegations in this paragraph are not statements of fact but conclusions of law to

15  which no response is required.  To the extent a further response is deemed required, Defendants deny

16  that Plaintiffs are entitled to any relief.

17  <center>**SECOND CLAIM**</center>

18  <center>**First Amendment**</center>

19  <center>**Deportation Provision**</center>

20  <center>**(Injunctive Relief)**</center>

21      221.    Defendants repeat and incorporate by reference their responses to each and every

22  allegation contained in paragraphs 1 through 220 as if set forth herein.  To the extent a further response

23  is deemed required, Defendants deny.

24      222.    The allegations in this paragraph are not statements of fact but conclusions of law to

25  which no response is required.  To the extent a further response is deemed required, Defendants deny

26  that Plaintiffs are entitled to any relief.

27      223.    The allegations in this paragraph are not statements of fact but conclusions of law to

28  which no response is required.  To the extent a further response is deemed required, Defendants admit

that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

224.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

225.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

226.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

227.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

<div align="center">

**THIRD CLAIM**

**Fifth Amendment (Vagueness)**

**Deportation Provision**

**(Declaratory Relief)**

</div>

228.    Defendants repeat and incorporate by reference their responses to each and every allegation contained in paragraphs 1 through 227 as if set forth herein.  To the extent a further response is deemed required, Defendants deny.

229.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

230.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit

1  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

2  respectfully refer the Court to the cited documents for an accurate description of their contents.

3       231.    The allegations in this paragraph are not statements of fact but conclusions of law to

4  which no response is required.  To the extent a further response is deemed required, Defendants admit

5  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

6  respectfully refer the Court to the cited documents for an accurate description of their contents.

7       232.    The allegations in this paragraph are not statements of fact but conclusions of law to

8  which no response is required.  To the extent a further response is deemed required, Defendants admit

9  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

10  respectfully refer the Court to the cited documents for an accurate description of their contents.

11      233.    The allegations in this paragraph are not statements of fact but conclusions of law to

12  which no response is required.  To the extent a further response is deemed required, Defendants admit

13  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

14  respectfully refer the Court to the cited documents for an accurate description of their contents.

15      234.    The allegations in this paragraph are not statements of fact but conclusions of law to

16  which no response is required.  To the extent a further response is deemed required, Defendants admit

17  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

18  respectfully refer the Court to the cited documents for an accurate description of their contents.

19      235.    The allegations in this paragraph are not statements of fact but conclusions of law to

20  which no response is required.  To the extent a further response is deemed required, Defendants deny

21  that Plaintiffs are entitled to any relief.

22      236.    The allegations in this paragraph are not statements of fact but conclusions of law to

23  which no response is required.  To the extent a further response is deemed required, Defendants admit

24  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

25  respectfully refer the Court to the cited documents for an accurate description of their contents.

26      237.    The allegations in this paragraph are not statements of fact but conclusions of law to

27  which no response is required.  To the extent a further response is deemed required, Defendants deny

28  that Plaintiffs are entitled to any relief.

1

2

3

4

**FOURTH CLAIM**

**Fifth Amendment (Vagueness)**

**Deportation Provision**

**(Injunctive Relief)**

5
6
7

238.    Defendants repeat and incorporate by reference their responses to each and every allegation contained in paragraphs 1 through 237 as if set forth herein.  To the extent a further response is deemed required, Defendants deny.

8
9
10

239.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

11
12
13

240.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

14
15
16

241.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

17
18
19

242.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

20
21
22
23

243.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

24
25
26
27

244.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

28

**FIFTH CLAIM**

**First Amendment**

**Revocation Provision**

**(Declaratory Relief)**

245.    Defendants repeat and incorporate by reference their responses to each and every allegation contained in paragraphs 1 through 244 as if set forth herein.  To the extent a further response is deemed required, Defendants deny.

246.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

247.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

248.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

249.    Deny.

250.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

251.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

252.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

253.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

254.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

255.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

256.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

## SIXTH CLAIM

### First Amendment

### Revocation Provision

### (Injunctive Relief)

257.    Defendants repeat and incorporate by reference their responses to each and every allegation contained in paragraphs 1 through 256 as if set forth herein.  To the extent a further response is deemed required, Defendants deny.

258.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

259.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

260.    The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny

1    that Plaintiffs are entitled to any relief.

2        261.    The allegations in this paragraph are not statements of fact but conclusions of law to

3    which no response is required.  To the extent a further response is deemed required, Defendants deny

4    that Plaintiffs are entitled to any relief.

5        262.    The allegations in this paragraph are not statements of fact but conclusions of law to

6    which no response is required.  To the extent a further response is deemed required, Defendants admit

7    that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

8    respectfully refer the Court to the cited documents for an accurate description of their contents.

9        263.    The allegations in this paragraph are not statements of fact but conclusions of law to

10    which no response is required.  To the extent a further response is deemed required, Defendants admit

11    that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

12    respectfully refer the Court to the cited documents for an accurate description of their contents.

13                                **SEVENTH CLAIM**

14                          **Fifth Amendment (Vagueness)**

15                              **Revocation Provision**

16                              **(Declaratory Relief)**

17        264.    Defendants repeat and incorporate by reference their responses to each and every

18    allegation contained in paragraphs 1 through 263 as if set forth herein.  To the extent a further response

19    is deemed required, Defendants deny.

20        265.    The allegations in this paragraph are not statements of fact but conclusions of law to

21    which no response is required.  To the extent a further response is deemed required, Defendants deny

22    that Plaintiffs are entitled to any relief.

23        266.    The allegations in this paragraph are not statements of fact but conclusions of law to

24    which no response is required.  To the extent a further response is deemed required, Defendants deny

25    that Plaintiffs are entitled to any relief.

26        267.    The allegations in this paragraph are not statements of fact but conclusions of law to

27    which no response is required.  To the extent a further response is deemed required, Defendants deny

28    that Plaintiffs are entitled to any relief.

268.     The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

269.     The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants admit that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and respectfully refer the Court to the cited documents for an accurate description of their contents.

270.     The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

<div align="center">

**EIGHTH CLAIM**

**Fifth Amendment**

**Discretionary Revocation Provision**

**(Injunctive Relief)**

</div>

271.     Defendants repeat and incorporate by reference their responses to each and every allegation contained in paragraphs 1 through 270 as if set forth herein.  To the extent a further response is deemed required, Defendants deny.

272.     The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

273.     The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

274.     The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

275.     The allegations in this paragraph are not statements of fact but conclusions of law to which no response is required.  To the extent a further response is deemed required, Defendants deny

1  that Plaintiffs are entitled to any relief.

2       276.    The allegations in this paragraph are not statements of fact but conclusions of law to

3  which no response is required.  To the extent a further response is deemed required, Defendants admit

4  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

5  respectfully refer the Court to the cited documents for an accurate description of their contents.

6       277.    The allegations in this paragraph are not statements of fact but conclusions of law to

7  which no response is required.  To the extent a further response is deemed required, Defendants admit

8  that the quoted text appears in the cited reference, deny that Plaintiffs are entitled to any relief, and

9  respectfully refer the Court to the cited documents for an accurate description of their contents.

10                                          **PRAYER FOR RELIEF**

11       WHEREFORE, Plaintiffs seeks the relief identified in Paragraphs A to J at pages 43 to 45 of the

12  Complaint, Defendants aver as follows:

13       A.    This paragraph sets forth Plaintiffs' prayer for relief to which no response is required.  To

14  the extent a response is required, Defendant denies that Plaintiffs are entitled to the requested relief.

15       B.    This paragraph sets forth Plaintiffs' prayer for relief to which no response is required.  To

16  the extent a response is required, Defendant denies that Plaintiffs are entitled to the requested relief.

17       C.    This paragraph sets forth Plaintiffs' prayer for relief to which no response is required.  To

18  the extent a response is required, Defendant denies that Plaintiffs are entitled to the requested relief.

19       D.    This paragraph sets forth Plaintiffs' prayer for relief to which no response is required.  To

20  the extent a response is required, Defendant denies that Plaintiffs are entitled to the requested relief.

21       E.    This paragraph sets forth Plaintiffs' prayer for relief to which no response is required.  To

22  the extent a response is required, Defendant denies that Plaintiffs are entitled to the requested relief.

23       F.    This paragraph sets forth Plaintiffs' prayer for relief to which no response is required.  To

24  the extent a response is required, Defendant denies that Plaintiffs are entitled to the requested relief.

25       G.    This paragraph sets forth Plaintiffs' prayer for relief to which no response is required.  To

26  the extent a response is required, Defendant denies that Plaintiffs are entitled to the requested relief.

27       H.    This paragraph sets forth Plaintiffs' prayer for relief to which no response is required.  To

28  the extent a response is required, Defendant denies that Plaintiffs are entitled to the requested relief.

1    I.    This paragraph sets forth Plaintiffs' prayer for relief to which no response is required.  To

2  the extent a response is required, Defendant denies that Plaintiffs are entitled to the requested relief.

3    J.    This paragraph sets forth Plaintiffs' prayer for relief to which no response is required.  To

4  the extent a response is required, Defendant denies that Plaintiffs are entitled to the requested relief.

5                    **AFFIRMATIVE AND OTHER DEFENSES**

6    1.    The Court lacks subject matter jurisdiction over Plaintiffs' claims.

7    2.    Plaintiffs lack Article III standing to bring their claims.

8    3.    Plaintiffs' claims are barred by any exception to or limitation on the United States'

9  waiver of sovereign immunity.

10    4.    Plaintiffs are not entitled the declaratory and injunctive relief sought.

11    5.    Plaintiffs are not entitled to attorneys' fees or costs.

12    6.    The United States specifically reserves the right to raise additional affirmative defenses

13  which become evident through discovery, and to amend its Answer to raise any affirmative defense –

14  including, but not limited to, those identified by Federal Rule 8(c) – not currently known and/or which it

15  may have or through discovery learn may be applicable.

16                        **PRAYER FOR RELIEF**

17    WHEREFORE, Defendants pray that:

18    1.    Plaintiffs take nothing by their Complaint;

19    2.    The Complaint be dismissed with prejudice;

20    3.    Judgment be entered in favor of Defendant;

21    4.    Defendant be awarded its costs of suit; and

22    5.    The Court award such other and further relief as it may deem proper.

23  Dated: February 13, 2026                Respectfully submitted,

24                            CRAIG H. MISSAKIAN
                             United States Attorney

25                             */s/ Kelsey J. Helland*

26                            Kelsey J. Helland
                             Assistant United States Attorney

27                            Counsel for Defendants

28