Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (Mich. Bar #P78981)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@thefire.org
Email: daniel.zahn@thefire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**[PROPOSED] ORDER ENTERING STIPULATION PROPOSING SCHEDULING ORDER**<br><br>Judge Noël Wise |

This Court, having considered the parties' Stipulation Proposing Scheduling Order, Dkt. No. 77, GRANTS the stipulated relief and ORDERS as follows:

- The pending cross-motions for summary judgments, Dkt. Nos. 69, 70, will be treated as a trial on the papers.
- The record for the trial on the papers is limited to:
    - The existing record including but not limited to the declarations and attached exhibits already submitted in support of the parties' motions, Dkt. Nos. 12–14, 23-1, 23-2, 33-1, 44-1, 48-1, and the verified allegations in the Verified Amended Complaint, Dkt. No. 65;
    - Material subject to judicial notice under Federal Rule of Evidence 201; and
    - Trial testimony and admitted trial exhibits from *American Association of University Professors v. Rubio*, No. 25-10685 (D. Mass).
- The parties shall file the trial testimony and admitted trial exhibits from *American Association of University Professors v. Rubio*, No. 25-10685 (D. Mass), within 14 days of this Order. To the extent any such material was maintained under seal in *AAUP*, the parties shall jointly file a motion to file such material under seal in this matter.
- Each party shall file a supplemental brief not to exceed 15 pages on or before April 9, 2026.
- Each side shall file a response to the other's supplemental brief not to exceed 10 pages on or before April 23, 2026.
- The hearing on the parties' cross-motions scheduled for May 6, 2026, is converted to a bench trial on the papers, at which time the parties will present oral argument.

SO ORDERED this ___ day of _____, 2026.

Honorable Noël Wise
United States District Judge

-1-

[PROPOSED] ORDER ENTERING
STIPULATION PROPOSING SCHEDULING ORDER                      No. 5:25-cv-06618-NW