UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD DAILY PUBLISHING CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, et al., <br><br> Defendants. | Case No. 25-cv-06618-NW <br><br> **ORDER GRANTING STIPULATION RE SCHEDULING ORDER** <br><br> Re: ECF No. 77 |

This Court, having considered the parties' Stipulation Proposing Scheduling Order, Dkt. No. 77, GRANTS the stipulated relief and ORDERS as follows:

- The pending cross-motions for summary judgments, Dkt. Nos. 69, 70, will be treated as a trial on the papers.

- The parties shall re-notice their motions on the Court's docket within 14 days of this Order. The parties must use the hearing date below when they re-notice their motions.

- The record for the trial on the papers is limited to:

    o The existing record, including but not limited to the declarations and attached exhibits already submitted in support of the parties' motions, Dkt. Nos. 12–14, 23-1, 23-2, 33-1, 44-1, 48-1, and the verified allegations in the Verified Amended Complaint, Dkt. No. 65;

    o Material subject to judicial notice under Federal Rule of Evidence 201; and

    o Trial testimony and admitted trial exhibits from *American Association of University Professors v. Rubio*, No. 25-10685 (D. Mass) ("*AAUP*").

- The parties shall file the trial testimony and admitted trial exhibits from *AAUP*, within 14 days of this Order. To the extent any such material was maintained under seal in *AAUP*,

the parties shall jointly file a motion to file such material under seal in this matter.

- **Supplemental Briefs:**
    - Each party shall file a supplemental brief not to exceed 15 pages on or before April 9, 2026.
    - Each side shall file a response to the other's supplemental brief not to exceed 10 pages on or before April 23, 2026.
- **Statements of Facts:**
    - *Undisputed Facts:* The parties shall file a joint statement of undisputed material facts, in the form of a chart, on or before April 9, 2026.
    - *Disputed Facts:* Each side shall additionally file a unilateral statement of disputed facts, in the form of a chart, on or before April 9, 2026. The statement should not, without leave of court, exceed 15 pages.
        - Upon filing, each party shall provide their statement to the other party in Microsoft Word format. The parties should adhere to the format of Attachment A to the Court's Civil Standing Order to the extent possible.
        - The parties must provide a citation (including the witness/document) to the record for every fact. To the extent the parties reference testimony from *AAUP*, the parties shall provide the Court with a copy of the transcript, along with the other materials in the record as listed above.
        - Additionally, because the court in *AAUP* made findings of fact and because the parties ask to rely on the record in *AAUP*, the parties may not cite to a "fact" that is inconsistent with a factual finding made by the court in *AAUP*. If either party believes that the other has done so, when responding to the opposing party's unilateral statement of disputed facts, the party should (in a separate column in the chart) provide the *AAUP* court's finding – with citation – that contradicts the fact offered by the opposing party.
    - Each side shall file a response to the other's unilateral statement of disputed facts on or before April 23, 2026.

2

- **Hearing:**
    - The hearing on the parties' cross-motions is converted to a bench trial on the papers, at which time the parties will present oral argument. The hearing is re-set to **Thursday, May 14, 2026, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: March 13, 2026

_____
Noël Wise
United States District Judge