Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (Mich. Bar #P78981)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@fire.org
Email: daniel.zahn@fire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@fire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,† <br><br> *Defendants*. | Case No. 5:25-cv-06618-NW <br><br> **PLAINTIFFS' NOTICE OF TRIAL ON THE PAPERS** <br><br> Date:      May 14, 2026 <br> Time:      9:00 AM <br> Courtroom: 3, 5th Floor <br><br> Judge Noël Wise |

† Under Federal Rule of Civil Procedure 25(d), Secretary of Homeland Security Markwayne Mullin is automatically substituted for former Secretary of Homeland Security Kristi Noem.

PLAINTIFFS' NOTICE OF
TRIAL ON THE PAPERS                                        CASE NO. 5:25-cv-06618-NW

PLEASE TAKE NOTICE that, pursuant to the Court's order, Dkt. No. 78, Plaintiffs re-notice their Motion for Summary Judgment, Dkt. No. 69, which the Court will treat as a trial on the papers, Dkt. No. 78. In support, Plaintiffs rely on their previously submitted briefing in support of summary judgment, Dkt. Nos. 32-1 and 44, their Verified Amended Complaint, Dkt. No. 65, and all other declarations, exhibits, and evidence submitted and argument heard on the matter, including the submitted trial testimony and admitted trial exhibits from *American Association of University Professors v. Rubio*, No. 25-10685 (D. Mass). The bench trial on the papers, at which time the parties will present oral argument, is set for Thursday, May 14, 2026, at 9:00 AM.

Dated: March 27, 2026

Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Respectfully Submitted,

/s/ *Conor T. Fitzpatrick*
Conor T. Fitzpatrick (Mich. Bar #P78981)**
Daniel A. Zahn (D.C. Bar #90027403)**
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@fire.org
Email: daniel.zahn@fire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@fire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

-1-

PLAINTIFFS' NOTICE OF
TRIAL ON THE PAPERS                                          CASE NO. 5:25-cv-06618-NW