CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6488
   FAX: (415) 436-6748
   kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD DAILY PUBLISHING CORP., *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>RUBIO, *et al.*,<br><br>            Defendants. | Case No. 5:25-cv-06618-NW<br><br>**DEFENDANTS' RE-NOTICE OF TRIAL ON THE PAPERS**<br><br>Date:  May 14, 2026<br>Time:  9:00 a.m.<br>Place: Courtroom 3, 5th Floor<br><br>The Honorable Noël Wise |

**RE-NOTICE OF TRIAL ON THE PAPERS**

PLEASE TAKE NOTICE that, pursuant to the March 13, 2026, Order Granting Stipulation Re Scheduling Order (Dkt. 78), the Cross-Motion for Summary Judgment of Defendants Marco Rubio and Markwayne Mullin[1] (Dkt. 70; 33) has been converted to a trial on the papers set for **May 14, 2026, at 9:00 a.m.**, in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, CA 95113, before the Honorable Noël Wise of the United States District Court for the Northern District of California.

DATED: March 27, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey Helland*
KELSEY HELLAND
Assistant United States Attorney

Attorneys for Defendants

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Homeland Security Markwayne Mullin is automatically substituted in place of former Secretary of Homeland Security Kristi Noem.