Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (D.C. Bar #90015616)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@fire.org
Email: daniel.zahn@fire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@fire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, <br><br> *Defendants*. | Case No. 5:25-cv-06618-NW <br><br> **DECLARATION OF DANIEL ZAHN ABOUT SUBMITTED EXHIBITS AND MANUAL FILING NOTIFICATION** |

DECLARATION OF DANIEL ZAHN ABOUT SUBMITTED EXHIBITS
AND MANUAL FILING NOTIFICATION                    CASE NO. 5:25-cv-06618-NW

I, Daniel Zahn, declare as follows:

1.      I am a Staff Attorney at the Foundation for Individual Rights and Expression (FIRE). I am a licensed attorney in good standing in the District of Columbia, and I appear on behalf of Plaintiffs in the present case. This Court has granted my pro hac vice application.

2.      Pursuant to this Court's March 13 order, Dkt. No. 78, the parties have filed the admitted trial exhibits from *American Association of University Professors v. Rubio*, No. 25-10685 (D. Mass). I submit this declaration about the *AAUP* trial exhibits that the parties filed.

3.      Certain exhibits contain redactions approved by the *AAUP* Court. The filed versions therefore accurately reflect the exhibit as it exists in the *AAUP* trial record.

4.      Certain exhibits indicate that they are subject to protective orders or other restrictions, such as attorneys' eyes only. To the parties' knowledge, none of the submitted exhibits are subject to access restrictions, such as a protective order or seal, even when otherwise indicated.

5.      Certain exhibits contained court stamps from the *AAUP* Court. The parties were unable to access version of those exhibits without court stamps. I have edited the exhibits solely to remove the court stamps, and I declare that removing court stamps is the only modification I made to those exhibits. Defendants' counsel has reviewed those edits and approved them. The following exhibits were affected: 5, 6, 23, 31, 58–64, 232–36, 247–50.

6.      Exhibits 225, 228, and 237 are in physical form only and are being maintained in the case file in the Clerk's office. For information on retrieving those exhibits directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). These exhibits were not efiled because they are video computer files.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 27, 2026.

/s/ *Daniel A. Zahn*

Daniel A. Zahn

-1-