# EXHIBIT 48

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

This document has been updated as of 4/8/2025, to be in compliance with Executive Order 14168, "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," signed 1/20/2025; Executive Order 14151 "Ending Radical and Wasteful Government DEI Programs and Preferencing," signed 1/20/2025; the ICE Office of the Director Memo, titled "Terminology for Communications Materials and Internal and External Communications," dated 1/20/2025, and the ICE Office of the Director Memo, titled "Updated Terminology for Communications Materials and Internal and External Communications," dated 3/31/2025. (Note: This document is also being reviewed for alignment with other Presidential issuances.)



*Homeland Security Investigations*

# Arrest Procedures Handbook

HSI HB 15-03 / July 21, 2015

**U.S. Immigration and Customs Enforcement**

DEF-036

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Foreword

The Arrest Procedures Handbook provides a single source of national policies, procedures, responsibilities, guidelines, and controls that should be followed by U.S. Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) Special Agents when exercising the authority to detain, arrest, and transport individuals in custody in the course of conducting investigations and other enforcement-related activities within the scope of their authority. This Handbook contains instructions and guidance that will help ensure uniformity and operational consistency among all HSI field offices. (Note:  HSI SAs must comply with the Department of Homeland Security's Commitment to Nondiscriminatory Law Enforcement and Screening Activities and with ICE Directive 11062.2 entitled, "Sexual Abuse and Assault Prevention and Intervention," dated May 11, 2014, or as updated.)

This Handbook supersedes Office of Investigations Handbook 07-02 entitled, "Arrest Procedures Handbook," dated October 7, 2007, and all other policies or other documents on arrest procedures issued by HSI since October 7, 2007.

The Arrest Procedures Handbook is an internal policy of HSI. It is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter, nor are any limitations hereby placed on otherwise lawful enforcement prerogatives of ICE. This Handbook is For Official Use Only (FOUO) – Law Enforcement Sensitive. It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to FOUO information and the ICE Directive on Safeguarding Law Enforcement Sensitive Information. This information shall not be distributed beyond the original addressees without prior authorization of the originator. If disclosure of this Handbook or any portion of it is demanded in any judicial or administrative proceeding, the HSI Records and Disclosure Unit, as well as the ICE Office of the Principal Legal Advisor and/or U.S. Attorney's Office, are to be consulted so that appropriate measures can be taken to invoke privileges against disclosure. This Handbook contains information which may be exempt from disclosure to the public under the Freedom of Information Act, Title 5, United States Code, Section 552(b), and protected from disclosure pursuant to the law enforcement privilege. Any further request for disclosure of this Handbook or information contained herein should be referred to the Records and Disclosure Unit.

The HSI Policy Unit is responsible for coordinating the development and issuance of HSI policy. All suggested changes or updates to this Handbook should be submitted to the HSI Policy Unit which will coordinate all needed revisions.

Peter T. Edge
Executive Associate Director
Homeland Security Investigations

JUL  2 1  2015
_____
Date

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# ARREST PROCEDURES HANDBOOK

## Table of Contents

**Chapter 1.  PURPOSE AND SCOPE**.................................................................................1

**Chapter 2.  INTRODUCTION**.........................................................................................1

**Chapter 3.  DEFINITIONS** ..............................................................................................1

- 3.1       Adult .................................................................................1
- 3.2       Arrest.................................................................................1
- 3.3       Booking.............................................................................2
- 3.4       Detention...........................................................................2
- 3.5       High Risk Prisoner............................................................2
- 3.6       Juvenile ............................................................................2
- 3.7       Low Risk Prisoner.............................................................2
- 3.8       Medical Professional.........................................................2
- 3.9       Weapon .............................................................................2

**Chapter 4.  RESPONSIBILITIES**...................................................................................2

- 4.1       Executive Associate Director, Homeland Security Investigations ...........2
- 4.2       Special Agents in Charge...................................................2
- 4.3       Special Agents ..................................................................3

**Chapter 5.  AUTHORITIES/REFERENCES** ................................................................3

- 5.1       Authorities.........................................................................3
- 5.2       References..........................................................................4

**Chapter 6.  LIABILITY** ...................................................................................................4

**Chapter 7.  DETENTION AND RELATED ISSUES**.....................................................5

- 7.1       Border Detention...............................................................5
- 7.2       Detention During Execution of Search Warrant .................5
- 7.3       Investigative Detentions (Terry Stops) ..............................5
- 7.4       Limited Search for Officer Safety Concerns (Frisk)...........6
- 7.5       Time of Detention and Release ..........................................6
- 7.6       Need for Special Equipment or Personnel ..........................6
- 7.7       Access to Food, Water, and Restrooms ...............................6
- 7.8       Access to Prescription Drugs and Medical Assistance ...........6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- 7.9      Identification ...................................................................................................6
- 7.10     Detainment on Behalf of a Different Agency .........................................6
- 7.11     Diplomats ...................................................................................................7

**Chapter 8.  ARREST PROCEDURES AND RELATED ISSUES ....................................7**

- 8.1      Arrest Defined...........................................................................................7
- 8.1.1    Criminal Arrest .........................................................................................8
- 8.1.2    Administrative Arrest................................................................................8
- 8.2      Number of Officers Making an Arrest.....................................................9
- 8.3      Foot Pursuits .............................................................................................9
- 8.4      Use of Restraints .......................................................................................9
- 8.4.1    Length of Time Restraints Are Used .......................................................9
- 8.4.2    Method of Restraint ..................................................................................9
- 8.4.3    Individuals to Be Restrained ..................................................................10
- 8.4.4    Aggressive Individuals............................................................................10
- 8.4.5    Transport of Individuals Using Restraints .............................................10
- 8.5      Searches Incident to Arrest .....................................................................11
- 8.5.1    Initial Weapons Search ...........................................................................11
- 8.5.2    Complete Search ......................................................................................11
- 8.5.3    Search of Cell Phones Incident to Arrest...............................................12
- 8.6      Smoking ...................................................................................................13
- 8.7      Threat from Third Parties........................................................................13
- 8.8      Hostile Environments..............................................................................13
- 8.9      Safety for Individuals in Custody ...........................................................14
- 8.10     Immunity from Arrest..............................................................................14
- 8.11     Arrest of Foreign Nationals ....................................................................14
- 8.11.1   Right to Communicate with Consular Official .......................................14
- 8.12     Statement of Rights..................................................................................14
- 8.12.1   Miranda Warning Following a Criminal Arrest......................................15
- 8.12.2   Notice of Rights Warning Following an Administrative Arrest.............15
- 8.13     Juveniles...................................................................................................15
- 8.13.1   Criminal Arrest of Juveniles ...................................................................15
- 8.13.2   Administrative Detention of Juveniles....................................................16

**Chapter 9.  TRANSPORTATION PROCEDURES AND RELATED ISSUES ................16**

- 9.1      General Guidelines for Transporting Individuals in Custody
         by Motor Vehicle ...................................................................................16
- 9.2      Number of Officers Transporting an Individual in Custody...................16
- 9.3      Securing Weapons ...................................................................................16
- 9.4      Use of Restraints Prior to, During, and After the Transportation..........16
- 9.5      Vehicle Search and Child Safety Locks..................................................16

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- 9.6    Seating of Individuals in Custody..........................................................18
- 9.7    Transporting Juveniles ...........................................................................18
- 9.8    Use of Restrooms During the Transportation .........................................18
- 9.9    Medical Considerations ..........................................................................19
- 9.10   High Risk Individuals .............................................................................19
- 9.11   Required Communications.......................................................................19
- 9.12   Transportation of Prisoners Via Commercial Air Carrier.......................20
- 9.13   Outside Enforcement Activities..............................................................21

**Chapter 10.  BOOKING PROCEDURES.............................................................................22**

**APPENDIX**        Acronyms ........................................................................................ A-i

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# ARREST PROCEDURES
# HANDBOOK

## Chapter 1.   PURPOSE AND SCOPE

The Arrest Procedures Handbook establishes policy and procedures for U.S. Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) Special Agents (SAs) when they exercise the authority to detain, arrest, or transport individuals.  (Note:  Any force used to detain, arrest, and/or transport individuals must be used in accordance with the Interim ICE Use of Force Policy, issued July 7, 2004, or as updated.)

## Chapter 2.   INTRODUCTION

The scope of HSI SAs' authority is established by the United States Constitution and by statute, and SAs must know the bases for their authority as well as the limits of such authority.  SAs may take an individual into custody only when acting within the scope of their legal authority.

The detention, arrest, and transport of individuals are among the most dangerous duties performed by HSI SAs.  Many law enforcement officer casualties occur in the course of performing such duties.  The procedures and standards set forth in this Handbook have been developed to minimize such casualties.  These procedures and standards can also preclude costly and time-consuming lawsuits or trial tactics that might divert the attention of courts and juries from the substantive facts of a case to the nature of HSI's treatment of a defendant or respondent.

Compliance with the procedures and standards set forth in this Handbook, along with HSI SAs' training, will help to ensure officer safety, safeguard the rights of those individuals in the custody of SAs, and maximize the admissibility of evidence obtained by SAs.

## Chapter 3.   DEFINITIONS.

The following definitions are provided for the purposes of this Handbook:

### 3.1    Adult

Any person who is 18 years of age or older.

### 3.2    Arrest

An actual or constructive restraint or detention of an individual performed with the purpose of taking the individual into custody.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### 3.3    Booking

The act of processing an arrestee into a detention facility.  This process generally includes recording the subject's personal information, photographing, fingerprinting, criminal records check, medical questionnaire, property inventory, and entrance into a detention facility.  This facility may be operated by Federal, State, and/or local jurisdictions.

### 3.4    Detention

Restraining an individual's freedom of movement or ability to walk away during an investigative inquiry by establishing temporary control over the individual.

### 3.5    High Risk Prisoner

A prisoner who SAs believe poses an exceptional escape risk and/or who is charged with, or convicted of, a violent crime.

### 3.6    Juvenile

Any person under the age of 18.

### 3.7    Low Risk Prisoner

Any prisoner who has not been designated as high risk.

### 3.8    Medical Professional

A licensed doctor, nurse practitioner, technician, or aide trained to treat, provide care, or administer medication or services specific to the medical needs of the individual.

### 3.9    Weapon

Any object, item, or device that may be used to cause physical injury, incapacitate, or diminish capability, temporarily or permanently.

## Chapter 4.  RESPONSIBILITIES.

### 4.1    Executive Associate Director, Homeland Security Investigations

The Executive Associate Director of HSI has the overall responsibility for the oversight of the policies and procedures set forth in this Handbook.

### 4.2    Special Agents in Charge

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Special Agents in Charge (SACs) are responsible for implementing the policies and procedures set forth in this Handbook within their respective areas of responsibility (AORs). SACs are also responsible for providing the appropriate restraining devices to all SAs in their AORs.

## 4.3    Special Agents

SAs are responsible for complying with the provisions of this Handbook.

## Chapter 5.   AUTHORITIES/REFERENCES

### 5.1    Authorities

A.  Federal Authorities

HSI SAs' authority to arrest a person is based on various sections of law, including, but not limited to, the authority provided in Title 19, United States Code (U.S.C.), Section 1589a and 8 U.S.C. § 1357.

B.  State Peace Officer Authority

In addition to Federal arrest authority, SAs may, in certain circumstances, exercise arrest authority as designated State peace officers or in their capacity as private citizens who witness a crime. As separate sovereigns, each State may determine who is authorized to enforce its laws. Usually, this means that arrest power is granted to State police, sheriffs, and various municipal police departments. Some States have enacted legislation designating Federal law enforcement officers as State peace officers with the power to enforce State law. (See HSI Directive 13-01 entitled, "HSI Special Agents Responding to State Crimes," dated May 30, 2013, or as updated.)

In addition to statutory authorization for SAs to serve as State peace officers, it may be possible to obtain State peace officer status by being "deputized" by a local sheriff or other State law enforcement official. SAs so deputized should confirm that the deputization is not merely honorary and actually carries with it the power of arrest.

Further, it is important for SAs to bear in mind that any State law enforcement authority they possess or receive should be used to further Federal law enforcement priorities.

C.  Citizen's Arrest Authority

In addition to Federal and State arrest authority, HSI SAs have the power to arrest, search, or seize persons or things just as any private citizen would, and local law governs in such instances. SAs must therefore act in accordance with local law in any situation where they make an arrest for an offense that is not within the jurisdiction of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ICE.  Generally, a private person may make an arrest when a crime (felony or misdemeanor) is committed or is attempted in his or her presence, or when the person arrested has committed a felony, even though not in the presence of the private person.  However, SAs should check local law to see under what circumstances they may make arrests as private persons or as HSI SAs.  (Note:  For more information regarding citizen arrest authority and liabilities, see HSI Directive 13-01 entitled, "HSI Special Agents Responding to State Crimes," May 30, 2013, or as updated.)

## 5.2    References

A.  ICE Interim Use of Force Policy, dated June 11, 2004, or as updated.

B.  ICE Directive 10066.1 (former number: 7-3.), Consular Notification of Detained or Arrested Foreign Nationals, dated February 13, 2006, or as updated.

C.  HSI Directive 14-01, Mandatory Booking of Arrestees Using EAGLE, dated April 23, 2014, or as updated.

D.  HSI Directive 13-01, HSI Special Agents Responding to State Crimes, dated May 30, 2013, or as updated.

E.  HSI Handbook (HB) 12-04, Search and Seizure Handbook, dated September 14, 2012, or as updated.

F.  HSI HB 11-01, Computer Forensics Handbook, dated April 27, 2011, or as updated.

G.  Office of Investigations (OI) HB 10-03, Interviewing Techniques Handbook, dated April 28, 2010, or as updated.

## Chapter 6.  LIABILITY

When seizing or arresting an individual, HSI SAs assume responsibility for the well-being of the individual, as well as the well-being of fellow officers and other people who may come in contact with the individual.  SAs who carry out their duties in a negligent or wrongful manner may subject themselves, their supervisors, and the Federal government to civil liability.

SAs are subject to individual liability under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971) if, while enforcing Federal law, they violate an individual's clearly-established rights under the U.S. Constitution.  Under 42 U.S.C. § 1983, SAs face similar liability for Federal civil rights violations committed while enforcing State or local law.

In rare cases, SAs may face criminal liability for alleged civil rights violations or other misconduct.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Chapter 7.  DETENTION AND RELATED ISSUES

### 7.1    Border Detention

The border search exception to the warrant and probable cause requirements of the Fourth Amendment permits HSI SAs to detain people at the border, functional equivalent of the border, or extended border, with no suspicion, for the purpose of searching for merchandise, determination of alienage, and any evidence of admissibility.

19 U.S.C. §§ 482, 1581, and 1582 set forth SAs' customs statutory authority in this regard, while 8 U.S.C. §§ 1225 and 1357 set forth the primary immigration authority to temporarily detain aliens in the border environment.  Customs detention is authorized to search for merchandise and for evidence related to the importation or exportation of merchandise.  Immigration detention is authorized to determine the admissibility of an individual.  In some cases, searches by SAs are limited by policy; for example, a search involving a pat down of an individual for merchandise requires one articulable fact that merchandise will be found on the person.  In order to retrieve an item discovered during such a pat down, SAs must have a reasonable suspicion that the item is merchandise.  Likewise, reasonable suspicion that a person is carrying merchandise inside his or her body is necessary in order to refer that person to an approved medical facility to have medical personnel conduct an internal examination.

### 7.2    Detention During Execution of Search Warrant

SAs executing a criminal search warrant have the authority to briefly detain any individuals present at the location of the enforcement site.  Included in this authority are individuals attempting to leave the enforcement site in the presence of SAs arriving and individuals who arrive or attempt to obtain access to the enforcement site.  An individual may be detained at the enforcement site during the execution of the criminal search warrant for as long as deemed necessary by the SAs.  Restraints may be used in accordance with the procedures outlined in Section 8.4.  The principles applicable to a Terry Stop (see Section 7.3 below) are fully applicable to those present during the execution of a search warrant.

### 7.3    Investigative Detentions (Terry Stops)

SAs may temporarily detain an individual when they have reasonable suspicion that the individual is engaged in criminal activity.  If SAs fail to develop a probable cause belief that the person committed (or is committing) a crime or fail to establish a reasonable suspicion of wrongdoing distinct from the reason for the initial stop, they must release the individual.  A stop must not be longer than the circumstances justifiably require and must not be more intrusive than reasonably necessary to verify or dispel the SAs' suspicions.  A stop which is sufficiently long or unreasonable in duration or intrusiveness will constitute an arrest.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SAs may also perform a pat down search or frisk of an individual during the temporary detention as long as they have reasonable suspicion that the individual is armed and dangerous.  For the SAs' protection (and the protection of others) during the detention, the SAs can conduct a limited search of the person to confirm or dispel that suspicion.

## 7.4    Limited Search for Officer Safety Concerns (Frisk)

Whenever there is reasonable suspicion that an individual is armed, SAs are justified, for officer safety concerns, in conducting a frisk for weapons during a detention.  This limited search is performed pursuant to a Terry Stop.  (See Section 7.3).

## 7.5    Time of Detention and Release

The amount of time that an individual may be detained must be determined by the totality of the circumstances involving the detention.  Detained persons should be released as soon as possible, unless probable cause is developed and they are to be placed under arrest.

## 7.6    Need for Special Equipment or Personnel

If the need arises for special equipment or personnel in order to complete an investigative or enforcement action, for example canine (K-9) assistance, an interpreter, or contraband detection equipment, SAs must document the facts supporting the continued detention.  Failure to do so may result in a court later ruling that any evidence found was the result of an unlawful arrest.

## 7.7    Access to Food, Water, and Restrooms

Individuals in custody for more than 6 hours must be given access to food at the expense of the investigating HSI field office.  Water and restroom facilities should be made available to individuals in custody on an as-needed basis.  Restroom facilities may be restricted if the detention results from a suspicion that the persons in custody are concealing merchandise or contraband in their body.

## 7.8    Access to Prescription Drugs and Medical Assistance

SAs shall ensure that detained individuals have access to their own legally prescribed medication or medical assistance during the time that they are in custody.  In the event of a medical emergency, SAs should contact emergency services immediately.

## 7.9    Identification

All individuals detained by HSI SAs must be identified and the identities must subsequently be appropriately documented.  Every effort should be taken to identify the detained individuals through the Integrated Automated Fingerprint Identification System, if feasible.

## 7.10    Detainment on Behalf of a Different Agency

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

If an individual has been detained on behalf of another agency, SAs must document the legal basis for the detention, the time the requesting agency made contact or was contacted, the time of arrival of officers from the requesting agency, and the identity of the officer to whom the person was released.  In addition, it is important to note the physical and mental condition of the individual in custody at the time of the initial detention and at the time of the subsequent release.

### 7.11    Diplomats

Diplomats may be detained only as long as needed to determine their identity and status.  If, after reviewing a diplomat's Diplomatic or Consular Identification Card, HSI SAs determine that the diplomat is accredited and not subject to any form of detention or arrest, the HSI SAs must immediately release the diplomat.  The SAs should treat the diplomat with due respect and shall take all appropriate steps to prevent any attack on his or her person, freedom, or dignity.  The diplomat's local consulate or embassy may assist in the verification of identity and status.  Also, the U.S. Department of State (DOS)'s "Diplomatic List," which may change on a daily basis, covers foreign missions (embassies, interest sections) in the United States.  The list contains the names of the staff of the foreign mission having diplomatic rank.  These individuals enjoy full immunity under the provisions of the Vienna Convention on Diplomatic Relations except for U.S. nationals.  The immunity status of the individual encountered during an enforcement action or investigation should be verified with DOS' Office of Protocol.  Assistance is available through the Protocol Duty Officer on duty for the Office of Protocol or the Diplomatic Security Agent on duty.  They can be contacted through the Diplomatic Security Command Center at (571) 345-3146 (open 24 hours a day).  More information regarding this subject can be found at the following DOS link:  http://www.state.gov/s/cpr/rls/dpl/.  Valid Non-Immigrant Visas A-1, A-2, G-1, G-3, and North Atlantic Treaty Organization (NATO) 1-6 indicate possible status of immunity from criminal arrest or prosecution.

### Chapter 8.   ARREST PROCEDURES AND RELATED ISSUES

### 8.1    Arrest Defined

As stated in Section 3.2, an arrest is an actual or constructive restraint or detention of an individual performed with the purpose of taking the individual into custody.  A detention may also be deemed an arrest if, based on the totality of the circumstances, a reasonable individual would believe himself or herself to be in custody.  An arrest does not depend solely on whether the SA announces that the suspect has been placed under arrest.  If an SA's conduct is more intrusive than an investigative stop, an arrest may take place.  In determining whether an SA's conduct is tantamount to an arrest, consideration must be given to the relevant facts and circumstances, including but not limited to:

    A.  when and where the encounter occurred;

    B.  the duration of the encounter;

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

C.  the number of SAs and other officers present;

D.  what the SA(s) and the suspect said and did;

E.  the use of weapons, handcuffs, a guard blocking the door, verbal commands, or other physical restraints;

F.  the nature of the questioning;

G.  whether SAs escorted the suspect to another location for questioning;

H.  whether the SA(s) retained custody of important travel or identification documents during the encounter; and

I.  whether the suspect was permitted to leave following the encounter.

HSI SAs are authorized to make arrests with or without an arrest warrant for criminal and administrative violations.

## 8.1.1    Criminal Arrest

A criminal arrest must be supported by probable cause to believe that the individual arrested has committed a criminal offense.  Probable cause is articulable facts and circumstances that would lead a reasonably prudent person to believe that a criminal offense has been committed or is being committed by the individual to be arrested.  Probable cause is more than mere suspicion, but less than absolute certainty of guilt.

In determining whether probable cause was present at the time of an arrest, courts consider the totality of the circumstances as viewed by a reasonably prudent SA, coupled with the SA's training and experience.

Pertinent factors include personal knowledge or observation by the SA; information contained in official communication to the SA; information from reliable informants, victims, or witnesses; actions and appearance of the suspect(s); criminal reputation of the suspects; inconsistent and unpersuasive answers to routine questions; and possession, disposal, or concealment of evidence.

Under certain circumstances where a suspect forcibly resists an arrest, the suspect could be arrested for a violation of 18 U.S.C. § 111 (Assaulting, resisting, or impeding certain officers), or 18 U.S.C. § 2231 (Interfering with an officer authorized to make a search).

## 8.1.2    Administrative Arrest

An SA has the authority to arrest an individual if the SA has reason to believe (consistently interpreted as requiring probable cause) that the individual is in violation of the Immigration and

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Nationality Act (INA).  An administrative arrest is initiated when the disposition of the case will be sought in civil proceedings rather than in a criminal court proceeding.  This is most often associated with immigration proceedings.

## 8.2    Number of Officers Making an Arrest

Criminal and administrative arrests must be conducted by at least two law enforcement officers in order to ensure officer safety, except in unforeseeable, exigent circumstances.  Cases where SAs respond to a duty call and there is a possibility that an arrest may be effected do not constitute an unforeseeable, exigent circumstance; therefore, SAs must adhere to the above requirement that at least two law enforcement officers conduct criminal and administrative arrests.

## 8.3    Foot Pursuits

SAs are authorized to engage in foot pursuits taking into consideration training and officer safety concerns.  In addition, SAs should use the amount of force that is necessary and reasonable when stopping and apprehending an individual fleeing on foot, in accordance with the Interim ICE Use of Force Policy, dated July 7, 2004, or as updated.

## 8.4    Use of Restraints

The use of restraints on individuals in HSI custody must be conducted in a manner that is safe, secure, humane, and professional.  Only the amount of restraint necessary and reasonable to ensure the safety of the SAs, the individual(s) in custody, the public, and/or to prevent escape shall be employed.  Restraints shall not be used to inflict punishment or to restrict blood circulation or breathing.  (Note:  SAs should consult the Office of Firearms and Tactical Programs (OFTP) for questions regarding authorized restraining devices.)

### 8.4.1   Length of Time Restraints Are Used

All restraints are only temporary devices and should be removed when the individual in custody is placed in a secure holding facility and/or they are no longer required.

### 8.4.2   Method of Restraint

SAs shall handcuff (double-lock) all individuals in custody with their hands placed behind their back and the palms facing outward, unless a belly chain or transportation belt is used.  If a belly chain or transportation belt is used on an individual in custody, the individual may be handcuffed in the front.  Additionally, if necessary to ensure the security and safety of all, leg restraints should be used.  An individual in custody who is in restraints must not be left unattended.

The SA is authorized to handcuff the individual in custody with his or her hands in the front without a belly chain, transportation belt, or other appropriate and approved restraining device(s) only if the individual in custody:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Large individuals or those who are overly muscled such as weightlifters may require the use of several sets of handcuffs linked together. Flex-Cuffs or other specifically designed flexible police restraints may be used if necessary.

Individuals in custody shall not be handcuffed to an SA, officer, another person, or any object that may potentially cause an injury.

SAs may remove handcuffs from prisoners during processing only to facilitate the taking of fingerprints and to accommodate sanitation needs. Handcuffs may also be removed for medical emergencies when the circumstances dictate. Enhanced diligence is required during these times to ensure security and the safety of all.

### 8.4.3   Individuals to Be Restrained

Age, size, and sex are not valid reasons for failing to handcuff an individual. Juveniles may be handcuffed for officer safety.

Females shall be subject to the same handcuffing and restraint procedures used for males. (Also see Section 8.4.2(A).)

### 8.4.4   Aggressive Individuals

Combative individuals in custody may require the use of leg irons or other flexible restraints applied to prevent kicking by the individual.

Additional approved restraint devices may be used to secure an individual who violently resists arrest, poses a threat to officer safety, or who manifests mental disorders such that he or she presents a threat to himself or herself or to the public. (Note: SAs should contact OFTP for a list of authorized retraining devices.)

### 8.4.5   Transport of Individuals Using Restraints

Along with other considerations contained in this chapter, SAs should remember that, when using restraints, individuals in custody shall not be handcuffed to any moving vehicle or other conveyance. Furthermore, SAs must not transport individuals in custody who are restrained in a prone position. Individuals in custody shall never be left unsupervised in a vehicle or locked within a vehicle without supervision and appropriate ventilation. During transport, individuals in

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

custody are to remain restrained as described in Section 8.4.2.  In circumstances where custody of an individual is turned over to other SAs for transport, the receiving SAs must search the individual regardless of any prior searches conducted by the arresting SAs or other law enforcement officers.  (Note:  See Chapter 9 for additional guidance on transporting individuals.)

## 8.5	Searches Incident to Arrest

There are two types of searches that must be conducted following each arrest:  1) an initial weapons search; and 2) a complete search.

### 8.5.1	Initial Weapons Search

A search for weapons should immediately follow handcuffing of any individual who may or may not be a suspect or prisoner.

Whenever possible, an SA or other officer of the same sex should conduct an initial weapons search of the individual being handcuffed and/or taken into custody.  However, a frisk for weapons immediately following an arrest will not be delayed if an officer of the same sex is not available.

The discovery of a weapon or potential weapon during the search must be immediately communicated to the other officers at the scene of the encounter and/or to the members of the arrest team.  The presence of one weapon suggests that other weapons might be present and calls for a heightened state of alertness by all personnel involved.

### 8.5.2	Complete Search

As soon as practical, a thorough search for evidence shall be conducted on the individual in custody.  This search will not be limited as a result of an individual's objections, embarrassment, etc.  A law enforcement officer of the same sex as the individual in custody should conduct this search if available; however, the search should not be unreasonably delayed due to the unavailability of a same-sex officer.

All property of the prisoner will be removed from him or her and secured in a plastic bag or other container.  Special care should be given to document items of value.  Currency should be counted in the presence of the individual in custody and another member of a law enforcement agency.  If the prisoner was arrested while driving a vehicle, the vehicle will also be searched incident to arrest and detained in furtherance of the arrest.  During an arrest that is made in a room or building, SAs may conduct a search of the immediate area to ensure officer safety only. Any evidence of a crime observed may be seized under the plain view doctrine.  Any evidence found on the individual in custody should be kept separately from any items that do not have evidentiary value.

The prisoner will be afforded the opportunity to relinquish all personal property to a third party, either in person or by mail.  This transaction will be recorded on a Department of Homeland

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Security (DHS) Form 6051R, "Receipt of Property." If this cannot be accomplished, the prisoner will be afforded the opportunity to abandon his or her property. Prisoners must be informed and understand that if they abandon the property, they will have 30 days during which to recover their property, after which the property may be destroyed. This transaction will be recorded on DHS Form 4607, "Notice of Abandonment and Assent to Forfeiture of Prohibited or Seized Merchandise," and, as needed, DHS Form 4613, "Order to Destroy and Record of Destruction of Forfeited, Abandoned, or Unclaimed Merchandise."



The searching officer and others present must take precautions to prevent the spread of infectious diseases from the prisoner(s). The use of protective gloves to prevent contact with bodily fluids is strongly recommended.

### 8.5.3    Search of Cell Phones Incident to Arrest

SAs may discover cell phones and other smartphone devices during the search incident to arrest. In order to conduct a search of a cell phone upon arrest, SAs must either secure a warrant before searching the content of the cell phone or rely on another exception to the warrant requirement, such as consent, exigent circumstances, or plain view. If timing and circumstances permit, SAs should consider obtaining an anticipatory search warrant for a suspect's cell phone(s). SAs may still seize a cell phone during a lawful arrest, and may still examine the physical aspects of the phone to ensure that it will not be used as a weapon, including, for example, searching between the phone and its case for a razor blade. For further details, reference is made to the U.S. Supreme Court decision in Riley v. California, 134 S. Ct. 2473 (2014), holding that law enforcement officers must generally secure a warrant before conducting a search of a cell phone incident to arrest.

Since a search authorized by consent is wholly valid, SAs should always request consent (in writing, if possible) to search the contents of a cell phone of an individual who is arrested. If consent is not secured, exigent circumstances may still justify a search. Emergencies such as texts that are sent to armed and dangerous accomplices or location data of missing children in an abductor's cell phone could qualify as exigent circumstances and justify warrantless searches of cell phones upon arrest. However, such searches should be limited to addressing the exigency, and should not be used as a means to collect evidence.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



(Note: For guidance on searches of other electronic devices, SAs should see the Search and Seizure Handbook (HSI HB 12-04), dated September 14, 2012, or as updated.)

## 8.6    Smoking

Individuals in custody will not be allowed to smoke  At the discretion of the arresting SAs and once the individuals in custody are in a secure location that allows smoking, SAs may choose to allow them to smoke as part of the interviewing techniques. Individuals in a detention cell will not be allowed access to smoking materials.

## 8.7    Threat from Third Parties

SAs and other officers should take into consideration the potential threat from third parties that could cause harm to the SAs, officers, and/or the individual(s) in custody. SAs or other officers must be assigned to concentrate on the individual(s) in custody while others remain alert for third party threats.

## 8.8    Hostile Environments

In hostile environments, any and all individuals in custody must be removed as quickly as possible to a safe place. Individuals in custody must not be used as shields by SAs or other officers present during the completion of the law enforcement operation.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**8.9    Safety for Individuals in Custody**

SAs should not engage in any enforcement activities while they have an individual in custody unless failure to act at the immediate moment would risk death or serious bodily injury to oneself or another person.  In both life threatening and non-life threatening yet serious situations, SAs should attempt to call for back-up assistance if practicable and SAs may remain on hand until such assistance has arrived.  Regardless, SAs must maintain the safety of individuals in custody at all times.

**8.10    Immunity from Arrest**

Individuals who have immunity from arrest are:

A.    Diplomats who are accredited to the United States or their family members (with the exception of U.S. nationals).  (See Section 7.11.)

B.    Diplomats accredited to a foreign country or their family members who are directly en route between their home country and the country of accreditation.  (<u>Note</u>:  Mere possession of a diplomatic passport does not confer diplomatic immunity.)  (See Section 7.11.)

C.    Sitting judges while court is in session.

D.    Members of Congress during their attendance at sessions of Congress, or while traveling to or from a session may be arrested but may not be otherwise detained.  (<u>Note</u>:  Immunity from arrest is a privilege; members of Congress can be detained and/or arrested when Congress is not in session.)

**8.11    Arrest of Foreign Nationals**

The arrest of foreign nationals requires certain actions depending on their nationality, immigration status in the United States, and where the arrest took place.  If the individuals are aliens, they have the right to speak to their consular officer.  (See ICE Directive 10066.1 (former number: 7-3.0), entitled "Consular Notification of Detained or Arrested Foreign Nationals," dated February 13, 2006, or as updated.)

**8.11.1    Right to Communicate with Consular Official**

An alien who is being detained must be notified that he or she may communicate with a consular official in accordance with Title 8, Code of Federal Regulations (C.F.R.), Section 236.1(e).  If an alien is a national of one of the countries listed in 8 C.F.R. § 236.1(e), a consular official of that country <u>must be notified</u>, even if the alien specifically requests that no notification be made.  SAs must not reveal to any consular official the fact that the alien may have requested asylum.

**8.12    Statement of Rights**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### 8.12.1  Miranda Warning Following a Criminal Arrest

Following a criminal arrest and prior to questioning beyond what is needed for identification or processing purposes, individuals in custody must be informed that anything they say may be used against them and that they have the right to remain silent, to consult with a lawyer, to have a lawyer present during questioning, and, if indigent, to have counsel appointed.  The purpose of these warnings, commonly termed Miranda warnings, is to provide an individual in a custodial setting with notice of Fifth and Sixth Amendment rights available to that person prior to their interrogation.  Absent exigent circumstances, Miranda warnings should be conducted in writing using ICE Form 73-025, "Statement of Rights," used for criminal cases.  (Note:  For additional information on Miranda warnings and on the definitions of "interview" and "interrogation," see OI HB 10-03, Interviewing Techniques Handbook, dated April 28, 2010, or as updated.)

### 8.12.2  Notice of Rights Warning Following an Administrative Arrest

Every apprehended individual charged with a violation of the INA must be given an administrative notice of rights, including the right to communicate with the alien's respective consular official as stated in Section 8.11.1.  ICE uses multiple forms for this purpose as a result of decisions in certain court cases.  Salvadorans are given a Notice of Rights to Salvadorans (DHS Form I-848), juveniles are given the Notice of Rights and Request for Disposition (DHS Form I-770), which is a simplified version, and all others are given DHS Form I-826, which bears the same title as DHS Form I-770.  As part of the processing procedure of an apprehended alien, SAs must provide a copy of the appropriate form and make sure that the alien understands these rights.

Each of the rights forms contains a section for recording a decision by the apprehended alien to accept voluntary departure and immediate return, under appropriate safeguards, in lieu of formal removal proceedings.

### 8.13    Juveniles

### 8.13.1  Criminal Arrest of Juveniles

Juveniles require special handling as established in 18 U.S.C. § 5031 *et seq*.  SAs must immediately notify the U.S. Attorney of the criminal arrest.  If prosecution is authorized, the following steps must be taken:

    A.  SAs must advise juveniles of their Miranda rights using language the juveniles can understand.

    B.  The parents or guardian of the juvenile must immediately be notified of the nature of the charges and of the juvenile's rights.

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

C.  Juveniles must immediately be brought before an appropriate legal authority, e.g., a magistrate, a judge, etc., for their initial appearance.

D.  SAs must not release the name of the juveniles, fingerprints, photographs, or any reports of information about the juveniles to anyone other than as authorized by 18 U.S.C. § 5031 *et seq.* or by order of the court.

E.  Juveniles 14 years old and older should be fingerprinted and photographed.  Those under 14 should not.

### 8.13.2  Administrative Detention of Juveniles

Aliens who are defined as minors should be treated in accordance with the *Flores v. Reno* Settlement Agreement which sets nationwide policies for the detention, release, and treatment of juveniles in ICE custody.  At the earliest opportunity, coordination and notification should be made with the appropriate local Enforcement and Removal Operations (ERO) office for the disposition of the juvenile(s).

The appropriate foreign consulate must be notified in the event that a minor is taken into custody by HSI who is not accompanied by a parent, family member, or legal guardian.

### Chapter 9.   TRANSPORTATION PROCEDURES AND RELATED ISSUES

### 9.1   General Guidelines for Transporting Individuals in Custody by Motor Vehicle

Transporting an individual can be one of the most dangerous undertakings that SAs will encounter.  The hazards and problems that they may encounter are countless.  When considering the transportation of one or more restrained individuals, SAs must take into account:

A.  The nature of the charge;

B.  The name, address, history, etc. of the individual(s);

C.  The kind of vehicle that will be used for the transportation – for example, caged or not caged;

D.  The number of SAs involved in the transportation;

E.  The number of individuals to be transported;

F.  Possibility of injury to the individual(s) or the SAs;

G.  The time that will elapse during the time of transportation; and

H.  Whether the individual(s) was/were compliant prior to being restrained.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SAs should determine whether the need to immediately transport the individual(s) outweighs the danger if the SAs were to wait and call for a different vehicle or a back-up unit. Individuals in custody shall be transported in a government vehicle.



Whenever possible, at least one of the SAs shall be of the same sex as the individual(s) in custody. Female and male individuals should be separated during the transportation, if possible.

If possible, juveniles should be transported within the same vehicle as their parent or guardian if the parent or guardian is also in custody. (Note: For specific questions regarding juveniles, SAs should contact ERO's Juvenile Family Residential Management Unit.)

### 9.2    Number of Officers Transporting an Individual in Custody

In order to ensure officer safety, at least two law enforcement officers must transport an individual in custody, except in unforeseeable, exigent circumstances. This requirement applies regardless of whether it is for criminal or administrative offenses, and regardless of the means of transportation. If a vehicle is used, this should be accomplished by having two officers in the same vehicle. Utilizing two vehicles to transport one individual in custody should not be employed without first obtaining supervisory approval unless exigent circumstances clearly prevent this approval from being obtained.

When utilizing a prisoner transport van to move more than one individual in custody, a minimum of two officers must be involved. Supervisors have the discretion of assigning additional vehicles to follow the transport van for officer safety concerns.

(Note: See Section 9.12 for guidance on transporting prisoners via a commercial air carrier.)

### 9.3    Securing Weapons

SAs shall take measures to secure their handguns in an OFTP-defined and approved holster. Long guns shall be secured using an approved retention device for long guns. This will ensure that individuals in custody cannot gain access to the SAs' weapons during the transportation.

### 9.4    Use of Restraints Prior to, During, and After the Transportation

The use of restraints will be in accordance with Section 8.4 of this Handbook.

### 9.5    Vehicle Search and Child Safety Locks

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All vehicles to be used in the transportation of individuals in custody should be searched for weapons, evidence, and any item that can inflict injury or be used by the individual(s) to aid an escape. This search should be done before the individuals in custody are placed in the vehicle and again immediately after they are removed from the vehicle. When transporting individuals in custody, SAs or other law enforcement officers should activate the vehicle's child safety locks if the vehicle is so equipped.

## 9.6    Seating of Individuals in Custody

Individuals should be transported in a manner that allows for constant visual observation. The seating of SAs, other law enforcement officers, and individuals in custody should be as follows:

A. Individuals in custody shall always be seated in the back seat of a vehicle and safety



## 9.7    Transporting Juveniles

Juveniles should not be transported in the same area of a vehicle with adult individuals, unless the juveniles are being transported along with their parent(s) or guardian(s).

## 9.8    Use of Restrooms During the Transportation

Individuals in custody must be afforded the opportunity to utilize restroom facilities during the transportation only if:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

    A.  the time in transit to reach the final destination is substantial; <u>and</u>

    B.  the use of the restroom can be accomplished in a safe and secure manner.

## 9.9    Medical Considerations

The physical well-being of individuals in custody should be monitored during transit. Particular attention should be directed to individuals reported or suspected of being under the influence of drugs and/or alcohol or who have a history of, or propensity for, violence.

Individuals in custody who report/display symptoms of serious illness during transit should immediately receive medical attention by a medical professional.  ıny deviation during the transit of the individuals in custody should immediately be reported to management. (<u>Note:</u> See Section 9.11 for instructions on required communications during the transportation of individuals in custody.)

Symptoms or reports of physical or mental illness, such as threats of suicide or psychotic behavior, should be reported to all SAs or other law enforcement officers involved in the processing of the individuals in custody.

## 9.10   High Risk Individuals

Special precautions should be employed when transporting high risk individuals.

    A.  Belly chains and leg irons should be employed in addition to handcuffs.

    B.  Rival gang members should not be transported together.

SAs should consider having a second vehicle (with additional SAs or other law enforcement officers) follow to render immediate assistance.

## 9.11   Required Communications



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



### 9.12    Transportation of Prisoners Via Commercial Air Carrier

General safety precautions remain when transporting prisoners via commercial air carrier; however, the Federal Aviation Regulations (F.A.R.) have specific guidelines related to the transportation of prisoners. SAs and management need to be aware that not every airline will allow prisoners onboard. Furthermore, for those airlines which allow for the transportation of prisoners, the aircraft captain is the final authority and may refuse boarding for the prisoner. It is recommended that, if possible, SAs and supervisors explore other transportation options prior to deciding to utilize commercial air services.

The F.A.R. limit the type of prisoners onboard a commercial aircraft, the number of prisoners, and the officer-to-prisoner ratio. SAs transporting prisoners via commercial aircraft must have completed the "Law Enforcement Officers Flying Armed" course.

SAs must determine whether the prisoner is considered high risk or low risk prior to contacting the commercial air carrier.



In order to transport a prisoner onboard a commercial aircraft, SAs must notify the airline at least 24 hours prior to the departure or, if not possible, as far in advance as possible of the identity of the prisoner, the proposed flight number, and whether the prisoner is high risk or low risk.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SAs should arrive at the airline check-in counter at least 1 hour prior to the scheduled takeoff, or as advised by the airline. The SAs will be required to assure the airline personnel that each prisoner has been searched and does not have on or about his or her person or property anything that can be used as a deadly or dangerous weapon.

Prisoners shall remain handcuffed at all times during the transportation.



Food and beverage will not be served to the prisoner without the authorization of the escorting SAs. If a meal is anticipated, SAs should confirm the type of eating utensils provided and, if necessary, bring plastic eating utensils with them. Prisoners will not be given metal eating utensils. (Note: If the decision is made to feed the prisoner prior to boarding the airline, SAs should confirm that the prisoner has returned all metal eating utensils provided to him or her.) Neither the prisoner nor the escorting SAs will be served alcohol.

Prior to boarding the aircraft, one of the escorting SAs shall contact the NLECC and provide the flight information, scheduled departure and arrival times, and the identity of the prisoner. Prior to the announcement that the cabin door is being closed, one of the SAs will update the NLECC with the departure time. Upon landing, one of the SAs will again notify the NLECC with the landing time and arrival gate information, if known.

(Note: SAs should also see Part 1, Section D of the Interim ICE Firearms Policy, dated July 7, 2004, or as updated.)

**9.13    Outside Enforcement Activities**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## Chapter 10.    BOOKING PROCEDURES

The arrest of an individual is not complete until he or she has been properly "booked" in the ICE Enforcement Integrated Database Arrest Graphic User Interface for Law Enforcement (EAGLE) and turned over to a law enforcement detention facility.  (See HSI Directive 14-01 entitled, "Mandatory Booking of Arrestees Using EAGLE," dated April 23, 2014, or as updated.) Examples of such facilities would be a county jail or a Federal detention facility.  This type of facility should not be confused with a holding cell in either an HSI office or a U.S. Customs and Border Protection port of entry.  SAs are responsible for the individual until they have turned him or her over to the U.S. Marshals Service (in the case of an arrest on Federal offenses) or a State or local authority (in the case of an arrest on State or local offenses).

Detention facilities will generally accept only individuals in good health.  If the individual has been injured and needs immediate medical attention or has a pre-existing injury or health condition (e.g., a heart condition or cancer), SAs should coordinate with their Group Supervisors to determine if the individual can be turned over to a detention facility or if another option can be identified.

Symptoms or reports of physical or mental illness, such as threats of suicide or psychotic behavior, should be reported to all SAs or other officers involved in the processing of the individuals in custody.

SAs should consult with their Group Supervisors regarding the specific process and procedures for booking individuals in their SAC's AOR.  SAs must be familiar with local procedures as they may vary greatly between each jurisdiction or location.  SAs are required to use Federal Bureau of Prisons Form BP-a377, "Prisoner Remand," to document the arrest of individuals arrested for violating Federal law.  (Note:  Since many SACs' AORs cross State and county lines, there may be many different procedures within just one SAC's AOR.)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Appendix A**

# ACRONYMS

| | |
|---|---|
| AOR | Area of Responsibility |
| C.F.R. | Code of Federal Regulations |
| DHS | Department of Homeland Security |
| DOS | Department of State |
| EAGLE | Enforcement Integrated Database Arrest Graphic User Interface for Law Enforcement |
| ERO | Enforcement and Removal Operations |
| F.A.R. | Federal Aviation Regulation |
| FOUO | For Official Use Only |
| HB | Handbook |
| HSI | Homeland Security Investigations |
| ICE | U.S. Immigration and Customs Enforcement |
| INA | Immigration and Nationality Act |
| NATO | North Atlantic Treaty Organization |
| NLECC | National Law Enforcement Communications Center |
| OFTP | Office of Firearms and Tactical Programs |
| OI | Office of Investigations |
| SA | Special Agent |
| SAC | Special Agent in Charge |
| U.S.C. | United States Code |

# EXHIBIT 49

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



■■■ – welcome to VO Webinar on…

Introduce self + participants (MD ■■■■■■, ■■■■■■ of CA/LE ■■■■■■■ of VO/SAC, ■■■■ [Thurs]/ ■■■■■■ [Fri] of L/CA)

First/second of two identical webinars, will not be recorded

As a reminder, please be sure you are muted.

DEF-064

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



to run through agenda

I know there are a lot of questions about this process and we hope to answer many of them along the way.

turn it over to MD

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



MD

DEF-066

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Secretary Rubio – March 16, 2025

**"If you tell us when you apply for a visa, 'I'm coming to the U.S. to participate in pro-Hamas events,' that runs counter to the foreign policy interests of the United States…We don't want people in our country that are going to be committing crimes and undermining our national security or the public safety. It's that simple."**

SENSITIVE BUT UNCLASSIFIED



This guidance is part of our implementation of Executive Orders 14161 and 14188 aimed at protecting the U.S. from foreign terrorists, supporters, and other threats as well as combatting antisemitism. As Secretary Rubio has said, engaging in activities that advocate for terrorist activity or organizations is contrary to our foreign policy and national interests.

DEF-067

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## 25 STATE 26168

- **Purpose:** Protect national security through enhanced vetting of student visa applicants.

- **Key Actions:**

  - Mandatory social media reviews for certain student (F-1, M-1, certain J-1) visa applicants.
  - Enhanced screening for indicators of intent to engage in activities prohibited under LE ▮ or inconsistent with the requested visa class.



SENSITIVE BUT UNCLASSIFIED

The guidance that we put out in 25 STATE 26168 is the preventative piece of this policy – ensuring that we address any derogatory information related to intent to engage in prohibited activities or those that are inconsistent with the visa status. Any applicant who has not demonstrated to your satisfaction that they meet **all** of the standards required by their visa classification should be refused.

As part of this screening effort, Consular officers must refer specific student visa applicants to the LE ▮ for social media checks. Consular officers should then use the information obtained by the checks as part of their assessment of the totality of the applicant's circumstances.

In the next slide, we'll discuss which students are included in this requirement.

DEF-068

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



By "students" we mean F-1, M-1, and J-1 applicants in the "student" category of exchange programs as noted at the bottom of the slide. The social media review is not mandatory for J-1 applicants who *happen* to be students but are applying for other exchange programs such as au pair or SWT.

So, this universe of students, who are otherwise eligible and meet one or more of the three criteria:



Remember that social media reviews are only for applicants who are otherwise eligible for the visa. If you've already determined they don't overcome 214(b), that's the end of the road for them.

Now moving on from which applicants to review, we'll talk about how to conduct and document the review. I'll turn it over to ▮▮▮▮▮▮▮▮ from LE.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





DEF-073

10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CA/

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Assessing Student Credibility

**Consider how the applicant's activity reflects:**

- Intent and ability to solely pursue a full course of study.
- Intent to engage in unlawful activities or those inconsistent with student status.

**Has the applicant credibly shown that *all* activities in which he or she is expected to engage are consistent with FMJ status?**

SENSITIVE BUT UNCLASSIFIED

███ Now, turning to what consular officers should do with the results of the social media review.

We've received a few questions about what activity should or should not be considered derogatory. Broadly speaking, you should look for any information that impacts the applicant's eligibility for the visa – ███████████████████ LE ███████████████████
███████ LE ███████
███████ LE ███████
███ LE ███████

The FAM requires that an F-1 or M-1 applicant must demonstrate intent to enter the United States solely to pursue a full course of study. Relatedly, J-1 applicants for student programs are required to pursue a full course of study.



For applicants whose activities may rise to a higher level, I'll turn to ████████████████ of L/CA and ████████████ of VO/SAC to talk about assessing applicants for ██ LE ██ ineligibilities.

DEF-075

12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



L/CA and SAC

DEF-076

13

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



We received a few questions related to DHS's involvement in the enhanced vetting procedures, whether that's through screening at the POE or in the removal process. EO14161 tasks all relevant agencies to evaluate their policies and procedures to ensure maximum vetting.

We have been working closely with DHS on several lines of effort related to vetting and information sharing. As one example, we've established a Student Visa Working Group to facilitate information flow and coordinate actions on individuals with derogatory information.

While we won't get into depth today on these efforts, we wanted to reassure you that CA is not doing this alone – we are closely coordinating with our partner agencies on enhanced vetting efforts.

DEF-077

14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



We're going to dig into the Q&A portion of the webinar, starting with questions that were submitted by posts ahead of time.  Similar questions have been combined in the interests of time.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





2. VO/F ▮▮▮▮ : You aren't limited to conducting social media checks for only student visa applicants. While the social media check is mandatory for student visa applicants who fall into the criteria, if you have doubts about any applicant's activities during their previous stay as a student, and you otherwise intend to issue, post should conduct a social media review to help you assess the totality of the applicant's circumstances.

DEF-079

16

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## Questions

- Can LE Staff conduct the social media review?

- What social networks are we allowed to check? Is Tiktok ok?

- What if the account is set to private?

SENSITIVE BUT UNCLASSIFIED

Back over to ▮▮▮ for a few questions about the social media review process.

DEF-080

17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## Questions

- How should we handle applicants who don't provide accurate/any social media information?

SENSITIVE BUT UNCLASSIFIED

VO/F▮▮▮▮:

1. ▮▮▮ **LE** ▮▮▮

DEF-081

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# EXHIBIT 50

UNCLASSIFIED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**UNCLASSIFIED**
SBU



| | |
|---|---|
| **MRN:** | 25 STATE 45612 |
| **Date/DTG:** | May 15, 2025 / 151708Z MAY 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Routine* |
| **E.O:** | 13526 |
| **TAGS:** | CVIS, CMGT, KCSY |
| **Captions:** | SENSITIVE |
| **Reference:** | A) 25 STATE 17178 |
| | B) 25 STATE 5914 |
| **Subject:** | Caught and Revoked:  Updated Guidance on Systems Messages |

1. (SBU) **SUMMARY**:  E.O. 14161 states to "protect Americans the United States must be vigilant during the visa-issuance process to ensure that those aliens approved for admission into the United States do not intend to harm Americans or our national interests.  More importantly the United States must identify them before their admission or entry into the United States."  Thanks to consular sections' LE ██████, visa revocation actions increased by 200 percent in the week following the action request (REF A).  To help posts continue to focus resources on priority cases and protect U.S. borders, ████████████

LE

████████████  This cable also serves to correct an error in the original request (REF A), which incorrectly stated that INA 222(g) does not apply to overstays of fewer than 180 days.  INA 222(g) renders void an NIV on which an alien entered if that alien remains beyond the period of authorized stay.  The alien does not have to have remained more than 180 days beyond the period of authorized stay for INA 222(g) to apply (see 9 FAM 302.1-9).  **END SUMMARY.**

DEF-084

UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## A LEG UP FROM WASHINGTON

2. (SBU)



3. (SBU)

| | Before | Removed | After | Percentage |
|---|---|---|---|---|
| | | | | |

\*Contact your VO/F analyst and/or your RCO if you need specific data for your post.

4. (SBU) This initial sweep addressed the backlog of system messages.  New messages in these categories will continue to accumulate.



5. (SBU) Following the transmission of REF A on March 1,



to protect U.S. borders and Americans in the weeks following REF

DEF-085

UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

A. This focused work resulted in an immediate doubling in visa revocations for aliens who no longer qualify for their visas, and a sustained 150 percent increase in visa revocations as compared to March 1-April 15, 2024.

**VISA REVOCATIONS PORTAL**

6. (SBU) With the migration of CAWeb, there is a new link to the Visa Revocations Portal containing the new template spreadsheet for bulk prudential revocation requests, links to 9 FAM revocation sections, and the email address of the VO/SAC revocations team where requests should be sent. There is also helpful guidance on what to consider when submitting revocation requests and tips.

**ADDRESSING ▮LE▮ RECORDS**

7. (SBU)



**FURTHER GUIDANCE**

8. (U) Please contact your VO/F analyst with questions on this effort. Please contact ▮LE▮ with questions about prudential revocations.

DEF-086

UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| **Signature:** | RUBIO |
|---|---|
| **XMT:** | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**
SBU

UNCLASSIFIED

DEF-087

# EXHIBIT 51

UNCLASSIFIED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**UNCLASSIFIED**
SBU



| | |
|---|---|
| **MRN:** | 25 STATE 17178 |
| **Date/DTG:** | Feb 28, 2025 / 280143Z FEB 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Routine* |
| **E.O:** | 13526 |
| **TAGS:** | CVIS, CMGT, KCSY |
| **Captions:** | SENSITIVE |
| **Reference:** | 25 STATE 5914 |
| **Subject:** | (U) Catch And Revoke:  National Security Through Timely Processing of Visa Systems Messages |

1. (U) This is an **Action Request**.  Please see paragraph 5.

2. (SBU) **SUMMARY**:  Among the best evidence of a person's eligibility for a visa is his or her actual behavior.  Therefore, recurrent vetting conducted throughout the entire validity period of a visa - based on actual travel to the United States and actual encounters with United States law enforcement authorities - is necessary to protect Americans and U.S. borders.   Under Executive Order (E.O.) 14161, "Protecting the United States from Foreign Terrorists and Other National Security and Public Safety Threats," the Department is directed to ensure maximum screening and vetting throughout the visa process.  Therefore, consular officers must utilize whole-of-government law enforcement systems to vigilantly monitor the activities of aliens - whether they are inside the United States or not.  In particular, Posts LE                            daily and revoke or request revocation of any visas for a visa holder you determine is no longer eligible under Section 214(b) or 212(a) of the Immigration and Nationality Act (INA), or has overstayed.  In other words, when a consular officer catches an alien misusing a visa, the officer should generally revoke it.  Catch and revoke.  **END SUMMARY.**

DEF-088

UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

3. (SBU) Section 1(b) of E.O. 14161 states that, "[t]o protect Americans, the United States must be vigilant during the visa-issuance process to ensure that those aliens approved for admission into the United States do not intend to harm Americans or our national interests.  More importantly, the United States must identify them before their admission or entry into the United States."  Timely and stringent processing of LE⬛⬛⬛⬛ after visa issuance, and revoking visas when appropriate, is necessary to this effort.  Visa holders who overstay their admission period in the United States even by one day, engage in conduct that poses a threat to U.S. national security, or otherwise misuse their visas should have their visas revoked under INA 221(i).  In accordance with 9 FAM 403.11-(A), Posts should also carefully review for revocation any visa holders who are arrested or convicted of crimes in the United States, including assessing whether the visa holder remains eligible for the visa classification under INA 214(b).

4. (SBU) LE



**ACTION REQUEST/IMPLEMENTATION GUIDANCE**

5. (SBU) **ACTION REQUEST:** LE

DEF-089

UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



LE

If a post anticipates a large quantity of cases will require prudential revocation, post must also include the VO/SAC revocations team.  Managers should monitor the queue size daily and take action if messages accumulate.

6. (SBU) LE

- LE



DEF-090

UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



8. (SBU) Applicants may not or visa holders may no longer overcome 214(b) if they engage in activities that are inconsistent with the claimed nonimmigrant status (Ref A). Even if an alien has not yet been convicted of crime and his or her visa is not yet revocable under INA 212(a)(2)(A)(i)(1), consular officers must evaluate whether the visa should be revoked under INA 214(b). LE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, you must assess whether INA 214(b) applies as a basis for revocation. Every overstay and/or arrest requires you to weigh whether the alien is ineligible under 212(a) or no longer overcomes INA 214(b). Remember, applicants may not, or visa holders may no longer, overcome 214(b) if they engage in activities that are inconsistent with the claimed nonimmigrant status (Ref A).

9. (SBU) If a consular officer already suspects at the interview window that an applicant has committed a crime in the United States, then the consular officer must carefully consider all potentially applicable grounds of ineligibility and enter these considerations through case notes. A consular officer will usually refuse to issue a visa to such a suspected criminal applicant. LE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LE



If a consular officer knows at the window that an applicant will overstay a visa even beyond the admit-until date permitted by U.S. Customs and Border Protection authorities at ports of entry (let alone beyond the applicant's stated purpose of travel), then the consular officer will likely refuse to issue a visa to such an applicant. Yet this is exactly what a visa overstay means: a one-day overstay is still an overstay. Even if such a visa holder has not yet overstayed by more than 180 days and his or her visa is therefore not yet void under INA 222(g), nonetheless the alien likely no longer overcomes INA 214(b).

### Revocation If the Alien Has Departed the United States

10. (SBU) LE

If the alien has departed from the United States, posts should initiate revocation procedures in accordance with 9 FAM 403.11-3(A)(2), including LE

. Consular officers do not have the authority to revoke a visa for individuals who are still in the United States based on a suspected ineligibility or based on derogatory information that is insufficient to support an ineligibility finding, other than a revocation based on driving under the influence (DUI).

### Revocation If the Alien is Still in the United States

11. (SBU) Requests for revocation of visas where the individual is in the United States must be sent to the Revocation Team in VO/SAC/RC at LE



UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Immigrant Visa (IV) Cases**

12. (SBU) LE  For unused, valid IVs, use the guidance in 9 FAM 303.7-6(C)(1) to determine whether the information is sufficient to render the person ineligible for an IV.  If so, initiate revocation procedures in accordance with the guidance in 9 FAM 504.12.

**TRAINING & GUIDANCE**

13. (SBU) LE

14. (U) Additional guidance and contacts:  Guidance related to Executive Orders can be found on CAWeb.  State Department personnel can also join the CA/VO Transition Coordination Team to review official guidance and submit questions to VO subject matter experts regarding the E.O.

15. (U) Inquiries:  For any media or congressional inquiries on E.O.s, posts must use pre-cleared language from public talking points located on CA Web (linked here), and copy CA/P on any responses.  When responding to general or press inquiries about the E.O., copy CAPressRequests@state.gov.  When responding to any congressional inquiries, copy ConsularOnTheHill@state.gov.

16. Minimize Considered.

**MINIMIZE CONSIDERED**

Signature:     RUBIO

XMT:     BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST

DEF-093

UNCLASSIFIED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL;
YEKATERINBURG, AMCONSUL

**UNCLASSIFIED**
SBU

UNCLASSIFIED

DEF-094

UNCLASSIFIED

# EXHIBIT 52

Confidential:  Subject to Pending Protective Order

**For Official Use Only (FOUO) – Law Enforcement Sensitive**

**MEMORANDUM OF AGREEMENT
BETWEEN
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS)
AND
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)
REGARDING
COORDINATION OF ICE OPERATIONAL VISITS TO USCIS FACILITIES**

## 1. Introduction

U.S. Citizenship and Immigration Services (USCIS) and U.S. Immigration and Customs Enforcement (ICE) have long maintained an effective and cooperative relationship, as both agencies share a primary mission to protect national security and public safety. USCIS leadership recognizes the importance of seamless cooperation with law enforcement partners such as ICE. Therefore, this Memorandum of Agreement (MOA) is designed to memorialize each agency's commitment to work together, in terms of proper visit notification and facility access for ICE visits to USCIS facilities for the questioning, apprehension, and/or arrest of Persons of Interest (POIs), and information sharing, while also ensuring that information is appropriately safeguarded when addressing emergent matters of national security and public safety.

## 2. Scope

This MOA applies to all domestic USCIS Field Offices, USCIS Asylum Field Offices, and all domestic ICE Field Offices.

## 3. Parties

The parties to this agreement are the Department of Homeland Security USCIS and ICE.

## 4. Authorities

- Department of Homeland Security (DHS) Delegation Number 7030.2, Delegation of Authority to the Assistant Secretary for U.S. Immigration and Customs Enforcement (Nov. 13, 2004)
- DHS Delegation No. 0150.1, Delegation to the Bureau of Citizenship and Immigration Services (Mar. 1, 2003)

## 5. Purpose and Intent

USCIS and ICE jointly enter into this MOA and hereby agree to:

- Maintain and follow all existing information-sharing laws, regulations, policies, procedures, and guidelines when addressing matters of national

1

Confidential: Subject to Pending Protective Order

**For Official Use Only (FOUO) – Law Enforcement Sensitive**

security and public safety;

- Follow established information-sharing guidelines and processes for routine case inquiries; and
- Follow visitation procedures listed in this MOA during exigent circumstances, operational, and undercover activity. Operational activity not specified in this MOA is governed locally by USCIS field office and asylum field office policy and procedures.

### 6. Responsibilities of the Parties to the Agreement

USCIS and ICE agree to the following:

A. Regular Meetings

USCIS Field Office Directors (FODs), USCIS Asylum Office Directors, ICE Homeland Security Investigations (HSI) Special Agents in Charge (SACs), and ICE Enforcement Removal Operations (ERO) FODs and/or their respective designated senior staff shall meet regularly - but no less than on a quarterly basis - to discuss trends, issues, and concerns arising from the terms of the MOA. Additional meetings may be scheduled as needed to address any concerns or urgent matters. At the discretion of USCIS FODs and USCIS Asylum Office Directors, USCIS Office of Chief Counsel (OCC) may be included in the aforementioned meetings. Also, at the discretion of the HSI SAC or ERO FOD, the OPLA Chief Counsel may be included in the aforementioned meetings.

B. Scheduling Operational Visits to USCIS Facilities



C. Enforcement Activities and FDNS Coordination



2

Confidential: Subject to Pending Protective Order

**For Official Use Only (FOUO) – Law Enforcement Sensitive**



D. Coordinating Exigent Visits to USCIS Facilities



## 7. Other Provisions

Nothing in this MOA is intended to conflict with current law or regulation or the directives of DHS. If a term of this MOA is inconsistent with such authority, then that term will be invalid, but the remaining terms and conditions of this MOA shall remain in full force and effect.

## 8. Effective Date

The terms of this agreement will become effective on May 31, 2016.

## 9. Modifications of this MOA

This MOA may be modified upon the mutual written consent of the parties

## 10. Termination

The terms of this signed MOA and any subsequent modifications consented to in writing by both parties to the MOA will remain in effect until terminated by either party to the MOA. Either party to the MOA may terminate the agreement by providing 60 (sixty) days' written notice to the other party.

3

DEF-097

Confidential:  Subject to Pending Protective Order

**For Official Use Only (FOUO) – Law Enforcement Sensitive**


_____
Lori L. Scialabba
Deputy Director
DHS USCIS

5/31/16
_____
DATE


_____
Daniel H. Ragsdale
Deputy Director
DHS ICE

5/31/16
_____
DATE

4

**For Official Use Only (FOUO) – Law Enforcement Sensitive**

# EXHIBIT 53

UNCLASSIFIED

Confidential - Subject to Protective Order

**UNCLASSIFIED**
SBU



| | |
|---|---|
| **MRN:** | 25 STATE 50220 |
| **Date/DTG:** | May 27, 2025 / 271422Z MAY 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| **E.O:** | 13526 |
| **TAGS:** | CVIS, CMGT, PTER, KFRD |
| **Captions:** | SENSITIVE |
| **Reference:** | A) 25 STATE 5914 |
| | B) 25 STATE 26168 |
| **Subject:** | (U) Action Request: Expanding Screening and Social Media Vetting for Visa Applicants - Part 1 |

1. (U) This is an action request.  **See paragraph 3**.

2. (SBU) In Ref A, the Department directed consular officers to maintain extra vigilance and to comprehensively review and screen every visa applicant for potential security and non-security related ineligibilities including to assess whether the applicant poses a threat to U.S. national security.  In Ref B, consular officers were instructed to refer certain student and exchange visitor (F, M, and J) visa applicants to LE███████ ████████ for a mandatory social media check, pursuant to the implementation of Executive Order (E.O.) 14161 and E.O. 14188, known respectively as *Protecting the United States from Foreign Terrorists and Other National Security and Public Safety Threats* and *Additional Measures to Combat Anti-Semitism*.  The next step is for posts to evaluate operations and processes in preparation for this expanded social media vetting of all student and exchange visitor (F, M, J) visa applicants.

3. (SBU) **ACTION REQUEST:**  Effective immediately, in preparation for an expansion of required social media screening and vetting, consular sections should **not add any additional student or exchange visitor (F, M, and J) visa appointment capacity until further guidance is issued septel, which we**

DEF-099

UNCLASSIFIED

UNCLASSIFIED

Confidential - Subject to Protective Order

**anticipate in the coming days**.  Appointments already scheduled can proceed under current guidelines.  However, appointments that are available, but not taken as of the release of this cable, should be immediately removed from availability.  Consular sections must consult with VO if they seek to schedule any new student or exchange visitor (F, M, or J) visa appointments in light of this guidance.

4. (SBU) The Department is conducting a review of existing operations and processes for screening and vetting of student and exchange visitor (F, M, J) visa applicants, and based on that review, plans to issue guidance on expanded social media vetting for all such applicants.  Expanded social media screening and vetting of all F, M, and J visa applicants will require consular sections to modify current operations, processes, and allocation of resources.  In light of the potentially significant implications for consular section operations, processes, and resource allocations, consular sections will need to take into consideration the workload and resource requirements of each case prior to scheduling them going forward.  This immediate action ensures that consular sections can make fully informed calibrations of capacity and appointment scheduling going forward.  Consular sections should remain focused on consular priorities including services for U.S. citizens, immigrant visas, and fraud prevention.

5. (SBU) Consular sections will be given guidance on expanded social media screening and vetting requirements septel.

| | |
|---|---|
| **Signature:** | RUBIO |
| **XMT:** | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**
SBU

DEF-100

UNCLASSIFIED

# EXHIBIT 54

UNCLASSIFIED

Confidential - Subject to Protective Order

**UNCLASSIFIED**
SBU



| | |
|---|---|
| **MRN:** | 25 STATE 52014 |
| **Date/DTG:** | May 30, 2025 / 300208Z MAY 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| **E.O:** | 13526 |
| **TAGS:** | CMGT, CVIS, KFRD, KPAO |
| **Captions:** | SENSITIVE |
| **Reference:** | A) 25 STATE 5914 |
| | B) 25 STATE 50220 |
| | C) 25 STATE 49972 |
| | D) 25 STATE 48928 |
| | E) 25 STATE 26168 |
| **Subject:** | ACTION REQUEST - Enhanced vetting for All Nonimmigrant Visa Applicants Traveling to Harvard University |

1. (U) This is an action request.  **See paragraph 3.**

2. (SBU) **SUMMARY**:  In Ref A, the Department directed consular officers to maintain extra vigilance and to comprehensively review and screen every visa applicant for potential security and non-security related ineligibilities including to assess whether the applicant poses a threat to U.S. national security.  In Ref B, consular officers were instructed to prepare for expanded social media screening and vetting, pursuant to the implementation of Executive Orders (E.O.) 14161 and E.O. 14188, known respectively as *Protecting the United States from Foreign Terrorists and Other National Security and Public Safety Threats* and *Additional Measures to Combat Anti-Semitism*.  To address acute concerns of violence and anti-Semitism at Harvard University, this cable instructs posts to immediately begin additional vetting of **any** nonimmigrant visa applicant seeking to travel to Harvard University for **any** purpose.  Such applicants include, but are not limited to prospective students, students, faculty, employees, contractors, guest speakersk, and tourists.  Implementation of this ALDAC will also serve

DEF-101

UNCLASSIFIED

Confidential - Subject to Protective Order

as a pilot for expanded screening and vetting of visa applicants. This pilot will be expanded over time. **END SUMMARY.**

3. (SBU) **ACTION REQUEST:** Effective immediately, consular sections must conduct a complete screening of the online presence of **any** nonimmigrant visa applicant seeking to travel to Harvard University for **any** purpose. Such applicants include, but are not limited to prospective students, students, faculty, employees, contractors, guest speakers, and other visitors. To determine whether an applicant seeks to travel to Harvard University, consular sections should use information provided by applicants in the DS-160 application, during pre-screening, or during the interview. LE



4. (SBU) LE

Consistent with 9 FAM 302.1-2(B)(6), if you are not satisfied that the applicant credibly, and to your personal satisfaction, meets the standards required by the visa classification for which he is applying, refuse the applicant under INA 214(b). This is true even in cases where the applicant has convinced you that he is not an intending immigrant, and even in cases where the applicant is also ineligible under another section of the law.

5. (SBU) Once a consular officer has determined the applicant is otherwise eligible for the requested nonimmigrant status, the consular officer must refuse the case under INA 221(g), inform the applicant that his case is subject to review of his online presence, request that the applicant set all of his social media accounts to "public," and remind him that limited access to or visibility of social media activity could be construed as an effort to evade or hide certain activity. LE

UNCLASSIFIED

UNCLASSIFIED

Confidential - Subject to Protective Order



**LE**

All visa cases referred for online presence review **must** be referred LE

6. (SBU) LE

must not limit their review of these cases to the applicant's social media activity alone.  Rather, LE conduct a comprehensive and thorough vetting of each such applicant, including social media activity based on identifiers provided in the DS-160, and more generally any online presence, to identify possible inadmissibilities, information suggesting the applicant intends to engage in activities inconsistent with the visa classification sought, or other information that might call into question the applicant's credibility.

7. (SBU) LE

INA 214(b) requires the applicant to show credibly that all activities in which he is expected to engage in while in the United States are consistent with the specific requirements of his visa classification.  LE

8. (SBU) Per Ref E, when an online presence review uncovers potentially derogatory information that might lead to an INA 212(a)(3) ineligibility, the consular officer should follow the instructions in 9 FAM 304.2 LE

.  Consular officers are reminded to apply inadmissibility grounds under INA 212(a) only in accordance with applicable procedures, LE

Consular officers are also reminded of guidance in 9 FAM 302.5-4 regarding the applicability of INA 212(a)(3)(A)(ii) under which a visa

DEF-103

UNCLASSIFIED

Confidential - Subject to Protective Order

applicant is ineligible if the consular officer knows or has reason to believe that the applicant is traveling to the United States solely, principally, or incidentally to engage in any other unlawful activity. LE

9. (SBU) LE

⬛ arvard University failed to maintain a campus environment free from violence and anti-Semitism, the enhanced vetting measures described in this guidance aim at ensuring that consular officers can appropriately identify such visa applicants with histories of anti-Semitic harassment and violence, and to duly consider their visa eligibility under U.S. immigration law.  This guidance is consistent with E.O. 14188, Additional Measures to Combat Anti-Semitism, which states that it is the "policy of the United States to combat anti-Semitism vigorously, using all available and appropriate legal tools...or otherwise hold to account the perpetrators of unlawful anti-Semitic harassment and violence."  Implementation of this vetting measure for applicants traveling to Harvard will also serve as a pilot for expanded screening and vetting of visa applicants, and as the Department continues to develop and expand any enhanced vetting requirements for student visas generally, it may announce similar measures for other groups of visa applicants as appropriate, and in accordance with U.S. law.

| Signature: | RUBIO |
|---|---|
| XMT: | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

UNCLASSIFIED
SBU

# EXHIBIT 55

Confidential - Subject to Protective Order

**SENSITIVE BUT UNCLASSIFIED (SBU)**
U.S. Department of State Foreign Affairs Manual Volume 9
Visas



### 9 FAM 402.5-5(C)(1)  (U) Intent to Solely Pursue a Full Course of Study

*(CT:VISA-2150;   04-29-2025)*

a. **(SBU)** *Evidence suggesting students intend to travel, or have traveled, to the United States to engage in unlawful activities or to pursue activities that are not consistent with a full course of study calls into question whether they possess intent to solely pursue a full course of study.  Evidence suggesting that an*

**SENSITIVE BUT UNCLASSIFIED (SBU)**

DEF-105

Confidential - Subject to Protective Order

**SENSITIVE BUT UNCLASSIFIED (SBU)**
U.S. Department of State Foreign Affairs Manual Volume 9
Visas

*applicant has endorsed or espoused terrorist activity, or persuaded others to support a terrorist organization should be submitted* LE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *(See 9 FAM 304.2). In addition, you should consider whether there is reason to believe that the applicant intends to engage in any form of unlawful activity or any activity that poses a threat to U.S. national security, as part of the totality of the applicant's circumstances in applying 214(b) and other applicable grounds of inadmissibility. See 9 FAM 302.1-2(B)(6).*

b. *(SBU) Mandatory social media reviews: You must refer all new F-1 or M-1 visa applicant cases as well as returning F-1 or M-1 visa applicant cases meeting one or more of the criteria below, and are otherwise eligible,* LE ▮▮▮▮▮▮▮▮▮▮ ▮▮▮ *for a social media review as described in 7 FAH-1 H-945.4:*

   (1) LE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   (2) LE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ *; or*

   (3) LE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

c. *(SBU) Documenting the results of the social media review:*

   (1) LE



   (2) LE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**SENSITIVE BUT UNCLASSIFIED (SBU)**

DEF-106

Confidential - Subject to Protective Order

**SENSITIVE BUT UNCLASSIFIED (SBU)**

U.S. Department of State Foreign Affairs Manual Volume 9
Visas

LE

(3)  *(SBU) When to submit* LE



**SENSITIVE BUT UNCLASSIFIED (SBU)**

DEF-107

# EXHIBIT 56

Confidential - Subject to Protective Order



## 7 FAH-1 H-945.4  (U) Social Media Rules of Conduct in Fraud Assessments

*(CT:CMH-139;   05-15-2024)*

a. (SBU) The following guidance on social media use only applies to consular staff engaging in fraud assessments on pending consular casework. LE LE LE (for guidance on other social media use by Department personnel, please see 5 FAM 790, Using Social Media):

    (1)  (SBU) Setting Up Social Media Accounts for Fraud Assessments: Consular personnel engaging in fraud prevention activities at posts abroad should be aware of the following when creating accounts for fraud prevention purposes:

Confidential - Subject to Protective Order

(a) LE

(b) (U) Employees who use social media accounts for the purpose of fraud assessments are responsible for maintaining appropriate passwords and should set all available privacy settings at the highest level possible; and

(c) (U) As noted in 5 FAM 790, employees who set up an account on a social media website for the purpose of fraud assessments must abide by the contractual rules of that service or platform provider;

(2) (SBU) Conduct While Reviewing Social Media in Fraud Assessments: Employees reviewing social media for fraud assessments must also adhere to the following guidelines:

(a) LE

(b) (SBU) Adjudicators should not apply a 212(a) visa ineligibility or make a non-citizenship determination based solely on information from a social media site without consulting with L/CA;

(c) LE

(d) LE

(3) (SBU) Creating and Keeping Social Media Records:  Because social media accounts can be disabled or deleted, it is important that fraud prevention

Confidential - Subject to Protective Order

staff clearly document relevant findings



DEF-110

# EXHIBIT 57

[statedept.substack.com](statedept.substack.com)

# Secretary Rubio: 100 Days of an America First State Department

*StateDept*

8–10 minutes

---

Author: **U.S. Secretary of State Marco Rubio**

One hundred days ago, America's borders were open, while China could close the Panama Canal at a time of Xi Jinping's choosing. Our leaders seemed content to allow violence to become the permanent norm, from Ukraine to Gaza, to our own college campuses and southern border. From every post abroad, and office in Washington, memos poured in describing what we must do, what we couldn't do, but not what it was possible to do.

Only one hundred days later, change has come. From reorganizing the Department to meet the challenges of the 21st Century, to bringing transparency to foreign assistance, to ensuring Panama's exit from the Belt and Road Initiative, and working hand in hand with regional partners to deport illegal immigrants and designate vicious cartels as Foreign Terrorist Organizations, our team has proven it is possible not merely to admire problems, but to solve them.



AAUP-01534

Secretary Rubio: 100 Days of an America First State Department

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 87 of 469

about:reader?url=https%3A%2F%2Fstatedept.substack.com%2Fp%2F...



(White House/Molly Riley)

Secretary Rubio (second from left) at President Trump's February 26 Cabinet meeting (White House/Molly Riley)

In the process, the State Department is becoming a leaner machine, eager to deliver for the taxpayers. Gone are offices like the former Global Engagement Center, which sought to censor the American people. Gone are tens of billions of dollars in contracts to NGOs at home and abroad that often undermined the interests and foreign policy of the United States. And gone are the days when merit took a back seat to radical, anti-American ideologies. By consolidating offices, eliminating bureaucracy, and ensuring a culture where the State Department's many talented voices can be heard, our impending reorganization will leave the United States with a foreign policy that is less expensive and more effective.

The State Department has begun, once more, to speak for our citizens' interests abroad. Our hemisphere is our neighborhood, and we cannot allow it to be conquered by an adversary. In my first hundred days, I undertook three trips to our hemisphere, including central America and the Caribbean where I stressed that Chinese efforts to gain control of critical infrastructure threaten the United States, and secured an agreement to terminate Beijing's management of the Panama Canal.

AAUP-01535

I brought a similar message to our friends in Europe, making clear that our extensive shared interests, especially in resisting Chinese aggression and Islamic extremism, are precisely why the United States cannot afford to shoulder the burden of every conflict imaginable in Europe. At the recent NATO summit I attended, our allies recognized the need to increase defense spending not to 2 percent as requested in 2017, but to 5 percent, following the lead of nations like Poland. There was a shared understanding that ending the war in Ukraine is in the interests of both the combatants, and the entire Transatlantic alliance.

While in Europe, I also made clear that while we are bound by a common history, faith, culture, and economic interests, friendship is not a one-way street. It requires honesty when reciprocity is lacking, and not just in the realm of defense spending. Efforts to regulate, exclude or censor US companies directly concern the United States, and raise questions about just how common our values may be. Europe's energy policies also directly affect the United States as they left the continent dependent on Russian gas, and exposed "green" supply chains to Communist China control.

In Africa, America needs a policy of trade, not aid, and over the past hundred days the State Department has replaced handouts with firm diplomatic engagement aimed at ending conflicts and expanding opportunities for American companies. Last week, the Foreign Ministers of Rwanda and the Democratic Republic of Congo joined me here at the State Department to sign a Declaration of Principles to end a war that has dragged on in one form or another for over twenty-five years. In Africa, and around the world, our message is that while USAID may be closed, America is open for business.

There is no more immediate American interest than the protection of our nation's borders. Both during my trips to the region, and across dozens

AAUP-01536

of bilateral engagements, I have made clear that the arrival of millions of foreign nationals at our border is unacceptable. Foreign nations have a responsibility to prevent their citizens from illegally entering the United States and possess a duty to assist us in removing those already here. We are working with regional allies in Latin America to secure agreements to take back both their own illegal aliens, but also those from third nations. And we have made it clear to less friendly nations such as Venezuela that a refusal to take back their nationals constitutes a hostile act. Partnership is valued, but hostility will be punished.

Critically, the State Department has now made clear that a visa is a privilege, not a right. Under the Biden Administration's "Catch and Release" policy, illegal aliens were often provided with a get-out-of-jail-free card after arrests for criminal activity including domestic violence, and assault. There is now a one-strike policy: Catch-And-Revoke. Whenever the government catches non-U.S. citizens breaking our laws, we will take action to revoke their status. The time of contemptuously taking advantage of our nation's generosity ends.

This extends to the thousands of foreign students studying in the United States who abuse our hospitality. When Hamas, one of the world's most notorious terrorist organizations, launched its barbaric October 7, 2023, attack on Israel, brutally murdering more than 1,200 innocents, and parading the dead bodies of murdered babies through the streets of Gaza, the Biden Administration did very little to protect our Jewish citizens and the American people at large from foreign terrorist sympathizers in their midst. They allowed campus buildings to be overrun by violent thugs, and Jewish students to be excluded from classrooms.

No more. Under the Immigration and Nationality Act, any alien who "endorses or espouses terrorist activity or persuades others to endorse

AAUP-01537

or espouse terrorist activity or support a terrorist organization" is inadmissible to the United States, and henceforth that law will be enforced to the letter. The State Department now reviews law-enforcement information about student visa holders and when we find those who have supported terrorists or otherwise abused our hospitality, their visas are instantly revoked.

Terrorists are on the run not just in America but around the world. With the unyielding support of the United States Department of State, Israel has crippled Hezbollah in Lebanon, and shattered Hamas in Gaza, leaving the terrorist group facing destruction if they do not release their hostages and lay down their arms. We have re-designated the Houthis as what they are – a foreign terrorist organization and made clear that those who disrupt the freedom of navigation and trade in the Red Sea will meet the fate of pirates throughout history. Iran, having seen the consequences its proxies have faced after challenging the new Administration, is now pursuing an agreement that will allow them to save face while surrendering their nuclear capabilities.

I am honored by the trust President Trump placed in me and I am proud of the work the Department of State has done over the past hundred days to implement his agenda and put the American people first. With an impending reorganization that will unleash the Department's talent from the ground-up, the State Department is set to continue to play a pivotal role in ensuring the safety, security and prosperity of the American people over the next four years.

*Marco Rubio was sworn in as the 72nd secretary of state on January 21, 2025. The secretary is creating a Department of State that puts America First.*

AAUP-01538

AAUP-01539

# EXHIBIT 58

## INDEX

Declaration of John Armstrong............................................................................. 1

Declaration of Andre Watson ............................................................................. 7

Department of State Cable 26168 ....................................................................... 12

████ Notification of Removability Determination under INA 237(a)(4)(C) .......................... 18

████ Notice to Appear...................................................................................... 20

████ Form I-261 ............................................................................................ 23

████ Warrant for Arrest of Alien......................................................................... 25

████ Notification of Deportability Determination under INA 237(a)(4)(C)........................ 26

████ Notice to Appear..................................................................................... 28

████ Warrant for Arrest of Alien ......................................................................... 32

████ Notice of Custody Determination................................................................. 33

████ Visa Revocation – Memo for ICE ................................................................ 34

████ Notice to Appear..................................................................................... 36

████ Warrant for Arrest of Alien ......................................................................... 40

████ Notification of Removability Determination under INA 237(a)(4)(C)........................ 41

████ Unserved Warrant for Arrest of Alien............................................................ 43

████ Notification of Deportability Determination under INA 237(a)(4)(C) ...................... 44

████ Notice to Appear .................................................................................... 46

# EXHIBIT 59

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| AMERICAN ASSOCIATION OF | ) | |
| UNIVERSITY PROFESSORS, ET AL., | ) | Civil Action No. 1:25-cv-10685-WGY |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **CERTIFICATION OF** |
| | ) | **ADMINISTRATIVE RECORD** |
| | ) | |
| MARCO RUBIO, in his official capacity | ) | |
| as Secretary of State, and the | ) | |
| DEPARTMENT OF STATE, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, Larry W. Talbott, hereby declare under penalty of perjury:

1. I am employed by the United States Department of State, Bureau of Consular Affairs, Visa Office, Office of Information Management and Liaison. The facts attested to herein are based upon my personal knowledge and upon information provided to me in my official capacity.

2. Noting that this is not a traditional Administrative Record, because it is addressing the *absence* of a policy alleged to exist in litigation, and is further compiled for purposes of non-traditional review in a Rule 65(a) expedited proceeding, I certify that the following documents annexed hereto constitute the Department of State's administrative record in this matter, which consists of the declaration of John Armstrong, dated April 11, 2025, previously submitted to this Court (Dkt.# 65-1), describing the Department of State's requirements and polies relating to visa revocation and affirming that it is not true that the

1

Department is approving visa revocations for "ideological deportation" reasons, a true and correct version of the Department of State Cable 26168, redacted for Law Enforcement Privilege, and the following documents related to five individuals, filed in separate litigation:

a. ▮▮▮▮ Notification of Removability Determination under INA 237(a)(4)(C)

b. ▮▮▮▮ Notification of Removability Determination under INA 237(a)(4)(C)

c. ▮▮▮▮ Visa Revocation – Memo for ICE

d. ▮▮▮▮ Notification of Removability Determination under INA 237(a)(4)(C)

e. ▮▮▮ Notification of Removability Determination under INA 237(a)(4)(C)

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1476, that the foregoing is true and correct to the best of my knowledge.

*Larry W. Talbott*
_____
Larry W. Talbott
Deputy Director
Office of Information Management and Liaison
Visa Office, Bureau of Consular Affairs
U.S. Department of State

2

# EXHIBIT 60

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., | ) ) ) | Civil Action No. 1:25-cv-10685-WGY |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CERTIFICATION OF ADMINISTRATIVE RECORD** |
| MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., | ) ) ) ) | |
| Defendants. | ) ) | |

I, Akil Baldwin, hereby declare under penalty of perjury:

1. I am the Deputy Assistant Director for the National Security Division of Homeland Security Investigations (HSI). Prior to becoming the Deputy Assistant Director, I served as the Division Chief for the HSI Office of International Operations. I have additionally served as the HSI Attache in Hong Kong; Assistant Special Agent in Charge in New York, N.Y., and Assistant Attache in Brussels, Belgium. The facts attested to herein are based upon my personal knowledge and upon information provided to me in my official capacity.

2. Noting that this is not a traditional Administrative Record, because it is addressing the *absence* of a policy alleged to exist in litigation, and is further compiled for purposes of non-traditional review in a Rule 65(a) expedited proceeding, I certify that the declaration of HSI National Security Division Assistant Director Andre Watson, dated April 11,

1

2025, previously submitted to this Court (Dkt.# 65-2), describing the Department of Homeland Security's processes for identifying, disrupting and dismantling transnational criminal enterprises and terrorist organizations that threaten the security, and confirming that the Department has no official or unofficial "ideological deportation policy," is part of the U.S. Immigration and Customs Enforcement's administrative record in this matter.

3. In good faith, I certify the document that was put before me. There's a separate certification pertaining to other U.S. Immigration and Customs Enforcement documents and a separate certification pertaining to U.S. Department of State's documents reflected in the index and record.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1476, that the foregoing is true and correct to the best of my knowledge.

AKIL R BALDWIN

Digitally signed by AKIL R BALDWIN
Date: 2025.05.29 12:11:47 -04'00'

_____

_____

Akil Baldwin
Deputy Assistant Director
National Security Division
Homeland Security Investigations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

2

# EXHIBIT 61

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., | ) ) ) | Civil Action No. 1:25-cv-10685-WGY |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CERTIFICATION OF ADMINISTRATIVE RECORD** |
| MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., | ) ) ) ) ) | |
| Defendants. | ) ) | |

I, William S. Walker, hereby declare under penalty of perjury:

1. I am the Acting Assistant Director for Domestic Operations at Homeland Security Investigations ("HSI") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). As the Acting Assistant Director, I am responsible for oversight of 30 HSI Special Agents in Charge, ensuring all field operations are working to efficiently execute the agency mission.

2. I began my career with the U.S. Government as an Inspector with the former U.S. Customs Service at the Port of Philadelphia. Over 26 years, I have served as Deputy Special Agent in Charge, Assistant Special Agent in Charge, and Supervisory Special Agent with HSI. Most recently, I served as the Special Agent in Charge of HSI's New York Field Office where I oversaw over 700 investigators whose mission was investigating, disrupting, and dismantling transnational criminal organizations and

1

terrorist networks. In my capacity as Acting Assistant Director, I now oversee 237

Domestic Field Offices and more than 7,100 Special Agents.

3. In good faith, I certify the documents that were put before me.  There's a separate

certification pertaining to the U.S. Department of State's documents reflected in the index

and record.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1476, that the foregoing is true and

correct to the best of my knowledge.  WILLIAM S WALKER
Digitally signed by WILLIAM S WALKER
Date: 2025.05.29 12:24:12 -04'00'

William S. Walker
HSI Acting Assistant Director for Domestic Operations
U.S. Immigration and Customs Enforcement

2

# EXHIBIT 62

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., | ) ) ) | Civil Action No. 1:25-cv-10685-WGY |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) ) |  |
| MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF JOHN ARMSTRONG IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

AAUP C.A.R.001

I, John Armstrong, hereby declare under penalty of perjury:

1.      I am the Senior Bureau Official within the U.S. Department of State's Bureau of Consular Affairs.  I am a career member of the Senior Foreign Service with the rank of Counselor.  Prior to becoming the Senior Bureau Official, I briefly served as the Deputy Assistant Secretary for Overseas Citizen Services.  I served overseas as the Consul General in Lima, Peru, as Economic Counselor in Warsaw, Poland, as Consular Section Chief and Acting Deputy Chief of Mission in Nassau, Bahamas, Deputy Consul General in Kyiv, Ukraine, and Nonimmigrant Visa Chief in Bucharest, Romania.  I have also previously served domestic assignments in Washington, D.C., as Director of the Office of Eastern European Affairs, Director of the Washington Passport Agency, Senior Political Officer on the Russia Desk, and Belarus Desk Officer.

2.      As the Senior Bureau Official, I oversee the functions and responsibilities of the Bureau of Consular Affairs, including the Office of Overseas Citizen Services, the Office of Passport Services, and the Office of Visa Services ("Visa Office"), which encompasses all aspects of visa policy, procedures, and information related to U.S. visa issuance to foreign citizens who apply at more than 230 visa-issuing U.S. embassies and consulates.

3.      I am familiar with the Department's requirements and policies relating to visa revocation.  I base this declaration on my review of Department of State records and discussion with other Department of State employees.

4.      The Visa Office's functions and responsibilities encompass all aspects of visa policy, procedures and information related to U.S. visa issuance to foreign citizens, who are applying at U.S. Embassies and Consulates worldwide, seeking to come to the United States. The responsibilities of the Visa Office include coordinating with other agencies to perform national security screening of foreign travelers, and providing guidance and recommendations on visa policy related to national security exclusions.  Among its many functions, the Visa Office also revokes thousands of visas annually and provides guidance to the field on visa issuance, revocation and denial.

1

5.      On January 20, 2025, President Trump issued Executive Order 14161, Protecting the United States from Foreign Terrorists and Other National Security and Public Safety Threats ("E.O. 14161"). Consistent with E.O. 14161, the Visa Office has undertaken numerous efforts to "identify all resources that may be used to ensure that all aliens seeking admission to the United States, or who are already in the United States, are vetted and screened to the maximum degree possible."

6.      On January 29, 2025, President Trump issued Executive Order 14188, Additional Measures to Combat Anti-Semitism ("E.O. 14188"). Pursuant to E.O. 14188, the Visa Office and other relevant offices at State are working with the Department of Education and the Department of Homeland Security ("DHS") on appropriate ways to "familiariz[e] institutions of higher education with the grounds for inadmissibility under 8 U.S.C. 1182(a)(3) so that such institutions may monitor for and report activities by alien students and staff relevant to those grounds and for ensuring that such reports about aliens lead, as appropriate and consistent with applicable law, to investigations and, if warranted, actions to remove such aliens."

7.      One of the tools in place to ensure maximum vetting of visa applicants and visa-holders, including students, is the Department's long-standing continuous vetting program. All visa-holders are continuously vetted by law enforcement and intelligence agencies for information that surfaces after visa issuance. Processes for coordinated security-related continuous vetting have been used by the State Department and partner agencies for over 10 years.

8.      The Department of State has the authority to revoke visas under Section 221(i) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1201(i), which states, in pertinent part: "After the issuance of a visa or other documentation to any alien, the consular officer or the Secretary of State may at any time, in his discretion, revoke such visa or other documentation." For example, the Department may revoke a visa if information arises that indicates an alien is potentially ineligible for that visa or that revocation is otherwise warranted, including, for example, if the alien poses a threat to U.S. public safety. The Visa

2

AAUP C.A.R.003

Office provides notice to DHS when a visa is revoked.

9.      A visa is revoked only after the Department of State reviews available information to ascertain whether the visa revocation is supported by the facts and law.

10.     Given the Department's commitment to, and responsibility for, national security, the Visa Office uses all available resources in its visa screening and vetting both when making the initial visa adjudication and during recurrent vetting.

11.     Information on visa-holders can come directly from interagency partners, from offices within the Department of State, or from public sources. The Visa Office has long-standing relationships with U.S. law enforcement agencies who regularly send the Visa Office information when they believe derogatory information merits a revocation. This includes information from DHS and the Federal Bureau of Investigation.

12.     A visa can be revoked for any potential ineligibility under U.S. law, including but not limited to potential ineligibility for a visa under one of the "Security and related grounds" of inadmissibility at section 212(a)(3) of the INA. The "Security and related grounds" include terrorism related inadmissibility grounds, such as endorsing or espousing terrorist activity or persuading others to endorse or espouse terrorist activity or support a terrorist organization, as well as engaging in terrorist activity by providing material support to a designated or undesignated terrorist organization. That section also includes an inadmissibility ground for foreign policy reasons, when the Secretary of State has reasonable ground to believe an alien's entry or proposed activities in the United States would have potentially serious adverse foreign policy consequences for the United States.

13.     The Bureau of Consular Affairs, including the Office of Visa Services, does not carry out deportations. DHS's Immigration and Customs Enforcement ("ICE") is responsible for immigration enforcement in the United States, including initiating proceedings against aliens charged as removable.

14.     As deportations are carried out by DHS, deportation policy is outside the purview of the Bureau of Consular Affairs. No ideological deportation policy has been developed or

3

AAUP C.A.R.004

implemented by the Bureau of Consular Affairs or the Visa Office.

15.    I am aware of Secretary Rubio's public remarks indicating the U.S. government will revoke visas of and deport Hamas supporters. These statements are consistent with the State Department's long-standing implementation of visa and immigration laws, across administrations. Hamas has been a designated foreign terrorist organization under section 219 of the INA since it was designated by former Secretary Madeleine Albright in 1997. Support for a designated terrorist organization by statute is a basis for visa refusal and other immigration consequences: the INA provides that an alien who persuades others to support a terrorist organization, or who has afforded material support to a designated terrorist organization, is inadmissible and deportable. INA §§ 212(a)(3)(B), 237(a)(4)(B).

16.    I am aware of plaintiffs' contention that the State Department and ICE have launched new social media surveillance programs aimed at identifying noncitizen students and faculty with alleged terrorist sympathies. It is true that the State Department has authored new guidance to consular officers on reviewing visa applicants' social media. However, it is misleading and false to refer to the Department's review of publicly available social media as a form of "surveillance" to root out "terrorist sympathies" among students and faculty. Rather, review of publicly available social media is a component of the extensive information-collection and vetting process foreign visitors undergo when they apply for and use U.S. visas.

17.    I am aware of plaintiffs' contentions regarding Secretary Rubio's March 16, 2025, interview on the television news show *Face the Nation*. I understand Secretary Rubio's comments to refer to the ongoing work of the Visa Office to revoke visas, revocations which occur for a wide variety of reasons. Secretary Rubio did not state, and it is not true, that the Visa Office is approving visa revocations every day for "ideological deportation" reasons. This assertion is simply false.

4

AAUP C.A.R.005

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.


Executed on this 11th day of April, 2025.

John Armstrong
Senior Bureau Official
Bureau of Consular Affairs
U.S. Department of State

5

# EXHIBIT 63

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS., *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, *et al.*, <br><br> Defendants. | No. 1:25-CV-10685 |

**DECLARATION OF ANDRE WATSON**

I, Andre Watson pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am the Senior Official within the National Security Division (NSD) for Homeland Security Investigations (HSI).  I am a career member of the Senior Executive Service with the rank of Assistant Director. Prior to becoming the Assistant Director of NSD, I served on a detail assignment to the U.S. Department of Homeland Security in the capacity of Principal Deputy Assistant Secretary for the Countering Weapons of Mass Destruction Office.  I served as the HSI Special Agent in Charge in Baltimore, M.D., Deputy Special Agent in Charge in Washington, D.C., Assistant Special Agent in Charge in Houston, T.X., and Supervisory Special Agent in Blaine, W.A.  I have also previously served in Headquarters assignments as Chief of Staff to the Deputy Director of U.S.  Immigration and Customs Enforcement (ICE), Chief of Intelligence for the U.S. Department of Justice, International Organized Crime and Intelligence Operations Center, and various supervisory positions within NSD.

AAUP C.A.R.007

2.      As the Senior Official within NSD, I oversee the National Security as well as Student and Exchange Visitor Programs functions in support of ICE efforts to identify, disrupt and dismantle transnational criminal enterprises and terrorist organizations that threaten the security of the United States.  These efforts encompass all investigations and aspects of terrorism, special interests involving state and non-state actors, human rights violators and war criminals as well as compliance and oversight functions for over 6,900 academic institutions, 45,000 designated school officials, and over 1.2 million foreign students studying in the United States.

3.      HSI is a component of ICE that conducts significant and complex criminal investigations into individuals and international criminal networks that violate U.S. laws. HSI focuses its efforts on combating the transnational criminal networks that pose the greatest threats to the security of the United States. HSI has more than 10,000 employees stationed in more than 235 U.S. cities and more than 50 countries worldwide. The HSI workforce is made up of special agents, criminal analysts, intelligence analysts, and support personnel who live and work in the communities they are sworn to protect and serve.

4.      The Student and Exchange Visitor Program (SEVP), a component of HSI's National Security Division, was created in the wake of 9/11 to provide integrity to the immigration system by collecting, maintaining and analyzing information so only legitimate nonimmigrant students or exchange visitors can gain entry in the U.S. Through a database housing information pertaining to schools and students, the Student and Exchange Visitor Information System (SEVIS), SEVP manages and tracks nonimmigrants in the F, M, and J categories. To eliminate vulnerabilities related to the nonimmigrant visa program, Congress first introduced statutory language mandating the development of a program to collect data and improve tracking of foreign students in the Illegal Immigration Reform and Immigrant Responsibility Act of (IIRIRA) of 1996. In 2001, Congress

expanded the foreign student tracking system when it enacted PATRIOT ACT, and in 2002 Congress strengthened the tracking system yet again, through the Enhanced Border Security and Visa Entry Reform Act, noting concerns with national security and emphasizing the need to carefully track student status and information. Accordingly, these laws and regulations demonstrate a clear congressional directive that ICE closely monitor foreign students and the schools in which they enroll by vigorously enforcing statutory and regulatory requirements.

5.    I am aware of the above-captioned lawsuit. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, other Department of Homeland Security (DHS) employees, and information portals maintained and relied upon by DHS in the regular course of business.

6.    On January 29, 2025, President Trump issued Executive Order 14188, *Additional Measures to Combat Anti-Semitism* (E.O. 14188). ICE remains steadfast in its commitment to enforcing E.O. 14188 prohibiting anti-Semitism and safeguarding national security by applying existing authorities consistent with the priorities set forth in the E.O. 14188.

7.    In applying existing authorities,, HSI Office of Intelligence proactively reviews open-source information to identify individuals within the parameters of E.O. 14188. Open-source information is defined as unclassified information that has been published or broadcast in some manner to the general public, could be lawfully seen or observed by a casual observer, is made available at a meeting open to the public, or is obtained by visiting any place or attending any event that is open to the public.

8.    The U.S. Department of State (DOS) has broad discretion under 8 U.S.C. § 1201(i) to revoke visas and make determinations of whether an alien's present or activities in the United States would have potentially serious adverse foreign policy consequences. ICE does not make

those determinations. Upon notification of DOS determination, ICE may take subsequent enforcement actions such as placing the alien in removal proceedings under the Immigration and Nationality Act (INA). HSI's Counter Threat Lead Development Unit (CTLD) is specifically responsible for analyzing alien nonimmigrant status violators, lawfully admitted to the United States, who violate the terms of their admission and pose a threat to national security, public safety and/or are involved in criminal activity for field referral and further investigation. Since 2003, the National Security Division has overseen this mission. Currently, CTLD receives over one million alien violator records each year, primarily from U.S. Customs and Border Protection (CBP) Arrival and Departure Information System (ADIS), as well as from SEVIS. CTLD generates viable, investigative leads on nonimmigrant overstays with national security and public safety concerns and/or criminal activity to HSI field offices for further action. CTLD may also provide information to DOS for possible visa revocation if appropriate. .

9. Procedurally, once DOS notifies ICE of its decisions concerning whether to revoke a visa or make certain determinations that would render a alien removable, the determination is then disseminated to the local field office for additional enforcement actions against the student (e.g., issuing a Notice to Appear in removal proceedings) if appropriate.

10. Enforcement actions carried out against aliens within the purview of E.O.14188 occur pursuant to ICE's existing civil immigration authorities under the INA. There is no official or unofficial "ideological deportation policy." Aliens may be charged with any deportation ground under the INA supported by fact and law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April 2025.

ANDRE R WATSON
Digitally signed by
ANDRE R WATSON
Date: 2025.04.11
18:22:22 -04'00'

Andre Watson, Assistant Director
National Security Division
Homeland Security Investigations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

# EXHIBIT 64

UNCLASSIFIED

**UNCLASSIFIED**
SBU



| | |
|---|---|
| **MRN:** | 25 STATE 26168 |
| **Date/DTG:** | Mar 25, 2025 / 251914Z MAR 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| **E.O:** | 13526 |
| **TAGS:** | CVIS, CMGT, PTER, KFRD |
| **Captions:** | SENSITIVE |
| **Reference:** | 25 STATE 5914 |
| **Subject:** | (U) Action Request:  Enhanced Screening and Social Media Vetting for Visa Applicants |

1. (U) This is an action request.  **See paragraph 7**.

2. **(SBU) SUMMARY:**  The protection of our nation and its citizens is a consular officer's first consideration.  Pursuant to the implementation of Executive Order (E.O.) 14161 and E.O. 14188, known respectively as *Protecting the United States from Foreign Terrorists and Other National Security and Public Safety Threats* and *Additional Measures to Combat Anti-Semitism*, effective immediately, consular officers must refer certain student and exchange visitor (F, M, and J) visa applicants to the Fraud Prevention Unit (FPU) for a mandatory social media check as described below.  As the Secretary stated on March 16, "We don't want people in our country that are going to be committing crimes and undermining our national security or the public safety.  It's that simple.  Especially people that are here as guests.  That is what a visa is…It is a visitor into our country.  And if you violate the terms of your visitation, you are going to leave."  The Visa Office will host webinars for consular officers to discuss this guidance on April 3 and April 4, 2025.  **END SUMMARY.**

3. **(SBU) Consular Officers Play a Critical Role in Protecting National Security:**  As part of screening every case for potential ineligibilities, consular officers MUST ADDRESS any derogatory information indicating that a visa

AAUP C.A.R.012

UNCLASSIFIED

applicant may be subject to the terrorism-related ineligibility grounds of the Immigration and Nationality Act (INA).  This includes advocating for, sympathizing with, or persuading others to endorse or espouse terrorist activities or support a DESIGNATED FOREIGN TERRORIST ORGANIZATION (FTO).

4. **(SBU) Every Visa Decision is a National Security Decision:**  In Ref A, the Visa Office directed consular officers to maintain extra vigilance and to comprehensively review and screen every visa applicant for potential security and non-security related ineligibilities including to assess whether the applicant poses a threat to U.S. national security.  Any nonimmigrant visa applicant who has not established to a consular officer's satisfaction that the applicant meets all standards required in that visa classification should be refused under 214(b), as appropriate.  This includes establishing that the applicant does not intend to engage in activities inconsistent with the requested visa status.  If 214(b) does not apply to the visa classification, consular officers should refuse any nonimmigrant or immigrant visa case presenting such concerns under section 221(g) of the INA for further review of additional ineligibility grounds,        **LE**        **LE**        as appropriate.

5. (U) This was reflected well by the Secretary's statement on March 16, that "when you apply to enter the United States and you get a visa, you are a guest…if you tell us when you apply for a visa, 'I'm coming to the U.S. to participate in pro-Hamas events,' that runs counter to the foreign policy interest of the United States…if you had told us you were going to do that, we never would have given you the visa."

6. **(SBU) Situations that Cast Doubt on Students' Intent or Credibility:**  As described in 9 FAM 402.5-5(C), an applicant applying for an F-1 or M-1 student visa must demonstrate intent to enter the United States solely to pursue a full course of study at an approved institution.  In addition, J-1 visa applicants who are college, university, and other post-secondary students are required to pursue a full course of study as described in 9 FAM 402.5-6(E)(11).  Evidence suggesting a student visa applicant intends to travel to

UNCLASSIFIED

UNCLASSIFIED

the United States to engage in unlawful activities clearly calls into question whether the applicant possesses intent and/or the ability to solely pursue a full course of study.  While many activities may not fall under the INA's definitions of "terrorist activity," you should otherwise consider that information in assessing the credibility of a visa applicant's claimed purpose of travel.  INA section 214(b) requires the applicant to show credibly that all activities in which he or she is expected to engage in while in the United States are consistent with the specific requirements of their visa classification.

7. **(SBU) ACTION REQUEST:  Mandatory Social Media Reviews for Students and Student Exchange Visitors.**  Effective immediately, consular officers must refer all new or returning F-1, M-1, or student J-1 visa applications meeting one or more of the following criteria, that the consular officer has determined is otherwise eligible for the requested nonimmigrant status, to the FPU via ECAS as described in 7 FAH-1 H-945.4,  using the SOCIAL MEDIA REVIEW category.      **LE**

**LE**

**LE**                                                          E

**LE**

8. **(SBU) Documenting the Results of the Social Media Review:**  If the social media review uncovers potentially derogatory information indicating that the applicant may not be eligible for a visa, Fraud Prevention Units are required to take screenshots of social media findings to the extent it is relevant to a visa ineligibility, to preserve the record against the applicant's later alteration of the information.  Limit screenshots to information relevant to connecting the applicant, the applicant's actions, and a visa ineligibility.      **LE**

AAUP C.A.R.014

UNCLASSIFIED

**LE**

9. **(SBU) Support for Terrorist Organizations - Grounds and Definitions for INA 212(a)(3)(B):** All consular officers should carefully review 9 FAM 302.6 to understand the grounds under which an applicant may be ineligible under 3B, including that an applicant who "endorses or espouses terrorist activity or persuades others to endorse or espouse terrorist activity or support a terrorist organization" is ineligible. Consular officers should consider these grounds and definitions when conducting interviews and pursuing lines of inquiry. Because terms in INA 212(a)(3)(B) are broadly defined, consular officers should elicit as much pertinent information as possible from visa applicants with suspected ties to terrorist organizations or terrorist activity. This includes the names of all relevant organizations potentially involved in terrorist activity and the applicant's relationship with them (for example, by current membership or past financial contributions or other support). Evidence that an applicant advocates for terrorist activity, or otherwise demonstrates a degree of public approval or public advocacy for terrorist activity or a terrorist organization, may be indicative of ineligibility under INA 212(a)(3)(B). This may be evident in conduct that bears a hostile attitude toward U.S. citizens or U.S. culture (including government, institutions, or founding principles). Or it may be evident in advocacy or sympathy for foreign terrorist organizations. All of these matters may open lines of inquiry regarding the applicant's credibility and purpose of travel. Consular officers should inquire into the nature and activities of those organizations. **LE**

AAUP C.A.R.015

UNCLASSIFIED

UNCLASSIFIED

**LE**

10. **(SBU) Intention to Engage in Unlawful Activity:**  Consular officers are also reminded of guidance in 9 FAM 302.5-4 regarding the applicability of INA 212(a)(3)(A)(ii) under which a visa applicant is ineligible if the consular officer knows or has reason to believe that the applicant is traveling to the United States solely, principally, or incidentally to engage in any other unlawful activity.  Consular officers should take care to enter detailed case notes regarding the specific activities expected in the United States and request an advisory opinion per 9 FAM 302.5-4(C).

11. **(SBU) Revocations of Valid Visas:**  If, subsequent to visa issuance, information becomes available to post that an individual may no longer be eligible for a visa due to particularized information indicating an ineligibility under specific INA provisions, including 214(b), post should follow the procedures to revoke or request prudential revocation as described in 9 FAM 403.11 for nonimmigrant visas or 9 FAM 504.12 for immigrant visas.  The Visa Office reminds posts that consular officers do not have the authority to revoke a visa based on a suspected ineligibility or based on derogatory information that is insufficient to support an ineligibility finding - other than a revocation based on driving under the influence (DUI) - and that such cases should be referred        **LE**        in accordance with 9 FAM 403.11-5(B) for further review.  A consular officer's revocation must be based on an actual finding that the individual is ineligible for the visa.

12. **(U) Additional Guidance:**  The Visa Office will host webinars for consular officers to discuss this guidance on Thursday, April 3 and Friday, April 4, 2025.  Invitations with links to these webinars will be sent separately.  The FAM will be updated to reflect this guidance.

13. **(U) Inquiries:**  Post must refer any U.S. media inquiries regarding E.O.s to CA-Press@state.gov and congressional inquiries regarding E.O.s to ConsularOnTheHill@state.gov.  Posts may respond to requests from

AAUP C.A.R.016

UNCLASSIFIED

international media regarding E.O.s using CA's cleared press guidance located on CA Web, copying CA-PRESS@STATE.GOV.

14. (U) Minimize considered.

**MINIMIZE CONSIDERED**

| | |
|---|---|
| **Signature:** | RUBIO |
| **XMT:** | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**
SBU

AAUP C.A.R.017

# EXHIBIT 65



AAUP-00014



AAUP-00015



AAUP-00016

# EXHIBIT 66

**To resist Trump, draw meaningful red lines**

Many are reckoning with the ways in which the incremental accumulation of Trump 2.0 destruction and brutishness is transforming their day-to-day lives. And we grasp, instinctively, that we must not let the units of bad news blur into one another; we must notice that some changes demand our full attention. These changes are the events that we designate *red lines*.

The impulse to cope with growing authoritarianism by drawing red lines is a good one; at its best, it arrests shifting baseline syndrome, the phenomenon where we continually redefine "normal" in terms of how things are today and, when tomorrow is only *slightly* worse, conclude that nothing much has happened, failing to see our cumulative deterioration since a more remote starting point. It also allows us to act thoughtfully in an information environment designed to derange us.

But our red-line reckoning currently suffers from a few main defects: it is often reactive rather than proactive; theoretical rather than practical; and individual rather than collective. To revive the project of democracy in this country, and to deliberate with dignity in dark times, we must improve this practice in three ways:

**1. Red lines must be proactive**

A dynamic familiar to many organizers is that of being stuck in a reactive loop: something unplanned-for happens, and it feels like a moral imperative that you respond *right now*. Then, halfway through planning your response, something new happens, and this keeps happening until you have expended a great deal of energy and never found the space to identify a strategic orientation to the terrain you're dealing with.

Escaping the reactive loop while a drumroll of urgent moments is already vibrating across the social membrane is very difficult. The ideal solution is one that involves going back in time and building out organizational capacity and a plan for future contingencies adequate to the present moment.

But this isn't possible. In reality, organizers get saved from reactive loops in two ways: first, they can be rescued by forming a coalition with other organizations who have greater pre-existing capacity and, most importantly, a better theorized plan for handling the moment. Second, where there is no one else who already has an authoritative strategy, we break out of the reactive cycle only by letting some moments pass by with minimal response while we develop a branching diagram of future possibilities and decide which of these future events will constitute red lines. These possibilities need to be analyzed with an eye to their significance to the overall terrain. And then we need to figure out which of them will be treated as triggers for which actions. This brings us to point 2.

**2. Red lines must be practical.**

AAUP-00011

they will do when they get there. Only if all this is done can the really hard work of effective political resistance even truly begin.

AAUP-00013

A red line isn't a point at which we are allowed to say "ok, now things are really bad". Their proper function isn't to give us permission to feel some kind of way. Rather, they are *thresholds for escalated action*. They are the point we have identified (ideally in advance, per point 1) as making new forms of resistance appropriate.

It does little good to draw all eyes to the imminence of a constitutional crisis if we don't also deliberate about what sort of political action we will engage in once the crisis is announced. Indeed, in the dithering about whether such a crisis is not already upon us it is hard not to discern an anxiety about what happens when the breaching of this red line is announced by the relevant experts but, due to a failure to organize for this eventuality, the announcement proves practically impotent.

It similarly does little good to designate classroom censorship as the red line at universities if we don't talk about what we will do when this line is crossed. Where the red line is deferred off into the future without a practical plan for what we will do when we get there, it is hard not to suspect that the function of the deferral is to make us acquiesce to all the ways in which our academic mission will be compromised prior to that point so that by the time we are unambiguously there (if Columbia's agreeing to put a department into academic receivership doesn't already count), we will be "without any dignity left to protect" and will simply comply once more.

We must of course be thoughtful about what sort of actions will be effective, and which will be possible. These actions will almost certainly require large numbers of people. And unless you are the general of your own private army, associating mass practical responses with future red lines is something that has to be done alongside at least some of the people who would take part in the mobilization. This brings us to point 3.

**3. Red lines must be identified collectively**

Of course, people around the country are reaching practical conclusions about what they will soon have to do. Some who can are deciding to try to move abroad; others are altering what they allow themselves to say on social media; many non-citizens are deciding that it's too risky to leave the country when they can't be sure they won't be detained on their way back through the border. Some are steeling themselves to the sort of personal and professional sacrifices they will have to make in order not to be morally mutilated by complicity with the regime. But too many of us are making decisions for our own individual action while sitting alone in our cars and living rooms reading the news on our phones. In contrast, the most hopeful glimmers in the national firmament are those cases where people are flexing their abilities to voice collective dissent and to work across differences to form collectives that can be mobilized to stare down the authoritarians and to win.

These three rules for the articulation of red lines function in concert. We need groups of people to meet, educate themselves about what is on the political horizon, and collectively plan what

AAUP-00012

# EXHIBIT 67



**The Daily Northwestern** • April 24, 2024 •
https://dailynorthwestern.com/2024/04/24/uncategorized/lte-an-open-letter-from-171-faculty-do-not-ban-protest-at-nu/

# LTE: An Open Letter from 171 Faculty — Do not ban protest at NU

**171 members of NU Faculty**

Dear President Schill and Provost Hagerty,

Northwestern's University Mission declares its commitment to encourage debate; champion access, diversity and belonging; strengthen our community; and care about one another. NU Student Affairs pledges to uphold a commitment to social justice; confront practices that inhibit equity and justice; seek first to listen and understand; be curious and open to learning; and ask questions instead of ascribing intent.

We, the undersigned NU faculty of different backgrounds and political viewpoints, come together in support of these principles and in the firm belief that the University will violate its own commitments if it were to take any action to block our students' rights to peaceful speech, assembly and dissent.

This is a historic moment in which students across the country and around the world are voicing what they want their universities to be and do in terms of policies, ethics, partnerships and finances. These students' visions are based on an informed understanding of our collective well-being and, oftentimes, in a principled objection to that which impedes it.

As NU affirms, students have a right to ask questions. NU's vision statements require us to listen and engage with respect. The University will fail in its most basic promises and commitments if it moves to shut down student gatherings rather than open spaces for transparent and serious discussion.

Northwestern has a long history of successful student protests and strikes dating back to the 1960s. The students who are engaging in protests today are upholding and strengthening that proud tradition. Should the current administration choose to stand in their way, it will be on the wrong side of history.

We return to NU's pledge to "ask questions instead of ascribing intent." We will not tolerate the weaponization of unfounded presumptions of bigotry to smear and silence students who are not engaging in anything of the sort. And as educators, we will not stand for the criminalization of peaceful protest on our campus.

Signed,

Wendy Pearlman, Professor of Political Science and Middle East & North Africa Studies, WCAS
Elizabeth Shakman Hurd, Professor of Religious Studies & Political Science, WCAS
Elizabeth Smith, Assistant Professor of Instruction, Anthropology and WCAS Advising
Josh Honn, Humanities and Prison Education Librarian, University Libraries
Hannah Feldman, Associate Professor of Art History, WCAS
Ipek Kocaomer Yosmaoglu, Associate Professor of History, WCAS
katrina quisumbing king, Assistant Professor of Sociology, WCAS

AAUP-00006

Katherine E. Hoffman, Associate Professor, Anthropology & MENA Studies, WCAS

Michelle N. Huang, Assistant Professor, English & Asian American Studies, WCAS

Michael Loriaux, Professor of Political Science, WCAS

Shirin Vossoughi, Associate Professor, SESP

Zach Wood-Doughty, Assistant Professor of Instruction, Computer Science, WCAS

Nitasha Sharma, Professor and Director, Black Studies and Asian American Studies, WCAS

Kalyan Nadiminti, Assistant Professor of English, WCAS

Moya Bailey, Professor of Communication Studies

Doug Kiel, Associate Professor of History, Center for Native American and Indigenous Research (CNAIR), and Kaplan Humanities Institute

Loubna El Amine, Assistant Professor of Political Science, WCAS

Beatriz O. Reyes, Assistant Professor of Instruction, Global Health Studies Program; Native American and Indigenous Studies, CNAIR

Qiu Fogarty, Associate Director, Social Justice Education

Emrah Yildiz, Assistant Professor, Anthropology & Middle East & North African Studies

Sonya Kaleel, Adjunct Faculty/Coach, School of Education & Social Policy / MSLOC

Erica Weitzman, Associate Professor of German, WCAS

Ian Hurd, Professor & Director, Political Science & Weinberg Center for Int'l & Area Studies

alithia zamantakis, Research Assistant Professor, ISGMH and Medical Social Sciences, FSM

Luis Amaral, E.O. Haven Professor, McCormick

Santiago Molina, Assistant Professor of Sociology, WCAS

Steven W. Thrasher, Daniel Renberg Chair, Medill

Brannon Ingram, Associate Professor of Religious Studies, WCAS

Kim Marion Suiseeya, Associate Professor, Political Science, Environmental Policy & Culture

Sirus Bouchat, Assistant Professor, Political Science, WCAS

Rebecca C. Johnson, Associate Professor, English and Middle East & North African Studies

Barnor Hesse, Associate Professor, Black Studies, WCAS

Robert Orsi, Professor, Religious Studies and History, WCAS

Kelly Wisecup, Professor, English and Center for Native American & Indigenous Studies

James Bielo, Associate Professor, Religious Studies, WCAS

Leslie M. Harris, Professor, History, WCAS

Justin L. Mann, Assistant Professor, English and Black Studies, WCAS

Jamie Carlstone, Authority Metadata Librarian, University Libraries

Mark Hauser, Professor and Director, Anthropology and Latin American & Caribbean Studies

Nicole Spigner, Assistant Professor, Black Studies & English, WCAS

Ivy Wilson, Associate Professor, English, WCAS

Martha Biondi, Professor, Black Studies and History, WCAS

Rebecca Zorach, Mary Jane Crowe Professor, Art and Art History, WCAS

Thadeus Dowad, Assistant Professor, Art History, WCAS

Shalini Shankar, Professor, Anthropology & Asian American Studies, WCAS

Shelby Hatch, Associate Professor of Instruction, Chemistry, WCAS

Helen Tilley, Associate Professor, History, WCAS

Sarah Schulman, Ralla Klepak Professor of English, MFA Program in Creative Writing, English

J. Seawright, Professor, Political Science, WCAS

Miriam Petty, Associate Professor, Radio/Television/Film

Sepehr Vakil, Associate Professor, School of Education and Social Policy

Dotun Ayobade, Assistant Professor, Performance Studies and Black Studies, WCAS

Kennetta Hammond Perry, Associate Professor, Black Studies and History, WCAS

Alec Powers, MPH, FSM ISGMH

Mary Pattillo, Professor, Black Studies and Sociology, WCAS

Elham Hoominfar, Assistant Professor of Instruction, Global Health Studies Program

Spencer Evans, Senior Research Technologist, Dermatology

AAUP-00007

Sean Hanretta, Associate Professor, Department of History, WCAS

Lauren Stokes, Associate Professor, History, WCAS

Mérida M. Rúa, Professor, Latina and Latino Studies, WCAS

Gregory Phillips II, Associate Professor, Department of Medical Social Sciences

Tabitha Bonilla, Associate Professor, Human Development & Social Policy, SESP

Brent Huffman, Professor, Medill

Michael Anthony Turcios, Postdoctoral Fellow, Radio/Television/Film; Center for Native American and Indigenous Research

Emily Maguire, Associate Professor, Spanish and Portuguese, WCAS

Saad Ranginwala, MD, Assistant Professor, Feinberg School of Medicine

Jennifer Cole, Assistant Chair, Chemical and Biological Engineering

Megan Hyska, Assistant Professor, Philosophy

Megan Bang, Professor & Director, SESP & Center for Native American & Indigenous Research

Julie Lee Merseth, Assistant Professor, Political Science, WCAS

Curtis Miller, Lecturer, Art Theory & Practice

Kasey Evans, Associate Professor of English, WCAS

Annie Wilkinson, Postdoctoral Scholar, Anthropology, WCAS

Ana Aparicio, Associate Professor, Anthropology and Latina & Latino Studies Program, WCAS

becca greenstein, stem librarian, university libraries

Bimbola Akinbola, Assistant Professor, Performance Studies, WCAS

Ana Arjona, Associate Professor of Political Science, WCAS

Jackie Stevens, Professor, Political Science

Joshua Chambers-Letson, Professor of Performance Studies and Asian American Studies, Performance Studies and Asian American Studies

Anna Parkinson , Associate Professor, German

Michael Metzger, Academic Curator of Cinema and Media Arts, Block Museum of Art

Mary McGrath, Assistant Professor, Political Science, WCAS

Arionne Nettles, Lecturer, Medill

Ray San Diego, Assistant Professor of Instruction, Asian American Studies, WCAS

Sami Hermez, Associate Professor and Director of Liberal Arts Program, Northwestern in Qatar

Jorge Coronado, Professor, Spanish and Portuguese /LACS, WCAS

Samuel Weber, Avalon Foundation Professor of Humanities, German/CLS

David Schoenbrun, Professor, History and African Studies, WCAS

Nichole Pinkard, Professor, School of Education and Social Policy

Averill Curdy Murr, Professor of Instruction, English, WCAS

Hollyamber Kennedy, Assistant Professor, Art History, WCAS

Tracy Vaughn-Manley, Assistant Professor, Black Studies, WCAS

Mariajose Rodriguez Pliego, Assistant Professor, English, WCAS

James Mahoney, Gordan Fulcher Professor of Decision-Making, Political Science and Sociology

Jeffrey A. Winters, Professor, Political Science, WCAS

Ricky Hill, Research Assistant Professor, Sexual and Gender Minority Health & Wellbeing

Nate Cohen, Adjunct Professor of Instruction, Theatre

Michelle Birkett, Associate Professor, Medical Social Sciences

Karen Olivo, Director of Music Theatre Certificate Program, Theatre

Lina Britto, Associate Professor of History, Department of History, WCAS

Kevin Buckelew, Assistant Professor, Religious Studies, WCAS

Liz Hamilton, Copyright Librarian, University Libraries

Alessia Ricciardi, Professor, CLS

LaShandra Sullivan, Associate Professor, Anthropology, WCAS

Gina Petersen, Assessment Librarian, Northwestern University Libraries

Peter H. S. Sporn, MD, Professor of Medicine, Cell and Developmental Biology, and Medical Education, Feinberg School of Medicine

Tara Fickle, Associate Professor, Asian American Studies Program

Alejandra Uslenghi, Associate Professor, Spanish & Portuguese, Comparative Literary Studies

Penelope Deutscher, Professor, Philosophy and CLS

AAUP-00008

Penelope Deutscher, Professor, Philosophy and CLS

Marianne Hopman, Associate Professor, Classics and Comparative Literary Studies
Nick Winters, Assistant Professor, Classics
Hasheem Hakeem, Assistant Professor of Instruction, Department of French and Italian
Namratha Kandula, Professor, Medicine, Feinberg School of Medicine
AJ Christian, Professor, Communication Studies
Tara Gonsalves, Assistant Professor, Sociology
Torsten Menge, Assistant Professor, Liberal Arts, Northwestern in Qatar
Katie Risseeuw, Librarian, University Libraries
Charlotte Rosen, Postdoctoral Scholar in Public Service, Center for Historical Studies
Iñigo Manglano-Ovalle, Professor, Art Theory and Practice
Sulafa Zidani, Assistant Professor, Communication Studies
Patty Loew, Prof. Emerita, Medill; Center for Native American & Indigenous Research
Katia Viot-Southard, Associate Professor of Instruction, French and Italian
Megan Baker, College Fellow, Anthropology
Igal Szleifer, Professor, Biomedical Engineering
Jeong Eun Annabel We, Assistant Professor, Asian Languages and Cultures
Rebecca Ewert, Assistant Professor of Instruction, Sociology
Doron Shiffer-Sebba, Postdoctoral Fellow, Sociology
TJ Billard, Associate Professor, Communication Studies and, by courtesy, Sociology
Leila Tayeb, Assistant Professor in Residence, Communication & Liberal Arts, NUQ
Calvin Liang, Postdoctoral Fellow, Communication Studies
Nasrin Qader, Associate Professor, French and Italian, WCAS
Heather Jaber, Assistant Professor in Residence, Communication & Liberal Arts, NUQ
Gretchen Neidhardt, Librarian, Galter Health Sciences Library and Learning Center
Diego Arispe-Bazán, Assistant Professor, Anthropology, WCAS
Cynthia Robin, Professor and Chair, Anthropology, WCAS
Alfonso Fierro, Assistant Professor, Spanish and Portuguese, WCAS
William Leonard, Professor, Anthropology and Global Health Studies, WCAS
Laura Beth Nielsen, Professor of Sociology, WCAS
Noelle Sullivan, Professor Instruction and Associate Director, Program in Global Health Studies
Amanda Logan, Associate Professor of Anthropology, WCAS
Lauren Beach, Assistant Professor of Medical Social Sciences
Laura Brueck, Professor of South Asian and Comparative Literature, WCAS
Lydia Barnett, Associate Professor of History, WCAS
Rayvon Fouché, Professor, Communication Studies and Medill
kihana miraya ross, Assistant Professor, Black Studies
Diane Knoepke, Adjunct Instructor, MS in Learning & Organizational Change
Aldon D. Morris, Emeritus Professor, Sociology and Black Studies
Karrie Ann Snyder, Associate Professor of Instruction , Sociology, WCAS
Kari Lydersen, Assistant Professor, Medill
Domietta Torlasco, Professor, French and Italian/CLS
Patrick Janulis, Associate Professor, Department of Medical Social Sciences
Charlayne Mitchell, Assistant Professor of Instruction, Global Health Studies
Jonathon Glassman, Wayne V. Jones Research Professor Emeritus, History, WCAS
Mary Ann Weston, Associate Professor Emerita, Medill
Kate Masur, Professor of History, WCAS
J. Michelle Molina, Associate Professor, Religious Studies, WCAS
Lakshmi Padmanabhan, Assistant Professor, Radio, TV, Film
Peter Locke, Associate Professor of Instruction, Global Health Studies
Paul Ramirez, Associate Professor of History, WCAS
Sandra L. Richards, Professor Emerita, Black Studies & Theatre
Nina Gurianova, Professor, Slavic and CLS, WCAS

AAUP-00009

Nina Gurianova, Professor, Slavic and CLS, WCAS

Jose Medina, Walter Dill Scott Professor of Philosophy, WCAS
Caitlin Fitz, Associate Professor of History, WCAS
Michael Rakowitz, Professor of Art Theory & Practice and MENA Studies
Jen Munson, Assistant Professor, Learning Sciences, School of Education and Social Policy
Vilna Bashi, Osborn Professor of Race, Ethnicity, and Global Diversity, Sociology, WCAS
Corey Byrnes, Associate Professor, Kaplan, Asian Languages and Cultures, Comparative Literary Studies
Shayna Silverstein, Assistant Professor, Performance Studies and MENA Studies
Patrick Noonan, Assistant Professor, Asian Languages and Cultures, CLS

If you would like to respond publicly to this op-ed, send a Letter to the Editor to opinion@dailynorthwestern.com. The views expressed in this piece do not necessarily reflect the views of all staff members of The Daily Northwestern.

AAUP-00010

# EXHIBIT 68

# Supporting Dr. Steven Thrasher

**March 20, 2025**

We are appalled by Northwestern University's denial of tenure to Dr. Steven Thrasher and call upon Dean Charles F. Whitaker of the Medill School of Journalism to reconsider his decision.

This is the latest in a months-long campaign of retaliation against Dr. Thrasher for engaging in constitutionally protected political speech against Israel's war in Gaza and for defending students who stood against it during a peaceful protest at Northwestern last April. At that demonstration, Dr. Thrasher was among a group of faculty who formed a defense line around students who were setting up tents in Dearing Meadow, on the university's main Evanston campus. Northwestern Police attempted to break the defense line, physically assaulting Dr. Thrasher in the process.

One month after that protest, Northwestern University President Michael Schill was called before a Congressional hearing where U.S. Rep. Jim Banks (R-Indiana) publicly pressured him to fire Dr. Thrasher. Weeks later, Dr. Thrasher was one of four Northwestern University employees charged with Class-A misdemeanors for allegedly obstructing police activities during the April protest. When Cook County's State Attorney declined to prosecute and dropped the charges (charges that have since been formally expunged from Dr. Thrasher's record), Northwestern opened up an ad hoc investigation into his teaching and suspended him from the classroom.

The [Northwestern University](#), [Illinois](#) and [national](#) bodies of the American Association of University Professors (AAUP) all criticized Dean Whitaker's decision to sanction Dr. Thrasher before he was even granted the opportunity for due process. In December, Dr. Thrasher was [formally exonerated](#) by a three-faculty committee of his peers from across the university. The day after Dean Whitaker accepted their report which deemed Dr. Thrasher's suspension to be unwarranted, he announced yet another internal investigation of Dr. Thrasher—this time for his participation in the April protest.

In light of this litany of retaliatory actions, we question Dean Whitaker's ability to impartially assess Dr. Thrasher's case for tenure—the denial of which is tantamount to purging Dr. Thrasher from the Northwestern faculty.

Northwestern recognized Dr. Thrasher as an outstanding scholar when they hired him in 2019 as the inaugural Daniel H. Renberg Chair for Social Justice in Reporting, with a Focus on LGBTQ Issues. His chair was formally renewed in 2023, months before the April protest that made him a target of the university's ire.

As an assistant professor, Dr. Thrasher has already earned an international reputation that is not only tenure-worthy, but would garner a full professorship at most universities. Dr. Thrasher's award-winning first book, *The Viral Underclass,* is an incredible and moving piece of journalism that tackles some of the most pressing questions of our collective moment. In this book, he uses viruses as a lens to reveal and understand startling inequalities of race, class, gender, ability, and sexuality. The public reception for *The Viral*



AAUP-00025

*Underclass* was overwhelmingly positive. *The New York Times* named the paperback an Editor's Choice. It was long-listed for the 2023 *PEN/America John Kenneth Galbraith Award for Excellence in Nonfiction Literature* and the *Carnegie Medal for Excellence in Nonfiction.*

In both *The Viral Underclass* and his other work, Dr. Thrasher bears witness and stands in solidarity with people the US often considers disposable. He is part of a cohort of journalists of color who collectively challenge the faux objectivity that has long defined the profession. It is not lost on us that as a Black gay man in the academy, Dr. Thrasher is both a rarity and disproportionately likely to be politically targeted, as data from the AAUP confirms. Until recently, Northwestern has touted its commitment to "diversity and inclusion." The demeaning and disrespectful treatment of Dr. Thrasher is wholly inconsistent with that espoused value. Are Black and LGBTQ faculty welcome only to the extent that they remain silent on issues that matter to them and have profound global significance?

The academy is under attack from people committed to dividing the polity, promoting disinformation, and protecting the powerful. These attacks are central to a well-funded campaign to undermine higher education in America as part of a far-right political project. Journalists, scholars, and teachers like Dr. Thrasher are needed more than ever if we hope to learn about and undo the harms inflicted by unequal systems. We call on Northwestern to reject this new McCarthyism and to reconsider its decision to deny tenure to our colleague, Dr. Steven Thrasher.

Anyone willing and able to offer material support for Dr. Thrasher can do so here.

*Institutional affiliations are offered for identification purposes only*
1. Kiese Laymon, Moody Professor of English and Creative Writing, Rice University
2. Andrew Ross, New York University
3. Lisa Hajjar, Sociology, UC Santa Barbara
4. Cathy Cohen, University of Chicago
5. Hoda El Shakry, Associate Professor of Comparative Literature, University of Chicago
6. Dan Sheehan, Lit Hub
7. A.J. Bauer, University of Alabama
8. Elliott Powell, University of Minnesota
9. Jeanne Theoharis, Distinguished Professor, Brooklyn College
10. Eman Abdelhadi, University of Chicago
11. Lisa Duggan, Professor, New York University
12. Alireza Doostdar, University of Chicago
13. Anton Ford, Associate Professor of Philosophy, University of Chicago
14. Victoria Law, author and independent journalist
15. Julie Orlemanski, Associate Professor of English and Director of Graduate Studies, University of Chicago
16. Darryl Li, University of Chicago
17. Allyson Nadia Field, University of Chicago
18. Daniel Morgan, Professor, University of Chicago
19. Christina Sharpe, CRC, York University
20. Douglas Foster, Professor, Northwestern University
21. Heba Gowayed, CUNY Hunter College & Graduate Center
22. Shantel Gabrieal Buggs, Associate Professor, Florida State University
23. Louise Seamster, University of Iowa

AAUP-00026

Supporting Dr. Steven Thrasher

24. Sonya Posmentier, New York University
25. Zach Samalin, New York University
26. Nicholas Mirzoeff, Professor and chair, NYU
27. Monica Kim, University of Wisconsin-Madison
28. Cynthia Chris, College of Staten Island
29. Bilge Yesil, CUNY College of Staten Island and The Graduate Center
30. A. Naomi Paik, Associate Professor
31. Karma R. Chavez, Professor, University of Texas at Austin
32. Kevin Murphy, University of Minnesota
33. Leah Feldman, University of Chicago
34. Helga Tawil Souri, NYU
35. Sarah Jaffe, author and journalist
36. Jorge Coronado, Northwestern University
37. Rebecca Zorach, Northwestern University
38. Helen Tilley, Associate Professor, History, Northwestern University
39. Martha Biondi Professor, Northwestern
40. Riché Richardson, Cornell University
41. Lewis Wallace, journalist
42. Luís A Nunes Amaral, Northwestern University
43. Tej Nagaraja, Cornell University
44. Dan Berger, University of Washington Bothell
45. Steven High, Concordia University
46. Natasha Mhatre, Western University
47. Felicity Callard, Professor, University of Glasgow
48. Crystal Shackleford, Yale University
49. Spencer Richards
50. Anthony Tomaso, Northwestern alumni (2004)
51. Charlotte Rosen, Haymarket Books, Northwestern University alum
52. Lisa Stampnitzky, University of Sheffield
53. Ben Kiem, University of Toronto
54. Gabriel Winant, University of Chicago
55. John Pringle, PhD, Independent Researcher
56. Erik Reinbergs, Utah State University
57. Lauren Rendon, UChicago
58. Jacqueline Moss, Attorney
59. Anne Alt, Northwestern alumna
60. Siddhartha Mitter, independent journalist
61. Ben Chappell, University of Kansas
62. Austin B. Harvey, Northwestern alum (2004)
63. Jacob Devine, School of Communication '13
64. Ai Miller, University of Minnesota Libraries
65. Danielle Koonce, PhD, Cage Bird Research
66. Will Newsom, Austin Humane Society
67. Cynthia Gao, Middlebury College
68. Zach Schwartz-Weinstein, PhD
69. Michael Metzger, Northwestern University
70. Gyunghee Park, Westchester Community College
71. David Keegan, MD, Cumming School of Medicine, University of Calgary
72. Kat Naphas, Individual

AAUP-00027

73. Emily Rodriguez, Massachusetts General Hospital
74. Anthony Weems, Coastal Carolina University
75. Jason Guthartz, Northwestern alumnus
76. Shannan Clark, Montclair State University
77. Lauren Rothman, Journalist
78. John Saunders, Independent Researcher
79. Morgan Harper, University of Toronto
80. Lydia Kiesling, writer
81. Victor Ray, The University of Iowa
82. Jarrad Davis, Medill School
83. S. Gronkiewicz-Doran, Northwestern Alum, 2005
84. Jaime Lawson, Student
85. Patrick Hayes, Michigan State University
86. Jennifer Selwyn, History Department, Cal State, Sacramento
87. Steve Rhodes, photojournalist
88. David Palumbo-Liu, Stanford University
89. Rebecca Duffy, Northwestern University
90. Donovan Miyasaki, Professor, Wright State University
91. Tim Mackie, University of Minnesota Class of 2012
92. Javier Gonzalez, Individual
93. Scott Anton, Illinois Resident
94. Julia Valdes, PhD, Northwestern alumnus
95. Vincent Wong, University of Windsor
96. Jake Mann, Northwestern
97. Tiana Reid, York University
98. Ian Liujia Tian, Assistant Professor, Mount Saint Vincent University, Canada
99. Michael Munnik, Cardiff University
100. Alex Lubin, Penn State University
101. J. Benton Heath, Temple University
102. Dr. Sami Schalk, Professor, University of Wisconsin Madison
103. Leor Galil, Chicago Reader
104. Xine Yao, University College London
105. Steve Macek, North Central College, IL AAUP
106. Lauren Eastwood, Professor of Sociology State University of New York at Plattsburgh
107. Alyssa Harad, PhD
108. Sarah Watkins, Western Washington University
109. Andrew Douglas
110. Ali Alkhatib
111. Anne Kosseff-Jones, Journalist and Editor
112. Andrew Douglas, Morehouse College
113. David Loner, independent scholar
114. Steven Melendez, independent journalist and Medill alum
115. Patrick Michels, Northwestern alum
116. Stacey Watson, artist, Canada
117. Amie M Marie, individual
118. Suzanne Faysal Aref Barghouti
119. Nasar Meer, University of Glasgow
120. Elizabeth Meehan, WCAS '17
121. Torsten Menge, Northwestern University in Qatar

AAUP-00028

Supporting Dr. Steven Thrasher

122. Maryann Germaine
123. Lizabeth Roemer, Professor, U Mass Boston (NU '89)
124. Sarah Schulman, Northwestern
125. Genevieve Lakier, University of Chicago
126. Lee Ann Fullington, Brooklyn College
127. Gavin Mueller, University of Amsterdam
128. Christopher Lioi, individual
129. Nathan Alderman (Medill Alum, 2000)
130. Kristin Bergen
131. Ann Kennedy University of Maine Augusta
132. Timothy Babulski, University of Maine
133. Kay Daly, Independent Writer, Scholar, Teacher
134. Christy Thornton, New York University
135. Mary Ensz, individual
136. Daniel Littlewood, Swarthmore College alum
137. Ferial Pearson, University of Nebraska
138. Benjamin Swerdlow, Lake Forest College
139. Caitlin Finn, individual
140. Maggie Dougherty, Northwestern Medill MSJ
141. Abdellali Hajjat, Associate Professor, Université libre de Bruxelles, Belgium
142. Chelsea Herman
143. Brendan Morales-Doyle, NU Alum, Class of 2016
144. Zaeem Haq, Individual
145. Lisa Gilson, Bates College
146. Benjamin Balthaser
147. Julia Métraux, journalist
148. Sabina Sawhney Retired Hofstra
149. Sarah Tuttle, Assocciate Professor, University of Washington, Seattle
150. Benjamin Balthaser, Associate Professor of English, Indiana University
151. Benjamin J. Robertson, University of Colorado, Boulder
152. Dan Immergluck, Professor, Georgia State University
153. Yasmeen Mekawy, Northwestern University in Qatar
154. Maida Avdic, Individual
155. Erica Weitzman, Northwestern University
156. Merve Fejzula, University of Missouri
157. Lauren Carbajal, NU Alum '13
158. Kat Tenbarge, independent journalist
159. Nicholas Garbaty, Northwestern Alum
160. Prof. Sunny Singh, lindon Metropolitan University
161. Sara Chatfield, Associate Professor, University of Denver
162. Sarah Shamash, Assistant Professor Emily Carr University of Art and Design
163. Audra Mitchell, Professor and CRC, Wilfrid Laurier University
164. Tony S. Jugé, Pasadena City College
165. Kapish Bhutani
166. Jeff Doctor, University of Toronto
167. Tashmia Owen. Artist. Writer.
168. John Horn, individual
169. Sunny Xiang, Yale University
170. James M. McCarthy, individual

AAUP-00029

Supporting Dr. Steven Thrasher

171. Nandita Sharma, Professor, Sociology, University of Hawaii at Manoa
172. Cory Barker, Penn State University
173. Lauren Brentnell, Texas State University
174. Terri Friedline, Professor of Social Work, University of Michigan
175. Jason Haslam, Dalhousie University
176. Matthew Lloyd Roberts, University of Cambridge
177. Elise A. Mitchell, Swarthmore College
178. Nate Kruger, Vanderbilt University
179. Derek Ludovici, Anthropology Brooklyn College, CUNY
180. Tommy Craggs (Medill '01)
181. Samuel Harper, coopérative de solidarité Pivot
182. Natasha Kessler, Metropolitan Community College
183. Richard W Morrison, Editorial Director, Fordham University Press
184. Chanda Prescod-Weinstein, Theoretical Physicist
185. David Wittenberg, Professor, University of Iowa
186. Dr. Daniela Nadj, St. Mary's University, London
187. Tariq Khan, Yale University
188. Nick Ward, Loyola University
189. David Wells, Northwestern Alum
190. Siobhán McElduff, University of British Columbia
191. Kelsey Fong, Individual
192. Kimiko Soto
193. Jordan Shannon, Seattle University
194. Shannon Bucci, Graduate student of sociology—CU Denver
195. Philip Holden, University of Westminster, London
196. Bailey Remmers, PhD candidate at the University of Texas at Austin
197. Olivia Lewis,
198. Beatrix Hoffman, Northern Illinois University
199. Grace Kyungwon Hong, UCLA
200. Shannon Townsend, Washington University in St Louis
201. Bruce Simon, SUNY Fredonia
202. Janie Breton, Individual
203. Melanie Brewster, Teachers College, Columbia University
204. Rich DeYoung, Individual
205. Michelle Anya Anjirbag, University of Antwerp
206. Lukas Neville, University of Manitoba
207. David Murakami Wood, Canada Research Chair in Critical Surveillance and Security Studies, University of Ottawa
208. Bill Walker, Chicago Resident
209. Julia Chang, Cornell University
210. Saba Igbe, student - University of the West Indies
211. andré carrington, University of California-Riverside
212. Sarah Disbro, Northwestern Medill MSJ
213. Ebony Elizabeth Thomas, University of Michigan
214. John Knefel
215. Florence Ashley, University of Alberta
216. Greg Burris, Northwestern University in Qatar
217. Tage Rai, UCSD
218. Alithia Zamantakis, Northwestern University ISGMH

AAUP-00030

Supporting Dr. Steven Thrasher

219. Summer House, Northwestern University staff
220. Shelby Seier, All Kinds Accessibility Consulting
221. Marie Salter Northwestern Law Alumnus
222. Megan Jennings Quist, Northwestern
223. Keisuke Sista, Depaul University
224. Izzy Grosof, Assistant Professor, Northwestern University
225. Begum Adalet, Cornell University
226. Andres Pinedo, Vanderbilt University
227. Alex Boodrookas, MSU Denver
228. Orven Mallari, University of Michigan
229. Amina M. Steinfels, Associate Professor of Religion, Mount Holyoke College
230. Taylor Tefft, Loyola University
231. Yuri Cartier, Research staff, University of California San Francisco
232. Jonathan Feingold, Boston University School of Law
233. Cass Turner, UCLA
234. Burcu Baykurt, University of Massachusetts Amherst
235. Leigh Kimberg, MD, Professor of Medicine, UCSF (for ID)
236. Jessie Nguyen, Northwestern University
237. Matthew Vega, University of San Diego
238. Sarah Bracke, University of Amsterdam
239. Micol Bez, Northwestern Philosophy and Comparative Literature
240. Leah Munsey, Case Western Reserve University
241. Tyler Coates, journalist and former Northwestern University employee
242. Danielle Welch, individual
243. Hale McSharry, Northwestern '17, NU Loyal
244. Duncan MacKinnon
245. Zinya Salfiti, Northwestern Medill MSJ
246. Lindsay Ballant, former adjunct professor, Maryland Institute College of Art and School of Visual Arts
247. Kevin McQueeney, Loyola University New Orleans
248. Rinaldo Walcott, University at Buffalo
249. Amber Robinson, librarian
250. Victoria Frye, professor, Columbia University
251. Wesley R. Bishop, PhD, Assistant Professor History, Jacksonville State University
252. Khaleel Rahman, Northwestern University
253. Eli V. Kean, Northwestern University
254. Lisa Diedrich, Stony Brook University
255. Katherine Blouin, University of Toronto
256. Matthew Phelan, journalist (MA, NYU SHERP)
257. Frank Edwards, Associate Professor, Rutgers University
258. Sean Bland, Santa Clara University
259. Elia Silbey, Northwestern Student
260. Nesrien Hamid, University of Michigan
261. Kendall Riley, University of Iowa
262. Grace OLeary, Chicago Resident
263. Ujju Aggarwal, The New School
264. aeriell bach, seiu local 73
265. Marla Jaksch, Professor, The College of New Jersey
266. Carrie Tirado Bramen, Professor, University at Buffalo

AAUP-00031

Supporting Dr. Steven Thrasher

267. Amrie Moraga, California State University Channel Islands
268. Elias Khalil, University of Toronto
269. Olivia Stovicek, editor and journalist
270. James M. Thomas, University of Mississippi
271. David McNally, Distinguished Professor, University of Houston
272. Beth Capper, Assistant Professor, University of Alberta
273. Keith Miyake, University of California, Riverside
274. Kayla Renée Wheeler, Assistant Professor, Xavier University
275. Anthony Rains, Iowa State University (alum)
276. Trey Moody, Creighton University
277. Jessica Daly, College of Lake County
278. Christa Noel Robbins, UVA
279. Dr Mohsin Badat, Queen Mary University London
280. Ruby Daniel, Individual
281. Lyle Jeremy Rubin, Author
282. Salonee Bhaman, NYU
283. W. Carson Byrd, University of Michigan
284. Tristan J Schweiger, Assistant Instructional Professor, University of Chicago
285. Whitney Strub, Rutgers University-Newark
286. Patrick Blanchfield, Brooklyn Institute for Social Research (BISR)
287. Shehram Mokhtar, Northwestern University in Qatar
288. Micah Bazant
289. Tulsi McDaniels with the Chicago Alliance (CAARPR)
290. Altha Cravey, UNC Chapel Hill
291. Molly Schiffer, Northwestern University
292. Kai Ngu, University of Michigan, journalist
293. Paul Renfro, Florida State University
294. Cynthia Franklin, University of Hawai'i
295. Briana Finegan, University of Chicago
296. Anna E. Lindner, Nazareth University
297. Michael Kraus, Northwestern University
298. Noah Berlatsky, journalist
299. Caroline Bowman, Barnard College
300. Lawrence Chillrud, Northwestern University
301. LaToya Baldwin Clark, Professor, UCLA School of Law
302. Joshua L. Mayer, University of Connecticut
303. Nate Holdren, Drake University
304. Cailey Hall, UCLA
305. Laleh Khalili, University of Exeter
306. Daniel Rück, University of Ottawa
307. Jordan Owens, Northwestern Univery
308. Edouard Machery, University of Pittsburgh
309. Richard Wood, Retired Chair, Sociology, DeAnza College, Cupertino, CA
310. Eli Newell, Northwestern University (SoC '18)
311. Mauro Gatti, University of Bologna
312. Peter Chesney, Vanderbilt University
313. Toby Smith, UC Davis
314. Maxim Voronov, York University
315. Ellison Snider

AAUP-00032

316. Julia Steinberger, University of Lausanne, Switzerland
317. Nitish Pahwa, journalist
318. George De Stefano, Alumnus, CUNY
319. Donald Cotter, Mt Holyoke College
320. Caroline Abidin, college graduate, concerned citizen
321. Zsuzsa Kaldy, University of Massachusetts Boston
322. Miriam Posner, UCLA
323. Nicholas Caverly, University of Massachusetts
324. Uahikea Maile, University of Chicago
325. Peter Sheik, individual
326. Albe Gilmore, University of Ottawa
327. Tina Shull, UNC Charlotte
328. Emek Ergun, UNC Charlotte
329. Anne Marie Creighton, University of Michigan, Ann Arbor
330. Aven Peters, Northwestern University
331. Avi Sheehan, UChicago Alum, Northwestern Alum
332. Nadia Aubin-Horth, Professor, Universite Laval, Canada
333. Jonny Diamond, Lit Hub
334. Steven Blevins, Lecturer, Univ. of North Carolina Asheville
335. Natasha Lightfoot, Associate Professor, Columbia University
336. Eric Reinhart, Northwestern University
337. Seema Yasmin, Stanford University
338. C. Riley Snorton, University of Chicago
339. Nikhil Pal Singh, Chair Department of Social and Cultural Analysis, NYU
340. Candice Baumgardner, Western Oregon University
341. Dylan O'Brien, Paraprofessional
342. Anna Drake, Associate Professor, University of Waterloo
343. Leni Zumas, Portland State University
344. Rebecca Slayton, Cornell University
345. Shakuntala Banaji, Professor, London School of Economics and Political Science
346. Susan Kingsland, Individual
347. Michael Tristano Jr., Assistant Professor, Towson University
348. Cristian Valenzuela, Northwestern University
349. Jim Logan, retired journalist
350. Laura Colaneri, University of Chicago
351. Jennifer Nelson, University of Delaware
352. Jonathan Hannau, Roosevelt University
353. Tahera Ahmad (former 15 year Chaplain at Northwestern also wrongfully terminated by the university's discrimination)
354. Allison McCracken, DePaul University
355. Amesika Nyaku, MD, MS; Northwestern University Feinberg School of Medicine
356. Savithry Namboodiripad, University of Michigan
357. David Ponton III, University of South Florida
358. Zeke Pratchett, Individual
359. Derek Silva, Associate Professor, King's University College
360. Kristin Urquiza, co-founder Marked By Covid
361. Danielle Purifoy, UNC Chapel Hill
362. Jason Schulman, John Jay College, CUNY
363. Russell Rickford, Cornell University

AAUP-00033

Supporting Dr. Steven Thrasher

364. Neel Ahuja, University of Maryland, College Park
365. Teke Wiggin, Northwestern sociology PhD student
366. Jennifer Spitzer, Ithaca College
367. Sebastian Avery Morris, MDiv
368. Aradhana Sharma, Professor, Wesleyan University
369. Vernadette Gonzalez, Ethnic Studies, UC Berkeley
370. Mara Mills, New York University
371. Greg Ryan, London Metropolitan University
372. David Schmid, University at Buffalo
373. Will E. Bachar
374. Brian Goldstone, author and journalist
375. Eraldo Souza dos Santos, Cornell University
376. Meredith Farkas, Portland Community College
377. Yusra Shawar, John's Hopkins University
378. Jackson Tenclay, previous TA at Northwestern
379. Oarteze Hunter, University of California, Los Angeles
380. Eskil Elling, PhD candidate, Northwestern
381. Nicholas Rodelo, Researcher
382. Edgar Rivera Colón, University of Southern California
383. Georgios Argyropoulos, University of Stirling
384. Dominick Knowles, Ph.D., UMass Boston
385. Mark Libin, University of Manitoba
386. Carolyn Elerding, PhD, former tenure-track professor
387. Sherry Wolf, Northwestern, Class of 1987
388. Ashlyn Keefe, Individual
389. Alana Lee Glaser, Associate Professor, St Johns University (PhD, Northwestern University, Dept of Anthropology, 2015)
390. Yasser Munif, Emerson College
391. Andres Fabián Henao Castro, Political Science, University of Massachusetts Boston
392. Susan Marsh, individual
393. Ivón Padilla-Rodríguez, University of Illinois Chicago
394. Kevin Delucio, Western Washington University
395. Ali Watts, Bowling Green State University
396. Cameron, UCSF, nurse
397. Amanda Hernandez, Southwestern University
398. Ana Carolina Díaz Beltran, Assistant Professor, University of Texas Rio Grande Valley
399. Lisa Geiszler
400. Tamara Lee, Rutgers University (BSIE, Northwestern University '96)96)
401. Suzanne Abu-Shaaban, DBA
402. Cairo Dye, NU Alumni
403. Marla Arbach, per-course faculty, various institutions
404. Maria Hantzopoulos, Vassar College
405. Terri Ginsberg, Rutgers University
406. Leanne Betasamosake Simpson, Independent Scholar
407. Jairo I. Funez-Flores
408. Sinan Richards, University College Cork
409. Ira Dworkin, Texas A-M
410. Hakim Williams, Gettysburg College
411. Susan Morrissey, University of California, Irvine

AAUP-00034

412. Bharat Venkat, UCLA

413. Kristin Burnett, professor, Lakeahead University

414. Caitlin Schroering, Assistant Professor, Global Studies, UNCC

415. John Palmer, Universitat Pompeu Fabra

416. Sanghyuk Shin, UC Irvine

417. Eli Meyerhoff, Duke University

418. Ryan Griffis, University of Illinois, Urbana-Champaign

419. Michael Loeb, CUNY

420. Sarah Hale, SUNY Buffalo

421. Rana Jaleel, Associate Professor, University of California, Davis

422. Melanie Richter-Montpetit, University of Sussex (UK)

423. Brian Cabral, UT Austin

424. Jih-Fei Cheng, Associate Professor, Scripps College

425. Jeff Liss, City College of San Francisco

426. David Bateman, Associate Professor, Cornell University

427. Michael Litwack, Associate Professor, University of Alberta

428. Jake mattox, Indiana university, south bend

429. Catia Cecilia Confortini, Professor of Peace and Justice Studies, Wellesley College (USA)

430. Dan Hirschman, Associate Professor, Cornell University

431. David Polanski, Independent Scholar

432. Christina Heatherton, Everett and Joanne Elting Associate Professor for Human Rights and Global Citizenship and Associate Professor of American Studies

433. Lara Cohen, Swarthmore College

434. Shama Rangwala, York University

435. Steven Louis Goldstein, Medill '15 alum, proud Jewish supporter of Dr. Thrasher

436. Jack Mirkinson, journalist

437. M. I. Bernal Uruchurtu, UAEM, México

438. Kate Quinn, University College London (UCL)

439. Ari Paul, Fairness and Accuracy in Reporting

440. Elena Shih, Manning Assistant Professor of American Studies

441. Christina Dunbar-Hester, Professor, University of Southern California

442. Angela Jones, Stony Brook University

443. Andrea Brower, Gonzaga university

444. Aria Snedegar, Northwestern '21

445. Miles Hentrup, Florida Gulf Coast University

446. Tricia Gallagher-Geurtsen, UC Santa Cruz

447. Yulia Gilich, Institute for the Critical Study of Zionism

448. Victoria C. Chávez, Northwestern University

449. Alana Lentin, Western Sydney University

450. Zareena Grewal

451. Israel Perez, U of I at Urbana-Champaign

452. Aisha Syed

453. Carolynn Ekbaeck, Graduate Student & Union Organizer, UT San Antonio

454. W. David Ball, Santa Clara Law School

455. Stephen Sheehi, William & Mary

456. Tamara Golan, University of Chicago

457. Lara Sheehi, Doha Institute for Graduate Studies

458. Becca Greenstein, Northwestern University

AAUP-00035

Supporting Dr. Steven Thrasher

459. Sophie McMillan-Myers, University of Chicago

460. Andrés Moreira, Rutgers University

461. J. Mijin Cha, UC Santa Cruz

462. Christina Hanhardt, University of Maryland

463. Nicholas Emmerson, University of Iceland

464. Randy R. Potts, journalist

465. Mostafa Minawi, Cornell University

466. Nicole Guenther Discenza, University of South Florida (but not representing it)

467. Lauren Gutterman, University of Texas at Austin

468. Maurianne Reade, Associate Professor, Northern Ontario School of Medicine University

469. Loretta Capeheart, retired Justice Studies, Northeastern Illinois University

470. Matt Weston, musician - composer

471. Analu Lopez, Librarian

472. Iyko Day, Mount Holyoke

473. Genevieve Renard Painter, Concordia University

474. Brandon Sward, PhD UChicago '23

475. Bill V Mullen Professor Emeritus Purdue

476. Mimosa Shah, Librarian

477. Jeremy Rotner, Northwestern '14

478. Abigail Boggs, Assistant Professor, Wesleyan University

479. Lene Myong, University of Stavanger, Norway

480. Rouhollah Aghasaleh, Cal Poly Humboldt

481. Gordon Beeferman, Adjunct Professor, New York University

482. John King Associate Adjunct Professor NYU

483. Matthew Murrey, MLS - poet and retired librarian, Urbana, IL

484. Lucie Fiala, Environmental Scientist

485. Gulzar R. Charania, University of Ottawa

486. Mabel Wilson, Columbia University

487. Fereshteh Toosi, Florida International University

488. James Schamus, Columbia University

489. Tommy H. Proffitt III, individual

490. Natalie Araujo Melo, Northwestern University

491. Heike Schotten, Professor of Political Science, UMass Boston

492. Cristina Groeger, Associate Professor of History, Lake Forest College

493. Mary Rambaran-Olm, PhD, unaffiliated

494. Melissa Weiner, College of the Holy Cross

495. Deborah Armintor, University of North Texas

496. Laura Bray, University of Oklahoma

497. Celia E. Naylor, Barnard College

498. Chris Cynn, Virginia Commonwealth University

499. Courtney Joseph, Lake Forest College

500. Nahyan Fancy, DePauw University

501. Michelle Birkett, Northwestern University

502. Susan Rinkunas, independent journalist

503. Ashley Dawson, Distinguished Professor, City University of New York

504. Arionne Nettles, Florida A&M University

505. Nate Wagner, Yale University

506. Viva Butler, individual

AAUP-00036

Supporting Dr. Steven Thrasher

507. Jigna Desai, UC Santa Barbara

508. Fushcia-Ann Hoover, faculty, UNC Charlotte

509. Kathryn Macapagal, Northwestern University

510. Tom Alter, Texas State University

511. Rabab Abdulhadi, San Francisco State University

512. Fadi Ennab, Vanier Scholar, PhD Candidate, University of Manitoba

513. Ira Beare, Northwestern University

514. Maryann Blackburn, individual

515. Anthony Colella, Individual

516. Jessica Rish, DePaul University

517. Steve Rolf, University of Sussex

518. Shabana Mir, Associate Professor

519. Ethan Roberts, Calvary Presbyterian Church

520. Caroline Hugh, MPH, unaffiliated

521. Jamie Carlstone, Northwestern University

522. Sarah Lazare, journalist

523. Margaret Russell, Santa Clara University

524. Adam Murphree, PhD

525. Colleen Wynn, University of Indianapolis

526. Paul de Revere

527. Ben Manski, George Mason University

528. Ragini Shah, Suffolk University NU alum 1993

529. Nitasha Sharma, Professor of Asian American Studies and Black Studies, Northwestern University

530. Danielle Carr, UCLA

531. Violet Fox, Galter Health Sciences Library, Feinberg School of Medicine

532. Maria Arettines, CUNY

533. Ari Appel, (Washington University in St. Louis, undergraduate)

534. Isaac West, Vanderbilt University

535. Steph Brown, University of Arizona

536. Blake Stimson

537. Matthew Kovac, UC Berkeley, Medill '14

538. Theodore Tollefson, Independent Journalist

539. Matt Chorpenning, MSW - Portland State University

540. Jack E Licata, Northwestern University alumnus (B.A., 2013; J.D., 2018)

541. Naoko Shibusawa, Brown University, NU PhD

542. Amira Jarmakani, San Diego State University

543. Raia Small, MFA Candidate at San Francisco State University

544. Elizabeth Ziff, University of Indianapolis

545. Gopalan Nadathur, Professor, University of Minnesota

546. Ashley Lindsey, University of Arkansas

547. Eleanor Chung, MD, University of California-San Francisco

548. Ethan Bleemel, University of Louisville

549. Cristina Kotz Cornejo, Professor, Emerson College

550. Barry Trachtenberg, Rubin Presidential Chair of Jewish History, Wake Forest University

551. Joel Thorson, DePaul University

552. Shubhankar Kashyap, DPhil (PhD), University of Oxford

553. Kerwin Kaye, Wesleyan University

554. Luke Peterson, PhD, University of Colorado Boulder, NU Alumni (2019)

AAUP-00037

Supporting Dr. Steven Thrasher

555. Henry Rogers, Northwestern University
556. Briana Markoff, Michigan State University
557. Hari Ziyad, Author and Journalist
558. Daisy Baeza
559. Sean Hanretta, Northwestern University
560. Fade Eadeh, Seattle University
561. Lyric Hathaway, Northwestern University
562. Alexander Aviña, Arizona State University
563. Natalie Kouri-Towe, Concordia University
564. Nina Farnia, Albany Law School
565. Peter Jamea Hudson, University of British Columbia
566. Joselyne Ruiz Zuniga (teacher)
567. Kim F. Hall, Barnard College
568. Erik Wade, SUNY Oswego
569. Corinna Mullin, CUNY
570. Eli Valley
571. Shaine Scarminach, University of Connecticut
572. Turner Spencer
573. Elizabeth Ford, educator
574. Desiree Poets, Virgínia Tech
575. Christina Garrett
576. John Ritchie,  affiliation near Washington DC
577. David Letwin, Rutgers University
578. Marianna Ritchey, Associate Professor, UMass Amherst
579. Manu Karuka, Barnard College
580. Richmond Eustis, Nicholls State University
581. Myrna Moretti, Northwestern '24
582. Jess A. Goldberg, New Mexico Highlands University
583. Qriddur, AWC
584. Sarah Smith, Anti War Committee Chicago
585. Melixa Abad Izquierdo, Farmingdale State College
586. Hilary Fung, Northwestern University
587. Nathaniel Mills, University of Minnesota - Twin Cities
588. Zach Russo, unaffiliated
589. Shannon Heffernan, journalist
590. Andreas Petrossiants, NYU
591. Amy Kristl, Northwestern University
592. Omer Aijazi, University of Manchester
593. Navid Farnia, Wayne State University
594. William Noseworthy, Cornell University
595. Bethany Letiecq, George Mason University
596. Daniel Sidorick, Rutgers University
597. George Duton, UCLA
598. Brian L. Evans, UT Austin
599. Melanie Gleason, public interest attorney
600. Megan Hyska, Assistant Professor of Philosophy, Northwestern University
601. Maria Guglielmo, Brown University
602. Michael Gallope, University of Minnesota
603. Thomas Moore, Policy Analyst

AAUP-00038

Supporting Dr. Steven Thrasher

604. Charlie Thame, Assistant Professor, Thammasat University
605. Michael Billeaux, Madison Area Technical College
606. Joe Jaggi
607. jj skolnik, journalist
608. Greg McGarry, University of San Francisco
609. Jan L Clausen. adjunct faculty, New York University
610. Natascha Chtena, Simon Fraser University
611. Tiffany N. Florvil, University of New Mexico
612. James Factora, journalist
613. Steve Held, Northwestern Alum 1995, independent journalist
614. Susan Stryker, Distinguished Visitor, Clayman Institute for Gender Research, Stanford University, and Professor Emerita of Women's, Gender and Sexuality Studies, University of Arizona
615. Caeli Kean, Anti-War Committee Chicago
616. Marcy Newman, independent scholar
617. Benjamin Hulett, Columbia University
618. Denish Jaswal, Harvard University
619. Lori Carriere, Stony Brook University
620. Jason Grote, writer
621. Sarah Gilbert, Pitzer College
622. Carrie Heckel, NU Alum
623. Zach D Roberts, Independent Photojournalist
624. Jennifer Greiman, Wake Forest University
625. Elinor Keener, Anti-War Committee
626. Hilah Kohen, University of Pennsylvania
627. Alexander Manevitz, Baruch College, CUNY
628. Seth Sanders, UC Davis
629. Jane Lehr, Professor, Cal Poly
630. Andrew Kadi
631. Lisa Uperesa, UCLA
632. Alejandra Marchevsky, Professor, California State University Los Angeles
633. Huda Ayyad
634. Elaine Chang
635. Michelle Moyd, Michigan State University
636. Ralph Ghoche, Barnard College
637. Erin White, Northeastern Illinois Alumn
638. João Florêncio, Professor of Gender Studies, Linköping University
639. May Fu, California State University, Los Angeles
640. Jessica Halliday Hardie, Hunter College CUNY
641. Mattilda Bernstein Sycamore, Author
642. Malek Abisaab, McGill University
643. James Gross Cornell University
644. Sara Heymann, Library worker
645. Sarah Elizabeth, Formerly NYU, Loyola University, UIC, DePaul University & Roosevelt University
646. Avery Gendell, Virginia Tech
647. Norma Rantisi, Concordia University
648. Marcy J. Dinius, Professor of English DePaul University, Northwestern University Ph.D. 2003

AAUP-00039

Supporting Dr. Steven Thrasher

649. Omar Rahman, Fellow, Middle East Council on Global Affairs
650. Anthony Alessandrini, City University of New York
651. Carl Gelderloos, Binghamton University (SUNY)
652. Maryann Blackburn, Illinois resident
653. Laurel George, New York University
654. Juno Salazar Parrenas, Cornell University
655. Lucien Baskin, CUNY Graduate Center
656. Vivian Lu, Rice University
657. Steven Chappell, 2023 College Media Hall of Fame; 2022 Associated Collegiate Press Pioneer Inductee;
2018 Missouri College Media Association Educator of the Year
658. Travis Chi Wing Lau, Kenyon College
659. Jordan H. Carver, Yale University
660. May Lin, Cal State Long Beach
661. Michael W. Yarbrough, City University of New York
662. Aaron Katzeman, Getty Research Institute
663. Jason Mittell, Middlebury College
664. Katherine Wilson, Fordham University
665. Haleigh Martin-Morrissey, concerned citizen
666. Charlie Wang, PhD Student, Cornell University
667. Rachele Dini, Lecturer in English and Creative Writing, Coventry University
668. Maha Nassar, University of Arizona
669. Minahil Asim, university of Ottawa
670. Heather Atherton, J.D. Candidate, Northeastern University School of Law
671. Joe Iosbaker, Chicago Alliance Against Racist & Political Repression
672. Jordana Silverstein, University of Melbourne
673. Sonia Alexander, Medill alumna
674. Naomi Braine, Professor of Sociology, Brooklyn College, CUNY
675. Ayden Scheim, Drexel University
676. Maggie Clinton, MIddlebury College
677. Meena Hasan, Harvard University
678. Mika Shibuya
679. Kirsten Weld, Harvard University
680. Susila Gurusami, UIC
681. Rebecca Vaughan, CUNY, SUNY
682. Farah Ali, DePauw University
683. Brahim Aoude, professor emeritus-University of Hawaii
684. Teri L. Caraway, Professor of Political Science, University of Minnesota, Twin Cities
685. Edwin Mayorga
686. Aren Aizura, University of Minnesota
687. Don Barry, Cornell University (retired)
688. Christopher J Smith, Texas Tech University
689. Ben Calderwood, UCLA
690. Nick Okafor, Stanford University
691. David Cohen, Swarthmore College
692. Victor Pickard, University of Pennsylvania
693. Stuart Schrader, Johns Hopkins University
694. Gia Yetikyel, Northwestern University alumni
695. Marijke Hecht, The Ohio State University

AAUP-00040

696. Jaden Janak, Assistant Professor of History, St.Olaf College
697. Vernon P Nickerson, MA (BSIE, McC 1981)
698. Elizabeth Koslov, University of California, Los Angeles
699. Shannon Sotomayor, Northwestern University, Brown University
700. Caleb Smith, Brandeis University
701. Semya Hakim, St. Cloud State University
702. Rafael A. Mutis García, Labor4Palestine
703. Georgette Kirkendall
704. Ron J Smith, Bucknell University
705. Sangina Patnaik, Swarthmore College
706. Sophia Lo, Northwestern alum
707. Raya Shapiro, University of Illinois Chicago
708. Samuel P. Catlin, Visiting Assistant Professor of Jewish Thought, University at Buffalo (SUNY)
709. Celena Chong, Northwestern University
710. Christopher Sieving, University of Georgia
711. Saadia Toor, CUNY
712. Helen Smith, University of Wisconsin-Madison
713. Onn Brown, Information Professional
714. John Blank, Berklee College of Music
715. Adam Miyashiro, Stockton University
716. Zack Furness, Penn State University
717. Andrew Ginsberg
718. Rebecca Kurti
719. Amber Martin, Hunter College CUNY
720. David Helps, University of Southern California
721. Ian Alexander, Carnegie Mellon University
722. Gregg Gonsalves, Yale University
723. Brooke Lober, UC Berkeley
724. Anders Tobiason, Boise State University
725. Alicia Badea, University of Chicago
726. Abdul Hasania
727. Eliza Epstein, PhD.
728. Ari Bloomekatz, In These Times
729. Heydy Herbert, Emory University
730. Katie Risseeuw, Northwestern University
731. Jamella Gow, Bowdoin College
732. Kevin Ouyang, PhD Student, Northwestern University
733. Duane Wright
734. helen DeVinney, George Washington University
735. Mike Duncan, University of Houston-Downtown
736. Mark Minch-de Leon, UC Riverside
737. Glen David Kuecker, Professor, DePauw University
738. Frank Anthony, UCLA
739. Joshua Sealy-Harrington, Associate Professor & Chair of Equality Law, University of Windsor, Faculty of Law
740. Jonathan Jenner, University of Manitoba
741. Bikrum Gill, Virginia Tech
742. Abby Kluchin, Ursinus College

AAUP-00041

743. Derek Pavlik
744. Amirah Ford, Northwestern University Medill Alum
745. Molly Talcott
746. Lilian Ha, Columbia University
747. Abraham Flaxman, University of Washington
748. Michelle Chen, Cornell University
749. Rahsaan Mahadeo, University of Minnesota
750. Antonio Ramirez, Associate Professor, Elgin Community College
751. Mohammad Fadel, University of Toronto Faculty of Law
752. Adam Schwartz
753. Esther Isaac, PhD Candidate, University of Chicago
754. Nicole Lopez-Jantzen, CUNY: Borough of Manhattan CC
755. Jessie Fredlund, SUNY New Paltz
756. Colin Vanderburg, New York University
757. Nick O'Reilly
758. Dan Erdman, Media Burn Archive
759. Dorotea Gucciardo, PhD, King's University College
760. Lachina McKenzie, Toronto Metropolitan University
761. Momodou Taal, cornell
762. Natalia Reyes, University of Pennsylvania
763. Suzanne Faysal  Aref AlBarghouti
764. Suzanne Kessler ( retired police officer)
765. Marina Seyffert
766. Molly Benitez, Portland State University
767. Dara Orenstein, George Washington University
768. Amanda Lapid, Northwestern alumni
769. Nicholas Holterman, Northwestern Alumnus
770. Natasha Lennard, The New School
771. Natalie Oswin
772. Ronak K. Kapadia, University of Illinois Chicago
773. Justin Flatt, Rutgers University
774. David Boyk, Northwestern University
775. Jonathan Washington, Swarthmore College
776. Alexandra Barraclough, Northwestern Medill Undergraduate and Graduate Alumna
777. Ellen Schrecker, Yeshiva University, (ret)
778. Issac Shihabi
779. Jared McCormick, NYU
780. Margaret Russell, Santa Clara University
781. Kate Zambon, University of New Hampshire
782. Scott Ritner,. University of Colorado Boulder
783. Dwight K Lewis Jr, University of Minnesota TC
784. Cathy Chu, City University of New York
785. Jennifer Goett, Michigan State University
786. Juliane Hammer, UNC Chapel Hill
787. Charisse Burden-Stelly, Wayne State University
788. Ateka Gunja
789. Esrea Perez-Bill, Northwestern University
790. Jason Horn, Medill MSJ alum ('06)
791. Risa Lieberwitz, Cornell University

AAUP-00042

792. Jeremy Zallen, Lafayette College
793. Michael Rodríguez-Muñiz, Associate Professor of Sociology, UC Berkeley
794. Jamal Ali, Rutgers University
795. Yasmin Nair, Writer
796. Emily Thuma, University of Washington Tacoma
797. Mari Rubio, The New School
798. Andres Guzman, University of Southern California
799. Michael Anthony Turcios, Northwestern University
800. Rachel Slocum, Portland State University
801. Kate Levin, Associate Professor (Teaching), University of Southern California
802. Molly Geidel, Dartmouth College
803. Charles Fogelman, University of Illinois
804. Briallen Hopper, Queens College, CUNY
805. Kate Bronfenbrenner,  Cornell University
806. Seema Golestaneh, Cornell University
807. Donatella Galella, UC Riverside
808. James Holmes, retired
809. Zeynep Korkman, UCLA
810. Naib Mian, Northwestern University
811. Héctor Alcalá, Unversity of Maryland College Park
812. Jalin Sama, Albany Medical College
813. Rae Hamilton-Vargo, Northwestern University class of 2016
814. Tannous Chalhoub, University Professor, Laval
815. Jonathan Basile, University of Toronto
816. Brendan Baum
817. Adam Spanos, University of Southern California
818. Alexandra Mathieu, Yale university
819. Tania Powers - Hofstra University - Bachelor of Arts
820. Corbin Hiday, University of Illinois at Chicago
821. Hana Masri, University of Wisconsin
822. Dina Sorour
823. Ashley Bennett, University of Southern California
824. Winona Xu, UCLA
825. John Keene, Rutgers University-Newark
826. Ashon Crawley, University of Virginia
827. Graeme Blair, UCLA
828. Isabella Schoonover, Northwestern University
829. Levi Vonk, University of Virginia
830. Darren Allumier, University of Wisconsin
831. Courtney R. Baker, Associate Professor, UC Riverside
832. Fernando Hernandez, Ventura College
833. Carlin Christy
834. Stacie Thurman, President Oxnard Educators Association
835. Elizabeth Tang, civil rights attorney
836. Sylvia Chan-Malik, Rutgers-New Brunswick
837. Jonathon Catlin, University of Rochester
838. Asma Sayeed-UCLA
839. Garrett Wright
840. Alyson K. Spurgas, Trinity College

AAUP-00043

6/23/25, 8:40 PM                                      Supporting Dr. Steven Thrasher

841. Hermán Chávez, University of Colorado
842. Harris Kornstien, University of Arizona
843. Armando García, University of California, Riverside
844. Jerome Clarke, American University
845. Armando García, University of California, Riverside
846. Kelly Gillespie
847. Summer Kim Lee, UCLA
848. Annabelle Dowd, Northwestern University alumni
849. Andy Lentz
850. Claire Hancock, Université Paris-Est Créteil, France
851. Stuart Chen-Hayes, CUNY Lehman College
852. Emma Stapely, UC Riverside
853. Farid Azfar, Swarthmore College
854. Matthew Evangelista, Cornell University
855. Carol Quirke, SUNY Old Westbury
856. Elizabeth Anderson, citizen
857. Hailey Bosek, Medill Graduate Student.
858. Zachary Levenson, Florida International University
859. Nir Shafir, UCSD
860. Gail Shuck, Boise State University
861. Reginald Harris, poet & writer
862. Erin Wente, University of Nevada, Las Vegas
863. Anders Riel Müller, University of Stavanger, Norway
864. Sabreen Akhter, Associate Professor, University of Washington
865. Ruari Paterson-Achenbach, University of Cambridge
866. Jennifer Kelly, University of California, Santa Cruz
867. Francisco Perez, University of Utah
868. Professor Christine Ferguson, University of Stirling
869. Anila Daulatzai, UC Berkeley
870. Wendell Nii Laryea Adjetey, McGill University
871. Klementine Burrell-Sander, the University of Sydney
872. Aoife Dare, PhD student, University College Cork, Ireland
873. Steven McAvinue, former Paratrooper and advocate for Human Rights and fact-checking
874. Dana McLachlin, Duke University
875. Ben Ehrenreich, author
876. Keith Zelinske
877. M. V. Ramana, Professor, University of British Columbia
878. Paul O'Keefe, Rutgers University
879. Andrew Delatolla, University of Leeds
880. Mollie Goldstrom
881. Ayesha Omer, York University
882. Premilla Nadasen
883. Arlo Fosburg, UC Santa Cruz
884. Martin Shaw, University of Sussex
885. Varun Bhatnagar, Northwestern alumnus
886. Eli Friedman, Cornell University
887. Afeef Nessouli, Parsons
888. Matthew Nichter, Rollins College

AAUP-00044

Supporting Dr. Steven Thrasher

889. Francesco Amoruso, University of Exeter
890. Ana Ivasiuc, University College Dublin
891. Sarah Besky, Cornell University
892. Daniel Rizk, University of Maryland
893. Ian Alan Paul, Professor Associat, Universitat Pompeu Fabra
894. Ben Shurina, Rensselaer Polytechnic Institute
895. Faye Gleisser, Associate Professor of Art History, Indiana University
896. Filip Stabrowski, LaGuardia Community College CUNY
897. Lisa Tilley, SOAS University of London
898. Maura Finkelstein, independent writer, anthropologist
899. Ian Greer, Cornell University
900. Lukas Dornieden
901. John Cox, UNC Charlotte
902. Ronald Cox, Florida International University
903. J.T. Roane, Rutgers University
904. Anand Patel, University of Chicago (Northwestern alum)
905. Christo El Morr, York University, Canada
906. Ana Maria Candela, historian (Ph.D. UC Santa Cruz)
907. Kirstie Dorr
908. Prithi Kanakamedala, Bronx Community College and The Graduate Center CUNY
909. Antonia Randolph, University of North Carolina Chapel Hill (Northwestern alum)
910. Derek Chang, Cornell University
911. Cami Touloukian, Doctoral Candidate, Teachers College, Columbia University
912. Saida Hodzic, Cornell University
913. Nancy Stern, The City College of New York, CUNY
914. Sarah Geis, lecturer Northwestern University & University of Chicago
915. Jordy Rosenberg, Professor, University of Massachusetts Amherst
916. Lindsay Thomas, Cornell University
917. Sophia Brown, FU Berlin
918. Justine Modica, Cornell University
919. Michael Kranz, individual
920. Sam Markwell, independent researcher and high school teacher
921. Mia Charlene White, The New School
922. Mark Lance, Professor emeritus, Georgetown University
923. Tarik Aougab, Haverford College
924. Ailish Hopper, Goucher College
925. Kelly Vaughan
926. Matthew Morrison, NYU
927. Anjali Enjeti, Antioch University Los Angeles
928. Farah Bakaari, Cornell University
929. Nadia Ahmad, Yale University
930. Anthony Reed, Vanderbilt University
931. Christina Burt, Evanston resident
932. Leah Bernardo-Ciddio (PhD University of Michigan '24)
933. Tey-Marie Astudillo, Medill School of Journalism Alum, M.S. 2012
934. Robert Clines, Western Carolina University
935. Ritty Lukose, New York University
936. Nanette Milner
937. Misty Saribal, Louisiana State University

AAUP-00045

Supporting Dr. Steven Thrasher

938. Michelle Billies, Kingsborough Community College, CUNY
939. Shelby Capacio, Journalist
940. Amanda Holman, SESP 2021
941. David Delgado Shorter
942. Ames Robb
943. S. Ani Mukherji, HWS Colleges
944. Emma Teitelman, Cornell University
945. Randeep Samra
946. Florence Rushton, Sheffield University
947. Joseph Getzoff, Boston College
948. Shira Robinson, George Washington University
949. Rebecca Weston, LCSW private
950. Jennifer Doyle, UC Riverside
951. Wendy W. Walters, Emerson College
952. James Rushing Daniel, Seton Hall University
953. Griffin Epstein, George Brown College
954. Khaled Hroub - Professor of Middle Eastern Studies, Northwestern Univeristy/Qatar
955. Jack LaViolette, Columbia University
956. Miriam Markowitz, writer and founder of the Jewish Antifascism Alliance (JAFA)
957. Gina Chen, PhD Candidate at Carnegie Mellon University
958. Rose Werth, Northwestern University
959. David Gruskin, Columbia University
960. Tatiana Sifri
961. Kathleen Mills, Cornell University
962. Caroline Levine, Professor of Humanities, Cornell University
963. Siân Silyn Roberts, Queens College, CUNY
964. Carlos Hernandez
965. Reagan Dunham, University of Chicago
966. Dheepa Sundaram, University of Denver
967. Leila Tayeb, Northwestern University in Qatar
968. Jonathan Flatley, University of Chicago
969. Rachel Jones, City University of New York
970. Casey Mathur, UChicago
971. Sara Lefsyk, Ethel Zine & Micro Press
972. Catherine M. Appert, Cornell University
973. Marisel Vera, Novelist
974. Katherine Vallera, Freelance Journalist, Columbia College Graduate
975. Eliza Bettinger, Cornell University
976. Ebonee Johnson
977. Matt Hindman, University of Tulsa
978. Jessica Ross, Northwestern Univeristy '14 and '17
979. Kathryn Montalbano, University of Kentucky
980. Justin Rawlins, University of Tulsa
981. Elizabeth Elliott, alum, PhD Sociology, Northwestern University
982. Jenna Loyd, UW-Madison
983. Liza Bernstein
984. Hillary Haldane, Quinnipiac University
985. Heather Davis, The New School
986. Nathan Kalman-Lamb, University of New Brunswick

AAUP-00046

987. Amelia Burke, University of Michigan

988. Aparna Nair

989. Adam Haber, Harvard University

990. Gina Fedock, University of Chicago

991. Erin Durban, University of Minnesota

992. Darlene Evans, Cornell University

993. Cassandra Leveille

994. Elizabeth Dale, University of Florida

995. Professor Ranabir Samaddar

996. Lola Dickinson, Birkbeck, University of London

997. Daniel Wilson, University of Illinois Chicago

998. Patricia Sarrafian Ward, author

999. Avi Steinberg, University of Chicago

1,000. Ashley Sellers, Florida State University, Northwestern alum

1,001. Minju Bae, NYU

1,002. Jennifer Brier, University of Illinois Chicago

1,003. Anna McCarthy, NYU

1,004. Leslyn Stobbs, University of Toronto

1,005. Jieyi Cai, Visiting Assistant Professor, Macalester College

1,006. David Stein, University of California, Santa Barbara

1,007. Simeon Man, UC San Diego

1,008. Jennie Ikuta, University of Missouri-Columbia

1,009. Anjo Brekalo, UW-Madison

1,010. Gail Buttorff, University of Houston

1,011. Nick Burke, University of Sheffield

1,012. Sarah Covington, City University of New York

1,013. Zoe Smith, Loyola University Chicago

1,014. Ameena Ghaffar-Kucher, UPenn

1,015. Cynthia Cox, Northwestern University, 1987

1,016. Andrew Parayil Boge, University of Maryland, College Park

1,017. Auna Stewart

1,018. Frederick Neuhouser, Columbia University

1,019. Jean Beaman/CUNY Graduate Center and University of California-Santa Barbara

1,020. Alan Wald, H. Chandler Davis Collegiate Professor Emeritus, University of Michigan

1,021. Ariel Sheffey, Northwestern University 2020

1,022. Lois Weiner, Professor Emerita, New Jersey City University

1,023. Avik Chatterjee, Boston University

1,024. Charles Gelman, New York University

1,025. Stephen Scapelliti

1,026. Crystal Garcia, Associate Professor, University of Nebraska-Lincoln

1,027. Mark Rice, Baruch College

1,028. Jean Bae, NYU

1,029. Lewis Oh, Northwestern '22

1,030. Shannon Cutler

1,031. Angela Harris, Seattle University School of Law

1,032. Gary Krenz, NU CAS '80, retired Univ of Michigan lecturer and director

1,033. Stephen Wulff, University of Tennessee-Knoxville

1,034. Scott Williams

1,035. Kentaro Toyama, University of Michigan

AAUP-00047

1,036. Benjamin Goldfrank, Seton Hall University

1,037. Sidra Kamran, Assistant Professor, Lewis & Clark College

1,038. Kiran James, Executive Director, Kalapriya

1,039. India Hilty, University of Chicago Pritzker School of Medicine

1,040. Keith Woodward, University of Wisconsin−Madison

1,041. Stephen Charbonneau, Florida Atlantic University

1,042. Samer Ali, Associate Professor, U of Michigan

1,043. KD Thompson, University of Wisconsin-Madison

1,044. Jennifer Row, university of Minnesota

1,045. Gabriel Mercogliano, Evergreen '19, MCAD

1,046. Alan Hedrick

1,047. Jeremiah Chin, University of Washington

1,048. Shoshana Schwebel, University of British Columbia

1,049. Emmeline Kaiser

1,050. Sam Casey, Northwestern University staff

1,051. Kelly Smith-Frank, Carnegie Mellon 2011

1,052. Jake Nussbaum, The Library Company of Philadelphia

1,053. Christopher Martell, Associate Professor, University of Massachusetts Boston

1,054. V.V. Ganeshananthan, University of Minnesota

1,055. Farnoosh Fathi, Barnard College

1,056. Mobina Hashmi, Brooklyn College - CUNY

1,057. Jane Mantey, Dir. of Narrative and Cultural Strategies at Race Forward and freelance writer.

1,058. Naina Khanna, founding executive director, Positive Women's Network-USA

1,059. Michael Drexler, Professor of English, Bucknell University

1,060. Britt Rusert, UMass Amherst

1,061. Brian Sargent, University of Massachusetts Amherst

1,062. John Willoughby, Economics, American University

1,063. Elizabeth Casline, Northwestern University

1,064. Steve Fernandez, (unable to provide affiliation due to employment risk)

1,065. Megan Wilson

1,066. Alan Maass, Northwestern University, 1984

1,067. Madeline Hennessey, University of Michigan

1,068. Haley Stehulak

1,069. Prathim-Maya Dora-Laskey, Alma College

1,070. Ayasha Guerin, UCLA

1,071. David Young, Retired Educator

1,072. Megan Wilson, Clarion Alley MuralProject

1,073. Zirwat Chowdhury, UCLA

1,074. Gabriel Hetland, SUNY Albany

1,075. Yogita Goyal, Professor, UCLA

1,076. Maggie Brown, The College of Wooster

1,077. Em Gunter, Student Worker, University of Virginia

1,078. Adam Parker, journalist

1,079. R. D. Hamilton, Baruch College, CUNY

1,080. Kathleen Forslund , University of Chicago alum

1,081. Gayatri Gopinath, Professor, NYU

1,082. David Levitsky, Cornell University

1,083. Tali Ruskin, university of Pennsylvania

AAUP-00048

Supporting Dr. Steven Thrasher

1,084. Kaliris Salas, RWJMS

1,085. Ray Bush, Emeritus Uni Leeds

1,086. David Hobbs, University of Lethbridge

1,087. Melissa Barone, teacher

1,088. Robert Lynn, Texas Tech University (PhD student)

1,089. Anjelica O'Brien, SUNY Purchase 2013

1,090. Kuros Charney, William Paterson University

1,091. Jane Marcellus, writer/Medill alum

1,092. Meera Sakthivel, University of Chicago

1,093. Sondra Morin, former Northwestern Employee

1,094. Emmaia Gelman, Institute for the Critical Study of Zionism

1,095. Trevor Lies, University of Kansas

1,096. Katarzyna Bartoszyńska, Ithaca College

1,097. Jacinda Swanson, Western Michigan University

1,098. Dorothy Kim, Brandeis University

1,099. Svati Shah, Associate Professor, UMass Amherst

1,100. Julie DiCaro, Writer

1,096. Katarzyna Bartoszyńska, Ithaca College

1,097. Jacinda Swanson, Western Michigan University

1,098. Dorothy Kim, Brandeis University

1,099. Svati Shah, Associate Professor, UMass Amherst

1,100. Julie DiCaro, Writer

1,101. Miss Rosen, Journalist

1,102. Gina Morong, individual

1,103. Prof. Mario D, Garrett, San Diego State University

1,104. Jules Boykoff, Pacific University

1,105. Natalie Southwick, Medill '10 alum

1,106. Maryam Jamshidi, University of Colorado Law School

1,107. Nadia Segura, Stanford University

1,108. Matthew Thomas Miller, University of Maryland

1,109. Glenn Hendler, Professor of English and American Studies, Fordham University

1,110. Aneil Rallin, Retired Associate Professor of Rhetoric and Composition

1,111. Dr. Earl Aguilera, California State University, East Bay

1,112. Mohammed Albow, University of Denver

1,113. Kate Duva, writer

1,114. Jeff Melnick, UMass Boston

1,115. Sue Breckenridge, Northwestern University alum ('89)

1,116. Emily Fishkin, Northwestern University Class of 2016

1,117. Keona Katrice Ervin, Bowdoin College

1,118. Kelly McHugh, UNC Chapel Hill

1,119. Hannah Jackson, Northwestern alum

1,120. Shannon Gleeson, Cornell University

1,121. Shiraz Ahmed, University of Mississippi (Medill alum 13)

1,122. Maya Mikdashi, Rutgers University

1,123. Ayanna Legros, Northwestern Alumna

1,124. Ronnie Berg, individual

1,125. Daniel Olmos, Associate Professor of Sociology, CSU Northridge

1,126. Leo Parascondola, William Paterson University

1,127. Ryan Marks

AAUP-00049

1,128. Joshua Cooper, University of South Carolina

1,129. Alhaji Conteh, Hunter College-CUNY

1,130. Jennifer Ruth, Professor, Portland State University

1,131. Elena Ailes, School of the Art Institute of Chicago

1,132. Jacob Quinn Shenker, PhD, researcher

1,133. Ann Pellegrini, New York University

1,134. Emma Greenstein

1,135. Walter Meier, San Francisco State University '95

1,136. Raymond Craib, Marie Underhill Noll Professor of History, Cornell University

1,137. Karen Reyes, Medill Alum

1,138. Ernest Hardy, author/journalist

1,139. Samuel Sachs, brother and son of NU alum

1,140. Adrian Avalos, Stanford University

1,141. Dori Rodriguez, Stanford University

1,142. Rashmi Luther, Professor (retired), school of Social Work, Carleton University

1,143. Kristofer Petersen-Overton, Babson College

1,144. Nate Schmidt, PhD, IU Bloomington

1,145. Heather Freeman, PhD

1,146. Jason Read, Professor of Philosophy, University of Southern Maine

1,147. Rosalind Petchesky, Hunter College & the Graduate Center, CUNY (retired)

1,148. Johnicia Bailey, Community Member

1,149. Lukas Daniel Klausner, St. Pölten University of Applied Sciences

1,150. Asli Peker, NYU

1,151. Naka Elelleh, Northeastern University PhD

1,152. Schneur Newfield, Associate Professor of sociology and Jewish Studies, Hunter College, CUNY

1,153. Victoria Barron, Educator

1,154. Joe McComb, University of Colorado Boulder alumni

1,155. Mars Alvarez, Dartmouth College '21

1,156. Michael Letwin, former President, Association of Legal Aid Attorneys/UAW 2325; Labor for Palestine

1,157. Ian Barnard, Professor of Rhetoric and Composition, Chapman University

1,158. Jack Schimmel, class of 2019

1,159. Dr. Eamonn Crudden, Dundalk Institute of Technology, Dundalk, Republic of Ireland

1,160. Kelly Reyna, Emory University

1,161. Hồng-Ân Trương, UNC Chapel Hill

1,162. Queen Adesuyi, Partner, Reframe Health and Justice

1,163. Krishna Stone, activist

1,164. Mila Re, UC Santa Cruz

1,165. Nancy Khalil, UMich Ann Arbor

1,166. Eric Cheyfitz, Ernest I. White Professor of American Studies and Humane Letters, Cornell University

1,167. Cathy Park Hong, Professor, UC Berkeley

1,168. David Faust

1,169. Subini Annamma, Stanford University

1,170. Lauren Baker, PhD Candidate Northwestern University Department of Political Science

1,171. Merryl A. Sloane, academic editor

1,172. Chantal David, Concordia University

AAUP-00050

Supporting Dr. Steven Thrasher

1,173. Alexis rodriguez, LAUSD, RGBanditos Collective Co-founder

1,174. Refia Aliyeva

1,175. David Klein, Emeritus Professor, Cal State Northridge

1,176. Kathryn Pope, Libraries staff, Columbia University

1,177. JH, University of Reading

1,178. Jill Spiker, Northwestern alum

1,179. Susan Zieger, UC Riverside

1,180. Taylor Billings

1,181. Sandra Radwan, Northwestern Alum '21, Law Student

1,182. Rebecca Cohen, Medill alumna

1,183. Beth Jenkins

1,184. Pheroze Unwalla, University of British Columbia

1,185. Julie Kliegman, Medill '13

1,186. Mohammad Anadani

1,187. Dora Segall, Northwestern alum

1,188. Barbara Strupp, Cornell University

1,189. Boutayna Chokrane, Northwestern Alum

1,190. Lina Asaad,  Graduate from Sciences Po Paris + University of Jordan

1,191. Jana AlSaad

1,192. Murad Banaji, University of Oxford

1,193. Ekin Kiyici, Yeshiva University

1,194. Loraine Frintrup

1,195. Katherine Lee, Sonoma State University

1,196. Jai Broome, University of Washington; WCAS 2013

1,197. Cameron Roberts, Northwestern University

1,198. Taylor Billings

1,199. Sarah Stark, Medill MSJ alumna and freelance journalist

1,200. Tanya Tovar, Northwestern University

1,201. Jared Hanson, individual

1,202. Andrew Bell, Cornell University

1,203. Isabella Soto, Medill '19

1,204. Molly DiTullio

1,205. Violet Barron, Harvard College

1,206. Amanda Lagji, Associate Professor Pitzer College

1,207. Nasser Abourahme, Bowdoin College

1,208. Emma Drake, Northwestern '21

1,209. Melissa Thompson, Professor of Sociology, Portland State University

1,210. Yahya Salem, Northwestern Alum

1,211. Evan Murphy, MS Colorado School of Mines

1,212. Hannah Baggenstoss, NU alum

1,213. Matt Mager

1,214. Charlotte Karem albrecht, University of Michigan

1,215. Zahir Janmohamed, Bowdoin College

1,216. Hanna Kaufman, JD, Illinois resident

1,217. Diane Bush

1,218. Christopher Berardino, UC Riverside

1,219. Jennifer L. Morgan, Professor of History, Dept of SCA, New York University

1,220. Elizabeth Wood

AAUP-00051

Supporting Dr. Steven Thrasher

1,221. Irie Evans

1,222. Adam Sitze, 951 Professor in Law, Jurisprudence and Social Thought, Amherst College

1,223. Traise Yamamoto, UC Riverside

1,224. Fuson Wang, University of California, Riverside

1,225. Bianca C. Williams, Bowdoin College

1,226. Eran Zelnik, California State University, Chico

1,227. Zenia Kish, Ontario Tech University

1,228. Ranna Shahbazi, Northwestern Alum

1,229. Gabriela Dickson La Rotta, American University Washington College of Law

1,230. Francesca Martinez, NU community member

1,231. Elizabeth Wrigley-Field, McKnight Presidential Scholar and Associate Professor of Sociology, University of Minnesota, Twin Cities

1,232. Kate Ringland, University of California Santa Cruz

1,233. Linus Höller, Medill '23

1,234. Seppo Niemi-Colvin, Indiana University

1,235. Professor David Lloyd

1,236. Enid Blount Press, Individual

1,237. Kevin Winkler, City University of New York

1,238. Rachel Rubin, MD, MPH, University of Illinois School of Public Health

1,239. Kera Bolonik

1,240. Sherene Seikaly, UCSB

1,241. sang kil, job suspended professor at San Jose state

1,242. Albert Armstrong, Adjunct Instructor, University of Massachusetts Boston

1,243. Colin Bossen, Distinguished Scholar, Starr King School for the Ministry1,244. Andrew Montequin, Northwestern University

1,244. Ariek Norford, Stony Brook University

1,245. Syeda Masood, Hamline university

1,246. Konstanze Kobel-Höller, journalist

1,247. Sharareh Frouzesh, UC Irvine

1,248. Sonia Hernandez, Texas A&M University

1,249. Lynn Comerford, CSU East Bay

1,250. Carolyne Thrasher, no relation to Dr. Steven Thrasher

1,251. Neha Pashankar, alumni of Northwestern University 2022

1,252. Maureen Milligan, Staff, University at Buffalo, United University Professions (UUP)

1,253. William Meaney, former SBU grad student

1,254. Xelena González, author (Medill '01)

1,255. Ken habib, Cal Poly

1,256. Max Abrams, Medill '21

1,257. Lorraine Nibut, Designing Justice + Designing Spaces

1,258. Constance Penley, Professor Emerita, University of California-Santa Barbara

1,259. Andrew Gurza, Disability Consultant

1,260. Nantina Vgontzas, City University of New York

1,261. Nerissa Russell, Cornell University

1,262. Sam del Corral, Individual

1,263. Diego Alcalá Laboy, Assistant Professor, Albany Law School

1,264. Nour El Didi, Concordia University of Montreal

1,265. Nicholas De Dominic, University of Southern California

1,266. Will Clark, Assistant Professor,  San Francisco State University

AAUP-00052

Supporting Dr. Steven Thrasher

1,267. Scott Tobias, The Reveal
1,268. Marta Knapstad Narlesky
1,269. Mildred Williamson, Retired HIV Services Director, Cook County Health
1,270. Rachel Kwak, UC Davis School of Law, Northwestern University Alumna
1,271. Madisyn Robinson, student
1,272. James Nealy, New York University
1,273. Emi Sawada, University of Illinois, Urbana-Champaign
1,274. Jessica Fremland, Brown University
1,275. Cormac Collins, Brown University
1,276. Eva Davis, Curator and Arts Advocate
1,277. Dylan Rodríguez, Distinguished Professor, University of California
1,278. Jill Rounds, University of Rhode Island
1,279. Kushal Gourikrishna, Northwestern University (2018)
1,280. Daria Reaven, NYU
1,281. Matthew Ritchie, Medill '22
1,282. Jason Rogers, Rogers Law Company, P.C.
1,283. Andrew Lee, University of California, Santa Barbara
1,284. Whitney Jordan, Northwestern alum
1,285. James Walker
1,286. Farshid Baghai, Villanova University
1,287. Sean Malloy, University of California, Merced
1,288. Zane Weissman, Worcester Polytechnic Institute
1,289. Gregory J Seigworth, Millersville University
1,290. Trevor Jensen
1,291. Ashley Shew, Virginia Tech
1,292. Ruth Marshall, Associate Professor, University of Toronto
1,293. Franco Barchiesi, Ohio State University
1,294. Caitlin Wood
1,295. Kate Clancy, Professor of Anthropology, University of Illinois Urbana-Champaign
1,296. Muriel Leung, California Institute of the Arts
1,297. Dan Sloan, WCAS '13
1,298. Corey Campbell, writer
1,299. Ahlam Muhtaseb, Media Studies, California State University, San Bernardino
1,300. Alexandra Andrade
1,301. Chris McGowan, Lecturer, Yale University
1,302. Natasha Raheja, Cornell University
1,303. Morgan O'Neill, University of Toronto
1,304. Maryam Kashani, Associate Professor, University of Illinois at Urbana-Champaign
1,305. Martha Jackson, Northwestern University
1,306. Paul David Wadler, Ph.D.
1,307. Kara Gillmore, colleague
1,308. MT Vallarta, Cal Poly San Luis Obispo
1,309. Claire Alexander, BSN, RN, PMH-BC
1,310. Junaid Rana, University of Illinois at Urbana-Champaign
1,311. Anthony Ratcliff, Professor of Pan-African Studies at Cal State Los Angeles
1,312. Brent Armendinger, Professor of English and World Literature, Pitzer College
1,313. Jim DelRosso, Cornell University
1,314. Jennifer Mogannam, UC Santa Cruz
1,315. Ramin Yadegari, Professor, University of Arizona

AAUP-00053

Supporting Dr. Steven Thrasher

1,316. Ashraf Tubeileh, Associate Professor, California Polytechnic State University, San Luis Obispo, CA

1,317. Ahmed Deif, California Polytechnic State University

1,318. James Finley, Associate Professor, Texas A&M University - San Antonio

1,319. Devin Bryson, professor, Illinois College

1,320. Taher Saif, University of Illinois at Urbana-Champaign

1,321. Lauren Kang, The University of Chicago Pritzker School of Medicine

1,322. Richard Zili, Chicago resident

1,323. A.W. Peet, Professor, University of Toronto

1,324. Kevin A. Young, UMass Amherst

1,325. Jan Nespor, The Ohio State University

1,326. Deepa Kumar, Professor, Journalism and Media Studies, Rutgers University.

1,327. David Finkel., editor, AGAINST THE CURRENT magazine

1,328. Naib Mian, Northwestern University (Medill '17)

1,329. Millie Thayer, University of Massachusetts, Amherst

1,330. Tim Charlebois, Political Science, Northwestern University

1,331. Shannon Winnubst, Ohio State University

1,332. Sam Wrigglesworth, The Ohio State University

1,333. Ednie Kaeh Garrison, Cal Poly San Luis Obispo

1,334. Gwyneth Lonergan, Northumbria University

1,335. Shane Young

1,336. Jonathan Combs-Schilling, Ohio State University

1,337. Hunter Felt, writer

1,338. Ruth Sergel, Street Pictures

1,339. Jordan Lome, Disability Consultant

1,340. Marisol LeBrón, Associate Professor of Critical Race and Ethnic Studies at UCSC

1,341. Wendi Williams, Medill School of Journalism alum

1,342. Mark S. James

1,343. Charles Schultz IV, Northwestern University Alumnus

1,344. Ross Smith, Vancouver Public Library, CUPE 391

1,345. Reese Owens, Northwestern University

1,346. Leila Kawar, University of Michigan

1,347. K Ware, parent of enrolled Northwestern University Student

1,348. Lauren Manning, Medill '13

1,349. Sarah Unruh, University of Minnesota

1,350. J. E. Vidal

1,351. Maria Bustillos

1,352. Alyssa Baldridge, UNL alum

1,353. Ann Russo, DePaul University

1,354. Luke Jarzyna, graduate student

1,355. Kelly McElroy, Associate Professor, Oregon State University

1,356. Sophia Artola, WCAS 22

1,357. Javier Osorio, University of Arizona

1,358. Mahruq Khan, U of IL, Urbana-Champaign

1,359. Daisy Conant, Medill '22, thesis advisee of Dr. Thrasher (and winner of the Carl Smith Prize for Best Thesis in American Studies, an award I largely attribute to Dr. Thrasher's guidance)

1,360. Laura Kina, Professor, The Art School, DePaul University

1,361. Marji Mendelsohn-parent of 2NW alums.

AAUP-00054

Supporting Dr. Steven Thrasher

1,362. Malini Ranganathan, American University

1,363. Jian Neo Chen, The Ohio State University

1,364. Dylan Stillwood, Columbia University alum, CC '04

1,365. Margaret Miller, CUNY Graduate Center and Brooklyn College

1,366. Mark Berrettini, Professor, Portland State University

1,367. Noe Pliego Campos, Assistant Professor of History, Wabash College

1,368. Matt Kavanagh, Okanagan College

1,369. Lydia Saravia, DePaul University

1,370. Sarah Irving, University of Staffordshire

1,371. Sarah Shulist, Queen's University

1,372. Nakho Kim, Drexel University

1,373. Dan Hu, Medill '23

1,374. Arben Kalziqi, PhD, Georgia Tech '19

1,375. Ruha Benjamin

1,376. Liam Lecka, Medill '21

1,377. Rachel G Riskind, Guilford College

1,378. Mel Katz, The College of New Jersey

1,379. Chaz Baker, Mass College of Liberal Arts

1,380. James Tobias, UC Riverside

1,381. Emma Follman, PhD Candidate, Stanford

1,382. David K. Seitz, Harvey Mudd College

1,383. Noe Montez, Emory University

1,384. Katelyn Taylor, Northwestern University

1,385. Michael Palm, UNC-Chapel Hill

1,386. Sky Minkoff, student, SUNY Oswego

1,387. Dana Knisely-Southerland, Individual

1,388. Dror WARSCHAWSKI, Sorbonne Université, Paris, France

1,389. Jasmin Patrón-Vargas, Texas A&M University

1,390. The Rev. Jarrett Kerbel (NU 89, CAS)

1,391. Dana Francisco Miranda, University of Massachusetts Boston

1,392. Stephanie Flores Loyola University MD

1,393. Constance Istratescu, JD, GGU School of Law

1,394. Emily Runde, Columbia University

1,395. Olivia Stent, Northwestern University

1,396. Masa Dajani, Queen's University

1,397. Dr. Randa Tawil, University of Washington

1,398. Rossa Coyle, Student, Queen's University Belfast

1,399. Greg Peshek (Northwestern Alumni 2013)

1,400. Matt Hauske, Purdue University

1,401. Caryn Bell

1,402. Sara Rezvi, Dominican University

1,403. Ellis Garey, Postdoctoral Fellow, Brown University

1,404. Andrew Cornell, PhD, New York University

1,405. Maya Hislop, Cal Poly San Luis Obispo

1,406. Taylor Bell, University of California, Davis

1,407. J. T. Huitt, Angry

1,408. Gary Hoyano

1,409. Natalia Cecire, University of Sussex

1,410. Jocelyn Leitzinger, University of Illinois Chicago

AAUP-00055

Supporting Dr. Steven Thrasher

1,411. Tosten Burks, Los Angeles Review of Books

1,412. Eli Lichtenstein, Lewis & Clark College, Northwestern Alum

1,413. Alex Sher, Northwestern University (Medill 2018)

1,414. Matthew Blesse, Individual

1,415. Adam Gordon, Assistant Professor, Northwestern University

1,416. Kelly McKinney, John Abbott College

1,417. Rebecca Dickinson, University of Northern Iowa

1,418. Marios Falaris, Johns Hopkins University

1,419. Mary Wong, University of New Mexico

1,420. Ashara Ekundayo, Artist As First Responder

1,421. Kendra Calhoun, University of Illinois, Urbana-Champaign

1,422. Anup Grewal, University of Toronto

1,423. Anna-Claire Steffen, UMass Amherst

1,424. Constance Gordon, San Francisco State University

1,425. Carrie Matthews, Assoc. Teaching Prof, UW Seattle

1,426. Matthieu Chapman, SUNY New Paltz

1,427. Eliot Cardinaux, Individual

1,428. Neil deMause, journalist

1,429. Denise M. Walsh, University of Virginia

1,430. Diana Casteel, University of Illinois at Chicago

1,431. Alexander Wallace

1,432. Abou Farman, The New School

1,433. Ivan Albertson, Northwestern University

1,434. Sheila Orr

1,435. Ben Curtis, Rhodes College

1,436. Ranita Ray, University of New Mexico

1,437. Ellen Dichner, City University of New York

1,438. Sarah Gessler, Concerned Citizen

1,439. Samer Hassan, Harvard

1,440. Ann Douglas, author

1,441. Natalie Lin, Medill '22

1,442. Nina Harawa at UCLA

1,443. Annelise Orleck, Dartmouth College

1,444. David Kanj, UC Berkeley

1,445. Anne Mahady, PhD (IU alumni)

1,446. Alexandria Ramos, University of Washington (Seattle)

1,447. Victoria Reyes, University of California, Riverside

1,448. Tamara Malhas, University of British Columbia

1,449. Iman Alfayez, Toronto Metropolitan University

1,450. Zein Haj Hasan, University British of Columbia

1,451. Mirian Martinez-Aranda, Sociology, UC Irvine

1,452. Greg Purcell, UMass Amherst

1,453. Angela Inferrera,

1,454. Daniel Abbe (WCAS 2006)

1,455. Axeen James

1,456. Kayla Little, Northwestern University

1,457. Julilly Kohler Hausmann, Cornell University

1,458. Susanna Collinson, UCSC

1,459. Matthew Farish, University of Toronto

AAUP-00056

1,460. Myca Treat

1,461. S. Shimono, UC Berkeley

1,462. Joan S. M. Meyers, Cal Poly, San Luis Obispo

1,463. Andrea Denny-Brown, University of California, Riverside

1,464. Soo-Young Kim, Princeton University

1,465. Erika L. Iverson

1,466. Hilary Strang, University of Chicago

1,467. Laila Shereen Sakr, UCSB

1,468. Ahmed Elbanna, University of Illinois

1,469. Jade Pagkas-Bather, Assistant Professor of Medicine

1,470. Pedro Alonso Serrano, MPH, CPH

1,471. Jennifer Cypher, PhD

1,472. Laura Quilter, Librarian & Attorney, University of Massachusetts Amherst

1,473. Tristan Cabello (Senior Lecturer, The Johns Hopkins University)

1,474. Zach Watson, University of Virginia

1,475. Alicia Boyce, PhD, Chapman University

1,476. Vivian Yan-Gonzalez, Chapman University

1,477. Alex Chun, Brown University

1,478. Maria Pyra, Northwestern University

1,479. B Waid, CSU Fullerton

1,480. Anna Carvlin, Eastern New Mexico University

1,481. Erika Marin-Spiotta, UW-Madison

1,482. soto jesus

1,483. Brett Story, University of Toronto

1,484. Amber Larks, Washington State University

1,485. Audrey Zhou, Northwestern University '25

1,486. Robin L. Turner, Butler University

1,487. John Gianvito, Emerson College

1,488. Julia Bernier, W&J College

1,489. Nels Highberg, University of Hartford

1,490. Naomi Schneider, University of California

1,491. Natalie Oswin, University of Toronto

1,492. Pamela J. Smock, University of Michigan

1,493. Kendall Thomas, Columbia University

1,494. Faisal Chaudhry, University of Massachusetts

1,495. Brittney Cooper, Rutgers University

1,496. E. Wayles Browne, emeritus, Cornell University

1,497. Barry Eidlin, Associate Professor of Sociology, McGill University

1,498. Jay Jordan, University of Utah

1,499. Ishan Santra, Michigan State University

1,500. Sherryl Kleinman, Professor Emerita, UNC

1,501. Charlotte Jacobs, adjunct associate professor, University of Pennsylvania

1,502. Jodi Howard, Northwestern University 1991

1,503. Mandi Spishak-Thomas, Rutgers University

1,504. Lauren Bailey, NYU '99

1,505. Javiera Barandiaran, UCSB

1,506. Anna Anthropy, DePaul University

1,507. Fatima Suarez, UNLV

1,508. Martin Hunter, Senior Lecturer, Biomedical Engineering, UMass Amherst

AAUP-00057

1,509. Jevan Hutson, University of Washington

1,510. Patricio Boyer, Davidson College

1,511. Ruhan Nagra, University of Utah

1,512. Fatima Suarez, UNLV

1,513. Maile Arvin, University of Utah

1,514. James G. Buell, Ph.D., Independent Researcher

1,515. Sara Johnson, Moore College of Art & Design alumna

1,516. Dalton Lackey, University of Maryland

1,517. Cynthia Wu, Indiana U

1,518. Lauren May Washington, Northwestern University Alum

1,519. Krystal Alvarez-Hernandez, Northwestern University

1,520. Heba Khalil, Nebraska Wesleyan University

1,521. Zoë Plakias, Western Washington University

1,522. Franco Posa, McCormick 2016

1,523. Cole Sias, Northwestern University '22 and '25

1,524. Helen Lee, Medill School of Journalism 2018

1,525. Varda Nisar, Concordia University

1,526. Kamel Awayda, UCSF

1,527. Laura Blecha, Associate Professor, University of Florida, NU alum ('05)

1,528. John Hames, PhD

1,529. Morgan Amonett, Graduate Student, University of Virginia

1,530. Mary Moussa, Hunter College

1,531. Christina Connerton, none

1,532. Julie Ming Liang, Northwestern University Alum

1,533. Kristin Meekes, Ottawa ON

1,534. Michael Angland, Northwestern University

1,535. Naomi Banuelos-Lozano, MA University of Macedonia, BA NU

1,536. Kaya Baker

1,537. David Srouji, UC Irvine, USC

1,538. Foaad Khosmood, California Polytechnic State University

1,539. Tosten Burks, Medill '15

1,540. Raphaëlle Fourlinnie, EHESS, France

1,541. Ian Walling, Whitman College

1,542. Brian Shuve, Harvey Mudd College

1,543. P. Kerim Friedman, National Dong Hwa University, TAIWAN

1,544. Jude bawalsa

1,545. Ann E. Lopez

1,546. Maria Paz Noyen, writer

1,547. Sayeedul Islam Associate Professor Farmingdale state college

1,548. Jodi A. Byrd, University of Chicago

1,549. Mara Kelly, Northwestern University '21

1,550. Atalia Omer, The University of Notre Dame

1,551. Rachel Burten, University of Massachusetts Amherst

1,552. Abbas Khan, Medill alum

1,553. Sole Anatrone, Vassar Collehe

1,554. Connie Chow

1,555. Jessica Cook-Qurayshi, DePaul

1,556. Diane Johnson, Ph.D., independent scholar

1,557. Michael McIntyre, Associate Professor of International Studies, DePaul University

AAUP-00058

1,558. Michael Rogerson, NU Alum

1,559. Alex Sayf Cummings, Georgia State University

1,560. Megan Unden, UCSB & Rutgers alum

1,561. Douglas Struck, Senior Journalist-in-Residence, Emerson College

1,562. Taina Maki Chahal, Lakehead University

1,563. Tatiana Anoushian, Northwestern University

1,564. Kathleen Brown, University of Michigan

1,565. Alexandria Boutros, DePaul Alumni

1,566. Laura Tanenbaum, LaGuardia Community College/City University of New York

1,567. Chad Anderson, Incheon National University

1,568. Aaron Dorman, Medill alum and journalist

1,569. Ariel Mae Lambe, University of Connecticut

1,570. Chris Robinson, Clarkson University

1,571. Matt Lazio MD, NU WCAS '01

1,572. Susan Bernofsky, Professor, Columbia University

1,573. Ramon Esquivel, California Polytechnic State University, San Luis Obispo

1,574. Meghan A. Watts, PhD Student, North Carolina State University

1,575. Charlotte Tauss, Northwestern Alum

1,576. Albert Stabler, Illinois State University

1,577. Seth Uzman, PhD Student, University of Houston

1,578. Felice Blake, UC Santa Barbara

1,579. Ishan Daya, Northwestern University ('13)

1,580. Christie Toth, University of Utah

1,581. Laila Farah Depaul University

1,582. RiShawn Biddle, Dropout Nation

1,583. Lewis Rosenbaum, individual

1,584. Alexandra Gjesdahl

1,585. Reza Talebi, University of Leipzig

1,586. Sahar D. Sattarzadeh, University of Texas at Arlington; Nelson Mandela University

1,587. Anwar Samad Montgomery, Northwestern Alum C/O 2022

1,588. Yarden Azoulay Katz, University of Michigan

1,589. Alexis Morin, M. Div '24, Union Theological Seminary

1,590. Layna Hong, Northwestern University

1,591. Dr. Emily B. Wong, Africa Health Research Institute

1,592. Ashley Quiterio, Northwestern University

1,593. Chris Baker, Loyola University Chicago

1,594. Andrew McCumber, Virginia Tech Sociology

1,595. Drew Broussard, Rough Draft Bar & Books / Literary Hub

1,596. Romeo Guzman, Claremont Graduate University

1,597. J. Giacalone, Public School Teacher

1,598. Jorge Zeballos, individual

1,599. Deen Sharp, LSE

1,600. Dusty Baker, Northwestern University

1,601. Chance Douglas, Riverside Culinary Academy '21

1,602. Evelyn zermeno, uci alum

1,603. Matthew Cunningham-Cook, NewsGuild-CWA rank and file

1,604. Allyson Byers, Northwestern University, Medill School alum

1,605. Sana Saeed, independent journalist

1,606. Dr. B. Richard Cook, emerita

AAUP-00059

Supporting Dr. Steven Thrasher

1,607. Fatima Zaheer, Northwestern University 2009
1,608. Adam Pumm, WCAS '10
1,609. Nida Pervez, Northwestern University
1,610. Dylan Flesch, New York Public Radio
1,611. Sana Ali, Northwestern University
1,612. Matt O'Driscoll, reader
1,613. Bassel Ghandour, University of Southern California Alum
1,614. Manal Saleh, NU Class of 2016
1,615. Sarah Shaaban, NU SoC 2012
1,616. Imane Ridouh, Northwestern University
1,617. Heather White, Northwestern University
1,618. Hibah Shariff, Medill 2009
1,619. Scott Kelley, San Diego State University
1,620. Michelle Felix, photographer
1,621. Ariana Thompson-Lastad, University of California San Francisco
1,622. Xiaobo Yuan, Whitman College
1,623. Beth Herbel-Eisenmann, Michigan State University
1,624. Nour Saudi, CUNY Journalism School alum and journalist
1,625. Melissa Phruksachart, Assistant Professor, University of Michigan
1,626. Amanda Fanniff, Northwestern alum
1,627. David A. Briggs
1,628. Karen Sewick
1,629. Ingrid Semaan, University of Connecticut
1,630. Rachel Klein, USC
1,631. Rebecca Givan, Rutgers University
1,632. Brittany Croone, Northwestern alumna
1,633. Sarah Dar, WCAS '09
1,634. Jisoo Kim, University of the South
1,635. Gabriella Martinez, Baldwin Wallace University
1,636. Asma Ahmad, Medill 2010
1,637. Imoye Francis, Individual
1,638. Alissa Weber
1,639. Loren March, York University
1,640. Lydia Platón
1,641. Delaney Glassner, Northwestern alum
1,642. Mariana Gutierrez Lowe, Northwestern University
1,643. S Tanaka Independent Scholar
1,644. Syed Ali, Long Island University
1,645. Shawna Williams, freelance journalist
1,646. Fizza Joffrey, University of Oxford
1,647. Alida Bouris, Associate Professor, University of Chicago
1,648. Professor Priyamvada Gopal
1,649. Dave Lambert, unaffiliated
1,650. Pantea Javidan, Stanford University
1,651. Christopher Alario, librarian, Northwestern University in Qatar
1,652. Ahmad Haidar, McGill university
1,653. Adam El-Sayed, Carleton University (23')
1,654. Steven Pierce, University of Manchester
1,655. Lauren Stokes, Northwestern University

AAUP-00060

1,656. Alan Aja, Brooklyn College (CUNY)

1,657. Catherine Denial, Knox College

1,658. Dr. Pauline Strong, U of Texas at Austin

1,659. Patricia Alessandrini, Rieman and Baketel Fellow for Music, Radcliffe Institute for Advanced Studies, Harvard University

1,660. Paula Fernandez

1,661. Mathew Foresta, Writer

1,662. Claudia Calhoon, CUNY York College

1,663. Jessica Becker, individual

1,664. Kenn Vance, John Jay College CUNY

1,665. Ann Braithwaite, University of Prince Edward Island

1,666. Nathan Tempey, journalist

1,667. Kevin Gannon, Queens University

1,668. Kirk Ahrens, individual

1,669. L.H. Roper, State University of New York--New Paltz

1,670. Jamie McHugh, independent researcher

1,671. Derek Newman, Harvard University '90

1,672. Jaclyn Michael, University of Tennessee at Chattanooga

1,673. Sarah Sophie Flicker

1,674. Dr. Sara Fadlalla, Northwestern University 2011

1,675. Alice Finen, Mistwood Educational Center

1,676. Nishant Shahani, Washington State University Vancouver

1,677. Kaelin Rapport, Northwestern Alum

1,678. Jennifer Ibarra, Northwestern alum

1,679. John Maerhofer, Rutgers

1,680. Stella Linder Byrne

1,681. Heather Jaber, Northwestern University Qatar

1,682. Trisha Remetir, UC Riverside

1,683. Max Cavitch, University of Pennsylvania

1,684. Amit Baishya,Associate Professor, English, University of Oklahoma

1,685. Katherine Gillen, Texas A&M University-San Antonio

1,686. Layla Williams, OU

1,687. Nesrine Chahine, TTU

1,688. Ashley Hope Pérez, The Ohio State University

1,689. Hannah Manshel, University of Hawaii Mānoa

1,690. Raj Chetty, St. John's University

1,691. Howard Brick, Professor Emeritus of History, University of Michigan

1,692. Jackson Smith, University of Oregon

1,693. Sharon Conlon, individual

1,694. Aditi Adve, Northwestern University

1,695. Ashvin R. Kini, Stonehill College

1,696. Min Song, Boston College

1,697. Valerie Booth, Teaching Professor, Drexel University

1,698. Laura Mauldin, University of Connecticut

1,699. Sofía Sánchez, Medill '21, Presented at the American Studies Association after I report I wrote in Dr. T's FIRST class at NU was accepted under his critique and mentorship

1,700. Iszy Hirschtritt Licht, Northwestern University 2015

1,701. Maris Kreizman

1,702. Mingwei Huang, Dartmouth College

AAUP-00061

Supporting Dr. Steven Thrasher

1,703. Dominique Heinke, Northwestern 2007

1,704. Catherine Ndovu, Northwestern University

1,705. Maud McInerney, Haverford College

1,706. Jose Camacho, University of Illinois Chicago

1,707. Dina Sorour

1,708. Megan Teramoto, Pritzker School of Medicine student

1,709. Alessondra Springmann, PhD, individual researcher

1,710. Mary Beth Campbell, individual

1,711. Catherine Morrison, University of Rhode Island

1,712. Matthew Shields, Assistant Professor of Philosophy, Wake Forest University

1,713. Andy Carr, The New School

1,714. King Kaufman, journalist, formerly San Francisco Chronicle, Salon.com, Bleacher Report

1,715. Iris Swarthout

1,716. Knar Gavin, University of Pennsylvania

1,717. Richard Estes, Attorney, Sacramento, CA

1,718. Sal Nicolazzo, UC Davis

1,719. Liam O'Loughlin, Capital University

1,720. Scott Gordon, publisher at Tone Madison and Northwestern alum

1,721. Stanley Thangaraj

1,722. Faith Kares, Northwestern Alum

1,723. Soteria Reid, Northwestern University c/o '21

1,724. Emily Van Duyne, Associate Professor of Writing, Stockton University

1,725. Faria Kamal, Assistant Professor. Columbia University Medical Center

1,726. Saffron Turner, individual

1,727. Noah Tamarkin, Cornell University

1,728. Johanna Riordan, Haverford College Libraries

1,729. Sean Tucker, Professor, University of Regina (Canada)

1,730. Nicole Lopez-Jantzen, Associate Professor of History, Borough of Manhattan CC

1,731. Aviva German, University of Toronto

1,732. Marc Spooner, University of Regina

1,733. Joe Wachter, Harper College

1,734. Danielle Allor, Visiting Assistant Professor, Haverford College

1,735. Que-Lam Huynh, CSU Northridge

1,736. Andie Tipton, Northwestern Class of '24

1,737. Alan Cordle Villegas, Faculty Librarian, Portland Community College

1,738. Ayesha Lat, Northwestern University class of 2022

1,739. Robin Ganev, University of Regina

1,740. Jeannine Tang, Assistant Professor, NYU

1,741. Elyse Crystall, UNC-Chapel Hill

1,742. Sukanya Mukherjee, Architect and Filmmaker

1,743. Tammy Kim, writer

1,744. James Huynh, Assistant Professor of Health Management & Policy, University of Michigan

1,745. Sara Tolbert, Univ of Canterbury

1,746. Trude Bennett, UNC Chapel Hill

1,747. Vorris Nunley, Associate Professor of English and Black Study

1,748. William Richardson

1,749. Carole Boyce Davies, Professor emerita Cornell University

AAUP-00062

Supporting Dr. Steven Thrasher

1,750. Eleanor Craig, Emory University

1,751. Matthew Ezzell, James Madison University

1,752. Nazia Kazi, Stockton University

1,753. Lounes Chikhi, CNRS, Toulouse

1,754. Jay M. Smith, University of North Carolina-Chapel Hill

1,755. Anisa Mian, Northwestern University '15

1,756. Tyler Jeremiah, Indiana University Northwest

1,757. Matthew J. Smith, Alma College

1,758. Lucila Vargas, University of North Carolina at Chapel Hill

1,759. Layan Masri, Virginia Tech

1,760. Keerthi Yalamanchili, Northwestern alum (2021)

1,761. Alexsandria Sánchez, Northeastern Illinois University

1,762. Jacinda Tran, Harvard University

1,763. Levon J Polinelli, film producer

1,764. Emily Morris, Northwestern class of 2017; University of Michigan

1,765. Amanda Lanthorne, San Diego State University

1,766. Michael Schwalbe, Professor Emeritus, North Carolina State University

1,767. leslie j yerman

1,768. Marcela Alvarez, University of Illinois Urbana-Champaign

1,769. Musa Syeed, Harvard University

1,770. Crystal Rudds, University of Utah

1,771. Jeffrey Gonzales, Individual

1,772. Samantha Iyer, Fordham University

1,773. Ricky Baldwin, union organizer

1,774. Grace Li, University of Chicago

1,775. Robert W. Barrett, Jr., University of Illinois at Urbana-Champaign

1,776. Matt Ferrel, concerned citizen

1,777. Daniella Tello, Northwestern University

1,778. Catherine Skeen, University of Chicago alumna (AB, MA, PhD)

1,779. Nora Livesay, University of MN

1,780. Ruby Phillips, Northwestern Class of 2020 Alumni

1,781. Natalie Vazquez (Northwestern 2020)

1,782. Catherine Henderson, IWMF, Northwestern '21

1,783. Alexander Chee, Professor of English and Creative Writing, Dartmouth College

1,784. Kaitlyn Maloney, Individual

1,785. Mark Bray, Rutgers University

1,786. Janet Lee, Northwestern alumni

1,787. Daniel D. Kelson, Astrophysicist

1,788. Luodan Rojas, Medill 2020

1,789. Elon Green, writer

1,790. Leslye Guadian, Northwestern University '22

1,791. Allyna Mota Melville, Northwestern Medill alum '19

1,792. Annette Braden-Rozier

1,793. Betsy Wilson, Evanston business owner

1,794. Neha Samuel, University of Illinois Urbana Champaign

1,795. Alethea Deyhle, Evanston born and raised, student at University of Illinois Urbana-Champaign

1,796. Adhy Kim, Cornell University

1,797. Christine Karatnytsky, independent theatre archivist

AAUP-00063

Supporting Dr. Steven Thrasher

1,798. Alyssa Hadley Dunn, Professor of Curriculum and Instruction, University of Connecticut

1,799. Ross Dispenza, Columbia Law School

1,800. Jonathan Rosa, Stanford University

1,801. Bench Ansfield, Temple University

1,802. Anna Guevarra, University of Illinois Chicago

1,803. Timothy Lombardo, University of South Alabama

1,804. Brian Connolly, University of South Florida

1,805. Ann Russo, Professor, DePaul University

1,806. Judith Roeder, SESP Alum

1,807. Nikhil Rao, Harvard University

1,808. McKenzie Scott

1,809. Faith Lazar, Yale

1,810. Jennifer Brody, Harvard Medical School

1,811. Sameer ud Dowla Khan, Reed College

1,812. Michael Galvan

1,813. Jessica Tanner, UNC-CH

1,814. Karlyn Koh, CUNY/LaGuardia

1,815. Dr. Kirt Cundick, Licensed Psychologist

1,816. Matthew Ellis, Portland State University

1,817. Hope McCaffrey, Northwestern University

1,818. Brian Marcus, University of British Columbia

1,819. Adam Mahoney, Medill'20

1,820. Dagmawi Woubshet, University of Pennsylvania

1,821. Tylor Brand, Trinity College, Dublin

1,822. Aree Worawongwasu, University of Hawai'i at Mānoa

1,823. Jeremy Littau, Lehigh University

1,824. Kelda Choc

1,825. Francine Almash

1,826. Elyana B. Walling, University of Texas at Austin Moody College 2014

1,827. Laura Jaliff, Northwestern University

1,828. Yiping Xia, Texas A&M University

1,829. Alex Schlehuber

1,830. Abhi Ramakrishnan, Northwestern University

1,831. Elliott Prasse-Freeman, National University of Singapore

1,832. Kelsey Wright, Northwestern University

1,833. Ariel Halle, Northwestern

1,834. Ria Almo, Northwestern University

1,835. Madeleine Vessely, Northwestern University Graduate Worker

1,836. Diane L. Moore, Harvard Divinity School

1,837. Carolynn Gonzalez, Northwestern University

1,839. Joshua Craft, Northwestern University

1,840. Madeleine Straubel, UNC Chapel Hill

1,841. Neethu Nazar, Northwestern University

1,842. Katherine Furl, UNC Chapel-Hill

1,843. Gulrana Syed, MD, Northwestern Medicine

1,844. Braxton Brewington, UNC Chapel Hill

1,845. Chelsie Greene, Northwestern University

AAUP-00064

1,846. Jori Mills, Northwestern University

1,847. Josephine Ong, Dartmouth College

1,848. Jake Pyne, York University, Toronto, Canada

1,849. Steph Tuazon, UCLA

1,850. Irene Siegel

1,851. Amelia Parenteau

1,852. Sarah Aie, Northwestern Medill '24

1,853. Madeline Farr, Northwestern University

1,854. Grace Kulas, Northwestern University '24

1,855. Chen Chen, University of Connecticut

1,856. Judy Lawrence, Northwestern University

1,857. Cedar Turner, Northwestern University '24

1,858. Hope Mcknight, Northwestern University '24

1,859. Seth Lauver, Northwestern Bienen '23

1,860. Natalie Piehl, Northwestern University

1,861. William Matchett, St. Olaf College

1,862. October Krausch, adjunct faculty & journalist

1,863. Steve Bennett, Western Washington University

1,864. Noelle Dubay, University of Maine Farmington

1,865. Tiffanie Green, Medill BSJ '10

1,866. Gundeep Singh, Cornell University

1,867. Kimberly Robertson, Professor, California state  university long beach

1,868. Mary Maddux, Iowa State University

1,869. Giancarlo Sena

1,870. Anand Vaidya, Reed College

1,871. Cory Johnson, Northwestern University

1,872. Alexandra Carter, Humboldt State Alumni

1,873. Cate Be, Humboldt for Palestine

1,874. Tyler Wall, University of Tennessee

1,875. Travis Linneman

1,876. Michelle Brown, University of Tennessee

1,877. Judah Schept, Eastern Kentucky University

1,878. Jon Shefner, University of Tennessee

1,879. Kim Rybacki, SUNY

1,880. Alejandra Carrillo, JD/MBA Candidate 2025

1,881. Tarek Loubani, Western University

1,882. Gabrielle Bozarth, JD-PhD Candidate The University of Chicago

1,883. Andrea Bartz, Northwestern University '08

1,884. Lisa East, University of Tennessee

1,885. Meghan Conley, University of Tennessee

1,886. Natalie Tuseth, University of Chicago

1,887. Bill McClanahan, University of Tennessee

1,888. Katja Stroke-Adolphe, law student, University of Chicago

1,889. Emily Krebs, Fordham University

1,890. Martha Copp, East Tennessee State University

1,891. Joseph Vess, Medill 2001

1,892. Nathan Reeves, University of Tennessee (Bienen '24)

1,893. Abigail Neill, University of Chicago

1,894. Vincent Mousseau, Dalhousie University

AAUP-00065

1,895. Roger Freedman, U. of California, Santa Barbara

1,896. James Suazo, CSULB, UCLA

1,897. Christine Ferguson, University of Stirling

1,898. Charles Post, Graduate Center-CUNY

1,899. Callum Goetz, Northwestern University

1,900. Marwa Tahboub, Northwestern University

1,901. Tabor Whitney, PhD Candidate Northwestern University

1,902. Jorin Graham, Graduate Worker, Northwestern University

1,903. Emily Anderson, Metropolitan Community College

1,904. Chenjerai Kumanyika, NYU Journalism, AAUP

1,905. Jay Cowit, New York University

1,906. Raul Mata Jr., University of Texas at San Antonio, College of Engineering, Class '16

1,907. Daisy Hernández, Northwestern University

1,908. Helen Poynton, Professor, UMass Boston

1,909. Bebel DeMoura Nilo

1,910. Francesca Hyatt, CUNY-Queens College

1,911. Junior C- University of Texas at San Antonio

1,912. Ryan B. Morrison, University of Michigan

1,913. Ashley Clark

1,914. Kelsey Rodgers, UT Austin

1,915. Talila A. Lewis, Esq.; independent public scholar

1,916. Franklin Bell, Evanston resident

1,917. Rayyan Najeeb, Northwestern University

1,918. Neeti Madan, Medill '89

1,919. Yuki Miyamoto, DePaul University

1,920. David Lawton, Professor emeritus, Washington University in St Louis,

1,921. Kay Whitlock, Co-Author, "Queer (In)Justice" & "Considering Hate"

1,922. Susanna Kemp, Medill '22

1,923. Paul McEwan, Muhlenberg College, Northwestern '03

1,924. ronit kitei, alumni

1,925. Michelle R. Martinelli, Medill MSJ, 2016

1,926. Gesina Phillips, Carnegie Mellon University

1,927. Ananth Shankar, Northwestern University

1,928. Michael Harris, Columbia University

1,929. Anna Piela, Northwestern University

1,930. Larkin Stephanos, Northwestern University

1,931. Newland F. Smith, 3rd  Librarian Emeritus Seabury-Western Theological Seminary

1,932. Karin Ruetzel, PhD.

1,933. Gavin Farrow, DePaul University, Resident of Evanston, IL

1,934. Morgan Willison

1,935. Anna Piela, Northwestern University

1,936. Anna Borges, Northwestern Medill '14

1,937. Timothea Papas, NU '67

1,938. Beth Brady

1,939. José Moya, Phd

1,940. Max Sullivan, Medill student

1,941. Ayesha Rahman, Northwestern University, 2019

1,942. Robin Brown

1,943. Mariah Garcia, Attorney and Evanston Resident

AAUP-00066

1,944. Sophia Heath, Northwestern University, Class of 2026

1,945. Kyra Martinez, University of Tennessee

1,946. Asiyah Arastu, Northwestern University

1,947. Justin Liu, Northwestern University '20

1,948. Michelle Bueno Vásquez, Northwestern MS and PhD Candidate

1,949. Erin Bosack, Chicago Area Peace Action (CAPA)

1,950. Camille Beredjick, Medill '13, Medill Equal Media Project Editor-in-Chief

1,951. Paul Farrand, Evanston Reisdent

1,952. Paul O'Connor, Northwestern University

1,953. Heather Shaughnessy, Free Palestine

1,954. Ash Capirala

1,955. Kirby Anwar, CUNY

1,956. Nneoma Adaku, Harvard University

1,957. Nadira Long, Northwestern University '14

1,958. Caitlin Jones, UConn Law

1,959. Zoe Lewis, Northwestern University, Class of 2025

1,960. Wynn Graham Northwestern class of 1968

1,961. Michelle Sheen, Northwestern University

1,962. Ryan Choe, Medill '24

1,963. Kathy McGroarty-Torres, Northwestern University '16

1,964. César Hoyos Álvarez, Northwestern University

1,965. Amanda Torres, CUNY Queens College

1,966. Jackie Stevens, Northwestern University

1,967. Val Dorsey, Northwestern University Class of 2011

1,968. Megha Garg, Northwestern University

Sign in to Google to save your progress. Learn more

* Indicates required question

Name, Affiliation *

Your answer

Email address (won't be shared publicly) *

Your answer

Submit                                                                    Clear form

Never submit passwords through Google Forms.

AAUP-00067

6/23/25, 8:40 PM    Supporting Dr. Steven Thrasher

This content is neither created nor endorsed by Google.  Terms of Service   Privacy Policy

Does this form look suspicious? Report

Google Forms



AAUP-00068

Supporting Dr. Steven Thrasher

AAUP-00069

# EXHIBIT 69

April 17, 2025

To: President Michael Schill and Provost Kathleen Hagerty
CC: Board of Trustees Chair Peter Barris
From: Concerned Faculty

We come together as concerned faculty to ask that you take forceful steps to meet the challenges of the current crisis and strongly defend Northwestern against the ongoing and intensifying attacks on higher education. Bedrock principles of a democratic society, due process, and the rights of free expression and association are now at stake. These attacks threaten Northwestern and other institutions across the United States. In light of this assault, we urge Northwestern's leadership to **take these steps:**

1. **Legally contest the federal funding freeze and refuse to comply with unprecedented demands that threaten academic freedom and university self-governance**. Freedom from political interference has allowed US universities to stand as leaders in producing cutting-edge knowledge across fields—medicine, science, humanities, engineering, and social sciences, among others. The entire country, indeed the world, benefits from the scientific and medical innovations produced by American universities. We call on you to stand up against intolerable threats to interfere in the conduct of teaching and research, and to refuse any further requests to turn over personal data and academic, disciplinary, and personnel records to the federal government.

2. **Be a leader among peer institutions in condemning attacks on universities.** In addition to condemning attacks, use all opportunities to assert the value of higher education visibly and publicly. Be forceful in making the case for the enduring values that are central to institutions of higher learning and the many contributions the sector makes to our society. Insist on the importance of independent voices to a functioning democracy and civil society, highlight the value of the diversity that exists in our institutions, and encourage free expression and vigorous debate within our community.

3. **Support our international students, staff and faculty** by taking the following steps: avoid voluntary cooperation or information sharing with Immigration and

1

AAUP-00072

Customs Enforcement or other federal agencies charged with facilitating deportation or other forms of immigration enforcement; maintain the enrollment of international students in the event of visa revocation, legal status termination, detention, and/or deportation; allow any such students and scholars to continue their studies and research remotely, if necessary, ensuring that if enrollment is contingent upon funding through teaching or fellowships, they can continue their coursework, research, and teaching appointments; communicate timely information to international students and scholars, including immediate notification of changes in their legal status; and provide legal counsel for students and scholars whose visas have been revoked without due process.

4. **Work purposefully and proactively with other universities** and Northwestern's alumni networks, taking and creating opportunities to develop coordinated opposition to these anti-democratic attacks.

Thank you for your efforts to stand up for Northwestern and our shared values.

Rebecca Zorach, Professor, Art History, Weinberg College

Shirin Vossoughi, Associate Professor, School of Education and Social Policy

Elizabeth Shakman Hurd, Professor, Religious Studies and Political Science, Weinberg College

Laura Beth Nielsen, Professor of Sociology, Weinberg College

Helen Tilley, Associate Professor, History, Weinberg College

Michael Peshkin, Professor, McCormick School of Engineering

Nitasha Sharma, Professor, Black Studies and Asian American Studies, Weinberg College

Leslie M. Harris, Professor, History and Black Studies, Weinberg College

Rosemary Braun, Associate Professor, Molecular Biosciences, Weinberg College

2

AAUP-00073

Izzy Grosof, Assistant Professor, Industrial Engineering and Management Science

Megan Bang, Professor, School of Education and Social Policy

Luis A. Nunes Amaral, Professor, McCormick School of Engineering

Jorge Coronado, Professor, LACS and Spanish & Portuguese, Weinberg College

Martha Biondi, Professor, Black Studies and History, Weinberg College

Vilna Bashi, Professor, Sociology, Weinberg College, and the Buffett Institute of Global Affairs

Daisy Hernández, Associate Professor, English, Weinberg College

Sarah Schulman, Ralla Klepak Professor of English, Weinberg College

Anonymous (Weinberg)

Alyson Carrel, Clinical Professor, Pritzker School of Law

Sara Sommervold, Deputy Director, Center on Wrongful Convictions, Pritzker School of Law

Michael Anthony Turcios, Assistant Professor, Department of Radio/Television/Film, School of Communication

Annie Buth, Clinical Associate Professor, Pritzker School of Law

Lina Britto, Associate Professor of History, WCAS

Eric Sirota, Clinical Associate Professor, Tenant Advocacy Clinic, Pritzker School of Law

3

AAUP-00074

Shayna Silverstein, Associate Professor, School of Communication

Michael Kraus, Professor, Psychology, Weinberg College

Mark Hauser, Professor, Anthropology

Brian J. Reiser, Orrington Lunt Professor of Learning Sciences, School of Education and Social Policy

Karen Olivo, Associate Professor, Director of Music Theatre Area, SoC

Gregory Schwartz, Associate Professor, Ophthalmology and Neuroscience, Feinberg

Sheila Bedi, Clinical Law Professor, Pritzker School of Law

Michael Rakowitz, Alice Welsh Skilling Professor of Art, Department of Art Theory and Practice, Weinberg College

Michelle Birkett, Associate Professor, Medical Social Sciences, Feinberg

Karen M. Ridge, Professor, Medicine (Pulmonary), Feinberg

Ann Shola Orloff, Professor, Sociology, Board of Lady Managers of the Colombian Exposition Chair, Weinberg College

alithia zamantakis, Research Assistant Professor, ISGMH, Feinberg School of Medicine

Barnor Hesse, Associate Professor, Black Studies, Weinberg Collegeies,

Wendy Pearlman, Professor, Political Science, Weinberg College

Darren Gergle, Professor, Communication Studies, School of Communication

4

AAUP-00075

Brannon Ingram, Associate Professor, Religious Studies, Weinberg College

Brady Clark, Associate Professor of Instruction/College Adviser, Linguistics, Weinberg College

Kennetta Hammond Perry, Associate Professor, Black Studies and History, Weinberg

Angela G. Ray, Associate Professor, Communication Studies. School of Communication

Judith T Moskowitz, Professor, Medical Social Sciences, Feinberg School of Medicine

Amesika Nyaku, MD, MS, Assistant Professor, Department of Medicine, Division of Infectious Diseases, FSM

Leiszle Lapping-Carr, Assistant Professor, Department of Psychiatry & Behavioral Science, Feinberg School of Medicine

Jeremy Keys, Assistant Professor of Instruction, McCormick School of Engineering

Lisa Wilsbacher, Associate Professor, Medicine-Cardiology, Feinberg School of Medicine

Natalie Y Moore, Senior Lecturer, Medill

Tabitha Bonilla, Associate Professor, HDSP, SESP

Nick Davis, Associate Professor, English and Gender & Sexuality Studies, Weinberg College

Moya Bailey, Professor, Communication Studies, School of Communication

*5*

AAUP-00076

Galen V. Bodenhausen, Professor, Psychology, WCAS

Marcelo Worsley, Associate Professor, School of Education and Social Policy & McCormick School of Engineering

Shalini Shankar, Professor of Anthropology and Asian American Studies, Weinberg College

Niall M. Mangan, Assistant Professor, Engineering Sciences and Applied Mathematics, McCormick School of Engineering

Tessie Liu, Professor, History and Gender & Sexuality Studies, Weinberg College

Fabian E. Bustamante, Professor, Computer Science, McCormick School of Engineering and Applied Sciences

Lauren Rivera, Professor, Kellogg School of Management

Kathleen Carmichael, Professor of Instruction, Cook Family Writing Program, Weinberg College

Melissa Simon, Professor, Obgyn, Feinberg

Gregory Ward, Professor, Linguistics and Gender & Sexuality Studies, Weinberg College

Jackie Stevens, Professor, Poitical Science

Alejandra Uslenghi, Associate Professor, Spanish and Portuguese – CLS, Weinberg Vollege

Julia Behrman, Associate Professor of Sociology

Abigail Barefoot, Assistant Professor of Instruction, Legal Studies

6

AAUP-00077

Kevin Boyle, Professor, History, Weinberg College

Stephanie Knezz, Associate Professor of Instruction, Chemistry, WCAS

Sepehr Vakil, Associate Professor, School of Education and Social Policy

John W. Rudnicki, Professor, McCormick School of Engineering

Peter Sporn: Professor of Medicine, Cell and Developmental Biology, and Medical Education; Feinberg School of Medicine

Mary Kwasny, Professor, Preventive Medicine, Feinberg School of Medicine

Namratha Kandula, Professor, Medicine, Feinberg School of Medicine

Susan Pearson, Professor, History, WCAS

Maria Pyra, Asst Professor, Medical Social Sciences, Feinberg

Robert Orsi, Professor, Religious Studies, History, American Studies, Weinberg

Nichole Pinkard, Professor, Learning Sciences, SESP

Pascal Brixel, Assistant Professor, Philosophy, Weinberg College

Michelle Molina, Associate Professor, Religious Studies, Weinberg College

Laura Brueck, Professor and Director, Alice Kaplan Institute for the Humanities

Benjamin Owen, Associate Professor of Research, Chemistry, Weinberg College

Alex Kotlowitz, professor, Medill

Elizabeth Casline, Research Assistant Professor, Institute for Sexual and Gender Minority Health and Wellbeing

7

AAUP-00078

James Bielo, Associate Professor, Religious Studies, Weinberg College

Rebecca Ewert, Assistant Professor of Instruction, Sociology, Weinberg College

Allison Wade, Assistant Professor of Instruction, Art Theory and Practice, Weinberg College

S.B. West, Associate Professor of Instruction, Gender & Sexuality Studies, Weinberg College

Brent E. Huffman, Professor, Medill School of Journalism

Pablo Durango-Cohen, Associate Professor, Civil & Environmental Engineering, MEAS

Jon Marshall, Associate Professor, Medill

Priyanka Motaparthy, Clinical Professor of Law, Pritzker School of Law

Joe Feinglass, Research Professor of Medicine, Feinberg School of Medicine

Jen Munson, Assistant Professor, School of Education and Social Policy

Jesse Yeh, Asst. Professor of Instruction, Legal Studies, Weinberg College

Cliff Zimmerman, Professor of Practice, Pritzker School of Law

Erica Weitzman, Associate Professor, German, WCAS

Dennis Li, Assistant Professor, Psychiatry/Medical Social Sciences/IPHAM/ISGMH, Feinberg

Josh Honn, Humanities and Prison Education Librarian, University Libraries

Curt M. Horvath, Professor, Molecular Biosciences, Weinberg College

8

AAUP-00079

Stephen Adam, Associate Professor, Cell and Developmental Biology, Feinberg

Jonathon Glassman, Professor emeritus, History, WCAS

Bradley Stevenson, Research Associate Professor, Earth, Environmental, and Planetary Sciences, Weinberg College

Anonymous (Feinberg)

Magdalena Osburn, Associate Professor, DEEPS, Weinberg College

Ian Grant, MD, Assistant Professor of Neurology, Feinberg School of Medicine

Dedre Gentner, Professor, Psychology, Weinberg College

Mark Sheldon, Distinguished Senior Lecturer Emeritus, Philosophy, Weinberg College

Michelle Driscoll, Associate Professor, Physics & Astronomy, Weinberg College

Jenna Christensen, Assistant Professor, Molecular Biosciences, Weinberg College

Exal Iraheta, Assistant Prof. of Instruction, RTVF/Performance Studies, School of Communication

Steven Epstein, Professor of Sociology and John C. Shaffer Professor in the Humanities

Christina Kiaer, Professor, Art History, Weinberg College

Douglas Foster, Professor, Journalism, Medill School

Rebecca Johnson, Associate Professor of English, Weinberg College

Zayd Dohrn, Professor, Radio/TV/Film, School of Communications

9

AAUP-00080

Anonymous (Weinberg)

John Flaherty, Professor, Medicine. Feinberg School of Medicine

Kenneth D. Forbus, Professor, Computer Science, McCormick Engineering

Jennifer Jones, Sociology, Weinberg College

Allison Carroll, Assistant Professor, Feinberg School of Medicine

Domietta Torlasco, Professor, French and Italian, Weinberg College

Laura Lackner, Associate Professor, Molecular Biosciences, Weinberg College

Mei-Ling Hopgood, William F. Thomas Professor of Journalism, Medill

Kate Weisshaar, Associate Professor, Sociology, Weinberg College

Ken Gentry, Professor of Instruction, McCormick School

Mary Ann Weston, Associate Professor Emerita, Medill School

Dmitry Tamarkin, Professor, Mathematics, Weinberg College

Aarati Didwania, Profess of Medicine, Department of Medicine, Feinberg School of Medicine

Jonathan Copulsky, Senior Lecturer, IMC, Medill School

Erica Hartmann, Associate Professor, Civil and Environmental Engineering, McCormick School of Engineering

Becca Greenstein, STEM Librarian, University Libraries

Micaela di Leonardo, Professor Emerita, Anthropology, Weinberg College

10

AAUP-00081

Erin Korth, Research Coordinator, Pulmonary and Critical Care, Feinberg School of Medicine

Abe Peck, Professor Emeritus in Service, Medill/NU

Robert Launay, Professor, Anthropology, WCAS

Nasrin Qader, Associate Professor, French and Italian

Marc Sala, MD, Associate Professor, Feinberg School of Medicine

Janice Radway, Walter Dill Scott Professor Emerita, Communication

Miriam Petty, Associate Professor, Radio/Television/Film

Dayne Swearer, Asst. Professor, Chemistry, Chemical and Biological Engineering

Jessica Villagomez, Lecturer, Medill

Anonymous (Weinberg)

Maureen Daly, Assistant Professor, Psychiatry & Behavioral Sciences, Feinberg School of Medicine

Jonathan Moreira, Associate Professor, Feinberg School of Medicine

Peter Locke, Professor of Instruction, Global Health Studies

Anna Parkinson, Associate Professor, German, Weinberg College

Matt Kiefer, Assistant Professor, Journalism, Medill School

Caryn Ward, Professor, Journalism, Medill

Tristram Wolff, Associate Professor, English, Weinberg College

11

AAUP-00082

Noelle Sullivan, Director and Professor of Instruction, Program in Global Health Studies, Weinberg College

J.A. Adande, Director of Sports Journalism, Medill

Nicole Stephens Jeanne Brett Chair of Negotiations, Kellogg School of Management

Jennifer Cole, McCormick School of Engineering

Donna R Leff, Emeritus Professor, Journalism, Medill School

Paola Zamperini, Associate Professor, Weinberg College

Doris Garraway, Associate Professor, French and Italian, Weinberg College

Joseph Schofer, emeritus professor of Civil & Environmental Engineering

Cindy Wilson, Clinical Professor, Law School

William Leonard, Professor of Anthropology & Global Health, Weinberg College

Anonymous (McCormick)

Caitlin Body, Professor, Stage Manager AEA, School of Communication

D.Soyini Madison, Professor Emerita, Performance Studies, School of Communication

Cynthia Coburn, Professor, SESP

Anonymous (McCormick)

Jessica Thebus, Professor, Theater, SOC

AAUP-00083

Paul Gowder, Professor, Pritzker

Ashy S. Karim, Assistant Professor, McCormick School of Engineering

Bridget Arimond, Clinical Professor of Law, Northwestern Pritzker School of Law

Danielle Hamilton, Asst. Clinical Professor, Northwestern Pritzker School of Law

Sean Hanretta, Associate Professor, History, WCAS

Andrea Lewis Hartung, Clinical Professor, Pritzker School of Law

Lynn Cohn law, clinical professor

**Alessia Ricciardi, Professor, Comp. Lit/French and Italian, Weinberg**

Heidi Kitrosser, William W. Gurley Professor of Law, Northwestern -- Pritzker School of Law

Joanna Grisinger, Associate Professor of Instruction, Legal Studies, WCAS

Heather Hendershot, Professor, Medill and School of Communication

Anna Pfenniger, Assistant Professor, Feinberg School of Medicine

John Elson, Emeritus orofeesor of law, Pritzker School of Law

Nicolette Bruner, Assistant Professor of Instruction, Legal Studies and American Studies, Weinberg College

Sylvester A. Johnson

Shari Diamond, Professor, Pritzker School of Law

Anonymous (Weinberg)

AAUP-00084

Kimberly Gray, Professor, Civil & Environmental Engineering, McCormick

Karrie Snyder, Associate Professor of Instruction, Sociology, Weinberg College

Jeremy Birnholtz, Professor, School of Communication

Ed Colgate, Professor, Mechanical Engineering, McCormick

Lisandra Vila Ellis, Assistant Professor, Cell and Developmental Biology, Feinberg School of Medicine

Igal Szleifer, Professor, McCormick School of Engineering

Susanna McColley, Professor of Pediatrics, Feinberg School of Medicine

Cristina Lafont, Professor, Philosophy, Weinberg College

Zach Nissen, Assistant Professor of Instruction, Anthropology, Weinberg

Anonymous (Weinberg)

James Schwoch, Professor, School of Communication

Michael Alpert, Research Associate, Neurobiology, Weinberg College

Christopher Bush, Associate Professor and Chair, French and Italian, Weinberg College

Joe Mathewson, professor, Mdill

Melissa Rosenzweig, Associate Professor of Instruction, Anthropology and Environmental Policy & Culture

Keith Woodhouse, Associate Professor, History, Weinberg College

AAUP-00085

Shana Bernstein, Clinical Associate Professor, Legal Studies, Weinberg

Kyle Henry, Associate Professor, Radio TV Film, Communications

Anonymous (McCormick)

Lisa Beutler, Assistant Professor, Department, Feinberg of Medicine

Jen Brown, Lecturer, Preventive Medicine, Feinberg School of Medicine

Lily Stewart, Visiting Assistant Professor, Religious Studies Department at NU

Gerry Chiaro, Associate Professor, Medill

Murali Prakriya, Professor of Pharmacology, Feinberg School of Medicine

Aaron Shaw, Associate Professor, Communication Studies, School of Communication

Sadie Wignall, Professor, Molecular Biosciences, Weinberg College

Gregory Wagner, Associate Professor, McCormick School of Engineering

Thomas J Billard, Associate Professor, Communication Studies, School of Communication

Robert Nelson, Professor, Sociology, Weinberg College

Gianluca Cusatis, Professor, CEE, McCormick School of Engineering and Applied Science

Jennifer Brace, Assistant Professor of Instruction, Molecular Biosciences, Weinberg College

AAUP-00086

Gregory Phillips II, Associate Professor, Medical Social Sciences, Feinberg School of Medicine

Kevin Lynch, Professor, McCormick School of Engineering

Jason Hartline, Professor, Computer Science, McCormick

Samuel Weber, Avalon Professor, German/CLS Weinberg

Elizabeth Gerber, Professor, Mechanical Engineering, McCormick

J.P. Sniadecki, Radio/TV/Film Department

Jamelia Morgan, Professor of Law, Northwestern Pritzker School of Law

Krista Thompson, Professor, Art History, Weinberg

Stephan Moore, Professor of Instruction, School of Communication

Erin Courtney, Associate Professor, RTVF, School of Communication

Denise Meuser, Professor of Instruction, German, Weinberg College

L. Clayton Dahm, Lecturer, Music Education, Bienen

Pedro A. Serrano, Instructor, Feinberg

Morgan Barry, PhD Candidate, History, Weinberg College

Ezra Friedman, Professor, Pritzker School of Law

Anonymous (Weinberg)

Jeong Eun Annabel We, Assistant Professor, Asian Langs. and Cultures, Weinberg

16

AAUP-00087

Ji-Yeon Yuh, Assoc. Professor, History and Asian American Studies, WCAS

Linda Gates, Professor of Instruction, Head of Voice, Dept. of Theatre, School of Communication

Ian Hurd, Professor, Political Science

Anonymous (Feinberg)

Hai Zhou, Professor, ECE, McCormick School of Engineering

Douglas Vaughan, Professor, Medicine, FSM

Kyla Ebels-Duggan, Professor, Philosophy, Weinberg College

Anonymous (School of Communication)

Claudio E. Benzecry, Professor, Communication Studies and Sociology, School of Communication and Weinberg

Fay Rosner, WCAS Adviser & Assoc. Prof of Instruction, French

Matthew Kugler, Professor of Law, Pritzker School of Law

Christine Percheski, Associate Professor, Sociology, Weinberg College

Russell Johnson, Assistant Professor, Physical Medicine and Rehabilitation, Feinberg

Anonymous (Weinberg)

Bennett Goldberg, Professor, Physics and Astronomy

Sara Thomas, Research Assistant Professor, Feinberg School of Medicine

17

AAUP-00088

Christine Helmer, Professor of German, Weinberg College

Paola Morgavi, Professor of Instruction, French and Italian, Weinberg College

Michelle Falkoff, Clinical Professor of Law

Christina Nguyen, Assistant Professor of Instruction, Radio/Television/Film, School of Communications

Rajeev Kinra, Associate Professor, History, Comparative Literature, MENA, ALC, and ISP

Benjamin Golub, Professor, Economics, Weinberg College

Evan Mwangi, Professor, English, Weinberg College

Deborah Rosenberg, Associate Prof of Instruction, Spanish and Portuguese, Weinberg College

Branden Ghena, Assistant Professor of Instruction, Computer Science, McCormick School of Engineering

Seema Shah, Professor, Pediatrics and Medical Ethics, Feinberg School of Medicine

Angira Patel, MD, MPH, Professor, Feinberg School of Medicine

Mita Sanghavi Goel, Professor of Medicine, Feinberg School of Medicine

Vera Brunner-Sung, Associate Professor, Radio/Television/Film, School of Communication

Surendra Shah, Walter p Murphy Professor(Emeritus),Civil Engineering

Stacy Benjamin, Clinical Faculty, Segal Design Institute, McCormick

18

AAUP-00089

Elizabeth Inglehart, Clinical Associate Professor of Law, Northwestern Pritzker School of Law

Christian Petersen, Professor, Molecular Biosciences, Weinberg College

Rebecca Vonesh, CTD Program Coordinator

David Morton, Professor, McCormick School of Engineering

Barbara Newman, Professor of English, Classics and History

Barry L Nelson, Walter P Murphy Professor Emeritus, IEMS, McCormick

Anonymous (School of Communication)

Gordon Hazen, Professor Emeritus, McCormick School of Engineering

AJ Christian, Professor, Communication Studies, School of Communication

John Anderson, Senior Lecturer, Segal Design Institute

Wendy Murray, Professor, McCormick School of Engineering

Lawrence Stuelpnagel, Clinical Associate Professor Medill/Political Science

Anonymous (Weinberg)

Anonymous (Weinberg)

Shana Cooper, Associate Professor, School of Communication

Carolyn Frazier, Clinical Professor, Pritzker School of Law

Sridhar Krishnaswamy, Professor, Mechanical Engineering, McCormick

19

AAUP-00090

Kyle Henry, Associate Professor, Radio/TV/Film, School of Communications

Talia Lerner, Associate Professor, Neuroscience, Feinberg School of Medicine

Anonymous (School of Communication)

Luisa Morales-Nebreda, Assistant Professor, Feinberg

Kari Lydersen, Assistant Professor, Journalism, Medill

Licheng Gu, Professor of Instruction, Weinberg College

Toshiko Uchida, Professor, Medicine and Medical Education, Feinberg

Shobha Mahadev, Clinical Professor of Law, Northwestern Pritzker School of Law

Stephanie Kollmann, Visiting Clinical Professor, Children and Family Justice Center, Pritzker School of Law

Andrea Russell, Assistant Professor, Psychiatry & Behavioral Sciences, Feinberg

Lauren B. Beach, Assistant Professor, Medical Social Sciences, Feinberg School of Medicine

Mark Werwath, Clinical Professor, IEMS, McCormick

Courtney Scherr, Associate Professor, Communication Studies, School of Communication

Laura Kipnis, Professor emeritus, Radio-TV-Film

Michael Angarone DO FIDSA, Associate Professor, Feinberg School of Medicine

Sylvie Romanowski, Professor emerita of French

20

AAUP-00091

katrina quisumbing king, Assistant Professor, Sociology, Weinberg College

Ariel Rogers, Associate Professor, Radio/Television/Film, School of Communication

Cynthia Robin, Professor, Anthropology, Weinberg College

Edward Malthouse, Professor, IMC and IEMS, Medill and McCormick

Mary Weismantel, Professor, Anthropology, Weinberg College

Zach Wood–Doughty, Assistant Professor of Instruction, Computer Science, McCormick

Anonymous (Weinberg)

Lakshmi Padmanabhan, Assistant Professor, School of Communication

Yusra Cheema, Assistant Professor, Department of Medicine, Feinberg School of Medicine

Theresa L. Walunas, Associate Professor, Medicine, Feinberg School of Medicine

Adia Benton, Associate Professor, Anthropology, Weinberg College

Stephanie Lipscomb Teterycz, Senior Director, Trienens Institute

Anonymous (Pritzker)

JJ Johnson, Pathology, Dermatology, Medical Social Sciences

Haley Bowen, Assistant Professor, History, Weinberg College

Anonymous (School of Communication)

21

AAUP-00092

Anonymous (Weinberg)

Alona Furmanchuk, Research Asst. Prof., Medicine, Feinberg School of Medicine

Caitlin Fitz, Associate Professor of History, Weinberg College

Neil Golden, Sr. Lecturer, Medill School of Integrated Marketing Communications

Daniel Galvin, Professor, Political Science, Weinberg College

Jennifer Bierman, Professor of Medicine, Feinberg

Baron Reed, Professor, Philosophy, Weinberg

Herbert N. Beller, Professor of Practice Emeritus, Pritzker School of Law

Aashish Didwania, Professor, Medicine

Ingrid Zeller, Professor, German Department, Weinberg College

Megan Baker, Assistant Professor, Anthropology, Weinberg College

Ana Arjona, Associate Professor, Political Science, Weinberg College

Anonymous (McCormick)

Sanjiv Shah, Professor, Medicine/Cardiology, Feinberg

Kate Masur, Professor, History, Weinberg

Carol Haywood, Assistant Professor, Department of Medical Social Sciences, Feinberg

Nausheen Akhter, Associate Professor of Medicine, Feinberg School of Medicine

22

AAUP-00093

Daniel Arango, Assistant Professor, Department of Pharmacology

Jill Wilson, Professor of Instruction, McCormick School of Engineering

Elizabeth Son, Associate Professor, Theatre, School of Communication

Nina Gurianova, Professor, Russian and Comparative Literature Studies, Weinberg College

Thrasyvoulos Pappas, Professor, ECE

Quinn Mulroy, Assistant Professor, School of Education & Social Policy

Anonymous (Weinberg)

Andreas Waechter, Professor, Industrial Engineering & Management Sciences, McCormick

Anonymous (McCormick)

LaShandra Sullivan, Associate Professor, Anthropology, Weinberg College

Rachel OConor, Assistant Professor, Feinberg School of Medicine

Anonymous (Feinberg)

David Gatchell, Clinical Professor, Segal Design Institute, McCormick School of Engineering and Applied Science

Stephanie Eisenbarth, Professor, Department of Medicine, Feinberg School of Medicine

Robert Murphy, Professor, Department of Medicine (Infectious Diseases), Feinberg School of Medicine

23

AAUP-00094

Tom Wolff, Research Assistant Professor, Medical Social Sciences, Feinberg

Anonymous (McCormick)

Daniel Evans, Associate Professor of Medicine, Feinberg

Mérida M. Rúa, Professor, Latina and Latino Studies, Weinberg College

Anonymous (Feinberg)

Anonymous (School of Communication)

Rachel Kornfield, Assistant Professor, Feinberg

Anonymous (McCormick)

Megan Hyska, Assistant Professor, Philosophy, Weinberg College

Anonymous (Feinberg)

Jeremy O'Sullivan, Research Assistant Professor, Division of Allergy and Immunology, Feinberg School of Medicine

Chloe Thurston, Associate Professor, Political Science, Weinberg College

Anonymous (Weinberg)

Anonymous (Weinberg)

Steven Morrison, Professor, Music Education, Bienen School of Music

Claudia Yau, Assistant Professor, Philosophy, Weinberg College

Betina Yanez, Associate Professor, Feinberg School of Medicine

24

AAUP-00095

David Shyovitz, Assoc. Prof. of History, Weinberg College

Kathleen J Green, Professor, Pathology and Dermatology, Feinberg

Matthew Goldrick, Professor, Linguistics, Weinberg College

Lincoln Quillian, Professor, Sociology, Weinberg College

Neil Verma, Associate Professor, Radio/TV/Film, School of Communication

Mary McGrath, Assistant Professor, Political Science, Weinberg College

Ryan Truby, Assistant Professor, Materials Science and Engineering, Mechanical Engineering

Jose Medina, Walter Dill Scott Professor, Philosophy, Weinberg College

Rachel Amdur, Assistant Professor, Medicine, Feinberg School of Medicine

Beatriz O. Reyes, Assistant Professor of Instruction, Global Health Studies Program

Anonymous (Kellogg)

Teresa H Horton, Associate Professor of Research, Anthropology, Weinberg College

Benjamin Singer, MD, Associate Professor, Feinberg

Anonymous (Weinberg)

Anonymous (Feinberg)

Fei Li Kuang, Assistant Professor, Allergy and Immunology, Feinberg School of Medicine

AAUP-00096

Anonymous (Weinberg)

Emily Maguire, Associate Professor, Spanish and Portuguese, WCAS

Will Reno, Professor, Political Science, Weinberg

Kelly Bachta, Assistant Professor, Department of Medicine, Division of Infectious Diseases

Ty Blakeney, Assistant Professor, French and Italian

Emily Esposito, Postdoctoral Scholar, MSS, Feinberg

Eric Zaslow, Henry S. Noyes Chair in Mathematics, Mathematics, Weinberg College

Paul Umbanhowar, Research Professor, Mechanical Engineering, McCormick School of Engineering

Annette D'Onofrio, Associate Professor, Linguistics, Weinberg College

Alexandra Psihogios, Assistant Professor, Medical Social Sciences, Feinberg

Anonymous, Weinberg College

Anonymous, Feinberg

Aaron Godwin, Assistant Professor of Instruction, Theatre, School of Communication

Helen Thompson, Professor, English, Weinberg College

Anonymous, Associate Professor, Medical Social Sciences

Bruce Henschen, Associate Professor, Feinberg School of Medicine

AAUP-00097

Marquita Lewis, Assistant Professor Feinberg School of Medicine

Peter Slevin, Professor, Medill

Elizabeth Anne Scharle, Assistant Professor, Feinberg School of Medicine

Carole Silver, Professor of Global Law & Practice, Emerita

André de Gouvêa, Professor, Physics and Astronomy, Weinberg College

Amy Partridge, Assoc. Prof. of Instruction, Weinberg College

Cecilia Berin, Professor of Medicine, Feinberg School of Medicine

Robert Weinstock, Clinical Associate Professor of Law, Pritzker School of Law

Frances R. Aparicio, Professor Emerita, Latina and Latino Studies Program, Weinberg College

William A. Muller, MD, PhD, Professor, Pathology, Feinberg School of Medicine

Jeffrey A. Linder, Professor of Medicine, Feinberg School of Medicine

Ciaran Kohli-Lynch, Preventive Medicine, Feinberg School of Medicine

César Hoyos Álvarez, Assistant Professor of Instuction, Spanish and Portuguese, Weinberg College

Alexander Misharin, Associate Professor, Feinberg School of Medicine

Benette Phillips, Research Assistant Professor, Lurie Cancer Center

Katharine Breen, Professor, English, Weinberg College

Christine Schaeffer, Associate Professor, Medicine, Feinberg School of Medicine

27

AAUP-00098

Michael Maltenfort, Assistant Professor of Instruction, Weinberg College Advising and Mathematics

Noah Chaskin, Assistant Professor of Instruction, English, Weinberg College

Ava Thompson Greenwell, Professor, Medill

Anonymous (School of Communication)

Daniel Majchrowicz, Associate Professor, Asian Languages and Cultures, Weinberg College

Shelby Hatch, Associate Professor of Instruction, Weinberg College

Eli Kean, Assistant Professor of Instruction, Gender and Sexuality Studies, Weinberg College

Anonymous (Weinberg)

Anonymous (School of Communication)

Leonard L. Riskin, Visiting Prof., Pritzker School of Law

Lauren Clark, Core Scientist, Center for Synthetic Biology

Anonymous (SESP)

Anonymous (Center for Synthetic Biology)

Anonymous (SESP)

Caitlin Musil, Research Technician, Feinberg School of Medicine

Cuong Nguyen, Assistant Professor, Dermatology, Feinberg School of Medicine

AAUP-00099

Andrew Tout, Assistant Professor, Medicine, Feinberg School of Medicine

Lisa Del Torto, Professor of Instruction, Cook Family Writing Program, Weinberg College

Andrew Rivers, Professor of Instruction, Physics and Astronomy, Weinberg Collge

Jeffrey Lopez, Assistant Professor, Chemical and Biological Engineering, McCormick

Laura Hein, Professor History, WCAS

William N. West, Professor, English, Classics, and Comparative Literary Studies, WCAS

Anonymous (Weinberg)

Morgan Thompson, Assistant Professor, Philosophy, Weinberg College

Edward Muir, Clarence L. Ver Steeg Professor in the Arts and Science, History, Weinberg College

James O'Laughlin, Associate Professor of Instruction, Cook Family Writing Program, Weinberg College

Julia Yoshino Benavente, Research Assistant Professor, Medicine, Feinberg School of Medicine

David Boyk, Associate Professor of Instruction, Asian Languages and Cultures, Weinberg College

Katie Risseeuw, Preservation Librarian, University Libraries

Elizabeth Addington, Assistant Professor, Medical Social Sciences, Feinberg

29

AAUP-00100

Anonymous (Feinberg)

Anonymous (Feinberg)

Scott Durham, Associate Professor, French and Italian, Weinberg College

Annie Howard, English Department, Weinberg College

Matt Easterday, Associate Professor, School of Education and Social Policy

Brianna Borger, Assistant Professor of Instruction, Theatre, School of Communication

Anthony S. Chen, Associate Professor, Sociology and Political Science, Weinberg College

Sherwin Ovid, Assistant Professor of Instruction, ATP, Weinberg College

Martina Kerlova, Professor of Instruction, German, WCAS

Corey Byrnes, Associate Professor, Kaplan, Asian Languages and Cultures, Comparative Literary Studies

Lizzie Burslem, Lecturer, Mathematics, Weinberg College

Paul Gillingham, Professor, History, Weinberg College

Ronald T. Ackermann, Professor of Medicine, Feinberg School of Medicine

Wei Chen, Professor, Mechanical Engineering, McCormick

J.-F. Gaillard, Professor, Civil and Environmental Engineering, McCormick

Paul Gillingham, Professor, History, Weinberg College

AAUP-00101

Anonymous (McCormick)

Helen B. Schwartzman Professor Emerita of Anthropology, Weinberg College

Paloma Martinez, Assistant Professor, Radio, TV and Film, School of Communication

Aparna Gupta, Assistant Professor, Feinberg

Gary Martin M.D., Professor of Medicine, Feinberg

David Liebovitz, Associate Professor of Medicine, Feinberg School of Medicine

Dominic Fullenkamp, Assistant Professor, Feinberg School of Medicine

Deborah Douglas, Senior Lecturer, Medill

Felicia D Henderson, Associate Professor, Radio/Television/Film, School of Communication

Anonymous (Feinberg)

Stephen Persell, Professor, Medicine, Feinberg

Heather Colburn, Professor of Instruction, Spanish & Portuguese, Weinberg

Ranya Sweis, Professor of Medicine/Cardiology, Feinberg SOM.

Juned Siddique, Professor, Preventive Medicine, Feinberg School of Medicine

Robert Anthony Ward, Assistant Professor, Cook Family Writing Program, Weinberg College

Alex Birdwell, Assoc. Prof. of Instruction, Segal Design Institute, McCormick

31

AAUP-00102

Sarah Chuzi, Assistant Professor of Medicine at NU Feinberg

Nabil Issa, MD, Professor of Surgery and Medical Education, Feinberg School of Medicine

Carol Saltoun, Associate Professor, Feinberg

Lucia Stein-Montalvo, Assistant Professor, Civil and Environmental Engineering, McCormick

Alison Flaum, Clinical Professor, Pritzker School of Law

Jon Ziomek, associate professor emeritus, Medill School

Lydia Barnett, Associate Professor, History, WCAS

Michael Certo, Assistant Professor of Pediatrics, Feinberg School of Medicine

Miriam White, Professor, Radio/TV/Film, School of Communication

Anonymous (Feinberg)

Brenna Argall, Professor, Mechanical Engineering, Computer Science, and Physical Medicine & Rehabilitation, McCormick and Feinberg

Ceci Rodgers, professor, Medill School of Journalism,

Ana Maria Acosta, Professor, Physical Therapy and Human Movement Sciences, Feinberg School of Medicine

AAUP-00103

# EXHIBIT 70

**8451**

| | |
|---|---|
| **Federal Register** | **Presidential Documents** |
| Vol. 90, No. 19 | |
| Thursday, January 30, 2025 | |

Title 3—

The President

**Executive Order 14161 of January 20, 2025**

**Protecting the United States From Foreign Terrorists and Other National Security and Public Safety Threats**

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the Immigration and Nationality Act (INA), 8 U.S.C. 1101 *et seq.,* and section 301 of title 3, United States Code, it is hereby ordered:

**Section 1**. *Policy and Purpose.* (a) It is the policy of the United States to protect its citizens from aliens who intend to commit terrorist attacks, threaten our national security, espouse hateful ideology, or otherwise exploit the immigration laws for malevolent purposes.

(b) To protect Americans, the United States must be vigilant during the visa-issuance process to ensure that those aliens approved for admission into the United States do not intend to harm Americans or our national interests. More importantly, the United States must identify them before their admission or entry into the United States. And the United States must ensure that admitted aliens and aliens otherwise already present in the United States do not bear hostile attitudes toward its citizens, culture, government, institutions, or founding principles, and do not advocate for, aid, or support designated foreign terrorists and other threats to our national security.

**Sec. 2**. *Enhanced Vetting and Screening Across Agencies.*

(a) The Secretary of State, in coordination with the Attorney General, the Secretary of Homeland Security, and the Director of National Intelligence, shall promptly:

(i) identify all resources that may be used to ensure that all aliens seeking admission to the United States, or who are already in the United States, are vetted and screened to the maximum degree possible;

(ii) determine the information needed from any country to adjudicate any visa, admission, or other benefit under the INA for one of its nationals, and to ascertain whether the individual seeking the benefit is who the individual claims to be and that the individual is not a security or public-safety threat;

(iii) re-establish a uniform baseline for screening and vetting standards and procedures, consistent with the uniform baseline that existed on January 19, 2021, that will be used for any alien seeking a visa or immigration benefit of any kind; and

(iv) vet and screen to the maximum degree possible all aliens who intend to be admitted, enter, or are already inside the United States, particularly those aliens coming from regions or nations with identified security risks.

(b) Within 60 days of the date of this order, the Secretary of State, the Attorney General, the Secretary of Homeland Security, and the Director of National Intelligence shall jointly submit to the President, through the Assistant to the President for Homeland Security, a report:

(i) identifying countries throughout the world for which vetting and screening information is so deficient as to warrant a partial or full suspension on the admission of nationals from those countries pursuant to section 212(f) of the INA (8 U.S.C. 1182(f)); and

(ii) identifying how many nationals from those countries have entered or have been admitted into the United States on or since January 20,

AAUP-01486

**8452**    **Federal Register** / Vol. 90, No. 19 / Thursday, January 30, 2025 / Presidential Documents

2021, and any other information the Secretaries and Attorney General deem relevant to the actions or activities of such nationals since their admission or entry to the United States.

(c) Whenever information is identified that would support the exclusion or removal of any alien described in subsection 2(b), the Secretary of Homeland Security shall take immediate steps to exclude or remove that alien unless she determines that doing so would inhibit a significant pending investigation or prosecution of the alien for a serious criminal offense or would be contrary to the national security interests of the United States.

**Sec. 3**. *Additional Measures to Protect the Nation.* As soon as possible, but no later than 30 days from the date of this order, the Secretary of State, in coordination with the Attorney General, the Secretary of Homeland Security, and the Director of National Intelligence, shall also:

(a) Evaluate and adjust all existing regulations, policies, procedures, and provisions of the Foreign Service Manual, or guidance of any kind pertaining to each of the grounds of inadmissibility listed in sections 212(a)(2)–(3) of the INA (8 U.S.C. 1182(a)(2)–(3)), to ensure the continued safety and security of the American people and our constitutional republic;

(b) Ensure that sufficient safeguards are in place to prevent any refugee or stateless individual from being admitted to the United States without undergoing stringent identification verification beyond that required of any other alien seeking admission or entry to the United States;

(c) Evaluate all visa programs to ensure that they are not used by foreign nation-states or other hostile actors to harm the security, economic, political, cultural, or other national interests of the United States;

(d) Recommend any actions necessary to protect the American people from the actions of foreign nationals who have undermined or seek to undermine the fundamental constitutional rights of the American people, including, but not limited to, our Citizens' rights to freedom of speech and the free exercise of religion protected by the First Amendment, who preach or call for sectarian violence, the overthrow or replacement of the culture on which our constitutional Republic stands, or who provide aid, advocacy, or support for foreign terrorists;

(e) Ensure the devotion of adequate resources to identify and take appropriate action for offenses described in 8 U.S.C. 1451;

(f) Evaluate the adequacy of programs designed to ensure the proper assimilation of lawful immigrants into the United States, and recommend any additional measures to be taken that promote a unified American identity and attachment to the Constitution, laws, and founding principles of the United States; and

(g) Recommend any additional actions to protect the American people and our constitutional republic from foreign threats.

**Sec. 4**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

AAUP-01487

**Federal Register** / Vol. 90, No. 19 / Thursday, January 30, 2025 / Presidential Documents    **8453**

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 20 2025.*

[FR Doc. 2025–02009
Filed 1–29–25; 8:45 am]
Billing code 3395–F4–P

AAUP-01488

# EXHIBIT 71

**8847**

**Federal Register**

Vol. 90, No. 21

Monday, February 3, 2025

# Presidential Documents

Title 3—

**The President**

**Executive Order 14188 of January 29, 2025**

## Additional Measures To Combat Anti-Semitism

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

**Section 1**. *Purpose.* My Administration has fought and will continue to fight anti-Semitism in the United States and around the world. On December 11, 2019, I issued Executive Order 13899, my first Executive Order on Combating Anti-Semitism, finding that students, in particular, faced anti-Semitic harassment in schools and on university and college campuses. Executive Order 13899 provided interpretive assistance on the enforcement of the Nation's civil rights laws to ensure that they would protect American Jews to the same extent to which all other American citizens are protected. The prior administration effectively nullified Executive Order 13899 by failing to give the terms of the order full force and effect throughout the Government. This order reaffirms Executive Order 13899 and directs additional measures to advance the policy thereof in the wake of the Hamas terrorist attacks of October 7, 2023, against the people of Israel. These attacks unleashed an unprecedented wave of vile anti-Semitic discrimination, vandalism, and violence against our citizens, especially in our schools and on our campuses. Jewish students have faced an unrelenting barrage of discrimination; denial of access to campus common areas and facilities, including libraries and classrooms; and intimidation, harassment, and physical threats and assault. A joint report by the House Committees on Education and the Workforce, Energy and Commerce, Judiciary, Oversight and Accountability, Veterans' Affairs, and Ways and Means calls the Federal Government's failure to fight anti-Semitism and protect Jewish students ''astounding.'' This failure is unacceptable and ends today.

**Sec. 2**. *Policy.* It shall be the policy of the United States to combat anti-Semitism vigorously, using all available and appropriate legal tools, to prosecute, remove, or otherwise hold to account the perpetrators of unlawful anti-Semitic harassment and violence.

**Sec. 3**. *Additional Measures to Combat Campus Anti-Semitism.* (a) Within 60 days of the date of this order, the head of each executive department or agency (agency) shall submit a report to the President, through the Assistant to the President for Domestic Policy, identifying all civil and criminal authorities or actions within the jurisdiction of that agency, beyond those already implemented under Executive Order 13899, that might be used to curb or combat anti-Semitism, and containing an inventory and analysis of all pending administrative complaints, as of the date of the report, against or involving institutions of higher education alleging civil-rights violations related to or arising from post-October 7, 2023, campus anti-Semitism.

(b) The report submitted by the Attorney General under this section shall additionally include an inventory and an analysis of all court cases, as of the date of the report, against or involving institutions of higher education alleging civil-rights violations related to or arising from post-October 7, 2023, campus anti-Semitism and indicate whether the Attorney General intends to or has taken any action with respect to such matters, including filing statements of interest or intervention.

(c) The Attorney General is encouraged to employ appropriate civil-rights enforcement authorities, such as 18 U.S.C. 241, to combat anti-Semitism.

AAUP-01489

(d) The report submitted by the Secretary of Education under this section shall additionally include an inventory and an analysis of all Title VI complaints and administrative actions, including in K–12 education, related to anti-Semitism—pending or resolved after October 7, 2023—within the Department's Office for Civil Rights.

(e) In addition to identifying relevant authorities to curb or combat anti-Semitism generally required by this section, the Secretary of State, the Secretary of Education, and the Secretary of Homeland Security, in consultation with each other, shall include in their reports recommendations for familiarizing institutions of higher education with the grounds for inadmissibility under 8 U.S.C. 1182(a)(3) so that such institutions may monitor for and report activities by alien students and staff relevant to those grounds and for ensuring that such reports about aliens lead, as appropriate and consistent with applicable law, to investigations and, if warranted, actions to remove such aliens.

**Sec. 4**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 29, 2025.*

[FR Doc. 2025–02230
Filed 1–31–25; 11:15 am]
Billing code 3395–F4–P

AAUP-01490

# EXHIBIT 72

 Board of Trustees Chair Letter (2025-04-04)

TO:      Mr. Peter Barris, Chair, and Members of Northwestern's Board of Trustees
FR:      Concerned Faculty, Northwestern University

**Add your signature**                                    18 March 2025

Dear Mr. Barris and members of Northwestern's Board of Trustees:

We are an ad hoc group of concerned Northwestern faculty and we write to request that the Board of Trustees add consultations with faculty, students, and staff to your deliberations during this emergency. We would like an opportunity to brief members of the Board about how the current threats to higher education, civil liberties, and democratic institutions in the United States and beyond are affecting our campus community. The stakes of this moment are high for us all and we need to pull together.

Many of you have invested deeply in Northwestern over the years. We have too. Many of us began our careers here and have spent decades building programs, directing departments, chairing committees, and doing our part to make Northwestern a premier institution in STEM fields, education, medical research, humanities and the arts, the social sciences, journalism, and law, among other fields. We are deliberately working to bridge schools and disciplines because we know Northwestern is greater than the sum of its parts.

In advance of briefings, we want to share our diagnosis of the current situation.

**1. There is no time to lose:** The new administration is taking steps that are intended to radically destabilize the foundations of higher education in this country.[1] It takes decades to build first-rate programs of the kind Northwestern has in abundance. When crucial funding and staff are cut on so many fronts simultaneously – as this administration is doing – it can serve only one purpose: to destroy precious repositories of knowledge, expertise, and public goods. Historically, we know that when autocratic leaders have targeted their own universities, it has only weakened democracies and exacerbated or re-entrenched inequalities. We see this happening already.

**2. Young people need us:** We teach our students to wrestle with big questions and societal challenges, placing these in historical context and tying them to debates at the cutting edge of different fields. We have a responsibility as educators to support critical inquiry, engage with multiple perspectives, and explore different knowledge systems, past and present. Given our role in training teachers, doctors, psychologists, counselors, coaches and many others, disruptions to universities have immediate and widespread effects on our society, including K-12 systems.

**3. We must speak with one voice in defense of our freedoms:** The Trump administration is breaking laws and trampling on governing norms as fast as possible because they know legal challenges and court proceedings move slowly. On February 4th, Georgetown law professor David Super made this point to a *Washington Post* reporter: "So many of these [administrative actions] are so wildly illegal that I think they're playing a quantity game and assuming the system can't react to all this illegality all at once." Ruth Ben-Ghiat, a historian of fascism at New York University, stated that "We're in a real emergency situation for our democracy."[2]

Northwestern is one of several thousand universities and colleges in the United States. Our collective goal should be to defend our freedoms and call out illegalities as if our lives, and so many others, depend on it, because they do. Malicious and bad faith attacks – on faculty, students, staff, our president, our provost, our research, and our

AAUP-00017

 Board of Trustees Chair Letter (2025-04-04)

**4. We must not repeat myths or falsehoods:** US universities have an unparalleled breadth of intellectual opinion and are home to diverse constituencies. Yet, as most of us know, things were once much more homogeneous. It took decades of effort and social struggle to make universities more representative of and responsive to the needs of our society. In doing so, universities have played a crucial role in building more tolerant and equitable communities. What we are seeing now is a backlash of *intolerance* and *exclusion*, designed to intimidate and silence a plurality of perspectives and debate itself. Universities provide a necessary antidote to false claims because we endorse debate.

**5. We must protect those who stand for human rights and peace:** We would never expect members of the Board of Trustees to have uniform opinions since we ourselves disagree on points of substance. We do expect Board members to share our concern when constitutional and human rights are objectively under attack. Students, staff, and faculty at Northwestern have mobilized on various social, environmental, and geopolitical issues for decades. These campaigns have sought to extend human rights, redress past and ongoing wrongs, and ensure viable futures for all. Serious problems on all fronts will only get worse if US universities comply with draconian directives to arrest, expel, deport, or fire those who dissent from government policies. These directives are anathema to the values and mission of our University.

We hope that in this moment of crisis, you will make the time to hear from representative delegations and begin to exchange strategies on what we can do to sustain the vibrant intellectual community at Northwestern.

CC:      President Michael Schill
         Provost Kathleen Hagerty
             Bryan Brayboy, Dean, School of Education and Social Policy
         Adrian Randolph, Dean, Weinberg College of Liberal Arts
             Francesca Cornelli, Dean, Kellogg School of Business
         E. Patrick Johnson, Dean, School of Communications
         Kelly Mayo, Dean, The Graduate School
         Marwan Kraidy, Dean, Northwestern University in Qatar
         Jonathan Bailey Holland, Dean, Bienen School of Music
         Eric Neilson, Dean, Feinberg School of Medicine
         Hari Osofsky, Dean, Pritzker School of Law
         Christopher Schuh, Dean, McCormick School of Engineering
         Charles Whitaker, Dean, Medill School of Journalism
         Xuemao Wang, Dean of Libraries

## Add your signature

Helen Tilley, Associate Professor, History, Anthropology (courtesy), and Law (courtesy)
Shirin Vossoughi, Associate Professor of Learning Sciences, School of Education & Social Policy
Martha Biondi, Professor, Black Studies and History
Leslie Harris, Professor, History and Black Studies
Luis A. Nunes Amaral, Professor, ESAM, McCormick School of Engineering
katrina quisumbing king, Assistant Professor, Sociology
Sheila Bedi, Clinical Professor of Law, Pritzker School of Law
Jorge Coronado, Professor, Spanish and Portuguese
Kate Masur, Professor, Department of History
Michelle Birkett, Associate Professor, Medical Social Sciences
Daisy Hernández, Associate Professor, English
Peter Sporn, Professor of Medicine, Feinberg School of Medicine
Elizabeth Shakman Hurd, Professor of Religious Studies and Political Science
Joanna Grisinger, Associate Professor of Instruction, Legal Studies
Megan Bang, Professor of Learning Sciences, School of Education and Social Policy

AAUP-00018

 Board of Trustees Chair Letter (2025-04-04)

Michael Peshkin, Professor, Mechanical Engineering
Namratha Kandula, Professor of Medicine, Feinberg School of Medicine
Sean Hanretta, Associate Professor, History
Sarah Schulman, Professor, English
Vilna Bashi, William and Cathy Osborne Professor, Sociology
Kevin Boyle, Professor, History
Shayna Silverstein, Associate Professor, Performance Studies
Barnor Hesse, Associate Professor, Black Studies
D. Soyini Madison, Professor Emeritus, Department of Performance Studies
Jessica Winegar, Professor, Anthropology and Middle East and North African Studies
Nick Davis, Associate Professor, English and Gender & Sexuality Studies
Susan Pearson, Professor of History
Dotun Ayobade, Associate Professor, Performance Studies/Black Studies
Adia Benton, Associate Professor, Anthropology
Rebecca Johnson, Associate Professor of English and Middle East and North African Studies
Tristram Wolff, Associate Professor, English & Comparative Literary Studies
Anonymous, Black Studies and Gender and Sexuality Studies
Krista Thompson, Professor, Art History
Megan Baker, Assistant Professor, Anthropology
Ji-Yeon Yuh, Associate Professor, History and Asian American Studies
Keith Woodhouse, Associate Professor, History
Paul Ramírez, Associate Professor, History and Religious Studies (courtesy)
Lauren Stokes, Associate Professor, History
Wendy Pearlman, Jane Long Professor of Arts and Sciences, Political Science
Michael Rakowitz, Professor, Art Theory and Practice and Middle East North African Studies
Nasrin Qader, Associate Professor of French and Comparative Literature
Natalie Y Moore, Senior Lecturer and Director of Audio Programming, Medill
Mérida M. Rúa, Professor, Latina and Latino Studies
Helen Thompson, Professor, English
Tessie P. Liu, Professor, History and Gender & Sexuality Studies
Cynthia Coburn, Professor, SESP
Tabitha Bonilla, Associate Professor, Human Development & Social Policy and Political Science
Angela G. Ray, Associate Professor, Communication Studies
Brian Reiser, Orrington Lunt Professor of Learning Sciences, SESP
Laura Lackner, Associate Professor, Molecular Biosciences
Laura Beth Nielsen, Board of Lady Managers of the Columbian Exposition Chair, Professor of Sociology
Doris Garraway, Associate Professor, French and Italian
Laura Brueck, Professor, Asian Languages and Cultures and Comparative Literary Studies
Corey Byrnes, Associate Professor, Kaplan Institute for the Humanities, Asian Languages and Culture,
        Comparative Literary Studies
Jenna Christensen, Assistant Professor of Molecular Biosciences
Tara Fickle, Associate Professor, Asian American Studies
Robert L. Nelson, Professor, Sociology
Iñigo Manglano-Ovalle, Professor, Art Theory and Practice
Cynthia Robin, Professor, Anthropology
Shana Bernstein, Clinical Associate Professor, Legal Studies and American Studies
Emily Maguire, Associate Professor, Spanish and Portuguese
Benjamin Frommer, Associate Professor, Department of History
Jonathon Glassman, Professor Emeritus, History
Zach Nissen, Assistant Professor of Instruction, Anthropology

AAUP-00019

 Board of Trustees Chair Letter (2025-04-04)

LaShandra Sullivan, Associate Professor, Anthropology

Jeffrey A. Linder, MD, MPH, FACP, Michael A. Gertz Professor of Medicine and Chief, Division of General Internal Medicine

Sadie Wignall, Professor, Molecular Biosciences, and Director, Interdisciplinary Biological Sciences PhD program

Zachary Buchner, Assistant Professor of Instruction, Art Theory & Practice

Anonymous, Assistant Professor, Molecular Biosciences

Joe Feinglass, Research Professor of Medicine, Division of General Internal Medicine

Curt M. Horvath, Professor of Molecular Biosciences

Shelby Blythe, Assistant Professor, Molecular Biosciences

Diego Arispe-Bazán, Assistant Professor, Department of Anthropology

Steven Epstein, Professor of Sociology and John C. Shaffer Professor in the Humanities

Michael Kraus, Professor, Department of Psychology

Bennett Goldberg, Professor of Physics and Astronomy

Shalini Shankar, Professor, WCAS, Anthropology and Asian American Studies

Michelle M. Driscoll, Associate Professor, Physics & Astronomy

Robert Launay, Professor of Anthropology

AJ Christian, Professor, School of Communications

Kenzie A. Cameron, Professor of Medicine, Division of General Internal Medicine

Michael Anthony Turcios, Assistant Professor, Department of Radio/Television/Film; Center for Native American and Indigenous Research; Latina and Latino Studies Program

Santiago J. Molina, Assistant Professor, Sociology

Jen Munson, Assistant Professor, Learning Sciences, SESP

Beatriz O. Reyes, Assistant Professor of Instruction, Global Health Studies Program and NAIS minor

Megan Hyska, Assistant Professor, Philosophy

Hector Carrillo, Professor, Sociology and Gender and Sexuality Studies

Peter van Elswyk, Assistant Professor, Philosophy

Lisa Del Torto, Professor of Instruction, Cook Family Writing Program

Ray San Diego, Associate Professor of Instruction, Asian American Studies Program

S. B. West, Associate Professor of Instruction, Gender & Sexuality Studies, Spanish and Portuguese

Peter Locke, Professor of Instruction, Global Health Studies

Matthew O'Brien Associate Professor of Medicine and Preventive Medicine, Feinberg School of Medicine

Annalise Buth, Clinical Associate Professor, Pritzker School of Law

Cliff Zimmerman, Professor of Practice, Pritzker School of Law

Paul Gowder, Professor of Law, Pritzker School of Law

Alejandra Uslenghi, Associate Professor, Spanish & Portuguese - CLS

Melissa Simon, MD MPH, George H. Gardner MD Professor of Clinical Gynecology, Department of Obstetrics and Gynecology

Marc Sala, MD, Associate Professor, Pulmonary and Critical Care Medicine

Cybele Ghossein, Professor of Medicine - Feinberg school of Medicine

Cara J. Gottardi Pulmonary Medicine/Cell&Developmental Biology

Calvin Liang, School of Communication

Moya Bailey, Professor, Communication Studies

Galen Bodenhausen, Professor, Psychology

Aarati Didwania, Professor of Medicine, Feinberg School of Medicine

Alan R. Hauser, Professor, Feinberg School of Medicine

Becca Greenstein, STEM Librarian, University Libraries

Stacy Benjamin, Clinical Professor, Segal Design Institute

John Anderson, Senior Lecturer, Segal Design Institute

John Lake, Instructor, Segal Design Institute

AAUP-00020

 ## Board of Trustees Chair Letter (2025-04-04)

Stephanie Knezz, Associate Professor of Instruction, Chemistry

Lakshmi Padmanabhan, Assistant Professor, Department of Radio, TV, Film.

Emma Adam, Edwina S. Tarry Professor of Human Development and Social Policy, School of Education and Social Policy

Gregory Ward, Professor, Linguistics, Gender and Sexuality Studies, Philosophy (courtesy)

Frances R. Aparicio, Professor Emerita, Latina and Latino Studies Program

Cristina Lafont, Professor, Philosophy

Pascal Brixel, Assistant Professor, Philosophy

Claire Kirwin, Assistant Professor, Philosophy

Marcela A. Fuentes, Associate Professor, Performance Studies

Murali Prakriya, Professor of Pharmacology

Claudio Benzecry, Professor of Communication studies and Sociology

Aaron Shaw, Associate Professor, Communication Studies

Sepehr Vakil, Associate Professor, SESP

Kennetta Hammond Perry, Associate Professor, Black Studies and History

Allison Carroll, Assistant Professor, Psychiatry and Behavioral Sciences

Ava Thompson Greenwell, Professor, Medill

Karen M. Ridge, Professor of Medicine/Cell & Developmental Biology Feinberg School of Medicine

Deborah Douglas, Senior Lecturer and Director of the Medill Solutions Journalism Hub

Doug Kiel, Associate Professor, History

Samuel Weber, Avalon Professor of Humanities, German & CLS

Anonymous, Philosophy

Jonathan Moreira, Associate Professor, Feinberg School of Medicine

Jennifer Bierman, Professor of Medicine, Feinberg School of Medicine

Laura Hein, Professor of History

Alyson Carrel, Clinical Professor, Law

Jon Marshall, Associate Professor, Medill

Christian Petersen, Professor, Molecular Biosciences

Stephen Adam, Associate Professor, Cell and Developmental Biology

Mita Sanghavi Goel, MD, MPH, FACP, Professor of Medicine and Medical Education, Feinberg School of Medicine

Susanna A. McColley, Professor of Pediatrics in Pulmonary and Sleep Medicine

Priyanka Motaparthy, Clinical Professor of Law, Pritzker School of Law

Michael P. Angarone, Associate Professor, Feinberg School of Medicine

Andrea Lewis Hartung, Clinical Professor, Pritzker School of Law

Christine Percheski, Associate Professor of Sociology

Kyla Ebels-Duggan, Professor, Philosophy; Director, Brady Program in Ethics and Civic Life

Alfonso Mondragon, Professor, Molecular Biosciences

Amesika Nyaku, Assistant Professor, Feinberg School of Medicine

Brannon Ingram, Associate Professor, Religious Studies

Niall Mangan, Assistant Professor, ESAM, McCormick School of Engineering

Jennifer A. Jones, Associate Professor, Sociology

Jeremy Birnholtz, Professor, Communication Studies

Benjamin D. Singer, Lawrence Hicks Professor of Pulmonary Medicine, Department of Medicine, Feinberg School of Medicine

Karrie Snyder, Associate Professor of Instruction - Sociology

James Mahoney, Professor, Sociology and Political Science

Julia Behrman, Associate Professor of Sociology

Yingdan Lu, Assistant Professor, Communication Studies

Rebecca Ewert, Assistant Professor of Instruction, Sociology

AAUP-00021

 Board of Trustees Chair Letter (2025-04-04)

Ann Shola Orloff, Professor, Sociology and Political Science
Kate Weisshaar, Associate Professor, Sociology
Robert Weinstock, Clinical Associate Professor of Law, Pritzker Law School
Laura Pigozzi, Associate Professor of Instruction, Cook Family Writing Program
Duri Long, Assistant Professor, Communication Studies
Darren Gergle, Professor of Communication Studies and Computer Science (by courtesy)
Laurel Harbridge-Yong, Professor, Political Science
Eli Kean, Assistant Professor of Instruction, Gender & Sexuality Studies
Courtney Scherr, Associate Professor, Communication Studies
Lisandra Vila Ellis, Assistant Professor, Cell and Developmental Biology
Betty Tran, Associate Professor of Medicine, Feinberg School of Medicine
Jamie Carlstone, Associate Librarian, Northwestern Libraries
Linda A. Teplin, Owen L. Coon Professor of Psychiatry and Behavioral Sciences
Sara Thomas, Research Assistant Professor, Feinberg School of Medicine
Krishnan Warrior, Assistant Professor of Medicine, Feinberg School of Medicine
Mary Kwasny, Professor, Preventive Medicine
Judith Moskowitz, PhD, MPH, Vice Chair for Faculty Research, Feinberg School of Medicine
Sera Young, Professor of Anthropology
Thomas J Billard, Associate Professor, Communication Studies and Sociology (courtesy)
Christina Normore, Associate Professor, Art History
Marcelo Worsley, Karr Family Associate Professor, Learning Sciences and Computer Science
Almaz Mesghina, Assistant professor of instruction, Psychology
Brady Clark, Associate Professor of Instruction, Linguistics and WCAS Advising
Wendy Espeland, Professor, Sociology
Anonymous, Professor, Microbiology-Immunology
Mimi White, Professor, Radio/TV/Film
Milkie Vu, Assistant Professor, Preventive Medicine
Rajeev Kinra, Associate Professor, History, Comparative Literature, Middle East and North African Studies,
          Asian Languages and Cultures, and International Studies
Morgan Thompson, Assistant Professor, Philosophy
Shobha Mahadev, Clinical Professor of Law, Pritzker School of Law
Anonymous, Assistant Professor, Department of Medicine
Peter Slevin, Professor, Medill
Janice Radway, Walter Dill Scott Professor of Communication Emerita
Rosemary Bush, Associate Professor of Instruction, Earth, Environmental, and Planetary Sciences
Suzan van der Lee, Professor, Earth, Environmental, and Planetary Sciences
Lawrence Stuelpnagel, Clinical Associate Professor Medill/Political Science
Ashlee Humphreys, Professor, Medill School of Journalism, Media, and Integrated Marketing Communications
Brent E. Huffman, Professor, Medill School of Journalism
Caryn Ward, Professor, Medill
Michael A. Deas, Assistant Professor, Medill
Ajay K. Mehrotra, Professor of Law & History
Greg Wagner, Associate Professor, Mechanical Engineering
Gregory Phillips II, Associate Professor, Department of Medical Social Sciences
Jeremy Keys, Assistant Professor of Instruction, Mechanical Engineering
Manjot K Gill, Professor, Ophthalmology and Medical Education
Kathryn Macapagal, Associate Professor, Medical Social Sciences and Psychiatry
Malcolm A. MacIver, Professor, Mechanical Engineering, Biomedical Engineering
Reema Habiby, Associate Professor of Pediatrics
Lisa Wilsbacher, Associate Professor, Feinberg School of Medicine

AAUP-00022

 Board of Trustees Chair Letter (2025-04-04)

Douglas E Vaughan, Professor, Feinberg School of Medicine
Angira Patel MD MPH, Professor of Pediatrics and Medical Education, Feinberg School of Medicine
Carol Haywood, Assistant Professor, Medical Social Sciences
Shawn Smith, MD, Assistant Professor, Feinberg School of Medicine
Michael Beltran, Senior Lecturer, Mechanical Engineering
Magdalena Osburn, Associate Professor, Earth, Environmental, and Planetary Sciences
John W. Rudnicki, Professor, Mechanical Engineering and Civil and Environmental Engineering
Jeff Rice, Senior Lecturer Emeritus, Political Science
Angela Lee, Professor of Marketing, Kellogg School
Jesse Yeh, Assistant Professor of Instruction, Legal Studies
Doreen Weisenhaus, Associate Professor, Medill School of Journalism/Senior Lecturer, Pritzker School of Law,
Gianluca Cusatis, Professor, Department of Civil and Environmental Engineering, McCormick School of
        Engineering and Applied Science
Elizabeth Shogren, Associate Professor, Medill
Douglas Foster, Professor, Medill School
Josh Honn, Humanities and Prison Education Librarian, University Libraries
Eric Sirota, Clinical Associate Professor of Law, Pritzker School of Law
Igal Szleifer, Christina Enroth-Cugell Professor of Biomedical Engineering
Joshua Hauser, Professor, Department of Medicine
Thrasos Pappas, Professor, Electrical and Computer Engineering
Pablo L. Durango-Cohen, Associate Professor, Civil & Environmental Engineering
Wendy Murray, Professor, Departments of Biomedical Engineering and PM&R
Branden Ghena, Assistant Professor of Instructions, Computer Science
Zach Wood-Doughty, Assistant Professor of Instruction, Computer Science
Lynn Cohn, Clinical Professor, Pritzker School of Law
Nivedita Arora, Assistant Professor, Electrical and Computer Engineering & Computer Science, McCormick
Eleanor O'Rourke, Associate Professor of Computer Science and the Learning Sciences
Mahdi Hosseini, Associate Professor of Electrical and Computer Engineering
Hai Zhou, Professor of ECE and CS (courtesy), McCormick School of Engineering
Mark Sheldon, Distinguished Senior Lecturer Emeritus, Philosophy
Katrina T. Obleada, PhD, Assistant Professor in the Department of Psychiatry and Behavioral Health in
        Feinberg School of Medicine
David Gatchell, Clinical Professor of Engineering, Segal Design Institute, McCormick
Baron Reed, Professor, Philosophy
John Flaherty, Professor, Medicine (Infectious Diseases)
Matthew Grayson, Professor of Electrical & Computer Engineering, McCormick
James Bielo, Associate Professor of Religious Studies
Barry Wimpfheimer, Associate Professor, Religious Studies and Law
Ian Hurd, Professor, Political Science, and President-Elect of Faculty Senate
J Michelle Molina, Religious Studies and History
Robert Orsi, Religious Studies and History
Christine Helmer, Peter B. Ritzma Chair of Humanities, Professor, German and Religious Studies (courtesy)
Anna Parkinson, Associate Professor, Department of German
Erica Weitzman, Associate Professor, German and Comparative Literary Studies
Ian Horswill, Associate Professor of Computer Science
Jason Hartline, Professor, Computer Science
Kenneth D. Forbus, Walter P. Murphy Professor of Computer Science & Professor of Education (by courtesy)
Ivuoma Onyeador, Assistant Professor, Management & Organizations (Kellogg), Psychology (courtesy),
        Pritzker (courtesy)
Fabián E. Bustamante, Professor, Department of Computer Science

AAUP-00023

 Board of Trustees Chair Letter (2025-04-04)

Anonymous, Professor, Learning Sciences and Human Development and Social Policy
Cindy Wilson, Clinical Professor, Pritzker School of Law
William Reno, Professor of Political Science
Sally Nuamah, Associate Professor, SESP
Kyle Henry, Associate Professor, Radio Television Film
K O, Associate Professor, Director of Music Theater Area, School of Communications

Wendy Muchman, Professor of Practice, Northwestern University Pritzker School of Law
Ed Colgate, Professor, Mechanical Engineering
Tabitha Bonilla, Associate Professor, HDSP and Political Science
Sarah Cushman, Senior Lecturer, History
Lina Britto, Associate Professor, Department of History
Melissa Rosenzweig, Associate Professor of Instruction, Anthropology and EPC
Nicole Stephens Jeanne Brett Chair in Negotiations Professor of Management & Organizations
Annette D'Onofrio, Associate Professor, Linguistics
Quincy Thomas Stewart, Associate Professor, Sociology
Lauren Rivera, Professor of Management and Organizations, Kellogg School of Management
Anonymous, Department of Pediatrics, Division of Pulmonary and Sleep Medicine
Greg J. Beitel
J. Michelle Molina, Religious Studies
Susan Manning, Bergen Evans Professor in the Humanities
Kathleen Carmichael, Professor of Instruction, Cook Family Writing Program
Mark Hauser, Professor, Anthropology
Michael Certo, Assistant Professor of Pediatrics, Feinberg School of Medicine
Zayd Dohrn, Professor, Radio/TV/Film
William R. Leonard, Professor of Anthropology & Global Health Studies
Domietta Torlasco, Professor, French and Italian - CLS
Sarah M. Cushman, Senior Lecturer, History
Mark Sheldon, Distinguished Senior Lecturer Emeritus, Philosophy
Benjamin C. Owen, Associate Professor of Research, Chemistry

---

[1] In a *New York Times* interview on 10th March, Christopher Rufo said that the goal is to "put universities into recession, into declining budgets…in a way that puts them into an existential terror."

[2] During her interview on MSNBC (February 4), Ben-Ghiat referred to this administration's "obsessive haste to purge bureaucracy so quickly," as a *coup*. "I'm a historian of coups," she continued, "and I would use that word." Yale historian of fascism, Timothy Snyder, published his own article the next day headlined "Of Course It's a Coup – Miss the Obvious, Lose Your Republic."

[3] Scholars who study authoritarian leaders have explained that they flourish by invoking a mythic past that bears little resemblance to reality. Autocratic leaders will lie about their targets and repeat these lies until their followers and even opponents start speaking the same language and agreeing to falsehoods.

AAUP-00024

# EXHIBIT 73

# Curriculum Vitae

Bernhard Nickel · Harvard University

Spring 2025

## Address

207 Emerson Hall
Department of Philosophy
Harvard University
Cambridge, MA 02138

Email: bnickel@fas.harvard.edu
http://scholar.harvard.edu/bernhardnickel

## Academic Appointments

| | | |
|---|---|---|
| 2013 - | *Professor* | Department of Philosophy<br>Harvard University<br>Cambridge, MA |
| 2011 - 2013 | *Associate Professor* | Department of Philosophy<br>Harvard University<br>Cambridge, MA |
| 2006 - 2011 | *Assistant Professor* | Department of Philosophy<br>Harvard University<br>Cambridge, MA |
| 2005-2006 | *Instructor* | Department of Philosophy<br>Tufts University<br>Medford, MA |
| 2005-2006 | *Visiting Scholar* | Department of Linguistics and Philosophy<br>MIT<br>Cambridge, MA |

## Education

| | | |
|---|---|---|
| 2000 - 2005 | MIT<br>Ph.D. in Philosophy | |
| 1995-1999 | Cornell University<br>B.A. in Philosophy and College Scholar | |

AAUP-00154

# Publications

Nickel, B. "Semantics for Characterizing Sentences". In J. Gajewski, V. Hacquard, B. Nickel, and S. Yalcin, eds., *Recent Work on Modality*, 123–147 (Cambridge, MA: MIT Press, 2006).

—. "Against Intentionalism". *Philosophical Studies*, 136(3), (2007), 279–304.

—. "Generics and the Ways of Normality". *Linguistics and Philosophy*, 31(6), (2008), 629–648.

—. "*Ceteris Paribus Laws*: Generics and Natural Kinds". *Philosophers' Imprint*, 10(6), (2010a), 1–25.

—. "Generic Comparisons". *Journal of Semantics*, 27(2), (2010b), 207–42.

—. "Generically Free Choice". *Linguistics and Philosophy*, 33(6), (2010c), 479–512.

—. "How General Do Theories of Explanation Need to Be?" *Noûs*, 44(6), (2010d), 305–328.

—. "Philosophy of Language". In *Oxford Bibliographies Online: Linguistics* (Oxford: Oxford UP, 2012a).

—. "Plurals". In G. Russell and D. G. Fara, eds., *The Routledge Handbook of Philosophy of Language*, 392–408 (New York: Routledge, 2012b).

—. "Saying and Doing: The Role of Semantics in the Use of Generic Sentences". *Canadian Journal of Linguistics*, 57(2), (2012c), 289–302.

—. "*Dutchmen are Good Sailors*: Generics and Gradability". In A. Mari, C. Beyssade, and F. D. Prete, eds., *Genericity*, 390–405 (Oxford, UK: Oxford UP, 2013a).

—. "Dynamics, Brandom-Style". *Philosophical Studies*, 162(2), (2013b), 333–354.

—. "The Role of Kinds in the Semantics of *Ceteris Paribus* Laws". *Erkenntnis*, 79, (2014), 1729–1744.

—. "Explanatory Strategies in Linguistic Practice". In C. Kendig, ed., *Natural Kinds and Classification in Scientific Practice* (Routledge, 2015).

—. *Between Logic and the World* (Oxford: Oxford UP, 2016).

—. "Generics". In B. Hale, A. Miller, and C. Wright, eds., *The Blackwell Companion to the Philosophy of Language, 2nd Edition* (Blackwell, 2017).

—. "Generics, Conservativity, and Kind-Subordination". *Philosophers' Imprint*, 18(13), (2018a), 1–18.

—. "Ways of Normality: Reply to Hoeltje". *Linguistics and Philosophy*, 41(3), (2018b), 289–293.

# Teaching

## Awards and Grants

- Named one of the favorite professors of the Harvard class of 2011, 2022.
- Harvard Initiative for Learning and Teaching Grant to transform an introductory course into a team-based-learning methodology ($8000), 2017.
- Star Family Award for Excellence in Advising, 2018.

AAUP-00155

## Dissertation Committees

(* denotes current)

 

## Senior Theses Supervised

 

# Service

## Department Chair

- AY 2022–25

## Chair of Graduate Admissions Committee

- AY 2010–11
- AY 2012–13
- AY 2013–14

- AY 2022–23

- AY 2024–25

## Director Of Undergraduate Studies

- AY 2014–15
- AY 2015–16
- AY 2017–18

- AY 2018–19
- AY 2019–20
- AY 2020–21

## Other Service

- Member of the executive board, PIKSI Boston: 2015–current

- Member of the Education Policy Committee's subcommittee on evaluating teaching, AY 2017–18.

- Chairperson of the Committee on Course Registration, Harvard University, 2018/19–2021/22

- Member of the Standing Committee on General Education, Harvard University, 2018/19

*3*

AAUP-00156

# EXHIBIT 74

# Syllabus for PHIL 148r
# Spring 2025

January 24, 2025

## 1   The Topic

The course centers on generic generalizations or generics for short. These are generalizations that describe kinds of things and that do not have any explicit indication about how widely they apply, such as.

(1)  Ravens are black.

(2)  Tigers have stripes.

(3)  Lions have manes.

(4)  Lions give birth to live young.

These contrast with explicitly quantified claims, such as the following.

(5)  All students work hard.

(6)  Some students work hard.

(7)  28% of students work hard.

(8)  Few students work hard.

Below is a somewhat narrative schedule of meetings and readings. We'll meet once a week on Wednesdays from 3-5pm in Emerson 310 (the Tanner Room), except at the end of the term when we will have student presentations of their research topics. For these last two meetings, we might meet somewhat longer so that every student can give a presentation and get some feedback.

## 2   Schedule of Meetings and Readings

### 2.1   *Starting Out*

**Meeting 01: Wed, 01/29/2025**
**Overview**

The first meeting of the class will be an overview of the mechanics of the course and of some of the main issues we'll be looking at. If you have the time, read the Stanford Encyclopedia article on Generics. If you can do that and still have time, start reading the introduction to *Generic Book* from 1995.

The study of generics has a somewhat striking history. It began in the late 70s with Greg Carlson's dissertations on generics (Carlson, 1977), and then saw only sporadic work for the next almost 20 years.

1

AAUP-00196

Then the *Generic Book*, an anthology of various papers on generics, came out and completely invigorated the study of generics in both linguistics and philosophy, not least because several of the editors of the book (mostly Manfred Krifka), wrote a 100+ page introduction to the volume that was a pretty brilliant synthesis and overview of the state of the art at that time, together with some fairly bold hypotheses (Krifka et al., 1995). I can tell you that when I started thinking about generics in graduate school in the early 2000s, that introduction was pretty much the starting and end point of thinking about generics. While the field has certainly moved on, you can still see the traces of the impact that this introduction had on the field.

So if you have some free time, start reading the introduction to the generic book. But to be clear, none of the readings this week is required, unlike in future weeks.

### 2.2  *Semantic Approaches*

The next several meetings will be devoted to looking at some of the main semantic approaches to generics. That will give us a chance to think explicitly about the range of phenomena to be discussed. What's more, generics have been a really interesting case study in debates about what a semantic theory is intended to accomplish. So as you do the readings for the weeks in this part of the course, pay attention to the types of phenomena that different theorists cite in support of their theories.

**Meeting 02: Wed, 02/05/2025**
**Modal Probability**

We're going to start out with a theory that I think of as modalized probability, due to Ariel Cohen. The basic idea is that generics make claims not about what's always true, but about what's likely to be true. But it's not just any old likelihood: generics seem to convey generalizations that are, in some sense to be made precise by theorizing, non-accidental.

We're going to look at a couple of early pieces by Cohen, and these are both required readings.

- Cohen (1999)
- Cohen (2004)

Cohen's work introduces some important test cases that a lot of theories of generics need to deal with, and it gives an interestingly unified

**Meeting 03: Wed, 02/12/2025**
**Psychological Approaches**

One of the most influential (probably the most influential) writer on generics is Sarah-Jane Leslie. Her paper on generics has had a huge impact.

- Leslie (2008)

That paper will be the focus of our conversation in this class meeting. As you'll see, Leslie focuses on cognitive and developmental psychological phenomena to an extent that is completely unlike Cohen.

There have been various reactions to her work, but I want to look at some very recent ones. These are also required, but it's OK if you only read them once. The Leslie piece, by contrast, bears re-reading.

- Almotahari (2024)
- Kirkpatrick (2024a)

AAUP-00197

- Neufeld et al. (forthcoming)

**Meeting 04: Wed, 02/19/2025**
**Normality**

Normality approaches are a third main way of thinking about generics. The easiest way into them is to think about the fact that the truth of a generic seems to be quite stable, even as statistics may fluctuate. A standard example to illustrate the point I just made is to consider (9).

(9) Lions have four legs.

That strikes many people as true, and that judgment remains stable even if for a brief time, a bunch of lions have fewer than four legs, perhaps because they've lost a leg in accidents or combat, or there are birth defects, or what have you. The intuition that motivates the normality approach is to say that the generic is about what is normally the case, and so fluctuations like the ones I just gestured at don't impact the assessment of a generic just because these fluctuations are due to abnormal factors.

We'll look at three versions of the normality approach. In the spirit of putting my cards on the table, one of these is mine, so you know where I'm coming from on this material.

- Asher and Morreau (1995)
- Eckardt (1999)
- Nickel (2008)

**Meeting 05: Wed, 02/26/2025**
**Contextualism**

All of the approaches that we're looking at in Weeks 02-04 have something in common: they are all motivated by the idea that there's something distinctive about what generics convey, and that it's the job of a semantic theory to tell us what that is.

The approaches we're looking at this week deny this. They suggest that generics are really context-sensitive, and so they convey massively different propositions in different contexts, so different that there's no common core to all generics.

We're going to be looking at a couple of papers that pursue this route.

- Sterken (2015)
- Nguyen (2020)

This will also give us a chance to talk about a big methodological issue that'll come back later, which is a certain kind of vagueness or fuzziness that infects the use of generics. It's just not clear what they're saying, on any particular occasion of use, because the context in which a generic is used doesn't settle the details. How should we theorize about that? So we'll also read:

- King (2018)

This isn't explicitly about generics, but it captures a lot of the discussions in this arena.

*3*

AAUP-00198

**Meeting 06: Wed, 03/05/2025**
**Rational Speech Act Theory**

The last approach we're looking at is one that you can think of as a combination of the probabilistic approach of Cohen and the contextualism of Sterken. This is rational speech act (RSA) theory. The key idea behind this approach holds that we should think about the meaning of a sentence not in terms of something like a proposition—an increment of information—that is conveyed by the speaker to an audience. Instead, we should think about the meaning of a sentence in terms of the impact it has on the audience's views. Probability enters the picture because RSA theorists model the views that someone has about the world using probability, in fundamentally Bayesian terms. (I'll give a short primer on Bayesianism, so don't worry if that's new.) The paper by Tessler and Goodman is the main focus of our session. The paper by Degen is an introduction to RSA that doesn't focus on generics. I had to work my way through Degen's paper in

order to really understand what Tessler and Goodman are up to. Finally, the paper by Ryu et al. includes some useful discussion of Tessler and Goodman.

- Degen (2023)
- Tessler and Goodman (2019)
- Ryu et al. (2022)

### 2.3   Stereotypes

Generics are currently seeing a lot of interest from theorists in different disciplines because of their connection to stereotypes. It is, after all, quite natural to express stereotypes using generics. The harmless example I used in the preliminary example, "Germans don't have a sense of humor," is supposed to show you the pattern.

So one question is how to think about stereotypes, and I want to start with a view that's pretty clearly articulated, and which runs counter to a lot of work, one that holds that a lot of stereotypes are just plain accurate. This will be a useful position to have in mind as we look at reactions to it later.

**Meeting 07: Wed, 03/12/2025**
**Jussim on Accurate Stereotypes**

Here, then, is the promised view, due to Lee Jussim. The main text he wrote about this is the book *Social Perception and Social Reality* (Jussim, 2012). But we'll focus on a discussion in the *Behavioral and Brain Sciences*. That's a journal that identifies a target article and then solicits response pieces from practitioners in lots of different fields.

- Jussim (2017)
- The PDF of Jussim's Précis includes all of the peer commentary. Please read the following commentaries (listed by author names)
  - Bian and Cimpian
  - Bonnefon, Hopfensitz, De Neys
  - Church
  - Kihlstrom
  - Martin

4

AAUP-00199

    – Tappin, McKay, Abrams

    – Hoover Wilson and Huang

**Meeting 08: Wed, 03/26/2025**
**Reactions to the Accuracy Hypothesis**

The question raised by Jussim's work is what stereotypes are. You can see that in some of the responses in the BBS piece that we're looking at in Meeting 07. So in this session, I want us to look at a few more responses.

- Beeghly (2021)

- Munton (2021)

The goal will be to see how these theories look when seen in the context of generics, especially in view of what their semantics and/or pragmatics might be.

**Meeting 09: Wed, 04/02/2025**
**Are Generics Particularly Pernicious?**

Since theorists think that generics are particularly closely connected to the expression of stereotypes, it's natural to ask whether generics are particularly pernicious (at least in some instances). This session is devoted to looking at some of the work on this topic.

- Wodak et al. (2015)

- Saul (2017)

- Ritchie (2019)

- Tasimi et al. (2017)

- Cella et al. (2022)

### 2.4  *Generics and Action Guidance*

Everything we've done in the course so far has been about what generics *say*. The last chunk of the course will be about how they influence action. In part, this is motivated by the connection between stereotypes and generics: the thought being that stereotypes are an important thing to study because they influence how people act. In part, this is also motivated by the observation that in many situations where a person has to make a choice, it's natural to couch advice in the form of a generic. Here's an example to illustrate the latter point. Suppose that you're thinking of adopting a dog, but you don't really know much about dogs, you just want to make sure that you get a friendly dog that's a good family pet. Someone might say to you "Golden Retrievers are friendly" by way of giving you advice about a breed.

What makes this a topic to think about is a point I brought up earlier: generics are relatively immune to fluctuations in how widely a feature is present in a population (that's the point about the lions and legs example). But whether an action is successful, or likely to be successful, often depends on precisely this sort of fact, how widely a feature is present in a population. So how can generics reasonably guide action?

We're going to look at a couple of issues that make this rough idea more concrete.

AAUP-00200

**Meeting 10: Wed, 04/09/2025**
**Normative Generics**

The first one concerns what are usually called *normative generics*. Here's the standard example.

(10) Boys don't cry.

You can readily imagine this being said to boy who's crying as a way of getting him to not cry, and that's because that's how boys ought to act, at least by the lights of the speaker. In that respect, the generic makes a normative claim.

There's a lively debate about how to analyze them.

- Leslie (2015)

- Hesni (2021b)

- Haslanger (2014)

**Meeting 11: Wed, 04/16/2025**
**Counterexamples and Actuality**

In this meeting, we'll approach the same issue in a quite different way. We're going to try and understand how and why the assertion of generics is sensitive to the assertion of counterexamples. To see the issue, imagine this kinds of dialogue:

(11) A: Ravens are black.

(12) B: Some ravens are white.

(13) A: Ravens are black.

*A* starts with the assertion of a generic, *B* observes that there are exceptions, and if *A* just repeats the generic, something's gone wrong in the conversation. What exactly? This issue interacts in interesting ways with how one might try to argue against a stereotype or generic generalization in various settings.

The first two readings are specifically about generics. The second two are about the same sort of issue for a couple of different constructions, to see if they shed light or provide useful resources.

- Kirkpatrick (2024b)

- Hesni (2021a)

- Ninan (2024)

- Hacquard (2020)

### 2.5   *Student Presentations*

The last two sessions are devoted to students presenting their research paper topics.

## 3   Assignments

The main assignment for this course is a **research paper** which students will write in stages and with a lot of help from me. Generics are my own area of current research, so I want students to have a sense of what it looks like to do work on an active research area. To get a sense for what the research project looks

6

AAUP-00201

like, and how I support students through it, you can take a look at a similar assignment I've done in the past in my philosophy of language survey course (PHIL 147).

In addition, I'll ask all students to write **three short response papers**. It's always good to have practice in explaining someone else's position and making one or two crisp remarks about that, whether it's a challenge, a way of developing an idea, or what have you. Because the papers are short, they're hard, and I expect students to work on them a lot. Students will sign up at the start of term for which weeks they want to write about. The first draft of the paper is due on the Tuesday before the class meeting, and students then produce a final version of the paper by revising the initial submission on the basis of class discussion and feedback from me.

Finally, participation in class discussion is a major component of the course. The class benefits from the input of many different voices and perspectives, so I want students to be active participants both for their own sake—one learns more if one actually tries to put one's thoughts into words—and for everyone else's.

### 3.1 Grade Breakdown

- Short Response Papers: 10% each (so 20% total), lowest grade will be dropped so long as students submit all three papers.

- Class participation: 20%

- Research paper: 60%. This includes all of the steps towards the paper.

## References

Almotahari, M. "Generic Cognition: A Neglected Source of Context Sensitivity". *Mind and Language*, 39(4), (2024), 472–491.

Asher, N. and M. Morreau. "What Some Generic Sentences Mean". In G. N. Carlson and F. J. Pelletier, eds., *The Generic Book*, 300–339 (Chicago: University of Chicago Press, 1995).

Beeghly, E. "What's Wrong with Stereotypes? The Falsity Hypothesis". *Social Theory and Practice*, 47(1), (2021), 33–61.

Carlson, G. N. *Reference to Kinds in English*. Ph.D. thesis, University of Massachusetts, Amherst (1977).

Cella, F., K. A. Marchak, C. Bianchi, and S. A. Gelman. "Generic Language for Social and Animal Kinds: An Examination of the Asymmetry Between Acceptance and Inferences". *Cognitive Science*, 46, (2022), 1–36.

Cohen, A. "Generics, Frequency Adverbs, and Probability". *Linguistics and Philosophy*, 22, (1999), 221–253.

—. "Generics and Mental Representation". *Linguistics and Philosophy*, 27(5), (2004), 529–556.

Degen, J. "The Rational Speech Act Framework". *Annual Review of Linguistics*, 9, (2023), 519–540.

Eckardt, R. "Normal Objects, Normal Worlds, and the Meaning of Generics". *Journal of Semantics*, 16(3), (1999), 237–278.

Hacquard, V. "Actuality Entailments (Online Edition)". In C. M. H. R. T. E. Z. Daniel Gutzmann, Lisa Matthewson, ed., *The Wiley Blackwell Companion to Semantics*, 1–26 (John Wiley & Sons, Ltd, 2020).

Haslanger, S. "The Normal, the Natural, and the Good: Generics and Ideology". *Politica & Società*, 3, (2014), 365–392.

Hesni, S. "Generics as Instructions". *Synthese*, (199), (2021a), 12587–12602.

7

AAUP-00202

—. "Normative Generics: Against Semantic Polysemy". *Thought*, 10, (2021b), 218–225.

Jussim, L. *Social Perception and Social Reality* (Oxford, UK: Oxford UP, 2012).

—. "Précis of *Social Perception and Social Reality: Why Accuracy Dominates Bias and Self-Fulfilling Prophecy* (with Peer Commentary and Replies". *Behavioral and Brain Sciences*, 40(1), (2017), 1–65.

King, J. C. "Strong Contextual Felicity and Felicitous Underspecification". *Philosophy and Phenomenological Research*, 97(3), (2018), 631–657.

Kirkpatrick, J. R. "The Acquisition of Generics". *Mind and Language*, 39(4), (2024a), 492–517.

—. "The Dynamics of Generics". *Journal of Semantics*, 40(4), (2024b), 523–548.

Krifka, M., F. J. Pelletier, G. N. Carlson, A. ter Meulen, G. Chierchia, and G. Link. "Genericity: An Introduction". In G. N. Carlson and F. J. Pelletier, eds., *The Generic Book*, 1–124 (Chicago: University of Chicago Press, 1995).

Leslie, S.-J. "Generics: Cognition and Acquisition". *Philosophical Review*, 117(1), (2008), 1–47.

—. ""Hilary Clinton is the Only Man in the Obama Administration": Dual Character Concepts, Generics, and Gender". *Analytic Philosophy*, 56(2), (2015), 111–141.

Munton, J. "Prejudice as the Misattribution of Salience". *Analytic Philosophy*, 64(1), (2021), 1–19.

Neufeld, E., A. Bosse, G. D. Pinal, and R. Sterken. "Giving Generic Language Another Thought". *WIREs Cognitive Science*.

Nguyen, A. "The Radical Account of Bare Plural Generics". *Philosophical Studies*, 177, (2020), 1303–31.

Nickel, B. "Generics and the Ways of Normality". *Linguistics and Philosophy*, 31(6), (2008), 629–648.

Ninan, D. "An Expressivist Theory of Taste Predicates". *Philosophers' Imprint*, 24(13), (2024), 1–23.

Ritchie, K. "Should We Use Racial and Gender Generics?" *Thought*, 8, (2019), 33–41.

Ryu, S. H., W. Yang, and J. C. Park. "Flexible Acceptance Condition of Generics from a Probabilistic Viewpoint: Towards Formalization of the Semantics of Generics". *Journal of Psycholinguistic Research*, 51, (2022), 1209–1229.

Saul, J. "Are Generics Especially Pernicious". *Inquiry*, 66, (2017), 1682–1699.

Sterken, R. K. "Generics in Context". *Philosophers' Imprint*, 15(21), (2015), 1–30.

Tasimi, A., S. A. Gelman, A. Cimpian, and J. Knobe. "Differences in the Evaluation of Generic Statements About Human and Non-Human Categories". *Cognitive Science*, 41, (2017), 1934–1957.

Tessler, M. H. and N. D. Goodman. "The Language of Generalization". *Psychological Review*, 126(3), (2019), 395–436.

Wodak, D., S.-J. Leslie, and M. Rhodes. "What a Loaded Generalization: Generics and Social Cognition". *Philosophy Compass*, 10(9), (2015), 625–635.

AAUP-00203

# EXHIBIT 75

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: Political Action and Expression**
**Date:** November 9, 2023 at 4:14:57 PM EST
**To:** philfaculty-list <philfaculty-list@fas.harvard.edu>, philgrad-list <philgrad-list@fas.harvard.edu>, philconc-list@lists.fas.harvard.edu, ███████████

███████████████████████████████████
███████████████████████████

Dear Colleagues, Grads, Concentrators, and Staff,

Last week, President Gay reminded us of the University's Statement on Rights and Responsibilities. It explicitly enshrines the right to political action, advocacy, and organization of every member of our campus community. It also reminds us that the exercise of these rights needs to be balanced by concern for the dignity and safety of others.

We live in times that make maintaining this balance challenging. Hamas' terrorist attack claimed the lives of many Israeli civilians, including many children. Israel's military actions have caused the deaths of many Palestinian civilians, including many children. For many members of our department, these are not far-away events but have immediate personal implications. Some have friends and family members in the region whom they have lost over the past days and weeks, or whose safety they worry about given the likelihood of further bloodshed. Many who don't have such personal connections are anguished by the continuing civilian tolls.

Many members of our community want to respond to the crisis through political action. In doing this, it is important that we bear in mind the complexity of which President Gay has reminded us. Political action must be consistent with the goals and values of our community, one dedicated to free inquiry and open debate. This requires judgment and sometimes conversation, in good part because the line between advocacy and

AAUP-00236

harassment, between organizing and threatening, is itself politically contested.

When any of us engage in political action, I ask that we exercise our judgment in good faith. When we are confronted with messages that strike us as not merely as political action but as harassment, discrimination, or a threat, I ask that we make an effort in good faith to raise that issue and resolve it.

Our community isn't a collection of strangers who meet each other briefly in public, with no shared history, aspirations, or goals. Many of us have been working and thinking together for years. I hope that you treat each other with the care appropriate to being part of this community.

As I continue to enforce the rules set out in the Statement on Rights and Responsibilities, some of you may disagree with me over whether a particular political action, be it in voice or deed, falls within the bounds of acceptable behavior. I ask that you believe that I am acting in good faith, and so that if you disagree with me on any particular judgment, you enter into a dialogue with me about it.

Sincerely,
Bernhard.
Department Chair


--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website  ||  Office Hours Sign-Up
--------------------------------

AAUP-00237

# EXHIBIT 76

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 249 of 469

6/11/25, 7:13 PM                Harvard Faculty Statement In Support of Academic Freedom | by Academic Freedom Faculty Statement | Medium

Open in app ↗                                                          Sign up    Sign in



# Harvard Faculty Statement In Support of Academic Freedom



Academic Freedom Faculty Statement  ( Follow )   6 min read · Nov 13, 2023

👏 8.2K    💬 36

Dear President Gay:

As Harvard faculty, we have been astonished by the pressure from donors, alumni, and even some on this campus to silence faculty, students, and staff critical of the actions of the State of Israel. It is important to acknowledge the patronizing tone and format of much of the criticism you have received as well as the outright racism contained in some of it.

We were nevertheless profoundly dismayed by your November 9 message entitled "Combating Antisemitism." The University's commitment to intellectual freedom and open dialogue seems to be giving way to something else entirely: a model of education in which the meaning of terms once eligible for interpretation is prescribed from above by a committee whose work was, on Tuesday, described to the faculty as only beginning.

AAUP-00238

There should surely be limits to what is speakable, even in a university. Saying things that are plainly untrue – denying the Holocaust, for example – merits condemnation. Derogating other members of the community in racist, xenophobic, sexist, homophobic, or transphobic language merits condemnation.

There must, however, be room on a university campus for debate about the actions of states, including of the State of Israel. It cannot be ruled as *ipso facto* antisemitic to question the actions of this particular ethno-nationalist government any more than it would be *ipso facto* racist to question the actions of Robert Mugabe's ethno-nationalist government in Zimbabwe. Nor can arguments that characterize Israel as an "apartheid" state or its recent actions as "ethnic cleansing" or even "genocide" be considered automatically antisemitic, regardless of whether one concurs with such arguments. The University's recently-announced "Discrimination and Bullying Policies and Procedures," it is useful to remember, includes "political belief" (and thus presumably its expression) as a protected category.

It is understandable that in the shadow of the twentieth-century history of Europe, Palestine, and Israel, as well as the attacks of October 7 and the ongoing catastrophe in Gaza, you would want to remind members of our community that their words have meaning. And yet, at a moment when an affiliate of the University has with apparent impunity stood in the yard and accused students of supporting terrorism, your delineation of the limits of acceptable expression on our campus is dangerously one-sided.

Similarly, the phrase "from the river to the sea, Palestine must be free" has a long and complicated history. Its interpretation deserves, and is receiving, sustained and ongoing inquiry and debate. Singling it out as necessarily implying removalism or even eliminationism – when over a million

AAUP-00239

Palestinians have been forced from their homes and over ten thousand civilians, including four thousand children, have been slain in Gaza, actions which the Holocaust historian Omer Bartov suggests in the *New York Times* may amount to a "crime against humanity" being executed with "genocidal intent" – is imprudent as a matter of university policy and badly misjudged as an act of moral leadership.

We call on you to present a balanced commitment to the support of intellectual freedom at Harvard by taking the following steps:

1. Resisting calls to suspend and/or decertify the Palestine Solidarity Committee in retaliation for its public statements and advocacy, and resisting calls to set aside the University's normal disciplinary procedures to prematurely sanction students and employees because of concerns raised about their political activity absent specific allegations of wrongdoing (and those already thusly sanctioned must be reinstated pending a procedurally sound investigation);

2. Directing the President's Advisory Group on Antisemitism to explain its definition of antisemitism to the University community, as requested at the FAS faculty meeting of November 7, before recommending any policies touching upon the freedom of thought and expression on our campus;

3. Explicitly and specifically affirming the University's commitment to the freedom of thought, inquiry, and expression in light of the extraordinary pressure being brought to bear upon critics of the State of Israel and advocates of the Palestinian people, and indicating that there can be no tolerance for a "Palestine exception" to free speech;

4. Creating an advisory group on Islamophobia and anti-Palestinian and anti-Arab racism (as suggested at the FAS faculty meeting of November

AAUP-00240

7).

Sincerely,

1. Walter Johnson, Harvard Faculty of Arts and Sciences

2. Kirsten Weld, Harvard Faculty of Arts and Sciences

3. Vijay Iyer, Harvard Faculty of Arts and Sciences

4. Deidre Lynch, Harvard Faculty of Arts and Sciences

5. Nikolas Bowie, Harvard Law School

6. Diane Moore, Harvard Divinity School

7. Namwali Serpell, Harvard Faculty of Arts and Sciences

8. Khalil Gibran Muhammad, Harvard Kennedy School

9. Sidney Chalhoub, Harvard Faculty of Arts and Sciences

10. Christopher Hasty, Harvard Faculty of Arts and Sciences

11. Salma Abu Ayyash, Harvard Faculty of Arts and Sciences

12. Jesse B. Bump, Harvard T. H. Chan School of Public Health

13. Ryan D. Doerfler, Harvard Law School

14. Atalia Omer, Harvard Divinity School

15. Bram Wispelwey, Harvard T. H. Chan School of Public Health and Harvard Medical School

16. Sara Roy, Harvard Faculty of Arts and Sciences

17. Lucien Castaing-Taylor, Harvard Faculty of Arts and Sciences

18. Neel Mukherjee, Harvard Faculty of Arts and Sciences

AAUP-00241

19. Margareta Matache, Harvard T. H. Chan School of Public Health

20. Soham Patel, Harvard Faculty of Arts and Sciences

21. John Womack, Harvard Faculty of Arts and Sciences

22. Musa Syeed, Harvard Faculty of Arts and Sciences

23. Jacinda Tran, Harvard Faculty of Arts and Sciences

24. Vincent Brown, Harvard Faculty of Arts and Sciences

25. Adhy Kim, Harvard Faculty of Arts and Sciences

26. Richard Thomas, Harvard Faculty of Arts and Sciences

27. Lara Jirmanus, Harvard Medical School

28. Altaf Saadi, Harvard Medical School

29. Hibah Osman, Harvard Medical School

30. Lisa Thompson, Harvard School of Dental Medicine

31. Khameer Kidia, Harvard Medical School

32. Mary T Bassett, Harvard T. H. Chan School of Public Health

33. Sawsan Abdulrahim, Harvard T. H. Chan School of Public Health

34. Cemal Kafadar, Harvard Faculty of Arts and Sciences

35. Lauren Kaminsky, Harvard Faculty of Arts and Sciences

36. Amy Hollywood, Harvard Divinity School

37. Malak Rafla, Harvard Medical School

38. Bassima Abdallah, Harvard Medical School

39. Alejandra Caraballo, Harvard Law School

AAUP-00242

40. Eleanor Craig, Harvard Faculty of Arts and Sciences

41. Matylda Figlerowicz, Harvard Faculty of Arts and Sciences

42. Adam Haber, Harvard T. H. Chan School of Public Health

43. Tara K. Menon, Harvard Faculty of Arts and Sciences

44. Arunabh Ghosh, Harvard Faculty of Arts and Sciences

45. Joel Suarez, Harvard Faculty of Arts and Sciences

46. Karameh Kuemmerle, Harvard Medical School

47. Sam Marks, Harvard Faculty of Arts and Sciences

48. Rosie Bsheer, Harvard Faculty of Arts and Sciences

49. Nader Uthman, Harvard Faculty of Arts and Sciences

50. Glenda Carpio, Harvard Faculty of Arts and Sciences

51. Adaner Usmani, Harvard Faculty of Arts and Sciences

52. Paulina Alberto, Harvard Faculty of Arts and Sciences

53. Sarah Darghouth, Harvard Medical School

54. Alisa Khan, Harvard Medical School

55. Patricia Stoeck, Harvard Medical School

56. Hajirah Saeex, Harvard Medical School

57. Sherar Andalcio, Harvard Medical School

58. Diana L. Eck, Harvard Faculty of Arts and Sciences

59. Gordon Schiff, Harvard Medical School

60. Mahmoud Abu Hazeem, Harvard Medical School

AAUP-00243

61. Rania El Fekih, Harvard Medical School

62. Hicham Skali, Harvard Medical School

63. Ramona Dvorak, Harvard Medical School

64. Kamal Itani, Harvard Medical School

65. Haytham Kaafarani, Harvard Medical School

66. Ousmane Kane, Harvard Divinity School

67. David U. Himmelstein, Harvard Medical School

68. Joycelyn Ronda, Harvard Medical School

69. Christian Williams, Harvard Law School

70. Steffie Woodhandler, Harvard Medical School

71. Ju Yon Kim, Harvard Faculty of Arts and Sciences

72. M. Amin Arnaout, Harvard Medical School

73. Autumn Allen, Harvard Graduate School of Education

74. Avik Chatterjee, Harvard Medical School

75. Farhana Sharmeen, Harvard Medical School

76. Duncan Kennedy, Harvard Law School

77. Aisha James, Harvard Medical School

78. Corey Hardin, Harvard Medical School

79. Caroline Light, Harvard Faculty of Arts and Sciences

80. Karen Huang, Harvard Faculty of Arts and Sciences

81. George Aumoithe, Harvard Faculty of Arts and Sciences

AAUP-00244

82. Michelle Morse, Harvard Medical School

83. Sadeq Rahimi, Harvard Medical School

84. Sugata Bose, Harvard Faculty of Arts and Sciences

85. Lorenzo Bondioli, Harvard Faculty of Arts and Sciences

86. Michael Bronski, Harvard Faculty of Arts and Sciences

87. David Kennedy, Harvard Law School

88. Christina Villarreal, Harvard Graduate School of Education

89. Hilary Rantisi, Harvard Divinity School

90. Kassem Safa, Harvard Medical School

91. Huma Farid, Harvard Medical School

92. Bernhard Nickel, Harvard Faculty of Arts and Sciences

93. Amanda Raffoul, Harvard Medical School

94. Martha Ann Selby, Harvard Faculty of Arts and Sciences

95. Marshall Ganz, Harvard Kennedy School

96. Amir Mohareb, Harvard Medical School

97. Eman Ansari, Harvard Medical School

98. Mohamed Jarraya, Harvard Medical School

99. Liz McKenna, Harvard Kennedy School

100. Maggie Doherty, Harvard Faculty of Arts and Sciences

101. Hussein Rashid, Harvard Divinity School

102. Juliana Morris, Harvard Medical School

AAUP-00245

103. Sandra Smith, Harvard Kennedy School

104. Kaia Stern, Harvard Graduate School of Education

105. Nicholas Bloom, Harvard Faculty of Arts and Sciences

106. Theodore Weatherwax, Harvard Medical School

107. Rita Hamad, Harvard T. H. Chan School of Public Health

108. Emmet von Stackelberg, Harvard Faculty of Arts and Sciences

109. Areej Hassan, Harvard Medical School

110. David Showalter, Harvard Faculty of Arts and Sciences

111. Amina Elbendary, Harvard Faculty of Arts and Sciences

112. Pedja Stojicic, Harvard T. H. Chan School of Public Health

113. Ryan Enos, Harvard Faculty of Arts and Sciences

114. Raif S. Geha, Harvard Medical School

115. Chance Bonar, Harvard Divinity School

116. Nikhil Mathews, Harvard Medical School

117. Hesham Hamoda, Harvard Medical School

118. Talal Chatila, Harvard Medical School

119. Jennifer Leaning, Harvard T. H. Chan School of Public Health

120. Gretchen Brion-Meisels, Harvard Graduate School of Education

121. Nicole Noll, Faculty of Arts and Sciences

122. Jon Hanson, Harvard Law School

AAUP-00246

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 258 of 469

6/11/25, 7:13 PM                    Harvard Faculty Statement In Support of Academic Freedom | by Academic Freedom Faculty Statement | Medium



## Written by Academic Freedom Faculty Statement

79 followers · 1 following

Follow

---

## Responses (36)



 Write a response

What are your thoughts?

---

G  **Soon**
   Nov 13, 2023

It is reassuring to see there are still those amongst Harvard faculty with humanity and a conscience that is not easily dissuaded by basic intimidations and the throwing of moneys. A deeply sincere thank you to every single person of the faculty... more

 900    Reply

---

 **Hiam Abbas**
   Nov 13, 2023

Thank you for your thoughtfulness and leadership! This voice is so important.

 622    Reply

---

S  **sazzy**
   Nov 13, 2023

AAUP-00247

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 259 of 469

6/11/25, 7:13 PM    Harvard Faculty Statement In Support of Academic Freedom | by Academic Freedom Faculty Statement | Medium

Thank you for your leadership!!!

 483    Reply

See all responses

## Recommended from Medium



 Jordan Gibbs

### ChatGPT Is Poisoning Your Brain...

Here's How to Stop It Before It's Too Late.



 LUHOG Youth

### A Letter to the Youth, Written Using a Red Pen

by Divine Domingo, Alexah Dela Cruz, and Jamee Sarte



✦  Apr 29   👏 17.9K   💬 832                    🔖⁺

May 21   👏 55                    🔖⁺

AAUP-00248





 In Long. Sweet. Valuable. by Ossai Chinedum

 In Coding Beauty by Tari Ibaba

## I'll Instantly Know You Used Chat Gpt If I See This

Trust me you're not as slick as you think

## This new IDE from Google is an absolute game changer

This new IDE from Google is seriously revolutionary.

 May 16    8.3K   453

 Mar 11    5.9K   349





 In ThinkDraft by Singh Bhai

In Age of Awareness by Sam Westreich, PhD

## How to Read Someone's Personality in 10 Seconds (Backe...

The Subtle Signs That Reveal Who Someone Really Is.

## Why ChatGPT Creates Scientific Citations — That Don't Exist

It looks convincing, even in White House reports, but it's often a sign of shoddy...

 Jan 27   17.6K   471

Jun 4   5.6K   169

( See more recommendations )

AAUP-00249

# EXHIBIT 77

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: A message from the Chair**
**Date:** November 7, 2024 at 5:53:39 PM EST
**To:** philgrad-list <philgrad-list@fas.harvard.edu>

Dear Grads,

In the wake of Tuesday's election, many of you probably have strong reactions, be these political, emotional, or something else. This is likely true regardless of whether you opposed or supported the Trump campaign.

I will say that I take the campaign's rhetoric about opposition to universities, about deportations, and about the use of the resources of the state to go after political opponents both seriously and literally. I'm also keenly aware of the chilling effects on freedom of expression—one that I suspect many people feel, and not just from a particular segment of the political spectrum—that we've been experiencing, and that may well get worse.

I'm here to support you in whatever way I can. I'm always happy to talk, and that includes talking without any particular agenda but to simply be in community with you.

I hope that you will take me up on this.

Sincerely,
Bernhard.

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website  ||  Office Hours Sign-Up
--------------------------------

AAUP-00250

AAUP-00251

# EXHIBIT 78

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: A Message from the Chair**
**Date:** February 13, 2025 at 10:14:39 AM EST
**To:** philgrad-list <philgrad-list@fas.harvard.edu>

Dear Grads,

The past few weeks since the inauguration of the new Administration have been unlike anything I imagined at the beginning of 2025. There have been a flurry of orders that directly or indirectly target higher education in general and Harvard in particular. Many of these orders are in a state of suspension, by judicial stay, temporary restraining order, and the like. But all of these responses are temporary, and it's clear that a significant aspect of the strategy is to just overwhelm any of the institutions that might oppose the Administration's agenda through sheer volume of activity — to "flood the zone" as they put it themselves. So the fact that the orders haven't gone into effect doesn't tell us anything about the shape of things to come.

On top of these attacks on our institutions, we see orders and policy proposals that fundamentally affect different members of our community. They add to the sense of unreality and threat I feel every day, that I'm sure you feel every day.

This is not the time to be alone. Seeing so many institutions cooperate or remain silent is disheartening. In this moment, it's been a great help to me to speak to other department chairs, to rely on my colleagues to support me as I do my best to support them, and certainly to speak to some of you as I see you around Emerson. I would like to have the opportunity to speak with more of you, to answer questions to the extent I know these answers, to share experiences with you, and simply to be in community with you. I'm around Emerson a lot, and when my office is open, I'm happy for you to just walk in.

I can't make it to happy hour tonight, but I'm planning on attending more grad-centered events beginning next week. The onus of reaching out to me

AAUP-00252

shouldn't just be on you, and it won't be.

- Bernhard.


--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
--------------------------------

AAUP-00253

# EXHIBIT 79

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: A Message from the Chair**
**Date:** April 17, 2025 at 12:25:17 AM EDT
**To:** philgrad-list <philgrad-list@fas.harvard.edu>, <philconc-list@lists.fas.harvard.edu>
**Cc:** philfaculty-list <philfaculty-list@fas.harvard.edu>

Dear Grads, Dear Concentrators,

After the University rejected the Trump Administration's demands of last Friday, the  administration has retaliated, first by freezing several billion dollars in funds previously allocated to the University, taking steps to revoke Harvard's tax-exempt status, and now issuing a demand that Harvard release comprehensive information about disciplinary proceedings involving students who are here on visas. Harvard is in a fight with the federal government. I believe that the fight is worth it.

We are facing serious threats as a community. Students who rely on federal grants for research opportunities may see these opportunities curtailed or extinguished completely. International students are exposed, all the more so against the background of lawlessness with which the government is arresting and deporting people. And of course attacks on Harvard's finances may have far-reaching consequences that we cannot survey yet.

It looks as if Harvard will resist not just the demands set forth in the letter from last Friday, but the retaliatory actions, too (see for instance the end of the Crimson's coverage of the DHS demands re: international students.)

I know that many of you have been profoundly affected by the political fight we're embroiled in.

I see you.

AAUP-00254

I don't know what the coming weeks and months will bring. I hope that you will stand in solidarity with each other because we won't all be equally affected by everything that happens, and it's important that we not fracture in this moment. Say "hi" to each other in Emerson, ask how the people around you are doing, and be prepared to listen. Allow our shared commitment to philosophy to be a source of connection among us, too. If you need help, reach out. Especially for academic issues, work with your professors to figure out the best way forward. We faculty are all keenly aware of what's going on.

For any of you who want to talk more about this with me, I'll be in my office and available to talk tomorrow (Thursday), starting at 5:30pm. Come to just tell me what's going on with you, share your ideas about moving forward, or discuss some of the issues at stake, such as academic freedom and what it takes to make Harvard a great place to learn for everyone. My dog will be there, too, if you want to just hang out with him.

And of course you can always just stop me in the halls.

Warmly,
Bernhard.


--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website  ||  Office Hours Sign-Up
--------------------------------

AAUP-00255

# EXHIBIT 80

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: International Students**
**Date:** May 22, 2025 at 7:15:34 PM EDT
**To:** <philconc-list@lists.fas.harvard.edu>, philgrad-list <philgrad-list@fas.harvard.edu>
**Cc:** philfaculty-list <philfaculty-list@fas.harvard.edu>

Dear Grads, Dear Undergrads,

Many of you have probably heard by now that the Trump Administration is following through on their threat to revoke Harvard's SEVP certification. Secretary Noem of DHS posted the letter to Harvard today on X/Twitter, saying that effective immediately, Harvard will not be able to enroll international students, which means students who are here on F and J visas. Reading the letter, it looks as if the change, if it sticks, will be for next academic year. So at least given the plain meaning of the letter, students who are about to graduate should not be affected by this development. But that's just taking the letter at its word.

Dear international students. I am so sorry that this is happening to you. In its fight with Harvard specifically and higher education generally, the Trump administration is using international students as pawns. It is unconscionable, and the administration should be ashamed. Clearly, the cruelty is the point.

International students are essential members of our community. We welcome you, just as I was welcomed 30 years ago, so that you can contribute your expertise, learning, insight, and passion as you follow your own intellectual paths. I came to the US as a foreign student because I believed in the power of having students from many different parts of the world studying alongside each other. We would all be worse off if we lost the international members of our community.

AAUP-00256

Right now, I only know what's been reported in the national news, but I'm working on learning more about what exactly this means and what steps Harvard is taking in response. I'll share with you whatever I learn over the coming days. And of course, please write to me. I'm also happy to talk in real time, on the phone or on zoom.

Bernhard.


--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website  ||  Office Hours Sign-Up
--------------------------------

AAUP-00257

# EXHIBIT 81

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 274 of 469

6/11/25, 7:12 PM    Faculty Deans, Department Administrators Express Support for International Students | News | The Harvard Crimson



## The Harvard Crimson



**NEWS**
In Fight Against Trump, Harvard Goes From Media Lockdown to the Limelight

**NEWS**
The Changing Meani
Lasting Power of the
Name

ADVERTISEMENT



# Faculty Deans, Department Administrators Express Support for International Students

AAUP-00258

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 275 of 469

6/11/25, 7:12 PM                Faculty Deans, Department Administrators Express Support for International Students | News | The Harvard Crimson



# The Harvard Crimson

By Darcy G Lin, William C. Mao, and Veronica H. Paulus

May 23, 2025

{shortcode-57d3cd5686b56c988cd579fe17a7d187111e34b9}

Harvard College faculty deans and departmental administrators sent messages of support for international students after the Trump administration revoked the University's ability to enroll them — even as Harvard's top leaders remain quiet.

"In its fight with Harvard specifically and higher education generally, the Trump administration is using international students as pawns," Philosophy chair Bernhard Nickel wrote to his department. "International students are essential members of our community. We welcome you."

The outpouring of support for international students    and outcry over the uncertainty caused by the Trump administration's actions    came as Harvard President Alan M. Garber '76 and his central administration has yet to issue a public statement in response to the announcement.

Department of Homeland Security Secretary Kristi Noem wrote in a Thursday letter that Harvard's Student and Exchange Visitor Program certification had been halted "effective immediately" and that current international students must "transfer or lose their legal status."

ADVERTISEMENT

Noem justified the revocation by claiming that Harvard had failed to sufficiently comply with an April 16 records request. She also alleged that the University had perpetuated "an unsafe campus environment that is hostile to Jewish students, promotes pro-Hamas sympathies, and employs racist 'diversity, equity, and inclusion' policies."

Several of Harvard's department and House administrators wrote in their emails that they had been told Harvard administrators would share more information shortly and that the University's lawyers would contest the action in court soon.

"There should be more clarity over the next couple of days, and Harvard has a deep bench of

AAUP-00259



# The Harvard Crimson

"The action the federal government took today to bar Harvard from having international students is devastating for American excellence, openness and ingenuity," Kornbluh wrote.

Harvard administrators from at least seven departments    including African and African American Studies, Classics, English, Philosophy, Physics, Statistics, and Stem Cell and Regenerative Biology    sent messages to their affiliates in response to the announcement. The faculty deans for Adams, Currier, Eliot, Lowell, Mather, and Winthrop House also emailed residents about the revocation.

"We've heard some hard news today that has caused a lot of anxiety in our community. We want our international students to know that you are an essential part of Adams House. All of us — Deans, House Staff and Tutors — are here to support you," Salmaan A. Keshavjee and Mercedes C. Becerra '91, the faculty deans of Adams House, wrote in an email to residents.

Thursday's move is the latest in the White House's escalating pressure campaign against the University. Three days ago, the administration froze $60 million in federal funding, adding to the more than $2.6 billion that had already been pulled.

The pulled authorization prohibits the University from hosting any international students on F- or J- nonimmigrant visas for the 2025-2026 school year. Noem gave Harvard 72 hours to turn over international students' disciplinary records to have "the opportunity" to regain its SEVP certification.

But it is unclear whether the White House will actually restore the credentials if the University hands over the requested documents.

SCRB department chair Amy J. Wagers and executive director Alice Rushford urged students in an email to stand by each other while they wait for further guidance from Harvard's central administration.

"Our best advice, though we realize it is really insufficient, is to try to stay calm and support one another. We will get through this, too, together," they wrote.

Staff writer Darcy G Lin can be reached at darcy.lin@thecrimson.com.

Staff writer William C. Mao can be reached at william.mao@thecrimson.com. Follow him on X

AAUP-00260

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 277 of 469

6/11/25, 7:12 PM                Faculty Deans, Department Administrators Express Support for International Students | News | The Harvard Crimson



# The Harvard Crimson

**Want to keep up with breaking news?** Subscribe to our email newsletter.

READ MORE IN NEWS

**What SEVP Revocation Would Mean for International Students at Harvard** ⟩

TAGS    COLLEGE    HOUSE LIFE    STUDENT LIFE    POLITICS    TRUMP    INTERNATIONAL STUDENTS    FRONT BOTTOM FEATURE

AAUP-00261

Case 5:25-cv-06618-NW   Document 81-3   Filed 03/27/26   Page 278 of 469

6/11/25, 7:12 PM                    Faculty Deans, Department Administrators Express Support for International Students | News | The Harvard Crimson

# The Harvard Crimson

1. 18 Universities Seek To Back Harvard in Federal Funding Lawsuit

2. 12,000 Harvard Alumni Submit Amicus Brief Backing Harvard in Federal Funding Lawsuit

3. Harvard Research Cuts Halt More Than 570 Subawards to Other Institutions, Including MGB Hospitals

4. Visa to Harvard Postdoc Was Denied Under Trump's Proclamation in Breach of Judge's Temporary Halt

5. The Fall of Harvard's Global Development Powerhouse

## FROM OUR ADVERTISERS



**BAUME & MERCIER**

A Time To Remember: Celebrating Graduation With Baume & Mercier

Graduating from Harvard is not only the end of a journey, it is the beginning of a new chapter. After years of dedication and hard work, it is a moment that deserves to be marked with something meaningful

SPONSORED



THE CRIMSON BRAND STUDIO

Essential Apps For Every Harvard Student | 2025

With an overwhelming array of apps urging you to download, it's difficult to determine which ones you really need. We've made it easier — check out our top picks for innovative apps like Essayist that are designed to make your life more convenient and productive so that you can end the semester on a high note!

SPONSORED



THE CRIMSON BRAND STUDIO

The Harvard Crimson Merch Store

The Harvard Crimson Merch Store just dropped our Spring Collection (along with some other longtime favorites), and it's exactly what you didn't know you needed — classic Crimson colors, easygoing fits, and enough style to wear from lecture halls to late nights at Joe's

SPONSORED



THE CRIMSON BRAND STUDIO

Successful Law School Essays | 2024

With an increasingly competitive Law School admissions process, it's important to understand what makes an applicant stand out. Admissions consultants and test prep experts share accepted Harvard Law School application essays and analyze what makes them work

SPONSORED



HUCKBERRY

Huckberry Holiday Guide

Welcome to your one-stop gifting destination for men and women—it's like your neighborhood holiday shop, but way cooler.

SPONSORED

ADVERTISEMENT

Summer 2026 internships in Business Operations, Systematic Investing, and Systems will open in mid-June.

AAUP-00262

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 279 of 469

6/11/25, 7:12 PM                Faculty Deans, Department Administrators Express Support for International Students | News | The Harvard Crimson

# The Harvard Crimson



ADVERTISEMENT

**Flight Attendant Reveals How To Fly**

onlineshoppingtools

**ALSO ON THE HARVARD CRIMSON**

a year ago • 1 comment

**Harvard Yard Encampment Not ...**

a year ago • 63 comments

**Encampment Protesters Raise 3 ...**

AAUP-00263

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 280 of 469

6/11/25, 7:12 PM                Faculty Deans, Department Administrators Express Support for International Students | News | The Harvard Crimson

~~Flight Attendant Reveals How To Fly Business Class For The Price of Economy~~

onlineshoppingtools

## Flight Attendant Reveals How To Fly Business Class For The Price of Economy

Travel Deals

## Why Walgreens Hides This Cheap 87¢ Generic Cialis

fridayplans

## How Long Does $1 Million Last After 60?

Fisher Investments

Learn More

## New York Student Sentenced To Year In Dubai Prison After Touching Airport Security Guard During Layover - Blavity

Blavity.com

## Shoe CEO Drops Business Sneakers Taking The NFL By Storm

Wolf & Shepherd

Shop Now

ADVERTISEMENT

AAUP-00264

AAUP-00265

AAUP-00266

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 283 of 469

6/11/25, 7:12 PM    Faculty Deans, Department Administrators Express Support for International Students | News | The Harvard Crimson

# The Harvard Crimson

| Arts | Rights & Permissions | Subscriptions |
|------|---------------------|---------------|
| Blog | Corrections | Newsletters |
| Magazine | Contact Us | Journalism Programs |
| Videos | | Photo Store |
| Sports | | Printing Services |

Copyright © 2025 The Harvard Crimson, Inc.

AAUP-00267

# EXHIBIT 82

**From:** "Nickel, Bernhard" <bnickel@fas.harvard.edu>
**Subject: [Philconc-list] HIO FAQ re: international students**
**Date:** May 25, 2025 at 5:54:34 PM EDT
**To:** philgrad-list <philgrad-list@fas.harvard.edu>, philfaculty-list <philfaculty-list@fas.harvard.edu>, "philconc-list@lists.fas.harvard.edu" <philconc-list@lists.fas.harvard.edu>
**Cc:** ██████████████████████████████████████████

Dear Members of the Department,

I don't want to spam your inbox with information that is widely covered in the news or in other announcements you're getting from University Leadership, such as the legal action that Harvard has taken in response to the administration's prohibiting Harvard from enrolling international students, or the temporary restraining order (TRO) that was granted to stay this prohibition. There will be another hearing to see whether the TRO should be extended later this week, and I'm planning on holding a town hall over zoom later this upcoming week or early next week, depending on how things evolve in the coming days.

I wanted to share a link to the Harvard International Office's FAQ regarding the current situation, which I've found pretty informative and contains all of the information that I'm privy to. I'm sharing this with everyone since I know that many of you who aren't here on visas are deeply concerned about what's happening.



hio.harvard.edu

I know that this is a thoroughly unsettling time for international students, and it's difficult to not have this occupy your focus most of the day. I know it's difficult for me. But please take some time to focus on things that nourish your soul: other people, activities that give you meaning. And if you're having

AAUP-00268

a tough time, there are resources out there to help. The HIO FAQ lists them.

We (the department leadership, ███████████████████ ███████████████████, and I) are also thinking about ways we can respond to the situation. We'll keep you updated. And if you have ideas, please send them our way. This is an unprecedented situation, and so we're trying to come up with creative ways of responding. This is a moment for the wisdom of crowds.

All my best,
Bernhard.
--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
--------------------------------

_____

Philconc-list mailing list -- philconc-list@lists.fas.harvard.edu
To unsubscribe send an email to philconc-list-leave@lists.fas.harvard.edu

AAUP-00269

# EXHIBIT 83

Case 5:25-cv-06618-NW   Document 81-3   Filed 03/27/26   Page 288 of 469

6/10/25, 10:38 AM                 An Open Letter to the Director of the US Holocaust Memorial Museum | Omer Bartov, Doris Bergen, Andrea Orzoff | The New York Review of Books

# An Open Letter to the Director of the US Holocaust Memorial Museum

### Omer Bartov, Doris Bergen, Andrea Orzoff, Timothy Snyder, and Anika Walke

The Museum's decision to completely reject drawing any possible analogies to the Holocaust, or to the events leading up to it, is fundamentally ahistorical. It makes learning from the past almost impossible.

July 1, 2019

On June 17, Representative Alexandria Ocasio-Cortez, Democrat of New York, posted an Instagram live video discussing the detention camps along the southern US border as "concentration camps" in which she used the phrase "Never Again." This drew sharp criticism the following day from Representative Liz Cheney, Republican of Wyoming, and others for allegedly misappropriating a slogan associated with the Holocaust. After several days of heated media and political debate, the United States Holocaust Memorial Museum released a statement on June 24 condemning the use of Holocaust analogies. We received the following open letter addressed to the director of the museum, Sara J. Bloomfield, delivered by the signatories on July 1.

—*The Editors*

**To Director Bloomfield:**

We are scholars who strongly support the United States Holocaust Memorial Museum. Many of us write on the Holocaust and genocide; we have researched in the USHMM's library and archives or served as fellows or associated scholars; we have been grateful for the Museum's support and intellectual community. Many of us teach the Holocaust at our universities, and have drawn on the Museum's online resources. We support the Museum's programs from workshops to education.

We are deeply concerned about the Museum's recent "Statement Regarding the Museum's Position on Holocaust Analogies." We write this public letter to urge its retraction.

Scholars in the humanities and social sciences rely on careful and responsible analysis, contextualization, comparison, and argumentation to answer questions about the past and the present. By "unequivocally rejecting efforts to create analogies between the Holocaust and other events, whether historical or contemporary," the United States Holocaust Memorial Museum is taking a radical position that is far removed from mainstream scholarship on the Holocaust and genocide. And it makes learning from the past almost impossible.

AAUP-00204

The Museum's decision to completely reject drawing any possible analogies to the Holocaust, or to the events leading up to it, is fundamentally ahistorical. It has the potential to inflict severe damage on the Museum's ability to continue its role as a credible, leading global institution dedicated to Holocaust memory, Holocaust education, and research in the field of Holocaust and genocide studies. The very core of Holocaust education is to alert the public to dangerous developments that facilitate human rights violations and pain and suffering; pointing to similarities across time and space is essential for this task.

Looking beyond the academic context, we are well aware of the many distortions and inaccuracies, intentional or not, that frame contemporary discussions of the Holocaust. We are not only scholars. We are global citizens who participate in public discourse, as does the Museum as an institution, and its staff. We therefore consider it essential that the United States Holocaust Memorial Museum reverse its position on careful historical analysis and comparison. We hope the Museum continues to help scholars establish the Holocaust's significance as an event from which the world must continue to learn.

**Signed:**

David Abraham, Professor, School of Law, University of Miami
Deborah Achtenberg, Professor of Philosophy, Faculty Associate in Gender, Race, Identity, University of Nevada, Reno
James R. Adair, Lecturer in Humanities and Religious Studies, University of Texas at San Antonio
Hugh LeCaine Agnew, Professor of History and International Affairs, Elliott School of International Affairs, George Washington University
Carlos Aguirre, Professor of History, University of Oregon
Michal Aharony, Editor, *The Journal of Holocaust Research*, Weiss-Livnat International Center for Holocaust Research and Education, University of Haifa, Israel
Avril Alba, Ph.D., Senior Lecturer in Holocaust Studies and Jewish Civilisation, University of Sydney, Australia
Ángel Alcalde, Lecturer in History, University of Melbourne, Australia
Natalia Aleksiun, Professor of Modern Jewish History, Touro College
Kimberly Allar, Clinical Assistant Professor of History, Co-Director, Online World War II Studies, School of Historical, Philosophical & Religious Studies, Arizona State University
Barbara Allen, Associate Professor of History, La Salle University
Benjamin L. Alpers, Associate Professor, Honors College, University of Oklahoma
Andrew Altman, Professor of Philosophy, Georgia State University
Tarik Cyril Amar, Koç University, Turkey
Claire Andrieu, Professor of Contemporary History, Sciences Po, Paris, France
Emily Abrams Ansari, Associate Professor of Music History, Western University, Canada

AAUP-00205

6/10/25, 10:38 AM

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 290 of 469

An Open Letter to the Director of the US Holocaust Memorial Museum | Omer Bartov, Doris Bergen, Andrea Orzoff | The New York Review of Books

Dora Apel, Professor and W. Hawkins Ferry Endowed Chair in Modern and Contemporary Art History, Wayne State University, UK

Kwame Anthony Appiah, Professor of Philosophy and Law, New York University

Rachel Applebaum, Assistant Professor of History, Tufts University

Celia Applegate, William R. Kenan, Jr. Professor of History, Vanderbilt University

Karen Auerbach, Associate Professor of History, University of North Carolina at Chapel Hill

Leora Auslander, Arthur and Joann Rasmussen Professor of Western Civilization in the College and Professor of Modern European Social History in the History Department, University of Chicago

Akil N. Awan, Senior Lecturer in Modern History, Political Violence & Terrorism, Royal Holloway, University of London

Albena Azmanova, Professor of Politics, University of Kent, UK

Jonathan Bach, Professor of Global Studies, The New School

Mark Baker, Adjunct Associate Professor, Australian Centre for Jewish Civilisation, Monash University, Australia

Monique Rodrigues Balbuena, Associate Professor of Comparative Literature and Jewish Studies, Clark Honors College, University of Oregon

Shelley Baranowski, Distinguished Professor of History Emerita, University of Akron

Ben Barkow, Director, The Wiener Library, London, UK

Lawrence Baron, Professor Emeritus, San Diego State University

Deborah Barton, University of Montreal, Canada

Omer Bartov, John P. Birkelund Distinguished Professor of European History, Professor of German Studies, Brown University

Paul R. Bartrop, Professor of History, Director, Center for Judaic, Holocaust, and Genocide Studies, Florida Gulf Coast University

Rachel N. Baum, Senior Lecturer and Deputy Director of the Sam & Helen Stahl Center for Jewish Studies, University of Wisconsin, Milwaukee

Michael Beckerman, Carroll and Milton Petrie Professor of Music, New York University

Jonathan Beecher Field, Associate Professor of English, Clemson University

Jan Claas Behrends, Senior Fellow at the Centre for Contemporary History (ZZF), Potsdam, Lecturer in East European History, Humboldt Universität zu Berlin, Germany

Cristina A. Bejan, Duke University

Mara Benjamin, Irene Kaplan Leiwant Associate Professor of Jewish Studies, Mount Holyoke College Waitman Wade Beorn, Lecturer, Corcoran Department Of History, University of Virginia

Christine Beresniova, Executive Director, South Carolina Council on the Holocaust, Instructor of Anthropology, Ashford University

Nancy Berg, Professor of Hebrew Language and Literature, Washington University in St. Louis

James Berger, Senior Lecturer in American Studies and English, Yale University

AAUP-00206

Michael Berghoef, Professor of Social Work, Ferris State University

Max Bergholz, Associate Professor of History, Concordia University, Montreal, Canada

Teresa Bergman, Professor of Communication, University of the Pacific

Joel Berkowitz, Professor of Foreign Languages and Literature and Director of the Sam & Helen Stahl Center for Jewish Studies, University of Wisconsin-Milwaukee

Lila Corwin Berman, Professor of History, Murray Friedman Chair of American Jewish History and Director of the Feinstein Center for American Jewish History, Temple University

Nathaniel Berman, Rahel Varnhagen Professor of Religious Studies, Brown University

Olga Bertelsen, Assistant Professor of Intelligence Studies, Embry-Riddle College of Security and Intelligence

Svenja Bethke, Lecturer in Modern European History, University of Leicester, UK

David Biale, Emanuel Ringelblum Distinguished Professor, University of California, Davis

Natalie Belsky, Assistant Professor of History, University of Minnesota Duluth

Elissa Bemporad, Associate Professor of East European Jewish History and the Holocaust, Queens College and The Graduate Center, City University of New York

Doris Bergen, Chancellor Rose and Ray Wolfe Professor of Holocaust Studies, University of Toronto, Canada

Frank Biess, Professor of History, University of California, San Diego

Monica Black, Associate Professor of History, University of Tennessee, Knoxville

David Blackbourn, Cornelius Vanderbilt Distinguished Chair and Professor of History, Vanderbilt University

Adam A. Blackler, Assistant Professor of History, University of Wyoming

Muriel Blaive,* Ústav pro studium totalitních režimu (Institute for the Study of Totalitarian Regimes), Prague, Czech Republic

Daniel Blatman, Max and Rita Haber Professor in Contemporary Jewry and Holocaust Studies, Head of the Harman Research Institute of Contemporary Jewry, The Hebrew University of Jerusalem, Israel

Benita Blessing, Instructor, World Languages and Cultures, Oregon State University

Donald Bloxham, Professor of Modern History, University of Edinburgh, UK

Jeffrey Blutinger, Barbara and Ray Alpert Endowed Chair in Jewish Studies, California State University, Long Beach

Paul Boghossian, Silver Professor of Philosophy, New York University

Andrea F. Bohlman, Associate Professor of Music, University of North Carolina at Chapel Hill

Melissa Bokovoy, Chair and Professor, Department of History, University of New Mexico

Alan Brill, Cooperman/Ross Endowed Professor in honor of Sister

AAUP-00207

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 292 of 469

Rose Thering, Seton Hall University

Tobias Brinkmann, Malvin and Lea Bank Associate Professor of Jewish Studies and History, Penn State University

James M. Brophy, Professor of History, University of Delaware

Martin D. Brown, Lead Researcher, Centre of Excellence in Intercultural Studies, School of Humanities, Tallinn University, Estonia

Timothy Scott Brown, Professor and Chair of History, Northeastern University

Julia Brüggemann, Professor of History, DePauw University

Diana Kormos Buchwald, Robert M. Abbey Professor of History, General Editor and Director, The Einstein Papers Project, California Institute of Technology

Maria Bucur, John V Hill Professor of History and Gender Studies, Indiana University Bloomington

Darcy Buerkle, Associate Professor, Department of History, Smith College

Peter Bugge, Associate Professor of Central European Studies, Aarhus University, Denmark

Melissa K. Byrnes, Associate Professor and Chair of History, Southwestern University

Joy H. Calico, Cornelius Vanderbilt Professor of Musicology, Vanderbilt University

Carlo Spartaco Capogreco, Associate Professor of Contemporary History, University of Calabria, Italy

Karen D. Caplan, Associate Professor of History, Rutgers University, Newark

Holly Case, Associate Professor of History, Brown University

Michael Casper, University of California, Los Angeles; former Mandel Center Research Fellow

Jonathon Catlin, Department of History, Princeton University

Vitaly Chernetsky, Associate Professor of Slavic Languages and Literatures and Director of the Center for Russian, East European & Eurasian Studies, University of Kansas

Mita Choudhury, Professor of History, Vassar College

Anna Cichopek-Gajraj, Associate Professor of Modern Polish-Jewish History, Arizona State University

Samantha Clarke, Department of History, McMaster University, Canada

Shelly M. Cline, Kansas City Art Institute

Shawn Clybor, History Teacher, Dwight-Englewood School

Brigid Cohen, Associate Professor of Music, New York University

Danny M. Cohen, Distinguished Professor of Instruction, School of Education and Social Policy, Northwestern University

Mark B. Cole, College Associate Lecturer, Cleveland State University, Board Member of the Ohio Council on Holocaust and Genocide Education

Tim Cole, Professor of Social History and Director of the Brigstow Institute, University of Bristol, UK

Alon Confino, Pen Tishkach Chair of Holocaust Studies, University of

AAUP-00208

6/10/25, 10:38 AM

An Open Letter to the Director of the US Holocaust Memorial Museum | Omer Bartov, Doris Bergen, Andrea Orzoff | The New York Review of Books

Case 5:25-cv-06618-NW   Document 81-3   Filed 03/27/26   Page 293 of 469

Massachussetts at Amherst

Jazmine Contreras, Ph.D. Candidate, University of Minnesota

N.D.B. Connolly, Herbert Baxter Adams Associate Professor, Johns Hopkins University

Manuela Consonni, Professor, Pela And Adam Starkopf Chair in Holocaust Studies, The Hebrew University of Jerusalem, Israel

Seth Cotlar, Professor of History, Willamette University

Stef Craps, Professor of English Literature, Director, Cultural Memory Studies Initiative, Ghent University, Belgium

Brian Crim, Associate Professor of History, John M. Turner Chair in the Humanities, Lynchburg University

Martina Cucchiara, Associate Professor of History, Bluffton University

Sarah Cushman, Northwestern University

Mikkel Dack, Professor of History, Director of Research, Rowan Center for Holocaust and Genocide Studies, Rowan University

Peter Davies, Professor of Modern German Studies, University of Edinburgh, UK

Valerie Deacon, Clinical Assistant Professor of History, New York University Shanghai

Rachel Deblinger, Director of Documenting Global Voices Project, University of California, Los Angeles

Andrew Dell'Antonio, Distinguished Teaching Professor of Musicology, University of Texas at Austin

Scott Denham, Charles A. Dana Professor of German Studies, E. Craig Wall Jr. Distinguished Teaching Professor in the Humanities, Davidson College

Andrew Denning, Associate Professor of History, University of Kansas

David Brandon Dennis, Associate Professor of History, Dean College

Christoph Dieckmann, Research Fellow, University of Bern, Switzerland/Germany

Hasia Diner, Professor of History and of Hebrew and Judaic Studies, New York University

Skye Doney, Director of the George L. Mosse Program in History, University of Wisconsin-Madison

Alexandra van Doren, Department of Comparative Literature, University of Illinois Urbana-Champaign; Law Student, Immigration and Human Rights; University of Michigan School of Law

Daniella Doron, Senior Lecturer in Jewish History, Australian Centre for Jewish Civilisation, Monash University, Australia

Thomas L. Doughton, Senior Lecturer, College of the Holy Cross

Lawrence Douglas, James J. Grosfeld Professor of Law, Jurisprudence & Social Thought, Amherst College

Jennifer Dowling, University of Sydney, Australia

Theodora Dragostinova, Associate Professor of History, Ohio State University

Elizabeth Drummond, Associate Professor and Chair of History, Loyola Marymount University

Diana Dumitru, Associate Professor of History, Ion Creanga State Pedagogical University, Moldova

Deborah Dwork, Founding Director, Strassler Center for Holocaust

AAUP-00209

and Genocide Studies, Clark University

Hilary Earl, Professor of History, Nipissing University

Astrid M. Eckert, Associate Professor of History, Emory University

M. Kathryn Edwards, Assistant Professor of History, Tulane University

Rachel L. Einwohner, Professor of Sociology and (by courtesy) Political Science, Purdue University

Dan Ellin, Archivist, International Bomber Command Centre, University of Lincoln, UK

Jane Ellsworth, Professor of Music History, Eastern Washington University

Robert P. Ericksen, Kurt Mayer Chair in Holocaust Studies Emeritus, Pacific Lutheran University

Andrea Erkenbrecher, Freelance Historian, Karlsruhe, Germany

Jennifer Evans, Professor of History, Carleton University

Sidra DeKoven Ezrahi, Professor of Comparative Literature, The Hebrew University of Jerusalem

Erica Fagen, University of Massachusetts at Amherst

Linda E. Feldman, Associate Professor of German (retired), University of Windsor, Canada

Brian K. Feltman, Associate Professor of History, Georgia Southern University

Heather Ferguson, Associate Professor of Middle East/Ottoman History, Claremont McKenna College

Kate Ferguson, Chair of Policy, European Centre for the Responsibility to Protect, University of Leeds, UK; Co-Executive Director, Protection Approaches

Scott Ferguson, Associate Professor of Humanities & Cultural Studies, University of South Florida

Jonathan Beecher Field, Associate Professor of English, Clemson University

Gabriel Finder, Professor of Germanic Languages and Literatures, Ida and Nathan Kolodiz Director of Jewish Studies, University of Virginia

Eugene Finkel,* Associate Professor, School of Advanced International Studies, Johns Hopkins University

Matthew P. Fitzpatrick, Professor of International History, Flinders University, Australia

Monika Flaschka, Visiting Lecturer, Georgia State University

Sam Fleischacker, Professor of Philosophy, Director of Religious Studies and of Jewish Studies, University of Illinois at Chicago

Tiffany N. Florvil, Assistant Professor of History, University of New Mexico

Darcie Fontaine, Associate Professor of History, University of South Florida

Jennifer L. Foray, Associate Professor of History, Purdue University

Russell Arben Fox, Professor of Political Science, Friends University

Richard E. Frankel, Richard G. Neiheisel Professor in European History, University of Louisiana at Lafayette

Michal Frankl, Masaryk Institute and Archives of the Czech Academy of Sciences, Czech Republic

David M.P. Freund, Associate Professor of History, University of

AAUP-00210

Maryland, College Park

Jonathan Friedman, Professor and Director of Holocaust and Genocide Studies, West Chester University

Danielle Fosler-Lussier, Professor of Music, Ohio State University

Joshua B. Friedman, Perilman Postdoctoral Fellow, Center for Jewish Studies, Duke University

Kathie Friedman, Associate Professor of International Studies, Jackson School, University of Washington

Judith Friedlander, Professor of Anthropology, Emerita, Hunter College, City University of New York

Benjamin Frommer, Associate Professor of History, Northwestern University

Mary Fulbrook, Professor of German History, University College London (UCL), UK

Alison Furlong, American Religious Sounds Project

Sheer Ganor, Visiting Fellow in the History of Migration, German Historical Institute West

Luis-Manuel Garcia, Assistant Professor/Lecturer in Popular Music Studies and Ethnomusicology, University of Birmingham, UK

Paul Garfinkel, Associate Professor of History, Simon Fraser University, Canada

Libby Garland, Associate Professor of History, Kingsborough Community College and The Graduate Center, The City University of New York

Alexandra Garbarini, Professor of History, Williams College

Leah Garrett, Professor and Director of Jewish Studies, Hunter College, City University of New York

Edyta Gawron, Assistant Professor, Institute of Jewish Studies, Jagiellonian University, Krakow, Poland

Lily Geismer, Associate Professor of History, Claremont McKenna College

Christian Gerlach, Professor of Modern History, University of Bern, Switzerland

Judith Gerson, Associate Professor of Sociology and Women's and Gender Studies, Rutgers University

Idit Gil, Academic director of Democracy Studies, M.A Program, the Open University, Israel

Catherine Gilbert, Marie Skłodowska-Curie Research Fellow, Cultural Memory Studies Initiative, Ghent University, Belgium

Shirli Gilbert, University of Southampton, UK

Amelia Glaser, Associate Professor of Russian and Comparative Literature, University of California, San Diego

Amos Goldberg, Professor at The Department of Jewish History and Contemporary Jewry, The Hebrew University of Jerusalem, Israel

Randall Goldberg, Associate Professor of Musicology and Director of the Dana School of Music, Youngstown State University

Janet Golden, Professor Emerita, Rutgers University-Camden

David A. Goldfarb, Independent Scholar, New York

Julien Gorbach, Assistant Professor in the School of Communications, University of Hawaii at Manoa

AAUP-00211

Case 5:25-cv-06618-NW     Document 81-3     Filed 03/27/26     Page 296 of 469

Peter E. Gordon, Amabel B. James Professor of History, Harvard University

L. Janelle Gornick, Assistant Professor of Psychology, Virginia Military Institute

Boris B. Gorshkov, Lecturer in History, The University of Tennessee at Chattanooga

William Glenn Gray, Associate Professor of History, Purdue University

Walter D. Greason, Dean Emeritus, The Honors School; Chair and Associate Professor, Educational Counseling and Leadership, Monmouth University

Judith Greenberg, Adjunct Faculty, Gallatin School of Individualized Study, New York University

Henry Greenspan, Emeritus, University of Michigan

Simone Gigliotti, Holocaust Research Institute, Royal Holloway, University of London, UK

Dorota Glowacka, University of King's College, Canada

Jan Grabowski, Professor of History, University of Ottawa

Ronald Granieri, Army War College

Emily Greble, Associate Professor of History and East European Studies, Vanderbilt University

Julie Greene, Professor of History, University of Maryland at College Park

Neil Gregor, Professor of Modern European History, University of Southampton, UK

Glenda E. Gilmore, Peter V. and C Vann Woodward Professor of History Emeritus, Yale University

Atina Grossmann, Professor of History in the Faculty of Humanities and Social Sciences, Cooper Union, New York City

Gary D. Grossman, Professor of Animal Ecology, University of Georgia

Amanda F. Grzyb, Associate Professor of Information and Media Studies, Western University

Liora Gubkin, Professor of Religious Studies, Director Institute for Religion, Education, and Public Policy, California State University, Bakersfield

Debra Guckenheimer, Lecturer, Sociology and Human Development, California State University, East Bay

Edin Hajdarpasic, Associate Professor of Modern European History, Loyola University Chicago

Anna Hajkova,* Associate Professor of History, University of Warwick, UK

Sara Halpern, Ohio State University

Nancy Harrowitz, Professor of Italian and Jewish Studies, Director of the Minor in Holocaust, Genocide and Human Right Studies, Boston University

Cynthia Haynes, Director of Rhetorics, Communication, and Information Design Ph.D. Program, Professor of English, Clemson University

Valerie Hebert, Associate Professor, Lakehead University Orillia, Canada

Susanne Heim, University of Freiburg

AAUP-00212

Elizabeth Heineman, Professor of History and of Gender, Women's, and Sexuality Studies, University of Iowa

Daniel Kupfert Heller, Kronhill Senior Lecturer in East European Jewish History, Australian Centre for Jewish Civilisation, Monash University, Australia

David Helps, Department of History, University of Michigan

Burkhard Henke, Professor of German, Davidson College

David Henkin, Professor of History, University of California, Berkeley

Laura Herron, Assistant Professor of Jewish Studies and History, Oberlin College

Deborah Hertz, Professor of History, Wouk Chair in Modern Jewish Studies, University of California San Diego

Susannah Heschel, Eli Black Professor of Jewish Studies, Dartmouth College

Benjamin Hett, Professor of History, Hunter College and the Graduate Center, City University of New York

Jim Hicks, Executive Editor, The Massachusetts Review, Senior Lecturer in Comparative Literature, University of Massachusetts at Amherst

Steven High, Professor of History, Concordia University, Montreal, Canada

Faith Hillis, Associate Professor of Russian History, The University of Chicago

Susanne Hillman, San Diego State University/University of California, San Diego

Laura J. Hilton, Professor of History, Muskingum University

Marianne Hirsch, William Peterfield Trent Professor of English and Comparative Literature, Columbia University

Erin Hochman, Associate Professor of History, Southern Methodist University

Tobias Hof, Ludwig-Maximilians-University Munich, Germany

Janine Holc, Associate Professor, Political Science Department, Loyola University

Sandie Holguín, Professor of History, University of Oklahoma

Anna Holian, Associate Professor of History, Arizona State University

Alana Holland, Department of History, University of Kansas

Lynn Holly, Architect

Hannah Holtschneider, Senior Lecturer in Jewish Studies, University of Edinburgh, UK

Claire M. Hubbard-Hall, Senior Lecturer in History, Bishop Grosseteste University, UK

Anne P. Hubbell, Professor, Department of Communication Studies, New Mexico State University

Erika Hughes, Senior Lecturer in Drama and Performance, University of Portsmouth, UK

Judith M. Hughes, Professor Emerita of History, University of California, San Diego

Alexandra Hui, Associate Professor of History, Mississippi State University

Samuel Clowes Huneke, Assistant Professor of History, George Mason

AAUP-00213

6/10/25, 10:38 AM

An Open Letter to the Director of the US Holocaust Memorial Museum | Omer Bartov, Doris Bergen, Andrea Orzoff | The New York Review of Books

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 298 of 469

University

Tera W. Hunter, Edwards Professor of American History, Princeton University

Jennifer Hurst-Wender, Director of Museum Operations and Education, Preservation Virginia

Samara Hutman, Former Executive Director, Los Angeles Museum of The Holocaust, 2013-2016

Andreas Huyssen, Villard Professor Emeritus of German and Comparative Literature, Columbia University

Natalia Indrimi, Centro Primo Levi New York

Christian Ingrao, Senior Researcher Institut d'Histoire du Temps Présent, CNRS/Université, Paris, France

Steven Leonard Jacobs, Professor of Religious Studies & Aronov Endowed Chair of Judaic Studies, University of Alabama

Paul Jaskot, Professor of Art, Art History and Visual Studies, Duke University

Tomaz Jardim,* Associate Professor of History, Ryerson University, Canada

Joseph E. Jensen, Adjunct Professor, Georgetown University

Steven Jobbitt, Associate Professor of History, Lakehead University

Richard Ivan Jobs, Professor of History, Pacific University

Elisa von Joeden-Forgey, Dr. Marsha Raticoff Grossman Professor of Holocaust and Genocide Studies, Stockton University

Alison Frank Johnson, Professor of History and of Germanic Languages and Literatures; Chair, Department of Germanic Languages and Literatures, Harvard University

Jason Johnson, Associate Professor of History, Trinity University

Nicholas K. Johnson, Deputy Head, Center for German-American Educational History, University of Münster, Germany

Timothy Scott Johnson, Visiting Assistant Professor of History, Texas A&M University Corpus Christi

Benjamin T. Jones, Lecturer in History, Central Queensland University, Australia

Adam Jones, Professor of Political Science, University of British Columbia Okanagan, Canada

Ari Joskowicz, Associate Professor of Jewish Studies, European Studies, and History, Vanderbilt University

Steffen Jost, Head of Education Department, Dachau Concentration Camp Memorial Site, Germany

Jonathan Judaken, Spence L. Wilson Chair in the Humanities, Rhodes College

Robin Judd, Associate Professor of History, Ohio State University

Pieter M. Judson, Professor of 19th and 20th Century History, European University Institute, Florence, Italy

Kathryn Julian, Visiting Lecturer in History, Maryville College

Irene Kacandes, Dartmouth Professor of German Studies and Comparative Literature, Dartmouth College

Carroll P. Kakel, III, Lecturer, Krieger School of Arts & Sciences, Advanced Academic Programs, Johns Hopkins University

Martin Kalb, Assistant Professor of History, Bridgewater College

AAUP-00214

Brett Kaplan, Professor of Literature, University of Illinois Urbana-Champaign

Marion Kaplan, Skirball Professor of Modern Jewish History, New York University

Thomas Pegelow Kaplan, Leon Levine Distinguished Professor and Director of the Center for Judaic, Holocaust and Peace Studies, Appalachian State University

Alexander Karn, Associate Professor of History, Director, Peace and Conflict Studies Program, Colgate University

Rabbi Henry Jay Karp, Adjunct Professor of Theology, St. Ambrose University

Olga Kartashova, Hebrew and Judaic Studies, New York University

Samuel Kassow, Northam Professor of History, Trinity College

Anthony D. Kauders, Professor of Modern History, Keele University, United Kingdom

Martin Kavka, Professor, Department of Religion, Florida University

Ari Kelman, Chancellor's Leadership Professor of History, University of California, Davis

Michelle Kelso, Assistant Professor of Sociology and International Affairs, The George Washington University

Padraic Kenney, Professor of History and International Studies, Indiana University Bloomington

Audrey Kichelewski, Associate Professor of Contemporary History, Strasbourg University, France

Ben Kiernan, A. Whitney Griswold Professor of History, Yale University

Charles King, Professor of International Affairs and Government, Georgetown University

Lisa Kirschenbaum, Professor of History, West Chester University

Rebekah Klein-Pejšová, Associate Professor of History, Purdue University

Irena Klepfisz, retired, Barnard College, New York

Sarah Knott, Associate Professor of History, Indiana University Bloomington

Adam Knowles, Assistant Teaching Professor of Philosophy, Drexel University

Anne Knowles, McBride Professor of History, University of Maine

Roy G. Koepp, Assistant Professor of Modern European History, Eastern New Mexico University

Ari Kohen, Associate Professor of Political Science and Schlesinger Professor of Social Justice in the Harris Center for Judaic Studies, University of Nebraska-Lincoln

Yuliya Komska, Associate Professor of German Studies, Dartmouth College

Jeffrey S. Kopstein, Professor of Political Science, University of California, Irvine

Alexander Korb, Associate Professor in Modern European History, University of Leicester, UK

Jacques Kornberg, Professor Emeritus, Department of History, University of Toronto, Canada

AAUP-00215

Melissa Kravetz, Associate Professor of History, Longwood University

Barbara Krawcowicz, Post-Doctoral Fellow in Judaic Studies, Norwegian University of Science and Technology, Norway

Leslie Kriebel, Social Science Lecturer, Boston University

Kevin M. Kruse, Professor of History, Princeton University

Lukasz Krzyzanowski, Assistant Professor, Polish Academy of Sciences, Warsaw

Hana Kubatova, Assistant Professor, Charles University Prague, Czech Republic

Emma Kuby, Assistant Professor of History, Northern Illinois University

Thomas Kühne, Director, Strassler Center for Holocaust and Genocide Studies, Clark University

Regina Kunzel, Doris Stevens Chair and Professor of History and Gender and Sexuality Studies, Princeton University

Jacob Ari Labendz, Clayman Assistant Professor and Director of the Center for Judaic and Holocaust Studies, Youngstown State University

Dominick LaCapra, Professor Emeritus of History and Bowmar Professor Emeritus of Humanistic Studies, Cornell University

Richard Lachmann, Professor of Sociology, The State University of New York, Albany

Elizabeth Harrington Lambert, Grand Valley State University

Melinda Landeck, Assistant Professor of East Asian Studies, Austin College

J. Shawn Landres, Senior Fellow, Luskin School of Public Affairs, University of California, Los Angeles

Barry Langford, Professor of Film Studies and Member, Holocaust Research Institute, Royal Holloway, University of London, UK

Neringa Latvyte-Gustaitiene, Faculty of Communication, Vilnius University, Lithuania

Claire Launchbury, Associate Researcher, School of Languages, Cultures and Societies, University of Leeds, UK

Tom Lawson, Professor of History and Pro Vice-Chancellor for the Faculty of Arts, Design and Social Sciences, Northumbria University, UK

Nitzan Lebovic, Associate Professor of History, Apter Chair of Holocaust Studies and Ethical Values, Lehigh University

Kenneth F. Ledford, Associate Professor of History and Law, Case Western Reserve University; Chair, Department of History; Co-Director, Max Kade Center for German Studies

Daniel Lee, Vice-Chancellor's Fellow, Department of History, University of Sheffield, UK

Laurel Leff, Associate Professor of Journalism, Northeastern University

Lori Lefkovitz, Ruderman Professor of Jewish Studies, Northeastern University

Carole Lemee, Senior Lecturer and Researcher, Université Bordeaux, France

Brigitte Le Normand, Associate Professor of History, University of British Columbia, Okanagan; Humboldt Fellow

AAUP-00216

Paul Lerner, Professor of History and Director, Max Kade Institute for Austrian-German-Swiss Studies, University of Southern California

Neil Levi, Professor and Chair of English, Drew University

Eve Levin, Ahmanson-Murphy Professor of History, University of Kansas

Paul A. Levine, Independent scholar, Berlin; formerly Research & Education Director, co-founder, The Uppsala University Programme for Holocaust & Genocide Research, Sweden

Beth Lew-Williams, Assistant Professor of History, Princeton University

Mark Leuchter, Professor of Hebrew Bible and Ancient Judaism, Director of Jewish Studies, Department of Religion, Temple University

Laura Levitt, Professor of Religion, Jewish Studies and Gender, Temple University

Laura S. Lieber, Professor of Religious Studies and Director of Jewish Studies, Duke University

Caroline Light, Senior Lecturer, Studies of Women, Gender, and Sexuality, Harvard University

Anna Lind-Guzik, Judith S. Kaye Fellow, Historical Society of the New York Courts, Bard High School Early College, New York

Thomas Lindenberger, Professor for Totalitarianism Studies, Hannah Arendt Institute at Technische Universität Dresden, Germany

Tabea Linhard, Professor of Spanish, Comparative Literature, and International and Area Studies, Washington University in St. Louis

Marcia Sachs Littell, Professor Emeritus, Stockton University; Founding Director of MA program in Holocaust & Genocide Studies

Francis Lowenthal, (Honorary) Professor of Cognitive Sciences, University of Mons, Belgium

Miriam R. Lowi, Professor, Middle East Politics, Department of Political Science, The College of New Jersey

David Luebke, Professor of History, University of Oregon

Aliza Luft,* Assistant Professor of Sociology, University of California, Los Angeles

Stephen Macekura, Associate Professor, Department of International Studies, Indiana University Bloomington

John MacKay, Professor, Slavic Languages and Literatures and Film and Media Studies, Yale University

James Maffie, Senior Lecturer, Department of American Studies, University of Maryland, College Park

Daniel H. Magilow, Professor of German, University of Tennessee, Knoxville

Thomas Maher, Lecturer, Purdue University

Elissa Mailänder, Associate Professor of Gender History, History of Violence and Sexuality, Sciences Po, Paris, France

Barbara Mann, Chana Kekst Professor of Hebrew Literature, Jewish Theological Seminary, New York

Anastasia Mann, Lecturer in Public and International and Affairs, Princeton University

Kate Manne, Associate Professor at the Sage School of Philosophy, Cornell University

AAUP-00217

Lisa Marcus, Professor of English, Chair, Holocaust and Genocide Studies Program, Pacific Lutheran University

Judy Margles, Director, Oregon Jewish Museum and Center for Holocaust Education

Deborah J. Margolis, Middle East Studies Librarian, Area Studies Coordinator, Michigan State University

Michael R. Marrus, Chancellor Rose and Ray Wolfe Professor Emeritus of Holocaust Studies, University of Toronto, Canada

David Marshall, Professor of History, Suffolk County Community College

Jill Massino, Associate Professor of History, University of North Carolina at Charlotte

Janice Matsumura, Associate Professor of History, Simon Fraser University, Canada

Christopher E. Mauriello, Director, Center for Holocaust and Genocide Studies and Professor of History, Salem State University

James McAuley, University of Oxford

Jared McBride,* Lecturer in History, University of California, Los Angeles

Erin McGlothlin,* Associate Professor of Germanic Languages and Literatures and of Jewish, Islamic and Near Eastern Languages and Cultures, Washington University in St. Louis

Anthony McElligott, MRIA, Professor of History, University of Limerick, Ireland

John McNeill, Professor of History and University Professor, Georgetown University

Frank Mecklenburg, Director of Research, Leo Baeck Institute, New York

Johanna Mellis, Assistant Professor of World History, Ursinus College

Robert Melson, Professor Emeritus, Purdue University

Margaret Eleanor Menninger, Associate Professor of History, Texas State University

David A. Meola, Bert & Fanny Meisler Assistant Professor of History and Director of the USA Jewish & Holocaust Studies Program, University of South Alabama

David A. Messenger, Professor and Chair of History, University of South Alabama

Jolanta Mickutė, Professor of History, Vilnius University and The Lost Shtetl Museum, Vilnius, Lithuania

John Miller, Technology Librarian, Traverse des Sioux Library Cooperative, Mankato, Minnesota

Karen Miller, Professor of History, LaGuardia Community College and the Graduate Center, City University of New York

Michael D. Miller, Independent Scholar, Author of biographical encyclopedias on the senior perpetrators of the Holocaust, San Francisco

Ann Millin, retired, Levine Institute for Holocaust Education, USHMM; Ida E. King Distinguished Visiting Professor, Sara & Sam Schoffer Holocaust Resource Center, Stockton University

Richard H. Minear, Professor of History (Emeritus), University of

AAUP-00218

6/10/25, 10:38 AM    Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 303 of 469

An Open Letter to the Director of the US Holocaust Memorial Museum | Omer Bartov, Doris Bergen, Andrea Orzoff | The New York Review of Books

Massachusetts at Amherst

Amanda Minervini, Assistant Professor, Italian Studies, Colorado College

Guy Miron, Professor of History, Open University of Israel, Israel

Christopher A. Molnar, Associate Professor of History, University of Michigan-Flint

Laura Morowitz, Professor of Art History, Wagner College, New York

Douglas G. Morris, Independent Scholar, Trial Attorney, Federal Defenders of New York, Inc.

Leslie Morris, Professor of German, University of Minnesota

Benjamin Moser, Writer

Imani Danielle Mosley, Assistant Professor of Music, Wichita State University

Dirk Moses, Professor of Modern History, University of Sydney, Australia

Michelle Moyd, Associate Professor of History, Indiana University Bloomington

Samuel Moyn, Henry R. Luce Professor of Jurisprudence and Professor of History, Yale University

Eva Mroczek, Associate Professor of Religious Studies and Jewish Studies, University of California, Davis

Adam Muller, Professor and Director, Peace and Conflict Studies, University of Manitoba, Canada

Alexandru Muraru, Researcher and Lecturer in Political Science, Alexandru Ioan Cuza University of Iasi, Romania

Caitlin Murdock, Professor of History, California State University Long Beach

Devin Naar, Associate Professor of History and Jewish Studies, University of Washington

Norman Naimark,  Robert and Florence McDonnell Professor of East European Studies, Stanford University

Stephen Naron, Director, Fortunoff Video Archive for Holocaust Testimonies, Yale University

Benjamin Nathans, Associate Professor of History, University of Pennsylvania

Denisa Nestakova, Research Associate, Comenius University in Bratislava, Slovakia; Herder Institute, Marburg, Germany

John Paul Newman, Senior Lecturer in Twentieth-Century European History, Maynooth University, Ireland

Roberta Newman, Director of Digital Initiatives, YIVO Institute for Jewish Research, New York

Christian Axboe Nielsen, Associate Professor of History and Human Security, Aarhus University, Denmark

Amber N. Nickell, Ph.D. Candidate, Department of History, Purdue University

Bernhard Nickel, Professor of Philosophy, Harvard University

Sr. Cyndi Nienhaus, Associate Professor of Religious Education, Marian University

Carl Nightingale, Professor of Urban and World History, Department of Transnational Studies, University at Buffalo

AAUP-00219

Mary Nolan, Professor of History Emerita, New York University

Marcy Norton, Associate Professor of History, University of Pennsylvania

Meghan O'Donnell, Senior Lecturer of Political and Social History, California State University, Monterey Bay

James W. Oberly, Emeritus Professor of HIstory, University of Wisconsin-Eau Claire

Margaret Olin, Senior Research Scholar, Department of Religious Studies, Program in Judaic Studies, Yale University

Annamaria Orla-Bukowska, Associate Professor, Institute of Sociology at the Jagiellonian University, Kraków and at the Graduate School of Social Research, Warsaw, Poland

Annelise Orleck, Professor of History, Dartmouth College

Andrea Orzoff,* Associate Professor of History and Honors, New Mexico State University

Troy Paddock, Professor of History, Southern Connecticut State University

Katrin Paehler, Associate Professor of History, Illinois State University

Cassandra Painter, Valparaiso University

Roxanne Panchasi, Associate Professor of History, Simon Fraser University, Canada

Elana Passman, Associate Professor of History, Earlham College

Avinoam Patt, Philip D. Feltman Professor of Modern Jewish History, Maurice Greenberg Center for Judaic Studies, University of Hartford

Andy Pearce, Associate Professor in Holocaust and History Education, University College London, UK

Andrew Joseph Pegoda, Women's, Gender, Sexuality Studies Program, Departments of Comparative Cultural Studies and of English, University of Houston

Robert Jan van Pelt, Professor, School of Architecture, University of Waterloo, Ontario, Canada

Devin Pendas, Professor of History, Boston College

Heather R. Perry, Associate Professor of History, University of North Carolina at Charlotte

Terrence G. Peterson, Assistant Professor of History, Florida International University

Joanne Pettitt, Lecturer in Comparative Literature, University of Kent, UK

Toni Pitock, Assistant Professor of History, Co-Director of Judaic Studies Program, Drexel University

Anna Veronica Pobbe, University of Trento, Italy

Keith Pomakoy, Vice President of Academic and Student Affairs, The State University of New York, Sullivan

Emily Richmond Pollock, Associate Professor of Music and Theater Arts, Massachusetts Institute of Technology

Sara Poulin, Doctoral Candidate, Department of History, University of Western Ontario

Renée Poznanski, Head of the Simone Veil Research Centre for Contemporary European Studies, Yaacov and Poria Avnon Professor of Holocaust Studies, Department of Politics and Government (Emerita),

AAUP-00220

6/10/25, 10:38 AM                    An Open Letter to the Director of the US Holocaust Memorial Museum | Omer Bartov, Doris Bergen, Andrea Orzoff | The New York Review of Books

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 305 of 469

Ben Gurion University of the Negev, Israel

Patrice G. Poutrus, Research Fellow, Universität Erfurt, Germany

Kim Christian Priemel, Professor of Contemporary European History, University of Oslo, Norway

Stephanie Pridgeon, Assistant Professor of Spanish and Latin American Studies, Bates College

Dan J. Puckett, Chair, Alabama Holocaust Commission, Professor of History, Troy University

Trevor A. Purvis, Assistant Professor, Department of Law & Legal Studies, Carleton University, Ottawa, Canada

Eric Rauchway, Professor of History, University of California, Davis

Anson Rabinbach, Phillip and Beulah Rollins Professor of History Emeritus, Princeton University

Celia E. Rabinowitz, Dean of Mason Library, Keene State College

Michaela Raggam-Blesch, Institute of Contemporary History, University of Vienna, Austria

Ben Ratskoff, Comparative Literature, University of California, Los Angeles

Ian Reifowitz, Professor of Historical Studies, SUNY Empire State College

Dominique Kirchner Reill, Associate Professor of Modern European History, University of Miami

Richard A. Reiman, Professor of History, South Georgia State College

Donald F. Reindl, Assistant Professor of Translation, University of Ljubljana, Slovenia,

James Retallack, University Professor, Department of History, University of Toronto, Canada

Daniel P. Reynolds, Seth Richards Professor in Modern Languages, Grinnell College

Jeff Rice, Senior Lecturer, Political Science, Northwestern University

Curtis Richardson, Research Fellow, Center for Slavic, East European and Eurasian Studies, University of North Carolina at Chapel Hill

Ned Richardson-Little, Nachwuchsgruppenleiter, University of Erfurt, Germany

Michael Riff, Director, the Gross Center for Holocaust and Genocide Studies, Ramapo College of New Jersey

Jennifer L. Rodgers, Research Assistant Professor of History and Assistant Editor, Einstein Papers Project, California Institute of Technology

Aron Rodrigue, Daniel E. Koshland Professor in Jewish Culture and History, Stanford University

Devorah Romanek, Curator of Exhibits, Maxwell Museum of Anthropology, Albuquerque, New Mexico

Sven-Erik Rose, Associate Professor of German and of Comparative Literature, University of California, Davis

Katherine Roseau, Assistant Professor of French, Mercer University

Mark Roseman, Distinguished Professor of History, Pat M. Glazer Chair in Jewish Studies, Indiana University Bloomington

Warren Rosenblum, Professor of History, Politics, and International Relations, Webster University

AAUP-00221

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 306 of 469

6/10/25, 10:38 AM                    An Open Letter to the Director of the US Holocaust Memorial Museum | Omer Bartov, Doris Bergen, Andrea Orzoff | The New York Review of Books

Neal M. Rosendorf, Associate Professor of International Relations History, New Mexico State University

Gavriel D. Rosenfeld, Professor of History, Director of Judaic Studies Program, Fairfield University

Aviel Roshwald, Professor of History, Georgetown University

Lauren Faulkner Rossi, Assistant Professor, Simon Fraser University

Michael Rothberg, 1939 Society Samuel Goetz Chair in Holocaust Studies, Professor of English and Comparative Literature, University of California, Los Angeles

Rachel Rothstein, Independent Scholar

Nadia Rubaii, Co-Director, Institute for Genocide and Mass Atrocity Prevention and Professor of Public Administration, Binghamton University

Jeff Rutherford, Associate Professor of History, Wheeling Jesuit University

Douglas Sackman, University of Puget Sound

Emily Sample, Executive Director, Genocide Prevention Program, George Mason University School for Conflict Analysis and Resolution

Debarati Sanyal, Professor of French, University of California, Berkeley

Sandrine Sanos, Professor of Modern European History, Texas A&M University, Corpus Christi

Derek Sayer, Professor Emeritus of Sociology and (by courtesy) History, University of Alberta, Canada

Rebecca P. Scales, Associate Professor of History, Rochester Institute of Technology

Allison Schachter, Associate Professor of Jewish Studies, Vanderbilt University

Charlotte Schallié, Associate Professor of Germanic Studies, University of Victoria, Canada

Florian Scheding, Senior Lecturer in Music, University of Bristol, UK

Christine Schmidt, Deputy Director and Head of Research, the Wiener Library, London

Gina Schouten, Assistant Professor of Philosophy, Harvard University

Daniel J. Schroeter, Amos S. Deinard Memorial Chair in Jewish History, University of Minnesota

Stefanie Schüler-Springorum, Director, Center for Research on Antisemitism, Institute of Technology, Berlin, Germany

Debra L. Schultz, Assistant Professor of History, Kingsborough Community College, City University of New York

Kevin M. Schultz, Professor of History and Religious Studies, University of Illinois at Chicago

Leslie A. Schwalm, Professor of History and Gender, Women's, and Sexuality Studies, University of Iowa

Peter Schweppe, Assistant Professor of German Studies and History, Montana State University

Rebecca Scott, Adjunct Professor of History

Steven Seegel, Professor of History, University of Northern Colorado

Raz Segal, Assistant Professor of Holocaust and Genocide Studies, Stockton University; James J. Sheehan, Professor Emeritus,

AAUP-00222

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 307 of 469

6/10/25, 10:38 AM                    An Open Letter to the Director of the US Holocaust Memorial Museum | Omer Bartov, Doris Bergen, Andrea Orzoff | The New York Review of Books

Department of History, Stanford University

Sasha Senderovich, Assistant Professor of Russian and Jewish Studies, University of Washington

Joshua Shanes, Associate Professor of Jewish Studies, College of Charleston

Scott J. Shapiro, Charles F. Southmayd Professor of Law, Professor of Philosophy, Yale University

Noah Shenker, N. Milgrom & 6a Foundation Senior Lecturer, Australian Centre for Jewish Civilisation, Monash University, Australia

Daniel J. Sherman, Lineberger Distinguished Professor of Art History and History, University of North Carolina at Chapel Hill

David Shneer,* Louis P. Singer Chair in Jewish History, Professor of History and Jewish Studies, University of Colorado Boulder

Marci Shore, Associate Professor of History, Yale University

Jennifer Siegel, Professor of History, Ohio State University

Susanna Siegel, Edgar Pierce Professor of Philosophy, Harvard University

Lewis Siegelbaum,* Jack and Margaret Sweet Professor Emeritus, Department of History, Michigan State University

Zuzana Sihelníková, Department of Mediamatics and Cultural Heritage, University of Žilina, Slovakia

Jordana Silverstein, ARC Postdoctoral Research Associate, School of Historical and Philosophical Studies, University of Melbourne, Australia

Sara Silverstein, Assistant Professor of History and Human Rights, University of Connecticut

Bryant Simon, Professor of History, Temple University

Brad Simpson, Associate Professor of History and Asian Studies, University of Connecticut

Alan Singer, Senior Lecturer in European History, Honors College, University of Wisconsin, Milwaukee

Helene Sinnreich,* Associate Professor, Religious Studies and Director, Fern and Manfred Steinfeld Program in Judaic Studies, University of Tennessee, Knoxville

Shana Sippy, Assistant Professor of Religion, Centre College/Danville, KY, Co-Director, Religious Diversity in MN Initiative/Research Associate, Carleton College

Dawn Skorczewski, Research Professor of English, Brandeis University

David Slucki, Assistant Professor in Jewish Studies, College of Charleston, co-director of Zucker/Goldberg Center for Holocaust Studies, College of Charleston

William Smaldone, E.J. Whipple Professor of  History, Willamette University

Dana Smith, Assistant Professor of Holocaust and Genocide Studies, Keene State College

Helmut Walser Smith, Martha Rivers Ingram Professor of History, Vanderbilt University

Timothy Snyder, Richard C. Levin Professor of History, Yale University

Jennifer Sorensen, Independent Researcher & Writer, New Jersey

Daniel Soyer, Professor of History and Jewish Studies, Fordham

AAUP-00223

University

Roland Spickermann, Associate Professor, University of Texas of the Permian Basin

Leo Spitzer, Vernon Professor of History, Emeritus, Dartmouth College

Martha Sprigge, Assistant Professor of Musicology, University of California, Santa Barbara

Ronit Y. Stahl, Assistant Professor of History, University of California, Berkeley

Jason Stanley, Jacob Urowsky Professor of Philosophy, Yale University

David E. Stannard, Emeritus Professor of American Studies, University of Hawaii at Mãnoa

Paul Steege, Associate Professor of History, Faculty Director, Lepage Center for History in the Public Interest, Villanova University

Richard Steigmann-Gall, Associate Professor of History and former Director of Jewish Studies, Kent State University

Sarah Abrevaya Stein, Professor of History, Maurice Amado Chair of Sephardic Studies and Sady and Ludwig Kahn Director, Alan D. Leve Center for Jewish Studies, University of California, Los Angeles

Gerald J. Steinacher, Professor of History and Hymen Rosenberg Professor of Judaic Studies, University of Nebraska-Lincoln

Sybille Steinbacher, Professor of Holocaust Studies, Goethe-Universität Frankfurt am Main, Germany

Alexandra Steinlight, Past & Present Postdoctoral Fellow, Institute of Historical Research, University of London, UK

Philipp Stelzel, Assistant Professor of History, Duquesne University

Frances Glazer Sternberg, Lecturer, Jewish Studies Program, University of Kansas

Oren Baruch Stier, Professor of Religious Studies, Director, Holocaust and Genocide Studies & Jewish Studies Certificate Program, Steven J. Green School of International and Public Affairs, Florida International University

Lauren Stokes, Assistant Professor of History, Northwestern University

Alexa Stiller, Research Fellow, University of Bern, Switzerland

Dan Stone, Professor of Modern History and Director, Holocaust Research Institute, Royal Holloway, University of London, UK

Elizabeth Strauss, Assistant Professor of History, Mount St. Mary's University

Dorian Stuber, Isabelle Peregrin Odyssey Professor of English, Hendrix College

Thomas J. Sugrue, Professor of History and Social and Cultural Analysis, New York University

Jelena Subotic, Professor of Political Science, Georgia State University

Charley Sullivan, Department of History, University of Michigan

Irena Šumi, Assistant Professor of Anthropology, University of Ljubljana, Slovenia

Marina Swoboda, Adjunct Lecturer in History, Anglo-American University in Prague, Czech Republic

Guillaume de Syon, Professor of History, Albright College

AAUP-00224

Frances Tanzer, Visiting Assistant Professor, Strassler Center for Holocaust and Genocide Studies, Clark University

Naomi S. Taub, Department of English, University of Illinois Urbana-Champaign

Nicholas Terry, Senior Lecturer in Modern European History, University of Exeter, UK

Kai M. Thaler, Assistant Professor of Global Studies, University of California, Santa Barbara

Fabien Théofilakis, Assistant Professor, Centre d'histoire sociale des mondes contemporains, University of Paris 1 Panthéon Sorbonne, France

Jennifer Thompson, Associate Professor, Maurice Amado Professor of Applied Jewish Ethics and Civic Engagement, Jewish Studies Interdisciplinary Program, California State University, Northridge

Annette Timm, Professor of History, University of Calgary, Canada

Lisa Todd, Associate Professor of History, University of New Brunswick, Canada

Barry Trachtenberg,* Rubin Presidential Chair of Jewish History, Director, Jewish Studies Program, Wake Forest University

Corey L. Twitchell, Assistant Professor of German, Southern Utah University

Matthew Unangst, Assistant Professor of History, Jacksonville University

Daniel Unowsky, Professor of History, University of Memphis

Estibalitz Ezkerra Vegas, Lecturer, Basque Studies, University of California, Santa Barbara

J. David Velleman, Professor of Philosophy and Bioethics, New York University

Alana M. Vincent, Associate Professor of Jewish Philosophy, Religion, and Imagination, University of Chester, UK

Oren Vinogradov, Department of Music, University of North Carolina at Chapel Hill

Elizabeth Vlossak, Associate Professor of History, Brock University, Canada

Nikolaus Wachsmann, Professor of Modern European History, Birkbeck College, University of London

Anika Walke,* Associate Professor of History, Washington University in St. Louis

Charles Walker, MacArthur Foundation Endowed Chair in Global Human Rights, University of California, Davis

James Waller, Cohen Professor of Holocaust and Genocide Studies, Keene State College

Kenneth Waltzer, Professor of History Emeritus, James Madison College, Michigan State University

Steven M. Wasserstrom, Moe and Izetta Tonkin Professor of Judaic Studies and the Humanities, Reed College

Keith David Watenpaugh, Professor and Director of Human Rights Studies, University of California, Davis

Leslie M. Waters, Assistant Professor of History, The University of Texas at El Paso

AAUP-00225

Ulrike Weckel, Professor of History in the Media and in the Public, Justus-Liebig University, Giessen, Germany

Joanne Weiner Rudof, Archivist Emeritus, Fortunoff Video Archive for Holocaust Testimonies, Yale University

Alice Weinreb, Associate Professor of Modern History, Loyola University Chicago

Lori R. Weintrob, Professor of History and Director, Holocaust Center, Wagner College

Gary Weissman, Associate Professor of English and affiliate faculty member of Judaic Studies, University of Cincinnati

Eric D. Weitz, Distinguished Professor of History, City College and the Graduate Center, City University of New York

Angela West, Program in History and Culture, Drew University

Benjamin Thomas White, Lecturer in History, University of Glasgow, UK

Thomas White, Associate Director/Coordinator of Educational Outreach, Cohen Center for Holocaust and Genocide Studies, Keene State College

Jonathan Wiesen, Professor of History, University of Alabama at Birmingham

Michał J. Wilczewski, Visiting Lecturer, University of Illinois at Chicago

George Williamson, Associate Professor of History, Florida State University

Rebecca Wittmann, Chair, Department of Historical Studies, University of Toronto Mississauga, Associate Professor, Department of History, University of Toronto, Canada

Sebastian Wogenstein, Associate Professor of German and Comparative Literature, Interim Director, Center for Judaic Studies and Contemporary Jewish Life, University of Connecticut

Diane Wolf,* Professor of Sociology, University of California, Davis

Yoke-Sum Wong, Managing Editor, *Journal of Historical Sociology*, Alberta University of the Arts, Canada

Jamie L. Wraight, Director, The Voice/Vision Holocaust Oral History Archive, University of Michigan, Dearborn

Kathleen Wroblewski, Assistant Professor of History, Missouri State University

Yasemin Yildiz, Associate Professor of German and Comparative Literature, University of California, Los Angeles

Stephenie Young, Faculty Research Associate at the Salem State University Center for Holocaust and Genocide Studies and Professor of English, Salem State University

Tara Zahra, Homer J. Livingston Professor of History, University of Chicago

Michael Zank, Professor of Religion, Jewish Studies, and Medieval Studies and Director, Elie Wiesel Center for Jewish Studies, Boston University

Kimberly E. Zarecor, Professor of Architecture, Iowa State University

Jonathan Zasloff, Professor of Law, University of California, Los Angeles

AAUP-00226

Steven Zipperstein, Daniel E. Koshland Professor in Jewish Culture and History, Stanford University

Eve Zucker, Lecturer, Department of Anthropology, Yale University

- *First signatories*

AAUP-00227

# EXHIBIT 84

6/11/25, 7:13 PM                Harvard Faculty Statement in Support of Palestinian Liberation | by Ajantha Subramanian | Medium



Open in app ↗                                                              Sign up    Sign in

**Medium**        Q Search                                              ✎ Write   👤

# Harvard Faculty Statement in Support of Palestinian Liberation



Ajantha Subramanian   ( Follow )   3 min read · May 20, 2021

👏        💬                                              ⌴⁺   ▶   ↥

As US-based scholars who oppose racism and colonial violence in all its forms, we write to express solidarity with the Palestinian people in their struggle for freedom and self-determination. Israeli state violence has devastated Palestinian life through a combination of warfare, territorial theft, and violent displacement. Unwavering US financial, military, and political support has fueled an apartheid system that institutionalizes the domination and repression of Palestinians. The recent reports by Human Rights Watch and the Israeli human rights organization B'tselem are only the latest to document this reality. The current effort to expel Palestinians from Jerusalem's Sheikh Jarrah neighborhood; the violence in Israeli cities like Lydda and Haifa, in which Israeli police stand by and facilitate right-wing extremist attacks on Palestinians; and the military attack on the Gaza Strip are only the most recent events in a decades-long process of dispossession.

Palestinians are not only denied freedom and self-determination, they are even denied the right to resist. Palestinian resistance in all its forms is

AAUP-00228

https://medium.com/@asubram_92892/harvard-faculty-statement-in-support-of-palestinian-liberation-3e3d2ed9f5a6                1/8

criminalized by Israel and the US. Every measure of self-defense by a people without a state or an army against a nuclear power backed by the US is subject to immediate censure while Israel continues its violent aggressions with impunity.

Suppression of support for Palestinian liberation extends into the US academy where even scholarly criticism of Israeli human rights violations is increasingly equated with <u>antisemitism</u> and forbidden by law. The situation in Israel, Gaza, and the West Bank is far worse. Academic freedom and basic educational rights are unavailable for students and faculty at <u>Palestinian universities</u>, and the rights of Palestinians at Israeli universities are severely curtailed. The Israeli government and academic institutions routinely punish scholars — both Jews and Palestinians — who criticize the state's policies.

In this moment when Israeli ethnonationalist violence is at an all-time high, US military support remains steadfast, and solidarity with Palestine is criminalized, US-based scholars cannot be silent. We demand an end to US support for Israel's apartheid regime, condemn Israeli state aggression, and affirm our support for the Palestinian liberation struggle.

## Signatories

1. Ajantha Subramanian, Anthropology and South Asian Studies

2. Steven Caton, Anthropology

3. Vijay Iyer, Music and African and African American Studies

4. Walter Johnson, History and African and African American Studies

5. Kirsten Weld, History

AAUP-00229

6. Rosie Bsheer, History

7. Diane L. Moore, Religion and Public Life

8. Evelynn M. Hammonds, History of Science and African an African American Studies

9. Robert F. Pharr, Studies of Women, Gender, and Sexuality and African and African American Studies

10. Arunabh Ghosh, History

11. Ju Yon Kim, English

12. Sidney Chalhoub, History and African and African American Studies

13. Teju Cole, English

14. Cemal Kafadar, History

15. Soha Bayoumi, History of Science

16. Caroline Light, Studies of Women, Gender, and Sexuality

17. Bram Wispelwey, Medicine

18. Lucien Castaing-Taylor, Anthropology and Art, Film, and Visual Studies

19. Susanna Siegel, Philosophy

20. Michael Herzfeld, Anthropology

21. Ned Hall, Philosophy

22. Glenda Carpio, English and African and African American Studies

23. Ernst Karel, Anthropology and Art, Film, and Visual Studies

24. Joyce E. Chaplin, History

25. Adaner Usmani, Sociology and Social Studies

AAUP-00230

26. Tara K Menon, English

27. Bernhard Nickel, Philosophy

28. Ali Asani, Study of Religion and Near Eastern Languages and Civilizations

29. Michael Bronski, Studies of Women, Gender, and Sexuality

30. Robin Bernstein, African and African American Studies and Studies of Women, Gender, and Sexuality

31. Alice Jardine, Romance Languages and Literatures and Studies of Women, Gender, and Sexuality

32. Jean Comaroff, African and African American Studies and Anthropology

33. Nicholas Harkness, Anthropology

34. Musa Syeed, English

35. Ingrid Monson, Music and African and African American Studies

36. Sarah S. Richardson, History of Science and Studies of Women, Gender, and Sexuality

37. Alex Rehding, Music

38. Lucie White, Harvard Law School

39. Suzanne Preston Blier, History of Art and Architecture; African and African American Studies

40. Katrina Forrester, Government and Social Studies

41. Christopher Hasty, Music

42. Robb Moss, Art, Film, and Visual Studies

43. Gabriela Soto Laveaga, History of Science

44. Ana Isabel Keilson, Social Studies

AAUP-00231

45. Sugata Bose, History and South Asian Studies

46. Peter E. Gordon, History

47. Jesse McCarthy, English and African and African American Studies

48. Jeffrey Schnapp, metaLAB (at) Harvard; Romance Languages and Literatures

49. Vincent Brown, History and African and African American Studies

50. Sylvaine Guyot, Romance Languages and Literatures and Theater, Dance & Media

51. Tracey Rosen, Social Studies

52. Tom Conley, Romance Languages and Art, Film & Visual Studies

53. Glory Liu, Social Studies

54. Linda Schlossberg, Studies of Women, Gender, and Sexuality

55. András Riedlmayer, Aga Khan Program for Islamic Architecture

56. Andrea Wright, Anthropology

57. Mary D. Lewis, History

58. Namwali Serpell, English

59. Malavika Reddy, Anthropology

60. Philip Deloria, History

61. Peter Der Manuelian, NELC and Anthropology

62. George Paul Meiu, Anthropology and AAAS

63. Matthew Liebmann, Anthropology

64. Byron Good, Global Health and Social Medicine, and Anthropology

AAUP-00232

65. Mary-Jo DelVecchio Good, Global Health and Social Medicine

66. Claire Messud, English



**Written by Ajantha Subramanian**

0 followers · 1 following

Follow

Professor of Anthropology, Harvard University

## No responses yet



Write a response

What are your thoughts?

## Recommended from Medium

AAUP-00233





 Jordan Gibbs

LONG   In Long. Sweet. Valuable. by Ossai Chinedum

## ChatGPT Is Poisoning Your Brain...

Here's How to Stop It Before It's Too Late.

## I'll Instantly Know You Used Chat Gpt If I See This

Trust me you're not as slick as you think

 Apr 29   ✋ 17.9K   💬 832

 May 16   ✋ 8.3K   💬 453





 JJ Hart

CB   In Coding Beauty by Tari Ibaba

## Pride

These days, specifically, Pride Month means many different things to many different...

## This new IDE from Google is an absolute game changer

This new IDE from Google is seriously revolutionary.

 Jun 2   ✋ 210   💬 2

 Mar 11   ✋ 5.9K   💬 349

AAUP-00234





 In ThinkDraft by Singh Bhai

LUHOG Youth

**How to Read Someone's Personality in 10 Seconds (Backe...**

The Subtle Signs That Reveal Who Someone Really Is.

**A Letter to the Youth, Written Using a Red Pen**

by Divine Domingo, Alexah Dela Cruz, and Jamee Sarte

Jan 27    👋 17.6K    💬 471

May 21    👋 55

See more recommendations

AAUP-00235

# EXHIBIT 85

*CURRICULUM VITAE*

**1. Personal Data:**

| | |
|---|---|
| **Name:** | Nadje Sadig Al-Ali |
| **Address:** | Department of Anthropology |



+1 (401) 863-5129
Nadje_Al-Ali@brown.edu

**2. Education:**

| | |
|---|---|
| September 1998 | PhD<br>The School of Oriental and African Studies,<br>University of London - U.K.<br>Department of Social Anthropology |
| February 1993 | Masters of Arts<br>The American University in Cairo - Egypt<br>Department of Sociology/Anthropology |
| May 1989 | Bachelors of Arts<br>University of Arizona, Tucson - USA<br>Middle Eastern Studies and French |
| June 1986 | Secondary School Certificate: Abitur<br>Horkesgath Gymnasium, Krefeld - Germany |
| **Languages:** | Excellent English and German; Good Arabic and French |

**3. Management & Leadership Roles**

| | |
|---|---|
| 1 July 2020-<br>30 June 2024 | Director, Center for Middle East Studies,<br>Brown University |
| 1 July 2020 | Director of Graduate Studies, Anthropology Department<br>Brown University |
| 1 August 2014-<br>August 2018 | Chair, Centre for Gender Studies, SOAS University of London |
| 1 January 2017<br>August 2018 | Head of Doctoral School, SOAS University of London |
| September 2013-<br>May 2016 | President, University College Union (UCU), SOAS |
| September 2011-<br>May 2012 | Equality & Diversity Officer, UCU, SOAS |
| September 2008-<br>May 2011 | Chair, Centre for Gender Studies |
| September 2004-<br>May 2007 | Director of Postgraduate Studies,<br>Institute of Arab & Islamic Studies, University of Exeter |

1

AAUP-00481

**4. Career Record:**

| | |
|---|---|
| July 2020 – 30 June 2024 | Director, Center for Middle East Studies Brown University |

January 2019 - Robert Family Professor of Middle East Studies;
Professor of Anthropology & Middle East Studies
Watson Institute for Policy and International Affairs &
Department of Anthropology

| | |
|---|---|
| September 2010- December 2018 | Professor of Gender Studies Chair of Centre for Gender Studies SOAS, University of London |

| | |
|---|---|
| September 2008- August 2010 | Reader in Gender Studies Chair of Centre for Gender Studies SOAS, University of London |

| | |
|---|---|
| September 2007- August 2008 | Senior Lecturer in Gender Studies Centre for Gender Studies SOAS, University of London |

October 2005 - Senior Lecturer in Social Anthropology
August 2007          The Institute of Arabic and Islamic Studies
The University of Exeter

| | |
|---|---|
| March 2000 - Sept 2004 | Lecturer in Social Anthropology The Institute of Arabic and Islamic Studies The University of Exeter |

| | |
|---|---|
| March-July 2003 | Visiting Professor in International Women's Studies The University of Bochum, Germany |

| | |
|---|---|
| Oct. 1998 - Feb 2000 | Research Fellow Sussex Centre for Migration Research University of Sussex |

| | |
|---|---|
| 1996-1998 | Teaching Fellow (GTA) School of Oriental and African Studies, University of London |

| | |
|---|---|
| 1989-1993 | Research and Teaching Assistant The American University in Cairo. Egypt |

**5. Publications**

**a) Books:**

2024 (Co-edited with Tunay Altay and Katy Galor) *Resisting Far-Right Politics in the Middle East and Europe: Queer Feminist Perspectives*. Edinburgh: Edinburgh University Press.

2019. (Co-edited with Deniz Kandiyoti & Kathryn Spellman) *Gender, Governance & Islam*. Edinburgh: University of Edinburgh Press.

2013. (Co-edited with Deborah Al-Najjar) *We are Iraqis: Aesthetics & Politics in a Time of War*. Syracuse: Syracuse University Press.

2013. *Zhnany Eraq: Chiroke Newtrawekan le 1948-we ta Emro*. National Center For Gender Research: Sulaimaniya, Iraq.

2009. (Co-edited with Nicola Pratt) *Women & War in the Middle East: Transnational Perspectives*. Zed: London & New York.

2

AAUP-00482

2009. (Co-authored with Nicola Pratt) *What kind of Liberation? Women and the Occupation of Iraq*. Berkeley: University of California Press.

2009. *Irakli Kadinlarin: Anlatilmayan Öyküsü 1948'Den Bugüne*. Istanbul, Turkey: ILETIŞIM.

2009. Mujeres iraquíes. Historias nunca contadas desde 1948 hasta la actualidad. Barcelona: Sirpus.

2007. *Iraqi Women: Untold Stories from 1948 to the Present*. Zed: London & New York.

2006. *Al-'almaniya, al-naw wa al-dawla fi shark al-awsat: al-haraka al-nissaiya fi' misr*. Cairo, Egypt: Supreme Council of Culture.

2002. (Co-edited with Khalid Koser) *New Approaches to Migration: Transnational Communities and the Transformation of Home*. London, New York: Routledge

2000. *Secularism, Gender and the State in the Middle East: The Egyptian Women's Movement*. Cambridge Middle East Studies, Cambridge University Press.

1994. *Gender Writing - Writing Gender: The Representation of Women in a Selection of Modern Egyptian Literature*. Cairo: The American University in Cairo Press.


*b) Articles:*

2023. (co-authored with Mashuq Kurt) "From Islamists to Religious Patriots: Intersectional Identities of Religious Kurdish Women". *Journal of Middle East Women's Studies* 1 November 2023; 19 (3): 357–378.
doi: https://doi.org/10.1215/15525864-10815511

2022 (co-authored with Isabel Kaeser) "Beyond Feminism? Jineolojî and the Kurdish Women's Freedom Movement", *Politics & Gender*, vol. 1, no. 18, 212-243. doi:10.1017/S1743923X20000501.

2022. "Film Review: Maysoon Pachachi's "Our River…Our Sky" in Iraq", *Markaz Review*, 05/30/2022.

2021. (co-authored with Latif Tas) 'Kurdish women's struggles with gender equality: from ideology to practice', *Third World Quarterly*, DOI: 10.1080/01436597.2021.1906642.

2020. 'Covid-19 and feminism in the Global South: Challenges, initiatives and dilemmas'.
*European Journal of Women's Studies* 2020, Vol. 27(4) 333–347 (open access).
https://journals.sagepub.com/doi/pdf/10.1177/1350506820943617

2019. 'Feminist dilemmas: how to talk about gender-based violence with reference to the Middle East?', *Feminist Review*; Issue 122: 16– 31.

2018. (with Latif Tas) 'Clashes, Collaborations & Convergences: Evolving Relations of Turkish and Kurdish feminists', in *Journal of Balkan and Near Eastern Studies*.

2018. 'Sexual violence in Iraq: Challenges for transnational feminist politics.' *European Journal of Women's Studies*. Vol. 25(1): 10–27.

2018. (with Latif Tas) 'Dialectics of struggle: challenges to the Kurdish women's movement'. LSE Middle East Centre Paper Series, 22. Middle East Centre, The London School of Economics and Political Science, London, UK.

2018. (with Latif Tas) 'Reconsidering Nationalism and Feminism: The Kurdish Political Movement in Turkey', in *Nations & Nationalism* 24 (2): 453-473.

2017. (with Latif Tas) '"War is like a Blanket…:" Feminist Convergences in Kurdish and Turkish Women's Rights Activism for Peace.' *Journal of Middle East Women's Studies*, 13 (3).

2017. 'Reflections from the other side of the pond', *Journal of Middle East Women's Studies*, 13 (3).

AAUP-00483

2016. 'How to talk about gender-based violence?', in *Kohl: a Journal for Body and Gender Research,* Vol. 2, No. 1 (Summer 2016).

2014. 'Reflections on (Counter) Revolutionary Processes in Egypt', in *Feminist Review*, Special issue on Revolutions, No. 6. February 2014: 122-128.

2014. 'Potatoes or rice?', in *Feminist Review*, Special issue on Food, 114: 12-13.

2013. 'Feminist Dilemmas in (Counter) Revolutionary Egypt', *NORA: Nordic Journal of Feminist and Gender Research,* 20th anniversary issue, Autumn 2013.

2012. 'Gendering the Arab Spring.' *Middle East Journal of Culture and Communication*, 5 (1), pp. 26-31.

2011. (with Nicola Pratt) 'Between Nationalism and Women's Rights: The Kurdish Women's Movement in Iraq', in *Middle East Journal of Culture and Communication* 4 (2011) 337–353.

2011. 'Iraqi Women: Historical and Contemporary Perspectives.' *Orient: German Journal for Politics, Economics and Culture in the Middle East*, 52, pp. 32-38.

2011. 'A Feminist Perspective on the Iraq War.' *Works & Days,* 29, pp. 99-114.

2011 'Conspiracy of Near Silence: Violence against Iraqi Women.' *Middle East Report (MERIP),* 258, pp. 34-37.

2008. 'Iraqi Women and Gender Relations: Redefining Difference.' *British Journal of Middle Eastern Studies*, 35 (3), pp. 405-419.

2008 'The Perils of Forgetting History [Anthropology in Conflict: An Exchange].' *Survival; global politics and strategy*, 50 (3), pp. 151-155.

2008. (with Nicola Pratt) 'The Iraqi Women's Movement',. *Feminist Review* 88, Special issue on War, pp. 74-85.

2008. (with Nicola Pratt) 'Researching women in post-invasion Iraq: negotiating 'truths' and deconstructing dominant discourses',  *Bulletin for Interfaith Studies* (BRIFS), Amman.

2007. 'Iraqi Women in Diasporic Spaces: Political Mobilization, Gender & Citizenship', in *Revue des mondes musulmans et de la Méditerranée*, special issue L'Irak en Perspective, summer 2007, No. 117-118, pp. 137-156.

2006. (with Nicola Pratt) 'Women in Iraq: Beyond the Rhetoric', in *MERIP*, June 2006.

2005. 'Gendering Reconstruction: Iraqi Women between Dictatorship, wars, sanctions and Occupation in *Third World Quarterly*, vol. 26, no. 4-5, pp. 739-758.

2003. 'Gender & Civil Society in the Middle East', in *International Feminist Journal of Politics 5* (2) July 2003: 216-232.

2002. 'Gender relations, transnational ties and rituals amongst Bosnian refugees', in *global networks: a journal of transnational affairs* 2 (3) July 2002: 249-262.

2001. 'Refugees and transnationalism: the experience of Bosnians and Eritreans in Europe', *Journal of Ethnic and Migration Studies 7*(4 ), October 2001: 615-634.

2001. 'The limits to transnationalism', *Ethnic and Racial Studies* 24 (4) July 2001: 578-600.

2000. 'Nationalisms, national identities and nation states: gendered perspectives', in *Nations & Nationalism* vol. 6, part 4 (October 2000): 631-638.

2000. 'Women and Sanctions in Iraq', in *Economic Sanctions on Iraq*. Published conference proceedings by CASI. Cambridge University Press.

4

AAUP-00484

1999. 'Inside\Out: the Native and the Halfie Unsettled', joined paper with Heba El-Kholy. *Cairo Papers of Social Science* 22 (2): 14-40. Cairo: The American University in Cairo Press.


***c) Book Chapters:***

2022. 'COVID-19 and Feminism in the Middle East: Challenges, Initiatives, and Dilemmas', in COVID and Gender in the Middle East, ed. Rita Stephan, University of Texas Press.

2022. 'Women's Movements in the Middle East', Routledge Handbook on Women in the Middle East, eds. Suad Joseph and Zeina Zaatari, Routledge, pp.212-220.

2020. 'Iraqi Women's Agency: From Political Authoritarianism to Sectarianism and Islamist Militancy', in Rita Stephan & Mounira Charrad (eds). *Women Rising: In And Beyond The Arab Spring.* New York: New York University Press, pp. 98-106.

2019. 'Iraq: Gendering violence, sectarianisms and authoritarianism', in Deniz Kandiyoti, Nadje Al-Ali & Kathryn Spellman (eds), *Gender, Governance & Islam.* Edinburgh: University of Edinburgh Press.

2019. (co-authored with Ghiwa Sayegh). 'Feminist and Queer Perspectives on West Asia', in *Queer Asia (*eds.) Jonathan Daniel Luther & Jennifer Ung Loh. London & New York: Zed Books.

2018. 'Arab Family Studies: Iraq', in *Arab Family Studies: Critical Reviews*, ed. by Suad Joseph, Syracuse: University of Syracuse Press.

2018. 'Memory, History and Contestations in present-day Iraq', in Katrina Srigley, Stacey Zembrzycki, and Franca Iacovetta (eds). *Beyond Women's Words: Feminisms and the Practices of Oral History in the Twenty-First Century.* London & New York: Routledge, pp. 137-148.

2017. 'Foreword.' In: *The Political Thought of Abdullah Öcalan: Kurdistan, Women's Revolution and Democratic Confederalism.* London: Pluto Press, vii-xvii. (Politics).
2016. 'Gender, protest and political transition in the Middle East and North Africa.' In: Steans, Jill and Tepe-Belfrage, Daneila, (eds.), *Handbook on Gender in World Politics.*Cheltenham, UK; Northampton, MA, USA: Edward Elgar, pp. 127-136. (International Handbooks on Gender series)

2016. (with Nicola Pratt) 'Positionalities, intersectionalities and transnational feminism in researching women in post-invasion Iraq', in Annick Wibben, ed. *Research War: Feminist Methods, Ethics and Politics,* London and New York: Routledge, 2016.

2013. 'Introduction: Writing Trauma, Memory and Materiality', with Deborah Al-Najjar, in Al-Ali, Nadje & Deborah Al-Najjar (eds) *We are Iraqis: Aesthetics & Politics in a Time of War.* Syracuse: Syracuse University Press.

2012. 'The Iraqi Women's Movement: Past and Contemporary Perspectives', in
*Mapping Arab Women's Movements: A Century of Transformations from Within*, ed. by Pernille Arenfeldt & Nawar Al-Hassan Golley. Cairo: The American University in Cairo Press.

2011. 'Iraq's Triple Challenge: State, Nation, and Democracy,' with Nicola Pratt, in Burnell, Peter and Randall, Vicky and Rakner, Lise, (eds.), *Politics in the Developing World*. Oxford: Oxford University Press, pp. 406-416.

2010. 'The War on Terror and Women's Rights in Iraq,' in Robben, Antonius C.G.M., (ed.), *Iraq at a Distance: What Anthropologists Can teach us About the War*. University of Pennsylvania Press, pp. 57-79.

2010. 'Diasporas and gender,' in Knott, Kim and McLoughlin, Sean, (eds.), *Diasporas: Concepts, Intersections, Identities*. London & New York: Zed Books, pp. 118-122.

2007. 'Gender, Diasporas and Post-cold War Conflict', in Hazel Smith (ed.) *Diasporas and Post-Cold War Conflict*, Washington: United States Institute for Peace & United Nations University.

5

AAUP-00485

2006. 'The Enemy of my Enemy of not my Friend: Women's Rights, Occupation and 'Reconstruction' in Iraq', in Nira Yuval-Davis, Kalpana Kannabiran and Ulrike M. Vieten (eds.) *Situating the Politics of Belonging*. London & New York: Routledge.

2004. 'Secular Women's Activism in Contemporary Egypt', in Ayeasha Imam, Jenny Morgan & Nira Yuval-Davis (eds.) *Warning Signs of Fundamentalisms*. London: Women Living Under Muslim Law, pp. 147-154.

2003. 'Gender Relations and Transnational Ties among Bosnian Refugees', in Deborah Bryceson (ed.) *Forging New Frontiers in Europe: Transnational Families and their Global Networks*. Oxford & New York: Berg Publishers.

2003. 'Women and Economic Sanctions in Iraq', in Shams Inati (ed.) *Iraq: History, People and Politics*. Philadelphia: Prometheus Press.

2003. 'A mirror of political culture in Egypt', Kienle, Eberhard (ed.): *Politics from Above, Politics from Below: The Middle East in the Age of Economic Reform*. London: Al-Saqi Publications.

2003. 'Teen Life in Iraq', in Akbar Mahdi (ed.) *Teenagers in the Middle East*. Westport: Greenwood Publishing

2002. "Transnationalism, international migration and home", in Nadje Al-Ali & Khalid Koser *New Approaches to Migration: Transnational Communities and the Transformation of Home,* London, New York: Routledge.

2002. "Trans- or a-national: Bosnian refugees in the UK and the Netherlands', in Nadje Al-Ali & Khalid Koser *New Approaches to Migration: Transnational Communities and the Transformation of Home,* London, New York: Routledge.

2002. 'Self and Generation: Formative Experiences of Egyptian Women Activists'.  Mary Anne Faye (ed.). *Women's Biographies in the Middle East,* New York: St. Martin's Press.

2000. 'We Are Not Feminists: Egyptian Women's Rights Activists On Feminism'. Cynthia Nelson & Shahnaz Rouse (eds.) *Globalization And the Indigenization of Knowledge Debate: Comparative Perspectives,* University of Florida Press.

1997. 'Feminism and Contemporary Debates in Egypt', in Dawn Chatty and Anika Rabo (eds.) *Women Organized in Groups in the Middle East: formal and informal groups*. Oxford & New York: Berg Publishers.


*d) Selected Policy Reports & Working Papers:*

2018.  Report on strategies to exit violence in the Middle East.  International Panel on Exiting Violence (IPEV); Fondation Maison des sciences de l'homme (FMSH), Paris.

2017. 'Expert report on political situation in Turkey'.  Westminster Crown Court, London.

2016. Arab Human Development Report 2016: Youth and the prospects for human development in changing reality. UNDP (coordinated chapter on women and gender).
http://www.arabstates.undp.org/content/rbas/en/home/library/huma_development/arab-human-development-report-2016--youth-and-the-prospects-for-/

2013. Review of the June 2013 Country of Origin Report & Country Guidance Notes on Iraq, commissioned by the Independent Advisory Group on Country Information (IAGCI) and Chief Inspector of Borders and Immigration.

2012. (with Irada Al-Jeboury, Inass Al-Enezy, Inass and Huda Al-Dujaili) 'Female Iraqi Academics In Post-Invasion Iraq: Roles, Challenges & Capacities'. London.

2012 (with Muzha Muhammed, Hataw Kareem, Dlaram Salih, and Kawther Akreyi)
'Female Iraqi Academics In Iraqi Kurdistan: Roles, Challenges & Capacities.' London: SOAS.

2011. Review of the March 2011 Iraq Country of Origin Report, commissioned by the Independent Advisory Group on Country Information (IAGCI).

6

AAUP-00486

2006. Commentary on Home Office Iraq Country Information Report, October 2006; prepared for the Advisory Panel on Country Information (APCI).

2005. (with Anita Fabos & Orob El-Abed) Middle East. Developing DFID's Policy Approach to Refugees. Oxford: Refugee Studies Centre; London: DFID.

2002. 'The Women's Movement in Egypt with Selected References to Turkey', Civil Society and Social Movement Series. United Nations Research Institute for Social Development. Commissioned Report. Geneva: UNRSID .

**e) Selected online publications**

2016. (with Ayla Akat and Latif Tas) 'Kurds and Turks are at the edge of a cliff', Interview. Open Democracy, https://www.opendemocracy.net/nadje-al-ali-latif-tas-ayla-akat/kurds-and-turks-are-at-edge-of-cliff

2016. (with Gultan Kisanak and Latif Tas) 'Kurdish women's battle continues against state and patriarchy, says first female co-mayor of Diyarbakir'. Interview. Open Democracy. https://www.opendemocracy.net/nadje-al-ali-latif-tas-g-ltan-ki-anak/kurdish-women-s-battle-continues-against-state-and-patriarchy-

2016 (with Zahra Ali & Isabel Marler) 'Reflections on Authoring the Chapter on Young Women for the 2016 Arab Human Development Report', Jadaliyya. http://palestine.jadaliyya.com/pages/index/25627/reflections-on-authoring-the-chapter-on-young-wome

2016. 'Professor Al-Ali Slams Government of Turkey over Peace Petition'. Bianet. http://bianet.org/english/human-rights/171224-professor-al-ali-slams-

2014. ' Sexualized violence in Iraq: how to understand and fight it'. Open Democracy.https://www.opendemocracy.net/5050/nadje-alali/sexualized-violence-in-iraq-how-to-understand-and-fight-it

2014. 'Egyptian sexual harassment activists battle growing acceptance of violence;. The Conversation. https://theconversation.com/egyptian-sexual-harassment-activists-battle-growing-acceptance-of-violence-23264

2013. 'Iraq: gendering authoritarianism'. Open Democracy. https://www.opendemocracy.net/5050/nadje-al-ali/iraq-gendering-authoritarianism

**d) Selected interviews, media engagements & videos**
2022. Choices program: Feminism in the Middle East; https://mailchi.mp/brown/videos-al-ali

2022. Talk with Hammi:
Part 1: Feminism in the Middle East, Women's Rights Across the Arab World, https://www.youtube.com/watch?v=rP0e3WcLnls&t=21s

Part 2: Feminism in the Middle East, Women's Rights Across the Arab World, https://www.youtube.com/watch?v=YDkqfjyKORg

2022. "Women's Activism in the Middle East"; Berlin Mideast Podcasts; https://www.kas.de/de/berlin-mideast-podcast-naher-und-mittlerer-osten

2022. Women's protests in Iran"; https://trending-globally.captivate.fm/episode/the-protests-in-iran-are-about-more-than-hijabs

2018. Interview – Feminist Freedom Warriors:
In conversation with Profs Chandra Mohanty & Linda Carty
https://vimeo.com/266037388/80fd73d593

2016. Interview – Nadje Al-Ali. E-International Relations.
http://www.e-ir.info/2016/01/30/interview-nadje-al-ali/

2016. 'Gendering the Kurdish-Turkish conflict and attempts at peace: a talk with Nadje Al-Ali'.

7

AAUP-00487

https://www.youtube.com/watch?v=4_yOfS3DkTM

2015. 'An Iraqi professor on a Gender Studies international stage'. Al Arabiya News.
http://english.alarabiya.net/en/blog/2015/11/03/Nina-meets-Nadje.html

2014. 'Gender, Violence & Minorities'.
https://www.youtube.com/watch?v=Pc0bxO20nZU

2013. 'Nadje Al-Ali on Women and War in the Middle East'.
https://archive.org/details/scm-227894-nadjeal-alionwomenandwarinthe

2013. 'Iraqi Women Before And After The 2003 Invasion, Interview With Prof Nadje Al-Ali Univ of London'.
Musings on Iraq.
http://musingsoniraq.blogspot.co.uk/2013/12/iraqi-women-before-and-after-2003.html

2012. 'Gendering (Counter) Revolutions in the Middle East, Professor Nadje Al-Ali (SOAS)'
https://www.youtube.com/watch?v=J_WdVPRIUe0

2012. 'Narrating the Arab Spring'
https://www.youtube.com/watch?v=pTfK2zA0kTw

2011. 'Transnational feminist journeys to and from the Middle East', Inaugural lecture.
https://www.youtube.com/watch?v=HbijA8TgdzI

2010. 'Women and War in the Middle East'.
https://www.youtube.com/watch?v=PesOOpeuo4I

2009. The battle against brutality. *The Guardian.*
https://www.theguardian.com/lifeandstyle/2009/jan/28/iraq-women-rights-us-news

**8. Teaching experiences**

   a) **Brown University**
- Anthropological methodology & methods
- Gender & Sexuality in the Middle East
- Anthropology of the Middle East
- Transnational Feminist Mobilization & Knowledge Production
- Gendering Migration & Diasporas

   b) **SOAS, University of London:**
- Gender Theory and the Study of Asia, Africa and the Middle East
- Gender in the Middle East (PG)
- Gender & Sexuality in the Middle East
- Gendering Migration & Diasporas
- PhD students' research methods seminar in Gender Studies

   c) **University of Exeter**
- Anthropology of Islam (UG)
- Ethnography of the Middle East (UG)
- Gender & Identity of the Middle East (UG & PG)
- Research methods (PGR)

**11. Membership in professional associations & service to the profession:**
- Associate Editor of Journal of Middle East Women's Studies (JMEWS)
- Member of Middle East Studies Association of Northern America
- Advisory board member of the German Orient Institute, Beirut, Lebanon, 2018-2020
- Elected board director of Middle East Studies Association (MESA) – 2012-2015
- Elected member of board of Association for Middle East Women (AMEWS) - 2012-
- Former President of Association for Middle East Women (AMEWS), 2010-2012

8

AAUP-00488

**12.Selected keynotes & lecture invitations**

Invited lecture. "Transnational feminist perspectives on anti-gender discourses and politics". University of Bern, Switzerland. 18 March 2025.

Keynote: "Anti-Genderism in the Middle East", Conference entitled: Anti-Feminism and Anti-Gender Politics in Authoritarian Regimes: The Role of the State, Religion and Feminist Counter-strategies in the Near and Middle East and Eastern Europe, University of Marburg (Germany) 21-23 June 2023.

Invited annual lecture: "Feminist Dilemmas and Ambivalences: Gendered and queer perspectives on the Middle East".  British Middle East Studies Association, 17 November 2022;
https://www.youtube.com/watch?v=XkzoQ4Qq-R4

Keynote: 'Beyond Academia: Transnational Feminist, and Queer Perspectives on the Middle East', German Middle East Studies Association annual conference, Berlin 09/13/2022.

Invited lecture: "Reconstructing Gender: Iraqi Women between Dictatorship, War, Sanctions and Occupation", 27 May 2022; Duke University.

Invited lecture: "Gender, Violence and Authoritarianism in the Middle East: Transnational Feminist Perspectives", Florida State University, 7 April 2022.

Invited lecture: "Beyond feminism and nationalism: Reflections on Kurdish women's activism", Rutgers University, April 6 2022.

Keynote: 'Beyond Backlash: Global Feminist Contestations', keynote at conference  'Conflicts over Women's and Gender Rights: Ambivalences and Contradictions'; University of Bielefeld, 11 March 2022.

Keynote: 'The Politics of Gender: Transnational Feminist Perspectives',  annual Political science conference, AUC, Cairo, 1 March 2022.

Invited lecture: Women and gender in Iraq, The Iraqi Society, University of Exeter, 1 February 2022.

'Gendering Protest and Revolutionary Moments: the significance of body politics in the Middle East', University of Wisconsin Madison, November 2021.

"Women, violence, and exiting from violence with a gendered approach", Sweet Briar College, October 2021.

"Reflecting on the costs of war in the Middle  East", The Costs of War project, Brown University, September 2021.

"Human rights and political change in America and in the Middle East since 9/11".American University, September 2021.

"Feminist anti-imperialism", Panel discussion on the new internationalism, *The Nation* magazine, May 2021.

Women in the MENA Region Before and After the Arab Spring, Foundation Maison des Sciences de l'homme (Paris) and Carnegie Corporation  (New York), May 2021.

'Transnational Feminism in the Middle East', Gender and Sexualities Studies Institute, The New School, April 2021.

"Transnational Feminism in the Middle East", Gender and Sexualities Studies Institute, The New School, April 2021.

'Reflections on Academic Freedom in Global Perspective', 30th Annual Davis, Markert and and Nickerson Academic Freedom Lecture, University of Michigan, February 2021.

9

AAUP-00489

"Space and Time: Crowds, Bodies, Affects". Global Uprising series, Hagop Kevorkian Center, NYU, February 2021.

'Rethinking Orientalism: Gender, Body Politics and Authoritarianism in the Middle East'. Rutgers – Newark, November 2018.

'Gendering Activism: Rethinking Power, Authoritarianism and Resistance'; invited keynote at Connecting Resistances in West Asia, North Africa and Europe; Al-Sharq and Rosa Luxemburg Foundation, Berlin, October 2018.

'Feminist Dilemmas: How to talk about gender-based violence in the Middle East'; invited lecture at Centre for Gender Studies, SOAS University of London, October 2018.

'Feminism in Crisis? Gender and the Arab Public Sphere', invited keynote address, AUB, Beirut, 18-19 January 2018.

'Queering Ethnoheterogenesis in transnational perspective: (De) ethnicising Muslim migrants', invited keynote at Ethnoheterogenesis: The dialectics of hetero- and homogenization in processes of ethnic framing and membership; Hannover, Germany, 14 December 2017.

'Defining the Contours of Activist Scholarship in Human Rights', invited keynote at conference on Activist Scholarship in Human Rights: New Challenges, School of Advanced Studies, University of London, June 2017.

'Transformation(s) in the Middle East and Beyond: Transnational Feminist Perspectives and Dilemmas', invited keynote at conference on Political transformations – transformations of the political: feminist perspectives. University of Frankfurt, Germany, October 2016.

'Gendered perspectives on refugees and refuge', invited lecture, German-Jewish Centre, University of Sussex, Brighton, 20 June 2016.

'Gendering migration & diasporas', keynote at Dutch anthropological association, Utrecht, 20 May 2016.

'Body politics and gendered resistance in the MENA region: A Focus on Egypt and the Turkish-Kurdish conflict,' invited keynote at Athens Biennale, May 2016.

'Between authoritarianism and radical democracy: Women's rights struggles in the Middle East', invited lecture; The Department of Social and Cultural Anthropology of the Vrije Universiteit Amsterdam; Seminar Series: Current Issues in Anthropology; 19 May 2016.

'Protest, Body Politics and Authoritarianism: A gendered perspective on Political developments in the Middle East.', invited lecture, Simon Fraser University, Vancouver, Canada, March 2016.
'Identity & Political Mobilization of Diasporas', keynote lecture; Jewish Community Centre, Duisburg, Germany; 21 April 2015.

'Gendering protest and authoritarianism in the Middle East', keynote, Italian Association of Middle East Studies, Venice, Italy, January 2015.

'Iraq 10 years after', invited keynote at "Gertrude Bell in Iraq", British Academy, September 2013.

'Revolutionary Moments – Reactionary Processes: A Feminist Reflection on Protest, Mobilization and Change in the Middle East', invited keynote address at bi-Annual Feminist & Women's Studies Association (FWSA) University of Nottingham, June 2013.

'Gendering revolutionary and counter-revolutionary processes in Egypt', invited keynote lecture, University of Bergen, Norway, June 2013.

'Transnational Feminism in the Middle East', invited keynote lecture at "Grounding Cosmopolitanism: Theory and Practice through the Prism of Women's Rights", Bahcesehir University, Istanbul, Turkey, March, 2013

'Gendering Rage: Protest, Cultural Productions, and the Making of New Men and Women in the Middle East', invited keynote lecture, Yale University, New Haven, US, April 2013.

10

AAUP-00490

Gendering protest and authoritarianism', invited keynote, 8th European feminist conference, May 2012.
'
Public places, alternative spaces', invited lecture at "Women Making Democracy", Radcliffe Institute for Advanced Study, Harvard University, US, March 2012.

'Conspiracy of Silence: Gender-based violence in Iraq', invited lecture at World Affairs Council, Colorado Springs, US, October 2011.

'Iraqi Women between Dictatorship, Sanctions, Wars and Occupation, invited lecture, Colorado College, Colorado Spring, US, October 2011.

'The Iraqi Kurdish Women's Movement', invited lecture, The Women's Empowerment Organization, Erbil; September 2011.

'The Iraqi Women's Movement: past and contemporary Perspectives, invited lecture, University of Jordan, Center for Women's Studies & KAS, September 2011.

'Gendering the Iraqi State", invited conference paper, Memory & Conceptualizations of the Iraq nation, University of Maryland, 1&2 May, 2010.

'Gendering Memory & Resistance in Iraq', invited lecture, Centre for Middle East Studies, Duke University, 22 March 2010.

'What kind of Liberation? Women and the Occupation of Iraq', invited lecture, Department of History, University of North Carolina, 20 March, 2010.

'What kind of Liberation? Women and the Occupation in Iraq', invited lecture, Centre for Middle East Studies, UCLA, Los Angeles, February 13, 2009.

'What kind of Liberation? Women and the Occupation in Iraq', invited lecture, Centre for Near and Middle East Studies, University of Berkeley, Berkeley, February 12 2009.

'The Iraqi Women's Movement Post-Invasion', invited lecture, Women and Gender Studies department, University of Berkeley, Berkeley, February 10 2009.

"Narrating the Nation, Trauma & War: Representing Iraqi Women's Memories", invited keynote, International Symposium Cultural Voices of a Fragmented Nation: War, Trauma, and Remembrance in Contemporary Iraq, University of Marburg, December 2008.

'Gendering War & Violence in Iraq: Historical Context & Contemporary Perspectives', invited lecture, University of Venice, January 2008.

'Gender and Conflict in Iraq', keynote speech at "Transformations in the Middle East", workshop organized by Free University of Berlin, Department of Politics, 12-15 December, 2007.

'What kind of Liberation? Iraqi Women and the Occupation', invited lecture, Centre for Middle East Studies, Harvard, Boston 5 November 2007.

'Iraqi Women between Dictatorship, Wars and Sanctions', invited lecture at Williams College, Williams Town, 6 November 2007.

'Iraqi Women and War', Invited lecture at conference on Women and War, organized by department of women's studies, University of Pennsylvania, Philadelphia 24-26 October 2007.

'Gender and Political Transition in Iraq post 2003', Boston Consortium on Gender, Security and Human Rights, Boston, April 2007.

'What kind of Liberation? Iraqi Women Post 2003', invited lecture, Harvard School of Governance, Harvard University, Boston, April 2007.

'Iraqi Women: Untold Stories', invited lecture, Sarah Lawrence College, NY, April 2007.

11

AAUP-00491

'Iraqi Women: Past and Present', invited lecture, Visiting Speakers Series, Ohio State University, April 2007.

'Iraqi Women: Untold Stories', invited lecture, Denison University, Ohio, April 2007.

'What kind of liberation? Iraqi Women and Occupation', invited lecture at Middle Eastern Studies Seminar, University of Manchester, January 2007.

'Political Mobilization of Iraqi Diaspora Women', invited lecture at Institute for International Integration Studies (IIIS); IIIS Speakers Series, University of Dublin.

'Iraqi Women and Gender Relations post- 2003', invited lecture at Centre for Gender Studies, School of Oriental and African Studies (SOAS), November 2006.

'Iraqi Women under Occupation', invited paper presented at Emory Symposium "The Iraq War and the Wider Conflict", Emory University, Atlanta, November 2006.

'Iraqi Women, Past and Present', invited lecture at Drew College, Madison, New Jersey, November 2006.

'Iraqi Women: Untold Stories from 1948 to the Present', invited lecture at Birkbeck College, London, October 2006, Visiting Speakers series.

'Political Mobilization of Iraqi Diaspora Women', invited paper presented at conference entitled 'Gender & Empire, AUC, Cairo, June 2006.

'Iraqi Women, Citizenship and Transnational Migration', Paper presented at MESA (Middle East Studies Association of Northern America), Washington DC, November 2005.

'Iraqi Women: Past and Future Perspectives', Paper presented at conference entitled 'Iran & Iraq: Past and Future Perspectives', University of Michigan, Ann Arbor.

'The role of Iraqi women in the diaspora', invited lecture at COMPAS Lecture series, University of Oxford, May 2005.

'Iraqi Women between Dictatorship, sanctions, war and occupation', invited lecture at The Middle East Studies Centre, University of Arizona, Tuscon, April 2005.

'Gender and Transnationalism', invited lecture at The Middle East Studies Centre, University of Arizona, Tuscon, April 2005.

'Iraqi Women and Reconstruction', invited Key Note Speech at Graduation of Women's Studies Department, San Diego State University, April 2005.

'Iraqi Women between Dictatorship, sanctions, war and occupation', invited lecture at University of Michigan, Ann Arbor, March 2005.

'Working Woman, Mother of the Nation or Prostitute?' Iraqi Women and Constructions of Identity", invited paper presented at conference entitled "Iraq" Concepts of Self and Other", Amman, Jordan, January 2005.

'Gender and Political Mobilization of Diasporas', invited paper presented at workshop entitled "Political Mobilization of Post-Cold War Diasporas", United States Institute for Peace & University of Tokyo, September 2004, Macau.

'Constructions of Gender Identities in Iraq', Paper presented at workshop entitled "War and Reconstruction in Africa and the Middle East", September 2003, Ahfad University, Khartoum, Sudan.

'Women and Gender Relations in Iraq', invited lecture at University of Bochum, July 2003.

'The Impact of War and Sanctions on Women and Gender in Iraq', invited lecture at Heinrich Boell Foundation, Berlin, April 2003.

12

AAUP-00492

### *12. Selected conferences and panels organized*

'Decolonizing Kurdish Studies', joint workshop organized with Center for Middle East Studies at Yale University, October 22 2021.

'Queer Feminist Perspectives on Political Homophobia and Anti-Feminism in the Middle East and Europe', joint conference organized with Humboldt University (Berlin), 24-25 September 2021.

'Comparative Feminist Reflections on War & Peace'; conference organization, Centre for Gender Studies, SOAS University of London 13 & 14 October 2017.

'Gendered Critical Kurdish Studies: Beyond nationalism, statehood and identity', panel organised for International Kurdish Studies conference, University of Exeter, June 2017.

'Gender and Governance in Muslim Contexts', workshop organised at Aga Khan university, London 10-11 February 2017.

'Politicised Sexualities, Marginalised Histories', organised conference on Sexuality in Southwest Asia and North Africa (SWANA), Centre for Gender Studies, SOAS University of London, February 2017.

Gender & Authoritarianism in the Middle East', joint workshop between and Centre for Gender Studies, SOAS; Centre for Middle East Studies, University of Indiana, Bloomington, April 2014.

'Gendering the Transnational in War, Peace-Building and Post-conflict Reconstruction: The case of Iraq & Palestine', panel organised at MESA, Boston, November 2009.

'Contemporary Iraqis: Cultural Voices of Resistance', round table organised at MESA, Montreal, Canada, November 2007.

'The Study of the Arab World in Western Universities', workshop organised at SOAS University of London, December 2008.

'Citizenship, Gender and Conflict in the Middle East', panel organised at MESA, Washington DC, November 2005.

'(Re)construction, Gender, and Transnationalism in the Middle East', panel organised at MESA, Boston, November 2004.

"Transnational Migration, Generation and Gender", workshop organized at the annual international conference of Mediterranean Studies, European University Institute, Florence, March 2002.

"Orientalism Reconsidered". International conference with Edward Said & Mohammed Arkoun, conference organized at the Institute of Arab & Islamic Studies, University of Exeter, April 2001.

13

AAUP-00493

# EXHIBIT 86

## ANTH 2020: Methods of Anthropology Research
Dept of Anthropology, Brown University Spring
2024

**Professor: Nadje Al-Ali**
**Email:** nadje_al-ali@brown.edu
**Class Meetings:** Thursdays 4-6:30p; Giddings House 212
**Office Hours:** Tuesdays and Thursdays 1:30-2:30pm (Watson, 111
Thayer, room 211)
**Canvas:** We will use Canvas for all assignment submissions

### Course Description
This graduate seminar is focused on the methodological opportunities, choices, and problems faced by ethnographers conducting research in socio-cultural anthropology. Students will develop their MA research proposals and practice key skills in research design, ethics, analysis, and writing while reading widely from traditional/classic anthropology, decolonial anthropology, feminist ethnography, and different perspectives of the ethics and practice of ethnography.

### Course Objectives
-Students will be made familiar with the principles of methodology and methods in social anthropology
-Students will learn foundational skills in research design and ethnographic practice
-Students will develop their MA research proposals
-Students will become familiar with the IRB process and ethics proposal design

### Course Expectations and Grading Scheme
The course will meet for 2.5 hours each week for a total of twelve class meetings (30 hours in-class time). Required readings and practical methods assignments are anticipated to take approximately 15 hours per week.

This is a small seminar graduate course rooted in deep reading and generous, critical engagement with the authors, one another, and the assignments. Participation and engagement during class meetings is key to meeting the course objectives and developing students' methodological skills and research plans. We will plan to meet in-person most weeks, with potential for occasional Zoom meetings.

50% Participation (including seminar facilitation and class presentations)
50% Short Assignments (must complete at least 6/9; some assignments are mandatory, others optional)

Please complete the relevant Short Assignment and upload it to Canvas by Wednesday 10am before the next class meeting. Plan to set aside a few minutes to quickly review your peers' assignments to aid in your discussion and feedback during class.

### Weekly Topics and Readings

#### Week One (1/25):
**Introductions**
*This week we will take some time introducing ourselves, our research experiences and interests. We will also talk about the structure of and plan for the course and discuss assessment.*

#### Week 2 (2/1) –
**Why anthropology? – Influences, motivations, interests, and limitations**
*We will discuss the history of anthropology, its links to colonialism and imperialism as well as attempts at decolonizing the discipline. As you read, consider the following questions: What disciplinary concerns past and present does your project connect to? What topics, questions, problems (etc.) interest you?*

1

AAUP-00570

**Readings:**

Ortner, Sherry B. 2016. "Dark Anthropology and Its Others: Theory Since the Eighties." *HAU: Journal of Ethnographic Theory* 6 (1): 47-73.

Cantero, Lucia E. 2017. "Sociocultural Anthropology in 2016: In Dark Times: Hauntologies and Other Ghosts of Production." *American Anthropologist* (The Year in Review) 119 (2): 308-318.

Parikh, Anar. 2018. "Race is Still a Problem in Anthropology." *Anthrodendum*, April 9, 2018, https://anthrodendum.org/2018/04/09/race-is-still-a-problem-in-anthropology/.

Daswani, Girish (2021) The (Im)Possibility of Decolonizing Anthropology https://everydayorientalism.wordpress.com/2021/11/18/the-impossibility-of-decolonizing-anthropology/\

**Assignment 1:**
Prepare a 2-4 paged document discussing the question of why you chose to pursue the discipline of anthropology and what do you see as its main challenges. Due January 31 10am.

**Week 3 (2/8)**
**Methodology: Approaching and Framing Research**
*What do we mean by ontology and epistemology? What is the difference between methodology and method? What are the theoretical and methodological frameworks to which you are most immediately drawn?*

**Readings:**

Dawson, Catherine  (2019) 'How to decide upon a methodology', (Chapter 2), *Introduction to Research methods.*

Fumanti, Mattia (2015) Ontology, Epistemology and the Limits of the Real in Anthropology. In Mark Harris and Nigel rapport (eds) *Reflections on the Encounters of the Imagination.* Routledge: London.

Saeidzadeh, Z. (2023). Gender Research and Feminist Methodologies. In Vujadinović, D., Fröhlich, M., Giegerich, T. (eds) Gender-Competent Legal Education. Springer Textbooks in Law. Springer, Cham. https://doi.org/10.1007/978-3-031-14360-1_6

Thambinathan, V., & Kinsella, E. A. (2021). Decolonizing Methodologies in Qualitative Research: Creating Spaces for Transformative Praxis. *International Journal of Qualitative Methods*, *20*. https://doi.org/10.1177/16094069211014766

**Assignment 2:**
Provide a 2-4 paged document discussing the main ideas discussed in this week's readings.
Due February 14 10am.

**Week 4 (2/15)**
**What? The research problem/question**
*What specific problem(s) interest you? What kinds of questions do you plan to ask (big, theoretical research questions that you might not really be able to ask people directly and smaller ones that you can)? More importantly, from where do these problems/questions emerge? What influences their development? How can you work to more directly engage in this fundamental part of the design process and what might that engagement reveal or produce?*

AAUP-00571

*We will also be discussing the literature review, what it is and how to develop it for your project and proposal. Literature reviews must serve your project—from the questions you are asking, to the selection of your field site, to the way that you are going to go about collecting data. More broadly, this is a chance for you to design your research in conversation with larger concerns in anthropology, area studies, or interdisciplinary pursuits.*

⇒ Come to class prepared to give a brief "elevator pitch" of your project (informal) describing where you are in the design process.

**Readings:**

Bernard, H. Russell. 2011. "Preparing for Research." In *Research Methods in Anthropology: Qualitative and Quantitative Approaches, 5th edition*, 66-95. Lanham: AltaMira Press.

Becker, Howard 1986. "Terrorized by the Literature." In *Writing for Social Scientists: How to Start and Finish Your Thesis, Book, or Article*. Chicago: University of Chicago Press. Pp 135-149.

Grant, Cynthia and Azadeh Osanloo. 2014. "Understanding, Selecting, and Integrating a Theoretical Framework in Dissertation Research: Creating the Blueprint for Your 'House'". *Administrative Issues Journal: Connecting Education, Practice, and Research* 4 (2): 12-26.

Harrison, Faye V. 2016. "Theorizing in Ex-centric Sites." *Anthropological Theory* 16 (2-3): 160-176.

**Assignment 3:**
Option 1: Write a statement of your research problem/question (2-3 pages). Choose one (or more if you like) of the above approaches to help you to develop your ideas and articulate the problems and questions that motivate and frame your research. Projects must attend to broad pressing questions that most anyone would be interested in as well as specific theoretical and area-oriented debates. Aim for one main over-arching research question, and three or four sub-questions.
Due Feb 21 10am.


Option 2: Literature review rough draft (3-5 pages). Describe (at least) two bodies of literature that your research will draw on and contribute to (these can include theoretical, area studies, and methodological literatures). Think about the focus of each one and describe its genealogy and evolution, as well as the key themes contained within. Consider also what the literatures will do for you (i.e. what they might help you to argue or articulate). For each body of literature list 5-10 relevant citations. Finally, enter all of these citations into some kind of bibliographic software (EndNote, Zotero, etc.), print out a bibliography, and upload both documents (the lit review draft and the bibliography) to the appropriate shared folder.
Due Feb 21 10am.


**Week 5 (2/22)**
**Ethnography**
This weeks' readings and discussion focus on the significance of ethnography for the discipline of anthropology and beyond. We will critically examine which aspects of research are ethnographic and engage with the debate about the "overuse" of the term.

**Readings**

McGranahan, Carole. "Ethnography beyond method: The importance of an ethnographic sensibility." *Sites: a journal of social anthropology and cultural studies* 15, no. 1 (2018).

3

AAUP-00572

Fassin, Didier. 2013. "Why Ethnography Matters: On Anthropology and Its Publics. *Cultural Anthropology* 28 (4): 621-646.

Ingold, Tim.  2014. "That's Enough About Ethnography!" *HAU: Journal of Ethnographic Theory* 4 (1): 383-395.

All four short essays in the CA Forum on Ingold's article:
*https://culanth.org/fieldsights/870-correspondences-ethnography*

**Assignment 4**
Research Questions—What can ethnography answer**?** Concisely, freewrite about your research questions and what draws you to this topic. How do you propose that ethnography will allow you to answer your research questions in ways that other methods perhaps couldn't? What perspectives, stories, and concepts are in your carrier bag? (2-4 pages)
Due Feb 28 10am.

**Week 6 (2/29)**
**Ethics and IRB**
*This week we will review ethics in research and strategies for submitting a protocol to the Institutional Review Board. A representative from IRB will come to class.*

**Readings:**
AAA Code of Ethics (2012 statement), review online,
http://ethics.americananthro.org/category/statement/

Review and explore Brown's HRPP/IRB Home Page https://www.brown.edu/research/conducting-research-brown/research-compliance-irb-iacuc-coi- export-control/hrpp-irb-home-page

Price, David H. 2016. "A Short History of American Anthropological Ethics, Codes, Principles, and Responsibilities – Professional and Otherwise." In *Anthropological Ethics in Context: An Ongoing Dialogue*, edited by Dena Plemmons and Alex W. Barker, 23-38. Walnut Creek: Left Coast Press, Inc.

Hodge, G. Derrick. 2013. "The Problem with Ethics." *PoLAR* 36 (2): 286-297.

Alcoff, Linda 1992. The Problem of Speaking for Others. Cultural Critique Winter 1991-1992
"AAA Ethics Blog: Principles of Professional Responsibility." American Anthropological Association. 2012.

For Archs: Review SAA code. https://www.saa.org/career-practice/ethics-in-professional- archaeology

**Assignment 5:**
Write a brief statement (2-3 pages) describing the ethical issues/concerns that immediately come to mind regarding your project. What are the potential risks and benefits of your research? What will you do to protect and minimize risk to participants? If you can, solicit and review one or two existing IRB statements from more advanced students to use as models as you progress to writing the IRB proposal as well as the statement on ethics that will appear in your MA proposal. Due March 6 10am.

⇒ Complete the CITI training for IRB if you haven't done so yet.
⇒ If you need to submit an IRB proposal, prioritize getting this in after this week's session.

**Week 7 (3/7)**
**Positionality, Perspectives & Reflexivity**

4

AAUP-00573

*In today's session, we will engage with the significance of positionality and the significance of reflexivity in the research process.*

**Readings**

Scott, Joan W. "The evidence of experience." *Critical inquiry* 17, no. 4 (1991): 773-797.

Narayan, Kirin. 1993. "How Native Is a "Native" Anthropologist?" American Anthropologist 95(3): 671-686.

Boyer, Dominic. 2015. "Reflexivity Reloaded: From Anthropology of Intellectuals to Critique of Method to Studying Sideways." In *Anthropology Now and Next: Essays in Honor of Ulf Hannerz*, edited by Thomas Hylland Eriksen, Christina Garsten, and Shalini Randeria, 91-110. New York: Berghahn Books.

Berry, Maya, Claudia Chávez Argüelles, Shanya Cordis, Sarah Ihmoud, and Elizabeth Velásquez Estrada. 2017. "Toward a Fugitive Anthropology: Gender, Race, and Violence in the Field." Cultural Anthropology 32: 537-565.

Yates-Doerr, E. (2020), Antihero Care: On Fieldwork and Anthropology. Anthropology and Humanism. https://doi.org/10.1111/anhu.12300

Shange, Savannah. "Abolition in the Clutch: Shifting through the Gears with Anthropology." *Feminist Anthropology* (2022).

Lewis, Kimberly J. "Writing, Silence, and Sensemaking After Fieldwork Trauma." *Anthrodendum*. https://anthrodendum.org/2019/11/06/writing-silence-and-sensemaking-after- fieldwork-trauma/ https://fieldworkinitiative.org/

**Assignment 6**

Write 2-3 pages reflecting on your positionality, your reasons for choosing your topic, and the relationship between these two factors and the project's feasibility. Are there any challenges you'll have to overcome in order to answer your research questions? Write an additional paragraph identifying safety concerns you have for the field and how you're thinking about addressing them. What resources will you need?
Due March 13 10am.

**Week 8 (3/14)**

**Participant-observation and fieldnotes**
*This week begins a more in-depth exploration of anthropological research methods, beginning with participant-observation and fieldnotes.*

**Readings:**

Bernard, H. Russell, Research methods in anthropology: qualitative and quantitative approaches AltaMira, 2017. Chapter 12 on Participant Observation, and Chapter 13 (on Fieldnotes).

DeWalt, Kathleen and Billie R. DeWalt. 2011. "Doing Participant Observation: Becoming a Participant." In *Participant Observation: A Guide for Fieldworkers,* 2nd edition, 41-66. Lanham: AltaMira Press.

Rappaport, Joanne. 2008. "Beyond Participant Observation: Collaborative Ethnography as Theoretical Innovation." *Collaborative Anthropologies* 1: 1-31.

AAUP-00574

Wang, Tricia. 2012. "Writing Live Fieldnotes: Towards a More Open Ethnography." *Ethnography Matters*, August 2, 2012. https://ethnographymatters.net/blog/2012/08/02/writing-live-fieldnotes-towards-a-more-open-ethnography/?ak_action=reject_mobile. (read post and comments)

Aki Funahashi, Daena. 2022. "Being Noted" In "Taking Note: Complexities and Ambiguities in Writing Ethnographic Fieldnotes," *American Ethnologist* website. [https://americanethnologist.org/features/collections/taking-note-complexities-and-ambiguities- in-writing-ethnographic-fieldnotes/being-noted]

**Assignment 7:**

⇒ **Required for everyone:**
Go to a place (where people are) or an event for at least an hour and observe. Take "scratch notes" (in a notebook or piece of paper—don't use your phone) and then transfer them (as well as your "head notes") into typed fieldnotes. For your typed fieldnotes, try to write down everything you remember about what you saw during your observation.
Due March 20 10am

**Week 9 (3/21)**

**Interviewing**
*Interviews are important, certainly, but some projects are better suited for them than others. And some researchers/interlocutors are better suited for them than others. We will talk about both interviewing and what you do with the data afterward. In class, we will have someone from the Library come to discuss computer programs for qualitative research (NVivo, etc.).*

**Readings:**

Bernard, H. Russell. 2011. "Chapter 8: Interviewing I: Unstructured and Semistructured." In *Research Methods in Anthropology: Qualitative and Quantitative Approaches, 5th edition*, 171-202. Lanham: AltaMira Press.

Forsey, Martin Gerard. 2010. "Ethnography as Participant Listening." *Ethnography* 11 (4): 558-572.

Ochieng NT, Wilson K, Derrick CJ, Mukherjee N. The use of focus group discussion methodology: Insights from two decades of application in conservation. *Methods Ecol Evol*. 2018; 9: 20–32. https://doi.org/10.1111/2041-210X.12860

Di Leonardo, Micaela. "Oral History as Ethnographic Encounter." *The Oral History Review*, vol. 15, no. 1, 1987, pp. 1–20.

On Life Stories:
https://atlasti.com/research-hub/life-history-research

https://steps-centre.org/pathways-methods-vignettes/methods-vignettes-life-histories/

**Assignment 8:**
⇒ **Required for everyone**
Interview a friend or family member who is not in this class about a topic they are an expert in. Through your questions, attempt to elicit key words and appropriate behaviours associated with this topic. Be sure

AAUP-00575

to record the interview (on your phone, with a digital recorder, on Zoom, etc.) Draft your questions in advance and submit them, along with a reflection on the interview and how it felt to do it.
Due March 27 10am

**Week 10 (3/28)**

Spring break – no class

Work on your MA proposals

**Week 11 (4/4)**
**Reviewing work in progress**
In today's session students will work independently to review and discuss each other's work in progress as well as share and discuss readings you find useful.

**Assignment 9:**
Write a 2-3 paged essay describing your methodological approach. Describe both the methods themselves as well as how they attend to your research questions. Draw on the readings from the past weeks (and any other materials you find relevant) to describe the role of both participant-observation and interviews in your project, and to outline a specific plan for each. How will you participate? What/whom will you observe? Who will you interview? What questions might you ask? If you can, include the details of when and where these activities will take place as well as your plans for capturing and storing the data they will produce (fieldnotes, recordings, etc.). Consider also related issues and challenges (language/cultural barriers/technological issues, etc.) and state how will you address these.
Due April 3 10am

**Week 12 (4/11)**
**To go beyond**
*In this session, we will explore alternative methods and approaches in social anthropology while also addressing ongoing and new moral and ethical dilemmas.*

**Readings**

Pink, Sarah et al 2016, "Researching Social Worlds through Digital Ethnography," pp. 136-142 – read the rest of chapter 6 if you have time- in *Digital Ethnography: Principles and Practice* (Sage).

Ghaddar, Jamila J., and Michelle Caswell. ""To go beyond": towards a decolonial archival praxis." *Archival Science* 19, no. 2 (2019): 71-85.

Takaragawa, S., Smith, T. L., Hennessy, K., Astacio, P. A., Chio, J., Nye, C., & Shankar, S. "Bad Habitus: Anthropology in the Age of the Multimodal." 2019.
Review the website of Society of American Archivists: Finding and Evaluating Archives

Moskowitz, Nona. 2015. "Engagement, Alienation, and Anthropology's New Moral Dilemmas." *Anthropology and Humanism* 40 (1): 35-57.

⟹  Work on MA Proposal

**Week 13 (4/18)**
**Engaged, Activist and Collaborative Ethnography**
*Today's session deals with engaged, activist and/or collaborative scholarship. How can we combine academic and activism. What are some of the main challenges and opportunities? How can we assure that your research is more collaborative and relevant?*

7

AAUP-00576

**Readings:**

Clarke, Kamari M. "Toward a critically engaged ethnographic practice." *Current Anthropology* 51, no. S2 (2010): S301-S312.

Harrison, Faye. "Navigating Feminist Activist Ethnography." *Feminist Activist Ethnography* (2013).

Tuck, Eve. "Collaborative Indigenous Research is a Way to Repair the Legacy of Harmful Research Practices." *The Conversation.* 2022. https://theconversation.com/collaborative-indigenous-research-is-a-way-to-repair-the-legacy-of-harmful-research-practices-193912?utm_source=twitter&utm_medium=bylinetwitterbutton

Cory-Alice André-Johnson (2020). 'What does Anthropology Sound like: Activism" https://culanth.org/fieldsights/what-does-anthropology-sound-like-activism

Zadrożna, Anna. 2016. "'What Are You *Really* Looking For?': Ethnography While (Feeling) Under Surveillance." *Zeitschrift für Ethnologie* 141: 215-232.

⇒ Work on MA Proposal

**Week 14 (4/25)**

**Taking stock**
*In this final session, we will discuss some of the main changes, challenges and concerns emanating from the course material and discussions as well as students' MA proposals.*
*We will also discuss what worked and did not work in class.*

For first-year Anthropology grad students, the approved MA Research Proposal is due April 25th.

8

AAUP-00577

# EXHIBIT 87

**DR. JEFFREY DREW REGER**

███████████████████████████████
█████████████

## Education

PhD, History of the Middle East and North Africa
Department of History, Georgetown University, 2014-2018
> Doctoral dissertation: "Planting Palestine: the political economy of olive culture in the 20th-century Galilee and West Bank."

MA, Department of History, Georgetown University, 2012-2014                    GPA: 4.0

BS, School of Foreign Service, Georgetown University, 2010
> *Summa Cum Laude*, Phi Beta Kappa, Phi Alpha Theta, National Merit Scholar
> Study abroad at SFS-Q in Education City — Doha, Qatar — Fall 2008

## Professional

Executive Director and Treasurer, Middle East Studies Association of North America, September 2019-Present

— Direct daily operations of the MESA Secretariat as CEO/CFO of an approximately 3,000-member academic association
— Oversee planning for a 2,000-person Annual Meeting (conference)
— Supervise four full-time staff members, plus part-time staff and contractors
— Coordinate regularly with the elected officers of the Association (president as Board chair in particular)
— Plan and provide materials for regular Board meetings
— Coordinate, with staff assistance, the association's dozens of committees, particularly the Nominating and Program Committees
— Represent MESA within the American Council of Learned Societies along with society delegate, particularly in collaboration with Executive Directors of other major American academic associations in the humanities and social sciences
— Represent MESA as a delegate to the World Congress on Middle East Studies
— Oversee communications via a variety of platforms, including website, email, and social media
— Directed relocation of headquarters from Tucson AZ to Washington DC
— Negotiated and coordinated with local university affiliates and hosts (George Washington University and Georgetown University)
— Development of five-year strategic plans with extensive consultations with relevant stakeholders, and implementation of mission and vision
— Negotiated successfully with external vendors to reduce costs associated with academic publishing (journals) as well as with the annual meeting (conference hotels)
— Received $312,000 two-year grant from the Mellon Foundation for a major research project concerning academic freedom

Middle East and North Africa Area Studies Chair, Foreign Service Institute of the U.S. Department of State (GAPSI-CGJV Contractor), February 2019-August 2019.
— Supervised area studies professional training for the Near Eastern Affairs bureau
— Developed and taught the Middle East and North Africa Area Studies regional overview and the subregional overview for the Egypt and the Levant (Mashreq)
— Coordinated with and supervised three contractors who served as course coordinators for Iraq Familiarization course and the two other subregional courses for North Africa (Maghreb) and the Arab Gulf Peninsula
— Budgeting and planning in consultation with division and school leadership
— Reintegrated area studies within the Hebrew language training program by piloting an Israel-specific course
— Supervision of program assistant (and interns)

Assistant Director, National History Center of the American Historical Association, January 2019-August 2019.
— Administration included budgeting, fundraising, and reporting to grantmakers
— Programming and event planning (Congressional Briefing series on Capitol Hill funded by the Andrew W. Mellon Foundation; and the Washington History Seminar in partnership with the History and Public Policy program of the Wilson Center)
— Managed and supervised staff (program assistants and interns)
— Oversaw communications including social media, email newsletter, and website

Associate, Charles F. Kettering Foundation, 2012-2020
— Liaison to the Arab Network for the Study of Democracy, Beirut-based network of academics and activists from around the Arab world
— Translator of research products from Arabic into English (meetings and correspondence conducted in Arabic)

Lecturer, HIST-308A-01, "History of the Modern Middle East," Catholic University of America, Fall 2018.

Instructor: HIST-161-10 "History of the Modern Middle East," Georgetown University, Summer 2018

Instructor: HIST-362-02 Topic: "Israel/Palestine: nationalisms between conflict and coexistence in the 20th century," Georgetown University, Fall 2017.

Teaching Assistant, Georgetown University: History of the Islamic World (Fall 2016); American Diplomatic History I (Fall 2015); Intro to World History II (Spring 2015); History of the Modern Middle East (Fall 2014); East European History II (Spring 2014); History of Russia I (Fall 2013).

Program Assistant (Part Time), National Endowment for the Humanities Summer Seminar for Scholars, "World War I in the Middle East," 2013-2014

Research Assistant, Charles F. Kettering Foundation, 2010-2012
— Conducted research on improving citizen-based democracy in America and abroad

AAUP-00271

— Coordinator for the Dartmouth Conference Task Force on the Russian-U.S. Relationship, a high-level Track II dialogue funded by the Carnegie Corporation of New York

— Organized events in conjunction with DC-area think tanks. Wrote and edited monthly reports on new, relevant research. Daily administrative tasks and office management.

## Publications

Peer-reviewed (refereed) journal articles

Jeffrey Drew Reger, "Baʿathist State Feminism: The General Federation of Iraqi Women in the Global 1970s." *Journal of Women's History* 32, no. 4 (2020): 38-62.

Jeffrey D. Reger, "Olive Cultivation in the Galilee, 1948-1955: Hegemony and resistance." *Journal of Palestine Studies* 184 Vol. 46, No. 4 (Summer 2017).

Book chapters

Jeffrey D. Reger, " 'Lamps never before dim are being extinguished from lack of olive oil': Deforestation and famine in Palestine at war and in peace under the late Ottoman and early British empires, 1910-1920" in *Landscapes of the First World War*, Selena Daly, Martina Salvante, and Vanda Wilcox eds. (Palgrave Macmillan, 2018).

Jeffrey Reger, "Postcolonialism, Acculturation, and the Writing Center" in *The Oxford Guide for Writing Tutors: Practice and Research*, Melissa Ianetta and Lauren Fitzgerald eds. (Oxford University Press, 2015).

Translation

*Renewed Authoritarianism and Deepening Divisions: 14 years of uprisings in the Arab World*. Ibtesam Al-Atiyat, ed. Jeffrey D. Reger, trans. (Beirut: LʿOrient des Livres, 2024). [Arabic to English Translation of *Tajaddud al-istibdad wa-sʿaud al-inqisamat: arbʿat ʿasher ʿaman min al-intifadat fi al-ʿalam al-ʿarabi* (Beirut: Sharq al-Kitab, 2024).]

*Gender justice and the uprisings in the Arab World: Gendered citizenship, gender equality, and women's mobilization in Libya, Tunisia, Algeria, Lebanon, Bahrain, and the Islamic State*. (Workshop papers by the Arab Network for the Study of Democracy in cooperation with the Issam Fares Institute for Public Policy and International Affairs at the American University of Beirut, 3-5 March 2017). Ibtesam Al-Atiyat, ed. Jeffrey Drew Reger, trans. (Beirut: L'Orient des Livres, 2019). [Arabic to English translation of *al-Intifadat wa-l- ʿadalah al-jenderiyah fi al-ʿalam al-ʿarabi* (Beirut: Sharq al-Kitab, 2019).]

*Political developments in Arab countries since 2011*: *papers from a workshop organized by the Arab Network for the Study of Democracy and the Issam Fares Institute for Public Policy and International Affairs at the American University of Beirut*. Jeffrey D. Reger, trans. (Beirut:

AAUP-00272

L'Orient des Livres, 2017). [Arabic to English translation of *al-Tatawwarat al-Siyasiyah fi al-Bildan al-'Arabiyah mundhu 'am 2011* (Beirut: Sharq al-Kitab, 2016).]

Arab Network for the Study of Democracy, *The Arab Spring: revolutions for deliverance from authoritarianism: case studies*. Hassan Krayem, ed. Jeffrey D. Reger, trans. (Beirut: L'Orient des Livres, 2014). [Arabic to English translation of al-Shabakah al-'Arabīyah li-Dirāsat al-Dīmuqrātīyah, *al-Rabī' al-'Arabī : thawrāt al-khalas min al-istibdād : dirāsat hālāt* (Beirut: Sharq al-Kitāb, 2013).]

## Conference papers/presentations/panels

Organizer, "Roundtable: Food (in)Security: Responses and Resilience to Famine in the Middle East," American Historical Association Annual Meeting, January 2020, New York, New York.

Jeffrey D. Reger, "Diets, trade, and food in Palestine during World War I: the urban/rural divide and class-differentiated impacts of the blockade and famine." Presented at North Carolina State University, Moise A. Khayrallah Center for Lebanese Diaspora Studies Workshop: "From 'Mjaddarah' to 'Fatti de Luxe:' Food and Middle Eastern Diasporas," April 2018*,* Raleigh, North Carolina.

Jeffrey D. Reger, "The Palestinian Olive Sector of the West Bank: between Israel and Jordan, 1949-1987." Presented at Middle East Studies Association (MESA), Annual Meeting, November 2017, Washington, District of Columbia.

Jeffrey D. Reger, " 'Lamps never before dim are being extinguished from lack of olive oil': Palestine in war and peace under Ottoman and British rule, 1910-1920." Presented at Landscapes of the Great War, International Society for First World War Studies International Conference, September 2015, Verona and Padua, Italy.

Jeffrey D. Reger, "Uprooting Palestine: olive groves, mass dispossession, and peasant resistance, 1945-1955." Presenter and organizer of panel, "Bridging the rupture of 1948: the 'decolonization' and erasure of Mandate Palestine," sponsored by the Palestinian American Research Center (PARC). Presented at Middle East Studies Association (MESA), Annual Meeting, November 2014, Washington, District of Columbia.

Jeffrey D. Reger, "Reclaiming and reforming the sovereign nation-state: colonial legacies in the 'Arab Spring.'" Presented at Van Leer Institute Jerusalem, Workshop "Reclaiming the City Square: Urban Protests in the Mediterranean," May 2014, Jerusalem, Israel.

Jeffrey Reger, "Historiography of the Arabic Press in Palestine c. 1908-1948." Presented at Middle East Studies Association (MESA), Annual Meeting, October 2013, New Orleans, Louisiana.

Jeff Reger, "Iraqi Women and Ba'athist State Feminism: The General Federation of Iraqi Women in the 1970s." Presented at Middle East History and Theory Conference, May 2013, University of Chicago, Chicago, Illinois.

AAUP-00273

Jeff Reger, "Hope and Disappointment in the Arab Spring: A Transnational and Interdisciplinary Approach to the Challenges of Democratic Transitions," Arab Network for the Study of Democracy, Annual Meeting, March 2013, Beirut, Lebanon.

Jeff Reger, "Memory Politics in Egypt: Trials, Truth, and Democratic Transitions." Presented at Northeastern Political Science Association Annual Conference, November 2011, Philadelphia, Pennsylvania.

Jeff Reger, "Regional and National Perspectives from the Arab World on the Arab Spring," The Kettering Foundation, Deliberative Democracy Exchange, July 2011, Dayton, Ohio.

Jeff Reger, "Change in the Arab World: Regional Transformations and Challenges," Arab Network for the Study of Democracy, April 2011, Beirut, Lebanon.

## Fellowships and Grants

Royden B. Davis Fellow, Department of History, Georgetown University, 2017-2018
Adam Smith Fellow, Mercatus Center, George Mason University 2016-2017
Dissertation Research Travel Grant, Georgetown University Graduate School, 2016-2017
Palestinian American Research Center (PARC) Research Fellowship, 2015-2016
Piepho Travel and Research Grant for pre-dissertation research in Israel and Jordan, Department of History, Georgetown University, Summer 2014
Foreign Language and Area Studies (FLAS) Fellowship to study Arabic, Summer 2013
Graduate Fellowship, Department of History, Georgetown University, 2012-2018

## Professional Memberships/Affiliations

Middle East Studies Association, Member
American Historical Association, Member

## Languages

Modern Standard Arabic, Full Professional Proficiency Plus (reading 5, speaking 4)
Levantine Arabic (Palestinian Dialects), Full Professional Proficiency (4)
French, Full Professional Proficiency (reading 4, speaking 3)
Hebrew, Working Proficiency (reading 3, speaking 2)
Iraqi and Gulf Arabic Spoken Dialects, Limited Working Proficiency (speaking 2)

AAUP-00274

# EXHIBIT 88

From: **Al-Ali, Nadje** <nadje_al-ali@brown.edu>
Date: Tue, Apr 2, 2024 at 7:41 AM
Subject: Birkelund Fund proposal
To: ██████████████████████████

Dear ████,

Please find attached my proposal for this year's Birkelund Fund.
Can you please confirm receipt?

Thank you.

best wishes,
Nadje

--
Nadje Al-Ali
Robert Family Professor of International Studies
Professor of Anthropology and Middle East Studies
Director, Centre for Middle East Studies
Watson Institute for Public and International Affairs, room 211
111 Thayer Street
Brown University
Tel: +1 (401) 863- 5129

&
Department of Anthropology
Box 1921
128 Hope Street
Brown University
Providence, RI 02912 USA

AAUP-00578

AAUP-00579

# EXHIBIT 89

From: ███████████████████████████████████
Date: Tue, Feb 18, 2025 at 2:21 AM
Subject: Re: Konferenz Statehood OIB - AUB - ACSS
To: Al-Ali, Nadje <nadje_al-ali@brown.edu>

Dear Nadje,

I hope this mail finds you well despite of all the terrible things the Middle East is going through.

However, it seems conditions in Lebanon are stable enough to hold a conference here. In the meantime, we secured our funding and our institute opened again in January and hence we plan to have our statehood-conference here at Beirut. Would you still be on board? Dates would still be 19-20th May 2025. Most probably we will have one day at the AUB and one at the OIB. I'm really looking forward to meet you at the OIB. ██ sends you also his best regards.

Just a few organizational things to prepare:

1. I would like to remind you of sending in your draft paper till 20th April 2020.
2. Since you already organized a stay at the OIB, I guess the administration did already contact you to settle your travel expenses. Please inform me if this hasn't been the case. In any case, we will send you a taxi to the airport. Please keep us informed about your flight details.
3. I don't think you really need details about how to enter Lebanon, but for the good order of things I need to state: For entering Lebanon, holders of European, British or American

AAUP-00584

passports may simply ask for a tourist visa on arrival. It's valid for one month and can be prolonged at the General Security's seat at Adlieh. For holders of other, non-Lebanese, Arab passports, these regulations differ. In case of doubt, please refer to the website of the Lebanese General Security for detailed information (https://www.general-security.gov.lb/en/posts/37 ). However, there must not be any Israeli stamps in your passport. Dual citizens are recommended to enter Lebanon with their Lebanese ID.

Please do not hesitate to contact me in case you have any questions.

All my best,

███████

**From:** ████████████████

**Sent:** Friday, August 16, 2024 9:21:43 AM

**To:** Al-Ali, Nadje

**Subject:** Re: Konferenz Statehood OIB - AUB - ACSS

Thank you. Safely received.

**From:** Al-Ali, Nadje <nadje_al-ali@brown.edu>

**Sent:** Thursday, August 15, 2024 7:30:44 PM

**To:** ████████████████

**Subject:** Re: Konferenz Statehood OIB - AUB - ACSS

Dear ███████,

Please find below my title and abstract, and my bio is attached.
Is this ok?

VLG,
Nadje

***

**The state and anti-genderism: Intersectional approaches to statehood and**

AAUP-00585

**governance**

Contestations about gender and sexuality are at the center of political struggles and culture wars, contributing to both discursive and material aspects of state-making.  Globally, we have seen antigenderism – that is an alignment of anti-gender, anti-feminist, and anti-LGBTQI+ – attitudes and policies amongst politicians, movements, and activists on the illiberal to extreme right-wing spectrum. Arab majority countries are no exception in encoding their state-making, maintaining and transforming in gendered terms. The politics of gender in concrete societal settings inevitably reflect the complex interactions of state, non-state and popular actors locked in power struggles and contestations over the direction of their polity.

Based on empirical research in Iraq, Egypt, Lebanon and Kurdish regions, my paper will address the wider conceptual link between state politics and the politics of gender while also providing concrete empirical examples.  Drawing on research in the context of a failed state in Iraq, for example, it is apparent that gender norms and relations have been used as bargaining chips by both state and non-state actors. The institutionalization of sectarianism in Iraq has not only been gendered, but has contributed to state fragmentation, a shift towards competing conservative gender regimes and an increase in different forms of gender-based violence. Despite these multiple challenges, Iraqi women's rights mobilization has not only attempted to challenge the shrinking of political and social spaces for women, but also the different forms of violence they have been exposed to, as well as being at the forefront of the struggle against sectarianism and political authoritarianism.

On Wed, Aug 14, 2024 at 4:32 AM ████████████████████████████ >
wrote:

> Dear Nadje (if I may),
>
> thank you for your swift and positive response. It would be good if we could get the title and an abstract as soon as possible, ideally around August 25, at least before August 30.
>
> Hope to see you soon at Beirut.
>
> Best wishes,

AAUP-00586

██████████████

---

**From:** Al-Ali, Nadje <nadje_al-ali@brown.edu>
**Sent:** Tuesday, August 13, 2024 5:23:13 PM
**To:** ██████████████
**Subject:** Re: Konferenz Statehood OIB - AUB - ACSS

Dear ████████

Many thanks for your invitation to what sounds like a very interesting conference.
I would be happy to participate in person if the situation allows it. I am supposed to be at the OIB for a month just before the conference and will try to change my dates so that I will be in OIB 18 April to 18 May if that is doable. So I could then just stay on for the conference. Indeed, let's hope for some positive developments and de-escalation as soon as possible.

Until when do you need a title and an abstract?

warm regards,
Nadje Al-Ali

On Tue, Aug 13, 2024 at 5:25 AM ████████████████████████████████
wrote:

> Liebe Frau El-Ali,
>
>
> ich schreibe Ihnen, um Sie als Teilnehmerin für die vom Orient-Institut Beirut im nächsten Jahr geplante Konferenz zu Staatlichkeit zu gewinnen. Sie wird veranstaltet vom Orient-Institut Beirut und der American University Beirut. Als weitere Partner werden der Arab Council for Social Science und - aller Voraussicht nach - auch die Adenauer-Stiftung mit an Bord sein. Der Termin (19.-20.05.2025) ist so gelegt, dass die ACSS-Jahrestagung dem unmittelbar vorausgeht. Sie finden die Beschreibung der Veranstaltung im Anhang. Die Konferenz will insbesondere die epistemische, diskursive und performative Dimension von Staatlichkeit in den Blick nehmen. Sie finden die Liste der Konferenzthemen unten - jeder Spiegelstrich sollte auch für ein Panel stehen. Vor dem Hintergrund Ihrer bisherigen Forschungen, glaube ich, dass Sie etwa zu Fragen des Ein- und Ausschlusses einen interessanten Beitrag leisten könnten.
>
>
> - Discursive and/or performative representation of statehood
>
> - Statehood as an episteme and its imaginaries

AAUP-00587

- Statehood as utopia and dystopia

- Expatriation and naturalization

- State policies and civic identities in discursive relation to other identities (such as sectarianism)

- The region and statehood

Natürlich sind wir uns bewusst, dass Beirut zwar ein interessanter Ort, aber doch im Moment gerade nicht die meistgesuchte akademische Destination schlechthin ist. Wir hoffen aber doch recht ernsthaft auf eine Verbesserung der Lage bis nächsten Mai. Sollte dies nicht der Fall sein, würden wir zum Mittel der Online-Teilnahme greifen. Bitte teilen Sie mir möglichst bald mit, ob Sie grundsätzlich Interesse hätten. Am Zeitpunkt der Abgabe eines draft-papers soll es jedenfalls nicht liegen: wir bestehen nicht unbedingt auf diesem spezifischen Termin. Im Zweifel würden uns bis dahin auch eine Zusage, ein Beitragstitel und ein kurzes Abstract schon reichen. Unterkunft wird das OIB besorgen, Reisekosten können nach Rücksprache auch übernommen werden.

Über eine Zusage würden wir uns sehr freuen. Bei Fragen können Sie mich jederzeit kontaktieren.

Beste Grüße aus Beirut,



Author of: Digital Populism in Iraq: the case of Muqtada al-Sadr: https://www.tandfonline.com/eprint/WEEXPCR9F3J6YZEX5H7Y/full?target=10.1080/21567689.2024.2352443

AAUP-00588

--
Nadje Al-Ali
Robert Family Professor of International Studies
Professor of Anthropology and Middle East Studies
Watson Institute for Public and International Affairs, room 211
111 Thayer Street
Brown University
Tel: +1 (401) 863- 5129

&

Department of Anthropology
Box 1921
128 Hope Street
Brown University
Providence, RI 02912 USA

--
Nadje Al-Ali
Robert Family Professor of International Studies
Professor of Anthropology and Middle East Studies
Watson Institute for Public and International Affairs, room 211
111 Thayer Street
Brown University
Tel: +1 (401) 863- 5129

&

Department of Anthropology
Box 1921
128 Hope Street
Brown University
Providence, RI 02912 USA

AAUP-00589

# EXHIBIT 90

From:
Date: Wed, Mar 26, 2025 at 4:33 AM
Subject: CMC Conference planning, June 3-5.
To:

nadje_al-ali@brown.edu <nadje_al-ali@brown.edu>,

Cc:

Dear participants of our "Catastrophe, Memory & Critique" conference in Beirut,

Since we first invited you some two years ago, the conditions for this long-anticipated conference keep on changing. These conditions have made coming together more difficult but also more urgent. That we can speak of the Assad regime in the past tense, and fascism in Europe and the US in the present tense has implications for our research. Moreover, the erosion of democracies in Germany, in France, and elsewhere in Europe and beyond, not to mention the ongoing genocide against the Palestinian people continue to challenge the epistemic grounds on which with think.

AAUP-00590

We attach our adjusted concept note for your reference. The point we want to emphasize in it is, that while we obviously recognize the malignant conditions of our research, work and life more generally, we do not wish to suggest every contribution needs to be a commentary on the present. Rather we encourage you to present your ongoing research, bearing in mind our conference themes.

Those of you who have not yet submitted a **preliminary title and abstract** to us, please, do so as soon as possible.

Some of you may not be able to leave the US or may not arrive in Lebanon in time for the conference. And some of you will participate as panel chairs, discussants or invited observers. We appreciate that all of you are committed to this conference and contributing in one way or another to the publication of our edited volume.

We will be able to offer a flat-rate reimbursement upon arrival in Beirut (depending on your country of departure) to all those presenters **traveling** from far who have not booked their tickets with us at this late stage. Please contact my secretary Hussein (cc-ed) for any questions.

All the best and till soon,

# EXHIBIT 91



BROWN UNIVERSITY
CENTER FOR
MIDDLE EAST
STUDIES

ANNUAL
REPORT
2023-2024

AAUP-00644

# TABLE OF CONTENTS

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26

LETTER FROM THE DIRECTOR 3

ABOUT 4

RESEARCH INITIATIVES AND PROJECTS 5-9

PROGRAMMING 10

ACADEMICS 12-17

PEOPLE 18-21

ANNOUNCEMENTS 22

**Front Cover:** Mara Kessler '23.5
درج الكلحة // Daraj al-Kalha.
In a rare instance of solitude, a street poet stands in the window of a popular
artisan space, in the alleyway of one of Amman's oldest and busiest stairs.

**Back Cover:** Dorra Guermazi '24
**Portal to Serenity: A Glimpse into Kairouan's Sacred Threshold**
Local mosque entrance in Kairouan, Tunisia.
AAUP-00645

# LETTER FROM THE DIRECTOR

**Dear colleagues, students and friends of the Center for Middle East Studies,**

As the academic year comes to a close and my time as director of CMES comes to an end, I would like to take this opportunity to thank our community at Brown for their contributions, participation and support. These last months have been particularly challenging for many of us. While tensions and polarizations are evident on our campus, we have also pulled together and made new connections and friendships. I would like to thank all of you who have helped and supported me in my role as director.



Since the devastating attacks on Israeli civilians on October 7, 2023, and Israel's genocidal war on Gaza specifically and Palestinians more broadly, CMES has provided academic leadership on the history of the current violence and hosted ongoing debates, both on the Brown campus and nationally. Community conversations addressed the context of the current war on Gaza, Palestinian and Israeli perspectives on the present situation and discussions about the future of Israel and Palestine. In March, New Directions in Palestinian Studies (NDPS) organized their annual workshop, which focused on the situation in Gaza and possible ways forward. CMES also played an important role in providing a platform to engage in discussions about issues of academic freedom, antisemitism and the political climate on campus more broadly. Special highlights to mention here were an event with **Asli Bali,** president of the Middle East Studies Association (MESA) and a professor of law at Yale University, and a conversation with **Peter Beinart,** professor of journalism and political science at CUNY and editor-in-chief of **Jewish Currents.**

Meanwhile, we have continued to pursue our various research initiatives and projects. This spring semester 2024, for example, CMES has hosted Iranian-American artist **Amitis Motevalli,** whose artwork engages Islamic spirituality, gender, body politics and diaspora. Her residency is part of a broader joint project on gender, art and body politics between the Middle East Institute at Columbia University and CMES at Brown. As part of her residency at Brown, Motevalli has taught two master classes and organized an exhibition at the Watson Institute. The list of events hosted by CMES this past academic year can be found on the CMES website.

Finally, I am delighted to share with you that **Elias Muhanna,** associate professor of comparative literature and history, will take over this summer as director of CMES. After four years in my role, it is with mixed feelings that I say goodbye. Although I will be sad to leave the role, I am looking forward to having some time to research and write during my sabbatical. I am delighted to pass on the role to my colleague, who will bring a different expertise and perspective, fresh energy and new ideas to the director's position and CMES.

With my best wishes,

**Nadje Al-Ali**
*Director, Center for Middle East Studies*
*Robert Family Professor of International Studies*
*Professor of Anthropology and Middle East Studies*

AAUP-00646

3

# ABOUT

## MISSION

The Center for Middle East Studies (CMES) at the Watson Institute for International and Public Affairs promotes research, teaching and public engagement on key issues of the Middle East in a historically and culturally grounded manner. Its coverage includes all time periods—from antiquity to contemporary geopolitics—and an expansive geographical imagination in which the Middle East is both a region with changing boundaries and a conceptual entity part of global discourses. As the hub for Middle East studies at Brown, the center supports research and programming generated by a world-renowned faculty. It houses a thriving undergraduate concentration connected to an extensive interdisciplinary curriculum. The center also acts as a second intellectual and social home for a large group of graduate students spread across Brown's departments that grant advanced degrees. Through collaboration with other units on campus, the center furthers Brown's work as a global university especially dedicated to seeking a just and prosperous future for all. With an extensive footprint in research, teaching and advocacy, the center is a major academic node in the international network of institutions dedicated to discussing a region crucial to global affairs.

## CURRENT YEAR
## RESEARCH INITIATIVES

### ISLAM AND THE HUMANITIES
### NEW DIRECTIONS IN PALESTINIAN STUDIES

## RESEARCH PROJECTS

### GENDER STUDIES IN THE MIDDLE EAST AND BEYOND
### GENDER AND BODY POLITICS: ARTS IN THE MIDDLE EAST AND ITS DIASPORAS

AAUP-00647

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 368 of 469

# RESEARCH INITIATIVES



## ISLAM AND THE HUMANITIES

is a research initiative that connects the study of Islam and Muslims to topics engaged by scholars in the humanities in general. During spring 2024, the initiative sponsored a series of discussions under the rubric "Islamic Pasts and Futures" in which current graduate students and recent Ph.D. recipients from Brown showcased their work in a workshop format. Also in spring, the initiative collaborated with Brown's Center for the Study of the Early Modern World to host a one-day conference on the theme of "Mirrors for Princes." With continuing support from the Carnegie Corporation, Islam and the Humanities sponsors an Open Access book series titled "Islamic Humanities," published by the **University of California Press**. Three books have recently been published in the series: Timur Hammond's "Placing Islam: Geographies of Connection in Twentieth-Century Istanbul" (May 2023), Amanda Lanzillo's "Pious Labor: Islam, Artisanship, and Technology in Colonial India" (January 2024), and Emily Drumsta's "Ways of Seeking: The Arabic Novel and the Poetics of Investigation" (February 2024).





AAUP-00648

5

# RESEARCH INITIATIVES



PALESTINIAN STUDIES
BROWN UNIVERSITY
CENTER FOR MIDDLE EAST STUDIES

## NEW DIRECTIONS IN PALESTINIAN STUDIES (NDPS)

Founded in 2012 by Professor Beshara Doumani, this initiative promotes knowledge production on Palestine and Palestinians. NDPS invests in emerging scholars through an endowed postdoctoral fellowship, an annual thematic workshop, a book series with the University of California Press and outreach programming.

Loubna Qutami, assistant professor of ethnic studies at the University of California, Los Angeles, joined NDPS as its postdoctoral research fellow this year. With Beshara Doumani, Qutami co-organized an international workshop titled "Palestine and the Palestinians After October 7." NDPS also organized two well-attended teach-ins on Gaza, as well as several talks, including "Renewal and Revolt in Palestinian Youth Movements," by Loubna Qutami, "My Time in Gaza," by Dr. Ghassan Abu Sittah, and "Transnational Palestine: Migration and the Right of Return Before 1948," by Nadim Bawalsa. NDPS also supported two public health workshops on Gaza.

Beshara Doumani taught a lecture course, Understanding Palestine and the Palestinians, and Loubna Qutami taught a seminar, Palestine: A Comparative Ethnic Studies Approach. NDPS facilitated the publication of papers presented at the annual workshops in peer-reviewed journals, including a special issue of Comparative Studies of South Asia, Africa, and the Middle East, "Claiming Property, Claiming Palestine." The most recent book published by NDPS is "Novel Palestine: Nation Through the Work of Ibrahim Nasrallah," by Nora Parr. All NDPS books are **free to download**.



AAUP-00649



AAUP-00650

7

# RESEARCH **PROJECTS**

## GENDER STUDIES IN THE MIDDLE EAST AND BEYOND

This research project is led by CMES Director **Nadje Al-Ali**, Robert Family Professor of International Studies, and professor of anthropology and Middle East studies. The project is based on the recognition that a gendered intersectional lens is central, not marginal, to a deeper analysis and understanding of political mobilizations, social developments and cultural expressions in the Middle East. A gendered lens also allows for a comparative perspective and collaboration with other regional centers and initiatives at Brown University. The project involves panel discussions, lectures and book talks, as well as relevant research.





# GENDER AND BODY POLITICS: ARTS IN THE MIDDLE EAST AND ITS DIASPORAS

In conversation with artists from the Middle East and North Africa and their diasporas, the "Gender and Body Politics: Arts in the Middle East and its Diasporas" series examines intersecting inequalities and body politics expressed, represented and transgressed in both visual and performance art. Against the backdrop of war and conflict, the rise of authoritarian regimes, displacement and diaspora mobilization, Islamophobia and ongoing orientalist depictions and challenges, this series explores the ways in which artists are informed by and/or contribute to anti-racist, transnational feminist and queer praxis. The Brown University **Center for Middle East Studies** (CMES) and the Columbia University **Middle East Institute** (MEI) joint series features artists in both online and in-person events. Exhibitions and performances complement the series in locations across New York City and Providence.

As part of this initiative, CMES and MEI hosted Iranian-American artist **Amitis Motevalli,** whose artwork engages Islamic spirituality, gender, body politics and diaspora. As part of her residency at Brown, Motevalli taught two master classes and displayed her work in an exhibition titled **"Heretical Dervish: Photos from Ritual Performances and Unauthorized Actions"** at the Watson Institute.

AAUP-00652

9

# OTHER PROGRAMMING



AAUP-00653

*Middle East Studies has been central to making my experience at Brown positive and meaningful. The faculty, staff, students, classes, (numerous!) events and research opportunities have all contributed to shaping my intellectual views and creating a sense of community. I feel grateful that CMES has been part of my experience at Brown, and I know that I will carry the knowledge that I have gained and the relationships that I have built long after graduation.*

**—RITA SLAOUI '23.5**

*CMES is not only one of the most genuine and responsible centers of learning I've been part of on campus, but it has also been intentional in building a wonderful community.*

**—ZOE FEDERMAN '23.5**

*Choosing to study Middle East studies and work for the Center of Middle East Studies was perhaps the most pivotal and formative decision I made while at Brown, as it pushed me to grow not only as a student but as an individual as well. I will be forever grateful for the intellectual space and community that CMES has cultivated through its thought-provoking courses and events and accessible and supportive faculty, staff and students—and will miss it all dearly after graduation!*

**—MARA KESSLER '23.5**

AAUP-00654

11

# ACADEMICS
# SAMPLING OF COURSES

Brown's CMES continues to foster an environment that encourages faculty and students to push the boundaries of Middle East studies, furthering the center's well-earned reputation as the home of ground-breaking research and classroom innovation. Affiliated faculty have established Brown as a hub for research on gender and sexuality, conflict and displacement, and social and political movements while continuing to innovate in the study and teaching of the Middle East from antiquity to the present day.

Students are drawn to Middle East studies by the opportunities to study the region's languages, cultures and societies, as well as its connections to other parts of the world. Language study often serves as a gateway for students to become interested in other aspects of the Middle East, and Middle Eastern language offerings at Brown continue to expand. Elective courses offered in various departments expose students to different disciplinary perspectives and research methodologies, which they apply in their own research with the support of Brown faculty and librarians and with research and travel funding from CMES.

Students travel to the Middle East for language study, internship opportunities and research. Meanwhile, scholars, artists and practitioners visit campus for CMES events, often as classroom guests, providing an opportunity for students to engage directly with experts in various fields. CMES thus continues to be the gravitational center of a tight-knit community of scholars—students and faculty—who bring their different interests and perspectives to the classroom and beyond it, in the shared endeavor of better understanding the Middle East.

## The Modern Middle East: Struggles for Power and Justice
### ALEX WINDER

This introduction to the modern Middle East spans from the 18th century to the present. It focuses on struggles—individual and collective—for power and justice. At times, these struggles overlap, when groups seek to overthrow the existing authority and install a more just one in its place. Other times, they diverge, when groups or individuals seize power for their own interests, or seek justice by reforming the existing order (rather than toppling it). These struggles illuminate the shifting material and ideological conditions within the Middle East over the past three centuries or so: in other words, over what are people struggling, and why? By focusing on struggles for power and justice, this course emphasizes the Middle East as a dynamic region shaped by numerous stakeholders and challengers, rather than a space with an essential or homogenous character.

## Women and Gender in Ancient Religions
### SUSAN HARVEY

What was religion like for women in the ancient Mediterranean world? What experiences, emotions and constraints characterized women's religious lives? What was public and what was private? What were the family issues involved? How were religions gendered? Were there major differences between religions that included goddesses and priestesses, and those that did not? Were notions of gender fixed or fluid? Could they enable religious freedoms for women? This course explores these and other questions through a consideration of religions Greek, Roman, Jewish and Christian between roughly 500 BCE and 500 CE, with a focus on the Roman Empire.

AAUP-00655

## Palestine: A Comparative Ethnic Studies Approach
**LOUBNA QUTAMI**

This course examines Palestine and the Palestinians through interdisciplinary ethnic studies' optics and frameworks. The course begins by examining the Palestinian struggle from a historical and geographically contextual lens. It then engages the question of Palestine from an ethnic studies approach, centering theories and ideas on indigenous sovereignty; transnational social movements; racial carcerality; sexual and gender politics; displacement and refugee-hood; and apartheid and international law. The course also examines Palestinian relationships with communities and causes of the global South in the past and present.

## Beyond Kitsch and Colonialism: Islamic Art in the 19th Century
**MARGARET GRAVES**

In the 19th century, the Islamic world and its artistic production in all media—painting, architecture, photography, ceramics, metalwork, printed media—underwent colossal changes. Power shifts between indigenous rulers, colonial forces and the declining Ottoman Empire changed not just political circumstances but also the cultural, economic and technological landscape of the region, as makers adapted to new markets and new means of making art. This course looks at the remarkable and often overlooked art produced in the Middle East and North Africa during the long 19th century, placing it into the social histories of the Islamic world during a century of tumultuous change.

## Ethics and Politics of Intimacy in the Middle East
**MEHRDAD BABADI**

Intimacy is often a synonym for proximate, close relations, connected with the interior and the personal: sexual and romantic relations. It is associated with private embodied life, the realm of psychology, desires and emotions. Intimacy as an analytical concept in social sciences draws on these micro-level (private) meanings, but also introduces macro-level (public) socio-economic, cultural and political dimensions, including power relations. This course explores the ethics and politics of intimacy in contemporary Middle Eastern societies. It examines these transformations in a comparative manner, including various countries, though Iran will be the main geographical focus. The course discusses marriage, family, kinship, gender and sexuality and evaluates the impact of modernity, globalization, capitalism and individualism on shifting notions of romantic love and companionate marriage in Muslim societies.

## Iranian Cinema
**JOAN COPJEC**

The emergence in the 1990s of Iranian cinema onto the world stage caught many by surprise. This cinema has, however, had a long and illustrious history. While attempting to provide an historical survey of these films, the course focuses primarily on those produced in the last two decades. The course pays close attention to cinematic form but will also examine the ways the films intersect with cultural-political events, including the Revolution and the subsequent Islamization of the culture, the institutionalization of the "modesty system" and the alteration of divorce laws.

## Monumentality and Texts in Ancient Egypt
**CHRISTELLE ALVAREZ**

From monumental inscriptions carved inside pyramids to mummy bandages, and from texts meant to be ingested to those intended to be burnt, this course explores the multifaceted world of ancient Egyptian writing, with a particular focus on the hieroglyphic script. The course addresses key themes related to script and writing, including materiality, agency and spatiality, and covers artifacts and monuments from all periods of ancient Egypt. Students are introduced to innovative tools and methods that engage with texts, such as VR immersion and AI-based language programming, while familiarizing themselves with scholarly research and debate.

## Protest and Dissidence in Iran
**MICHELLE QUAY**

The anti-authoritarian Woman, Life, Freedom movement arose as a reaction to protests, incarceration and death in Iran in the fall of 2022. The course discusses historical events such as the 1979 Iranian Revolution and how they still affect Iran's relationship to the West. Through a broad selection of texts, film and art, the course explores topics that include corruption, authoritarianism, multiculturalism, race, social class, religion and gender relations in today's Iranian culture and society.

## Contestations Within Political Islam
**SUVAID YASEEN**

9/11 catapulted figures such as Osama bin Laden as the face of Political Islam. But there is a longer, complex history behind the relationship between Islam, modern politics, and violence. Examining thinkers such as Sayyid Qutb, Hassan Al-Bana, Zaynab Al-Ghazali, Ayatollah Khomeini, Ali Shariati, Murtaza Mutahhari, and Abul Ala Maududi, this seminar will explore the diversity of intellectual and political positions within Political Islam. The course discusses how such figures employed conceptions of state, nationalism, secularism, democracy, law, gender and minority rights to articulate multiple futures for national and global Muslim communities and influenced a variety of popular struggles as well as armed movements. As such, the course thinks through their intellectual, political and hermeneutical departures from more traditionalist understandings as a critique of the modern condition and examines the strengths as well as limitations of their ideas and receptions.

## Rumi and Friends: The World of Sufi Poetry
**SHAHZAD BASHIR**

As exemplified in the renowned work of Jalaloddin Rumi (d. 1274), Sufi Islam has often found its most profound and vibrant expression in poetry. This course traverses the world of aesthetics and thought in Sufi poetry from various periods by concentration on translations from a range of Middle Eastern and Central, South and Southeast Asian languages. Students "slow read" materials in genres that approximate to lyric, narrative, philosophical and didactic poetry. Occasional readings on Sufism, Islam, and poetics will highlight the subtlety of texts and their sociohistorical contexts. Assignments encourage participants' own efforts at composing or translating poetry to deepen understanding and cultivate poetic expression.

AAUP-00656

13

# ACADEMICS STUDENTS

## DEPARTMENTAL UNDERGRADUATE GROUP (DUG)

The DUG is run by students concentrating in Middle East studies who wish to build a community both inside and outside of the concentration. The MES DUG aims to highlight those aspects of the center that are related to undergraduate activities. This year's DUG leaders were Mica Maltzman '25, Dorra Omrani '26 and Sabine Jimenez-Williams '26. In their role, they acted as undergraduate student ambassadors, disseminating pertinent announcements to their peers and organizing a DUG Meet and Greet, a paper presentation event and other outreach efforts.

  

*(from left): Mica Maltzman '25, Dorra Omrani '26, Sabine Jimenez-Williams '26*

  

AAUP-00657

14

# MIDDLE EAST STUDIES GRADUATE STUDENT ASSOCIATION (MESGSA)

Supported by the Center for Middle East Studies, MESGSA is an interdisciplinary group of graduate students united by a shared scholarly interest in the Middle East and North Africa. Combining diverse humanities and social sciences backgrounds with regional expertise, the association aims to foster conversations that are theoretically diverse and regionally focused. This year, MESGSA hosted several themed lunches at the Faculty Club and organized a seminar highlighting presentations by 2023 recipients of the Sams Family Research Travel Grant.

**Adel Ben Bella,** a filmmaker and curator, is pursuing a Ph.D. in modern culture and media at Brown University. He holds a bachelor of arts in Lettres Modernes Spécialisées from Université Paris-Sorbonne (Paris IV) and a master of fine arts in film directing from Columbia University. His work revolves around 20th-century colonial and postcolonial Algeria, with a focus on activist and militant visual culture within the context of the Algerian Revolution and Algerian national identity formation.



*Adel Ben Bella*



AAUP-00658

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 379 of 469

# ACADEMICS CLASS OF 2024



## MAYA AVELINO BENCOSME '24

is a double concentrator in Middle East studies and international and public affairs. She is passionate about disability and immigrant justice, and during her time at Brown she has worked with the Disability Justice Student Initiative and various civil rights organizations, including the National Association for the Advancement of Colored People and the Juvenile Justice Coalition. Maya's thesis centers shifting narratives of criminality and modernization illustrated by crime fiction printed in the 1920s Palestinian legal journal al-Huquq. After graduating from Brown she plans to attend law school to pursue her goal of practicing international human rights law.

### THESIS
Narratives of Criminality and Modernization: Short Stories in the 1920s Palestinian legal journal al-Huquq

## CHARLIE KEY '24

is a double concentrator in Middle East studies and political science. During his time at Brown, Charlie's studies have revolved primarily around early Christian and Islamic history, culminating in the completion of a thesis titled "A Study of Islamic Crucifixion Beliefs (50 - 250 AH)." Additionally, Charlie spent two summers in Amman, Jordan, studying Arabic on a Watson Institute Language Study Grant and writing for the Jordan Times. After graduating, Charlie is returning to the UK to qualify as a lawyer.

### THESIS
'Who Will Join Me in Paradise Today?' - A Study of Islamic Crucifixion Beliefs (50 - 250 AH)





## JACOB EHRENKRANZ '24

is a double concentrator in Middle East studies and economics. At Brown, Jake has spent much time making use of interdisciplinary studies, taking courses across many areas of his two concentrations. A member of Brown's men's rugby team, he balanced this with studies in Arabic as well as numerous entrepreneurial involvements, such as Brown's Innovation Dojo accelerator. Shifting his Middle East studies concentration to an international arena, Jake furthered his studies during a semester abroad in Denmark, learning simultaneously about international business and the lives of Muslims in a European context. After graduation, Jake will be employing his skills in finance, with hopes of pursuing a dynamic career in the Middle East that incorporates both of his concentrations.

### CAPSTONE
Good Muslim, Bad Muslim: The Mischaracterizations of Muslims as a Dangerous Policy Catalyst

## RITA FEDER '24

is a Middle East studies concentrator on the pre-med track. This past year, Rita co-founded BrownU Jews for Ceasefire and has continued her work in forcing Jewish and Israeli communities to reckon with the Israeli occupation. She is currently researching medical school curricula focused on teaching refugee health care to medical school students, and she volunteers as a medical assistant at the Rhode Island Free Clinic. Rita also volunteers with Save a Child's Heart. She is the captain of Brown's Ultimate Frisbee team. After graduation, Rita hopes to travel and work in Jordan as she continues her study of Arabic while applying to medical school.

### CAPSTONE
Responses to Israel Education in U.S. Jewish Day Schools: A Case Study



16

AAUP-00659

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 380 of 469



## PAULINE GREGORY '24

is a concentrator in Middle East studies. During her time at Brown, she has been involved in the classical music community on campus, playing the violin in the Brown University Orchestra and the Applied Music Program for eight semesters, and participating in various chamber music ensembles. Since high school, she has also volunteered at Community Music Works, a local nonprofit organization that provides free music instruction to Providence public school students. As a junior and senior, she was a member of the Environmental Program House, hoping to integrate environmentally conscious practices into everyday life and form a community around shared values. She has focused much of her time on Arabic, studying in Manah, Oman, at an intensive summer Arabic program. After graduation, she hopes to continue her Arabic studies in Jordan and explore a career path focused on human rights advocacy.

**CAPSTONE**

Conceptions of the 'Other' in the Early Palestinian Press

## ZOE FEDERMAN '23.5

is a double concentrator in Middle East studies and comparative literature. She has spent much of her time at Brown as a student organizer working to combat Jewish communal support for the Israeli occupation. Zoe has been studying Arabic since she was a freshman and has spent the past year writing a thesis that explores political theories of translation through a multilingual encounter with Rabih Alameddine's "An Unnecessary Woman." After graduating, Zoe plans to earn an MSW and work at a community resource center, with a mind to becoming a psychotherapist specializing in transgender care.

**CAPSTONE**

Translating Fadwa Tuqan's في المدينة الهرمة





## MARA KESSLER '23.5

is a Middle East studies concentrator on the pre-medical track. During her time at Brown, she served as the co-editor-in-chief and managing editor of the Brown Undergraduate Journal of Middle East Studies. In addition, she volunteered as an emergency medical technician for Brown EMS, worked for CMES, and actively participated in Palestinian activist circles. Her studies at Brown have revolved predominantly around Arabic, leading her to study abroad in Amman, Jordan, for a semester. Mara later returned to Jordan to intern with Arab Reporters for Investigative Journalism and conduct research for her capstone project. Upon graduation in December, Mara aspires to pursue a career that merges her passions for human rights advocacy—particularly in relation to Palestine—and health care.

**CAPSTONE**

Investigative Journalism in the Arabic-Speaking World

## RITA SLAOUI '23.5

is a double concentrator in Middle East studies and history from Casablanca, Morocco. She is passionate about queer and feminist organizing in the region, an interest she has pursued through her classes, research with professors and her Royce Fellowship project to create a collaborative online archive of queer and feminist resistance. At Brown, she was co-editor-in-chief of the Brown Undergraduate Journal of Middle East Studies, and worked as an immigration advocate with the Student Clinic for Immigrant Justice throughout for four years. After graduating from Brown in December, she hopes to attend law school to empower her to advocate for queer and women's rights in the Global South through the law.

**CAPSTONE**

Saman Arastoo's 'You All Know Me:' A Tool to Educate Iranian Audiences on Trans Issues

AAUP-00660

Case 5:25-cv-06618-NW   Document 81-3   Filed 03/27/26   Page 381 of 469



# NADJE AL-ALI

**DIRECTOR, CENTER FOR MIDDLE EAST STUDIES**
**ROBERT FAMILY PROFESSOR OF INTERNATIONAL STUDIES**
**PROFESSOR OF ANTHROPOLOGY AND MIDDLE EAST STUDIES**

# PEOPLE

# ALEX WINDER

**VISITING ASSISTANT PROFESSOR IN MIDDLE EAST STUDIES**
**DIRECTOR OF UNDERGRADUATE STUDIES**



# BARBARA OBERKOETTER

**CENTER MANAGER**

# ALIZAH HOLSTEIN

**EVENTS AND OUTREACH COORDINATOR**

## VISITING FACULTY

# MEHRDAD BABADI

**OMAR KHAYYAM POSTDOCTORAL RESEARCH ASSOCIATE IN IRANIAN STUDIES**

# FULYA PINAR

**ALOMRAN FAMILY POSTDOCTORAL RESEARCH ASSOCIATE IN MIDDLE EAST STUDIES**



# LOUBNA QUTAMI

**POSTDOCTORAL RESEARCH ASSOCIATE IN PALESTINIAN STUDIES**

AAUP-00661

## AMITIS MOTEVALLI

VISITING FELLOW IN GENDER, BODY POLITICS AND IRANIAN ART



## STUDENT STAFF

## MARA KESSLER '23.5

STUDENT COORDINATOR



## ERICA HYUNJEE NAM '24

GRAPHIC DESIGNER



## BIANCA ROSEN '25

PALESTINIAN STUDIES STUDENT ASSISTANT

## MUSTAPHA KHARBOUCH '27

STUDENT ASSISTANT



## INARI JADE BARRETT '27

STUDENT ASSISTANT



## SABINE JIMENEZ-WILLIAMS '26

STUDENT ASSISTANT

AAUP-00662

19

Case 5:25-cv-06618-NW    Document 81-3    Filed 03/27/26    Page 383 of 469

# STEERING COMMITTEE



## NADJE AL-ALI

**ROBERT FAMILY PROFESSOR OF INTERNATIONAL STUDIES
AND PROFESSOR OF ANTHROPOLOGY AND MIDDLE EAST STUDIES**

Feminist activism and gendered mobilizations in the Middle East (Egypt, Iraq, Lebanon, Turkey and the Kurdish regions); gendered dimensions of war and conflict; transnational migration and diaspora mobilization; anti-gender discourses among political right movements in the Middle East and Europe.

## ELSA BELMONT FLORES

**LECTURER IN LANGUAGE STUDIES (ARABIC)
AND ASSISTANT DIRECTOR OF THE CENTER FOR LANGUAGE STUDIES**

Youth culture, contemporary film and social media in the Arab World, the integration of social justice and multiculturalism in the Arabic language learning curriculum (beginning through advanced levels, MSA and Levantine Colloquial Arabic) and the use of technology in the teaching of Arabic.





## VANGELIS CALOTYCHOS

**VISITING ASSOCIATE PROFESSOR OF CLASSICS**

Comparative literature, cultural and reception studies. Literature, film and politics in the Eastern Mediterranean and Balkans. Modernity and "self-colonization" in Greece; resistance in Greek film. Ethnic conflict, reconciliation and peace processes in Cyprus.

## NITSAN CHOREV

**HARMON FAMILY PROFESSOR OF SOCIOLOGY AND INTERNATIONAL AND PUBLIC AFFAIRS**

International political economy, international trade, global health, foreign aid, technological innovation and development.





## BESHARA DOUMANI

**MAHMOUD DARWISH PROFESSOR OF PALESTINIAN STUDIES**

Doumani's research focuses on people, places and time periods marginalized by mainstream scholarship on the Middle East. He also writes on academic freedom, the politics and ethics of knowledge production, and the Palestinian condition. Doumani is editor of the New Directions in Palestinian Studies book series with the University of California Press and co-editor of the Jerusalem Quarterly. He is the founding director of CMES and of the Palestinian Museum.



## NANCY KHALEK

**ASSOCIATE PROFESSOR OF RELIGIOUS STUDIES AND HISTORY**

In addition to a focus on the formative period of Islamic history, her research interests include the history of emotions, hagiography, biography and historiography in the Byzantine and Islamic worlds, relic and saint veneration, Christian-Muslim dialogue and the relationship of material culture to religious life.



AAUP-00663

20

# FACULTY IN 2023-24

**RUTH ADLER BEN YEHUDA,** Judaic Studies

**FAIZ AHMED,** History

**NADJE AL-ALI,** Middle East Studies, Anthropology, Watson Institute

**JAMES ALLEN,** Egyptology and Assyriology

**CHRISTELLE ALVAREZ,** Egyptology and Assyriology

**ARIELLA AZOULAY,** Modern Culture and Media, Comparative Literature

**MEHRDAD BABADI,** Omar Khayyam Postdoc. Associate in Iranian Studies

**OMER BARTOV,** History

**SHAHZAD BASHIR,** Religious Studies, History

**ELSA BELMONT FLORES,** Center for Language Studies

**LAUREL BESTOCK,** Archaeology, Egyptology and Assyriology, HIAA

**SHEILA BONDE,** History of Art and Architecture (HIAA), Archaeology

**VANGELIS CALOTYCHOS,** Classics, Comparative Literature

**JONATHAN CONANT,** History, Classics

**JOAN COPJEC,** Modern Culture and Media

**LISA DICARLO,** Sociology

**BESHARA DOUMANI,** History

**MILED FAIZA,** Center for Language Studies

**LINA FRUZZETTI,** Anthropology

**KATHARINA GALOR,** Judaic Studies and Middle East Studies

**MARGARET GRAVES,** History of Art and Architecture

**YANNIS HAMILAKIS,** Archaeology, Modern Greek Studies

**JAE HAN,** Religious Studies, Judaic Studies

**SUSAN HARVEY,** Religious Studies, Early Cultures

**ALLA HASSAN,** Center for Language Studies

**JENNIFER JOHNSON,** History

**NANCY KHALEK,** Religious Studies

**STEPHEN KINZER,** Watson Institute for International and Public Affairs

**VIRGINIA KRAUSE,** French Studies

**OURIDA MOSTEFAI,** Comparative Literature, French Studies

**ELIAS MUHANNA,** Comparative Literature, History

**PAUL NAHME,** Judaic Studies, Religious Studies

**ADI OPHIR,** Cogut Center for the Humanities, Middle East Studies

**ESRA ÖZDEMİR,** Center for Language Studies

**FULYA PINAR,** Alomaran Family Postdoctoral Research Associate, MES

**MICHELLE QUAY,** Center for Language Studies

**LOUBNA QUTAMI,** Middle East Studies

**AMY REMENSNYDER,** History

**RACHEL ROJANSKI,** Judaic Studies

**FELIPE ROJAS SILVA,** Archaeology, Egyptology and Assyriology

**MATTHEW RUTZ,** Egyptology and Assyriology

**KENNETH SACKS,** History

**HOLLY SHAFFER,** History of Art and Architecture

**JOHN STEELE,** Egyptology and Assyriology

**SUZANNE STEWART-STEINBERG,** Comparative Literature, Italian Studies

**SAMEE SULAIMAN,** Anthropology

**NINA TANNENWALD,** Political Science

**ADAM TELLER,** History, Judaic Studies

**PETER VAN DOMMELEN,** Anthropology, Archaeology

**PARKER VANVALKENBURGH,** Anthropology

**ALEX WINDER,** Middle East Studies

**SUVAID YASEEN,** History

**VAZIRA ZAMINDAR,** History

AAUP-00664

21

# ANNOUNCEMENTS



## INCOMING CMES DIRECTOR 2024-25
### ELIAS MUHANNA

**ASSOCIATE PROFESSOR OF COMPARATIVE LITERATURE;
ASSOCIATE PROFESSOR OF HISTORY**

Medieval and early modern Islamic history; classical Arabic literature; history of the Arabic language; the problem of the vernacular in various literary and historical contexts; encyclopedic practices in medieval Islamic history.

## SAMS FAMILY RESEARCH TRAVEL AWARD RECIPIENTS | SUMMER 2024

### GRADUATE STUDENTS

**ADEL BEN BELLA** (MODERN CULTURE AND MEDIA)
**ARIF ERBIL** (HISTORY)
**HOSNA SALARI SARDARI** (HISTORY OF ART AND ARCHITECTURE)
**AMELLE ZEROUG** (HISTORY)
**GABRIEL ZUCKERBERG** (MUSIC)

### UNDERGRADUATE STUDENT

**ABOUD ASHHAB** '25

## MES CONCENTRATOR INTERNSHIPS AND SCHOLARSHIPS

### CRITICAL LANGUAGE SCHOLARSHIP

**SABINE JIMENEZ-WILLIAMS** '26
**BIANCA ROSEN** '25
**SALMA ELDEEB** '26

AAUP-00665

22

# ADVISORY COUNCIL (2023-24)

**AHMAD ABU GHAZALEH** P'24, P'26

**ALI FAROUKI**

**ALIA AL-SENUSSI** '03 AM'04

**ANDRA B. EHRENKRANZ** '87, P'24, P'26

**BASEM I. SALFITI** '93 P'25

**D. PATRICK MALEY** '67

**DANA FAROUKI** '03

**E. PAUL SORENSEN** '71 SCM'75 PHD'77 LHD '19 HON., P'06, P'06

**FOUAD DAJANI** '95 P'25

**GLORIA I. GALLAGHER** '91, P'24, P'24

**HISHAM M. ATTAR** '04

**JAMES K. SAMS** '82

**KAMAL G. JABRE** '90, P'20, P'22

**LAYA KHADJAVI** '84, P'23

**LISA SAMS**

**MOSA ALOMRAN** P'23 P'26

**NANCY B. TURCK** '68 AM'68

**NATHALIE F. FARMAN-FARMA** '90

**OMAR MASRI**

**OSSAMA M. EL BATRAN** '07

**RANDY TAKIAN** '96

**RASHA ABU GHAZALEH FAROUKI**

**SAMER M. KHALIDI** '90

**SHIRINE G. AGGAD** P'22

**SIRINE ABU GHAZALEH** P'24, P'26

**TANSA MERMERCI EKŞIOĞLU** '97

**TAREK O. AGGAD** P'22

AAUP-00666



AAUP-00667

# EXHIBIT 92





SINCE 1891

# THE BROWN DAILY HERALD

Print Editions
Thursday June 12th, 2025

OPINIONS

# Faculty letter in support of BrownU Jews for Ceasefire Now

> "Please let what happened ... at University Hall be not a crisis but an opportunity for Brown to show its moral leadership and to provide a model for how a community may come together and what it may thoughtfully do."

*Editors' Note: This letter was originally sent to President Christina Paxson P'19 P'MD20 on Nov. 9, 2023, with additional signatories who opted not to make their names public.*

We, the undersigned, are writing in response to the events that took place on the evening of Wednesday, Nov. 8, when 20 undergraduate students from the group BrownU Jews For Ceasefire Now were arrested and detained by Providence police at the instruction of the University following a sit-in at University Hall. We are deeply dismayed by the decision to have the students arrested, and we call upon our University leadership to engage with the deeper stakes and matters of conscience that our students have sought to foreground at this difficult time. Specifically, we call on the University:

1. **To insist that all legal charges against the students be dropped immediately**
2. **To exempt the students from any University disciplinary proceedings**
3. **To open a campus wide conversation that engages seriously with the students' demands.**

AAUP-00705

In the statement that you shared with Brown faculty on Nov. 7, you emphasized your commitment to "ensure that individual members of the community are free to voice their views, including using their voices to urge lawmakers or other universities to take specific actions or, more generally, express their beliefs on matters of conscience," adding that these are "the rights that freedom of expression guarantees." We agree wholeheartedly, and would further note that freedom of expression is not restricted to speech but includes the right to protest and to perform civil disobedience. The students in question undertook a peaceful act of civil disobedience, following a time-honored American tradition. Protest in the form of sit-ins is a vital part of the legacy of Brown University, of which we can all be proud. Brown's most important historic commitments, including the increased matriculation of students of color in 1975, partial divestment of $4.6 million of holdings from corporations "aiding South African racism" in 1984-85, need-blind admissions in 1992 and our signature Open Curriculum, emerged partly as outcomes of such sit-ins and occupations by which students "express(ed) their beliefs on matters of conscience."

As each student was led out handcuffed from University Hall, they were greeted by hundreds of students — Jewish, Arab, Black, Hispanic and many others — singing prayers and songs of solidarity in Hebrew. Many were watching the livestream of this event and sharing videos that have now received tens of thousands of views nationally and internationally. At a time when peer universities are experiencing unparalleled levels of conflict, tension and toxicity, Brown's students enacted on Nov. 8 the kind of moral courage and peaceful solidarity that we at Brown have historically cultivated and defended. Their action illustrates dramatically that Brown has a singular history and legacy.

In your opinion piece in the New York Times on April 21, 2023 defending free expression as the "bedrock principle of this country," you wrote of college campuses as "a place for controversial issues and emerging ideas to be taught, discussed and debated." You wrote, stirringly, that the "proponents of censorship and repression" who had through history repressed such views as those of Galileo, Darwin or those accused of Communist leanings during the McCarthy era, "all had one thing in common: they were on the wrong side of history." As we all know, the movement of history is one in which views deemed marginal or unpopular gather the moral or evidentiary force to become collectively held commitments. We join the people of the world (as represented by the majority vote in the United Nations General Assembly and protests across the globe) in affirming that a ceasefire is not a radical thing to ask for but the very minimum that the world should ensure — a call to stop the killing and to give the bereaved the time to bury and mourn the dead.

The next few weeks are likely to continue to be very difficult, both in terms of the suffering wrought by the war in Gaza, as well as the continued clashing of viewpoints on the situation. Please let what happened yesterday at University Hall be not a crisis but an opportunity for Brown to show its moral leadership and to provide a model for how a community may come together and what it may thoughtfully do.

We call on you, Madam President, to lead the way in proactively initiating a conversation on the important issues raised by the BrownU Jews For Ceasefire students: the call for a ceasefire in Gaza, the active and explicit protection of students' and faculty's right to speak up for Palestinian rights and the call to reopen discussion on divestment, starting from the basis of the 2020 ACCRIP recommendation on this subject. We note that Yale University is reconsidering its own policies regarding investments in weapons manufacturing companies following student protests.

Once again, we call expressly on the University:

1. To insist that all legal charges against the students be dropped immediately
2. To exempt the students from any University disciplinary proceedings
3. To open a campus-wide conversation that engages seriously with the students' demands, which are in line with our educational mission and our collective commitment to "liberation and life for all," as described in a Nov. 8 open letter from Jewish students in the Brown Daily Herald.

We urge you to exercise thoughtful, moral leadership at this critical time, Madam President, and thus enable Brown University to be on the right side of history.

AAUP-00706

Sincerely,

Nadje Al-Ali, Department of Anthropology, Watson Institute for International and Public Affairs and Center for Middle East Studies

Ariella Aïsha Azoulay, Departments of Modern Culture and Media & Comparative Literature

Anthony Bogues, Simmons Center for the Study of Slavery and Justice

Beshara Doumani, Department of History

Elias Muhanna, Departments of Comparative Literature and History

Matthew Shenoda, Department of Literary Arts and Brown Arts Institute

Suzanne Stewart-Steinberg, Departments of Comparative Literature and Italian Studies

Thangam Ravindranathan, Department of French and Francophone Studies

Vazira Zamindar, Department of History

*To see a full list of signatories, click here*

*Please send responses to this opinion to letters@browndailyherald.com and other op-eds to opinions@browndailyherald.com.*



About us
Contact us
Advertising
Donate
Terms of Service
Privacy Policy
Masthead
Alumni

Subscribe to our newsletter

Your Email Address

**Subscribe**

BDH

The Brown Daily Herald, Inc. is a financially independent, nonprofit media organization with more than 250 students working across our journalism, business and web divisions.

𝕏 f ⓘ 🔊

Powered by WORKS Solutions by The State News

All Content © 2025 The Brown Daily Herald, Inc.

AAUP-00707

# EXHIBIT 93

The Wayback Machine - https://web.archive.org/web/20240221125628/https://www.aaup.org/chapter...





# Find a Chapter

Below is a list of active AAUP chapters and affiliates. Chapter websites are designed and maintained by the individual chapters, and not all chapters have a website (in some cases Facebook pages or other means of contact are linked). Chapters that engage in collective bargaining are so identified by the notation (CB).

If your chapter's website isn't listed, we probably don't know about it! (Send us an email). If you'd like to get in touch with your chapter and contact info isn't listed, email organizing@aaup.org. If you don't see chapter information for your campus, please contact our membership department. If you are interested in creating a chapter on your campus, visit the Start a Chapter page.

As of January 1, 2020, individual AAUP members who are not eligible for membership in a campus chapter of the AAUP belong to the AAUP's national at-large chapter.

**Information about the at-large chapter is here.**

**Alabama**

**Alaska**

**Arizona**

**Arkansas**

**California**

**Colorado**

Connecticut

Delaware

District of Columbia

Florida

Georgia

**Hawaiʻi**

Idaho

Illinois

Indiana

Iowa

Kansas

Kentucky

Louisiana

Maine

Maryland

Massachusetts

Michigan

Minnesota

Mississippi

Missouri

Montana

Nebraska

Nevada

New Hampshire

New Jersey

New Mexico

New York

North Carolina

**North Dakota**

Ohio

Oklahoma

Oregon

Pennsylvania

Rhode Island

South Carolina

South Dakota

Tennessee

Texas

US Virgin Islands

Utah

Vermont

Virginia

Washington

West Virginia

Wisconsin

Wyoming

International

## Alabama

Auburn University
Samford University
University of South Alabama

## Alaska

University of Alaska: United Academics of Alaska (CB)
University of Alaska: Adjunct Chapter (CB)

## Arizona

Yavapai College

## Arkansas

Arkansas State University
Arkansas Tech University
University of Arkansas at Fayetteville
University of Arkansas-Fort Smith
University of Central Arkansas

## California

American Film Institute Conservatory (CB)
Azusa Pacific University Chapter
Berkeley Faculty Association
California Faculty Association (CB)
California College of the Arts
California Institute of the Arts
Chapman University
Claremont Colleges (Twitter)
CUCFA/AAUP
Emerson LA Part-Time Faculty  (CB)

Loyola Marymount University

National University

Palo Alto University

Pepperdine University

Saint Mary's College of California

San Diego Faculty Association

San Francisco Art Institute (CB)

Santa Clara University

Saybrook University

Stanford University

University of California Los Angeles

The UC Berkeley Faculty Association

The UC Davis Faculty Association

The UC Irvine Faculty Association

The UC Los Angeles Faculty Association

The UC Riverside Faculty Association

The UC San Diego Faculty Association

The UC San Francisco Faculty Association

The UC Santa Barbara Faculty Association

The UC Santa Cruz Faculty Association

University of La Verne

University of Redlands

University of Southern California

University of the Pacific

Whittier College

## Colorado

Colorado College

Colorado Mountain College

Colorado State University

Colorado State University-Fort Collins

Colorado State University-Pueblo

Community College of Denver

Fort Lewis College

Front Range Community College

Naropa University

Regis University

University of Colorado at Boulder

University of Colorado at Colorado Springs

University of Denver

University of Northern Colorado

## Connecticut

Albertus Magnus College

Connecticut College (please direct emails to chapter president Afshan Jafar)

Connecticut State University (CB)

Fairfield University (CB)

Quinnipiac University (Twitter)

Trinity College (please direct emails to chapter president Cheryl Greenberg)

University of Connecticut (CB)

University of Connecticut Health Center (CB)

University of Hartford

University of New Haven

Wesleyan University (Twitter)

## Delaware

Delaware State University (CB)

University of Delaware (CB)

## District of Columbia

American University

Catholic University of America

Gallaudet University (Facebook)

Howard University

## Florida

Eckerd College

Edward Waters College (CB)

Indian River State College (CB)

Jacksonville University

State College of Florida

University of Miami

University of Tampa

## Georgia

Agnes Scott College

Augusta University

Clayton State University (Facebook)

Columbus State University

Emory University

Georgia College & State University

Georgia Highlands College

Georgia Institute of Technology

Georgia Southern University (Facebook)

Georgia State University

Gordon State College

Kennesaw State University

Mercer University/Macon

Morehouse College

Oglethorpe University

University of Georgia

University of North Georgia

University of West Georgia

Valdosta State University

## Idaho

Idaho State University

## Illinois

Augustana College

Bradley University

Columbia College Chicago

DePaul University

Dominican University

Illinois College

Illinois Institute of Technology

Illinois State University

Illinois Wesleyan University

Loyola University Chicago (Facebook)

Monmouth College/Illinois

North Central College
North Park University
Northern Illinois University (CB)
Northwestern University (please direct emails to Jorge Coronado, chapter president)
Roosevelt University
Saint Xavier University
Southwestern Illinois College (CB)
The School of the Art Institute of Chicago (emails will go to the chapter leadership)
University of Chicago
University of Illinois at Chicago United Faculty (CB)
University of Illinois at Urbana-Champaign
University of Illinois at Urbana-Champaign Non Tenure Faculty Coalition (CB)

## Indiana

Ball State University (Twitter)
Butler University
DePauw University
Earlham College
Hanover College
Indiana State University
Indiana University–Bloomington (Facebook)
Indiana University–Kokomo Chapter
Indiana University–Purdue University-Indianapolis
Indiana University–South Bend
Manchester University
Marian University
Purdue University
Purdue University Fort Wayne
Purdue University Global
Purdue University-Northwest
University of Evansville (Facebook, Twitter)
University of Notre Dame

## Iowa

Cornell College
Iowa State University
Simpson College

University of Iowa (Facebook, Twitter)
University of Northern Iowa (CB)
Wartburg College

## Kansas

Bethany College
Fort Hays State University (CB) (Facebook, Twitter)
University of Kansas (Twitter)
Wichita State University

## Kentucky

Bellarmine University
Eastern Kentucky University
Morehead State University
Transylvania University
University of Kentucky
University of Louisville (Facebook)
University of Pikeville
Western Kentucky University

## Louisiana

Centenary College of Louisiana
Louisiana State University
Louisiana Tech University
Southeastern Louisiana University
Southern University and A&M College
Tulane University
University of Holy Cross
University of Louisiana at Lafayette (Facebook)
Xavier University of Louisiana

## Maine

Bowdoin College

## Maryland

Bowie State University

Coppin State University

Frederick Community College

Loyola University Maryland

McDaniel College

Montgomery College (CB)

Notre Dame of Maryland University

Saint Mary's College of Maryland

Salisbury University (chapter e-mail, Facebook, Twitter)

Towson University

University of Baltimore

University of Maryland (Twitter)

Washington College

## Massachusetts

American International College

Babson College

Boston College

Boston University (Twitter)

College of the Holy Cross

Curry College (CB)

Curry College PT (CB)

Emerson College Full-Time Faculty Chapter (CB)

Emerson College (AFEC) (CB) (Facebook)

Hampshire College (Facebook, Twitter)

Merrimack College

Mount Holyoke College

School of the Museum of Fine Arts-Boston

Simmons University

Smith College

Springfield College

Stonehill College

Suffolk University (CB; please direct emails to Lawrence Overlan)

Tufts University

Wellesley College

Western New England University (please direct emails to Meri Clark, chapter president, or Jason Rennie, chapter vice-president)

Wheaton College

Worcester Polytechnic Institute (Twitter)

## Michigan

Aquinas College

Eastern Michigan University (CB) (Facebook, Twitter)

Grand Valley State University (Facebook, Twitter)

Kalamazoo Valley Community College (CB)

Lawrence Technological University

Michigan State University

Northern Michigan University (CB)

Oakland University (CB) (Facebook, Twitter)

Oakland University, William Beaumont School of Medicine

University of Michigan - Ann Arbor

University of Michigan - Flint

Wayne State University (CB)

Western Michigan University (CB)

## Minnesota

Augsburg College

Carleton College

Hamline University

Macalester College (Twitter)

St. Catherine University (please direct emails to Carol Geisler, chapter treasurer)

St. John's University (Twitter)

St Olaf College

University of Minnesota-Twin Cities (Twitter)

## Mississippi

Jackson State University

University of Southern Mississippi (Facebook)

## Missouri

Drury University

Fontbonne University

Kansas City Art Institute

Missouri Southern State University

Missouri State University

Missouri University of Science and Technology

Northwest Missouri State University

Rockhurst University

Southeast Missouri State University (Facebook)

St. Louis University

Truman State University

University of Missouri (Twitter)

University of Missouri - Kansas City

Washington University in St. Louis

Webster University

**Montana**

Carroll College

**Nebraska**

Creighton University

Doane College

Hastings College

Nebraska Wesleyan University

University of Nebraska - Lincoln (Facebook, Twitter)

University of Nebraska Omaha (CB)

**Nevada**

Nevada Faculty Alliance

- Desert Research Institute Chapter
- Great Basin College Chapter
- Nevada State College Chapter
- University of Nevada-Las Vegas Chapter
- University of Nevada-Reno Chapter

Nevada Faculty Alliance (CB)

- College of Southern Nevada
- Truckee Meadows Community College Chapter

- Western Nevada Chapter

## New Hampshire

Dartmouth College
Plymouth State University (CB) (Twitter)
Saint Anselm College
Southern New Hampshire University
University of New Hampshire Graduate Faculty
University of New Hampshire (CB)
University of New Hampshire Lecturers United (CB)

## New Jersey

Biomedical and Health Sciences of New Jersey (CB)
Bloomfield College (CB)
Drew University
Georgian Court University
Monmouth University (CB)
New Jersey Institute of Technology (CB)
Rider University (CB) (Facebook, Twitter)
Rutgers Council of AAUP Chapters (CB) (Facebook, Twitter)
Seton Hall University (Twitter)
St Peter's University
Union County College (CB)

## New Mexico

Santa Fe Community College (CB)
University of New Mexico (CB) (Facebook, Twitter)

## New York

Adelphi University (CB) (Facebook, Twitter)
Bard College (CB)
Canisius College (Twitter)
City University of New York-PSC (CB)
Colgate University
College of Mount St Vincent
The College of Saint Rose

Columbia University in the City of New York

Cornell University (Facebook)

Dutchess Community College (Facebook)

D'Youville College (CB) (Facebook)

Fordham University (Facebook, Twitter)

Hamilton College

Hobart & William Smith College

Hofstra University (CB) (Twitter)

Iona College

Ithaca College (Twitter)

Keuka College

LIU Arnold & Marie Schwartz College of Pharmacy (CB)

Manhattan College

Manhattanville College Faculty Alliance Chapter (CB)

Mercy College

Molloy College

Nassau Community College (Facebook)

Nazareth College

The New School (Facebook, Twitter)

New York Institute of Technology (CB)

New York University (Twitter)

Niagara University (CB)

Rochester Institute of Technology

Sarah Lawrence College

Skidmore College

St Bonaventure University

St. John's University (CB)

St Lawrence University

Syracuse University

Union College

University of Rochester

Utica University (CB)

Vaughn College

Wagner College

Yeshiva University

**North Carolina**

Appalachian State University

Blue Ridge Community College (NC Chapter)

Duke University

East Carolina University

Elon University

Fayetteville State University (Facebook)

Guilford College

North Carolina State University (Twitter)

North Carolina Wesleyan College

University of North Carolina at Chapel Hill (Twitter)

University of North Carolina at Charlotte (Twitter)

University of North Carolina at Greensboro

Wake Forest University

Wake Technical Community College

## Ohio

Bowling Green State University (CB)

Capital University

Case Western Reserve University

Central State University (CB)

Cincinnati State Technical and Community College (CB) (Facebook)

Cleveland State University (CB)

The College of Wooster

Cuyahoga Community College (CB)

Hiram College

John Carroll University

Kent State University Tenured/Tenure Track (CB)

Kent State University-FT Non-Tenure Track (CB)

Kenyon College

Marietta College

Miami University (CB) (Facebook, Twitter)

North Central State Faculty Association

Oberlin College (Facebook)

Ohio Northern University

Ohio State University (Twitter)

Ohio State University-Newark

Ohio University (Facebook, Twitter)

Otterbein University

University of Akron (CB) (Twitter)

University of Cincinnati (CB) (Facebook, Twitter)

University of Dayton

University of Toledo (CB)

Walsh University

Wilberforce University (CB)

Wittenberg University

Wright State University (CB) (Facebook, Twitter)

Xavier University

## Oklahoma

Cameron University

East Central University

Oklahoma City University

Oklahoma State University (Facebook)

Southeastern Oklahoma State University

University of Central Oklahoma

University of Oklahoma (Facebook, Twitter)

University of Tulsa

## Oregon

Lewis & Clark College

Linfield College

Pacific University

Portland State University (CB) (Facebook, Twitter)

Portland State University Graduate Employees Union (CB) (Facebook)

Oregon Institute of Technology (CB) (Facebook, Twitter)

Oregon State University (CB)

University of Oregon (CB) (Facebook)

Willamette University (Facebook)

## Pennsylvania

Allegheny College

Alvernia University

Bucknell University

Cabrini College

Carlow University

Delaware Valley University (CB)

Dickinson College

Drexel University

Duquesne University

Franklin and Marshall College

Gettysburg College

La Salle University

Lackawanna College

Lebanon Valley College (Twitter)

Lincoln University (CB)

Marywood University (Facebook)

Mercyhurst University

Misericordia University (Facebook)

Penn State University

Philadelphia College of Osteopathic Medicine

St Joseph's University

Susquehanna University

Swarthmore College

Thomas Jefferson University

University of Pennsylvania (Twitter)

University of Pittsburgh

University of Scranton (CB)

Villanova University

Washington and Jefferson College

Wilkes University

York College of Pennsylvania

**Rhode Island**

Brown University

University of Rhode Island (CB)

Providence College

Salve Regina University

**South Carolina**

Clemson University (Facebook)

Coastal Carolina University

College of Charleston

Francis Marion University

Furman University

South Carolina State University

Spartanburg Community College

University of South Carolina-Medicine Greenville

University of South Carolina-Aiken

University of South Carolina-Beaufort

University of South Carolina–Columbia

University of South Carolina-Upstate

Winthrop University

Wofford College

## Tennessee

LeMoyne-Owen College Faculty Organization (CB)

Motlow State Community College

Middle Tennessee State University

Roane State Community College

Sewanee/The University of the South

Tennessee State University

Tennessee Tech University

University of Tennessee, Knoxville (Facebook, Twitter)

Vanderbilt University (Twitter)

## Texas

Dallas College

Del Mar College

Hardin-Simmons University

Prairie View A&M University (Facebook, Twitter)

Rio Grande College/Sul Ross State University

Southern Methodist University

Southwestern University

Texas A&M University-Corpus Christi

Texas A&M University-Main Campus

Texas A&M University-San Antonio (Twitter)

Texas Christian University (Twitter)
Texas Tech University
University of Dallas
University of Texas at Austin (Twitter)
University of Texas MD Anderson Cancer Center
University of Texas at San Antonio (Facebook, Twitter)

## US Virgin Islands

University of the Virgin Islands

## Utah

University of Utah
Utah Valley University
Westminster College (Facebook, Twitter)

## Vermont

Champlain College
Middlebury College (Twitter)
Norwich University
Saint Michael's College
United Academics of Vermont (CB) (Facebook, Twitter)

## Virginia

Christopher Newport University
College of William and Mary
George Mason University (Facebook, Twitter)
Hampden-Sydney College
James Madison University (Twitter)
Longwood University
Marymount University
Old Dominion University
Radford University
Randolph College
Randolph-Macon College
Roanoke College (Facebook)
Sweet Briar College

University of Lynchburg
University of Mary Washington
University of Richmond
University of Virginia
Virginia Commonwealth University (Facebook)
Virginia Tech (Facebook)
Virginia State University
Virginia Wesleyan University
Washington and Lee University

## Washington

Bastyr University
Digipen Institute of Technology
Seattle University
University of Washington
Washington State University
Whitman College

## West Virginia

Bethany College
West Virginia University (Twitter)

## Wisconsin

Carthage College
Marquette University (Twitter)
Saint Norbert College
University of Wisconsin-Madison (Facebook, Twitter)
University of Wisconsin-Milwaukee (Twitter)
University of Wisconsin-Whitewater
## Wyoming

The University of Wyoming Faculty Association

## International

The American University in Cairo

Find a Chapter | AAUP

# EXHIBIT 94



**EXHIBIT**

**94**

# Find a Chapter

**HOME / CHAPTERS / FIND A CHAPTER**

Use the search below to find AAUP chapters. Chapter and local websites, Facebook pages, and other means of contact are maintained by the chapters. If your website isn't listed, we probably don't know about it! (Send us an email). If you'd like to get in touch with your chapter and contact info isn't listed, email organizing@aaup.org. If you are interested in creating a chapter on your campus, visit the Start a Chapter page.

Individual AAUP members who are not eligible for membership in a campus chapter of the AAUP belong to the AAUP's national at-large chapter.

| Find a Chapter | SEARCH |
|---|---|

Alabama

Alaska

Arizona

Arkansas

California

Find a Chapter | AAUP

7/6/25, 8:02 AM

Find a Chapter | AAUP

Find a Chapter | AAUP

American Association of University Professors
555 New Jersey Ave NW, Suite 600
Washington, DC 20001

Phone: 202-737-5900
Email: aaup@aaup.org

AAUP FOUNDATION

Sign Up for Updates

**Email \***                                    GET AAUP NEWS

Not in US?

**Quick Navigation**

American Association of University Professors © 2025 Privacy Policy & Terms of Use

# **EXHIBIT 95**



EXHIBIT

**95**

# AAUP News

**HOME / NEWS**

Founded in 1915, the AAUP remains the nation's leading organization primarily dedicated to protecting academic freedom and shared governance in higher education. Faculty members turn to the AAUP for assistance in the thousands each year. Some of these faculty members are well-known figures with resources and support. Most, however, are ordinary faculty members who need guidance in responding to troublesome or threatening professional attacks.

The AAUP has helped to shape American higher education by developing the standards and procedures that maintain quality and the security of academic freedom, and by ensuring that this country's colleges and universities contribute to the common good. Through the AAUP, faculty determine the principles of our profession and the procedures by which to protect them. When the AAUP speaks, it is the voice of the profession.

Learn what's new at the AAUP or read selected media coverage of our work.

If you are a member of the media seeking comment or interview, contact aaup-news@aaup.org.

Join the AAUP

Help protect quality higher
education and shape the future of
our profession.

JOIN NOW

American Association of University Professors
555 New Jersey Ave NW, Suite 600
Washington, DC 20001

Phone: 202-737-5900
Email: aaup@aaup.org

AAUP FOUNDATION

## Sign Up for Updates

**Email \***    GET AAUP NEWS

Not in US?

## Quick Navigation

# EXHIBIT 96

Bi-annual Newsletter of the Middle East Studies Association

# ISSUES IN MIDDLE EAST STUDIES

Vol 47 Issue 1                                                                                    Spring 2025







AAUP-01104

## COMMITTEE NEWS



# MESA's Academic Freedom Initiative

Over the last few months, MESA has been building out the **Academic Freedom Initiative (AFI)**, a project funded by the Mellon Foundation to identify and track trends regarding academic freedom and repression on campuses across North America. Since starting the initiative in February, our research priorities have been to document recent mass immigration enforcement and incidents of employment retaliation on campuses, with upcoming projects focused on tracking litigation among other efforts.

### Tracking Higher Education Immigration Enforcement

We have built a database to track the Trump administration's recent campaign to revoke the visas and terminate the immigration records of thousands of students and scholars across the U.S. Although the Department of Justice announced its intention to reverse these moves on April 25, these measures, along with the numerous cases of individuals currently detained or deported, have created a lasting sense of fear across campuses in recent weeks. It is not yet clear that the government has indeed changed course, or that there have been reversals in all cases where visas were already revoked. Moreover, universities' inability to properly protect or inform their communities has exacerbated this panic.

We have therefore continued to track all visa revocations and immigration record terminations, entry denials, deportations, and detentions of university students, faculty, and staff to comprehensively record and analyze such changes on campuses. Sourcing from open-access data such as court filings and media reports, we have also collaborated with individuals at allied organizations to corroborate our data for accuracy and completion. To date, we have identified 1,708 total cases.

More than half of the affected individuals were current students (975 out of 1,708), while 250 were recent alumni on temporary employment status.

In 478 cases, we have been able to identify affected individuals by name, citizenship, or immigration status.

From this data, we have identified multiple patterns.

Out of more than 200 universities and colleges with reported cases, over 65 percent of cases were reported from public institutions.

We have also identified a demonstrated national origin pattern across the dataset. Out of the cases where citizenship is known, the affected individuals held citizenship from more than 25 countries. Yet, less than 2 percent of these cases involved European citizenship. The overwhelming majority—over 98 percent of cases for which country of citizenship is known—are nationals of countries in the Global South.

We also have reason to believe the reversals are a prelude to further targeting of vulnerable individuals.

AAUP-01119

## COMMITTEE NEWS



# MESA's Academic Freedom Initiative

Over the last few months, MESA has been building out the **Academic Freedom Initiative (AFI)**, a project funded by the Mellon Foundation to identify and track trends regarding academic freedom and repression on campuses across North America. Since starting the initiative in February, our research priorities have been to document recent mass immigration enforcement and incidents of employment retaliation on campuses, with upcoming projects focused on tracking litigation among other efforts.

### Tracking Higher Education Immigration Enforcement

We have built a database to track the Trump administration's recent campaign to revoke the visas and terminate the immigration records of thousands of students and scholars across the U.S. Although the Department of Justice announced its intention to reverse these moves on April 25, these measures, along with the numerous cases of individuals currently detained or deported, have created a lasting sense of fear across campuses in recent weeks. It is not yet clear that the government has indeed changed course, or that there have been reversals in all cases where visas were already revoked. Moreover, universities' inability to properly protect or inform their communities has exacerbated this panic.

We have therefore continued to track all visa revocations and immigration record terminations, entry denials, deportations, and detentions of university students, faculty, and staff to comprehensively record and analyze such changes on campuses. Sourcing from open-access data such as court filings and media reports, we have also collaborated with individuals at allied organizations to corroborate our data for accuracy and completion. To date, we have identified 1,708 total cases.

More than half of the affected individuals were current students (975 out of 1,708), while 250 were recent alumni on temporary employment status.

In 478 cases, we have been able to identify affected individuals by name, citizenship, or immigration status.

From this data, we have identified multiple patterns.

Out of more than 200 universities and colleges with reported cases, over 65 percent of cases were reported from public institutions.

We have also identified a demonstrated national origin pattern across the dataset. Out of the cases where citizenship is known, the affected individuals held citizenship from more than 25 countries. Yet, less than 2 percent of these cases involved European citizenship. The overwhelming majority—over 98 percent of cases for which country of citizenship is known—are nationals of countries in the Global South.

We also have reason to believe the reversals are a prelude to further targeting of vulnerable individuals.

AAUP-01119

## Academic Freedom and Employment Retaliation Database

In addition to higher education immigration, we have created a database that tracks all adverse employment outcomes for university employees who have advocated for Palestine since October 2023.

Thus far, we have identified the following incidents of employment retaliation:

| Incidents of Retaliation | |
|---|---|
| Suspensions | 27 |
| Terminations | 13 |
| Forced resignations | 3 |
| Rescinded offers | 2 |
| Removals from service positions | 2 |
| Miscellaneous | 14 |
| **Total # of incidents of retaliation** | **61** |

| Individual Data | |
|---|---|
| Tenured faculty | 24 |
| Tenure-track faculty | 9 |
| Non-tenure faculty | 22 |
| Staff | 4 |
| **Total # of individuals affected** | **59** |

| Institutional Data | |
|---|---|
| Public universities | 16 |
| Private universities | 21 |
| **Total # of universities** | **37** |

## Future Research Directions

As new policies continue to emerge, our next area of research will focus on legal actions and lawsuits brought under Title VI of the Civil Rights Act of 1964 to track major cases of lawfare concerning Palestinian advocacy within academia. We will build out a new database to capture Title VI litigation since October 2023, to be launched over the summer.

Across the country, universities and colleges remain under attack. Threats to immigration status, funding opportunities and employment, and to First Amendment protections including academic freedom continue to grow.

MESA will continue to develop our research initiative to address these concerns. Our research will be centralized on a publicly accessible website to be launched before the end of the year. In doing so, we will ensure our data is available to our membership and to the public. In addition to our findings, the new standalone website will house resources that are currently located in the **MESA Advocacy Resource Center**.

As we face continual threats of censorship, and repression, MESA is committed to defending academic freedom and free speech tenaciously, to document the range of experiences affecting our membership and our field, to encourage campuses to protect their communities, and to provide anticipatory support to all affected.

## COMMITTEE NEWS

# Recent Activity from MESA's Committee on Academic Freedom



CAF comprises two sub-committees: MENA (Middle East and North Africa) and NA (North America). The mission of CAF is to address violations by protesting them at the highest government and diplomatic levels of the country where the violation occurs. If you learn of human rights or academic freedom violations please email the committee at caf@mesana.org.

*Below are summaries of letters sent to heads of state, other high-ranking officials, or educational officials in response to an issue of academic freedom. The country listed represents the country receiving the letter. To view the full content of the letter, please see MESA's website (mesana.org).*

**16 December 2024 (US)**
Letter to New York University expressing concern about recent actions that have exacerbated the climate of repression on campus.

**28 January 2025 (US)**
Letter to the Columbia University Senate expressing concern about the flawed disciplinary proceedings involving Dr. Katherine Franke and the circumstances surrounding her "retirement".

**10 February 2025 (US)**
Letter to Emory University expressing concern about the suspension of Umaymah Mohammad, a student from the Emory University School of Medicine, for a statement that she made during a media interview that was deemed in violation of the student code of conduct.

**10 February 2025 (US)**
Letter to MIT expressing concern about the decision of MIT's Department of Linguistics and Philosophy to deny Professor Michel DeGraff permission to offer a proposed course on language, linguistics and decolonization in Israel/Palestine.

**6 March 2025 (Iran)**
The tenth letter to express our outrage and deep concern, and demand the release from prison of the dual national (Iranian-Swedish) Dr. Ahmadreza Djalali who has been detained on false charges for nine years and condemned to death on the basis of a forced confession.

**6 March 2025 (US)**
Letter to NY Governor Hochul and leaders of the City University of New York expressing grave concern about Governor Hochul's unprecedented demand that Hunter College of the City University of New York (CUNY) take down a posted advertisement for a new open-rank position in the field of Palestinian studies.

**17 March 2025 (US)**
Letter to the Association of Collegiate Schools of Architecture xpressing concern about the decision of the Board of Directors of the Association of Collegiate Schools of Architecture to cancel a planned issue of the Journal of Architectural Education (JAE) focused on Palestine. We are equally disturbed by the board's termination of JAE Interim Executive Editor McLain Clutter for protesting this decision.

**17 March 2025 (US)**
Letter to Columbia University leadership expressing outrage about the letter dated 13 March 2025 that was sent to you by three Trump administration officials, and to urge you to respond in a principled and forceful manner to the unprecedented, unacceptable and extreme demands that it sets forth.

**31 March 2025 (US)**
Letter to Harvard University expressing concern about Harvard University's decision to remove Professor Cemal Kafadar and Associate Professor Rosie Bsheer as, respectively, director and associate director of the university's Center for Middle Eastern Studies.

**8 April 2025 (US)**
Letter to Yale University expressing concern about the termination of Dr. Helyeh Doutaghi, deputy director of Yale University's Law and Political Economy Project and associate research scholar at Yale Law School, in the wake of allegations made on an obscure website whose founders and contributors are anonymous.

AAUP-01121

**15 April 2025 (Egypt)**
The third letter to Egyptian officials regarding the unjust circumstances of Egyptian researcher and translator, Kholoud Said. We call on the authorities to dismiss all charges against her and reinstate her in her job at the Bibliotheca Alexandrina.

**28 April 2025 (Turkey)**
Letter to Turkish officials regarding the use of violence by the police, as well as disciplinary and criminal proceedings against students, academics, and related institutions participating in protests against the pretrial imprisonment of Istanbul Mayor Ekrem İmamoğlu following the annulment of his bachelor's degree.

**28 April 2025 (US)**
Letter to the University of Colorado-Boulder about the University of Colorado-Boulder's apparent failure to meaningfully respond to a physical assault committed on campus against students advocating for Palestinian rights.

**29 April 2025 (US)**
Letter to the University of Notre Dame condemning the last-minute cancellation of a keynote lecture that was to be given by Professor Eman Abdelhadi, purportedly on grounds of security.

**12 May 2025 (Iran)**
Letter calling for the immediate and unconditional release of Iranian students Ali Younesi and Amirhossein Moradi, who were denied fair trials and have been unjustly imprisoned for five years on baseless charges and subjected to mistreatment. In addition, the letter urges President Pezeshkian to uphold his campaign promises by protecting students and academic freedom. It also highlights the broader crackdown on students in Iran, especially following the 2022 "Woman, Life, Freedom" protests, during which thousands faced arrests, suspensions, and disciplinary actions.

**19 May 2025 (US)**
Our letter expressing concern about the decision of NYU to withhold the diploma of graduating senior Logan Rozos and subject him to disciplinary action because of remarks he made about Israel's war on Gaza during the recent graduation ceremony of the Gallatin School of Individualized Study.

Email *caf@mesana.org* with information on academic infringements that you would like considered.

## Committee on Academic Freedom

**Laurie Brand (CAF Chair)**
University of Southern California

**Aslı Bâli (MESA President)**
Yale Law School

**MIDDLE EAST & NORTH AFRICA (CAF-MENA)**

**Miriam Lowi (Chair)**
The College of New Jersey

**Fida Adely (Board)**
Georgetown University

**Rana Barakat**
Birzeit University

**Catherine Duryea**
St. John's University

**Dyala Hamzah**

**Manal A. Jamal**
James Madison University

**Marc Owen Jones**
Hamed bin-Khalifa U

**Atef Said**
University of Illinois at Chicago

**Nahid Siamdoust**
University of Texas at Austin

**NORTH AMERICA (CAF-NA)**

**Zachary Lockman (Chair)**
New York University

**Ziad Abu-Rish**
Bard College

**Elizabeth Bishop**
Orient-Institut Beirut

**Lara Deeb (Board)**
Scripps College

**Jennifer Derr**
UC Santa Cruz

**Mona El-Ghobashy**
New York University

**Nina Farnia**
Albany Law School

**Maryam Jamshidi**
UColorado Law School

**Vickie Langohr**
College of the Holy Cross

**Pete W. Moore**
Case Western Reserve

**Jacob Mundy**
Colgate College

**Leila Pourtavaf**
York University

**Mira Sucharov**
Carleton University



## Available from Routledge

### *Reconstructions in Middle East Economic History*
Essays in Honor of Roger Owen
Edited by Don Babai

Currently USD $144
with free shipping

AAUP-01122

# COMMITTEE NEWS



## The MESA Global Academy
## Responding to Current Challenges

*The MESA Global Academy supports displaced scholars from MENA. It harnesses the strengths of MESA's institutional and individual members to bolster the careers of researchers whose academic trajectory has been adversely affected by developments in their home countries.*

*This academic year we are supporting 31 new scholars and 15 continuing scholars from Afghanistan, Iran, Israel, Palestine, Sudan, Syria, Turkey, and Yemen. This group includes 9 scholars from Gaza, including four fellows placed in visiting professorships at the American University in Cairo. In previous years, scholars from Egypt, Iraq, and Lebanon have been part of the cohort. Close to half of the scholars have been women.*

The MESA Global Academy is nearing completion of its sixth year of support to displaced scholars from the MENA region and has received a record number of applications for the 2025-2026 academic year. The Global Academy Committee will review the applications and announce the scholars in early Summer.

## Spring 2025 Activities

The Spring of 2025 saw Global Academy scholars featured in many online events, including:

- A panel on Spirituality, Political Religion, and Lived Experience in Iran hosted by UCLA's Center for Near Eastern Studies
- A panel on the Rise of the Houthis, Yemen, and their Global Connections and Impact hosted by the Global Academy and Georgetown University's Center for Contemporary Arab Studies
- A talk on Constitutional Imagination in Afghanistan hosted by Florida State University's Middle East Center
- A lecture on Online Censorship as a Tool of "Failed Governmentality" in Turkey hosted by the Keyman Modern Turkish Studies Program at Northwestern University
- A talk on Resilience Amidst War: Scholasticide and Food Crisis in Gaza hosted by USC's Department of Middle East Studies
- A presentation on Refugee Livelihoods and Host Country Politics: Syrian Refugees in Lebanon and Jordan hosted by Georgetown's Center for Contemporary Arab Studies
- An online discussion on a report on higher education in Sudan, "Research in Displacement: The Impact of War on Sudan's Higher Education and Academic Research Community" hosted by Georgetown University and the African Studies Association

*A screenshot from our latest event hosted by UCLA with fellows Dr. Leyla Hajimehditajer, Dr. Maryam Heydarkhani, and Dr. Zahra Khoshk Jan.*



AAUP-01123



Flyer from our May 2025 event on Houthis and Yemen hosted by Georgetown University's Center for Contemporary Arab Studies with Dr. Mansour Al-Maswari and Dr. Adel Dashela.

This Spring, the Global Academy offered its fellows a number of professional development workshops, a core component of our program. These included a grant writing session with Dr. Suad Joseph, Distinguished Research Professor at the University of California, Davis and a book publishing workshop with Thomas Lay of Fordham University Press and Maria Marsh of Cambridge University Press. In addition, we hosted a workshop on navigating visa processes that was led by Global Academy alumni. Forthcoming professional development workshops include one on navigating the Canadian Academy and one that brings together scholars for peer-led book writing review sessions.

We are thrilled that at the upcoming online conference of the American Academy of Religion, Global Academy fellows will have a designated panel, and at the University of Chicago, Global Academy fellows will present in a panel on Narrative, Power, and Language. Look for fellows' roundtables in the *Journal of Palestine Studies* and the *Review of Middle East Studies*.

## New Projects and Elements

We are pleased to introduce new elements in our program:
- A monthly coffee hour to bring current fellows and alumni together to share experiences and knowledge.
- See the Global Academy on its new **YouTube channel**.
- Stay in touch through **BlueSky** (@mesaglobalacademy.bsky.social).
- Follow us through **LinkedIn** (@MESAGlobalAcademy).

Finally, the Global Academy welcomes its new program manager, Dr. Ceren Abi, who was officially greeted by the MESA Global Academy Committee, fellows, and alumni in an online meeting at the beginning of the semester. Mimi Kirk, the outgoing program manager, continues to support the program by serving as a volunteer on the Global Academy Committee.

## Contact Us

Ceren Abi can be reached at *ceren@mesana.org* for those with questions or those wanting to make contributions to the Global Academy.

The Global Academy website: mesaglobalacademy.org



**MESA Global Academy Committee**

Beth Baron (Chair) CUNY
Fida Adely Georgetown University
Aslı Bali Yale Law School
Aslı Iğsız New York University

Mimi Kirk Georgetown University
Judith Tucker Georgetown University
Jeffrey Reger (ex-officio) MESA Executive Director
Ceren Abi (Program Manager)

# Review of Middle East Studies
## Heather Ferguson, Outgoing Editor
## & Hoda Yousef, Incoming Editor





**Heather Ferguson**

Ending June 30, 2025
Heather Ferguson, Editor
Claremont McKenna
College
*romes@cmc.edu*

It is with a strange sense of nostalgia – rather a problematic sentiment for a historian – that I write my last submission to the newsletter as Editor of the *Review of Middle East Studies*. True, nostalgia may simplify past effort and potentially romanticize and distort, but only if we ignore the collective power of words in virtual print during almost 7 years of national and global chaos. The voices contained in *RoMES* issues have often centered me, even while navigating a world seemingly unmoored. In these short blurbs I have also often commented on the importance of *RoMES* as a bridge between the various roles and obligations assumed by MESA members: we act as teachers, scholars, activists, organizers and administrators. And, so, for this final comment, I turn once again to the classroom and call up a phrase I repeat over and over to students: words matter, they shape the possible and provide new openings that we might step through to act in the world.

In the last week of the semester, my students and I read the eponymous poem in Solmaz Sharif's 2016 collection *Look*. The poem opens: "It matters what you call a thing" and then moves through a devastating sequence of scenes including one in front of a federal judge at a sentencing hearing: "Whereas You mean I should be disappeared because of my family name? and he answered Yes. That's exactly what I mean, adding that his wife helped draft the PATRIOT Act." As we face detentions, abductions, and disappearances and continue to navigate a world in which genocide and ethnic cleansing continues unabated, it does indeed matter what you call a thing, and academic publishing has a key role to play.

The words published in *RoMES* these past years have toured us through emergent crises and past histories, reviewed new scholarship and newly released films, and embodied the various committees and commitments of MESA as an organization. Ideally, they have also opened new possibilities, and allowed us to look at things anew, or from new angles, and to name the things that matter.

I now turn these pages (and words!) over to Hoda Yousef (Denison University) and, along with Managing Editor Ghayde Ghraowi, we have been working hard together to ensure a seamless transition. The Publication's Committee of the MESA Board has also played an instrumental and proactive role in this process, and I am thrilled about this new horizon for the *Review* and for the future of MESA publishing.

Thank you for being *RoMES* with me over these past years and welcome to our new Editor!

AAUP-01125





**Hoda Yousef**

Beginning July 1, 2025
Hoda Yousef, Editor
Denison University
*romes@mesana.org*

I'm honored to serve as the next editor of the *Review of Middle East Studies* (*RoMES*) starting this summer. *RoMES* has consistently excelled in fostering professional growth and academic advancement among MENA scholars through its curation of scholarly work and pedagogical discussions. As editor, I aim to build on this foundation by continuing to develop *RoMES* as a resource for critical reviews, emerging research, and interdisciplinary dialogue for Middle East studies scholars at all career stages. Our commitment to this geopolitically significant region demands rigorous intellectual engagement, and I regard *RoMES* as a crucial forum for academics in our field.

I come to this position as a professional, scholar, and teacher who has spent years immersed in this region and its study. My research, which includes work on literacy and education in modern Egypt, gender and feminism in the Arab world, and the cultural history of the Nahda period, has been published in journals such as the *International Journal of Middle East Studies* and the *British Journal of Middle Eastern Studies*. My book, *Composing Egypt: Reading, Writing, and the Emergence of a Modern Nation* (Stanford, 2016) drew on methodological approaches from anthropology and literacy studies to argue that notions of reading and writing were central to how Egyptians came to value education, produce gendered perceptions of "good literacy," and structure their public engagement. In my teaching, I have developed courses on topics as diverse as the history of the Islamic world, women in the modern Middle East, and the Ottoman Mediterranean.

Looking forward, we can see the challenges to our profession on the horizon: the repercussions of the current war and humanitarian catastrophe in Gaza, the threats to academic freedom facing students and faculty, and the looming questions that generative artificial intelligence poses for both our teaching and research. I hope to see *RoMES* serve as a space where we can explore and strengthen our understanding and responses to these issues. But above all, this is a journal for us as academics and scholars of the Middle East. I encourage you to reach out with your ideas—to showcase scholarly work, propose special issues, or to start important discussions. In these challenging times, I am committed to ensuring *RoMES* continues to serve as a valuable resource for our community.



# MESA 2025

## November 22-25
## Westin Washington, DC Downtown

MESA returns to the Eastern Seaboard for its 59th Annual Meeting this November having last met in DC in 2017. The recently remodeled Westin Washington, DC Downtown Hotel is an ideal location for travelers as well as those living in the area. Attendees will enjoy the expansive lobby and multiple areas for conversation for friends and colleagues to reconnect.

The MESA Annual Meeting is the largest gathering of our community centered on Middle East and North Africa studies. The conference is open to anyone interested, but all must register to attend events.

The FilmFest remains an important part of the conference and is held virtually, which gives registrants a chance to view films before, during, and just after the conference.

## HIGHLIGHTS

A *robust program* of more than **300 sessions** over four days of panels, roundtables, workshops, and special sessions.

*Special events* include a **MESA Reception** following the **Presidential Address and Awards Ceremony on Sunday night**, scheduled **coffee breaks** in the Book Exhibit for networking, and the **Dance Party on Monday night**.

A packed **Book Exhibit** where you find the latest in Middle East studies, and meet the editors from presses as well as other organizations and programs.

## Tentative Schedule of Events



### Saturday, November 22
| | |
|---|---|
| 3:30-5:30pm | Panel session I |
| 6:00-8:00pm | Panel session II |

### Sunday, November 23
| | |
|---|---|
| 1:00-6:00pm | Book exhibit |
| 8:30-10:30am | Panel session III |
| 11:00am-1:00pm | Panel session IV |
| 1:30-3:30pm | Panel session V |
| 4:00-6:00pm | Panel session VI |
| 6:30-9:00pm | Presidential address & awards ceremony |
| 9:00-10:30pm | Reception |

### Monday, November 24
| | |
|---|---|
| 9:00am-6:00pm | Book exhibit |
| 8:30-10:30am | Panel session VII |
| 11:00am-1:00pm | Panel session VIII |
| 1:30-3:30pm | Panel session IX |
| 4:00-6:00pm | Panel session X |
| 6:15-7:45pm | Members meeting |
| 9:00pm-1:00am | Dance party |

### Tuesday, November 25
| | |
|---|---|
| 8:00am-12:00pm | Book exhibit |
| 8:30-10:30am | Panel session XI |
| 11:00am-1:00pm | Panel session XII |
| 1:30-3:30pm | Panel session XIII |

AAUP-01127

# Conference Registration
## Pre-register by October 24
### Panelists must register by May 15

Register by October 24 to receive an additional $50 discount on registration over onsite registration prices. Be reminded that panelists are required to register by May 15 to appear on the program. On-site registration opens on Saturday, November 22.

Members are encouraged to register through their myMESA accounts or send a check to the MESA office..

**mesana.org/annual-meeting/registration**

| Category | By Oct 24 | On-site |
|---|---|---|
| Full/associate | $185* | $235 |
| Student/retired member | $85 | $135 |
| Student non-member | $150 | $200 |
| Other non-members | $310 | $360 |

\* hardship rate available for members with income <$50k

# Hotel Reservations
## Cut-off date: October 30



**Westin Washington, DC Downtown**
999 9th Street NW, Washington, DC 20001

## BOOK HOTEL at $209 RATE

Book your stay at the Westin Washington, DC Downtown at the discounted room rate of $209 (before taxes) which is good from November 19-28, 2025. The hotel is conveniently located near Metro and bus stops, and to many DC attractions.

More information on the hotel and a link to make your reseservation, go to mesana.org/annual-meeting/hotel.

# MESA 2025 Travel Grants
### Applications will open July 15 and close September 15

MESA's Board has established two categories of travel grants for MESA members presenting a paper or participating on a roundtable. Each grant is $500 and given at the annual meeting. The number of grants will be determined by the amount in the fund.

Donations to this fund are sought and can be contributed through myMESA, or via the Donate button on MESA's website.

### Graduate Students
Must be a current MESA member and enrolled in a program to qualify. From the student applicant pool, two students traveling from the Middle East to present papers will be awarded the Suad Joseph Travel Grant.

### Contingent Faculty & Un/Underemployed
For contingent faculty as well as un/underemployed MESA members with doctorates who are presenting on the program at the MESA annual meeting.

For more information, mesana.org/annual-meeting

# Programs and Services For Attendees
## Child Care Subsidy

Registered MESA attendees who hire a local service to care for children during the Annual Meeting may be reimbursed up to US$200. We support working parents, and we thank our members for their generous contributions to the MESA Annual Meeting Child Care fund, which permits us to subsidize the cost of childcare for attendees. For further information, see mesana.org/annual-meeting/childcare.

## Nursing Mothers Room

Private space for nursing infants will be available to registered attendees.

## Prayer/Meditation Room

Designated space for prayer and meditation will be available during the days of the conference.

AAUP-01128



# Resources for International Travelers

As we plan for the 2025 Annual Meeting, MESA recognizes the increasing difficulties of travel to the U.S. under the Trump administration and our members' legitimate safety concerns. Visa holders and green card holders are facing increasing surveillance when traveling internationally as well as within the U.S. We are committed to supporting our members as they make their plans to attend this fall's Annual Meeting, but cannot guarantee entry into the United States. While we cannot provide legal advice, we offer the following practical tips as a guideline for your travel plans.

1. It is best practice to **carry the following documents** with you when you are traveling to and within the US. While digital copies can be stored on your phone, it is strongly recommended to carry hard copies of these documents. Digital documentation is not always accepted, and presenting your digital copies on a device to a U.S. Customs and Border Protection agent makes that device subject to search.
   - A valid passport
   - Your current U.S. visa
   - If you are a student, your I-20 form with a valid signature
   - Your MESA confirmation email showing that you are participating in the Annual Meeting
   - Proof of your hotel confirmation and ability to financially support yourself while in the United States (such as a letter from your current employer or bank account statement).

2. Prior to travel, keep in mind that immigration officers may inspect your phone, laptop, or other electronic devices for information that could potentially make you excludable from the United States. Please see this information on digital privacy at the U.S. border from the Electronic Frontier Foundation; for your convenience, we include both a **long version** and a **short version**.

3. When **interacting with immigration officers** at airports and other points of entry, it is best practice to do the following:
   - Be honest and transparent in your responses.
   - Clearly explain the purpose of your visit and the duration of your stay.
   - Remain respectful and courteous at all times.
   - Remember that immigration officers have the right to inspect your phone, laptop, or other electronic devices for information.

## Additional Resources
- Information on international **travel rights and responsibilities** in the U.S. from CUNY CLEAR, a free legal assistance program: **Flying While Muslim/Black/Immigrant**.
- ACLU's Border Zone **Rights Guide**.
- For **LGBT2QIA+ travelers**, in particular, gender-nonconforming and trans travelers, resources on flying to and in the U.S. from Advocates 4 Trans Equality.

## U.S. Border Patrol and Customs Information
- **Top Ten Travel Tips**.
- **Search Authority**.
- Information on the **search of electronic devices at the border**.

AAUP-01129

# Participation Opportunities



## Chair a Panel

Volunteers are invited to chair non-preorganized panels at the MESA 2025 Annual Meeting. A listing of available panels will be posted around July 1 once the searchable program is posted. MESA only assigns chairs to panels assembled of individual paper proposals. There are many such panels on the program. Contact the MESA staff at meeting@mesana.org if you have any questions.

*Please note that MESA membership and annual meeting pre-registration are required of all meeting participants on the program, including volunteer panel chairs.*

## Be a Part of the Book Exhibit

We invite presses, organizations, vendors, and authors to be a part of MESA 2025. Consider exhibiting in MESA's book exhibit, conference sponsorship, advertising, or including a book or item in MESA's Cooperative Book Display. More information is at https://mesana.org/annual-meeting/book-exhibit.

## Submit Your Film to the FilmFest

The MESA FilmFest is a wonderful part of the MESA Annual Meeting, and we are excited to be offering a virtual FilmFest for the fifth year now. The call for submissions is open and we hope that you will be interested in submitting your films! Accepted films will be streamed to MESA Annual Meeting registered attendees. See https://mesana.org/annual-meeting/film-festival to submit a film by June 15, 2025.

## Undergraduate Research Workshop

The Committee on Undergraduate Middle East Studies (CUMES) is sponsoring the undergraduate research workshop to be held in Washington, DC on November 22. 2025. This workshop will be valuable for students planning graduate work in Middle East studies.

**Eligibility:** Students pursuing a bachelor's program *or recent graduates who have not yet begun a graduate degree* are eligible. All fields and disciplines are welcome.

**Format:** The workshop has 3 components: 1) small panel presentation (15-20 minutes) and discussion; 2) professional development session; 3) digital poster session. The small panel presentation will require you submit a 10-12 page paper (or excerpt of a larger work) by no later than November 1.

**Deadlines:** The early acceptance deadline is August 15, 2025, with a second round of acceptances (pending availability) due September 15, 2025.

For more information, please see the **listing on the MESA website** or contact Dr. Victoria Hightower (victoria.hightower@ung.edu).

AAUP-01130

# Submissions: Process and Statistics

The annual meeting program chair, selected by MESA's Board of Directors, recommends and invites people to serve on the program committee in order to cover the broadest swath of topics relevant to MESA. To the extent possible, reviewers are matched by discipline and geographic focus, as well as research themes. Each proposal is read "blind" and rated by two committee members according to how, in a maximum of 400 words, the paper or panel will contribute to scholarship or to the field. The purpose of the program committee is to read and evaluate submissions, place high-rated ones on the program, and to assemble papers into cohesive panels.

## Acceptance/Rejection Rates, Recent Meetings

| | 2022 (Denver) | | 2023 (Montreal) | | 2024 (Virtual) | | 2025 (Washington, DC) | |
|---|---|---|---|---|---|---|---|---|
| Submission Type | Proposed | Accepted* Rejected | Proposed | Accepted Rejected | Proposed | Accepted** Rejected | Proposed | Accepted Rejected |
| Individual Papers | 441 | 363 (82%) 78 (18%) | 645 | 616 (95%) 29 (5%) | 443 | 413 (93%) 30 (7%) | 717 | 588 (82%) 129 (18%) |
| Pre-organized Panels | 114 | 112 (98%) 2 (2%) | 214 | 199 (93%) 15 (7%) | 84 | 82 (93%) 2 (7%) | 159 | 155 (97%) 4 (3%) |
| Roundtables | 30 | 30 (100%) | 67 | 61 (91%) 6 (9%) | 21 | 21 (100%) | 69 | 57 (83%) 12 (17%) |

*Does not include MESA 2021 deferred submissions of 25 panels, 5 roundtables, 1 special session, 61 individual papers
**Does not include MESA 2023 deferred submissions of 4 panels, 1 roundtable, 5 individual papers

## Abstract Submissions by Geographical Location

We use mailing address country to identify location; some have left this blank, which is why the total is less than the total number of paper submissions.

**Total = 1325**

North America = 972
98   Canada
1   Mexico
873   United States

Australasia = 3
3   Australia

Asia (excluding MENA/SWANA) = 14
3   China
2   India
1   Indonesia
5   Japan
2   South Korea
1   Taiwan

Africa (excluding MENA/SWANA) = 1
1   Kenya

Middle East/Southwest Asia = 151
3   Algeria
2   Bahrain
19   Egypt
2   Iran
13   Israel
4   Jordan
6   Kuwait
13   Lebanon
10   Morocco
5   Oman
2   Pakistan
1   Palestinian Territories
11   Qatar
3   Saudi Arabia
2   Tunisia
46   Turkey
9   United Arab Emirates

Europe = 184
8   Austria
2   Belgium
1   Cyprus
3   Denmark
2   Finland
13   France
1   Georgia
38   Germany
3   Greece
1   Hungary
5   Ireland
19   Italy
9   Netherlands
3   Norway
2   Portugal
7   Spain
1   Sweden
6   Switzerland
60   United Kingdom

## Abstract Submissions by Type

Total = 1372
   Members: 1302
   •   830 Fellows
   •   26 Associates
   •   446 Students
   Exemptions: 70

AAUP-01131

# Disciplinary Breakdown of Papers

Based upon the number of papers accepted to be on the program for which we have the necessary data. We do not have relative data for 2023 because the discipline field allowed multiple selections.

| | 2020 (Washington†) | | 2021 (Montreal†) | | 2022 (Denver) | | 2025 (Washington) | |
|---|---|---|---|---|---|---|---|---|
| History | 486 | 34.69 | 366 | 31.99 | 319 | 31.93 | 378 | 29.69 |
| Anthropology | 153 | 10.92 | 113 | 9.88 | 84 | 8.40 | 184 | 14.45 |
| Pol Sci/Int'l Affrs | 252 | 17.99 | 187 | 16.45 | 183 | 18.30 | 150 | 11.78 |
| Literature | 131 | 9.35 | 119 | 10.40 | 120 | 12.00 | 146 | 11.47 |
| Art/Art History | 36 | 2.57 | 40 | 3.50 | 23 | 2.30 | 47 | 3.69 |
| Religious Stds/Theo | 43 | 3.07 | 42 | 3.67 | 36 | 3.60 | 37 | 2.91 |
| Sociology | 92 | 6.57 | 70 | 6.12 | 56 | 5.60 | 35 | 2.75 |
| Media Arts | 38 | 2.71 | 39 | 3.41 | 45 | 4.50 | 28 | 2.20 |
| Language/Linguistics | 37 | 2.64 | 21 | 1.84 | 20 | 2.00 | 24 | 1.88 |
| Law | 18 | 1.28 | 21 | 1.84 | 8 | 0.80 | 22 | 1.73 |
| Communication | 0 | 0.00 | 9 | 0.79 | 7 | 0.70 | 18 | 1.41 |
| Philosophy | 12 | 0.86 | 19 | 1.66 | 9 | 0.90 | 13 | 1.02 |
| Geography | 18 | 1.28 | 17 | 1.49 | 4 | 0.40 | 12 | 0.94 |
| Archit/Urban Plng | 15 | 1.07 | 18 | 1.57 | 14 | 1.40 | 11 | 0.86 |
| Education | 14 | 1.00 | 6 | 0.52 | 16 | 1.60 | 9 | 0.71 |
| Archaeology | 4 | 0.29 | 1 | 0.09 | 3 | 0.30 | 8 | 0.63 |
| Economics | 9 | 0.64 | 7 | 0.61 | 8 | 0.80 | 8 | 0.63 |
| Psychology | 2 | 0.14 | 0 | 0.00 | 0 | 0.00 | 4 | 0.31 |
| Medicine/Health | 3 | 0.21 | 4 | 0.35 | 4 | 0.40 | 3 | 0.24 |
| Journalism | 3 | 0.21 | 2 | 0.17 | 1 | 0.10 | 2 | 0.16 |
| Library Science | 3 | 0.21 | 0 | 0.00 | 1 | 0.10 | 1 | 0.08 |
| Business/ Public Admin | 8 | 0.57 | 1 | 0.09 | 0 | 0.00 | 0 | 0.00 |
| Interdisciplinary | n/a | | n/a | | n/a | | 116 | 9.11 |
| Unknown* | 24 | 1.71 | 42 | 3.67 | 38 | 3.80 | 17 | 1.34 |
| | 1401 | 99.98** | 1144 | 100.11** | 999 | 99.93** | 1273 | 99.99 |

†meeting held virually

*reflects people in departments/programs that do not fit within the standard list of disciplines

**due to rounding, figure is not 100%

# Sessions Accepted or Assembled

Total = 322
- 155 preorganized panels
- 98 assembled panels
- 57 roundtables
- 6 special sessions
- 6 workshops

# Paper Abstracts Accepted

Total = 1273
- 588 individual abstracts
- 685 abstracts on preorganized panels



AAUP-01132

## MEMBERSHIP NEWS & UPDATES

## MESA Elections

The 2025 MESA Board election will take place later this summer via MESA's website. All voting-eligible members will receive an email from the Secretariat, as well as subsequent reminder messages, when the election is live. The Nominating Committee is given the task of choosing the candidates for the three Board Members who will take office after the 2025 annual meeting.  We thank the **2025 Nominating Committee** for their service.

> Lisa Bhungalia, University of Wisconsin, Madison
> Brahim El Guabli, Johns Hopkins University
> Esmat Elhalaby. University of Toronto
> Bassam Haddad, George Mason University
> Lily Hindy (Student), UCLA
> Choon Hwee Koh, UCLA

## Nominating Committee Election Statistics, 2018-2025

| Year | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| # of Full Candidates | 9 | 13 | 15 | 15 | 16 | 12 | 13 | 13 |
| # of Student Candidates | 6 | 5 | 6 | 5 | 5 | 3 | 3 | 1 |
| Total Membership at Election | 2032 | 2505 | 2445 | 2443 | 2168 | 2379 | 1461 | 2186 |
| Eligible Members (F & S) | 1955 | 2417 | 2394 | 2375 | 2117 | 2309 | 1371 | 2072 |
| Valid ballots | 321 | 357 | 388 | 430 | 957 | 448 | 293 | 307 |
| % of voting membership | 16.41 | 14.77 | 16.20 | 18.10 | 45.20 | 19.40 | 21.37 | 14.82 |

## MESA Welcomes New Staff Members



**Ceren Abi**



**Janan Shouhayib**

Dr. Ceren Abi is excited to support the MESA Global Academy as its program manager, building on her professional background helping students and scholars. Dr. Abi is from Istanbul and received her doctorate in History from UCLA. Her research interests include the history of cultural heritage and war in the Middle East.

Dr. Janan Shouhayib has joined MESA as the coordinator of the new Academic Freedom Initiative, which will create and host public resources and research on the contemporary campus climate. Dr. Shouhayib is from Washington DC, and holds a doctorate in Critical Social/Personality Psychology from the Graduate Center at CUNY.

AAUP-01133

# Contributions

For the period December 1, 2024, – May 15, 2025, a total of **$24,678** in contributions from indiviudals was received for MESA funds. *We gratefully thank the generosity of the following donors.*

## Discretionary Funds

### MESA General Fund

McGuire Gibson ■
Steven Heydemann •
Robert D. Lee ■
Kenneth Perkins ★
Abdul H. Raoof ◆
Jeffrey Reger
Marianna Shreve Simpson
In honor of Badar Khan Suri ★
Janice Terry •
Anonymous •

### Presidents

Dina Rizk Khoury ★

## Advocacy Funds

### Academic Freedom

Chibli Mallat ★

### Global Academy

Nancy Gallagher ★

### Global Academy-Emergency

Adey Almohsen •
Lois A. Aroian •
Aslı Bâli ★
Charles E. Butterworth •
Ahmad S. Dallal ★
Lara Deeb •
Omnia ElShakry ■
Nancy Gallagher  ★
Jens Hanssen ◆
S. Rao Jammalamadaka •
Ilham Khuri-Makdisi •
Ken Levy-Church ✽
Rose Marie Kuhn
Nada Matta
Karim Mattar ★
Jane Murphy
Christiana Parreira ★
Nahid Siamdoust
Connie Sjodian
Borgan Smarandache ■
Andrea Stanton ★
Howard Winant

---

## Call for Donations

### MESA 2025 Travel Grants for Graduate Students and Contingent/Precariously Employed

**The Board is issuing a challenge to members to raise funds in solidarity with precarious labor as well as students in our field.**

MESA's Travel Grant Program awards $500 grants to students and to precariously employed or contingent faculty who have no other institutional financial support to attend the conference. We will be conducting lotteries for travel grants in September and the amount in the fund at that time (including MESA's contributions) will determine the final number of 2025 travel grants. We anticipate receiving over 100 applications.

**The preferred way to make a donation is through your myMESA account.**

Alernatively, you can use the form located at **mesana.org.** Payment options include a credit or debit card or PayPal account . Be sure to select "Student and Precarity Travel Grants Fund" when specifying what to "Use this donation for."

---

## Annual Meeting Support Funds

### Student and Precarity Travel Grants Contribution

Anne H. Betteridge •

### Child Care Contribution

Joseph E. Lowry •
Sherry Vattar
Aileen Alexander Wyse •

## Awards Funds

### MESA Mentoring Award

Nancy Gallagher ★

### Fatema Mernissi Book award

Nancy Gallagher ◆

### Nikkie Keddie Book Award

Rudi Matthee •

### Malcolm H. Kerr Dissertation Award

Anne H. Betteridge •
Joseph E. Lowry •

---

|   |   |
|---|---|
| • | *at least $100* |
| ■ | *at least $250* |
| ◆ | *at least $500* |
| ★ | *at least $1000* |
| ✽ | *at least $5000* |

# 2024 Survey Regarding Future Virtual Annual Meetings

The survey was conducted after the MESA 2024 Annual Meeting ended on November 16, and remained open through December 2024. The survey was therefore initiated a few weeks after the U.S. presidential election results were known.

Recent MESA members and conference attendees from 2019 to 2024 were invited to respond, so it was not restricted to only current members (past members were also welcome to participate).

We received **273** responses (128 faculty, 23 students, 8 adjunct/precarity, 7 independent, 7 exhibitors/filmmakers, 19 others; 81 did not identify).

Respondents reported their attendance history at recent meetings by year:
- 2024 (virtual) 130 attended, 15 registered & didn't attend
- 2023 (Montreal) 139 attended, 24 registered & didn't attend
- 2022 (Denver) 129 attended, 7 registered & didn't attend
- 2021 (virtual) 100 attended, 8 registered & didn't attend
- 2020 (virtual) 84 attended, 10 registered & didn't attend
- 2019 (New Orleans) 114 attended, 5 registered & didn't attend

In summary, respondents were more likely to have attended the three most recent meetings.

On the basis of the quantitative responses (graphed below), as well as qualitative comments, MESA is proceeding to contract for a 2027 in-person meeting.

We will conduct the survey again this year following the 2025 annual meeting, in order to begin to decide the format and pattern of the annual meeting after 2030.





AAUP-01135

# MESA's Institutional Members

We recognize the following organizations as institutional members of MESA. Our institutional members share with MESA a commitment to recognizing excellence in the field, encouraging the growth and vibrancy of all the different disciplines within Middle East studies, and defending the rights of scholars and academics around the world.

Aga Khan University, Institute for the Study of Muslim Civilisations

American University in Cairo

American University of Beirut, Issam Fares Institute for Public Policy and International Affairs

Arab Center Washington DC (ACW)

Arab Council for the Social Sciences

Boston College

Brown University, Center for Middle East Studies

Columbia University, Middle East Institute

Council of American Overseas Research Centers

George Washington University, Institue for Middle East Studies

Georgetown University, Center for Contemporary Arab Studies

Georgetown University, Department of Arabic and Islamic Studies

Georgetown University, Prince Alwaleed Bin Talal Center for Muslim-Christian Understanding

Harvard University, Center for Middle Eastern Studies

ILEX Foundation

McGill University, Institute of Islamic Studies

New York University, Hagop Kevorkian Center for Near Eastern Studies

North Carolina Consortium for Middle East Studies

Northwestern University, Program of Middle East and North African Studies

Ohio State University, Middle East Studies Center

Penn State University, Department of History

Portland State University, Middle East Studies Center

Princeton University, Department of Near Eastern Studies

Simon Fraser University

Stanford University, Sohaib and Sara Abbasi Program in Islamic Studies

Syracuse University, Middle Eastern Studies Program

University of Arizona, Center for Middle Eastern Studies

University of Arkansas, King Fahd Center for MIddle East Studies

University of California, Berkeley, Center for Middle Eastern Studies

University of California, Los Angeles, Center for Near Eastern Studies

University of California, Santa Barbara, Center for Middle East Studies

University of Houston, Arab-American Educational Foundation Center for Arab Studies

University of Illinois at Urbana-Champaign, Center for South Asian and Middle Eastern Studies

University of Maryland, Roshan Institute for Persian Studies

University of Massachusetts Amherst

University of Michigan, Center for Middle Eastern & North African Studies

University of Pennsylvania, Middle East Center

University of Southern California, Department of Middle East Studies

University of Texas at Austin, Center for Middle Eastern Studies

University of Toronto, Department of Near & Middle Eastern Civilizations

University of Utah, Middle East Center

University of Virginia, Department of Middle Eastern & South Asian Languages & Cultures

University of Wisconsin, Madison, Middle East Studies Program

Vanderbilt University

Yale University, Council on Middle East Studies

AAUP-01136











NEW IN
MIDDLE EASTERN
STUDIES
FROM
THE UNIVERSITY
OF TEXAS PRESS

## Ṭarab
*Music, Ecstasy, Emotion, and Performance*
EDITED BY MICHAEL FRISHKOPF, SCOTT MARCUS & DWIGHT F. REYNOLDS
$60.00 *hardcover* | JULY 2025

## Iranians in Texas
*Migration, Politics, and Ethnic Identity*
BY MOHSEN MOSTAFAVI MOBASHER
$34.95 *revised paperback edition*

## New Directions in Israeli Media
*Film, Television, and Digital Content*
EDITED BY YARON PELEG, ERAN KAPLAN & IDO ROSEN
$55.00 *hardcover*

## War in Syria and the Middle East
*A Political and Economic History*
BY FEDERICO MANFREDI FIRMIAN
$65.00 *hardcover*

## I Want Golden Eyes
BY MARIA DADOUCH
TRANSLATED BY M. LYNX QUALEY & SAWAD HUSSAIN
$18.00 *paperback*

## Fear in the Middle of a Vast Field and Other Stories
BY MUSTAFA TAJ ALDEEN ALMOSA
TRANSLATED BY MAISAA TANJOUR & ALICE HOLTTUM
$18.00 *paperback* | JUNE 2025



UNIVERSITY OF TEXAS PRESS
*www.utexaspress.com* | @utexaspress

AAUP-01137

# Transforming the way students meet graduate reading requirements

The University of Chicago has developed a groundbreaking method for teaching, testing and certifying advanced reading skills in world languages for any discipline.

**65 Disciplines covered**    **12 Languages**    **95% Pass rate**

## Shift reading requirements from **an obstacle** to a valuable **research tool.**

### TEACHING FOR COMPREHENSION

We offer a series of online seminars that deliver career-enhancing comprehension skills instead of the ability to merely translate texts. These innovative seminars teach students to read and comprehend discipline-specific scholarly texts in a second language quickly and effectively.

### TESTING FOR REAL-WORLD SKILLS

We've developed an innovative assessment tool that measures the ability to analytically read and synthesize information from scholarly resources—providing certification of gained knowledge, skills and abilities.

### PREPARING GLOBAL SCHOLARS

Time and time again, students who've taken our seminars have shared that our program has enhanced their research and broadened their perspective—delivering impactful skills they will utilize throughout their careers.



ACADEMICREADING.UCHICAGO.EDU



THE UNIVERSITY OF CHICAGO
**ACADEMIC & PROFESSIONAL READING INSTITUTE**
World Languages | Global Engagement



**Middle East Studies Association**
3700 O St. NW, ICC Suite 241
Washington, DC 20057 (USA)



# 2025 MESA Awards Competitions and Call for Nominations

Please see details on each award and the procedures for submissions and nominations on MESA's website.

**Jere L. Bacharach Service Award** June 1, 2025
This award honors extraordinary service to MESA or the field. The winner receives $1000.

**MESA Mentoring Award** June 1, 2025
This award honors contributions of a retired individual as mentor/teacher.

**Malcolm H. Kerr Dissertation Awards** July 1, 2025
For students completing their dissertations between July 1, 2023 and June 30, 2024, nominations should be from the author's sponsor or advisor. Winners in each category - Humanities and Social Sciences - receive $1000.

**Undergraduate Education Award** August 1, 2025
To recognize outstanding scholarship on teaching or other material contributions to undergraduate education in Middle East studies. Winner receives $250

**Graduate Student Paper Prize** August 15, 2025
For graduate students whose research papers consider any aspect of post 600 CE Middle East studies. The author of the winning paper receives $250 and the paper will be submitted for publication to *RoMES*.

AAUP-01139

# EXHIBIT 97

View this email in your browser



# Advisory on Recent Trump Administration Policies & Media Reports of Pending Policies

Dear Members:

We are writing in the context of ongoing and rapid changes to the higher education and immigration landscapes. **MESA's Task Force on Civil and Human Rights is issuing this advisory to alert our membership to the probable consequences of recent Trump Administration policies (as of March 10, 2025) and to recommend appropriate steps for individuals and affiliates to take in response to these measures.** We will continue to monitor, assess, and respond to these changes in support of MESA's organizational mission and its membership.

**We begin by condemning any new measures that will further restrict travel to the United States or affect current visa holders already inside the United States on the basis of national origin.** MESA joined with partners and colleagues in bringing a legal challenge against the Muslim Travel Ban imposed in 2017 and will continue to protest and resist any such measures today. We equally condemn any actions taken against individual valid visa holders based on their expressive or associational activity. The U.S. Constitution should never be interpreted to allow viewpoint based discrimination by the government, let alone direct targeting of individuals for enforcement actions based on their holding views disfavored by a particular administration.

AAUP-00275

While the Task Force cannot and will not issue legal advice, our recommendations are based on past experience, media reports, shifting federal policies, and in consultation with civil liberties organizations.

Recent news reports indicate that the Trump Administration has begun revoking visas and/or detaining individuals in the United States who are on nonimmigrant visas or are permanent residents (green card holders) on the basis of their protected speech and associational activities.

- These actions are subject to legal challenge, and such challenges have already begun in the instances that we are aware of to date.
- It is unlikely that the Trump Administration currently has the resources to engage in individualized actions against large numbers of valid visa holders, but we consider it prudent at this time to recommend that non-citizen members currently in the United States identify competent immigration lawyers in their communities who might be willing to assist in their defense as needed.
- Many campuses may have resources, including legal clinics and chapters of the National Lawyers Guild present as part of the academic community. In other instances, local pro bono legal services providers may be willing to offer advice and referrals.

Recent news reports also suggest that the Trump Administration may implement a new travel ban (primarily targeting Muslim-majority countries, but possibly including other countries) as early as this week.

- We believe that any MESA member currently employed or studying in the U.S. who is a national of a Muslim-majority country likely to be included in a new travel ban (e.g., Afghanistan, Iraq, Iran, Libya, Palestine, Pakistan, Somalia, Sudan, Syria, Yemen, and others) should consider canceling any upcoming international travel.
- We also recommend that non-citizen MESA members employed in the U.S. and currently traveling outside of the country should consider returning to the United States as soon as possible.
- U.S. citizens have the right to enter the country, but the vetting process may be chaotic and unpredictable. Non-U.S. citizens may under some circumstances be denied re-entry, and currently pending policies might make the entry process more difficult.

We would like to remind members of the following resources available through the MESA website:

AAUP-00276

1. **MESA Advocacy Resource Center:**

   https://mesana.org/advocacy/task-force-on-civil-and-human-rights/2025/02/07/mesa-advocacy-resource-center

2. **Traveling Across Borders: Short Guide to Rights:**

   https://mesana.org/advocacy/task-force-on-civil-and-human-rights/2020/01/28/traveling-across-borders-short-guides-to-rights

3. **Reporting Form for Documenting Shifts in Campus Climate in North America:**

   https://mesana.org/advocacy/task-force-on-civil-and-human-rights/2024/02/15/documenting-shifts-in-campus-climate-in-north-america

4. **Interventions by MESA's Committee on Academic Freedom:**

   https://mesana.org/advocacy/committee-on-academic-freedom

5. **Letters and Statements from MESA's Board of Directors:**

   https://mesana.org/advocacy/letters-from-the-board

We will continue to closely follow shifting policies and provide updated information and guidance as they become available.

---

## MESA's Task Force Travel Advisory



*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

AAUP-00277

# EXHIBIT 98

View this email in your browser



# MESA Board Statement on the repression of academic freedom in the United States

**March 13, 2025—**The second Trump administration has ushered in an existential threat to academic freedom and higher education in the United States. The current campaign targeting universities is an extension of earlier right-wing efforts to attack and defund teaching about race, gender, and sexuality at the state level, but it is a significant escalation and one at the federal level. In the midst of Israel's genocidal war in the Gaza Strip of the last sixteen months and the fragile ceasefire in place as of this writing, Palestine solidarity protest activity on university and college campuses became a target of attacks that sought to undermine criticisms of Israel while simultaneously extending a pre-existing far-right war on higher education. The consequence has been, above all else, a censorious climate of repression to stifle voices in support of Palestinian self-determination and human rights and to secure ongoing, unconditional support to Israel. In the process, Palestine-related scholarship and advocacy have now become focal points of a frontal assault on universities as centers of critical thinking and knowledge production in a battle to destroy the autonomy of institutions of higher education in the US.

The groundwork for this moment was unfortunately laid through the demonization and criminalization of campus anti-war protests in 2023 and 2024, including statements by the Biden administration and lawmakers across the aisle, as well as the bi-partisan congressional hearings investigating US universities. The Trump administration is now engaged in a multi-agency attack on institutions of higher education and is working in concert with a highly mobilized and organized set of private actors, including lobby groups, non-profits, social media personalities, and extremist right-wing organizations, to

AAUP-00278

target universities and campus communities directly. The federal government is doing so primarily by cynically deploying a broad, vague, and flawed definition of antisemitism to chill constitutionally protected free speech rights and produce a chilling effect on teaching about, and public discussion of, Israeli policies toward Palestinians on college and university campuses.

On January 29, President Trump issued an Executive Order on "Additional Measures to Combat Anti-Semitism," demanding action from every executive department or agency. Accordingly, a multi-agency "Task Force to Combat Anti-Semitism" was established on February 3, whose "first priority will be to root out anti-Semitic harassment in schools and on college campuses." The Task Force is led by the Department of Justice's Office of Civil Rights and includes elements of the Departments of Education and Health and Human Services, as well as the General Services Administration and other agencies not yet announced. Little else is known at this moment about the Task Force's exact composition, scope of authority, or manner of operation.

In a matter of weeks, the Task Force has spearheaded the government's weaponization of spurious antisemitism charges against higher education. It has announced a Department of Justice (DoJ) investigation into the University of California (UC) to assess whether the UC has allowed "an Antisemitic hostile work environment to exist on its campuses." The Task Force has announced plans to visit at least 10 university campuses to consider "remedial action" action against them. In what appears to be the most egregious instance of government overreach against, and undermining of established due process for, higher education institutions, the Task Force announced the suspension of $400 million in federal funding to Columbia University without any clear legal basis.

The Task Force's suspension of federal funding to Columbia merits particular attention because it underscores the existential threat posed by the Trump administration to higher education. Only days after initiating an investigation of Columbia for alleged violations, the Task Force announced the suspension of funding as a punitive measure. It has been long-established practice that a university under Department of Education (DoE) investigation is given an opportunity to present evidence and afforded the option of a "resolution," that is a voluntary agreement with the DoE to take certain corrective steps. Only after the conclusion of an investigation, the issuance of findings and a resolution process would the DoE ever reach the point of instituting measures against a university. Even then, the long-established practice has been that any

AAUP-00279

compulsory measures be tailored to address specific findings of violation. In other words, general funding cuts as a punitive measure are outside of the bounds of ordinary DoE practices. Instead of following these established procedures, the Task Force, rather than DoE, announced the suspension of federal funding without providing Columbia University an opportunity to respond to the allegations underlying the nascent investigation. The public record suggests that the Task Force neither provided an explanation of the specific basis for its action, nor did it identify particular corrective measures to be undertaken. Moreover, the suspension of the $400 million was not tailored to any specific, alleged violation. Days later, the DoE announced that it had sent letters to 60 other universities under investigation, creating the appearance of a decision to make an example of Columbia University and thereby intimidate other institutions of higher education into taking preemptive measures to avoid similarly punitive cuts.

In addition to these threats to universities and their institutional funding, the government has also taken steps to target individuals on campuses for immigration enforcement actions specifically on the basis of their speech and associational activity. This includes the use of AI to scan social media accounts to identify statements and activities the government disagrees with, and the subsequent use of social media posts as the basis for arrest, detention, and deportation. The most prominent example has been the arrest and detention, using ICE officers, of Mahmoud Khalil, who holds a green card. Khalil was apparently detained for having served as an organizer of protests at Columbia, where he was a graduate student last year. President Trump has made clear on social media that this case "is the first arrest of many to come," explicitly threatening that his administration will go after additional students at Columbia and other universities. Whatever specific legal pretext the government uses as the basis for this arrest and attempted green card revocation (or in other cases against targeted individuals), the intention is clearly to use the threat of deportation to deter all non-citizens from speaking out in support of views disfavored by the Trump administration.

Moreover, additional grounds to go after universities and their funding seem to be proliferating daily. The recent action pausing federal funding from the Department of Agriculture to the University of Maine over allegations that the university is allowing transgender athletes to compete in sports, makes clear that the Trump administration's determination to go after university funding is in no way limited to claims related to alleged antisemitism.

AAUP-00280

Beyond the actions targeting universities and individuals, there remains in the background potential legislation that would strip universities, scholarly associations and philanthropic foundations of their nonprofit status on the basis of unilateral determinations by executive officials that they have allegedly engaged in vaguely defined forms of support to groups on terrorism blacklists, including through speech or other associational activity. Passed by the House of Representatives in the waning weeks of the Biden administration, the reintroduction of such a measure in a Congress continues to loom over higher education as a whole.

These and other recent policy initiatives represent an attempt to focus repression against university administrators to enlist them in efforts to monitor protest activity on their campuses as part of a campaign of intimidation.  In this context, and in a continuation of the campus repression that began last year, some universities have, prior to any federal case or investigation, begun implementing measures in line with the Trump administration's preferences, communications, and executive orders. Multiple institutions have begun defunding or dismantling various DEI initiatives, scrubbing or retooling language about valuing diversity and inclusion, and even threatening to decrease funding for longstanding gender studies and ethnic studies academic departments and programs. School administrators have instituted ad-hoc changes to campus policies to further limit opportunities for expressive and associational activities. Disciplinary proceedings against students, faculty, and staff who have participated in pro-Palestine protests have intensified. Some universities have gone so far as to expel students for protest activity. Such anticipatory obedience threatens to radically scale up the government's repressive agenda. Further, as recent developments demonstrate, such compliance does not in fact protect institutions from federal threats.

The example of Columbia is again instructive. Repeated efforts by university leadership to anticipate and comply with demands by hawkish government actors—including multiple crackdowns on student protestors with police and draconian disciplinary measures, as well as the disciplining of faculty and staff via administrative leaves, suspensions, and threats of termination—have only exposed the university to even more extreme forms of sanction. Succumbing to intimidation has failed to assuage the university's antagonists; indeed it seems only to have emboldened the government to intensify its attacks. The government's announcement of massive funding cuts to Columbia University within days of announcing its investigation against the university is an extraordinary punitive measure no other university has experienced to date.

AAUP-00281

In the current national climate, as institutions of higher education and their mission of critical inquiry face unprecedented attack, MESA unequivocally supports efforts to stand up for freedom of expression, academic freedom, and institutional autonomy. Rather than facilitating or acting in the interests of government repression, we must all take a collective stance to defend higher education in the United States.

First and foremost, the MESA Board of Directors demands that the government immediately end its repressive campaign against American colleges and universities. We call on all branches of the federal government as well as elected officials and civil servants working at all levels to reject this brazen undermining of fundamental protections enshrined in the Constitution, including due process.

The MESA Board of Directors also calls on lawmakers to recognize the threat these policies represent to higher education in general, and to the specific campuses based in their constituencies in particular. Lawmakers have a critical role to play in ensuring transparency, accountability, and the constitutionality of any and all policies.

The MESA Board of Directors urges university and college administrations to affirmatively defend the autonomy of higher education and the rights of all members of their campus to engage in lawful, First Amendment-protected activity. We also call on university and college administrators to protect and support vulnerable members of our campus communities. Leaders in higher education must recognize that voluntary cooperation — beyond what is legally compulsory — with repressive efforts targeting individual members of our campuses or those abrogating the autonomy of higher education will compromise the safety of campus communities and render all universities more vulnerable to governmental overreach and censorship. Anticipatory obedience is neither a defense against repression nor a viable strategy to avert risk. Rather, it is an invitation to greater repression that endangers students, faculty, and staff, and compromises the integrity of institutions of higher education in a democratic society.

Lastly, we recognize that all of these events, and the climate of fear they have produced, are deeply traumatic to our members. The MESA Board of Directors is determined to face this new threat level and act as a resource in solidarity with our membership in defense of freedom of speech, academic freedom, and

AAUP-00282

institutional autonomy. We will support our members in their efforts to mobilize their own campus communities.

**Statement**

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

AAUP-00283

# EXHIBIT 99

6/29/25, 6:23 PM                                From MESA and the Task Force on Civil and Human Rights

View this email in your browser



# A Message from MESA and the Task Force on Civil and Human Rights

**March 21, 2025—**In the past month, the Trump Administration has continued to roll back academic freedoms on campuses across the country, including policies that defund schools, threaten Middle Eastern Studies departments, promote surveillance of students and faculty, detain individuals, and seek to revoke visas for international students. Moreover, new executive actions dismantling the Department of Education—together with announced funding freezes and cuts—affect all of higher education. In recent days, threats of deportations and a new travel ban have also been reported.

These changes have deeply unsettled our community across the globe, since we are affected personally and professionally by these threats and attacks. All of these developments have also reaffirmed for us the importance of advocacy that forcefully challenges such initiatives, as the MESA Board noted in its March 13 statement.

Along with our support for the study and scholarship of the Middle East, defending academic freedom remains a core focus in our work. As we adjust to these rapidly changing circumstances, MESA is firmly dedicated to defending academic freedom and providing comprehensive support and anticipatory resources for our membership and community at large as we face these challenges.

Over the last month, we have continued to work within the MESA Task Force on Civil and Human Rights to develop academic freedom defense resources for our membership. The Task Force is currently building out our newly launched academic freedom initiative, leading data collection on campus climate and

AAUP-00284

academic repression, and continuing to add to the MESA Advocacy Resource Center. Additionally, we have launched working groups with several partner organizations to coordinate our advocacy work. The four working groups focus respectively on data collection and mapping, resource development, media and communications, and legal support. In partnership with the AAUP, we are developing a campus toolkit that we hope will give our members the ability to plan how best to respond to this threatening environment on their own campuses.

Since February, MESA's Committee on Academic Freedom has issued three letters regarding academic repression on specific campuses in North America. As the threats to political and educational landscapes continue to develop daily, we are committed to continuing our advocacy work on multiple fronts, including addressing the ways in which university leadership is, in some instances, engaging in forms of anticipatory obedience that adversely affects our members and that we oppose.

On April 1, MESA will host a closed **Know Your Rights** Webinar at 12:00noon EDT. (All current members will be registered with their myMESA email, to ensure security. Please see your email for further information as the date approaches.)

As we continue to prepare for our Annual Meeting, we know how imperative it is for our community to come together, build support, and strategically plan for the continued waves of attacks on our work. We invite our members to consider gathering with us in November and to consider renewing your memberships to help support this work.

We thank you once again for your support and look forward to building together.

*Copyright © 2025 Middle East Studies Association, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

AAUP-00285

6/29/25, 6:23 PM

From MESA and the Task Force on Civil and Human Rights

AAUP-00286

# EXHIBIT 100

View this email in your browser



# Trump's Immigration Actions: What to Know

## Webinar Tomorrow

## Cosponsored by AAUP and MESA

Please join us Thursday, March 27, at 6:00 pm Eastern (3:00 pm Pacific), for a webinar about Trump administration immigration actions and people's legal rights.

Speakers will include deportation law specialist Marc Van Der Hout, who will share information about current immigration actions and the overall political landscape.

Participants will learn about the rights of legal permanent residents (green card holders), visa holders, and US citizens, and be empowered to advocate and protect both themselves and coworkers.

AAUP-00287

**This webinar is cosponsored by the American Association of University Professors and the Middle East Studies Association.**

## Register for AAUP-MESA webinar

**In addition, next week, MESA will also host a closed webinar for current members only.**

**April 1,** *MESA Members: Know Your Rights* **Webinar at 12:00noon EDT.**

Current (2025) members have been automatically registered. Please see your myMESA email for the link to join.

> # In case you missed it
>
> MESA, AAUP, and the Knight institute file lawsuit over Trump policy of arresting and threatening deportation for lawful speechfile lawsuit over Trump policy of arresting and threatening deportation for lawful speech.
>
> The Middle East Studies Association (MESA) and the American Association of University Professors (AAUP) yesterday filed a lawsuit seeking to block the Trump administration from carrying out large-scale arrests, detentions, and deportations of noncitizen students and faculty members who participate in pro-Palestinian protests and other protected First Amendment activities.

     



*Copyright © 2025 Middle East Studies Association, All rights reserved.*

AAUP-00288

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

AAUP-00289