# EXHIBIT 183

**Wednesday, July 2, 2025 at 17:15:40 Central European Summer Time**

**Subject:** Re: following up on immigration webinar
**Date:** Saturday, April 26, 2025 at 1:33:38 AM Central European Summer Time
**From:** Veena Dubal
**To:** ████████████, Asli Bali

Yes this is all great!  Asli has also a new document that she is working on that will be helpful. I'm including her here.  Thank you!

Sent from a handheld device.

Veena Dubal, J.D., Ph.D.
Professor of Law
University of California, Irvine
http://ssrn.com/author=1780991

**From:** ████████████████████████
**Sent:** Friday, April 25, 2025 3:53:44 PM
**To:** Veena Dubal <vdubal@aaup.org>
**Subject:** following up on immigration webinar

Hi Veena, two questions:

1--We talked on the immigration webinar about sending out guidance to attendees/registrants. Folks that were on the webinar seem super busy & maybe not likely to be able to come up with specially targeted resources. OK if I draft something based on the resources we have on hand now? They are as follows:

**Immigration**
- AAUP letter to college and university legal offices: Institutions Should Not Provide Student and Faculty Info To Enable Deportations
- We need to know what is happening on your campus so we can legally and strategically respond. Please let us know what is going on by using this intake form.
- Fact sheet on dealing with ICE on your campus (AAUP General Counsel)
- Fact sheet on rights and risks for workers who are in the United States on visas (American Federation of Teachers)
- Issue brief on immigration-related campus concerns (American Council on Education)
- Know Your Rights flyers (AFL-CIO)
- Family preparedness plan template (Immigrant Legal Resource Center)
- Info about an AAUP Lawsuit About Trump Policy of Arresting and Threatening to Deport Students and Faculty for Lawful Speech

AAUP-00965

2—In conjunction with sending these resources, can we ask the MESA members who attended the webinar to join?



American Association of University Professors



[www.aaup.org](www.aaup.org)
Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

---

**From:** ▇▇▇▇▇▇▇▇▇
**Sent:** Thursday, April 10, 2025 11:25 AM
**To:** Veena Dubal <[vdubal@aaup.org](vdubal@aaup.org)>
**Cc:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** FW: Please forward to the appropriate place - preparation for international students

Hi Veena & ▇▇

Two related things—a chapter leader sent me the attached immigration defense doc that he has put together for his campus

Is that still on and is there anything I can do to help with that? A number of folks have requested it.



American Association of University Professors



[www.aaup.org](www.aaup.org)
Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

---

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Tuesday, April 8, 2025 6:35 PM
**To:** ▇▇▇▇▇▇▇▇▇▇▇
**Cc:** ▇▇▇▇▇▇▇▇▇▇
**Subject:** Re: Please forward to the appropriate place - preparation for international students

Thanks for this. I'll add to our resource page. That page is a little specific to my research institute

and school, but there may be some items that are useful there.

Best



I acknowledge and honor the Ute, Cheyenne and Arapaho Tribes, and all of the original peoples of the land upon which the University of Denver stands.

---

**From:** <span style="background:black;color:black">████████████</span>
**Sent:** Tuesday, April 8, 2025 2:53 PM
**To:** <span style="background:black;color:black">████████████</span>
**Cc:** <span style="background:black;color:black">████████</span>
**Subject:** FW: Please forward to the appropriate place - preparation for international students

Hi ████ thanks for reaching out. The resources we have are at
https://www.aaup.org/issues/political-attacks-higher-education

Some other resources more related to digital security are in progress and will be sent out to chapter leaders when they are done.

If you have come across anything really useful, can you send it to me?



American Association of University Professors



www.aaup.org
Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

**From:** ███████████████████
**Sent:** Monday, April 7, 2025 11:24 AM
**To:** ████████████████████████████████████
**Subject:** Fw: Please forward to the appropriate place - preparation for international students

Hello,

Can you please help with this request below.

Thank you so much!


████████


**From:** ██████████████████████████
**Sent:** Wednesday, April 2, 2025 10:06 PM
**To:** Organizing <organizing@aaup.org>; ██████████████████████████████
**Subject:** Please forward to the appropriate place - preparation for international students

I hopeyou are well. Apologies to dump in your inbox; please forward if the message should go somewhere else. I have pulled together resources on knowing your rights, legal assistance, advice on scrubbing social media, and other ways international students, staff, and faculty might prepare for any emergency related to immigration status at my university. I wanted to send a note to see if AAUP has any additional resources, links, advice faqs, or any other types materials I might include.

Thanks in advance
█

I acknowledge and honor the Ute, Cheyenne and Arapaho Tribes, and all of the original peoples of the land upon which the University of Denver stands.

# EXHIBIT 184

**Wednesday, July 2, 2025 at 17:19:31 Central European Summer Time**

| | |
|---|---|
| **Subject:** | Readnow -- Run of Show for Tonight |
| **Date:** | Thursday, March 27, 2025 at 5:49:57 PM Central European Standard Time |
| **From:** | Veena Dubal |
| **To:** | ▮▮▮▮, Asli Bali |
| **CC:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Attachments:** | image001.png |

Hi, All:

The AAUP and MESA are deeply grateful to you for the amount of time, attention, expertise, and effort you are putting into this webinar. Here is a run of show that reflects the agenda that we created last night. Please join the webinar with your participant link at **2:45pm PT/ 5:45pm ET.**

3pm – Veena & Asli introduction –
3:05pm – ▮▮ Pep Talk
3:10pm – ▮▮▮ – General KYR on most important themes
3:20pm – ▮▮▮ – Rights of Visa holding students/faculty
3:27pm – ▮▮ – Best Practices When Traveling & What to Expect

3:35pm – Veena asks the Team questions from Pre-assembled list of questions.
4pm – Veena/Asli ask the Team questions asked AT the webinar in the Q&A
4:15pm – The Team Offers SUMMARY TAKE HOME POINTS.
4:30pm – END

Please let me know if you have questions.

Solidarity,
Veena


--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

AAUP-00970     **1 of 13**

**From:** ████████████████████████████

**Date:** Thursday, March 27, 2025 at 8:15 AM

**To:** Asli Bali <bali.asli@gmail.com>

**Cc:** ████████████████████████, Veena Dubal <vdubal@aaup.org>, ████████████████████████

**Subject:** Re: Readnow --dress for tomorrow--for guys, jacket and tie or not?

Hi all,

So sorry, I set two alarms after putting the little one to sleep, but wasn't able to do it.I'm happy to join tonight to talk about best practices at the border after having decided to travel.

█

On Thu, Mar 27, 2025 at 10:11 AM Asli Bali <bali.asli@gmail.com> wrote:

> https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:74318833-cbf9-3923-9180-4434fa5353c7
>
> ---
>
> **From:** ████████████████████████
> **Sent:** Thursday, March 27, 2025 3:04:47 AM
> **To:** Veena Dubal <vdubal@aaup.org>; ████████████████████████████
> **Cc:** ██████████████████████████ 'Asli Bali' <bali.asli@gmail.com>
> **Subject:** RE: Readnow --dress for tomorrow--for guys, jacket and tie or not?
>
>
> Tks!
>
>
>
> ████████████████
>
> ██████████████
>
> ██████████████
>
> ████████████████
>
> ████████████████



*is available and accessible. We are fully operational both in-office and remotely, and continue to provide all services with little or no delay.*



This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is prohibited. If you are not the intended recipient, please contact me and delete all copies. Thank you.

---

**From:** ██████████████████████
**Sent:** Wednesday, March 26, 2025 11:33 PM
**To:** ████████████████████████████████████
██████████████
**Cc:** ████████████████████████████████ 'Asli Bali'
<bali.asli@gmail.com>; ████████████████████
**Subject:** Re: Readnow --dress for tomorrow--for guys, jacket and tie or not?

Not at all necessary to wear jacket and tie!  Only if you want.

Sent from a handheld device.

Veena Dubal, J.D., Ph.D.

Professor of Law

University of California, Irvine

http://ssrn.com/author=1780991

---

**From:** ███████████████████████████
**Sent:** Wednesday, March 26, 2025 11:01:44 PM
**To:** Veena Dubal <vdubal@aaup.org>; ████████████████████████████
████████████
**Cc:** ████████████████████████████████████        'Asli Bali'
<bali.asli@gmail.com>; ███████████████████
**Subject:** RE: Readnow --dress for tomorrow--for guys, jacket and tie or not?

Let us know please;  not sure of audience custom so whatever you think is fine, but advise.

Tks!

██

---

**From:** Veena Dubal <vdubal@aaup.org>
**Sent:** Wednesday, March 26, 2025 8:29 PM
**To:** ████████████████████████████████████████
████████████████
**Cc:** ███████████████████████████████        'Asli Bali'
<bali.asli@gmail.com>; ███████████████████
**Subject:** Re: Readnow -ZOOM LINK

The one I sent is what I have.  Here is the zoom link for our 9pm PT /midnight ET call.

AAUP-00973  **4 of 13**

AAUP Legal Department is inviting you to a scheduled Zoom meeting.

Topic: AAUP Legal Department's Personal Meeting Room

Join Zoom Meeting

https://us06web.zoom.us/j/9098285884?pwd=ZyttY1lneXM0WjJxeVB3U00yYUpmdz09

Meeting ID: 909 828 5884

Passcode: 848034

---

One tap mobile

+16694449171,,9098285884#,,,,*848034# US

+12532158782,,9098285884#,,,,*848034# US (Tacoma)

---

Dial by your location

• +1 669 444 9171 US

• +1 253 215 8782 US (Tacoma)

• +1 346 248 7799 US (Houston)

• +1 719 359 4580 US

• +1 720 707 2699 US (Denver)

• +1 253 205 0468 US

• +1 386 347 5053 US

• +1 507 473 4847 US

• +1 564 217 2000 US

• +1 646 558 8656 US (New York)

• +1 646 931 3860 US

• +1 689 278 1000 US

• +1 301 715 8592 US (Washington DC)

• +1 305 224 1968 US

• +1 309 205 3325 US

• +1 312 626 6799 US (Chicago)

• +1 360 209 5623 US

Meeting ID: 909 828 5884

Passcode: 848034

Find your local number: https://us06web.zoom.us/u/kenF1MAfSl

--

Veena Dubal, JD, PhD

General Counsel, American Association of University Professors

Professor of Law

Professor of Anthropology (by courtesy)

University of California, Irvine, School of Law

SSRN Author Page

AAUP-00975    **6 of 13**

**From:** ████████████████████████████████████
**Date:** Wednesday, March 26, 2025 at 8:27 PM
**To:** Veena Dubal <vdubal@aaup.org>, ██████████████████████████
████████████████████████████
**Cc:** ████████████████████████████████ 'Asli Bali'
<bali.asli@gmail.com>, ██████████████████████████
**Subject:** RE: Readnow - WEBINAR QUESTIONS

Hi Veena—is there an updated list of questions or going off the ones you sent yesterday is fine?

█

**From:** Veena Dubal <vdubal@aaup.org>
**Sent:** Tuesday, March 25, 2025 4:13 PM
**To:** ████████████████████████████████████████
████████████████
**Cc:** ████████████████████████████████ 'Asli Bali'
<bali.asli@gmail.com>; ██████████████████████████
**Subject:** Re: Readnow - WEBINAR QUESTIONS

████ is on the east coast and repping ████████ He just got a TRO to prevent her detention.

I don't think he needs to join though.

Sent from a handheld device.

Veena Dubal, J.D., Ph.D.

Professor of Law

University of California, Irvine

http://ssrn.com/author=1780991

---

**From:** ████████████████████████████
**Sent:** Tuesday, March 25, 2025 4:09:44 PM
**To:** Veena Dubal <vdubal@aaup.org>; ████████████████████████
████████████
**Cc:** ████████████████████████████████████ 'Asli Bali'
<bali.asli@gmail.com>; ████████████████████████
**Subject:** RE: Readnow - WEBINAR QUESTIONS


Thanks Veena—agree re 2:50;  and we should go over these q's at our 9 pm PT ca;; tomorrow night both to bat around if Q's and discuss who answers what.  I have only glanced at but wil look at later tonight.  Can ████ join call tomorrow night or are they on east coast time ?


████

---

**From:** Veena Dubal <vdubal@aaup.org>
**Sent:** Tuesday, March 25, 2025 1:05 PM
**To:** ████████████████████████████████████
████████████████
**Cc:** ████████████████████████████████ Asli Bali
<bali.asli@gmail.com>
**Subject:** Readnow - WEBINAR QUESTIONS


████████████████████

████████ is my friend and colleague from CUNY CLEAR who *may* be able to join us on Thursday for the webinar.

<mark>Attached</mark> are the questions for the webinar that we have received thus far.

Let's get on at 2:50pm PT on Thursday to make sure everything works.   Thanks for doing this.  Pls text if you have any questions.

Solidarity,

Veena

--

Veena Dubal, JD, PhD

General Counsel, American Association of University Professors

Professor of Law

Professor of Anthropology (by courtesy)

University of California, Irvine, School of Law

SSRN Author Page

---

**From:** ███████████████████████
**Date:** Saturday, March 22, 2025 at 4:13 PM
**To:** Veena Dubal <vdubal@aaup.org>, ███████████████████
██████████████████████
**Cc:** ████████████████████████████████████ Asli Bali <bali.asli@gmail.com>

**Subject:** Re: Readnow -- Webinar information for THURSDAY, 3PM PT--call tomorrow sometime (or shortly?) (readnow for ▮▮▮

Great! And yes, will do

---

**From:** Veena Dubal <vdubal@aaup.org>
**Sent:** Saturday, March 22, 2025 6:58:54 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ Asli Bali <bali.asli@gmail.com>
**Subject:** Re: Readnow -- Webinar information for THURSDAY, 3PM PT--call tomorrow sometime (or shortly?) (readnow for ▮▮▮

Hi, All:

This sounds great. I am including our amazing senior staff member ▮▮▮▮▮▮ here.

▮▮▮ in addition to ▮▮ his colleagues ▮▮▮▮▮ and ▮▮▮▮▮ will be joining as experts for the webinar. Can we register them as panelists? And also register Asli Bai as a panelist?

Thank you!

Veena

--

Veena Dubal, JD, PhD

General Counsel, American Association of University Professors

Professor of Law

Professor of Anthropology (by courtesy)

University of California, Irvine, School of Law

SSRN Author Page

---

**From:** ████████████████████████████

**Date:** Saturday, March 22, 2025 at 3:50 PM

**To:** Veena Dubal <vdubal@aaup.org>, ████████████████████

**Cc:** ████████████████████████████

**Subject:** RE: Readnow -- Webinar information for THURSDAY, 3PM PT--call tomorrow sometime (or shortly?) (readnow for ████

Damn! didn't add my own readnow! (☹  resending so reply ot this thread please.

██

---

**From:** ████████████████████████

**Sent:** Saturday, March 22, 2025 3:48 PM

**To:** 'Veena Dubal' <vdubal@aaup.org>; ████████████████████

**Cc:** ████████████████████████████

**Subject:** RE: Readnow -- Webinar information for THURSDAY, 3PM PT--call tomorrow sometime (or shortly?)


Hi Veena— I would like ██████ who is cocounsel with me on ██████ case, and our partner on our employment based imm team to be on panel also. ██████ will add expertise on non imm visa issues like J's. O's H's OPT, SEVIS etc.  I assume you have to add them and send email to register as I cant just forward as their names would not be there??


How about a call tomorrow afternoon or evening  or shortly if all available –if better?  I am free from 2 on tomorrow —and can be earlier if afternoon or evening not good for anyone.

I could also talk in a bit if better;  busy starting at 5 today

---

**From:** Veena Dubal <vdubal@aaup.org>
**Sent:** Saturday, March 22, 2025 9:44 AM
**To:**
**Subject:** Readnow -- Webinar information for THURSDAY, 3PM PT

You need to register below!  I'll call you later today to talk about the contents of the webinar.

--

Veena Dubal, JD, PhD

General Counsel, American Association of University Professors

Professor of Law

Professor of Anthropology (by courtesy)

University of California, Irvine, School of Law

SSRN Author Page

AAUP-00982

# EXHIBIT 185

**Wednesday, July 2, 2025 at 17:22:31 Central European Summer Time**

**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET
**Date:** Friday, March 21, 2025 at 1:51:12 AM Central European Standard Time
**From:** Veena Dubal
**To:** █████████████████████████████

Hi, I'm sorry for the delay.  I have been trying to get in touch with this security expert at the ACLU, and I haven't heard back, so let's just do this like a normal webinar. ████ description below is PERFECT.  Please send out when you can.  Thank you.  Also, it is fine if the email comes from me.

Thank you, ████

--

Veena Dubal, JD, PhD
**General Counsel, American Association of University Professors**

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

**From:** █████████████████████████
**Date:** Thursday, March 20, 2025 at 9:55 AM
**To:** Veena Dubal <vdubal@aaup.org>, █████████████████████
██████████████████████████████████████████
**Subject:** RE: Immigration Webinar - March 27th - 3pm PT/6pm ET

Ok, we won't. We need a title for the webinar and for the email
--we could include immigration resources/fact sheets that we have on the web (as many more will see the email than attend the webinar)
--it could come "from" the AAUP, or Veena?
--will we record? If so, we could also plan on a followup to all members with the link and other immigration resources. WE had talked earlier about sending something to members specifically about immigration, but did not



American Association of University Professors



www.aaup.org

Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

---

**From:** Veena Dubal <vdubal@aaup.org>
**Sent:** Thursday, March 20, 2025 12:51 PM
**To:**
**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET

Please don't send yet.  I'm going to work on it a little bit. I have a call until 11am so you will hear from me before 2pm PT.

--

Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

---

**From:**
**Date:** Thursday, March 20, 2025 at 9:42 AM
**To:** Veena Dubal <vdubal@aaup.org>,
**Subject:** RE: Immigration Webinar - March 27th - 3pm PT/6pm ET

Great! we will get this up and out to members and shared with AFT

American Association of University Professors

www.aaup.org

Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

**From:** Veena Dubal <vdubal@aaup.org>
**Sent:** Thursday, March 20, 2025 12:32 PM
**To:** ████████████████████████████████████
████████████████████

**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET

Love!!!!

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

**From:** ████████████████████████████
**Date:** Thursday, March 20, 2025 at 9:24 AM
**To:** Veena Dubal <vdubal@aaup.org>, ████████████████████████████
████████████████████████████████

**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET

How about this for an event description?

A specialist in deportation law will share information about current immigration actions and the overall political landscape. Members will learn about the rights of legal permanent residents (Green Card holders), visa holders, and U.S. citizens, and be empowered to advocate and protect themselves and co-workers

--

**From:** Veena Dubal <vdubal@aaup.org>
**Date:** Thursday, March 20, 2025 at 12:00 PM
**To:** ████████████████████████████████████
████████████████████████████

**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET

Ok let me get everything together today.  Yes we can share with AFT.  Mesa also joining.

A French scientist was detained and sent back at the border because they found messages critical of Trump on his phone.  I think we all need to take our border travel very seriously.  Including Us citizens.

Sent from a handheld device.

Veena Dubal, J.D., Ph.D.
Professor of Law
University of California, Irvine
http://ssrn.com/author=1780991

---

**From:** ██████████████████████████████
**Sent:** Thursday, March 20, 2025 7:58:35 AM
**To:** █████████████████████    Veena Dubal <vdubal@aaup.org>; ████████
████████████████████████████████████
**Subject:** RE: Immigration Webinar - March 27th - 3pm PT/6pm ET

The date works from my perspective and it's certainly needed information. We would want to get an email out to members soon so people have time to sign up.



American Association of University Professors
███████████████████████████
██████████████████
www.aaup.org
Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

---

**From:** ████████████████████████
**Sent:** Thursday, March 20, 2025 10:54 AM
**To:** Veena Dubal <vdubal@aaup.org>; ████████████████████████████
████████████████████████████████
**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET

This is great. Can we share this with AFT Higher ed?

On 3/19/25 11:29 PM, Veena Dubal wrote:

> Hi, All:
>
> We have been talking about doing an immigration KYR webinar of sorts.
>
> I know the proposed time (in subject of the email)  is right before our member meeting,

AAUP-00986    **4 of 5**

but it's what works best for our speaker ███████████.  He is going to give basic information on what's been happening, what the legal rights of our LPR members are versus visa holders v. citizens, and what best practices are for our members – esp during travel.

I think a lot of people are desperate for this information.  Do you think it's okay to move forward with the date/time?

Warmly,
Veena

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
[SSRN Author Page](#)

# EXHIBIT 186

MESA 2020 Submission Statistics

Abstracts Total: 1,543
Top three categories were in history (513), political science (257), and anthropology (156)
Bottom categories were in journalism (3), library science (3), medicine/health (3), and psychology (3)

Individual Abstracts: 657
Pre-Organized Panel Abstracts: 886

Pre-Organized Panels: 235
Roundtables: 33
Thematic Conversations: 10 (3 new, 7 from previous years)
Special Sessions: 0 (room for 6 or more as needed)
Workshops: 4 (room for 3 or more as needed)

Pre-Organized Panels Acceptance Rate – 95% = 224
Individual Abstracts Acceptance Rate – 75% = 493
Out of the 493 abstracts, assemble 99 panels with 5 papers per panel
 **Panels Total: 323**

**Roundtables** Acceptance Rate – 95 = **31**
**Thematic Conversations** Rate – 100% = **10**

**Special Sessions**: 0 (6 – potentially) = **6**
**Workshops**: 4 (3 more potentially) = **7**

**Overall**: 377

AAUP-01084

# EXHIBIT 187

MESA 2021 Submission Statistics

**Abstracts Total**: 1,427
**Individual Abstracts**: 622
**Pre-Organized Panel Abstracts**: 805
**Top Three Categories (self-identified discipline)**:
   1. History (440)
   2. Political Science (214)
   3. Anthropology (136)
**Bottom Three Categories**:
   1. Business & Public Administration (1)
   2. Journalism (3)
   3. Medicine/Health (4)

**Pre-Organized Panels**: 196
**Roundtables**: 59
**Special Sessions**: 0 submissions so far (deadline: April 1st, unless late-breaking issues)
**Workshops**: 7
   1. Professional Development Workshop – MESA and AMEWS
   2. Non-Academic Jobs Development Workshop – MESA and AMEWS
   3. Committee on Anti-Racism and Anti-Discrimination Workshop
   4. Anti-Sexual Harassment Workshop – ASH Ombuds and Queer Studies Interest Group
   5. CUMES
   6. Librarian Workshop – ███ █████ (MELA)
   7. Fulbright Workshop – ████ ███ (IIE)

Projected Acceptance Rates
**Pre-Organized Panels Acceptance Rate** – 95% = **186**
**Individual Abstracts Acceptance Rate** – 75% = **466**
   • Out of the 466 individual abstracts, assemble ~ 93 panels with 5 abstracts per panel
**~ 279 Panels**
**Roundtable Acceptance Rate** – 95% = **56**

**Special Sessions:** 0 as of now
**Workshops**: 7 as of now

There are a total of 54 rooms available per session time slot, give or take some repurposing/concessions to the convention center as of 3/1/2021

**Tentative Sessions Projected Overall Total**: 342

AAUP-01085

## Overall Abstracts: Total Submissions by Discipline

Anthropology: 136
Architecture & Urban Planning: 20
Art/Art History: 44
Business & Public Administration: 1
Communications: 11
Economics: 8
Education: 17
Geography: 19
History: 440
International Relations/Affairs: 50
Journalism: 3
Language: 20
Law: 24
Linguistics: 9
Literature: 134
Media Arts: 49
Medicine/Health: 4
Philosophy: 24
Political Science: 214
Religious Studies/Theology: 50
Sociology: 93
Unknown: 56

### Preorganized Panel Abstracts: Submissions by Discipline

Anthropology: 85
Architecture & Urban Planning: 11
Art/Art History: 27
Business & Public Administration: 1
Communications: 4
Economics: 6
Education: 8
Geography: 8
History: 277
International Relations/Affairs: 25
Journalism: 1
Language: 15
Law: 14
Linguistics: 5
Literature: 82
Media Arts: 29
Medicine/Health: 2
Philosophy: 16
Political Science: 95
Religious Studies/Theology: 26
Sociology: 43
Unknown: 25

### Individual Paper Abstracts: Submissions by Discipline

Anthropology: 51
Architecture & Urban Planning: 9
Art/Art History: 17
Business & Public Administration: 0
Communications: 7
Economics: 2
Education: 9
Geography: 11
History: 163
International Relations/Affairs: 25
Journalism: 2
Language: 5
Law: 10
Linguistics: 4
Literature: 52
Media Arts: 20
Medicine/Health: 2
Philosophy: 8
Political Science: 119
Religious Studies/Theology: 24
Sociology: 50
Unknown: 31

AAUP-01086

# EXHIBIT 188

## MESA 2022 Submission Statistics

Abstract Types
**Individual Abstracts**: 441
**Preorganized Panel Abstracts**: 558
**Total**: 999

**Top Three Categories** (self-identified discipline):
1. History (319)
2. Political Science (144)
3. Literature (120)

**Bottom Three Categories**:
1. Journalism (1)
2. Library Science (1)
3. Archeology (3)

**Preorganized Panels**: 114
**Roundtables**: 30
**Special Sessions**: 0 submissions so far
- Deadline: April 1st, unless late-breaking special session arises

**Acceptance/Rejection Rates for 2022**

| Meeting | 2022 (Denver) | |
|---|---|---|
| Submission Type | Proposed | Accepted / Rejected |
| Individual Abstracts | 441 | 363 (82.31%) / 78 (17.69%) |
| Preorganized Panels | 114 | 112 (98.61%) / 2 (1.39%) |
| Roundtables | 30 | 30 (100%) / 0 (0%) |

**Deferred Submissions from 2021**

| Meeting | 2022 (Denver) |
|---|---|
| Submission Type | Automatically Accepted |
| Individual Abstracts | 61 |
| Preorganized Panels | 25 |
| Roundtables | 5 |
| Special Sessions | 1 |

**Total Sessions and Individual Abstracts** (Includes Deferred):
**Preorganized Panels**: 137
**Individual Abstracts**: 424
- Out of the 424 IAS, assemble ~ 84 panels with 5 abstracts per panel

**Tentative Panel Total:** 221
**Roundtables**: 55
**Special Sessions**: 1
**Workshops**: 6 (rough estimate)
1. ACSS Workshop – TBD
2. Professional Development Workshop? – I have not heard from ███
3. Graduate Student Workshop – TBD (████   ████   point of contact)
4. CUMES Undergraduate Research Workshop
5. CAA Workshop?
6. ASH Workshop?

There are around a total of 31 rooms available per session time slot, give or take some repurposing.

**Tentative Sessions Projected Overall Total**: 283

AAUP-01087

## Overall Abstracts: Total Submissions by Discipline

| Discipline | Individual Abstracts | Preorganized Panel Abstracts | Total Submissions |
|---|---|---|---|
| Anthropology | 44 | 40 | 84 |
| Archeology | 2 | 1 | 3 |
| Architecture & Urban Planning | 7 | 7 | 14 |
| Art/Art History | 17 | 6 | 23 |
| Communications | 3 | 4 | 7 |
| Economics | 4 | 4 | 8 |
| Education | 4 | 12 | 16 |
| Geography | 1 | 3 | 4 |
| History | 109 | 210 | 319 |
| International Relations/Affairs | 24 | 15 | 39 |
| Journalism | 0 | 1 | 1 |
| Language | 5 | 11 | 16 |
| Law | 6 | 2 | 8 |
| Library Science | 1 | 0 | 1 |
| Linguistics | 4 | 0 | 4 |
| Literature | 50 | 70 | 120 |
| Media Arts | 18 | 27 | 45 |
| Medicine/Health | 0 | 4 | 4 |
| Philosophy | 7 | 2 | 9 |
| Political Science | 70 | 74 | 144 |
| Religious Studies/Theology | 20 | 16 | 36 |
| Sociology | 31 | 25 | 56 |
| Unknown | 14 | 24 | 38 |

AAUP-01088

# EXHIBIT 189

**MESA 2023 Program Report**
April 20, 2023

The Call for Papers submission period was January 10, 2023, to February 23, 2023 (extended one week from the original February 17 deadline to accommodate those affected by the earthquakes in Turkey and Syria).

The Program Committee of 26 members, chaired by ███ ████████ of Harvard University reviewed 283 sessions and 645 individual papers. A subset of members plus ███ ████████ a PhD candidate at Harvard University, along with ████ ████████ and ███ █████ of the MESA office met March 31-April 1 to assemble panels from the accepted individual abstracts. This culminated in 374 sessions to be placed on the program, not counting the special sessions and workshops which are in progress or to be determined.

**Submissions**
283 sessions
- 214 panels (199 accepted, 15 rejected)
- 67 roundtables (61 accepted, 6 rejected)

645 individual papers (616 accepted, 29 rejected)

| Submission Type | Proposed | Accepted Rejected | % |
|---|---|---|---|
| Individual Abstracts | 645 | 616 | 95.5 |
| | | 29 | 4.5 |
| Preorganized Panels | 214 | 199 | 93.0 |
| | | 15 | 7.0 |
| Roundtables | 67 | 61 | 91.0 |
| | | 6 | 9.0 |

**MESA 2023 Sessions** (approximately 380 total)
- 199 preorganized panels
- 114 assembled panels (from 616 abstracts)
- 61 roundtables
- 5-10 special sessions, current events, and workshops (these are in progress and/or to be determined)

We are planning on 13 session times, which means there will be 29-30 concurrent sessions during a session time. We have plenty of space rented at the Montréal convention center, so this won't be an issue. We also anticipate at least a 20 percent reduction in these figure from acceptance to attendance, based on historical patterns.

**Abstract Statistics**
Total = 1557
- 645 individual abstracts
- 912 abstracts on preorganized panels

With the upgrade to the new myMESA, we allowed submitters to identify multiple disciplines. In the old myMESA, submitters could only identify one. So our trend statistics and disciplinary breakdowns will require some adjustments when published in the forthcoming MESA spring newsletter. Mostly, it turns out that anthropologists are most likely to work across disciplines! (Or, at least to identify as such.)

AAUP-01089

| Count | Discipline |
|---|---|
| 341 | History, |
| 137 | Political Science, |
| 103 | Literature, |
| 98 | Anthropology, |
| 54 | Sociology, |
| 31 | Art/Art History, |
| 30 | Other, |
| 29 | Religious Studies/Theology, |
| 27 | History, Literature, |
| 24 | Political Science, Sociology, |
| 23 | International Relations/Affairs, Political Science, |
| 22 | International Relations/Affairs, |
| 21 | Media Arts, |
| 20 | History, Religious Studies/Theology, |
| 15 | Language, |
| 15 | Law, |
| 14 | Anthropology, Sociology, |
| 13 | Communications, |
| 13 | History, International Relations/Affairs, |
| 12 | History, Sociology, |
| 11 | Anthropology, History, |
| 9 | Architecture & Urban Planning, |
| 9 | History, Philosophy, Religious Studies/Theology, |
| 9 | Literature, Religious Studies/Theology, |
| 8 | Education, |
| 8 | History, International Relations/Affairs, Political Science, |
| 8 | History, Literature, Religious Studies/Theology, |
| 7 | Anthropology, Religious Studies/Theology, |
| 7 | Architecture & Urban Planning, Art/Art History, |
| 7 | History, Language, Literature, |
| 7 | History, Media Arts, |
| 6 | Economics, History, |
| 6 | Geography, History, |
| 6 | History, Law, |
| 6 | History, Medicine/Health, |
| 6 | History, Political Science, |
| 6 | International Relations/Affairs, Political Science, Sociology, |
| 5 | Anthropology, Art/Art History, |
| 5 | Anthropology, Political Science, Sociology, |
| 5 | History, Law, Religious Studies/Theology, |
| 5 | Language, Literature, |
| 5 | Philosophy, |
| 5 | Philosophy, Religious Studies/Theology, |

AAUP-01090

| | |
|---|---|
| 4 | Anthropology, Geography, |
| 4 | Anthropology, History, Religious Studies/Theology, |
| 4 | Anthropology, Political Science, |
| 4 | Geography, |
| 4 | History, Language, |
| 4 | History, Other, |
| 4 | International Relations/Affairs, Other, Political Science, |
| 4 | Language, Linguistics, |
| 4 | Linguistics, |
| 4 | Literature, Other, |
| 4 | Psychology, |
| 3 | Anthropology, Education, |
| 3 | Anthropology, History, Political Science, Religious Studies/Theology, Sociology, |
| 3 | Anthropology, History, Sociology, |
| 3 | Art/Art History, History, |
| 3 | Education, Language, |
| 3 | History, Philosophy, Political Science, |
| 3 | Journalism, |
| 3 | Law, Political Science, |
| 3 | Literature, Philosophy, Religious Studies/Theology, |
| 3 | Literature, Sociology, |
| 2 | Anthropology, Art/Art History, History, Religious Studies/Theology, |
| 2 | Anthropology, History, Literature, |
| 2 | Anthropology, History, Medicine/Health, |
| 2 | Anthropology, International Relations/Affairs, Political Science, Sociology, |
| 2 | Anthropology, Literature, Religious Studies/Theology, |
| 2 | Anthropology, Other, Sociology, |
| 2 | Anthropology, Political Science, Religious Studies/Theology, Sociology, |
| 2 | Archaeology, Art/Art History, History, |
| 2 | Architecture & Urban Planning, Art/Art History, History, |
| 2 | Architecture & Urban Planning, History, |
| 2 | Art/Art History, Media Arts, |
| 2 | Communications, Journalism, |
| 2 | Economics, Geography, History, |
| 2 | Economics, International Relations/Affairs, Political Science, |
| 2 | Education, Literature, |
| 2 | Geography, History, Literature, |
| 2 | Geography, International Relations/Affairs, Political Science, |
| 2 | History, International Relations/Affairs, Literature, |
| 2 | History, International Relations/Affairs, Political Science, Sociology, |
| 2 | History, Journalism, Literature, |
| 2 | History, Language, Law, Religious Studies/Theology, |
| 2 | History, Language, Literature, Media Arts, |
| 2 | History, Literature, Medicine/Health, |
| 2 | History, Literature, Other, |

AAUP-01091

| | |
|---|---|
| 2 | History, Philosophy, |
| 2 | International Relations/Affairs, Law, Sociology, |
| 2 | International Relations/Affairs, Media Arts, Political Science, |
| 2 | Law, Political Science, Sociology, |
| 2 | Literature, Media Arts, |
| 2 | Other, Political Science, |
| 2 | Philosophy, Political Science, Sociology, |
| 2 | Political Science, Psychology, Sociology, |
| 2 | Political Science, Religious Studies/Theology, Sociology, |
| 2 | Religious Studies/Theology, Sociology, |
| 1 | Anthropology, Archaeology, |
| 1 | Anthropology, Archaeology, Architecture & Urban Planning, History, Political Science, |
| 1 | Anthropology, Archaeology, Geography, History, |
| 1 | Anthropology, Archaeology, History, |
| 1 | Anthropology, Archaeology, History, Literature, |
| 1 | Anthropology, Archaeology, History, Sociology, |
| 1 | Anthropology, Architecture & Urban Planning, |
| 1 | Anthropology, Architecture & Urban Planning, Geography, |
| 1 | Anthropology, Architecture & Urban Planning, Geography, Political Science, |
| 1 | Anthropology, Architecture & Urban Planning, Geography, Sociology, |
| 1 | Anthropology, Art/Art History, Communications, Language, Media Arts, |
| 1 | Anthropology, Art/Art History, Education, Geography, History, International Relations/Affairs, |
| 1 | Anthropology, Art/Art History, History, International Relations/Affairs, Law, Political Science, Sociology, |
| 1 | Anthropology, Art/Art History, History, Literature, Media Arts, |
| 1 | Anthropology, Art/Art History, History, Literature, Religious Studies/Theology, |
| 1 | Anthropology, Art/Art History, History, Other, |
| 1 | Anthropology, Art/Art History, History, Political Science, |
| 1 | Anthropology, Art/Art History, Literature, |
| 1 | Anthropology, Communications, |
| 1 | Anthropology, Communications, Journalism, |
| 1 | Anthropology, Communications, Language, Linguistics, |
| 1 | Anthropology, Communications, Law, |
| 1 | Anthropology, Communications, Political Science, Religious Studies/Theology, Sociology, |
| 1 | Anthropology, Economics, History, International Relations/Affairs, Other, Sociology, |
| 1 | Anthropology, Education, History, Sociology, |
| 1 | Anthropology, Education, Other, |
| 1 | Anthropology, Education, Political Science, Religious Studies/Theology, Sociology, |
| 1 | Anthropology, Education, Religious Studies/Theology, |
| 1 | Anthropology, Geography, History, Language, Law, Political Science, Sociology, |
| 1 | Anthropology, Geography, History, Political Science, Sociology, |
| 1 | Anthropology, Geography, History, Religious Studies/Theology, Sociology, |
| 1 | Anthropology, Geography, International Relations/Affairs, Sociology, |
| 1 | Anthropology, Geography, Other, Sociology, |
| 1 | Anthropology, History, International Relations/Affairs, Philosophy, Political Science, Psychology, Religious Sociology, |

AAUP-01092

| | | |
|---|---|---|
| | 1 | Anthropology, History, International Relations/Affairs, Political Science, Sociology, |
| | 1 | Anthropology, History, International Relations/Affairs, Sociology, |
| | 1 | Anthropology, History, Language, Linguistics, |
| | 1 | Anthropology, History, Law, |
| | 1 | Anthropology, History, Linguistics, Literature, |
| | 1 | Anthropology, History, Linguistics, Philosophy, |
| | 1 | Anthropology, History, Political Science, |
| | 1 | Anthropology, History, Political Science, Religious Studies/Theology, |
| | 1 | Anthropology, History, Political Science, Sociology, |
| | 1 | Anthropology, International Relations/Affairs, Other, |
| | 1 | Anthropology, International Relations/Affairs, Other, Political Science, Religious Studies/Theology, Sociolo |
| | 1 | Anthropology, International Relations/Affairs, Religious Studies/Theology, |
| | 1 | Anthropology, International Relations/Affairs, Sociology, |
| | 1 | Anthropology, Language, Literature, Medicine/Health, Sociology, |
| | 1 | Anthropology, Language, Medicine/Health, |
| | 1 | Anthropology, Law, |
| | 1 | Anthropology, Law, Religious Studies/Theology, |
| | 1 | Anthropology, Linguistics, Literature, Other, |
| | 1 | Anthropology, Literature, |
| | 1 | Anthropology, Literature, Media Arts, |
| | 1 | Anthropology, Literature, Sociology, |
| | 1 | Anthropology, Media Arts, Other, Political Science, Religious Studies/Theology, |
| | 1 | Anthropology, Media Arts, Political Science, |
| | 1 | Anthropology, Media Arts, Sociology, |
| | 1 | Anthropology, Medicine/Health, |
| | 1 | Anthropology, Other, Political Science, Religious Studies/Theology, |
| | 1 | Anthropology, Other, Religious Studies/Theology, Sociology, |
| | 1 | Anthropology, Political Science, Religious Studies/Theology, |
| | 1 | Archaeology, |
| | 1 | Archaeology, Architecture & Urban Planning, History, |
| | 1 | Archaeology, Art/Art History, |
| | 1 | Archaeology, Art/Art History, Economics, History, International Relations/Affairs, |
| | 1 | Archaeology, Art/Art History, Religious Studies/Theology, |
| | 1 | Archaeology, History, |
| | 1 | Archaeology, History, International Relations/Affairs, Law, |
| | 1 | Archaeology, History, International Relations/Affairs, Political Science, |
| | 1 | Architecture & Urban Planning, Art/Art History, Education, History, |
| | 1 | Architecture & Urban Planning, Art/Art History, History, Other, Sociology, |
| | 1 | Architecture & Urban Planning, Art/Art History, Language, Literature, Media Arts, Other, Philosophy, Psyc Studies/Theology, |
| | 1 | Architecture & Urban Planning, Economics, Political Science, |
| | 1 | Architecture & Urban Planning, Geography, |
| | 1 | Architecture & Urban Planning, Geography, History, |
| | 1 | Architecture & Urban Planning, Geography, History, International Relations/Affairs, Language, Political Sci |
| | 1 | Architecture & Urban Planning, Geography, History, Other, Sociology, |

AAUP-01093

| | |
|---|---|
| 1 | Architecture & Urban Planning, Geography, History, Sociology, |
| 1 | Architecture & Urban Planning, Geography, Literature, Philosophy, Sociology, |
| 1 | Architecture & Urban Planning, Geography, Political Science, |
| 1 | Architecture & Urban Planning, History, Law, |
| 1 | Architecture & Urban Planning, History, Media Arts, |
| 1 | Architecture & Urban Planning, History, Media Arts, Other, Psychology, Sociology, |
| 1 | Architecture & Urban Planning, Literature, |
| 1 | Architecture & Urban Planning, Political Science, |
| 1 | Art/Art History, Communications, History, International Relations/Affairs, Media Arts, Political Science, |
| 1 | Art/Art History, Communications, Media Arts, |
| 1 | Art/Art History, Education, History, |
| 1 | Art/Art History, Education, History, International Relations/Affairs, Other, |
| 1 | Art/Art History, Education, History, Literature, |
| 1 | Art/Art History, History, International Relations/Affairs, Philosophy, |
| 1 | Art/Art History, History, Law, Religious Studies/Theology, |
| 1 | Art/Art History, History, Library Science, Other, |
| 1 | Art/Art History, History, Literature, Media Arts, |
| 1 | Art/Art History, History, Media Arts, |
| 1 | Art/Art History, History, Media Arts, Political Science, Sociology, |
| 1 | Art/Art History, History, Media Arts, Sociology, |
| 1 | Art/Art History, International Relations/Affairs, Literature, Media Arts, Sociology, |
| 1 | Art/Art History, Language, Literature, Other, Religious Studies/Theology, |
| 1 | Art/Art History, Literature, Media Arts, |
| 1 | Art/Art History, Literature, Media Arts, Philosophy, |
| 1 | Art/Art History, Media Arts, Other, |
| 1 | Art/Art History, Media Arts, Other, Philosophy, Psychology, Sociology, |
| 1 | Art/Art History, Media Arts, Other, Philosophy, Sociology, |
| 1 | Art/Art History, Other, |
| 1 | Art/Art History, Philosophy, |
| 1 | Business & Public Administration, Economics, International Relations/Affairs, Political Science, Sociology, |
| 1 | Business & Public Administration, History, International Relations/Affairs, Political Science, |
| 1 | Communications, Education, Language, Literature, Political Science, Sociology, |
| 1 | Communications, Geography, |
| 1 | Communications, Geography, History, International Relations/Affairs, |
| 1 | Communications, History, Literature, Other, Philosophy, Political Science, |
| 1 | Communications, History, Media Arts, |
| 1 | Communications, International Relations/Affairs, Journalism, Political Science, |
| 1 | Communications, International Relations/Affairs, Political Science, |
| 1 | Communications, Journalism, Literature, |
| 1 | Communications, Language, Linguistics, Philosophy, |
| 1 | Communications, Media Arts, |
| 1 | Communications, Other, |
| 1 | Communications, Political Science, |
| 1 | Economics, |
| 1 | Economics, Geography, International Relations/Affairs, Political Science, |

AAUP-01094

| | | |
|---|---|---|
| | 1 | Economics, History, International Relations/Affairs, |
| | 1 | Economics, History, International Relations/Affairs, Political Science, |
| | 1 | Economics, History, Law, Political Science, |
| | 1 | Economics, History, Other, |
| | 1 | Economics, International Relations/Affairs, |
| | 1 | Economics, Political Science, |
| | 1 | Economics, Sociology, |
| | 1 | Education, Geography, History, Library Science, Linguistics, Religious Studies/Theology, |
| | 1 | Education, History, |
| | 1 | Education, History, Language, Literature, |
| | 1 | Education, History, Law, Religious Studies/Theology, |
| | 1 | Education, History, Literature, Religious Studies/Theology, |
| | 1 | Education, Language, Linguistics, |
| | 1 | Education, Linguistics, |
| | 1 | Education, Political Science, Religious Studies/Theology, |
| | 1 | Education, Political Science, Sociology, |
| | 1 | Education, Sociology, |
| | 1 | Geography, History, International Relations/Affairs, |
| | 1 | Geography, History, International Relations/Affairs, Literature, Media Arts, Political Science, Sociology, |
| | 1 | Geography, History, International Relations/Affairs, Other, Political Science, |
| | 1 | Geography, History, International Relations/Affairs, Political Science, |
| | 1 | Geography, History, International Relations/Affairs, Political Science, Sociology, |
| | 1 | Geography, History, Language, Other, |
| | 1 | Geography, History, Law, Political Science, |
| | 1 | Geography, History, Literature, Media Arts, |
| | 1 | Geography, History, Media Arts, |
| | 1 | Geography, History, Religious Studies/Theology, |
| | 1 | Geography, History, Religious Studies/Theology, Sociology, |
| | 1 | Geography, International Relations/Affairs, Literature, Philosophy, Political Science, |
| | 1 | Geography, International Relations/Affairs, Political Science, Sociology, |
| | 1 | Geography, Law, Literature, |
| | 1 | Geography, Literature, |
| | 1 | Geography, Media Arts, |
| | 1 | Geography, Political Science, Sociology, |
| | 1 | Geography, Sociology, |
| | 1 | History, International Relations/Affairs, Journalism, |
| | 1 | History, International Relations/Affairs, Journalism, Literature, Sociology, |
| | 1 | History, International Relations/Affairs, Language, Linguistics, Media Arts, |
| | 1 | History, International Relations/Affairs, Law, Political Science, Religious Studies/Theology, |
| | 1 | History, International Relations/Affairs, Political Science, Religious Studies/Theology, |
| | 1 | History, International Relations/Affairs, Religious Studies/Theology, |
| | 1 | History, Journalism, Literature, Religious Studies/Theology, |
| | 1 | History, Language, Law, Political Science, Religious Studies/Theology, |
| | 1 | History, Language, Linguistics, Literature, |
| | 1 | History, Language, Literature, Medicine/Health, Philosophy, Religious Studies/Theology, |

AAUP-01095

| | | |
|---|---|---|
| | 1 | History, Language, Literature, Other, |
| | 1 | History, Language, Literature, Other, Philosophy, Religious Studies/Theology, |
| | 1 | History, Language, Literature, Religious Studies/Theology, |
| | 1 | History, Language, Other, |
| | 1 | History, Language, Political Science, |
| | 1 | History, Law, Linguistics, Literature, Political Science, |
| | 1 | History, Law, Political Science, |
| | 1 | History, Law, Political Science, Religious Studies/Theology, |
| | 1 | History, Law, Political Science, Religious Studies/Theology, Sociology, |
| | 1 | History, Library Science, |
| | 1 | History, Linguistics, Religious Studies/Theology, |
| | 1 | History, Literature, Media Arts, |
| | 1 | History, Literature, Philosophy, |
| | 1 | History, Literature, Philosophy, Religious Studies/Theology, |
| | 1 | History, Media Arts, Medicine/Health, |
| | 1 | History, Media Arts, Philosophy, Sociology, |
| | 1 | History, Medicine/Health, Philosophy, |
| | 1 | History, Medicine/Health, Psychology, |
| | 1 | History, Philosophy, Political Science, Religious Studies/Theology, |
| | 1 | History, Religious Studies/Theology, Sociology, |
| | 1 | International Relations/Affairs, Law, Other, Political Science, |
| | 1 | International Relations/Affairs, Law, Other, Sociology, |
| | 1 | International Relations/Affairs, Law, Political Science, |
| | 1 | International Relations/Affairs, Medicine/Health, Political Science, |
| | 1 | International Relations/Affairs, Other, Religious Studies/Theology, |
| | 1 | International Relations/Affairs, Philosophy, Political Science, Religious Studies/Theology, |
| | 1 | Journalism, Media Arts, |
| | 1 | Journalism, Political Science, |
| | 1 | Language, Linguistics, Literature, Sociology, |
| | 1 | Language, Media Arts, |
| | 1 | Language, Philosophy, |
| | 1 | Law, Literature, |
| | 1 | Law, Medicine/Health, Philosophy, |
| | 1 | Law, Medicine/Health, Religious Studies/Theology, |
| | 1 | Law, Other, |
| | 1 | Law, Philosophy, Political Science, Religious Studies/Theology, |
| | 1 | Law, Philosophy, Religious Studies/Theology, |
| | 1 | Law, Religious Studies/Theology, |
| | 1 | Library Science, |
| | 1 | Linguistics, Literature, |
| | 1 | Media Arts, Other, |
| | 1 | Medicine/Health, |
| | 1 | Medicine/Health, Other, |
| | 1 | Medicine/Health, Other, Sociology, |
| | 1 | Medicine/Health, Sociology, |

AAUP-01096

| | | |
|---|---|---|
| | 1 | Other, Political Science, Sociology, |
| | 1 | Other, Sociology, |
| | 1 | Philosophy, Political Science, |
| | 1 | Philosophy, Political Science, Religious Studies/Theology, |
| | 1 | Political Science, Religious Studies/Theology, |

AAUP-01097

# EXHIBIT 190

**MESA 2024 Program Report**
April 10, 2024

The Call for Papers submission period was January 10 to February 15, 2024.  There were 85 panels, 22 roundtables, and 448 papers submitted.

The 2024 Program Committee consisted of 30 members, chaired by ▮▮ ▮▮ of Georgia Tech. They reviewed 105 sessions and 443 individual papers, because there were some submissions that were deferred from last year. A subset of the 30 members met by Zoom on April 5 to assemble accepted papers into 77 panels. A total of 185 sessions (pre-organized, deferred, and assembled) are to be placed on the program. We anticipate an additional 5-10 sessions from special sessions, current events, and workshops, which are in progress or to be determined.

In recent years, the assembling of panels has changed from an in-person format to being done via Zoom. An in-person meeting required two days, hiring an assistant, and a lot of paper preparation and cost. Meeting virtually has reduced the amount of time required by committee members. The Secretariat staff now works cooperatively with the chair to organize abstracts into working groups, primarily by discipline. Within these groups, topics/tags are identified to subdivide into smaller groups. This advance work by the Secretariat staff has meant that the spring meeting now takes one day.

**Submissions Summary**
110 sessions
- 84 panels reviewed: 82 accepted, 2 rejected
- 21 roundtables reviewed: 21 accepted
- 5 deferred sessions (4 panels, 1 roundtable)

448 individual papers
- 443 reviewed: 413 accepted, 30 rejected
- 5 deferred papers

| Submission Type | Proposed | Accepted Rejected | % |
|---|---|---|---|
| Individual Abstracts | 443 | 413 | 93.2 |
| | | 30 | 6.8 |
| Preorganized Panels | 84 | 82 | 97.6 |
| | | 2 | 2.4 |
| Roundtables | 21 | 21 | 100.0 |
| | | 0 | 0.0 |

**Sessions Summary** (currently 185 total)
- 84 preorganized panels
- 77 assembled panels (from 418 abstracts)
- 22 roundtables

The schedule includes 10 session times, 2 each day from November 11-15, allowing for 18-20 concurrent sessions for each session slot. Consideration will be given to try to accommodate time zones, with those residing in the Middle East and Europe scheduled during the first session time (mid-day East Coast), and those on the West Coast scheduled in the second (afternoon East Coast).

AAUP-01098

**Abstract Submissions by Discipline (includes accepted, rejected, deferred)**
Total = 814
- 448 individual abstracts
- 366 abstracts on preorganized panels

Worth noting is a decrease in the percentage of history abstracts, which is generally between 35-40%, but around 25% this year. A further comparison of disciplines will appear in the Spring IMES issue.

| | |
|---|---|
| 210 | History |
| 134 | Anthropology |
| 90 | Political Science |
| 88 | Literature |
| 63 | Interdisciplinary |
| 44 | Sociology |
| 34 | International Relations/Affairs |
| 25 | Art/Art History |
| 24 | Religious Studies/Theology |
| 18 | Media Arts |
| 16 | Law |
| 12 | Architecture & Urban Planning |
| 10 | Geography |
| 9 | Other |
| 7 | Communications |
| 6 | Philosophy |
| 6 | Education |
| 5 | Language |
| 4 | Linguistics |
| 2 | Education, |
| 2 | Archaeology |
| 1 | International Relations/Affairs, |
| 1 | Education, Language, |
| 1 | International Relations/Affairs, Political Science, Psychology, |
| 1 | Journalism |
| 1 | Business & Public Administration |

**Abstract Submissions by Type**

Total = 814
Members: 726
- 392 Fellows
- 56 Associates (this could be a misclassification by user)
- 278 Students

Exemptions: 88 (42 have a country identified: 15 Europe, 20 Middle East, 2 Southeast Asia, 5 US)

AAUP-01099

# **EXHIBIT 191**

# Membership Report

April 3, 2025
Submitted by ██ ███

## 2024 Membership Figures

We ended 2024 with 1811 individual members and 42 institutional members. Membership numbers for 2024 were down as anticipated, due primarily to the virtual annual meeting format.

## 2025 Individual Membership

For 2025, the membership year-end total is estimated to be 2400-2600. The range depends on the percentage of members who joined by the Call for Papers deadline, which is typically between 80-90 percent. Both the total at the CFP deadline and the expected year-end membership are about 10 percent below expectations for a DC meeting. We attribute the drop to the political and economic environment in the United States, which is overwhelming to our membership, and potential impacts include reduced funding and travel restrictions.

### New Members

As of April 3, we have 344 individuals who have not been MESA members previously. Typically, a third to half of the members don't renew the following year. In recent years the numbers of new members are 231 in 2024; 515 in 2023; 315 in 2022; 409 in 2021; 511 in 2020; 510 in 2019.

### Membership Type

The following table shows the breakdown of spring figures by membership type (fellows, students, associates, as well as totals) from 2005-25. It is important to account for minor fluctuations due to the date of the spring meeting.

| Spring Statistics | Fellows | Students | Associates | Total |
|---|---|---|---|---|
| 2025 *(4/3/25) Wash, DC Meeting* | 1621 | 539 | 48 | 2208 |
| 2024 *(4/11/24) Virtual Meeting* | 1088 | 363 | 51 | 1502 |
| 2023 *(4/21/23) Montréal Meeting* | 1758 | 600 | 75 | 2433 |
| 2022 *(3/30/22) Denver Meeting* | 1629 | 502 | 56 | 2187 |
| 2021 *(3/10/21) Virtual Meeting* | 1733 | 642 | 68 | 2443 |
| 2020 *(3/18/20) Virtual Meeting* | 1746 | 662 | 54 | 2462 |
| 2019 *(3/20/19) New Orleans Mtg* | 1767 | 664 | 87 | 2518 |
| 2018 *(3/21/18) San Antonio Mtg* | 1422 | 551 | 77 | 2050 |
| 2017 *(4/28/17) Wash, DC Meeting* | 1750 | 656 | 60 | 2466 |
| 2016 *(3/1/16) Boston Meeting* | 1702 | 693 | 102 | 2497 |
| 2015 *(4/6/15) Denver Meeting* | 1737 | 658 | 88 | 2483 |
| 2014 *(3/25/14) Wash., DC Mtg* | 1671 | 726 | 125 | 2522 |
| 2013 *(4/10/13) New Orleans Mtg* | 1860 | 798 | 86 | 2744 |
| 2012 *(4/23/12) Denver Meeting* | 1530 | 626 | 121 | 2277 |
| 2011 *(4/15/11) Wash., DC Mtg* | 1726 | 732 | 144 | 2602 |
| 2010 *(4/26/10) San Diego Mtg* | 1555 | 594 | 154 | 2303 |
| 2009 *(4/22/09) Boston Mtg* | 1569 | 746 | 123 | 2438 |
| 2008 *(4/25/08) Wash., DC Mtg* | 1813 | 774 | 160 | 2747 |
| 2007 *(5/4/07) Montréal Mtg* | 1601 | 657 | 162 | 2420 |
| 2006 *(4/26/06) Boston Mtg* | 1608 | 511 | 152 | 2271 |
| 2005 *(4/15/05) Wash., DC Mtg* | 1557 | 448 | 68 | 2073 |

AAUP-01101

## MESA MEMBERSHIP– SPRING COMPARISONS

| | Fellows | Students | Associates | Total |
|---|---|---|---|---|
| **2025** *(4/3/2025)* *DC Meeting* | 1621 | 539 | 48 | **2208** |
| F / M / NB / other / blank | 803/776/8/11/23 | 279/235/7/2/16 | 21/22/1/2/2 | 1103/1033/16/15/41 |
| US | 1116 | 378 | 22 | 1516 |
| Resident outside N America | 391 | 92 | 20 | 503 |
| Canada/Mexico | 92/1 | 57/0 | 6/0 | 155/1 |
| Residence not specified | | | | 33 |
| | | | | |
| **2024** *(4/11/2024)* *Virtual Meeting* | 1088 | 363 | 51 | 1502 |
| F / M / NB / other / blank | 565/514/2/6/12 | 204/144/9/3/4 | 22/16/0/0/1 | 791/674/11/9/17 |
| US | 730 | 243 | 21 | 994 |
| Resident outside N America | 302 | 87 | 13 | 402 |
| Canada/Mexico | 61/0 | 33/0 | 2/0 | 96/0 |
| Residence not specified | | | | 10 |
| | | | | |
| **2023** *(4/21/2023)* *Montréal Meeting* | 1758 | 600 | 75 | 2433 *54 added in April* |
| F / M / NB / other / blank | 768/759/3/1/227 | 187/173/3/3/234 | 17/35/0/0/23 | 972/967/6/4/484 |
| US | 1059 | 295 | 25 | 1379 |
| Resident outside N America | 384 | 69 | 26 | 479 |
| Canada/Mexico | 133/2 | 44 | 3 | 184 |
| Residence not specified | | | | 357 |
| | | | | |
| **2022** *(3/30/22)* *Denver Meeting* | 1629 | 502 | 56 | 2187 |
| F / M / NB / other / blank | 795/779/1/0/54 | 250/200/2/2/48 | 23/30/0/0/3 | 1068/1009/3/2/105 |
| US | 1138 | 389 | 26 | 1553 |
| Resident outside N America | 393 | 79 | 27 | 499 |
| Canada/Mexico | 98 | 34 | 2 | 134 |
| Residence not specified | 0 | 0 | 1 | 1 |
| | | | | |
| **2021** *(3/10/21)* *Montréal Meeting* | 1733 | 642 | 68 | 2443 |
| F / M / NB / other / blank | 852/805/3/3/70 | 322/263/1/1/55 | 29/29/1/0/9 | 1203 / 1097 / 5 / 4 / 134 |
| US | 1097 | 442 | 37 | 1576 |
| Resident outside N America | 504 | 137 | 25 | 666 |
| Canada/Mexico | 129/3 | 62/1 | 6/0 | 201 (197/4) |
| Residence not specified | | | | |
| | | | | |
| **2020** *(3/18/20)* *Wash., DC Meeting* | 1746 | 662 | 54 | 2462 |
| Female / male (not specified) | 845 / 864 (37) | 347 / 268 (47) | 29 / 19 (6) | 1221 / 1151 (90) |
| US | 1223 | 505 | 35 | 1763 |
| Foreign (not in North America) | 457 | 111 | 18 | 586 |
| Canada/Mexico | 64/2 | 46/0 | 1/0 | 113 (111/2) |
| | | | | |
| **2019** *(3/20/19)* *New Orleans Meeting* | 1767 | 664 | 87 | 2518 |

AAUP-01102

| | | | | |
|---|---|---|---|---|
| Female / male (not specified) | 823 / 910 (34) | 347 / 272 (45) | 46 / 35 (6) | 1216 / 1217 (85) |
| US | 1198 | 524 | 55 | 1777 |
| Foreign | 488 | 91 | 28 | 607 |
| Canada/Mexico | 78/3 | 47/2 | 4/0 | 134 (129/5) |
| | | | | |
| **2018** *(3/21/18)* *San Antonio Meeting* | **1422** | **551** | **77** | **2050** |
| Female / male (not specified) | 662 / 741 (19) | 263 / 250 (38) | 39 / 34 (4) | 964 / 1025 (61) |
| US | 1003 | 454 | 58 | 1515 |
| Foreign | 355 | 69 | 18 | 442 |
| Canada/Mexico | 64 | 28 | 1 | 93 |
| | | | | |
| **2017** *(4/28/17)* *Wash., DC Meeting* | **1750** | **656** | **60** | **2466** |
| Female / male (not specified) | 781 / 936 (33) | 321 / 306 (29) | 35 / 21 (4) | 1137 / 1263 (66) |
| US | 1232 | 517 | 40 | 1789 |
| Foreign | 449 | 107 | 19 | 575 |
| Canada | 69 | 32 | 1 | 102 |
| | | | | |
| **2016** *(3/1/16)* *Boston Meeting* | **1702** | **693** | **102** | **2497** |
| Female / male (not specified) | 791 / 884 (27) | 335 / 336 (22) | 56 / 40 (6) | 1182 / 1260 (55) |
| US | 1116 | 528 | 68 | 1712 |
| Foreign | 517 | 132 | 33 | 682 |
| Canada | 69 | 33 | 1 | 103 |

| **Fall Statistics** | **Fellows** | **Students** | **Associates** | **Total** |
|---|---|---|---|---|
| 2024 *Virtual Meeting (12/31/24)* | 1291 | 471 | 49 | 1811 |
| 2023 *Montréal Meeting (12/31/23)* | 1957 | 712 | 106 | 2775 |
| 2022 *Denver Meeting (12/31/22)* | 1727 | 576 | 96 | 2399 |
| 2021 *Virtual Meeting (12/31/21)* | 1937 | 725 | 94 | 2756 |
| 2020 *Virtual Meeting (12/31/20)* | 1926 | 834 | 84 | 2844 |
| 2019 *New Orleans Mtg (12/31/19)* | 1937 | 715 | 70 | 2722 |
| 2018 *San Antonio Mtg (12/31/18)* | 1644 | 606 | 41 | 2291 |
| 2017 *Wash, DC Meeting (12/31/17)* | 1915 | 724 | 54 | 2693 |
| 2016 *Boston Meeting (12/31/16)* | 1996 | 801 | 61 | 2858 |
| 2015 *Denver Meeting (12/31/2015)* | 1902 | 718 | 70 | 2690 |
| 2014 *Wash, DC Meeting (12/31/14)* | 2019 | 840 | 105 | 2964 |
| 2013 *New Orleans Mtg (12/31/13)* | 2023 | 876 | 104 | 3003 |
| 2012 *Denver Meeting (12/31/2012)* | 1780 | 708 | 103 | 2591 |
| 2011 *Wash, DC Meeting (12/31/11)* | 1918 | 845 | 166 | 2929 |
| 2010 *San Diego Meeting (12/31/10)* | 1806 | 716 | 186 | 2708 |
| 2009 *Boston Meeting* | 1879 | 875 | 164 | 2918 |
| 2008 *Washington, DC Meeting* | 2012 | 838 | 192 | 3042 |
| 2007 *Montreal Meeting* | 1857 | 730 | 192 | 2779 |
| 2006 *Boston Meeting* | 1948 | 613 | 186 | 2752 |
| 2005 *Washington, DC Meeting* | 1861 | 585 | 157 | 2603 |
| 2004 *San Francisco Meeting* | 1899 | 548 | 201 | 2648 |
| 2003 *Anchorage Meeting* | 1694 | 432 | 208 | 2334 |
| 2002 *Washington, DC Meeting* | 1809 | 521 | 194 | 2524 |

AAUP-01103

# EXHIBIT 192

| Membership counts | by Jan 15 | % of total | by Jan 31 | % of total | by Feb 7 | % of total | by CFP deadline | % of total | by May 1 | % | by July 1 | % | by Sept 1 | % | by Nov 1 | % | Total membership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 - Boston, MA | 649 | 22.07% | 940 | 31.96% | 1136 | 38.62% | 2064 | 70.18% | | | | | | | | | 2941 |
| 2010 - San Diego, CA | 641 | 23.67% | 998 | 36.85% | 1170 | 43.20% | 1976 | 72.97% | | | | | | | | | 2708 |
| 2011 - Washington, DC | 822 | 28.06% | 1129 | 38.54% | 1313 | 44.82% | 2314 | 79.00% | | | | | | | | | 2929 |
| 2012 - Denver, CO | 599 | 23.12% | 962 | 37.13% | 1142 | 44.30% | 1909 | 73.68% | | | | | | | | | 2591 |
| 2013 - New Orleans, LA | 938 | 31.24% | 1300 | 43.29% | 1506 | 50.15% | 2580 | 85.91% | 2772 | 92.30% | 2835 | 94.40% | 2915 | 97.06% | 2996 | 99.76% | 3003 |
| 2014 - Washington, DC (There was a resolution at MLA mtg.) | 615 | 20.75% | 1107 | 37.35% | 1363 | 45.99% | 2338 | 78.88% | 2604 | 87.85% | 2669 | 90.04% | 2726 | 91.97% | 2908 | 98.10% | 2964 |
| 2015 - Denver, CO (There was a vote on a resolution.) | 1094 | 40.67% | 1446 | 53.75% | 1665 | 61.90% | 2370 | 88.10% | 2519 | 93.64% | 2569 | 95.55% | 2615 | 97.21% | 2684 | 99.77% | 2690 |
| 2016 - Boston, MA (Raised dues.) | 761 | 26.62% | 1076 | 37.64% | 1288 | 45.05% | 2441 | 85.38% | 2600 | 90.94% | 2686 | 93.98% | 2738 | 95.76% | 2838 | 99.26% | 2859 |
| 2017 - Washington, DC (There was a vote on bylaw change.) | 658 | 24.56% | 1041 | 38.86% | 1247 | 46.55% | 2300 | 85.40% | 2467 | 91.61% | 2529 | 93.91% | 2586 | 96.03% | 2659 | 98.73% | 2693 |
| 2018 - San Antonio, TX | 629 | 27.45% | 846 | 36.92% | 1065 | 46.48% | 1994 | 87.03% | 2108 | 92.01% | 2163 | 94.40% | 2203 | 96.15% | 2278 | 99.43% | 2291 |
| 2019 - New Orleans, LA | 689 | 25.31% | 1077 | 39.56% | 1313 | 48.24% | 2459 | 90.34% | 2562 | 94.12% | 2617 | 96.14% | 2652 | 97.42% | 2703 | 99.30% | 2722 |
| 2020 - Virtual (was DC) (Raised dues. Waived reg w/membership) | 546 | 19.18% | 854 | 30.01% | 1031 | 36.27% | 2366 | 83.13% | 2479 | 84.10% | 2543 | 89.35% | 2582 | 90.72% | 2842 | 99.86% | 2846 |
| 2021 - Virtual ( was Montréal) | 809 | 29.40% | 1052 | 38.20% | 1213 | 44.10% | 2405 | 87.40% | 2513 | 91.3% | 2576 | 93.6% | 2610 | 94.90% | 2663 | 96.80% | 2751 |
| 2022 - Denver, CO (There was a vote on a resolution.) | 529 | 21.79% | 968 | 39.87% | 1143 | 47.08% | 1941 | 79.84% | 2257 | 92.96% | 2263 | 93.20% | 2295 | 94.52% | 2356 | 97.03% | 2428 |
| 2023 - Montréal, Canada | 588 | 21.44% | 868 | 31.64% | 991 | 36.13% | 2366 | 86.26% | 2419 | 88.19% | 2555 | 93.15% | 2606 | 95.01% | 2721 | 99.20% | 2743 |
| 2024 - Virtual (Discounted reg; likely reason fall renewals.) | 446 | 24.63% | 648 | 35.78% | 735 | 40.59% | 1391 | 76.81% | 1531 | 84.54% | 1634 | 90.27% | 1674 | 93.44% | 1781 | 98.34% | 1811 |
| 2025 - Washington, DC | 634 | 0.00% | 791 | 0.00% | 953 | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | |
| Averarage (All) | | 25.62% | | 37.96% | | 44.97% | | 81.89% | | 90.30% | | 93.17% | | 95.02% | | 98.80% | |
| Average (16-24) | | 24.49% | | 36.50% | | 43.39% | | 84.62% | | 89.97% | | 93.11% | | 94.88% | | 98.66% | |

| For estimating membership total | by Jan 15 | % of total | by Jan 31 | % of total | by Feb 7 | % of total | by CFP deadline | % of total | by May 1 | % | by July 1 | % | by Sept 1 | % | by Nov 1 | % | Total membership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 750 | 25% | 1110 | 37% | 1320 | 44% | 2460 | 82% | 2700 | 90% | 2790 | 93% | 2850 | 95% | 2940 | 98% | 3000 |
| | 725 | 25% | 1073 | 37% | 1276 | 44% | 2378 | 82% | 2610 | 90% | 2697 | 93% | 2755 | 95% | 2842 | 98% | 2900 |
| | 700 | 25% | 1036 | 37% | 1232 | 44% | 2296 | 82% | 2520 | 90% | 2604 | 93% | 2660 | 95% | 2744 | 98% | 2800 |
| | 675 | 25% | 999 | 37% | 1188 | 44% | 2214 | 82% | 2430 | 90% | 2511 | 93% | 2565 | 95% | 2646 | 98% | 2700 |
| | 650 | 25% | 962 | 37% | 1144 | 44% | 2132 | 82% | 2340 | 90% | 2418 | 93% | 2470 | 95% | 2548 | 98% | 2600 |
| | 625 | 25% | 925 | 37% | 1100 | 44% | 2050 | 82% | 2250 | 90% | 2325 | 93% | 2375 | 95% | 2450 | 98% | 2500 |
| | 600 | 25% | 888 | 37% | 1056 | 44% | 1968 | 82% | 2160 | 90% | 2232 | 93% | 2280 | 95% | 2352 | 98% | 2400 |
| | 575 | 25% | 851 | 37% | 1012 | 44% | 1886 | 82% | 2070 | 90% | 2139 | 93% | 2185 | 95% | 2254 | 98% | 2300 |
| | 550 | 25% | 814 | 37% | 968 | 44% | 1804 | 82% | 1980 | 90% | 2046 | 93% | 2090 | 95% | 2156 | 98% | 2200 |
| | 525 | 25% | 777 | 37% | 924 | 44% | 1722 | 82% | 1890 | 90% | 1953 | 93% | 1995 | 95% | 2058 | 98% | 2100 |

AAUP-01140

# EXHIBIT 193



# PRELIMINARY PROGRAM

An overview of 250 sessions, book exhibit, and the virtual FilmFest.

Please see the MESA 2022 **searchable program** for current information on this year's program. You may also search previous programs from 2009-2021.

## Schedule of Events

**Thursday, December 1**

| | |
|---|---|
| 3:00-6:00 PM | Book Exhibit |
| 3:00-5:00 PM | Session I |
| 5:30-7:30 PM | Session II |

**Friday, December 2**

| | |
|---|---|
| 8:30-10:30 AM | Session III |
| 9:00 AM-6:00 PM | Book Exhibit |
| 11:00 AM-1:00 PM | Session IV |
| 1:30-3:30 PM | Session V |
| 4:00-6:00 PM | Session VI |
| 7:00-9:30 PM | Presidential Panel & Awards Ceremony |
| 9:30-11:00 PM | Reception |

**Saturday, December 3**

| | |
|---|---|
| 8:30-10:30 AM | Session VII |
| 9:00 AM-6:00 PM | Book Exhibit |
| 11:00 AM-1:00 PM | Session VIII |
| 1:15-2:45 PM | Members Meeting |
| 3:00-5:00 PM | Session IX |
| 5:30-7:30 PM | Session X |
| 9:00 PM-1:00 AM | Dance Party |

**Sunday, December 4**

| | |
|---|---|
| 8:00 AM-12:00 PM | Book Exhibit |
| 8:30-10:30 AM | Session XI |
| 11:00 AM -1:00 PM | Session XII |
| 1:30-3:30 PM | Session XIII |

### REGISTRATION HOURS

| | |
|---|---|
| 8:00 AM - 7:00 PM | Thursday, Dec. 1 |
| 8:00 AM - 5:00 PM | Friday, Dec. 2 |
| 8:00 AM - 6:00 PM | Saturday, Dec. 3 |
| 8:00 AM - 1:30 PM | Sunday, Dec. 4 |

## Denver welcomes MESA

Denver is a major airline hub and is relatively easy to get to for most. It also happens to have large convention hotels that can accommodate a group of MESA's size. After receiving positive feedback following the 2012 and 2015 annual meeting, we look forward to returning once again.

The meeting will take place at the Sheraton Denver Downtown Hotel, which is perfectly located on the 16th Street Mall, a 16-block, tree-lined, downtown pedestrian promenade that boasts numerous outside cafes, lots of shopping, and public art.

The hotel is within walking distance of Denver's large collection of Victorian houses. Examples of Queen Anne, Richardson Romanesque, and Shingle styles are ample. Free electric shuttle buses run up and down the mall. At one end you can walk to the Denver Art Museum and the Colorado State Capitol Building, modeled on the U.S. Capitol. On the other end you can get off the shuttle and walk over three pedestrian bridges, one of which takes you to Denver's hip LoHi neighborhood filled with restaurants and brew pubs.

## Conference Registration
**Pre-register by November 8**
or on-site beginning
Thursday, December 1 at 8:00 AM

To register, **https://mesana.org/annual-meeting/registration**

| Category | By Nov 8 | On-site |
|---|---|---|
| Full/associate | $175 | $225 |
| Student/retired member | $85 | $135 |
| Student non-member | $150 | $200 |
| Other non-members | $300 | $350 |

AAUP-01141



*We extend a special thank you to our*
## MESA 2022 CONFERENCE SPONSORS





**Al-Monitor**

**American University in Cairo Press**

**Arabic Language Institute in Fez**

**Cambridge University Press**

**Fulbright U.S. Scholar Program**

**I.B. Tauris / Bloomsbury**

**Institute of International Education**

**Indiana University Press**

**Persian Heritage Foundation**

**Stanford University Press**

AAUP-01142



## CONFERENCE HOTEL INFORMATION

The conference will be held at the Sheraton Denver Downtown Hotel located on the 16th Street Mall. Please consider booking your stay at the conference hotel where MESA has contracted special discounted rates.

### SHERATON DENVER DOWNTOWN HOTEL

Address: 1550 Court Place, Denver, Colorado 80202
Phone: 303-893-3333
Parking: On-Site (Daily Rate): $45; Valet (Daily Rate): $54

Room Rates: **Passkey to Book at Hotel**
Single:          $179
Double:        $179
Triple:           $199
Quad:           $219

**NEEDING A ROOMMATE?**

MESA maintains a "roommates wanted" page on its website where those wanting to share rooms can find each other.  If you are interested in sharing a room at the conference hotel during the MESA annual meeting, visit MESA's website at **https://mesana.org/annual-meeting/ roommate-locator.**

To receive these room rates, make your reservation **by November 8, 2022**.

### TRAVEL FROM DENVER INTERNATIONAL AIRPORT TO THE SHERATON

Denver is a airline hub and a convenient location when traveling within the US. It is about a 30-45 minute commute by car. An estimated cost of a taxi from the airport is $65-$80; for Lyft or Uber estimate $40-$50.

Denver's Regional Transportation District (RTD) provides rail and bus services for much more affordable transportation. Their **Trip Planner service** is a useful tool for getting from Point A to Point B.

*Example:* Use Denver International Airport as Point A, and the Sheraton Downtown Denver Hotel as Point B, then plan travel. You will be given specific instructions with time estimates for each leg of the trip. See illustration at right.

**RTD Trip Planner:**
**https://www.rtd-denver.com/app/plan**



AAUP-01143



# CONFERENCE POLICIES AND SPECIAL ACCOMMODATIONS

### PERSONAL BEHAVIOR

The MESA meeting is a harassment-free event for everyone regardless of gender, sexual orientation, disability, physical appearance, race, age or religion. Any attendee who displays inappropriate behavior or creates a disturbance or safety hazard will be subject to having their registration revoked. If you are being harassed or notice an act of harassment, please see the MESA Help Desk located in the registration area, and/or email **ash@mesana.org**

### DISCLAIMER

The opinions, statements, presentations, data, images, videos, documents, and other information expressed or otherwise shared by presenters or other participants at the meeting are for informational purposes only. The views and opinions expressed by presenters are not those of MESA, unless expressly indicated otherwise. MESA is not responsible for the accuracy, quality, or reliability of any of the materials presented, or liable for any damages arising therefrom. MESA shall not be responsible for any defamatory, offensive, or illegal conduct of any meeting attendee.

### SOCIAL MEDIA

Speakers presenting materials that they do not wish to be shared live should make a request to the audience at the beginning of their presentations. Follow MESA on **Twitter**, **Facebook**, and **Instagram** for the latest on **#MESA2022** and the field of Middle East studies.

### NO-SHOW POLICY

We understand that things come up at the last minute that prevent a participant from attending the meeting. As a courtesy to your co-panelists, please notify MESA if you cannot attend the meeting. If you are scheduled to participate in the annual meeting in any capacity and you don't show up and haven't informed the MESA Secretariat, you will be considered a "no-show" and will not be eligible to participate in the next year's meeting. A no-show is someone who is not physically present at their panel at the conference and hasn't notified the MESA Secretariat beforehand.

### CHILD CARE SUBSIDY AVAILABLE

MESA does not directly provide on-site child care, but registered MESA attendees can hire a local service to care for children during the Annual Meeting, and MESA will reimburse up to $200 of expenses. We support working parents, and we thank our members for their generous contributions to the MESA Annual Meeting Child Care fund, which permits your association to subsidize the cost of childcare for attendees. For further information, see **https://mesana.org/annual-meeting/childcare.**

### LACTATION ROOM

A private room has been designated for parents needing to nurse their children. Please see the MESA Help Desk located on the Concourse Level to obtain access.

### PRAYER & QUIET ROOM

MESA has designated the Gold Room located in the Tower Building for prayer and quiet space.

### INTERVIEW ROOM

If you are an employer and wanting a private area to conduct interviews, please contact Kat Teghizadeh at **kat@mesana.org** by November 8. After that time, you will need to make arrangements on-site.

### BUSINESS SERVICES

The FedEx Office Print & Ship Center located at the Sheraton Denver Downtown provides services and supplies such as shipping, copying and printing services, and various office supplies. For further information, email **usa3025@fedex.com** or call 303-218-5465

AAUP-01144



# BOOK EXHIBIT

Publishers and vendors of interest to our members have booth space in the Book Exhibit, conveniently located on the concourse near MESA registration and panels. Take the opportunity to browse all of the latest publications in the field beginning Thursday, December 1 at 3:00 PM.

## Exhibitors

Aga Khan Documentation Center at MIT
Aga Khan University - ISMC
Al Balqa Applied University Language Center
American Research Center in Egypt
American University in Cairo Press
Amideast Education Abroad
Arab American Language Institute in Morocco (AALIM)
The Arab Gulf States Institute in Washington (AGSIW)
Arab Studies Institute
Arabic Language Institute in Fez (ALIF)
AramcoWorld
Brill
Cambridge University Press
CAORC
Columbia University Press
Critical Language Scholarship Program
Daaris (Noor Majan Arabic Institute)
Dar Almanduman Co.
De Gruyter
Duke University Press
Edinburgh University Press
Foundation for International Education (FIE)
Georgetown University Press
Gingko

Hackett Publishing Company
I.B. Tauris (Bloomsbury)
Indiana University Press
Ingram Academic Services
Intellect Books
Interlink Publishing
ISD, Distributor of Scholarly Books
Lynne Rienner Publishers
Middlebury Language Schools
NYU Press/Library of Arabic Literature
Persian Heritage Foundation
Persiana Books & Journals
Princeton University Press
Read, Learn, and Play (Arabic)
Sijal Institute for Arabic Language and Culture
Stanford University Press
Sultan Qaboos Cultural Center
Syracuse University Press
University of Arizona MENAS Arabic Special Programs
University of California Press
University of Texas Press
University of Wisconsin, Middle Eastern & Mediterranean Language Institute (MEDLI)

# MESA'S COOPERATIVE BOOK DISPLAY

MESA's Cooperative Book Display is a low-cost option for authors and/or publishers to display titles at the exhibit hall without the cost of renting booth space. To place an order to include your titles or items in the Cooperative Book Display, complete the form and submit payment by November 1, 2022. One copy of each title is needed for display and becomes the property of MESA. For more information, contact Marielle Geerling at marielle@mesana.org.

AAUP-01145



## 39ᵀᴴ ANNUAL MESA FILMFEST

The MESA FilmFest is a valued part of the MESA Annual Meeting, and the change to a virtual FilmFest allows registered attendees to view films the week before through the week after the conference. Only MESA 2022 registrants will have access to view films by streaming from the FilmFest site. Registrants will be provided the login details prior to the start of the FilmFest.

Here are some of the films we expect to screen.

### An Act of Worship

In *An Act of Worship* Pakistani-American filmmaker Nausheen Dadabhoy weaves a glorious tapestry of personal stories, vérité, archival footage, and home movies together, to open a window into the world of Muslim Americans. Due to their first-hand knowledge  and intimate access to the Muslim community, the filmmaking team is able to take charge of the account, which has previously been shaped by outsiders. The film follows three women activists who have come of age since 9/11 and who are part of a new generation of Muslims in America. One is a community organizer of a sanctuary city initiative in New York, another is a young hijab-wearing activist in Michigan learning how to overcome society's expectations of her, and the third is a California lawyer advocating for her community while balancing motherhood. Interwoven with each woman's tale is a historical timeline that takes a look back at pivotal moments affecting Muslim community, From the Boston Bombing to the Muslim Ban, the film's chronicle explores the collective memory of the community through a lyrical combination of home videos and re-told stories. The portrait the film creates shows a community that has undergone enormous change as it emerges from the shadows to shape its own narrative and resist further marginalization.

### Beirut: Eye of the Storm

Four young women in Beirut document the momentous October 2019 uprising against the ruling regime. They are journalist Hanine Rabah, camerawoman Lujain Jo, and Noel and Michelle Keserwany, two artist sisters whose avant-guard songs have made them a voice for their generation. The prevailing mood is one of hope and change. But a few months later, Covid-19 locks down the city, and all optimism evaporates  with the economic collapse and the massive explosion at Beirut's port. Will the young women be able to hold onto their dreams of a new Lebanon? *Beirut: Eye of the Storm* explores the women's vision of a new Lebanon and their special relationship with their city, Beirut.

### Blind Trust: Leaders & Followers in Times of Crisis

*Blind Trust* celebrates the life and work of psychiatrist and psychoanalyst Dr. Vamik Volkan, a five-time Nobel Peace Prize nominee who has spent over four decades bringing enemy groups  together in areas of conflict all over the world. Blind Trust traces Dr. Volkan's life journey from his birthplace on the ethnically divided island of Cyprus to his development of a model of diplomacy based on the emotional life of nations. This look into his pioneering fieldwork and peace-building missions in Europe, the Middle East, and the US sheds light on how large-group identity and shared trauma can both unite us and divide us for generations.

### Gair (Outsider)

Eager to fit in with his high school friends in Abu Dhabi, Armaan distances himself from his parents and his Indian identity. Ali, a taxi driver, yearns for his family in Pakistan as he struggles to make ends meet and provide for his daughter's education. One day,  when Armaan plans to go partying with his friends, their divergent lives serendipitously intersect, unravelling questions of identity, position and privilege in Abu Dhabi.

### The Translator

A fascinating thriller about an Arabic-English translator during the 2000 Olympics set in Australia who was forced into exile after an ill-fated mistranslation, who is obligated to return to Syria after his brother was taken into custody by the Assad regime in 2011. During the Sydney Olympics, Sami, who was the translator for the 14-member Syrian team, was asked about his opinion on regarding the succession of Bashar al-Assad to power. His response was distorted in translation which significantly insulted the  regime and ultimately led him to seek asylum in Australia. Eleven years later the start of the Arab Spring would lead him back to his home country to help his activist brother Zaid, who had been arrested. As the unending civil war is now in its second decade, *The Translator* highlights the significance on the power of language and contrasts the different between translating others words and sticking up for oneself.

AAUP-01146



<div style="border: 2px solid #c5a15a; padding: 20px;">

## MESA MEMBERS MEETING
## DECEMBER 3, 2022
## 1:15-2:45 PM MST

The Members Meeting is an annual meeting of the membership open to all members. Voting is restricted to fellow and student MESA members. The meeting mainly consists of reports (see agenda below). Members play an important role by voting for the Nominating Committee and on any resolutions that are being presented. A member in good standing can add names to the list of people who will be invited to run for the Nominating Committee, augmenting those proposed by MESA's Board.

**Quorum**
A minimum of 35 voting-eligible members must be in attendance for votes to be taken. Failing that, the meeting can be held but votes cannot be taken.

**Resolutions**
When important issues are before the membership, resolutions are sometimes presented at the members meeting. Resolutions can originate from MESA's Board or from the membership. For resolutions to be acted upon at the 2022 Members Meeting, they must be in the hands of the MESA Secretariat by Thursday, November 14, 2022. Instructions for submitting resolutions can be found in MESA's Bylaws which are posted on MESA's website at **mesana.org**.

<div align="center">MESA Members Meeting <em>Sample Agenda</em></div>

1. Call to Order
2. Adoption of Meeting Rules
3. Adoption of the Agenda
4. In Memoriam and Moment of Silence
5. Announcement of 2022 MESA Election Results
6. 2023 MESA Nominating Committee Call for Names
7. Update from President Eve Troutt Powell
8. Report of Executive Director Jeffrey D. Reger
9. Reports of Editors: Joel Gordon for IJMES and Heather Ferguson for RoMES
10. Committee Reports
11. New Business
12. Adjournment

</div>

### VOLUNTEER PANEL CHAIRS NEEDED

Volunteers are invited to chair put-together panels at the MESA 2022 annual meeting.  MESA only assigns chairs, who may also take it upon themselves to serve as discussants. There are many such panels on the program. To volunteer, **please complete the form located on MESA's website.**

Please note that MESA membership and annual meeting pre-registration are required of all meeting participants on the program, including volunteer panel chairs.

AAUP-01147



# MEETINGS IN CONJUNCTION

**AASA – Arab American Studies Association**
*Thursday, 12/1*
**Board Meeting**, 12-1pm in Director's Row G
**Business Meeting**, 1-2pm in Director's Row J

**AATA – American Association of Teachers of Arabic**
*Thursday, 12/1*
**Executive Board Meeting**, 9am-12pm in Director's Row I
**Annual Panel**, 1-3:30pm in Director's Row I
**Annual Business Meeting**, 4-5pm in Director's Row I

**AATP – American Association of Teachers of Persian**
*Thursday, 12/1*
**Business Meeting & Awards Ceremony**, 11am-2pm in Governor's Sqare 15

**AGAPS – Association for Gulf and Arabian Peninsula Studies**
*Thursday, 12/1*
**Board Meeting**, 9am-12pm in Director's Row J
**Business Meeting**, 12:30-2:30pm in Plaza Court 7

**AIMS – American Institute for Maghrib Studies**
*Thursday, 12/1*
**Annual Business Meeting**, 1:15-2:30pm in Director's Row E

**AIYS – American Institute for Yemeni Studies**
*Thursday, 12/1*
**Board Meeting**, 11am-12pm in Director's Row E
*Sunday, 12/4*
**Information Meeting**, 11am-12pm in Director's Row G

**Al-Monitor**
*Friday, 12/2*
**Roundtable Conversation:** *Energy, Innovation and the future of Middle East Economies*, 5:30-6:45pm in Director's Row E, with refreshments, wine and cheese served
**Rama Chakaki**, aiXplain
**Karen Young,** Columbia University
**Andrew Parasiliti,** Al-Monitor
**Greg Cohen,** Al-Monitor

**AMEWS – Association for Middle East Women's Studies**
*Thursday, 12/1*
**Board Meeting**, 12pm-2:30pm in Plaza Court 8
**Business Meeting**, 7-8pm in Governor's Square 10
*Saturday, 12/3*
**Reception**, 7:30-9:30pm in Director's Row H

**CASA–Center for Arabic Study Abroad**
*Locations will be shared via invitations/ communications*
*Thursday, 12/1*
**Governing Board Dinner Meeting** 6:30-9:30pm
*Friday, 12/2*
**Consortium Annual Luncheon** 11:30am-1pm
*Saturday, 12/3*
**Alumni Reception** 7-9pm

**HARVARD, CMES**
*Saturday, 12/3*
**Reception**, 8-10pm in Governor's Square 12

**MEM – Middle East Medievalists**
*Thursday, 12/1*
**Board Meeting**, 9-11am in Director's Row G
**Business Meeting**, 12-1pm in Governor's Square 12
**Reception** 8-10pm in Governor's Square 17

                                    AAUP-01148

**MESA – Middle East Studies Association**
*Thursday, 12/1*
**Committee on Undergraduate Middle East Studies (CUMES) Poster Presentation**, 4-5pm outside Governor's Square 9/17
**IJMES Editorial Board Meeting,** 1-2:30pm in Governor's Square 17
*Friday, 12/2*
**Committee on Academic Freedom Meeting,** 9-11am in Silver
**Meeting of Officers of MESA's Affiliated Associations**, 9-10am in Director's Row J
**Global Academy Fellows Meeting,** 11am-1pm in Director's Row J
*Saturday, 12/3*
**Middle East Center and Program Directors Meeting**, 10am-12pm in Plaza Ballroom A
**RoMES Editorial Board Meeting,** 11:30am-1pm in Director's Row G
**MESA Members Meeting,** 1:15-2:45pm in Plaza Ballroom D

**MEOC – Middle East Outreach Council**
*Thursday, 12/1*
**Business Meeting**, 8-9pm in Director's Row F

**OTSA – Ottoman and Turkish Studies Association**
*Thursday, 12/1*
**Board Meeting**, 11am-1pm in Director's Row F
**Reception**, 7:45-8:30pm in Director's Row H
**Members Meeting**, 8:45-10:15pm in Director's Row I

**PARC – Palestinian American Research Center**
*Thursday, 12/1*
**Board Meeting,** 10am-2pm in Plaza Court 4

**PSU – Pennsylvania State University**
*Thursday, 12/1*
**Department of History and Middle East Studies at Penn State Reception**, 8-11pm in Plaza Court 1

**SSA – Syrian Studies Association**
*Saturday, 12/3*
**Annual Meeting**, 8-11pm in Director's Row E

AAUP-01149

## THURSDAY, DECEMBER 1, 2022      SESSION I     3:00 PM

### Roundtable
### I-01: The Future of Political Islam

Organized by **Jocelyne Cesari**

Chair: **Jocelyne Cesari**

**Jocelyne Cesari,** Georgetown University
**Bob Hefner,** Boston University
**Sultan Tepe,** University of Illinois at Chicago
**Aaron Rock-Singer,** University of Wisconsin-Madison
**Ihsan Yilmaz,** Deakin University
**Vedi Hadiz,** Asia Institute

### Roundtable
### I-02: The Regional Legacies of the 2006 Lebanon-Israel War

Organized by **Waleed Hazbun**

**Nader Hashemi,** University of Denver
**Jeannie Sowers,** University of New Hampshire
**Waleed Hazbun,** University of Alabama

### I-03: "Ottomans on the Moon!" Pious Conservatism and Neo-Ottoman Nostalgia in Turkish Popular Culture

Organized by **Pierre Hecker**

Discussant: **Valentina Marcella,** University of Naples L'Orientale

**Ali Sonay,** University of Bern *"A War of Series"? Middle Eastern History between Competing Narratives in Turkish and Arab Television Dramas*
**Kaya Akyildiz,** Bahcesehir University *Home is where the Heart is? Neo-Ottomanist Sea & Space Military Doctrines in 'New Turkey'*
**Ivo Furman,** Istanbul Bilgi University *Superheroes for a 'New Turkey' - Neo-Ottoman Representations in Hakan Muhafız and Akıncı*
**Pierre Hecker,** Philipps University Marburg *Dreams of Empire: The Role of Ottoman Nostalgia in Turkish State Propaganda*

### I-04: Migration and Displacement in the Late Ottoman Empire

Organized by **Milena Methodieva**

Chair/Discussant: **Onur Yildirim,** Middle East Technical University

**Milena Methodieva,** University of Toronto *Calamity of Calamities: Narratives of Displacement and the Russo-Ottoman War of 1877-78*
**Ella Fratantuono,** UNC Charlotte *The Limits of the Hijra: Hamidian Islamism and Migration Management*
**Vladimir Hamed-Troyansky,** UC Santa Barbara *Refugees' "Abandoned Land" in the Post-1878 Balkans*

### I-05: Symbolic Politics in the Islamic Republic of Iran and the Republic of Turkey

Organized by **Olivia Glombitza**

Chair/Discussant: **Mehran Kamrava,** Georgetown University Qatar

**Olivia Glombitza,** Autonomous University of Barcelona *Islamic Revolutionary Ideology and its Narratives: Making Sense of the Nuclear Issue*
**Senem Aslan,** Bates College *Crying in Politics: Emotional Communication in AKP's Turkey*
**Hakki Tas,** GIGA *The Contours of AKP Populism: Continuity and Change in Turkish Foreign Policy*

### I-06: Mothers and Matrilineal Lineages in the Early Islamic World

Organized by **Robert Haug**

**Sponsored by the Middle East Medievalists (MEM)**

Discussant: **Alison M. Vacca,** Columbia University

**Robert Haug,** University of Cincinnati *Dajjāja bt. Asmā' al-Sulamī: A Basran Matriarch*
**Elizabeth Urban,** West Chester University *Maternal Kinship Ties in Ibn Sa'd's Ṭabaqāt*
**Alyssa Gabbay,** UNC Greensboro *Mu'awiyya as Ibn Hind: Maternal Ascription in Early Islam*
**Leone Pecorini Goodall,** University of Edinburgh *Ummahāt al-Khulafāʾ: Matrilineality and caliphal succession in the Marwānid period*

AAUP-01150

**I-07: North African Conceptions of Sovereignty in the Nineteenth Century**

Organized by **Jessica Marglin**

Sponsored by the American Institute for Maghrib Studies (AIMS)

Chair/Discussant: **James McDougall,** University of Oxford

**Jessica Marglin,** University of Southern California *Sovereignty, Extraterritoriality, and Legal Belonging in Nineteenth-Century North Africa*
**Youssef Ben Ismail,** Columbia University *On the Nature of Ottoman Caliphal Authority in the Maghrib*
**Samuel Kigar,** University of Puget Sound *The Inter-Religious Roots of Territoriality in the Far Maghreb*

**I-08: Gender and the New History of Capitalism in MENA**

Organized by **Susanna Ferguson**

Chair/Discussant: **Sherene Seikaly,** UC Santa Barbara

**Susanna Ferguson,** Smith College *The Laboring Body: Pregnancy, Breastfeeding, and the Porous Body in the Arabic Women's Press*
**Kristen Alff,** North Carolina State University *Unveiling Myths of the Limited Liability Corporation: Gender, Marriage, and the Early-20th Century Levantine Company*
**Toufoul Abou-Hodeib,** University of Oslo *From Women to Workers: Limits to Revolutionary Subjects in the PLO's Economic Program*
**Hanan H. Hammad,** Texas Christian University *Gendering the History of the Labor: Reconceptualizing Women's Labor Activism in Egypt*
**Kylie Broderick,** UNC Chapel Hill *The Role of Advertisements in Periodicals Circulating in the Interwar Arab and North Atlantic Worlds*

**I-09: 20 Years Since 'Rule of Experts': Current Paths in the Study of Technopolitics**

Organized by **Mattin Biglari** and **Rana Baker**

**Owain Lawson,** Oberlin College *Technopolitics and Vernacular Development in Postcolonial Lebanon*
**Ibrahim Elhoudaiby,** Columbia University *Cost of Science: The Suez Canal International Scientific Commission Report*
**Mattin Biglari,** SOAS University of London *The Technopolitics of Iranian Oil Nationalisation*

**Rana Baker,** Columbia University *Durable Flows: Technical Expertise and Capitalist Development in Egypt*

**I-10: Afterlives of Quarantine: Space, Materiality, and Biopolitics in the Eastern Mediterranean**

Organized by **Marianne Dhenin**

Chair: **Khaled Fahmy,** University of Cambridge
Discussant: **Jennifer Derr,** UC Santa Cruz

**Alaa Attiah M.,** University of Toronto *Al-Tur Quarantine Station: Where is the exit?*
**Marianne Dhenin,** Leibniz Institute of European History *Razed Slums, Salubrious Dwellings: How 19th-Century Disease Shaped Egypt's Built Environment*
**Karim Malak,** Durham University *Quarantine Rewind: Quarantine in the Eastern Mediterranean under Mehmet Ali, 1831-3*
**Yosra Hussein,** Columbia University *Escaping Quarantine: Practices of Resistance during the Cholera Epidemic in Egypt (1883-1896)*

**I-11: The One State Paradigm Shift: Emerging Realities and Growing Discrepancies in Israel/Palestine**

Organized by **Smadar Ben-Natan**

Chair: **Amal Jamal**

**Smadar Ben-Natan,** University of Washington, Seattle *The One Carceral State: Mass Incarceration and Carceral Citizenship in Israel/Palestine*
**Lisa Strombom,** Lund University and **Anders Persson,** Linnaeus University *One or two states as a solution to the Israeli/Palestinian conflict – the EU caught between international norms and realpolitik*
**Amal Jamal,** Tel Aviv University *The Politics of Inclusive Exclusion and the Categorical Imperative of Shared-Sovereignty*
**Ian Lustick,** University of Pennsylvania *The Reality of Annexation in Right-Wing Discourse--The Case of Ribonut (Sovereignty)*

**I-12: In search of Zomia: Non-State Politics in the Middle East and North Africa**

Organized by **Bareez Majjid** and **Alessia Colonnelli**

**Dastan Jasim,** GIGA *Civic Culture and Support for Democracy amongst Kurds in Iran, Iraq, and Turkey*
**Johannes Becke,** Heidelberg University *No Friends but the Mountains? Comparing the Politics of State Evasion in Southeast Asia to the Middle East and North Africa*

AAUP-01151

**Bareez Majjid,** Heidelberg University *From Forced Orality to Monumentalization; (de)Politization of Memory in the Kurdistan Region of Iraq*

**Alessia Colonnelli,** Heidelberg University *Inventing a State-Making Past for a Non-State Community? Amazigh Nationalism between Colonial Fantasy and Anti-Colonial Nation-Building*

### I-13: The Sonic, the Social, and the Novel

**Drew Paul,** University of Tennessee Knoxville *Tunnels and Resistance: Dystopia, Dissent, and the Underground in Contemporary Egypt*

**Roberta L. Dougherty,** Yale University Library *Song in Mahfuz 2019 Bayn al-Qasrayn: Recreating and Appreciating the Diegetic 201CSoundtrack201D of a Modern Egyptian Novel*

**Passent Moussa,** University of Essex *Power and Subjectivity in the post-1952 Egypt: A sociological reading of Naguib Mahfouz's Karnak Café (Al-Karnak)*

**Nada Ayad,** The Cooper Union *Troubling Time(s): Excavations, Evacuations, and Futurity in Ahdaf Soueif's In the Eye of the Sun*

**Ghada Mourad,** UC Irvine *Filles-Fleurs, Filles-Cicatrices: Decolonial Sexuality in Mohamed Leftah's Demoiselles de Numidie*

**Sanabel Abdelrahman,** University of Philipps-Marburg *The Prison as a Nightmare Space: Ghaleb Halasah's The Storytellers*

### I-14: Does Middle Eastern Modernism Exist?

Organized by **Levi Thompson**

Chair: **Levi Thompson**, University of Texas at Austin
Discussant: **Ziad Dallal**, Bard College

**Hajar Mahfoodh,** University of Bahrain/University of Surrey *Adunis: Modernism in the Levant*

**Maziyar Faridi,** Clemson University *Notes on the Anxieties of Nima Yushij's Aesthetics*

**Elias G. Saba,** Grinnell College *I'm not European: Khalīl al-Khūrī and Arabic Literary Modernism*

**Asad Alvi,** University of Texas at Austin *Two Moments of Catachresis: Qurratulain Hyder and Intizar Hussain*

**Kyle Anderson,** SUNY Old Westbury *The Village Novel and Literary Modernism in Egypt*

### I-15: Caring for humans and non-humans in Egypt

Organized by **Nefissa Naguib** and **Beth Baron**

**Beth Baron,** CUNY *Birth Work: Imperial Doctors, Provincial Dayas, and Parturient Women in Egypt*

**Noha Fikry,** University of Toronto *To Kill and to Care: Reflections on Rearing Animals and Making Meat in Rural Egypt*

**Nefissa Naguib,** University of Oslo *Recipe for Care: Women, and Faith-based Food justice in Cairo*

**Mohamed Gamal-Eldin,** Independent Scholar *Landscaping Gardens in Urban Egypt: Hospitals and Gardens in 19th-20th Century Cairo, Alexandria and the Suez Canal Cities*

**Jeffrey Culang,** Independent Scholar *Mayat al-Nil: Water Pollution and the Politics of Care in Postcolonial Egypt*

### I-16: Cyberspace and Social Movements and the Authoritarian Governance of Digital Public Sphere

**Banu Akdenizli,** Northwestern University Qatar *A First for the Country, The Qatari Shura Elections: An Exercise in Empowerment? Candidates' Twitter Use During the Campaign*

**Sara O. Sayed-Ahmed,** Columbia University *Intimate anonymous conversations: Egyptian women-only Facebook groups as educational spaces*

**Renee Spellman,** University of Arizona *Palestinian Feminist Activism in Digital and Non-Digital Spaces: Stances, Discourses, and Risks*

**Mariam Karim,** University of Toronto *Tracing Arab Women's Movements: Information Activism from the Twentieth Century*

**Sima Ghaddar,** UCLA *Competing Event Narratives: Mobilization and Counter-mobilization Strategies During Lebanon's 2019 Uprising*

### I-17: Constructing Identity in Ethno-Religious Spaces

**Joe Macaron,** University of Bath *External interventions in multi ethnoreligious conflicts: the case of contemporary Levant*

**Lily Hindy,** UCLA *State Repression, Everyday Resistance and Complex Alliances: Kurds in Iraq, 1968 – 2003*

**Lorenz Nigst,** Aga Khan University *When Gigantic Armies Are Set in Motion: Druze Millenarian Poetry and Why It Matters*

AAUP-01152

**Deena Al-halabieh,** UC Santa Barbara *Enslaved African Muslims on Display: Examining Performances of Religious Piety in 19th Century America*
**Joshua Schreier,** Vassar College *Constantine Riots of 1934: Muslims, Jews, and Citizenship*

### I-18: National and Transnational Political Economies

**Ethan Mefford,** UCLA *The north and south of Morocco's 19th century oil economy*
**Robert J. Bell,** NYU *The 1953 Farmer's Share Law: Iran's Oil-Less Pivot to Rural Development*
**Robert Mogielnicki,** AGSIW *Empowering the Dragon: Political Implications of Evolving Chinese Demand for Gulf Oil and Gas*
**Janicke Stramer-Smith,** Weber State University *Follow the Money: Economic interests and the political behavior of militaries in a comparative perspective*
**Sami Al Daghistani,** Norwegian School of Theology, Religion & Society/Columbia University *Tracing the Modern Epistemology of al-Iqtisad al-Islami*
**Nazak Birjandifar,** Mount Royal University *The Politics of Tax Reform in Safavid Iran: The Case of Gilan*

AAUP-01153

## THURSDAY, DECEMBER 1, 2022          SESSION II    5:30 PM

**Roundtable**
**II-01: Finding Arab Palestine in Israeli Archives**

Organized by **Shay Hazkani** and **Basma Fahoum**

**Sponsored by the Palestinian American Research Center (PARC)**

**Shay Hazkani,** University of Maryland, College Park
**Leena Dallasheh,** Cal Poly Humboldt
**Nimrod Ben Zeev,** Van Leer Jerusalem Institute
**Basma Fahoum,** Stanford University
**Mezna Qato,** University of Cambridge

**Roundtable**
**II-02: Big Data and Mega Corpora in the Middle East Studies**

Organized by **Charles Kurzman,** UNC Chapel Hill and **Richard Nielsen,** MIT

**Rochelle Terman,** University of Chicago
**Peter Verkinderen,** AKU-ISMC
**Mustafa Yavas,** NYU Abu Dhabi

**Special Workshop**
**II-03: From Middle East Scholar to Global Storyteller: Landing an Agent and a Commerical Book Deal**

Organized by **John Ghazvinian**

**John Ghazvinian,** University of Pennsylvania

**II-04: Persian and Ottoman Literature: Gender, Rhetoric, and Sexuality**

**Leyla Tajer,** HELP University Malaysia *Presence of Persian Spiritual Literature in the 16th Century South East Asian Sufi Tradition: A Fresh Visit to Hamzah Fansuri's Writings*
**Amanda Caterina Leong,** UC Merced *Re-thinking Medieval Race and Female Javānmardī: Khvaju Kirmani's Khamsa and the Kitab-i Samak 'Ayyar*
**Amin Mahini,** CSUN *Fatalism and Intercession: Evolution of Gender and Love in the poem of Varqa and Golshah by Ayyuqi*

**Domenico Ingenito,** UCLA *(Un)Gendering the Body in Medieval Persian Pornography*
**Ipek Sahinler,** University of Texas at Austin *"Before" Homosexuality in Ottoman Literature*
**Thomas Parsa,** Independent Scholar *The Sukhan-sanj of Lahore: Munir Lahori's (1610-1644 CE) Criticism, Exegesis, and Ornate Prose*

**II-05: Ottoman Archaeologies: Actors, Processes, and Epistemologies**

Organized by **Ceren Abi** and **Artemis Papatheodorou**

**Ceren Abi,** Netherlands Institute in Turkey *"Exceptional Opportunities": Archaeology in the Ottoman Empire during World War I*
**Artemis Papatheodorou,** Koç University *Ottoman Greek Indigenous Archaeologies*
**Filiz Tütüncü Çağlar,** Forum Transregional Studies Berlin *Ottoman Archaeologists at Work: Theodore Macridy and His Archaeological Legacy*
**Elvan Cobb,** Hong Kong Baptist University *The Pursuit of the Ancient Past in Ottoman Lands: The Dawn of 'Scientific' Archaeology and Ottoman Modernization*

**II-06: "Affective Authoritarianisms": Affect, Emotions and Authoritarian Governance in the Arab World and Turkey**

Organized by **Cilja Maren Harders**

Chair/Discussant: **Cilja Maren Harders,** Freie Universität Berlin

**Zeynep Korkman,** UCLA *Feeling with Others: Oppositional Political Affect in Turkey*
**Ricarda Ameling,** Freie Universität Berlin *The Changing Narrative of the 25 January Revolution under al-Sisi - a Genealogy of Diminishing*
**Bahar Firat,** Freie Universität Berlin *"Ours is a love story": Analyzing Erdoğan's governing with love as form of affective authoritarianism*
**Amira Abdelhamid,** University of Sussex *Aspirational Citizenship: Figurations of the 'honourable citizen' and the making of Egypt's counter-revolution*

AAUP-01154

### II-07: Between Family and State: Children and Youth as Subjects of Concern

Organized by **Reda Rafei**

Sponsored by the Association of Middle East Children and Youth Studies (AMECYS)

Chair: **Dylan James Baun,** University of Alabama in Huntsville

**Reda Rafei,** Texas Tech University *Al-Haz al-Awfar wa al-Ghibta al-Rajiha: Parents and the Wellbeing of Children in the Second Half of the 18th Century Ottoman Tripoli through the Sijillat of the Islamic Sharia Court*
**Atacan Atakan,** University of Arizona *Exploration of the Dim Fringes: Children's Sexuality, Gender, and Corporeality in Ottoman Empire during the Late Nineteenth and Early Twentieth Centuries*
**Melis Sulos,** CUNY Graduate Center *Performative Construction of Childhood*
**Samar Nour,** University of Toronto *"Mental Hygiene" and Child Governmentality in Egypt*

### II-08: Yemeni Poetry in Perspective

Organized by **Daniel Martin Varisco**

Sponsored by the American Institute for Yemeni Studies (AIYS)

Chair: **Flagg Miller,** UC Davis

**Daniel Martin Varisco,** American Institute for Yemeni Studies *The Late 11th Century CE Almanac Poem of Nashwān b. Saʿīd al-Ḥimyarī*
**Sam Liebhaber,** Middlebury College *Muḥammad al-Zubayrī: Between literary neo-classicism and oral folk poetry*
**Emily J. Sumner,** University of Minnesota *A Dialogic Approach to Chanted Poetry in Yemen's Civil War*
**Muhammad Aziz,** Yale University *Three Poets from Yemen*

### II-09: Transnational Revivals: Middle Eastern Voices in Modern Egyptian Culture

Organized by **Orit Bashkin**

Chair/Discussant: **Israel Gershoni,** Tel Aviv University

**Orit Bashkin,** University of Chicago *An Egyptian Iraqi Nahda 1890-1935*

**Mostafa Hussein,** University of Michigan, Ann Arbor *The Place of Hebrew in Nahda Movement in Egypt*
**Yaseen Noorani,** University of Arizona *World Literature, Eastern Literature and the Struggle over Literary Identity in Inter-War Egypt*

### II-10: Safavid Revolution: Conversion, Polemical Encounters, and Sectarian Violence in the Early Modern Middle East

Organized by **Yusuf Unal**

**Yusuf Unal,** Emory University *The Bone of Contention: Safavid Revolutionary Exhumations and Sectarian Violence in the Early Modern Middle East*
**Devin J. Stewart,** Emory University *Observations on Sunni-Shiite Polemics in the Safavid Period*
**Ayşe Baltacıoğlu-Brammer,** NYU *Conversion, Adaptation, or Modification: "Becoming" Qizilbash in the Early Modern Ottoman Empire*
**Riza Yildirim,** Emory University *Revolution Against Whom?: Another Look at the Safavid Takeover of Iran in 1503*
**Ferenc Csirkes,** Sabanci University *Qizilbash Identity in Late Safavid and Afsharid Iran: Resistance, Piety, and Pilgrimage in the Divan of Rahima*

### II-11: Contested Culture: Identity Formation, Nationalism, and the State in the Modern Middle East

Organized by **Michael Brill, Bruno Schmidt-Feuerheerd,** and **Ahmed Alowfi**

Chair/Discussant: **Kristin Smith Diwan,** AGSIW

**Bruno Schmidt-Feuerheerd,** University of Cambridge *Intellectual production and cultural entrepreneurship: the grass-roots origins of Saudi national identity*
**Haya Al-Noaimi,** Georgetown University *Alter/Native Futures: Chronographies of Power and Contested Cultures in the Contemporary Arab Gulf*
**Ahmed Alowfi,** University of Illinois at Urbana-Champaign *Cosmopolitanism in a Nation-building Project: Evidence from the Art Fields in the Post-2015 Saudi Arabia*
**Michael Brill,** Princeton University *Michel ʿAflaq and Syrian Baʿthists in the Service of Saddam Hussein's Regime*
**Hamad H. Albloshi,** Kuwait University *Identity and Political Cartoons: Arab Nationalists and Ajam in Kuwait in 1960s*

AAUP-01155

## II-12: Mobilization, Demobilization, and Protest in Jordan

Organized by **Curtis R. Ryan**

Chair: **Curtis R. Ryan**

**Curtis R. Ryan,** Appalachian State University *Waves of Protest and Activism in Jordan After the Arab Spring: Changing Protests and Changing State Responses*
**Janine A. Clark,** University of Toronto at Mississauga *LGBTQ Activism in the MENA*
**Summer Forester,** Carleton College *Bureaucracy as Backlash: Institutional Opposition to Women's Activism in Jordan*
**EJ Karmel,** University of Guelph *Demobilizing Jordan's "Arab Spring": The Impact of Moral Injury*
**Jillian M. Schwedler,** CUNY Hunter College *Questioning Hashemite Jordan: Spatial Dimensions of Protest in and against the Hashemite Kingdom*

## II-13: Post-WWI Political Projects and Resistance experiments in North Africa

Organized by **Odile Moreau**

Chair/Discussant: **Julia Clancy-Smith,** University of Arizona

**Stuart Schaar,** Brooklyn College, CUNY *Tunisia Awakes, 1918-1930*
**Odile Moreau,** Montpellier 3 University/Paris 1 Panthéon Sorbonne *The rise of a new form of warfare in North Africa: from guerrilla warfare to the proclamation of the 'Rif Republic'*
**Daanish Faruqi,** Duke University *The role of 19th century Moroccan Sufi currents in globalizing North African conceptions of spiritual authority in the post-WWI period*

## II-14: 9/11 @ 20: Narrative Legacies and Digital Frontiers in the Global War on Terror

Organized by **Nathaniel Greenberg** and **Waleed Mahdi**

Chair/Discussant: **Waleed Hazbun,** University of Alabama

**Nathaniel Greenberg,** George Mason University *Glossy Earths & Muddy Waters: Digital Influence Hubs in the Era of Terror*
**Nadia Oweidat,** Kansas State University *The Rise and Fall of Digital Activism in MENA*
**Omar Al-Ghazzi,** London School of Economics *Post-truth and post-morality in communicating the war on terror*
**Waleed Mahdi,** University of Oklahoma *Egyptian Militainment as a War on Terror Legacy*

## II-15: The Entanglement of Islam and Christianity: Inclusion, Diversity, and Justice

Organized by **Alexander Shepard**

Chair/Discussant: **John Walbridge,** Indiana University Bloomington

**Alexander Shepard,** Indiana University Bloomington *The Portrayal of Jesus in Usul Al-Kafi.*
**Azadeh Aghighi,** Indiana University Bloomington *The People of the Book and Shi'ism; The Image of Ahl al-Kitāb in Nahj al-Balāgha*
**Eduardo Acarón-Padilla,** Indiana University Bloomington *(Re)Imagining Timur: The Poetics of Representation and Divine Kingship in 'Abd-Allah Hatifi's and Christopher Marlowe's Books of Timur*
**SeyedAmir Asghari,** Indiana University *Presence, Manifestation, and Visitation in Abrahamic Religions: The Notion of "Presence" in Shi'ism*
**Ahmed Hassan,** Indiana University *Judaism, Christianity and Islam in Local History of Egypt*

## II-16: Politics of Built Space and the Environment

**Alireza Karbasioun,** Columbia University *Call me the Khan: Architectural Inscription of an Empire of Oil in the Persianate World*
**Motasem Abuzaid,** Georgetown University *Networks, Urban Space, and Mobilization in Hama and Aleppo*
**Tyler Schuenemann,** University of Massachusetts Amherst *Spectacles of (Mis)Rule: Making Political Grievances out of Environmental Hazards in Oman*
**Ali Murat Ozkaratas,** Istanbul University *Socio-Economic and Spatial Differentiation in North Kurdistan (Turkey): Gated Communities of Kayapinar*
**Samia Rab Kirchner,** Morgan State University *Community Food Sovereignty as Shared Heritage: The Case of Protests Against the River Ravi Redevelopment in Lahore-Pakistan*
**Vahid Vahdat,** Washington State University *Carnival Nonmovements and the Repoliticization of Urban Space in Yazd, Iran*

## II-17: No Asylum in this Land: Discourses of Trauma, Madness and Mental Health in the Middle East

Organized by **Renee Ragin Randall** and **Beverly Tsacoyianis**

Chair: **Ellen Amster,** McMaster University

**Renee Ragin Randall,** University of Michigan *Ghada al-Samman's Crucible: The Supernatural, The (Im)Moral and the Mad in her Lebanese Civil War Trilogy*

AAUP-01156

**Beverly Tsacoyianis,** University of Memphis *Committed: Madness and Duty in Palestinian and Israeli History*
**Lamia Moghnieh,** University of Copenhagen *The Anguish of the Intellectuals: Trauma, Modernity and the Ethics of Living-in Violence in Lebanon*

### II-18: Inscribing Lineages and Narrating Selves from Mecca to Melaka

Organized by **Ali Karjoo-Ravary**

Chair: **Belle Cheves,** Harvard University

**Ali Karjoo-Ravary,** Columbia University *At the Prophet's Feet: Crafting Lineage in the Medieval Middle East*
**Teren Sevea,** Harvard Divinity School *From Creation to Circumcision: Imagining History in Early Modern Malay*
**Jyoti Balachandran,** Penn State University *Entangled Lineages: The Rise of a Historian-Jurist in Sixteenth-century Mecca*
**William Sherman,** UNC Charlotte *The Maliks in the Mountains: Afghan Genealogies, Historical Imagination, and Empire*

### II-19: Rethinking Women's Empowerment in the MENA

Organized by **Ella Williams**

Chair: **Michael J. Willis,** University of Oxford

**Ella Williams,** Oxford University *Education and Empowerment: Girls' Education in the High Atlas Mountains*
**Katja Zvan Elliott,** Al Akhawayn University *Failed Women" of Morocco: The Narratives of Lives in Poverty*
**Andrea Sakleh,** Independent Scholar *Palestinian Women's Empowerment through Social and Generational Gender Shaping*
**Melinda Cohoon,** University of Washington *Politics of the Everyday: Iranian Women Gamers and Cyberspace Censorship*

AAUP-01157

## FRIDAY, DECEMBER 2, 2022    SESSION III    8:30 AM

**Roundtable**
**III-01: Beyond 'The Club': New directions in the study of Turkish Jewish lives**

Organized by **Kerem Oktem**

Chairs: **Kerem Oktem** and **Ipek K. Yosmaoglu**

**Kerem Oktem,** Ca' Foscari University of Venice
**Ipek K. Yosmaoglu,** Northwestern University
**Devi Mays,** University of Michigan
**Louis Fishman,** Brooklyn College

**Roundtable**
**III-02: Arab News and its Future Trends**

Organized by **Omar Al-Ghazzi**

Chair: **Marwan M. Kraidy,** Northwestern University Qatar

**Omar Al-Ghazzi,** London School of Economics
**Abeer AlNajjar,** American University of Sharjah
**Zahera Harb,** City University of London
**Hanan Badr,** University of Salzburg
**Mohammad Ayish,** American University of Sharjah

**Roundtable**
**III-03: Statelessness in the Modern Middle East**

Organized by **Laura Robson** and **Jennifer Dueck**

Chair: **Ilana Feldman,** George Washington University

**Janet Klein,** University of Akron
**Robert Fletcher,** University of Missouri
**Laura Robson,** Pennsylvania State University
**Noora Lori,** Boston University
**Jennifer Dueck,** University of Manitoba

**III-04: Social and Political Life of the Ottoman Empire**

Chair: **Rao Mohsin Ali Noor**, Johns Hopkins University

**Sean Tomlinson,** University of Arizona *Transnational Ottoman Military Officer Families from the Mashriq in the Interwar Period*
**E. Attila Aytekin,** Middle East Technical University *Practice of Cosmopolitanism in late Ottoman Ankara: Everyday Cosmopolitanism and the Trial of Armenian Activists in 1890s*
**Anthony Edwards,** Washington and Lee University *An Ottoman Naḥḍawī: The Life and Times of Dr. Ibrāhīm Bey (1822–1864)*

**Ahmet Izmirlioglu,** Utah State University *Ottoman Commercial Tribunals-Hegemonic Rivalries During Tanzimat*
**Erdem Idil,** University of Toronto *Impurity, dirtiness, and disturbance in Early Modern Istanbul: Reconceptualizing space and alterity through seventeenth-century fetva collections*
**Onur Yildirim,** Middle East Technical University *Student Rebellions of the Sixteenth-Century Ottoman Empire Revisited: The Case of Bursa*

**III-05: Ottoman and Turkish Environmental Histories in a Global Context**

Chair/Discussant: **Elizabeth Williams,** University of Massachusetts Lowell

**M. Fatih Calisir,** Kirklareli University *The Ottoman Response to the "Great Frost" of 1708-1709 in Europe*
**Andrea Duffy,** Colorado State University *The Politics of Conservation in Nineteenth-Century Ottoman Anatolia*
**Dale Stahl,** University of Colorado Denver *Master Plans and Science Fictions: Imaginative Constructions and World-Making in the Southeast Anatolia Project*

**III-06: Sultans of Swings: The Zigzagging of State, Society, and Economy in the New Maghreb**

Organized by **William Lawrence**

**Sponsored by the American Institute for Maghrib Studies (AIMS)**

Chair: **William Lawrence**

**Yahia Zoubir,** Kedge Business School *The 'New Algeria' since the Fall of the Sultanistic Regime:  Reforms or Continuity by Other Means*
**Monica Marks,** NYU Abu Dhabi *Political Fragmentation, Autocratic Consolidation, and the Crisis of Democracy in Tunisia*
**Azzedine Layachi,** St. John's University *Navigating from Crisis to Crisis: The Maghreb and the Political Liability of its Economies*
**William Lawrence,** American University *The Origins, Cross-Regional Dynamics, and Future of Microprotest in the Maghreb*
**Zaynab El Bernoussi,** International University of Rabat *Constitutional Tales and the Quest for Dignity in Morocco and Tunisia since 2011*

AAUP-01158

### III-07: Weaponized Allegories: The Hermeneutics of Classical Persian Literature and Culture

Organized by **Kamran Talattof**

**Organized under the auspices of the Roshan Graduate Interdisciplinary Program in Persian and Iranian Studies**

Chair/Discussant: **Yaseen Noorani,** University of Arizona

**Narges Nematollahi,** University of Arizona *Allegorical Readings of the Shahnameh*

**Sajedeh Hosseini,** University of Arizona *The Ṭuṭīnāma of Ḵᵛāja Żīāʿ-al-Dīn Naḵšabī; Form, Content, and Didactic Elements*

**Shabbir Agha Abbas,** University of Arizona *Allegory of the Sun and the Moon in Pietistic Literature; From Panegyric to Polemical Usage*

**Kamran Talattof,** University of Arizona *In Search of Religion and Dantean Moments in Nezami's Story of Mahan*

### III-08: The Politics of Multiparty Coalition Governments in the Arab World

Organized by **Francesco Cavatorta**

**Organized under the auspices of Middle East Law and Governance**

Chair: **Francesco Cavatorta,** Universite Laval

**Vincent Durac,** University College Dublin *Tribes, Sects, Parties and Governing Coalitions in Lebanon and Yemen*

**Tereza Jermanová,** Charles University and **Jens Heibach,** GIGA *Coalition Maintenance during Democratization: Comparative Insights from Tunisia and Yemen*

**Maia Carter Hallward,** Kennesaw State University, **Taib Biygautane,** Kennesaw State University, and **Stephanie Stapleton,** Kennesaw State University *Doomed for Failure? Coalition Formation Experience Under Foreign Intervention in the MENA*

**Mohamed Daadaoui,** Oklahoma City University *Between the Scepter and the Rifle: Multiparty Coalition Governments under Authoritarian Tutelage in Morocco and Algeria*

### III-09: Affective Labor in the Modern Middle East

Organized by **Leila Pourtavaf**

Chair: **Leila Pourtavaf**
Discussant: **Sara Pursley,** NYU

**Sumayya Kassamali,** University of Toronto *Thinking the "Female" of the Female Migrant Domestic Worker in Contemporary Beirut*

**Ayse Su,** University of Cambridge *Escaping Liberty: Captivity and Labour in the Ottoman Mediterranean, 1890-1912*

**Leila Pourtavaf,** York University *The Servant Class of Gulistan: Gender, Race and Affective labor in the Late-Qajar Harem*

### III-10: Between Family and State: Feminist Critiques of Womanhood in Egypt

Organized by **Yosra Moussa Sultan** and **Eman S. Morsi**

**Yosra Moussa Sultan,** NYU *"The Woman Question" Revisited: The New Family Ideology, the Mother/Child Dyad, and Women's Emancipation in Modern Egypt*

**Eman S. Morsi,** Dartmouth College *In Search of Female Authors: Male Gatekeepers, the "New Woman", and the Nasserite State*

**Reem Awny Abuzaid,** University of Warwick *Feminist Legal Activism against family values in Egypt*

### III-11: Politicization of Engineering Students at the time of the 1979 Revolution: Aryamehr University of Technology (1966-1979)

Organized by **Mina Khanlarzadeh**

Chair: **Sepehr Vakil**

**Mina Khanlarzadeh,** Northwestern University *The Female STEM Students Navigating their Paths from Qirtī to ʾInqilābī at the Campus of AUT (1966-1979)*

**Sepehr Vakil,** Northwestern University *The politicization of engineering students: Critically fabulated learning scenes from the Global South*

**Mahdi Ganjavi,** Northwestern University *The Struggle For Autonomy: Faculty and Student Activism at Aryamehr University of Technology (1976-1979)*

AAUP-01159

**III-12: Measuring the Past: Mixed Methods in the Study of Historical Change across the Middle East**

Organized by **Kevan Harris**

Chair: **Kevan Harris**

**Daniel L. Tavana,** Pennsylvania State University *Endogenous Opposition*
**Kevan Harris,** UCLA *Legacies of Land Reform in Modern Iran: Historical and Contemporary Variation across Nine Provinces*
**Gilad Wenig,** UCLA *The Consequences of Military Coups: Evidence from Egypt and Syria*
**Allison Spencer Hartnett,** University of Southern California *State Building and Regressive Redistribution: Evidence from Colonial Property Reforms in Jordan*

**III-13: Transnational Anti-Racist Movements**

Chair: **Thomas Simsarian Dolan**, American University in Cairo

**Nour MJ Hodeib,** CUNY Graduate Center *Grooving on the Barricades: Leftist Artists and African-American Music in the Lebanese Civil War*
**Phil Hoffman,** UCLA *Limits of Solidarity: Coverage of Malcolm X's Visits to the Middle East in the Syrian Press*
**Noura Erakat,** Rutgers University-New Brunswick *Deadly Exchange: Upending Circuits of State Violence*
**Fabiola Hanna,** The New School *Reckoning with our Role as Immigrants to Stolen Land*
**Sara Hussein,** UCLA *Pan-African Cairo: Black Radicals and the Anticolonial Struggle in Nasserist Egypt*

**III-14: Literature as Resistance: Social Unrest and Catastrophe**

Chair: **Jonas M. Elbousty,** Yale University

**Aycan Akçamete,** University of Texas at Austin *Human Rights Narratives in the Stage Adaptation of Can Dündar's #WeAreArrested*
**Rachel Green,** University of Massachusetts Amherst *Ecological Catastrophe Unfolds All Around: Kaleidoscopic Solastalgia in Israeli, Palestinian and Arab Gulf Literatures*
**Uri Horesh,** Achva Academic College and **Saleem Abu Jaber,** Achva Academic College *Universalist freedom and Palestinian resistance in the writings of Shafiq Habib*
**Jeannette E. Okur,** University of Texas at Austin *Kurdish Prison Literature Goes Mainstream in Turkey*
**Aya Labanieh,** Columbia University *They Know Our Streets: Minorities as "Conspirators" at the Nexus of Imperial & National Interests*

**III-15: Security, Surveillance, and Militarization**

**Sertac Sen,** Brown University *We are All Crocodile Birds: Feeding (On) Mars in Turkish Thrace*
**Sophia Goodfriend,** Duke University *Carceral Convenience*
**Toni Rouhana,** University of Sheffield *Sect Habitus and the Politics of "Security and Safety" the Case of Syria*
**Eric Schoon,** Ohio State University *State of Suspicion: Personal Risks, Collective Fates, and the Politics of Daily Life in Turkey*
**Özgür Özkan,** University of Washington *When the Revolution Devours Its Own Children: Coups, Self-Purging, and Military Effectiveness in Turkey (1960-2007)*

**III-16: Teaching Language with Music and Music with Language: Pedagogical Innovations in Ethnomusicology and Arabic Language Instruction**

Organized by **Elizabeth C. Saylor** and **Youssef El Berrichi**

Chair/Discussant: **Anne K. Rasmussen**

**Elizabeth C. Saylor,** North Carolina State University *Arabic Language Through Cultural Arts, Radio, and Music Listening*
**Anne K. Rasmussen,** College of William and Mary *Singing in Arabic: Experience, Enlightenment, Embodiment, Empowerment*
**Youssef El Berrichi,** AMIDEAST *Tajwīd in the Foreign Language Classroom: Qur'anic Recitation and Arabic Language Learning*
**Rachel Colwell,** West Chester University *The Sonic Nexus: Language in MENA Music Teaching*
**Beau Bothwell,** Kalamazoo College *Teaching, Transcribing, and (Not) Translating Arabic Music Theory for Anglophone Students*

**III-17: al-Azhar and Egyptian Politics**

**Yasser Sultan,** Georgetown University *Al-Azhar, War Narratives and the Making of Contemporary Egyptian Nationalism*
**Mary Elston,** Harvard University *Countering Extremism Through Knowledge: A Twenty-First Century Biographical Dictionary*
**Ibrahim Gemeah,** Cornell University *Azharis Abroad: The Role of Islam in Nasser's Foreign Policy*

    AAUP-01160

### III-18: Recovering Rayy

Organized by **Renata Holod**

**Theodore Van Loan,** University of Pennsylvania *Archive as Archaeological Site: Visualizing the Erich Schmidt Excavations of Rayy*
**Meredyth Winter,** Philadelphia Museum of Art/Colgate University *The Sultan's Silks: A Cache of Seljuk-Era Textiles from Rayy*
**Rocco Rante,** Louvre Museum *Rayy Abstract*
**Renata Holod,** University of Pennsylvania *Recovering Rayy: Erich Schmidt's Excavations of the late 1930s at Rayy, Iran, and their Contribution to the Study of the Material Culture of Medieval Iran*

### III-19: Beyond National Literatures: Translation, Exchange, and the Creation of the Modern Middle East

Organized by **Annie Greene**

Chair/Discussant: **Levi Thompson,** University of Texas at Austin

**Cagdas Acar,** University of Chicago *Translation as Planning and the Elasticity of "Kütübḫāne": Abdullah Cevdet's Publishing Project*
**Annie Greene,** Loyola University Chicago *Narrating Literary Histories, Translating Linguistic Presents: A Nahda Project of Ottoman Baghdad*
**Francesca Chubb-Confer,** University of Chicago *Telling the Secrets of the Self: Nicholson, Iqbal, and Translating Modernist Islam*
**Stephanie Kraver,** University of Chicago *Conjuring Hittin in Darwish and Ravikovitch's Post-1967 Poetics*

AAUP-01161

## FRIDAY, DECEMBER 2, 2022                    SESSION IV   11:00 AM

**Roundtable**
**IV-01: The Compassionate Classroom: Teaching Middle East Studies in the Covid Era**

Organized by **Pheroze Unwalla** and **Victoria Hightower**

**Organized under the auspices of the Committee for Undergraduate Middle East Studies (CUMES)**

**Heather J. Sharkey,** University of Pennsylvania
**Pheroze Unwalla,** University of British Columbia
**Victoria Hightower,** University of North Georgia
**Kristi N. Barnwell,** University of Illinois at Springfield
**G. Carole Woodall,** University of Colorado at Colorado Springs

**Roundtable**
**IV-02: On Sectarianism**

Organized by **Sherene Seikaly**

Chair/Discussant: **Sherene Seikaly,** UC Santa Barbara

**Maya Mikdashi,** Rutgers University
**Paul Amar,** UC Santa Barbara
**Lara Deeb,** Scripps College

**Roundtable**
**IV-03: Envisioning New Directions and Post-Pandemic Practices for Teaching and Learning in the Field of Turkish and Turkic Languages**

Organized by **Banu Ozer Griffin,** American Association of Teachers of Turkic Studies

**Sponsored by the American Association of Teachers of Turkic Languages (AATT)**

Chair: **Iilknur Lider,** University of Pittsburgh

**Kağan Arık,** University of Chicago
**Emrah Sahin,** University of Florida
**Gozde Mercan,** University of Toronto
**Meryem Demir,** Harvard University

**Special Session**
**IV-04: Professional Development Workshop Proposal Writing and Research Design: How to Fund Your Ideas**

Organized by **Suad Joseph**

**Suad Joseph,** University of California, Davis

**Special Session**
**IV-05: The Stubborn Persistence of Lines Drawn in the Sand: One Hundred Years of Statehood and What it means to Be Iraqi**

Organized by **Amanda Long,** TARII

**Sponsored by The Academic Research Institute in Iraq (TARII)**

Chair: **Dina Rizk Khoury,** George Washington University

**Nadje Al-Ali,** Brown University *Our River – Our Sky*
**Qussay Al-Attabi,** Kenyon College *Al-Hashd al-Shaʿbi in Post-ISIS Iraq*
**Nada M. Shabout,** University of North Texas *Descendants of al-Wasiti: be an Iraqi Artist*
**Zainab Saleh,** Haverford College *Genealogies of Migration in Iraq*

**IV-06: Food, Animals, Poetry, and Marriage: New Approaches for Studying Individuals and Communities at the Margins of Early Modern Ottoman Social History**

Organized by **Arlen Wiesenthal** and **Zeynep Tezer**

Chair/Discussant: **Gottfried Hagen,** University of Michigan

**Zeynep Tezer,** University of Chicago *Beyond Officialdom and Patronage: Alternative Careers and SelfFashioning among the Ottoman Educated Elites during the sixteenth and seventeenth centuries*
**Arlen Wiesenthal,** University of Chicago *Something Wicked This Way Comes?: "Outsider" Perspectives on the Violence and Abuses of the Sultan's Court Out-of-Doors in Seventeenth Century Ottoman Municipalities*
**Isin Taylan,** Yale University *Popular and Intellectual Approaches to Food as Social and Political Critique in the Early Modern Ottoman Empire*
**Ashley Sanders,** UCLA *Women's Roles in Ottoman Algerian Socio-Politics*

AAUP-01162

**IV-07: The Diversity of Ottoman Legal Discourse: Overlapping Property Claims and the Land Regime in the Ottoman Empire**

Organized by **Abdurrahman Atcil** and **Christopher Markiewicz**

**Abdurrahman Atcil,** Sabanci University *Jurisprudence as the Language of Opposition in Early Modern Egypt: Egyptian Scholars and Ottoman Tax Reform*
**Evgenia Kermeli,** Hacettepe University *Retaining and Expanding Monastic Waqf Land in the Early Modern Ottoman Empire*
**Malissa Taylor,** University of Massachusetts Amherst *Ibn ʿĀbidīn and the widening consensus on miri land law: where does one find the law of miri land?*
**Christopher Markiewicz,** University of Birmingham *Ottoman Fatwas and the Controversy on Taxing Egyptian Waqf Lands in the Sixteenth Century*

**IV-08: Rulers and Scholars in the Premodern Islamic World**

Organized by **Han Hsien Liew**

**Sponsored by the Middle East Medievalists (MEM)**

Discussant: **Hayrettin Yucesoy,** Washington University in St. Louis

**Mohammed Allehbi,** Vanderbility University *The Shurṭa in al-Andalus: An Alternative History of Islamic Criminal Justice*
**Kameliya Atanasova,** Washington and Lee University *ʿArmy shaykhs': Ottoman Sufis on the Battlefield*
**Han Hsien Liew,** Arizona State University *Legitimizing Politics: Ibn al-Jawzī's Reassessment of Ruler-Scholar Relations*
**Karen Taliaferro,** Arizona State University *Will the Real Scholar Please Stand Up? Dialectic and the Mutakallimūn in the thought of Ibn Rushd*

**IV-09: Gender and Sexuality in the Premodern Islamic World**

Organized by **Allison Kanner-Botan**

**Sabeena Shaikh,** McGill University *On the margins: Gender and Sexuality in a Liminal Time and Place*
**Allison Kanner-Botan,** University of Chicago *Letters from Layla: Reading ʿIshq as Active Engagement*
**Alexandra Hoffmann,** University of Chicago *Masculinities, Homoeroticism, and Mystical Love in Zolāli's Maḥmud o Ayāz (1615 CE)*

**Tobias Scheunchen,** University of Chicago *Marriage, Dowers, and Value-Creation in Classical Islamic Law*

**IV-10: Rethinking Internationalist Solidarity with the Palestinian Revolution**

Organized by **Samar Saeed**

Chair: **Fadi Kafeety,** University of Houston/AAEF Center for Arab Studies

**Lubna Taha,** Independent Scholar *On Cinema and Revolutions: Tricontinental Militancy and the Palestinian Revolution*
**Samar Saeed,** Georgetown University *Remembrance through the Arts: Political Posters of the Palestinian Revolution during the 1960s in Jordan*
**Jeremy Randall,** CUNY Graduate Center *Global Revolution Starts with Palestine: The Japanese Red Army's Solidarity with the PFLP*
**Erica Augenstein,** University of Houston *Organizing and Theorizing Resistance: The Formation of the General Union of Palestinian Writers and Journalists*

**IV-11: Race and Racialization in Egypt**

Organized by **Sara Seweid-DeAngelis**

Discussant: **Nefertiti Takla,** Manhattan College

**Sara Seweid-DeAngelis,** University of Minnesota, Twin Cities *Gendered Anti-Blackness in 20th-Century Egyptian Print Media*
**Aida Bardissi,** London School of Economics *Indigeneity In Absentia: Racializing the Nubian People in Nasserite Film*
**Razan Idris,** University of Pennsylvania *Tahsīn al-Nasal: Eugenics, Race, and "Improving the Offspring" in Modern Egypt*
**Beshoy Botros,** Yale University *Takwin Jins, Formulating Racializing Assemblages in Modern Egypt*

**IV-12: Occult Bodywork**

Organized by **Matthew Melvin-Koushki,** University of South Carolina

Chair/Discussant: **Jane H. Murphy,** Colorado College

**Shreeyash Palshikar,** University of Pittsburgh *Jadoo and Jadu-tona: Islamic Magic and Mysticism in Modern India*
**Ellen Amster,** McMaster University *Kabbalists, Sufis, and Solomon's Magic Ring: Magic Healing Amulets as Historical Artifacts of Judeo-Islamic Exchange in Morocco*

    AAUP-01163

**Patrick J. D'Silva,** University of Colorado at Colorado Springs *From the Subtle Body to Concrete Results: The "Science of the Breath" (`ilm-i dam) in Early-Modern Persian Occultism*

**Behzad Borhan,** McGill University *The Evolution of the Karāmāt Narratives in Sufi Literature*

### IV-13: Scripting Change in Saudi Arabia: Narratives and Narrators, Policies and Policymakers

Organized by **Andrew Leber**

Chair/Discussant: **Andrew Leber,** Tulane University

**Sultan Alamer,** George Washington University *The Death of Wahhabism: A Bottom-Up Analysis of the state-religion relations in Saudi Arabia:*

**Luai Allarakia,** University of Richmond *The Shura Council and the Changing Demographics of the New Saudi Arabia*

**Kristin Smith Diwan,** Arab Gulf States Institute in Washington *Saudi Arabia's State Populism*

**Majed Binkhunein,** SOAS University of London *The Nation as a Brand: Citizen-Making, Technopolitics, and the of Discourse of Reforms in (Re)-shaping Class in Under Saudi Vision 2030*

**Nora Doaiji,** Harvard University *Anti-Ottomanism in Saudi History Textbooks: A New or Local Narrative?*

### IV-14: Populist Movements and Democracy Formation

Chair: **Hasan Bulent Kahraman,** Işık University

**Sevgi Adak,** Aga Khan University *Grassroots Familialism? Politics of the Family and Conservative Local Networks in Contemporary Turkey*

**Murat Somer,** Koç University *Return to Point Zero in Turkey: Prospects for Democratic Transition and Resolving the Turkish-Kurdish Conflict*

**Kaori Mita,** Chuo University *Rise of Populism in Kuwait*

**Spyros A. Sofos,** London School of Economics *The Meanings of the People in Turkish Politics: A Genealogy of Populism*

**Kerem Oktem,** Ca' Foscari University of Venice *Democratic counter-politics in the context of autocratization and personalization of power: The case of the Istanbul Metropolitan Municipality*

**Feyza Burak-Adli,** Northwestern University *Agent of Change or Guardian of Tradition?: Sufism, Gender, and Nationalism in Cold War Turkey*

### IV-15: Language, Culture and Politics in the Interwar Period in the Maghreb

Organized by **Ahmed Idrissi Alami**

**Mohammed Hirchi,** Colorado State University *From Lyautey to Ropars: language politics and the French Republican Model*

**Ahmed Idrissi Alami,** Purdue University *Popular Sufi Orders and Nationalist Salafism in 1930s Morocco*

**Mbarek Sryfi,** University of Pennsylvania *Progressive Political Reform and Social Conservatism in Interwar Morocco*

**Silvia Marsans-Sakly,** Fairfield University *Waging War Under the Ramparts: Ali Douagi's Satire and Song*

### IV-16: History and Future in Palestinian Diaspora Literature

Organized by **Benjamin Schreier** and **Hella Cohen**

**Benjamin Schreier,** Pennsylvania State University *The Futures of Palestinian American Literature*

**George Abraham,** Northwestern University *Permission to Speculate: Death Worlds and Palestinian Literary Imaginations*

### IV-17: Challenges and Perceptions of Diaspora

Chair: **Azzedine Layachi,** St. John's University

**Zahra Babar,** Georgetown University Qatar *The Paradox of Technical Education and the Pakistani Migrant in the Gulf*

**Tamir Sorek,** Pennsylvania State University *From basketball to soccer: North African Jews' generational transformation in sports interest*

**Erfan Saidi Moqadam,** University of Richmond *Racialization and Claiming Whiteness among Iranian-Americans in the U.S. South*

**Sarah Tobin,** Chr. Michelsen Institute *Examining the Possibilities for Economic Citizenship Among Arab Muslim Immigrant Entrepreneurs in Norway*

I

AAUP-01164

## V-18: Faith-Based Activism, Charity, and the Maxims of Governance in Contemporary Shi'i Politics

Organized by **Fouad Gehad Marei**

**Mara Leichtman,** Michigan State University *Transnational Networks between Kuwait and East Africa: The Case of a Shi'i Islamic NGO in Tanzania*

**Eric Lob,** Florida International University and **Amirhossein Mahdavi,** Brandeis University *Electoral Authoritarianism and Regime Underperformance: The Case of Iran*

**Fouad Gehad Marei,** University of Birmingham *'Partners not Recipients': FBOs, liberal-peace actors and the humanitarian-development-peace nexus in Beirut's southern suburbs*

**Oula Kadhum,** Birmingham University *Iraqi Shia Transnational Charities in the Age of ISIS and Counter-Terrorism*

## IV-19: Art, Media, and Cultural Imaginations of Dubai

Organized by **Sonali Pahwa**

**Rana AlMutawa,** NYU Abu Dhabi *Everyday Life in the "Glitzy" City: Making Home in Spectacular Dubai*

**Beth Derderian,** College of Wooster *Outside the Triptych: Artists Reframe the UAE*

**Sonali Pahwa,** University of Minnesota *Language and the Performance of Locality By Dubai Influencers*

## IV-20: Political Economy, Forms of Resistance and Policy Challenges in (Post)Conflict Contexts

Organized by **Jennifer Olmsted**

Chair/Discussant: **Jeannie Sowers,** University of New Hampshire

**Rasmieyh R. Abdelnabi,** George Mason University *Women's Work, Political Violence, and Palestinian Embroidery: Between Precarity and Cultural Continuity*

**Bassam Yousif,** Indiana State University *New Institutional Dynamics in Iraq*

**Edward A Sayre,** University of Southern Mississippi *The Impact of the Syrian Refugee Crisis on Economic Outcomes and Political Attitudes of Young People in Lebanon and Jordan*

**Jennifer Olmsted,** Drew University *Syrian Women Refugees: Caught Between Patriarchy, Nationalism, and Capitalism*

## IV-21: Narrating Catastrophe and Loss

Organized by **Jonas M. Elbousty**

Chair: **Jonas M. Elbousty**

**Jonas M. Elbousty,** Yale University *Narrating Catastrophe and Longing in Alktreb's "Homs and The Studio of Good People"*

**Esra Tasdelen,** College of Dupage *The Human Body as Metaphor: Fragmentation and Catastrophe in Ahmad Saadawy's 'Frankenstein in Baghdad'*

**Doaa A. Omran,** University of New Mexico *Suad Amiry's Sharon and My Mother-in-Law: Post-Nakba Autotheoretical Biomythographies*

**Touria Khannous,** Louisiana State University *Tropes of death and Arab Nationalism in Nazik Al-Malaika's poem "Cholera"*

AAUP-01165

## FRIDAY, DECEMBER 2, 2022                    SESSION V    1:30 PM

### Roundtable
### V-01: Common Challenges, New Opportunities: Connections between the Middle East and Latin America

Organized by **Amy Fallas** and **Maru Pabon**

**Organized by the Arab American Studies Association (AASA)**

Chair: **Eman S. Morsi,** Dartmouth College

**Amy Fallas,** UC Santa Barbara
**Maru Pabon,** Yale University
**Farah Bazzi,** Stanford University
**Diogo Bercito,** Georgetown University
**Phoebe Carter,** Harvard University
**Nofret B. Hernandez V.,** CIDE

### Roundtable
### V-02: Research Methods, Fieldwork and Publishing under State Scrutiny

Organized by **Lisa Reber**

**Amin Moghadam,** Ryerson University
**Noora Lori,** Boston University
**Lisa Reber,** University of Michigan
**Idil Akinci,** University of Edinburgh

### Roundtable
### V-03: Gender, Capitalism, Law and Empire: A Tribute to Judith Tucker

Organized by **Rochelle Anne Davis,** Georgetown University and **Fida Adely,** Georgetown University

Chair: **Beth Baron,** CUNY

**Nadya Sbaiti,** Georgetown University Qatar
**Sara Scalenghe,** Loyola University Maryland
**Hoda Yousef,** Denison University
**Ellen Fleischmann,** University of Dayton
**Zeinab Abul-Magd,** Oberlin College

### Special Session
### V-04: The Crisis in Ukraine and the Middle East

Organized by **Nader Hashemi**

**Organized under the auspices of Alwaleed Center for Muslim-Christian Understanding at Georgetown University and the Center for Middle East Studies at the University of Denver**

Chair: **Nader Hashemi,** University of Denver

**Juan Cole,** University of Michigan *Crescent of Instability: From Russia-Ukraine to the Middle East*
**Asli Bali,** UCLA *Ukraine and Realignment in the MENA Region*
**Marc Lynch,** George Washington University *Ukraine's effects on Middle East Alliances*
**Sarah Leah Whitson,** Democracy in the Arab World Now *Ukraine and the Solidification of the Middle East Axis of Autocrats*

### V-05: New Trajectories for the Digital Humanities and Ottoman Studies

Organized by **Tyler Kynn** and **Fatma Aladağ**

**Sponsored by the Ottoman and Turkish Studies Association (OTSA)**

Chair: **Nora Barakat,** Stanford University

**Tyler Kynn,** University of Memphis *A Digital Hajj: Historical Simulations, Twine, and Making the Hajj Trail*
**Fatma Aladağ,** Independent Scholar *Mapping early 16th century Ottoman cities and provincial organization: The application of Geographical Information System to the Ottoman studies*
**Merve Tekgürler,** Stanford University *Handwritten Text Recognition for 18th Century Ottoman Turkish Documents*
**Burcak Ozludil,** New Jersey Institute of Technology *Simulating Spaces of Madness: The Ottoman Experience*
**Yasir Yilmaz,** Austrian Academy of Sciences *QhoD: Digital Scholarly Edition of Habsburg-Ottoman Diplomatic Sources 1500–1918. Achievements and Future Implications of a Digital Editing Project in Habsburg-Ottoman Diplomatic History*

AAUP-01166

### V-06: 'Portfolio Capitalism' and the Ottoman Empire

Organized by **Michael O'Sullivan**

Chair/Discussant: **Choon Hwee Koh,** National University of Singapore

**Dimitrios Stergiopoulos,** UC San Diego *Georgios Zarifis and Christos Zografos: The Political Ambitions of Ottoman Greek Bankers and the Crisis of the Empire in the 1870s*
**Michael O'Sullivan,** UCLA *Gujarati Capitalists, Middle Power, and Ottoman Economic Internationalism*
**K. Herman Adney,** UCLA *Portfolios of Regional Enterprise: Commerce, Politics, and Law in 1880s Ottoman Macedonia*
**Ellen Nye,** Yale University *An Empire of Obligation: English Merchants as Ottoman State Fiscal Agents, 1670-1720*

### V-07: Arab Women Filmmakers On The Move: Films, Discourses, Supports, And Transnational Reception

Organized by **Flo Martin** and **Nadia G. Yaqub**

Chair/Discussant: **Terri Ginsberg,** Concordia University

**Samirah Alkassim,** George Mason University *Khadijeh Habashneh and Women's Films in the Long 70s of the Revolution*
**Flo Martin,** Goucher College *Arab Women's Transnational Film on 'the Move': Kaouther Ben Hania's Man Who Sold His Skin (2021)*
**Nadia G. Yaqub,** UNC Chapel Hill *For the Self Expression of the Arab Women: Women, Cinema, and Commitment of the long 1970s*

### V-08: Maghrib x Mashriq: Gendered Negotiations of Transnational Ties

Organized by **Sara Rahnama**

**Christopher Silver,** McGill University *Raissa Embarka v. Baidaphon: the Case of a Middle Eastern Record Label in the Maghrib*
**Sara Rahnama,** Morgan State University *The Professional Women of the Mashriq in Interwar Algeria*
**Katrina E. Yeaw,** University of Arkansas at Little Rock *Educated in the Mashriq: The Influence of International Education on Women' Rights in Libya*
**Anny Gaul,** University of Maryland, College Park *Anticolonial "Good Food" and the Mashriqi Culinary Imaginary*

### V-09: Social Movements, Protests and Radical Currents

Chair: **Khalil Dahbi,** GIGA

**Jérémie Langlois,** University of Wisconsin-Madison *To Whom Do We Concede? Explaining Regime Responses to Public Sector Strikes in Algeria*
**Aslam Kakar,** Rutgers University *Kurds in Turkey and Pashtuns in Pakistan: A comparative analysis of social movements in response to state violence*
**Sofia Fenner,** Colorado College *Beyond Hopeless: Communist Trajectories in Sudan and Egypt*
**Fadi Kafeety,** University of Houston/AAEF Center for Arab Studies *Revolutionary Horizons: The Movement of Arab Nationalists and the Marxist Turn in the Arabian Peninsula and Palestine*
**Carolyn Ramzy,** Carleton University *"We will Vote with our Feet": Coptic Women Contest Liturgical Exclusions Off and Online*

### V-10: Labor Organizations, Leverage, and Capacity

Organized by **Keenan Wilder**

Chair/Discussant: **Rima Majed,** American University of Beirut

**Tyson Patros,** New York University *Making Revolutionary Constitutions? Labor's Constitutional Campaigns in Egypt and Tunisia, 2012-2013*
**Keenan Wilder,** Brown University *Transnational Origins of Colonial Labor Policy in Tunisia and Egypt*
**Rebecca Gruskin,** Hamilton College *Labor Embodied: Organizational Strategies and Survival Strategies in the Gafsa Mineworkers 1937 Strike*
**Robert Hildebrandt,** George Washington University *Beyond "Hebrew Labor":: Palestinian Citizens' Experiences in the Contemporary Histadrut*
**Ahmad Al-Sholi,** Stony Brook University *Trade Unions in Morocco and the Arab Spring*

### V-11: Medicine, Politics, and Resistance

Organized by **Sam Pulliam**

Chair: **Sam Pulliam**
Discussant:  **Jennifer Derr,** UC Santa Cruz

**Soha Bayoumi,** Johns Hopkins University *Women Doctors and Narratives of Resistance in Egypt*
**Ernest Tucker,** US Naval Academy *Clara Barton, the American Red Cross and the Ottoman Red Crescent: Performative Humanitarianism at the Dawn of Modern Emergency Assistance*

AAUP-01167

**Sam Pulliam,** George Washington University *A Lack of Care: The Politics of (Not) Treating Madness in Colonial Egypt*
**Yasmin Shafei,** American University of Beirut *Reading Resistance Through Citizen Petitions in 19th Century Egypt*

### V-12: Ideologies and Instruments of Nation-State Building

Chair: **Meriam Belli**, University of Iowa

**Alaa Tartir,** The Graduate Institute *Violent Extremism Threat Assessment in the Southern Libya Borderlands*
**Salam Alsaadi,** University of Toronto *Why "Black Knights" support certain Fellow Autocrats more than others? Evidence from Egypt, Sudan, and Tunisia*
**Daniel Levine,** University of Alabama *"He Knew of a Surety": Realism, Zionist National-Security Discourse, and the Absent Sublime*
**Guy Eyre,** King's College/GIGA *Of friends and foes: Schmitt, shibboleths, and Salafi (anti-)politics in Morocco and Algeria*
**Gunes Murat Tezcur,** University of Central Florida *Instrumentalization of Religion in Turkey: Polarization, Partisanship, and Nationalism*
**David Rahimi,** Independent Scholar *"Home of Ruby Wine and Rosy Lips";: Tourism in Post-WWII Pahlavi Iran*

### V-13: The Syrian Revolution and the Global War of Narratives

Organized by **Daanish Faruqi**

Chair: **Daanish Faruqi,** Duke University

**Marc Owen Jones,** Hamad bin Khalifa University *Deception, not disinformation: Bots, astroturfing and Gulf-aligned narratives in the Syria social media space*
**Andrea Stanton,** University of Denver *Erasure as Disinformation: Visual and Textual Messaging in the Syrianpresidency Instagram Account*
**Nour Halabi,** University of Leeds *Journalistic Integrity in covering the Syrian Revolution and the Global War on Terror*

### V-14: The Resilience Industry: Resilience Discourse and Cultural Production

Organized by **Shir Alon** and **Melissa Melpignano**

**Shir Alon,** University of Minnesota, Twin Cities *The Risky Business of the Occupation: New Narratives of Resilience in Palestinian Literature*
**Melissa Melpignano,** University of Texas at El Paso *Throwing Like a Palestinian Girl: Resisting Resilience*
**Irene Fernandez Ramos,** Independent Scholar *Performing Survival in Palestinian Theatre: From Sumud to Transformative Resilience*
**Liron Mor,** UC Irvine *Insourcing Resilience: Self-Writing and Self-Help in Palestine-Israel*

### V-15: Thinking with Iraq on Climate Change

Organized by **Mona Damluji**

Chair: **Bridget Guarasci**
Discussant: **Gokce Gunel,** Rice University

**Mona Damluji,** UC Santa Barbara *Blackouts, Heat Waves and the Narrative of Perpetual Crisis in Iraq*
**Bridget Guarasci,** Franklin & Marshall College *Living with Water Insecurity in Iraq*
**Huma Gupta,** MIT *Material Systems and the Production of Scarcity in Iraq*
**Kali Rubaii,** Purdue University *Anomaly: on Teratogenic Violence in Iraq*

### V-16: Data in the Middle East Classroom

Organized by **David Joseph Wrisley**

### Organized under the auspices of the Committee for Undergraduate Middle East Studies (CUMES)

Chair: **David Joseph Wrisley,** NYU Abu Dhabi

**Jihan Mohammed,** Michigan State University *Studying Sectarianism in the Middle East: An Overview and Critique of the Methodologies and Methods*
**Mai Zaki,** American University of Sharjah *Modern Arabic literature as data: Lessons and possibilities*
**Amin Marei,** University of Pennsylvania *Online learning for all "Arabs": Examining the pedagogical approach of a cross-cultural Massive Open Online Course (MOOC) for multicultural "Arab" learners*
**Sara Ann Knutson,** University of British Columbia *Towards a Pedagogy of Data and the Digital in the Middle East Classroom*
**Suphan Kirmizialtin,** NYU Abu Dhabi *Decolonizing Digital Sources for the Middle Eastern History Classroom*

    AAUP-01168

### V-17: Politics of Publishing, Censorship, and Translation in post-WWII Arabic Literature

Organized by **Dima Ayoub** and **Haytham Bahoora**

**Dima Ayoub,** Middlebury College *The Paratextual Life of Translation*
**Haytham Bahoora,** University of Toronto *Self-Censorship and the "Deviant" Literary Plot*
**Qussay Al-Attabi,** Kenyon College *Digital Poetry and the Poets of Social Media in Iraq*
**Ghenwa Hayek,** University of Chicago *The Routes of Diaspora Publishing*

### V-18: Music Production and Ethnomusicology

**Marcel Camprubí,** Princeton University *The Emergence of Musical Notation in Medieval Baghdad*
**Elizabeth Tower,** University of Michigan *Palestinian Hip-Hop Culture: Intermediality, Access Points, and a Movement Towards the Mainstream*
**Jared Holton,** UC Santa Barbara *Fingerprinting Sound in Tunisian Andalusian Music: Musical Processes of Territorializing Difference*

**Melissa Camp,** UNC Chapel Hill *"My Country"/Her Song: Habiba Messika's Nationalism on Baidaphon Records (1927-1930)*
**Dunya Habash,** University of Cambridge *Syrian Musicians in Istanbul: Reconceptualising Aesthetic Agency through Displacement*
**Andrea Shaheen Espinosa,** Arizona State University *The Syrian Diasporic Imaginary of the U.S. Southwest: Arabness, Trauma, and Musical Identities*

### V-19: Decolonial Praxis: Translation and Method in Arabic Studies

Organized by **Jeffrey Sacks**

**Chair/Discussant**: Anthony Alessandrini, CUNY

**Jeffrey Sacks**, UC Riverside *Reading Cedric Robinson in Arabic: Notes Toward a Decolonial Praxis in Arabic Studies*
**Amanda Batarseh**, UC San Diego *Al-ana wal-makan: Hussein al-Barghouti's Critical Interventions on Place*
**Rana Sharif**, UC Riverside *Narration as Method: A Palestinian Digital Poetics*

AAUP-01169

## FRIDAY, DECEMBER 2, 2022                          SESSION VI    4:00 PM

**Roundtable**
**VI-01: Doing Palestinian Ethnography
While Palestinian**

Organized by **Amahl Bishara,** Tufts University

**Organized under the auspices of Insaniyyat and the
Palestinian American Research Center (PARC)**

Chair: **Anne Meneley,** Trent University

**Rami Salameh,** Birzeit University
**Nayrouz Abu Hatoum,** Concordia University
**Amahl Bishara,** Tufts University
**Sa'ed Atshan,** Emory University
**Nadeem Karkabi,** University of Haifa

**Roundtable**
**VI-02: Disability Studies in the Middle East and North
Africa: Past, Present, Future**

Organized by **Beverly Tsacoyianis** and **Sara Scalenghe**

Chair: **Sara Scalenghe,** Loyola University Maryland

**Beverly Tsacoyianis,** University of Memphis
**Sona Kazemi,** Ohio State University
**Shahd Alshammari,** GUST
**Halla Attallah,** Georgetown University
**Timothy Y. Loh,** MIT
**Christine Sargent,** University of Colorado Denver

**Roundtable**
**VI-03: Demystifying the Methods of
Digital Middle East Projects**

Organized by **Ada Petiwala**

Chair: **Ada Petiwala**

**Ada Petiwala,** NYU
**Jared McCormick,** NYU
**Helga Tawil Souri,** NYU

**Special Session**
**VI-04: MESA Publications Workshop**

Organized by **Joel Gordon** and **Heather Ferguson**

**Joel Gordon,** University of Arkansas
**Heather Ferguson**, Claremont McKenna College
**Brahim El Guabli**, Williams College

**VI-05: Rethinking Ottoman Iraq through
Environmental and Medical Histories**

Organized by **Hande Yalnizoglu Altinay**

**Hande Yalnizoglu Altinay,** University of Oxford *A
Comparative Look at Ottoman Quarantines: The View from
Baghdad in the Mid-Nineteenth Century*
**Isacar Bolaños,** CSU Long Beach *The Limits of Quarantine
in Late Ottoman Iraq*
**Mustafa Emre Günaydı,** Iowa State University *Lost
Promises of Infrastructure: Fighting the Euphrates in Late
Ottoman Iraq*
**Sara Farhan,** University of Northern British Columbia
*Medical Pluralism, Professionalization, and Public Health
in late Ottoman Iraq, 1868-1917*

**VI-06: The "Intimate Other" Practices of Exclusion of
non-Turkish members of Late Ottoman Society**

Organized by **Mostafa Minawi**

**Mostafa Minawi,** Cornell University *The Rise and Fall of
Arab-Ottoman Imperialists of Istanbul*
**Adam Mestyan,** Duke University *Ottoman Genealogical
Politics: 'Ali Haydar and the Economy of Şerafet,
1880s-1920s*
**Burcu Karahan Richardson,** Stanford University *Anxiety
over Masculinity in Ottoman Erotic Fiction*
**Cevat Dargin,** Princeton University *Colonizing Dersim
across Empire and Nation–State (1877–1938)*

**VI-07: COVID and Gender:
Policies, Strategies, and Impact**

Organized by **Rita Stephan**

**Sponsored by the Association for Middle East
Women's Studies (AMEWS)**

Chair/Discussant: **Rita Stephan**

**Salma Al-Shami,** Princeton University *A Regional
Perspective on Women's Rights and Roles During the
COVID-19 Pandemic*
**Rita Stephan,** USAID *Real Men Don't Wear Masks*
**Maro Youssef,** University of Southern California *The
Success of Tunisia's Feminist Movement During the
Coronavirus Pandemic*
**Mayyada Abu Jaber,** Independent Scholar *Harmony
of Feminine and Masculine Leadership during COVID-19
Pandemic in Jordan*

AAUP-01170

## VI-08: The Yemeni Crisis and Obstacles Facing Peace Process

Organized by **Omar Aljawfi** and **Khaled Al-Hammadi**

**Organized under the auspices of the Mokha Center for Strategic Studies and Washington Center for Yemeni Studies**

Chair: **Ateq Garallah**

**Omar Aljawfi,** Washington Center for Yemeni Studies *Obstacles to Successful Negotiations toward a Sustainable Peace: Investigation on Kuwait, Stockholm and Riyadh agreements*
**Mohammed Alshuwaiter,** Washington Center for Yemen Studies *The Impact of the War on Yemen's Justice System*
**Khaled Al-Hammadi,** Mokha Center for Strategic Studies *The deadly arrests in the current armed conflict in Yemen*
**Ateq Garallah,** Mokha Center for Strategic Studies *The Complexities of the Current Political Scene and Future Prospects of Yemen*

## VI-09: Restating Capitalism: History, Theory, and Social Transformation in the Middle East and North Africa

Organized by **Ali M. Ugurlu, Ellis Garey**, and **Hengameh Ziai**

Discussant:  **Kristen Alff,** North Carolina State University

**Lorenzo Bondioli,** University of Cambridge *Commercial Capitalism in the Pre-Modern Middle East?*
**Deren Ertas,** Harvard University *Imperial Geologies: The Political Ecology of Mining in Eastern Asia Minor, 1775-1875*
**Hengameh Ziai,** SOAS University of London *Producing 'Economy' and 'Religion': A Genealogy of Political Economy in Ottoman Sudan*
**Ellis Garey,** NYU *Freedom from Work: the 1908 Ottoman Constitutional Revolution & the Strikes of Beirut*
**Ali M. Ugurlu,** Columbia University *Freedom: The Life of a Concept in the Ottoman Age of Capitalization (1820s-1870s)*

## VI-10: Pilgrims, Intellectuals, and Activists: Shi'is in the Global History of Ideas and Mobility

Organized by **Dahlia El Zein**

**Dahlia El Zein,** University of Pennsylvania *The Shi'i Nahdawis*
**Firoozeh Kashani-Sabet,** University of Pennsylvania *A Global Fight: Persian Shia Narratives of Decolonization in Late Pahlavi Iran*
**Noor Zaidi,** University of Maryland *Being Shia in the Modern' World- the Rise of the Sayyeda Zaynab Shrine*
**Zeinab Eskandari,** University of Pennsylvania *Moving Across Borders: An Investigation of Iranian Pilgrims' Encounters on the Iran-Ottoman Borderlands, 1848-1925*

## VI-11: Contested Borderlands, Contested Subjecthoods: Space, Materiality, and Language

Organized by **Hazal Ozdemir**

**Hazal Ozdemir,** Northwestern University *Armenian Nationality and Bureaucratic Border-Building at the End of Empire*
**Bahadin Kerborani,** University of Chicago *The Servant of the Kurdish Language: Kurdîzade Ahmed Ramiz*
**Idil Ozkan,** Northwestern University *Building a Linguistic Wall: Historical Reparations and the Limits of Belonging in Sephardi Citizenship Law*
**Mariam Taher,** Northwestern University *In the Shadow of Territory: Gendered Mobilities in Siwa, Egypt*

## VI-12: Cookbooks and Their Writers: Culinary Diasporas and Middle Eastern Imaginations

Organized by **Jennifer Dueck**

**Jennifer Dueck,** University of Manitoba *Food Writing as Masculine Identity: The Lives and Livelihoods of George Mardikian and Irfan Orga*
**Heather J. Sharkey,** University of Pennsylvania *Middle Eastern-American Community Cookbooks: Culinary Nostalgia and Transnational Belonging*
**Andrew P. Haley,** University of Southern Mississippi *Cabbage Tamales: Arab Recipes and America's Segregated South*
**Gaétan Du Roy,** Radboud University *Coptic recipes online: Negotiating community boundaries in diaspora*
**Antonio Tahhan,** Independent Scholar *Molokhia*

AAUP-01171

## VI-13: Strategies of Authoritarian Regimes

Chair: **Francesco Cavatorta,** Universite Laval

**Sultan Tepe,** University of Illinois at Chicago *Offending the State: Understanding the Mechanisms of Censorship and Marginalization in the Authoritarian Regimes*
**Ibrahim Oker,** University of Minnesota, Twin Cities *The Authoritarian Origins of Comprehensive Social Legislation: Insights from the Middle East and North Africa*
**Cagil Albayrak,** University of Kansas *Coup-proofing, Military Purges and Authoritarian Power Grab in Hybrid Regimes*
**Jean Lachapelle,** Université de Montréal *Repression and Support for Authoritarian Rule*
**Hesham Sallam,** Stanford University *Regime-Sponsored Parties in Sisi's Egypt: Origins, Historical Evolution, and Limitations*
**Ann Marie Wainscott,** Miami University *Benign Bureaucracies? Religion Ministries as Authoritarian Instruments of Repression, Co-optation and Legitimation*

## VI-14: Reassessing the Role of the Arab League in the 21st Century Arab World

Organized by **James Worrall**

**James Worrall,** University of Leeds *Reaction Norms? Understanding Arab League and GCC Interventionism in the Arab Spring*
**Mona Saleh,** GIGA *Dispute Settlement in Libya: The Role of the Arab League*
**Silvia Ferabolli**, Federal University of Rio Grande do Sul *The limits of knowing the International Relations of the Arab World through the study of the Arab League*

## VI-15: The Mind-Bending Poets: The Aesthetics and Development of the khayālbandī Movement in Early Modern Persian Literary History

Organized by **Shaahin Pishbin**

**Shaahin Pishbin,** University of Chicago *Into the Savage Garden of Poetry: the Functions of Metapoesis in the Lyric Poems of Jalāl Asīr*
**Paul Losensky,** Indiana University *Imagination Games: Ten Fantasias on the Beloved's Features from Zolāli's Mahmud o Ayaz*
**Nathan L. M. Tabor,** Western Michigan University *Moving the Target: Emulation and Imagination in Persian and Urdu Salons of Delhi's 1720s*
**Zoë Woodbury High,** University of Chicago *"All the Tongues are Ears, and All the Ears are Tongues": Prose Style and Abstraction in the Work of Ẓuhūrī Turshīzī*

## VI-16: The Pragmatics of Citizenship on the Arabian Peninsula and Beyond

Organized by **Keye Tersmette**

Chair: **Keye Tersmette,** Harvard University

**Reem Elghonimi,** Independent Scholar *A Cultural Paradigm of National Belonging: Non-political Dimensions of Rights*
**Sabeen bin Zayyad,** University of Calgary *Ana Muwatin, Ana Ghair Muwatin: The Nuances of Citizenship in the United Arab Emirates*
**Catherine Baylin Duryea,** St. John's University School of Law *Law and Citizenship in Kuwaiti Social Mobilization in the 1980s-1990s*
**Mohammad Al-Mailam,** American University *Cartographies of Citizenship, Laboratories of Law: Making Kuwaiti Citizenship at the Margins, 1896-1959*

## VI-17: Media and Labor in the Middle East

Organized by **Claire Cooley**

Discussant:  **Hatim El-Hibri,** George Mason University

**Claire Cooley,** University of Texas at Austin *Not Afraid of My Sponsor: Race and Media Infrastructures of Migrant Labor in the Gulf*
**Kaveh Askari,** Michigan State University *Circulation Worries*
**Blake Atwood,** American University of Beirut *Creative Work and Care in Beirut*

## VI-18: Islamic Exegesis and Theology

**Mohammed Ahmed,** Independent Scholar *The Literary role of Jews in Qur'anic Exegesis: A Comparative Analysis of al-Ṭabarī's Tafsīr*
**Carlos Grenier,** Florida International University *God in Slippers: Deciphering the West Anatolian Hurufi Community of the Fifteenth Century*
**Mustafa Kaya,** University of Chicago *An al-Ghazali in the Fifteenth Century: A Comparative Reading of Khwafi's Apology of Sufism*
**Mushegh Asatryan,** University of Calgary *Constructing Sunnis: the making of a heresiological category*
**Kenan Tekin,** Yalova University *Beginnings or Principles: Commentaries and Glosses on the Notion of Mabādiʾ in Ibn Ḥājib's Mukhtaṣar al-Muntahā*
**Joseph Vignone,** Harvard University *"Powers Impossible to Alter": the Influence of Māturīdī Theology over Rāghib al-Iṣfahānī's Concept of Natural Endowment*

AAUP-01172

### VI-19: Urban Natures

Organized by **Aleksandar Shopov, Timur Hammond,** and **Berin Gölönü**

Discussant**: Esra Akcan**, Cornell University

**Aleksandar Shopov,** Binghamton University *Urban Cultures of Flower Breeding in Ottoman Istanbul*
**Weaam Alabdullah,** Kuwait University *Human and Non-Human Actors in Kuwait's Al-Shaheed Park*
**Reem Alissa,** Kuwait University *Conocarpia: Towards a Measured Narrative of Kuwait's Copious, Desired and Despised Urban Tree*
**Timur Hammond,** Syracuse University *Weedy Property: Trees of Heaven and Istanbul's Urban Transformations*
**Berin Gölönü,** University at Buffalo *The Migrants and Occupants of Istanbul's New "People's Gardens"*

### VI-20: Educational Reform and Adaptation

Chair: **Mirna Lattouf,** Arizona State University

**Sahar Aghasafari,** University of South Carolina Lancaster *Iranian National Art Curriculum, and Discrimination: How a Multicultural Education Reform Can Help*
**Derya Dogan,** Indiana University Bloomington *The Discourse(s) of Promoting Islamic Schooling on YouTube in the American Context*
**Parin Somani,** Independent Scholar *A Comparative Review on the Impact of Covid-19 on Indian and Pakistani Education, Civilization, Culture and Societal Development*
**Alyssa Bivins,** George Washington University *Contentious Education in East Jerusalem after the Naksa: 1967-1977*

AAUP-01173

## SATURDAY, DECEMBER 3, 2022            SESSION VII    8:30 AM

**Roundtable**
**VII-01: Book Roundtable on This Flame Within: Iranian Revolutionaries in the United States**

Organized by **Manijeh Moradian**

**Manijeh Moradian,** Barnard College
**Golnar Nikpour,** Dartmouth College
**Abdel Razzaq Takriti,** University of Houston
**Bassam Haddad,** George Mason University

**Roundtable**
**VII-02: The Iraq War at Year Twenty**

Organized by **Michael Brill** and **Wisam Alshaibi**

Chair/Discussant: **Dina Rizk Khoury,** George Washington University

**Michael Brill,** Princeton University
**Wisam Alshaibi,** UCLA
**Alissa Walter,** Seattle Pacific University
**Joseph Kotinsly,** University of Texas at Austin

**Roundtable**
**VII-03: Rethinking "Discourse": New Frequencis for Politicla and Social Analyses in the Middle East**

Organized by **Sean Foley**

**Abdulaziz Alghashian,** Lancaster University
**Lana Salman,** Ghent University
**Sean Foley,** Middle Tennessee State University
**Michelle D. Weitzel,** Graduate Institute of Geneva
**Andrea Stanton,** University of Denver

**Workshop**
**VII-04: Global Academy Research Workshop**

Organized by **Mimi Kirk**, Middle East Studies Association

**Hamid Alawadhi**, Point Park University
**Bengi Gumrukcu**, Rutgers University
**Dilsa Deniz**, Harvard Divinity School
**Hossein Hafezian**, Montclair State University
**Ahmad Mohammadpour**, Troy University

**VII-05: Ottoman Diplomacy**

Chair: **Virginia Aksan,** McMaster University

**Nihat Celik,** San Diego State University *To Declare War or Not? Foreign Policy Decision-making in the Ottoman Empire*
**Alison Terndrup,** Northeastern University *Enamel and Brilliants: Snuffboxes in Ottoman Diplomatic Networks of the Nineteenth Century*
**Jilian Ma,** Koç University *Travel Mobility between China and the Ottoman Domain in the Late Nineteenth Century*
**Ismail Noyan,** Simon Fraser University *Application of Tanzimat Reforms and Protégé issue at the Habsburg Ottoman border in the 1860s*
**Fatih Dogan,** Sabanci University *Lawmaking on the Frontier: The Fatwas of an Ottoman Provincial Mufti, Ali Akkirmani (d. 1618)*
**Emrah Sahin,** University of Florida *Ottoman Foreign Policy Traditions: A Critical New Approach*

**VII-06: Women and Economy in Modern Turkey**

Organized by **Semih Gökatalay**

Chair: **Zehra F. Kabasakal Arat,** University of Connecticut
Discussant: **James Ryan,** NYU

**Semih Gökatalay,** UC San Diego *Female Entrepreneurship in early Republican Turkey*
**Reuben Silverman,** UC San Diego *What Süreyya Ağaoğlu Saw in London: Turkish Women's Activism at the Dawn of the Cold War*
**Gozde Emen Gokatalay,** Independent Scholar *Immigrant Women from the Balkans and their Economic Integration into Turkey in the Early Cold War*
**Oyku Safak-Cubukcu,** Ankara Yildirim Beyazit University *Women's Agricultural Development Cooperatives under Neoliberalism*

**VII-07: Talat's Assassin Speaks: T ehlirian's Memoir Revisited**

Organized by **Armen Manuk-Khaloyan**

Discussant: **Ipek K. Yosmaoglu,** Northwestern University

**Armen Manuk-Khaloyan,** Georgetown University *Druzhiny: Life and Death on the Russo-Ottoman Front, 1914-1917*

AAUP-01174

**Mustafa Aksakal,** Georgetown University *The Murders of Harutyun Megerdichian and Talat Pasha*
**Aimee Genell,** University of West Georgia *The Minority Question in the Armistice Press in Istanbul*
**Ayse Parla,** Boston University *Justice, Revenge and the Haunting of Soghomon Tehlirian*

### VII-08: Integrating Islam in the History of Pre-Modern Europe and the West

Organized by **Brian A. Catlos**

**Organized under the auspices of T he Mediterranean Seminar**

Chair/Discussant: **Brian A. Catlos,** University of Colorado Boulder

**Reem Taha,** UC Santa Barbara *Arabo-Islamic Travel Writing as Literary Historiography:  Narrating the Memory of al-Andalus*
**Constantine Theodoridis,** Princeton University *Hussein's Progress: In Search of an Ottoman Embassy to Europe (1618-1619)*
**Sarah Davis-Secord,** University of New Mexico *"Christians and Muslims in Dialogue in Early Medieval Italy"*
**Emma Snowden,** Hollins University *Medieval North Africa as a Colonial Power*

### VII-09: Teaching the Middle East in Primary and Secondary Education

Organized by **Kristin Tassin**

**Organized under the auspices of the Committee for Undergraduate Middle East Studies (CUMES)**

Discussant: **Kristin Tassin,** Benjamin Franklin High School

**Susan L. Douglass,** Georgetown University *Teaching the Middle East in Primary and Secondary Education*
**Matthew MacLean,** Independent Scholar *Teaching the Middle East: Views from a Specialized Public High School in New York City*
**Nora Lester Murad,** Independent Scholar *A Framework for Evaluating K-12 Materials Involving Palestine*
**Virginia Cady,** Hutchison School *Teaching Middle East History: Best Practices in Pedagogy and Content in the High School Context*

### VII-10: Mobility and Patriarchy in the Mahjar

Organized by **Randa Tawil**

**Sponsored by the Arab American Studies Association (AASA)**

Chair: **Suad Joseph,** University of California, Davis

**Charlotte Karem Albrecht,** University of Michigan, Ann Arbor *Women Wanderers: The Syrian American Elite and Sexual Normativity*
**Randa Tawil,** Texas Christian University *Policing One's Own: Syrian Interpreters at the US Mexico Borderlands 1900-1924*
**Kristin Shamas,** University of Oklahoma *Bint Business: Syrian Entrepreneurialism and Patriarchy in a Settler-Extractive State*

### VII-11: Theory and its Institutions in Modern Intellectual History

Organized by **Angela Giordani**

**Angela Giordani,** Yale University *Towards an Institutional History of Philosophy in Twentieth-Century Egypt*
**Murad Idris,** University of Michigan *Violence, Colonialism, and Capitalism in an Islamist Key: Reading al-Da'wa, 1951-1953*
**Nada Khalifa,** Columbia University *Rashid Rida and the Sociology of Early Islam*
**Esmat Elhalaby,** University of Toronto *Clovis Maksoud and the Idea of Non-Alignment*

### VII-12: Transnational Arab Cinema Histories

Organized by **Pelle Valentin Olsen** and **Deborah Starr**

Discussant: **Ghenwa Hayek,** University of Chicago

**Ifdal Elsaket,** Netherlands-Flemish Institute in Cairo *Historians and the Cinema:  New Approaches to Cinema History and a Case-Study of Cinema-Going in Interwar Egypt*
**Deborah Starr,** Cornell University *Kouka, Global Cinema, and Transnational Constructions of Race and Gender*
**Heba Arafa Abdelfattah,** Grinnell College *Film and British Cultural Hegemony in Egypt: The Case of Rivoli Cinema*
**Pelle Valentin Olsen,** Roskilde University *A Tale of Three Brothers: Ezra, Me'ir, and Hayyawi Sawda'i and the Role of Iraqi Jews in the Iraq Cinema Industry, 1909-1951*
**Samhita Sunya,** University of Virginia *Experimentation on Tape: "Film Hindi" in Arab City Films*

AAUP-01175

### VII-13: Citizenship, Tribalism and Statehood in Jordan

Chair: **Sabeen bin Zayyad,** University of Calgary

**Sean Yom,** Temple University *The Politics of Anti-Corruption Crackdowns: The Case of Jordan*
**Taraf Abu Hamdan,** Central European University *The State Starts When the Tribe Ends States, Tribes, and Rural Communities*
**Lillian Frost,** Virginia Tech and **Steven Schaaf**, University of Mississippi *Citizenship In the Shadow of Law: The Exercise and Contestation of Authoritarian Power in Jordan*
**Jose Ciro Martinez,** University of York *Sensing the State: Baking Political Authority in Contemporary Jordan*
**Jamil Wekhian,** Kent State University *Negotiations of Power Between Nonviolent Protesters and the Nation-State: The Idiosyncratic Case of Jordan's 2018 Tax Law Demonstrations*

### VII-14: Revolutionary Movements, Civil Society, and Advocacy

Chair: **Sahar Razavi,** California State University, Sacramento

**Mounah Abdel Samad,** San Diego State University *Tunisian Civil Society Legislative Advocacy*
**Sarah Anne Rennick,** Arab Reform Initiative *Political Socialization in Transitional Tunisia: Assessing Differences between Post-2011 Youth Generations*
**Guliz Dinc,** Ankara Yildirim Beyazit University *The Trials and Tribulations of Domestic Human Rights Civil Society Organizations under AKP rule*
**Gennaro Gervasio,** Roma Tre University *Workers in Iraq's 'October Revolution'*

### VII-15: Gulf Cooperation Council Foreign Policies

Chair: **Mara Leichtman,** Michigan State University

**Martin Hvidt,** University of Southern Denmark *UAE's Power Projections Into The Horn Of Africa: The Case Of Ports And Logistics Networks*
**Joshua Goodman,** Air War College *From API to the Abraham Accords: Saudi Arabia and Arab-Israeli Peace After the Arab Spring*
**Abdulla Al-Etaibi,** Austrailian National University *National Narrative, Role & Foreign Policy: Kaabt Al-Mathium & Qatar's Foreign Policy during Arab Spring*
**Samira Musleh,** University of Minnesota Twin Cities *Islamic Marital Economy beyond the Middle East*

### VII-16: Arabic Rhetoric, Exegesis, and Interpretation

Chair: **Ahmed Idrissi Alami,** Purdue University

**Rachel Friedman,** University of Calgary *Revisiting classical texts on Qur'anic language:  Exegetical and linguistic concerns in I'jaz al-Qur'an discourse*
**Daryoush Mohammad Poor,** Institute of Ismaili Studies *Allegory and Metaphor: Multiple Genres of Muslim Exegesis of the Qurʾān*
**Ilona Gerbakher,** Columbia University *We Are Such Stuff as Dreams are Made of: Dreaming Reality and the Reality of Dreaming in Medieval Sufi Instruction Manuals*
**Betty Rosen,** UC Berkeley *Secrets Sounded Out: Aḥmad Fāris al-Shidyāq, Zakī al-Arsūzī, and the Poetics and Politics of Arabic Linguistic Exceptionalism*
**Avigail Noy,** University of Texas at Austin *No Comparison: The Poetics of Verses That Do Not Contain Tashbīh in Classical Arabic Poetry*

### VII-17: The Making and Unmaking of Health in Precarious Times

Organized by **Livia Wick**

Discussant: **Livia Wick,** American University of Beirut

**Aysecan Terzioglu,** Sabanci University *New Concerns and Solidarities: Being a Syrian Refugee in Turkey during the COVID-19 Pandemic*
**Yeşim Yasin,** Acibadem University *'One is in the Air': Ambient Air Pollution in the Era of the Pandemic from the One Health Perspective*
**Weeam Hammoudeh,** Birzeit University *Acute and Chronic Uncertainties in the Palestinian Context: reflections on uncertainty before and after the covid-19 pandemic in the occupied Palestinian territory (oPt)*
**Farha Ghannam,** Swarthmore College *The Social Life of a Virus: A Comparative Look at COVID-19 in Egypt and Jordan*

### VII-18: Islamic Law and Jurisprudence

**Kamal Gasimov,** University of Michigan *Adam's Fall as An Origin of Social Order: 'Abd al-Wahhab al-Sha'rani (d. 973/1565) on Genealogy of Islamic Law, Human Deficiency, and Salvation*
**Rezart Beka,** Georgetown University *Articulations of the Jurisprudence of Reality in Contemporary Islamic Thought*
**Latifeh Aavani,** Harvard University *The Making of the Concept of Modern Law (qānūn) During the Pre-Constitutional Period in Iran (1850-1900)*
**Mohannad Abusarah,** University of Toronto *Back to the Origin: Modern Islamic Reformation's Break with the Tradition*

AAUP-01176

**VII-19: Redistributed Temporalities: Thinking Arab Presenters and Futures through Mediated Pasts**

Organized by **Peter Limbrick**

Chair: **Peter Limbrick**

**Peter Limbrick,** UC Santa Cruz *Suspended Life: The Essay Documentaries of Jocelyne Saab*
**Raed El Rafei,** UC Santa Cruz *Awakened Belly Dancers, Arab Queer Imaginaries and the Revolution*
**Laura Marks,** Simon Fraser University *Talismanic Movies*
**Tarek El-Ariss,** Dartmouth College *Pulleys, Cisterns, and Jerricans: The Story of Water from War to Pandemics*

**VII-20: Environment, Climate Change, and Urban Planning**

**Anna Zadrożna,** Sabanci University *Planning a "Green City", Imagining Green Future(s): Politics and Practices of Environmental Governance in Turkey*
**Dobroslawa Wiktor-Mach,** Cracow University of Economics and **Marcin Skupinski**, Cracow University of Economics *Unstable Climate in Unstable Land: Kurdish Environmentalists Facing Climate Catastrophe*
**Yossef Ben-Meir,** High Atlas Foundation *Decentralized renewable energies and the water-energy-food nexus in rural Morocco*
**Nimah Mazaheri,** Tufts University *Who in the Middle East is Concerned about Climate Change? Evidence from Recent Surveys*

AAUP-01177

## SATURDAY, DECEMBER 3, 2022

## SESSION VIII  11:00 AM

**Roundtable**
**VIII-01: Reimagining Sephardic Studies: Perspectives from outside the Fold**

Organized by **Nancy Ko, Jessie Stoolman,** and **Rachel Smith**

**Organized under the auspices of the UCLA Center for Jewish Studies**

Discussant: **Rachel Smith**

**Nancy Ko,** Columbia University
**Jessie Stoolman,** UCLA
**Ryan Zohar,** Middle East Institute
**Rachel Smith,** UCLA

**Roundtable**
**VIII-02: Enter the Global Gulf – breaking Free from Regional Particularism**

Organized by **Courtney Freer**

**Courtney Freer,** Emory University
**Zahra Babar,** Georgetown University Qatar
**Matteo Legrenzi,** Ca' Foscari University of Venice
**Jessie Moritz,** Australian National University

**Roundtable**
**VIII-03: The Maghreb Archiving Project**

Organized by **Paraska Tolan-Szkilnik**

**Hassan Ould Moctar,** SOAS, University of London
**Paraska Tolan-Szkilnik,** Suffolk University
**Brahim El Guabli,** Williams College
**Muriam Haleh Davis,** UC Santa Cruz
**Sumayya Ahmed,** Simmons University
**Samia Errazzouki,** UC Davis

**Special Session**
**VIII-04: After the Vote: The Transformative Power of MESA**

Organized by **Mezna Qato** and **Dana Sajdi**

Chairs: **Mezna Qato,** University of Cambridge and **Sherene Seikaly,** UC Santa Barbara

**Dana Sajdi,** Boston College
**Beth Baron,** CUNY
**Abdel Razzaq Takriti,** University of Houston

**VIII-05: Translating Status and Privilege in (post-)Ottoman Moments of Transition**

Organized by **Barbara Henning**

**Organized under the auspices of DFG Priority Programme 1981: Transottomanica**

Chair: **Mostafa Minawi,** Cornell University

**Yusuf Ziya Karabicak,** JGU Mainz *Leaving the Revolution Behind: Negotiating a New Status for the Orthodox Patriarchate of Constantinople after 1821*
**Ibrahim Halil Kalkan,** AAT University of Science and Technology and **Owen Miller,** Bilkent University *How the powerful maintained their power: Land, violence and & identity in fin de siècle Palu*
**Barbara Henning,** JGU Mainz *Who do you think you are? Descendants of the Prophet Muhammad and their attempts to safeguard privileges in late- and post-imperial contexts*
**Esther Moeller,** Universität der Bundeswehr München *(Post)Ottoman discourses and practices of humanitarian aid in Egypt and beyond*
**Zeynep Ertugrul,** BGSMCS/EHESS *Local Elites and the Making of Münevver (Luminaries) in early republican Turkey (1930-1950)*

**VIII-06: Afterlives of Violence: Archival Traces, Survivor Objects, and Affective Experiences i n Turkey and Syria**

Organized by **Heghnar Watenpaugh**

**Sponsored by the Ottoman and Turkish Studies Association and the Society for Armenian Studies**

Chair: **Heghnar Watenpaugh,** UC Davis

**Erdağ Göknar,** Duke University *Affective Archives of Atrocity: The Afterlives of Genocide Trials in Occupied Istanbul*
**Aslihan Gunhan,** Cornell University *What Trees May Remember: Absence, Architecture, and Environment in the Upper Euphrates*
**Carel Bertram,** San Francisco State University *Encountering Homeland: Survivor Objects, Embodied Data, and Moments of Meaning-Making at the Place of a Lost Ottoman Past*
**Elyse Semerdjian,** Whitman College *Phantom Limbs: Embodied Horror And The Uncanny Within Unmarked Spaces Of Mass Atrocity*

AAUP-01178

**Yael Navaro,** University of Cambridge *Negative History, Negative Ethnography: Writing Turkey from the Vantage Point of Absentees*

### VIII-07: Iran's Place in the World: Visions and Ambitions in the Last Century

Organized by **Tabby Anvari,** Iran 1400 Project

**Organized under the auspices of the Iran 1400 Project**

**Aram Hessami,** Montgomery County Community College *Two Regimes and Four Grand Projects: Iran in the Last Century*
**Robert Steele,** London School of Economics *Iran's Relations with Southern Africa in the 1970s: Oil, Race and the Cold War*
**Shabnam Holliday,** University of Plymouth *'Liberal world order', 'rogue state' status, and legitimacy: Iran- US relations and world order*
**Mehdi Rezania,** University of Alberta *Sori tā Sorayā: A Hundred Years of Development of Iranian Art*
**Annie Tracy Samuel,** University of Tennessee at Chattanooga *Israel-Palestine and Iran's Place in the World*

### VIII-08: Social Networks, Subjectivities, and Sexualities in the Middle East

Organized by **Tugce Kayaal**

Chair/Discussant: **Seçil Yilmaz,** Franklin and Marshall College

**Elizabeth Berk,** Yale University *HIV/AIDS, Civil Society Activism, and Subjectivities in Beirut, Lebanon*
**Deena Naime,** University of Southern California *Druze Feminist Praxis Through the Space of the "Zyara"*
**Tugce Kayaal,** Furman University *Âşüftes of the Empire: Sex Work, Liminal Social Categories, and Making of Women's Experiences in the Wartime Ottoman Empire*

### VIII-09: Infrastructures of Learning: Authority, Mobility and Nation in the 20th Century Middle East

Organized by **Hilary Falb Kalisman**

Chair: **Ellen Fleischmann,** University of Dayton

**Hilary Falb Kalisman,** University of Colorado Boulder *Apostles of Knowledge: Modernity, Domesticity and the Transnational Schoolmistresses of 20th century Iraq*
**Elizabeth Williams,** University of Massachusetts Lowell *The Politics of Agricultural Education: Exerting Rural Influence under the French Mandate*

**Daniella Farah,** Rice University *Competing Visions of Iranian Jewish Education in the Twentieth Century*
**Nadya Sbaiti,** Georgetown University Qatar *Learning on Display: Intersections of Tourism and Education in Interwar Lebanon*

### VIII-10: Reading the Cosmic Scripture: Lettrism from the Thirteenth Century to the Present

Organized by **Matthew Melvin-Koushki**

Chair: **Matthew Melvin-Koushki,** University of South Carolina

**Cyril V. Uy II,** James Madison University *Real Talk: Language, Revelation, and Play in the Work of Saʿd al-Dīn Ḥamūya (d. 1252)*
**Mohammad Amin Mansouri,** University of Toronto *ʿAzīz al-Dīn Nasafī, Lettrism, and the Qurʾan*
**Tuna Artun,** Rutgers, State University of New Jersey *Sheikh Ilyās b. ʿIsā Aḳḥiṣārī and his intellectual milieu Amina Inloes, Islamic College Illicit lettrism? A scriptural-historical account of the differences between Sunni and Shiʿi contemporary attitudes towards*

### VIII-11: Political Uses of Cultural Forms

**Minsoo Jeon,** Central European University *Translation as Rewriting: Yazıcızâde 'Âli's Political Use of Poetry in Tevârîḫ-i Âl-i Selçuk*
**Margaret Morley,** Indiana University *Inciting Debauchery: Attention and Corporeal Economies in Egyptian Dance*
**Zia Khoshsirat,** UCLA *Pride and Profit: An Ethnography of Spiritual Persian Poetry in Los Angeles*
**Benjamin Jones,** Georgetown University *Contested Heritage: Arabs, Berbers, and Bowles in the Making of Music of Morocco*
**Yael Mizrahi-Arnaud,** NYU *Integration versus Separation: The Struggle for Sephardic Representation in Echo's from the East*
**Roger A. Deal,** University of South Carolina Aiken *Squares and Triangles: The Coded Sexual Records of a Turkish Bureaucrat*

### VIII-12: Racial Categories and Racialized Bodies

Chair: **Razan Ghazzawi,** University of Sussex

**Hania Abou Al-Shamat,** University of Florida and **Enshirah Barakat,** University of Florida *Muslim Immigrants' Claim for U.S. Citizenship and Islam's (In)Visibility in the Courtroom, 1900-1944*

AAUP-01179

**Sonia Tamar Seeman,** University of Texas at Austin *Decolonizing "The Dark Girl" - Racializations in Late Ottoman Cultural Forms*
**Sahar F. Aziz,** Rutgers Law School *Palestine, American Empire and the Racial Muslim*
**Noa Shaindlinger,** Worcester State University *"Israel's Oriental Problem:" Race and Political Dissent in 1960s Israel*
**Ameen Omar,** Hamad Bin Khalifa University *After Emancipation: How the Gulf Relates to Slavery and Racism*

### VIII-13: Peace History and the Modern Muslim World

Organized by **Juan Cole**

**Juan Cole,** University of Michigan *Ahmadou Bamba's Nonviolent Critique of French Imperialism in Senegal*
**Elizabeth F. Thompson,** American University *Islam and the Great War:  Rashid Rida's Engagement with the Paris Peace Conference*
**Amal Hassan Fadlalla,** University of Michigan *Sudan's Unfinished Revolution*
**Asma Afsaruddin,** Indiana University *Jihad as non-violent struggle and peacemaking in the writings of Jawdat Said and Wahiduddin Khan*

### VIII-14: Rebel Movements and Insurgencies

Chair: **Didier Leroy,** Royal Higher Institute for Defence

**Nathaniel Shils,** UCLA *Strategic Adaptation and the Pursuit of Self-Determination: Palestinian Dilemmas and Prospects for Change*
**Nareg Seferian,** Virginia Tech *Siunik in the Changing Geopolitical Culture and Geo-body of Armenia*
**Victoria Gilbert,** Wofford College *Insurgent Histories: Historical Analogies and Mobilizing Insurgencies in Syria and Iraq*
**Silvana Toska,** Davidson College *Rebel Governance in Yemen: Explaining Divergencies in Public Goods Provisions in Rebel Controlled Areas*
**Christophe Muller,** Aix-Marseille University *Terrorism, Insurgency, State Repression, and Cycles of Violence*
**Maya Rosenfeld,** Hebrew University of Jerusalem *Revisiting the First Intifada and the Resolutions of the 19th PNC Session (Algiers 1988): What Prevented the PLO from Advancing towards Palestinian Independence?*

### VIII-15: When Options are Limited: Youth in the Middle East and North Africa in the Midst of Displacement, Unemployment and Covid-19

Organized by **Matthew Walleser**

**Sponsored by the Association of Middle East Children and Youth Studies (AMECYS)**

Chair: **Matthew Walleser,** Centre for Lebanese Studies

**Vahid Abedini,** Florida International University *Youth Activism in Times of Crisis: Iranian Youth under Maximum Pressure and the COVID-19*
**Oroub El Abed,** Independent Scholar *When Options are Limited: Youth in the Middle East and North Africa in the Midst of Displacement, Unemployment and Covid-19*
**Basma El Doukhi,** University of Kent *Rethinking Palestinian youth roles in the camps of Lebanon*
**Mjriam Abu Samra,** Independent Scholar *Making Transnational Politics during a Global Pandemic: Palestinian Youth Activism at the Time of Covid-19*
**Mary Elaine Hegland,** Santa Clara University *Challenges Facing Iranian Youth: To Migrate or Not to Migrate*

### VIII-16: Purposes of Arabic Eloquence: Sincerity, Fun, Edification, and Competition

Organized by **Jennifer Tobkin**

Discussant: **Cory Jorgensen,** George Washington University

**Jennifer Tobkin,** George Washington University *Khālid al-Kātib: A Lover, Not a Fighter, for the Most Part*
**Kirsten Beck,** Queens College, CUNY *The Kuthayyir `Azza Narratives in al-Isfahani's Kitab al-Aghani*
**Kaley Keener,** University of Pennsylvania *Tongue and Taste in the Poetry of Manṣūr al-Ḥallāj*
**Samer M. Ali,** University of Michigan *Present Everywhere Visible Nowhere: Linguistic Revolution in Early Arabo-Islamic Culture and the Question of Ontology*
**Ali Hussein,** University of Haifa *Humorizing the Love Theme in an Early Islamic Poem*

AAUP-01180

### VIII-17: Literature and Identity: Navigating Social Boundaries

Chair: **Hanan Elsayed,** Occidental College

**Youssef Yacoubi,** Seton Hall University *Women's Biographies in the Arab World: From the Rhetorics of Exemplarity to the Politics of the Memoir and the Novel*
**Shae Omonijo,** Harvard University *Afro-Oriental(ist) Anxieties: Disarticulating the Boundaries Between Africa and the Middle East*
**Rania Said,** University of Massachusetts Boston *The Tunisian #MeToo Movement: Les Siestes du grand-père: récit d'inceste by Monia Ben Jémia as a Case Study*
**Maru Pabon,** Yale University *In Search of the Voice of the People: Mahmoud Darwish's Poetic Realism and its Third-Worldist Genres*
**Fidan Cheikosman,** University of Edinburgh *Understanding Turkish Representations of Identity Through the Pamukian Novel*

### VIII-18: What Comes Next for Islam and Modernity?

Organized by **Basma N. Radwan** and **Doha Tazi Hemida**

**Tahir Sheikh Umar,** Columbia University *Medieval History of Islamic Rational Sciences: A Quest for Decentralization of West African Epistemology*
**Basma N. Radwan,** Columbia University *A Comparative Reading of Al-Ghazālī's and Brillat-Savarin's Epistemologies of Eating*
**Doha Tazi Hemida,** Columbia University *Sovereignty and Possession: Baqillani and Bodin*

### VIII-19: Muslim Diasporas in North America

Chair: **Adil Elkhiyari,** Qalam wa Lawh Center

**Ozgun Basmaz,** Purdue University *A Turkish Woman with Multiple Identities: Untangling the Knots of Intersectionality in the Representations of Halide Edib in the U.S.*
**Eman Abdelhadi,** University of Chicago *Raising Strangers - Gendered Parenting among American Muslims*
**Rula Kahil,** University of Toronto and **Maleeha Iqbal,** University of Toronto *Grandmothers Behind the Scenes: Subordinate Integration, Care Work, and Power in Syrian Canadian Refugee Resettlement*
**Basileus Zeno,** Amherst College *Legal Violence and the "War on Terror:" How the immigration policies in the United States exclude (im)migrants from the Middle East*

**Ehsan Estiri,** Utah State University *Discourses of Association and Differentiation: How Muslim Iranian Angelinos Talk Back to America Through Islamic Discourses*
**Hina Azam,** University of Texas at Austin *Muslim American Fiction: Trends, Themes, and the Construction of Religion*

### VIII-20: Language, Linguistics, and Pedagogy

Chair: **Uri Horesh,** Achva Academic College

**Alyeh Mehin,** University of Arizona *English Language Education in Iran: Dominant and Alternative Discourses*
**Nasser Hajjaj,** Johns Hopkins University *The Biases in the standardized Arabic Grammar created by traditional Arabic Grammarian Sibawiah: A Case Study of the Glottal Sounds Change*
**Hany Fazza,** Georgetown University in Qatar *AFL Students' Perceptions of the Use of an Interactive Digital Platform to Enhance Reading Strategies: An Activity Theory Perspective*
**Magda El-Sherbini,** Ohio State University Library *Development of an Arabic Open Access Multilanguage Thesaurus Based on the Linked-Data Approach*
**Kamilia Rahmouni,** Virginia Commonwealth University and **Elsayed Issa,** University of Arizona *Second Dialect Acquisition: Attitudes and Motivational Orientation among Heritage Learners of Arabic*

### VIII-21: Representing Violence, Mediating Bodies

Chair: **Natalie Honein,** American University of Sharjah

**Azadeh Safaeian,** Northwestern University *"To Crip" the Blessed: Disabily Representation in The Marriage of the Blessed*
**Ethan Pack,** UCLA *Post-Zionism and Violence: Case Studies from Two Israeli Television Dramas*
**Farah Aridi,** Doha Institute for Graduate Studies *Spatiality of Sound: A Tale of Two Cities*
**Re'ee Hagay,** Cornell University *Torn Cosmopolitanism: Eli Hamo's Archive of a Mizrahi Utopia*
**Heather Jaber,** University of Pennsylvania *The YouTube Conversion: Egypt, Lebanon, and the digital economy of atonement*
**Dima Nasser,** Brown University *The Visual Poetics of Pain and Deformation in Lan vis-à-vis Sittat rusūm*

AAUP-01181

## SATURDAY, DECEMBER 3, 2022                SESSION IX    3:00 PM

**Roundtable**
**IX-01: Race and White Supremacy in Middle East Studies**

Organized by **Samer M. Ali**

**Organized under the auspices of Middle Eastern Literatures and the Journal of Arabic Literature**

**Samer M. Ali,** University of Michigan
**Touria Khannous,** Louisiana State University
**Clarissa Burt,** United States Naval Academy
**Robert Vitalis,** University of Pennsylvania
**Nizar F. Hermes,** University of Virginia

**Roundtable**
**IX-02: Officers and Entertainment: Popular Culture and the State in Egypt**

Organized by **Zeinab Abul-Magd**

Chair: **Peter Gran,** Temple University

**Joel Gordon,** University of Arkansas
**Zeinab Abul-Magd,** Oberlin College
**Hoda Yousef,** Denison University
**Paul Sedra,** Simon Fraser University
**Adel Iskandar,** Simon Fraser University
**Dina El-Baradie,** Georgetown University
**Atef Said,** University of Illinois at Chicago
**Hanan H. Hammad,** Texas Christian University

**Roundtable**
**IX-03: Reproductive Investments: Bodies, Labor, and Power in the Middle East and North Africa**

Organized by **Christine Sargent** and **Jess Marie Newman**

**Weeam Hammoudeh,** Birzeit University
**Christine Sargent,** University of Colorado Denver
**Jess Marie Newman,** Cornell University
**Eda Pepi,** Yale University
**Alize Arican,** Boston University

**Roundtable**
**IX-04: The State and its Crises in Iran: The Politics of Managing Change**

Organized by **Nazanin Shahrokni**

Chair: **Peyman Jafari**

**Nazanin Shahrokni,** London School of Economics
**Peyman Jafari,** Princeton University
**Azam Khatam,** York University
**Amin Moghadam,** Ryerson University
**Maziyar Ghiabi,** Exeter University
**Golnar Nikpour,** Dartmouth College
**Vahid Abedini,** Florida International University

**Special Session**
**IX-05: Collaboration, Criticality and Crisis: Producing Knowledge in and on the Arab Region**

Organized by **Seteney Shami,** Arab Council for the Social Sciences

Chair: **Eve Troutt Powell,** University of Pennsylvania

**Mohammed A. Bamyeh,** University of Pittsburgh *Arab Knowledge Systems and the Challenge of a less Colonial Future*
**Dina Rizk Khoury,** George Washington University *Knowledge Production, Activism and the Politics of Crises in the US and the MENA region*
**Driss Ksikes,** Independent Scholar *Decolonizing thought, imaginaries and practices: Crisis as opportunity for alternative epistemologies in North Africa*
**Hanan Sabea,** AUC *Possibilities in Permanent Crises: Collaborative Translations as Nodes in Knowledge Production*

**IX-06: Late Ottoman Communities: Between Intellectualism and Political Action**

Organized by **Kutay Onayli**

Chair: **Cemil Aydin,** UNC-Chapel Hill
Discussant: **Julia Phillips Cohen,** Vanderbilt University

**Jacob Daniels,** Independent Scholar *Liberty and Limits: The Jews of Edirne and a New Public Sphere, 1908-1912*
**Ugur Z. Peçe,** Lehigh University *Words and Deeds: The Cretan Factor in the Ottoman Empire*

AAUP-01182

**Kutay Onayli,** Princeton University *The Empire of Rum: Greek Ottoman Visions of the Imperial Long Durée*
**Varak Ketsemanian,** Princeton University *The Armenian Constitutional Order in the Late Ottoman Empire: From Reform to Crisis*

### IX-07: Borders and (Dis)Orders in Turkey's Kurdish Conflict

Organized by **Amy Austin Holmes** and **Lisel Hintz**

Chair: **Gunes Murat Tezcur**
Discussants: **Gunes Murat Tezcur,** University of Central Florida and **Mehmet Gurses,** Florida Atlantic University

**Khatchig Mouradian,** Columbia University *'Bring a Stone from Ani': A Peoples' History of the Armenia-Turkey Border*
**Dilan Okcuoglu,** American University *Comparative Study of Violence: Local Mechanisms and Experiences on Kurdish Borderlands in Turkey, Iraq and Iran*
**Amy Austin Holmes,** Council on Foreign Relations and **Diween Hawezy,** Independent Researcher *Deterring Kurdish Autonomy:  A New Dataset on the Turkish-Kurdish Conflict in Syria and Iraq*
**Lisel Hintz,** Johns Hopkins University SAIS *Pride, Prejudice, and Presidency: A Social Identity Approach to Turkey's Failed Peace Process*
**Aysegul Aydin,** Colorado University, Boulder *Toponymic Cleansing and Insurgent Violence*

### IX-08: Privileges, Autonomy, and Legal Authority at the Edge of Empire

Organized by **Emily Greble**

Chair: **Elizabeth F. Thompson,** American University
Discussant: **Aimee Genell,** University of West Georgia

**Tolga U. Esmer,** Central European University *Cultures of Paramilitarism: Terror and Protection Rackets in the Making of the Post-Ottoman Order, 1808-1838*
**Emily Greble,** Vanderbilt University *Legal Improvisation in Pre-Tanzimat Ottoman Serbia (1820s-30s))*
**William Smiley,** University of New Hampshire *Autonomy, Enslavement, and International Law in the Ottoman Empire*
**Kelly O'Neill,** Harvard University *Shrubs and Sheepfolds: Landownership and Spatial Culture in the Crimean Khanate*

### IX-09: Moving the Margins: How Excavating North African and Middle Eastern Women's Historical Narratives Expands the Archive

Organized by **Sophia Mo** and **Elya Assayag**

**Sponsored by the American Institute for Maghrib Studies (AIMS)**

**Sophia Mo,** Columbia University *Reading Motherhood at the Margins of Algerian Feminist Retellings of Resistance*
**July Blalack,** Middlebury College *Crossing the Line: Gender, Slavery, and Political Solidarity in Mauritanian Women's Novels*
**Elya Assayag,** Columbia University *Unstitching the French law: Marriage Law and Domestic Violence in Colonial Morocco (1912-1956)*

### IX-10: Premodern Fables and their Audience

Organized by **Neguin Yavari**

**Organized under the auspices of the Ilex Foundation and the Middle East Medievalists (MEM)**

Chair: **Olga M. Davidson**
Discussant: **Neguin Yavari,** University of Leipzig

**Gregory Nagy,** Harvard University *The Dancing Peacock in the Jātakas and Herodotus on Courtship and Political Power*
**Guy Ron-Gilboa,** Bar-Ilan University *Thus Spoke the Ant: A Tale of Solomon between Qiṣaṣ al-anbiyāʾ and Jewish Aggadah*
**Christine Van-Ruymbeke,** Cambridge University Press *Kalīla wa Dimna Fables and their Audience and Translations in Premodern France*
**Olga M. Davidson,** Boston University *The Poetic Agenda of Ferdowsi in Aetiologizing the Iranian Reception of Kalīla wa Dimna*
**Istvan T. Kristo-Nagy,** Exeter University *By the Faylasūf, for the Faylasūf: Ibn al-Muqaffaʿ's Kalīla wa-Dimna as Philosophy*

AAUP-01183

## IX-11: Global Jewish History, Zionism, and Palestine: Complex Entanglements

Organized by **Corey Sherman**

**Benjamin Berman-Gladstone,** NYU *Influencing Empire: How 'Aden's Jewish Emergency Committee Paved the Way to Operation On Eagles' Wings*
**Liora R. Halperin,** University of Washington, Seattle *Native Sons, Native Settlers: The 'Union of the Sons of the Yishuv,' 1939-1965*
**Yair Wallach,** SOAS, University of London *The Arab Ashkenazi – on Jewish Ashkenazi Migration to the Middle East beyond the Zionist Prism*
**Corey Sherman,** UC Hastings College of Law *Navigating Neqama: Jewish Americans in Mass Media*

## IX-12: Religious Reform, Encounters, and Contestations

**Ehsan Sheikholharam,** Duke-UNC Consortium for Middle East Studies *The Aga Khan's 2019s Notion of Pluralism: Negotiating a Minority Identity in Secular Settings*
**Ahmad Kindawi,** Independent Scholar *Toward a New Synthesis in Saudi Arabia*
**Sopanit Angsusingha,** Georgetown University *Gendered Encounters: American Protestant Missionary Education and Gender Differences in Basra, Iraq (1910s-1940s)*
**Aziza Khazzoom,** Indiana University Bloomington *Comparing Definitions of Antisemitism and Islamophobia*
**Marya Hannun,** Georgetown University *'Almanac of Religion': Locating Abd al-Rahman's Afghanistan on the map of Islamic Reform*
**Wael Abu-Uksa,** Hebrew University of Jerusalem *Heterodox Christianity and Harmonization between the Three Monotheist Religions in Nineteenth-Century Syria: The 'Heresy' of Khristufurus Jibara*

## IX-13: Making and Unmaking the Nation

Chair: **Magda El-Sherbini,** Ohio State University Library

**Ozlem Altiok,** University of North Texas *Secularism as hegemonic morality: Religion in ideological struggles in the making of modern Turkey*
**Negin Nabavi,** Montclair State University *Commercial Advertising and the Constitutional Press in Iran*
**Lars Erslev Andersen,** Danish Institute for International Studies *The Dialectic of Secularization and the Unresolved Balance Between Religion and Politics in the Current Crisis in Lebanon*
**Mohamed Ben Hammed,** Columbia University *On "Duration Disorder:" The Post-Naksa Trope of Arab Discontinuous Time—Its Philosophical Problems and Orientalist Origins*

## IX-14: Intervention and Humanitarianism n the Syrian Conflict

Chair: **Ghassan E. El-Eid,** Central Connecticut State University

**Eyal Zisser,** Tel Aviv University *Russia in Syria: A Long Road to Victory*
**Zachary Manning,** University of New Mexico *A Souq of Bones, Buzzards, and Aid Workers Negotiating Emergency Humanitarian Aid in Syria: 2011-2021*
**Tarik Basbugoglu,** Glasgow Caledonian University *How did the Syrian refugees become "others" for Turkey? The AKP`s humanitarian and security-oriented narratives during the Syrian Civil War*
**Nihal Kayali,** UCLA *Uncertain Practices: How Syrian Doctors Work in Istanbul*
**Natalie Kouri-Towe,** Concordia University *Queer Theory and the Challenge of "Family" in Refugee Resettlement*

## IX-15: Poetic Trends and Movements In Post-Revolutionary Iran

Organized by **Fatemeh Shams** and **Farshad Sonboldel**

Discussant: **Mahdi Ganjavi,** Northwestern University

**Vahid Davar Ghalati,** University of St. Andrews *Bizhan Elahi or Maryam Heydarzadeh: On Collective Hypocrisy*
**Fatemeh Shams,** University of Pennsylvania *Exile Persian Poetry of 1980s and 1990s*
**Farshad Sonboldel,** UC Santa Barbara *Staging Persian Poetry:  Poetics and Politics of Persian Performance Poetry (The 1990s- Present)*

## IX-16: Rethinking Resistance and Transnationalism in the Middle East and its Diasporas

Organized by **Evyn Lê Espiritu Gandhi**

Chair: **Shir Alon,** University of Minnesota, Twin Cities

**Sara Almalla,** UC San Diego *Radical Movements Towards Refugee Futures: Displaced Syrians and Kurds (Re)building Lives in Precarity*
**Evyn Lê Espiritu Gandhi,** UCLA *Exilic Poetics and the Refugee Settler Condition: A Relational Reading of Vietnamese Israeli and Palestinian Poetry*
**Sunaina Maira,** UC Davis *Un-forgetting Yemen: War Stories and Un-banned Poems*
**Alborz Ghandehari,** University of Utah *Remembering the Past, Rethinking the Future: The Resurgence of the Marxist Left in Iran's Student Movement*

AAUP-01184

### IX-17: Politics of Photographic Portraiture

Organized by **Zeinab Azarbadegan** and **Özge Calafato**

Chair/Discussant: **Salim Tamari,** Institute for Palestine Studies

**Zeinab Azarbadegan,** Vienna School of International Studies *Ittihad-i Islam in WWI: Portraits of Islamic Unity Between the Ottomans and Iranians*
**Sary Zananiri,** Leiden University *Costumes and the Image: Authenticity, Identity and Photography in Palestine*
**Özge Calafato,** University of Amsterdam *From Ottoman to modern Turkish: Politics of Photographic Inscriptions*

### IX-18: Currents in Islamist Thought

**Samuel Scurry,** University of Arkansas *Consulting the Ancestors: Moderate Salafism and Fatwa Production in 1920s Arabia*
**Quinn Mecham,** Brigham Young University *Party Systems in North Africa: Islamists and their Competitors*
**Michaelle L. Browers,** Wake Forest University *Zaynab al-Ghazali's A King and A People's Hope*
**Katerina Dalacoura,** London School of Economics *The International Thought of Turkish Islamists: History and Historiography*
**Raihan Ismail,** Australian National University *Al-Azhar and the Salafis in Egypt: Contestation of two traditions*
**Massimo Ramaioli,** Al Akhawayn University *Shared Anxieties in Late Modernity: Between 'Weak Thought' and Salafi Islamism*

### IX-19: The Creative City in the Arab World

Organized by **Colin McLaughlin-Alcock** and **Claire Panetta**

**Ahmad Gharbieh,** AUB *Mapping, Access, Discord: Case Studies from Beirut*
**Colin McLaughlin-Alcock,** Carleton College *The rise of Jordan's creative class*
**Claire Panetta,** Pace University *Future Dreams: Mural-Making and Participatory Urbanism as Sites of Politics in Post-Uprising Cairo*
**Kyle Craig,** Northwestern University *Street Art and the Urban Politics of Color in Amman, Jordan*

### IX-20: Transformations in Gender Culture

Chair: **Wilson Chacko Jacob,** Concordia University

**Katie J. Hickerson,** University of Chicago *Gendering the Mahdist jibba: Performativity and Power in an Indigenous Empire*
**Ayda Melika,** Urban Media Institute *Women Change-Makers: Social and Environmental Sustainability in Contemporary Iran*
**Gwyneth Talley,** University of South Dakota *UNESCO and Riding Tradition: What's next for the Moroccan Equestrian Games*
**Amina Tawasil,** Columbia University *The Women of Howze-ye Kowsar*
**Isabel Käser,** London School of Economics *Claiming Spaces: Youth, Art and Gender in the Kurdistan Region of Iraq Post-ISIS*

### IX-21: Patriarchy's Women: Power, Gender & (Self-) Representation

Organized by **Idun Hauge** and **Kelly Hannavi**

**Idun Hauge,** Georgetown University *Ladies of Culture: Civilizing Lebanon through Festivals and Flowers, 1943-1975*
**Kelly Hannavi,** University of Michigan *Labor and Land: Syriac Orthodox Christian Women's Spiritual Practices in the 19th c. Ottoman East*
**Noa Davidyan,** Ben Gurion University of the Negev *The Muslim Sisters in Egypt during the 20th century*

AAUP-01185

## SATURDAY, DECEMBER 3, 2022 · SESSION X · 5:30 PM

### Roundtable
### X-01: On Digital Ethnography & MENA Landscapes

Organized by **Sa'ed Atshan,** Emory University and **Heba Ghannam**

**Sponsored by the Association for Middle East Anthropology (AMEA)**

**Hsain Ilahiane,** Mississippi State University
**Carl Rommel,** University of Helsinki
**Farha Ghannam,** Swarthmore College
**Heba Ghannam,** American University
**Karem Said,** University of Houston
**Maria Frederika Malmström,** Lund University/CUNY Graduate Center

### Roundtable
### X-02: Solidarities Across Borders: Teaching and Writing Women, Gender, and Sexuality History in MENA

Organized by **Susanna Ferguson**

**Susanna Ferguson,** Smith College
**Nova Robinson,** Seattle University
**Murat C. Yildiz,** Skidmore College
**Nefertiti Takla,** Manhattan College
**Reem Bailony,** Agnes Scott College
**Seçil Yilmaz,** Franklin and Marshall College

### Roundtable
### X-03: Permission to Narrate: Palestine in the American Academy

Organized by **Yara M. Asi**

Chair/Discussant: **Yara M. Asi**

**Brian Boyd,** Columbia University
**Penelope Mitchell,** Palestinian American Research Center
**Alex Winder,** Brown University
**Yara M. Asi,** University of Central Florida
**Amahl Bishara,** Tufts University
**David Mills,** Harvard University

### Special Session
### X-04: The Future of Social Sciences and Humanities in the Arab World

Organized by **Nathan J. Brown**

Chair: **Nathan J. Brown,** George Washington University

**Ahmad Salim Dallal,** American University in Cairo
**Seteney Shami,** Arab Council for the Social Sciences
**Hillary Wiesner**, Carnegie Corporation of New York
**Lisa Anderson,** Columbia University
**Marwan M. Kraidy,** Northwestern University Qatar

### X-05: "Ordinary Ottomans": Borders, Frontier Effects, and Experiences of the End of Empire

Organized by **Jordi Tejel Gorgas**

Discussant: **Firoozeh Kashani-Sabet,** University of Pennsylvania

**Jordi Tejel Gorgas,** University of Neuchâtel *Gendered "Frontier Effects" along the Turkish-Syrian Border, 1926-1946*
**Robert Fletcher,** University of Missouri *'Those Migrating Masses': Locusts and Bedouins on the Borders of the British Middle East*
**Matthieu Rey,** Wits University/CNRS *Building Cities and Borders from « below »: Armenians and Urban Cultures*
**Laura Stocker,** University of Neuchâtel *'Divide and Rule' in the Desert: Bedouins and Border Regimes in the Iraqi-Syrian Borderlands in the 1920s*

### X-06: Fairs And Festivals In Turkey: Transformations From The Early Republic Into The 21st Century

Organized by **Hale Yılmaz**

Chair: **Roger A. Deal,** University of South Carolina Aiken
Discussant: **Semih Gökatalay,** UC San Diego

**Hale Yılmaz,** Southern Illinois University Carbondale *Small-Town Fairs in Film and Photography*
**Naz Vardar,** Simon Fraser University *Carnival Festivities in the Early Turkish Republic: Social Expansion and Changing Public Discourse*
**Hakki Gurkas,** Kennesaw State University *Revival of Alevi-Bektashi Tradition in Festive Culture*

AAUP-01186

### X-07: Alternative Modes and Frameworks of Justice

**Hannah Ridge,** University of Chicago *Israeli Ethnicity, Peace, and Democracy: A Conjoint Analysis*
**Mustafa Kemal Topal,** University of Central Florida *Kurdish Women's Democratic Experiment in Post-Conflict Northern Syria*
**Douaa Sheet,** CUNY Graduate Center *The Demand for Dignity as an Evaluative Standard of Justice*
**Yeter Tan,** Binghamton University *Possibility of Alternative Adjudication: A Case of Alternative Justice System Developed by the Kurds in Turkey*
**Madonna Aoun Ghazal,** UCLA *Property Devolution Practices Ex Testamento in Late Ottoman Beirut*

### X-08: Resonances: The Work and Legacy of Etel Adnan (1925-2021)

Organized by **Pauline Homsi Vinson**

**Sponsored by the Arab American Studies Association (AASA)**

Chair: **Ghassan Abou-Zeineddine,** University of Michigan-Dearborn
Discussant: **Amira Jarmakani,** San Diego State University

**Pauline Homsi Vinson,** University of Michigan, Dearborn *Unsettling Narratives of Migration: Art, Embodied Feminism, and the Idea of the Journey in the work of Etel Adnan*
**Nadine Sinno,** Virginia Polytechnic Institute *"The Only True Love is the Love of the Stranger": Violence and Exclusion in Adnan's Sitt Marie Rose*
**Rachel Norman,** Linfield University *Painting in Arabic: Post-Language and Linguistic Departure in Etel Adnan's Oeuvre*

### X-09: The State of Kurdish Studies

Organized by **Ozum Yesiltas**

**Organized under the auspices of the Ahmed Foundation for Kurdish Studies**

Chair: **Mehmet Gurses**
Discussant: **Dilan Okcuoglu,** American University

**Vera Eccarius-Kelly,** Siena College *Crossing Boundaries: The Intersection of Kurdish and Diaspora Studies*
**Michael M. Gunter,** Tennessee Tech University and
**Mohammed M.A. Ahmed,** Ahmed Foundation for Kurdish Studies *Earlier Kurdish Studies (1940S-1970s)*

**Ozum Yesiltas,** Texas A&M University *Kurdish Studies in the United States*
**Mehmet Gurses,** Florida Atlantic University *The Rise of "Kurdish Studies": Challenges and Opportunities Ahead*

### X-10: The Long World War I of the Eastern Mediterranean: 1910-1923

Organized by **James Tallon**

Chair: **James Tallon**
Discussant: **Meltem Toksoz,** Wesleyan University

**James Tallon,** Lewis University *The Long World War I of the Ottoman Empire as a Crucible of Transformation*
**Jonathan McCollum,** Brigham Young University *The Italo-Ottoman War and the Long War in the Mediterranean*
**Charalampos Minasidis,** University of Texas at Austin *Is the Neighbor a Friend or a Foe? Pontus' Long War (1912-23)*

### X-11: Petrocultures of the Middle East: Textual, Photographic, Cinematic and Literary Representations of Oil

Organized by **Peyman Jafari**

Chair: **Peyman Jafari**

**Nelida Fuccaro,** NYU Abu Dhabi *Seeing like an Oil Company: the Corporate Photography of Labour in the Arab World*
**Peyman Jafari,** Princeton University *Missionaries of Oil Modernity: Culture and Corporate Oil Publications in 20th Century Iran*
**Sanaz Sohrabi,** Concordia University *Audiences of oil Across Borders: Visual Petrocultures of Decolonization Through a Transnational Lens*

### X-12: The Global Nexus of Political Religion and Populism: Comparative Lessons from the Middle East

Organized by **Nora Fisher-Onar** and **Yusuf Sarfati**

Chair: **Nora Fisher-Onar**

**Sebnem Gumuscu,** Middlebury College *Party Capture, Populism, and Pluralism: Lessons from Islamist Parties*
**Halil Yenigun,** Stanford University *Turkey's Religious Populism and the Limits of Islamist Models of Popular Sovereignty*
**Nora Fisher-Onar,** University of San Francisco *(Anti-) Pluralism as Analytical Tool: Comparing Populism and Political Religion across "East" and "West"*

AAUP-01187

**Yusuf Sarfati,** Illinois State University and **Karabekir Akkoyunlu,** SOAS University of London *Blood Gambit: How populist incumbents fuel conflict to reverse electoral setbacks -- evidence from Turkey and Israel*
**Cengiz Gunay,** Austrian Institute for International Affairs *Building a "moral community" – polarisation and partisanship in Turkey*

### X-13: Peacebuilding in Muslim Societies: Local Initatives in Conflict Managment

Organized by **Samir Boudinar,** Al Hokama Center for Peace Studies and **Sanae Alouazen,** Al Hokama Center for Peace Studies

**Ohannes Geukjian,** AUB *Why the Tai'f Agreement did not Bring Sustainable Peace and Stability to Post-War Lebanon?*
**Ibrahim Fraihat,** Doha Institute for Graduate Studies *Conflict Mediation in the Arab World: Perspectives from the Field*
**Dima Smaira,** AUB *Navigating Dahiyeh, Negotiating Everyday Peace: Mediation practices across Beirut's Southern Suburbs*

### X-14: After Syrian Literature

Organized by **Mari Odoy** and **Dima Ayoub**

**Sponsored by the Syrian Studies Association (SSA)**

Chair: **Dima Ayoub,** Middlebury College
Discussant: **Mohja Kahf,** University of Arkansas

**Mari Odoy,** University of Minnesota *A Woman in the Crossfire, A Novelist in Translation: the "memoirization" and Translation of Syrian Novelist Samar Yazbek*
**Razan Ghazzawi,** University of Sussex *Pedagogies of Protest*
**Johanna Sellman,** Ohio State University *Silence and Mobility in Samar Yazbek's Al-Mashā'a*

### X-15: Classical Matters: Periodization, Diversity, and Inventiveness

Organized by **Nizar F. Hermes**

Chair: **Muhsin J. Al-Musawi,** Columbia University

**Nizar F. Hermes,** University of Virginia *Bakr Ibn Ḥammād al-Tāhartī: A Peripatetic Maghribi Poet in Different Wor(l)ds*
**Muhsin J. Al-Musawi,** Columbia University *Plagiarism as a Dynamic in Innovation and Inventiveness*

**Suzanne Stetkevych,** Georgetown University *From Classical to Poatclassical: Late Abbasid Poetics and Aesthetics*
**Huda J. Fakhreddine,** University of Pennsylvania *Ibn al-Mut'azz in Kitāb al-Badī: A Poet and Activist*
**Chiara Fontana,** Ca' Foscari University of Venice *The Name of the Key: Al-Sakkākī's Literary Craftsmanship and Pragmatic Poetics in Miftāḥ al-ʿUlūm*
**Kevin Blankinship,** Brigham Young University *A Banū Sāsān Underworld Poem by Naṣrid Andalusī Jurist ʿUmar al-Mālaqī (d. after 1440 CE)*

### X-16: The Casual Consumption of the Middle East: The Region's (Re-)Construction in Entertainment

Organized by **Mekarem Eljamal** and **John Kallas**

Chair: **Kylie Broderick,** UNC Chapel Hill

**Janina S. Santer,** Columbia University *Reading al-īdhāʿa: Popular Culture in Postcolonial Lebanon (1940s-1950s)*
**Mekarem Eljamal,** Columbia University *Utopias and Dystopias: Urban Imaginations in Palestine+100*
**Sena Duran,** University of Michigan *"Aroused at the Signs of Empire": Fantasies of the Middle East in Stag Film*
**John Kallas,** NYU Abu Dhabi *Animating the Orient: Art's Cultic Aura in a Unipolar World*

### X-17: MENA Migrations: State-Diaspora Relations

Organized by **Leila Zonouzi**

**Leila Zonouzi,** UC Santa Barbara *Alienation and Marginalization of Dissidents: Diaspora Formation in the 2010s*
**Gözde Böcü,** University of Toronto *Repression through Time:  Legacies of Transnational Repression in the Diaspora*
**Canan Sahin,** Queen's University *Forced Migration Waves And Complex Racialization Dynamics In West Istanbul: Surplus Labour, Hyper-Exploitation And Racialized Encounters Among The Displaced Kurds And Syrians*

### X-18: Arts, Artifacts and, Iconography

**Bernard O'Kane,** AUC *Turning the Corner: Strategies in Monumental Islamic Epigraphy and Decoration*
**Fatih Tarhan,** Princeton University *Enacting the Divine through Nūr (Light) - The Islamic Concept of Naẓar in Medieval Mosque Lamps*
**Adriana De Miranda,** Ca' Foscari University Venice *Wonderful Mechanics between Hellenism and the Islamic Age*

AAUP-01188

**Michael A. Lally,** Temple University *America as Beyond the Orient and the Ottoman Empire as the West: A look at Piri Reis' 1513 World Map*

**Caroline Angle Maguire,** University of Maryland, College Park *La Collaboration Patiente et Éclairée: North Africans' Contributions to Local Museum Formation in Algeria, 1830 - 1900*

**Sadegh Ansari,** SUNY Geneseo *Science in the Margins: Using Digital Humanities Tools to Study the Marginalia of Two Manuscripts on the Science of Music from Medieval Islamic World*

### X-19: Marginalization, Dispossession, and Exclusion

**Navid Fozi,** Bridgewater State University *Iranian Zoroastrians, Nationalism, and the Dilemma of Cultural Ownership*

**Leen Alfatafta,** George Washington University *The Holy Land Experience and Long Distance Dispossession*

**Roxana-Maria Aras,** University of Michigan *In Search for Futures Lost: Waqf, Parish, and Locality among Rum Orthodox in Beirut*

**Hrag Papazian,** UCLA *Christian, Muslim, and Alevi Armenians: Parallel regimes of religious and racial exclusion in Turkey*

**Lara Khattab,** Mount Allison University *Precarity and the Political Economy of Violence in Northern Lebanon: Studying Informality and Resistance in the Northern Lebanon*

### X-20: Empire, Health, and Disease in the 19th and 20th century MENA

Organized by **Christopher S. Rose**

**Stephanie Boyle,** City Tech *Clot Bey and the Establishment of Medical Orientalism in Egypt*

**Shaherzad Ahmadi,** University of St. Thomas *Families and Physicians: Rebutting the Experts*

**Christopher S. Rose,** Our Lady of the Lake University *Trial by Virus: Imperial Anti-Contagionism and the 1883 Cholera in Egypt*

AAUP-01189

## SUNDAY, DECEMBER 4, 2022 — SESSION XI   8:30 AM

**Roundtable**
**XI-01: The Politics of Culture in 'New Turkey'**

Organized by **Danielle V. Schoon**

Chair: **Kaya Akyildiz**

**Danielle V. Schoon,** Ohio State University
**Kaya Akyildiz,** Bahcesehir University
**Pierre Hecker,** Philipps University Marburg
**Ivo Furman,** Istanbul Bilgi University
**Valentina Marcella,** University of Naples L'Orientale

**Roundtable**
**XI-02: West and East and the Problem of History**

Organized by **Henry Clements** and **Philip Balboni**

**Henry Clements,** Yale University
**Candace Lukasik,** University of Mississippi
**Hengameh Ziai,** SOAS University of London
**Mattin Biglari,** SOAS, University of London
**Philip Balboni,** UC Berkeley

**XI-03: Economic Structures in the Ottoman Empire**

Chair: **Ayşe Baltacıoğlu-Brammer,** NYU

**Shawn Broyles,** Oklahoma State University *Slaves in Sicils and Shurut Manuals: The Changing Legal Realities of Subservience in the Early Modern Ottoman State*
**Christopher Whitehead,** Ohio State University *Taking the Empire by Force: The Ottoman Household Cavalry's "Usurpation" of Tax Collection in the Early Seventeenth Century*
**Eunjeong Yi,** Seoul National University *Janissary Regiments and Officers in Business Seen through Istanbul Court Records (1660-1700)*
**Turkana Allahverdiyeva,** University of Bonn *Non-elite Household Female Slaves and Agency in Early Eighteenth-century Crimean Khanate*
**Sultan Toprak Oker,** University of Minnesota, Twin Cities *A Blurred Boundary Between Public and Private Space: The Ottoman Tavern in Seventeenth-Century Istanbul*

**XI-04: Being an Ottoman in the Early Modern Era**

Organized by **Cihan Yuksel**

Discussant: **Palmira Brummett,** University of Tennessee

**Cihan Yuksel,** University of Houston *Ottoman-Mamluk Encounters Through A Tale Of Three Genres*
**Pınar Emiralioğlu,** Sam Houston State University *Between Old and New: Cartographical Knowledge and Being an Ottoman in the Seventeenth Century*
**Baki Tezcan,** UC Davis *East European Captive-turned-Ottomans in the Early Modern Era and the Modern Anxieties about Their Religious Choices: Albertus Bobovius/ Ali Ufki and İbrahim Müteferrika*

**XI-05: Arabic Instruction and the New Realities in the Middle East and North Africa (MENA): Reflections on Pedagogies**

Organized by **Jamila Chahboun**

**Organized under the auspices of the Middle East Studies Department at Dartmouth College**

Chair: **Mokhtar Bouba**

**Christian Sinclair,** Arabic Language Institute in Fez (ALIF) *Connecting Language Learning and Language Communities: An Engaged Approach to Learning Arabic Dialects*
**El Mostafa Ouajjani,** Dartmouth College *Building Linguistic and Cultural Competence for Study-Abroad Programs: New Perspectives*
**Khulood Kittaneh,** NYU Abu Dhabi *experiential learning pedagogy at NYUAD*
**Mokhtar Bouba,** Dartmouth College *Teaching and learning Arabic in Study Abroad: A reflection on indigenous pedagogies*
**Jamila Chahboun,** Dartmouth College *Challenges and Prospects of Arabic language instruction at Dartmouth: a reflection on students' perspectives.*

AAUP-01190

### XI-06: Activism, Resistance and Rebellion

**Anne De Jong,** University of Amsterdam *The Unity Intifada as Tipping Point Pillarization as Strategy for Activism and Resistance in Palestine*
**Ameena Yovan,** University of Chicago *The Zanj Rebellion in Muslim Histories*
**Susan Benson-Sokmen,** University of Toronto *Kurdish Women and Memorial Resistance*
**Julia Gettle,** Brown University *A Revolutionary Year: Armed Resistance and Statebuilding from Below in the 1958 Lebanese Crisis*
**Natalie Honein,** American University of Sharjah *Discursive Interruptions: Juxtaposing Arab Women's Activism*

### XI-07: Global Perspectives on Medieval Middle East

**Armen Abkarian,** University of Michigan *The Crown of Togarmah: Mediating Discourses of Sovereignty in Cilician Armenia*
**Ali A. Olomi,** Penn State Abington *Queen of the Stars: Buran and The Role of Women in Astrological Knowledge in the Abbasid Caliphate*
**Mustafa Banister,** Utah State University *Negotiating the Uncertain: Ibn 'Arabshah's Dialogue Construction as a Reading of Fifteenth-Century Mamluk Succession Politics*

### XI-08: Climate, Water, and Ecology

Chair: **Michael Christopher Low**, University of Utah

**Eleni Zaras,** NYU *Roots of Green Infrastructure in Nineteenth Century Egypt? A Closer Look at the Suez Canal Company and its Horticultural Interests*
**Alex Schultz,** UC Santa Barbara *Waiting in Line at Taps: Water Carriers and the Disruption of Water Infrastructure Modernization in Egypt*
**Mohamed Abdou,** NYU *Elusive Fish in a Pond: State-Fishermen Contestation &amp; the Formation of Sovereignty in the Manzala Lake Region of Lower Egypt, 1834-1914*
**Zeead Yaghi,** UC San Diego *Planning National Unity: An Investigation of State Development and Modernization in Rural Lebanon 1958-1970*
**Carly Krakow,** London School of Economics *Toxic Saturation and Health Devastation in Iraq: The Indelible Damage of War*

### XI-09: Gender and Political Participation

**Mona Tajali,** Agnes Scott College *The Impact and Role of National Women's Machineries: Case Studies from Afghanistan, Iran and Turkey*
**Kathleen Doody,** University of Arkansas *Representation of Women in Electoral Politics during Tunisia's Democratic Decade*
**Lindsay J. Benstead,** Portland State University *Explaining the Gender Gap in Political Engagement in the Arab World*
**Bethany Shockley,** American University of Sharjah *Support for Female Candidates in the UAE: An Experimental Exploration of Intersectional Identities*
**Jean-Baptiste Allegrini,** University College London *Lebanese Women Searching for their Political Destiny: The 2018 Parliamentary Elections' Gender and Sectarian Hurdles in Scrutiny*

### XI-10: Trajectories of Rebel Governance in the Syrian war

Organized by **Tiina Hyyppä**

Chair/Discussant: **Steven Heydemann,** Smith College

**Tiina Hyyppä,** University of Helsinki *Civil Governance in Protracted Conflicts: Evidence from Syria*
**Silvia Carenzi,** Scuola Normale Superiore *Building Legitimacy: A Comparative Analysis of Militant Islamist Groups in Syria*
**Joseph Daher,** European University Institute *Syria, Political Economy of Zones of influence between division and cooperation*

### XI-11: Anticolonial and Anti-imperial Mobilizations

Chair: **James Clark,** University of Nebraska Omaha

**Fatima-Ezzahrae Touilila,** Columbia University *The Caliphate question: archive of a crisis in the imperial order (1914-1926)*
**Emily Schneider,** Northern Arizona University *The Role of Ideological Conversion in the Palestine Solidarity Movement*
**Tom Woerner-Powell,** University of Manchester *Many Paths to Peace: Islam, Pacifism, Decoloniality, and Interdisciplinarity*
**Chris Rominger,** University of North Florida *Transnational Origins of the Anti-Colonial Maghrib: Scenes of Empire and Rebellion from Southern Tunisia, 1915-16*

AAUP-01191

### XI-12: Literary Dissemination and Reception

**Ian VanderMeulen,** NYU *Authority of the Absurd: Humor and Satire in an Islamic Discursive Tradition*
**Tristan Leperlier,** CNRS/Columbia University *The Internationalisation of Maghreb Literature: Between France and the USA?*
**Tariq Adely,** George Washington University *Localizing "Jordanian" Authors: Practices of Place and Scale on Literature-Focused Facebook Pages*
**Marjan Moosavi,** University of Maryland, College Park and **Mehdy Sedaghat Payam**, University of Maryland, College Park *Iranian Drama by Vectors: A Computational Analysis of Iranian Plays*
**Nusaiba Imady,** University of Minnesota *Mayy Ziyāda and Archival Fabulation: The Fabrication of History in Waciny Laredj's May-Nights of Isis Copia*
**Nancy Linthicum,** University of South Carolina *Reading Egyptian Literature at Home and Abroad:  Transnational Reception of Miral al-Tahawy's Brooklyn Heights*

### XI-13: Transnational Networks of Migration

Chair: **Veronica Anghel,** Independent Scholar

**Rhoda Kanaaneh,** Columbia University *The Right Kind of Suffering: Arab Gender and Sexuality Asylum Seekers in the United States*
**Ayda Apa-Pomeshikov,** University of Washington *Syrian Forced Migrants as Humanitarian Professionals*
**Kenny Schmitt,** Al-Quds Bard College *Gazan Christians: After Migration and the Dilemmas of Remaining*
**Bogna Hall,** Polish Academy of Sciences *Seizing the right to asylum: an ethnography of Yemenis' border transgressions*
**Gehad Abaza,** UC Santa Barbara *Making home(s) in the 'Non-Existent': Syrian War-Time Migration in Abkhazia*
**Hasmik Tovmasyan,** University of Calgary *War, Transgenerational Trauma, and the Syrian Armenian Refugees in Canada*

### XI-14: Rural-Urban Womanscapes And Fourth Wave Feminism In Morocco

Organized by **Naziha Houki** and **Alka Kurian**

Chair: **Alka Kurian**
Discussant: **Souad Eddouada**

**Naziha Houki,** Al Akhawayn University *Social Media Engagement With Moroccan 4th Wave Feminist Content*
**Alka Kurian,** University of Washington Bothell *Fourth Wave Feminism In Morocco*
**Souad Eddouada,** Iben Tofail University *Moroccan Feminisms and the Urban/Rural Divide*

### XI-15: The Politics of Media

**Nareman Amin,** University of Pennsylvania *Bassem's Satire: Bringing Down the Beard with Humor*
**Anwar Alsaad,** Kuwait University *Humor In Short Narrative Texts And Jokes Created And Distributed Via Social Media In Kuwait During Covid-19*
**Michael Battalia,** Princeton University *Fake News in 1870s Beirut*
**Hanadi Al-Samman,** University of Virginia *Strangers in My House: Conspiracy Theory of Queer Representation in Arab Media*
**Jabbar Al-Obaidi,** Bridgewater State University *Political Environment and Media Development in Iraq Historical, Professional, and Political Overview*
**Arash Mohammadavvali,** Leiden University *Internal dynamics of the official Iranian memory of Iran-Iraq War*

### XI-16: Islamic Law, Theology and Philosophy

**Annalise Pforr,** Hellenic College Holy Cross *Texts, Practices, and Embodied Experiences: Religious Experience in the White Monastery of 4th Century Upper Egypt*
**Mina Khalil,** Harvard Law School *Making Society: Doctrinal Shifts on the Eve of Transformation in Nineteenth-Century Ottoman Egypt*
**Rachel M. Scott,** Virginia Tech *Mutual Aid: Reading Abu Hamid al-Ghazali's Treatise on Friendship with an Anarchist Lens*
**Zain Alattar,** UC Berkeley *The Avicennian and Akbarian turn in Shiite Theology: an analysis of two sections of that 'Ali ibn Sulaymān al-Baḥrāni's (d. ca. 1274 CE) al-Ishārat wa-l-Tanbhīhāt*
**John Walbridge,** Indiana University Bloomington *Rediscovering Suhrawardi: The Evidence of Manuscripts and Texts*
**Pouyan Shahidi,** Indiana University Bloomington *From experimentation to discovery: Ibn al-Haytham's color analysis in celestial natural philosophy*

### XI-17: The Middle East and Beyond

Chair: **Arash Azizi,** New York University

**Mustafa Aslan,** Justus-Liebig-Universität Gießen *Perceptions of 'the West' between Iran and Turkey: A Comparative Study of Jalal Al-e Ahmad and Necip Fazıl Kısakürek*
**Paola Rivetti,** Dublin City University *Beyond Orientalism? The Construction of Oriental and Middle East Studies in Italy*
**Ramy Marcos,** Hartford Seminary *Ecclesiastical Warfare: Historical Study of the Cultural Conflict between the American Mission and Coptic Orthodox Church in 1867*

AAUP-01192

**Nicholas E. Roberts,** University of the South *Zion on Display: Biblical Theme Parks and the Evangelical Imagination*

**Evren Altinkas,** University of Guelph *Americans in the Turkish War of Independence and Their Impact on the Change of American Public Opinion Towards Nationalists*

### XI-18: Visual Arts, and Images of Nationhood, Legacy, and Memory

Chair: **Sadam Issa**, Michigan State University

**Insia Malik,** CUNY Graduate Center *The Transnational Vocal Talent Competition Arab Idol and the Construction of Arabness*

**Liat Berdugo,** University of San Francisco *A Tree in Palestine: A photographic view of afforestation as a tool for colonization and control*

**Faezeh Faezipour,** University of Arizona *Legacy and Memory: Portraits of the Iranian Constitutional Revolution Leaders*

**Elisa Pierandrei,** Independent Scholar *Photography and Cultural Heritage: How the Van-Leo Collection Captured the Surreal Majesty of Cairo*

**Chelsea Haines,** Arizona State University *Gershon Knispel's Transatlantic Solidarities*

**Suzy Halajian,** UC Santa Cruz *Reimagining Narratives of Crisis: Contemporary Art and Speculative Politics*

### XI-19: (Re)producing Rural Life: Critical Agrarian Perspectives of Labor in the MENA

Organized by **Gabi Kirk** and **China Sajadian**

**Organized under the auspices of the Jadaliyya Environment Page**

Chair: **Gabi Kirk,** UC Davis

**China Sajadian,** CUNY Graduate Center *"Men Don't Weed": The Agrarian Question of Debt among Syrian Refugee-Farmworkers in Lebanon's Bekaa Valley*

**Brittany Cook,** Louisiana State University *The Social Reproduction of Wheat Production across Jordan*

**Schluwa Sama,** Independent Scholar *The Production of Values among Small-Scale Farmers in Iraqi Kurdistan*

**Anna Simone Reumert,** Columbia University *Future Returns: Indebtability and Crop Speculation Among Migrant Returnees in Sudan*

AAUP-01193

## SUNDAY, DECEMBER 4, 2022                    SESSION XII   11:00 AM

### Roundtable
### XII-01: Transformation of the Global through 1979

Organized by **Maryam Alemzadeh** and **Mohammad Ataie**

Chair: **Eric Lob,** Florida International University

**Maryam Alemzadeh,** Princeton University
**Mohammad Ataie,** Brandeis University
**Raphaël Lefèvre,** Aarhus University/Oxford University
**Toby Matthiesen,** Ca' Foscari University

### Roundtable
### XII-02: Connected Histories of Science, Islam, and the State in the Globalizing Middle East, 18th-20th centuries

Organized by **Sahar Bazzaz** and **Jane H. Murphy**

Chair: **Sahar Bazzaz,** College of the Holy Cross

**William Carruthers,** University of East Anglia
**Jane H. Murphy,** Colorado College
**Elise K. Burton,** University of Toronto
**Kenan Tekin,** Yalova University
**Victoria N. Meyer,** University of Arizona

### Workshop
### XII-03: Global Academy Workshop on Current Events in Afghanistan

Organized by **Mimi Kirk**, Middle East Studies Association

**Sharif Hozoori**, Cornell University
**Sayed Husseini**, Marymount University
**Haroun Rahimi**, American University of Afghanistan
**Omar Sadr**, University of Pittsburgh

### XII-04: Shifting Tides in Late Ottoman Times

**Yeliz Cavus,** Loyola University Maryland *Writing National History with Imperial Resources: The transformation of the Ottoman Historical Society to Turkish Historical Society*
**Hakeem Naim,** Northern Arizona University *The Ottoman Intelligentsia and the Genesis of the Afghan Mashrūtah Movement*
**Yigit Bayman,** University of Arizona *Ottoman Imperialism in Yemen in the Early Twentieth Century, Colonial Caliphate*

**Jennifer Manoukian,** UCLA *Cultural Nationalism and the Spread of a 'National Language' among Arabophone, Turcophone and Kurdophone Armenians in the Ottoman Empire, c. 1840 to c. 1860*
**Humza Azam Gondal,** Princeton University *Pan-Islamism and its Discontents: The Worldview of İttihad-ı İslam in the Late Ottoman Empire*
**Erdem Sönmez,** Social Sciences University of Ankara *Ranke in the Middle East: The Emergence of Modern Historiography in the Late Ottoman Empire*

### XII-05: Revisionist Ottoman History: Discoveries in the Archives and Beyond

Organized by **Christine Isom-Verhaaren**

Discussant: **Eric Dursteler,** Brigham Young University

**Christine Isom-Verhaaren,** Brigham Young University *Sailing in the Archives*
**Linda T. Darling,** University of Arizona *Archival Documents and Group Disaggregation in the Ottoman State*
**Kent Schull,** Binghamton University, SUNY *Navigating Criminal Justice related Sources for the Ottoman Empire: A "History from Below" Approach*
**Fariba Zarinebaf,** UC Riverside *Bordering and Surveying the Borderland: Azerbaijan under Ottoman Rule*
**Alex Schweig,** University of Arizona *Multiple Routes to the Anatolian Subject: Decentering Modernization Narratives in Late Ottoman Anatolia Through Source Diversity*

### XII-06: Mapping AKP's Civilizational Ideology in Turkey

Organized by **Gizem Zencirci**

Discussant: **Katerina Dalacoura,** London School of Economics

**Alev Cinar,** Bilkent University/Stanford University *Debating Civilization in Contending Muslim Conservative Journals in Turkey*
**Ayse Ayten Bakacak,** Ankara Yildirim Beyazit University *Islamist Contestation of AKP's Civilizationist Discourse: The Iktibas Journal*
**M. Nergiz Altınsoy,** Independent Scholar *Founders of AKP's Civilizationist Ideology: Ahmet Davutoğlu and İbrahim Kalın in a Comparative Perspective*
**Gizem Zencirci,** Providence College *"The Hidden Codes of Civilization": Reviving Ottoman Ahi (Craft) Guilds and Rebuilding Islamic Business Ethics*

AAUP-01194

**Seda Baykal,** University of Pittsburgh *Bringing Madrasa Back: Higher Education and Institutionalization of Islamic Civilization In Contemporary Turkey*

### XII-07: Emotional Wellbeing in the MES Classroom: Teaching on the Middle East in Times of Distress

### Organized under the auspices of the Committee for Undergraduate Middle East Studies (CUMES)

Organized by **Pheroze Unwalla**

Chair: **Victoria Hightower,** University of North Georgia

**Kristi N. Barnwell,** University of Illinois at Springfield *Compassion and Community in the MES Classroom: Reflections on Teaching through Collective Trauma*
**Jenna Rice Rahaim,** Macalester College *Empathy and Embodiment in the Islamic Studies Classroom*
**Pheroze Unwalla,** University of British Columbia *Emotion(ality) and Emotive Writing: A SOTL Study into the Impacts in/on the Middle East Studies classroom*

### XII-08: Reconceptualizing Knowledge and Narratives

**James Whidden,** Acadia University *Zaghlul's Memoirs: Significance in the Revolutionary Processes, 1919*
**Khalil Dahbi,** GIGA *Narrating a New World: The Moroccan Marxist-Leninist Movement in the Post-Cold War Era*
**Mona Khneisser,** University of Illinois at Urbana-Champaign *Unsettling Crisis: Rethinking Crisis Narratives & Epistemes in Theorizing Political Economy & the Everyday in Lebanon*
**Anna Rebrii,** Binghamton University *Transforming Knowledge Production: Epistemological and Methodological Contributions of the Kurdish and Zapatista Movements*
**Rand al-Jumaily,** University of Toronto *Re-examining Iraq's Simele Massacre*
**Selin Ünlüönen,** Oberlin College *Shah Tahmasb's Juvenelia and the Limits of a Patron's Biography*

### XII-09: Religious and Political Developments in Modern Egypt

Chair: **Mohammad Salama,** George Mason University

**Peter Gran,** Temple University *Updates and Revisions in the Study of the Egyptian Reformer Shaykh Hasan Al-`Attar, d. 1835*
**Amy Fallas,** UC Santa Barbara *Death of a Prime Minister: The Assassination of Boutros Ghali and Mediating*

*Sectarianism in Egypt, 1906-1911*
**Mathias Ghyoot,** Princeton University *Brothers Behind Bars: Researching the History of the Muslim Brotherhood in Egypt, 1948-1975*
**Farida Makar,** University of Oxford *The Malleability of Progressive Education: The early Nasser Years*
**Arthur Zárate,** San José State University *Debating Islamic "Tradition": Can the Concept Account for Change or Novelty in Islam?*
**Erika Biagini,** Dublin City University *The Egyptian Muslim Brotherhood after its Ousting from Government: A Meso-Level Analysis*

### XII-10: Wage Labor and Markers of Social Class

Chair: **Hee Eun Kwon**

**Crystal Ennis,** Leiden University *Rethinking Wages and Class in Global Gulf Labour Markets*
**Hee Eun Kwon,** UC San Diego *Performance of Cosmopolitanism in the United Arab Emirates*
**Yavuz Yasar,** University of Denver *Social Reproduction in Turkey since the 2000s*
**Mikiya Koyagi,** University of Texas at Austin *Pedaling in Pahlavi Iran: A History of the Bicycle*
**Matt Buehler,** University of Tennessee *Racism and Labor Market Threat (Mis)Perceptions: An Original Survey Exploring Moroccan Attitudes about sub-Saharan Migrants*

### XII-11: Contemporary Palestine: Critical Perspectives and Arguments on Control, Autonomy, and Resistance

Organized by **Alaa Tartir**

Chair/Discussant: **Alaa Tartir,** The Graduate Institute

**Ghada Sasa,** McMaster University *"Making the Desert Bloom" or Desertifying Palestine?*
**Gabi Kirk,** UC Davis and **Paul Kohlbry,** University of Chicago *Situating the Transnational in Rural Palestine*
**Yara M. Asi,** University of Central Florida *The Bureaucracy of Mortality: The Structural Violence of Medical Permits for Palestinians in the West Bank and Gaza Strip*
**Jeremy Wildeman,** University of Ottawa/Carleton University *Western Intervention, Liberal Idealism and the Denial of Palestinian Self-Determination*

AAUP-01195

### XII-12: Despair, Decay and Politics of Impasse

**Omar Yousef Shehabi,** Yale Law School *No Alternative to Despair? Sahrawis, Palestinians, and the International Law of Nationalism*

**Asli Bali,** UCLA *Democratic Decay in Turkey: The Use and Abuse of Constitutionalism*

**Omar Safadi,** University of Chicago *"Bigger Than You and Me": Geopolitical Games, Collective Action, and the Affects of Political Helplessness in Contemporary Lebanon*

**Alon Burstein,** Hebrew University of Jerusalem *Let's Trust in God: The Religionization/Secularization Processes of Violent Groups*

### XII-13: Rediscovering the Arabic Novel

**Nuha Askar,** Goethe University *The DeformNation Theory: The Fragmentation of the Nation in the Narratives of Postcolonial Nation-States*

**May Kosba,** Graduate Theological Union *Fateful Triangles: Locating Egyptian Race-Consciousness in Bahā' Tāher's Wāhat al-ghurūb*

**Adam Spanos,** Independent Scholar *The Presentist Novel in 1950s Lebanon*

**Kyle Wanberg,** NYU *Consumption as a Narrative Device: Sonallah Ibrahim's The Committee*

**Rania Mahmoud,** University of Arkansas *A Sufi Evaluation of the Egyptian National Project in Bahaa Taher's Sunset Oasis*

### XII-14: The Reconfiguration of Gender, Violence and Sexuality

**Vickie Langohr,** College of the Holy Cross *Are Poor Men More Likely to Harass? Social Class in Discourse About, and Criminal Prosecution of, Public Sexual Harassment in Egypt*

**Alessandra Bonci,** Laval University *How pious illiberal Muslim women challenge the national identity in the post-revolutionary Tunisia*

**Serpil Atamaz,** CSU Sacramento *Nowhere is Safe: Sexual Violence in Early Republican Turkey*

**Rosemary Admiral,** University of Texas at Dallas *From Premodern to Modern: Navigating Law, Society, and Gender in Morocco*

**Babak Tabarraee,** University of Texas at Austin *Men at Work: Revisiting Filmfarsi and the Hegemonic Masculinities of the Pre-Revolutionary Iranian Cinema*

**M. Ruth Dike,** University of Louisville *Men "Doing Domesticity:" Reproductive Labor & Gendered Subjectivities in Urban Morocco*

### XII-15: Cultural Contestations: The Geopolitics and Reception of Turkish TV Dramas

Organized by **Yesim Kaptan**

Chair/Discussant: **Yesim Kaptan**

**Ece Algan,** CSU San Bernardino and **Yesim Kaptan,** Kent State University *Cultural production under government control: The case of Turkish TV industry*

**Petra De Bruijn,** Leiden University *Primetime Piety. The depiction of religion in Turkish television drama.*

**Yasemin Celikkol,** Northwestern University in Qatar and **Sashreek Garg,** Northwestern University in Qatar *The Popular Geopolitics of Turkish TV Series in India*

**Marc Saurina,** Universidad Carlos III de Madrid *Need of cultural translation? Exploring dubbing and subtitling practices into Spanish of Turkish TV Series*

### XII-16: The Afterlives of the Arab Spring: Exile and Diaspora Mobilization Post-2011

Organized by **Miray Philips** and **Amr ElAfifi**

**Miray Philips,** University Of Minnesota *Diasporic Coptic Activism, Generational Divides, and the Challenge of Framing Islam/ophobia*

**Yasmine Kherfi,** London School of Economics *The Politics of Syrian Archival Practices in Exile*

**Amr ElAfifi,** Syracuse University *The political psychology of exile*

**Negar S. Razavi,** Northwestern University *Navigating the Middle East in Washington*

**Saif Alislam Eid,** Arab Center for Research and Policy Studies *Exiled young leaders: how does the exile affect the Egyptian student activism leader?*

**Kelsey Norman,** Rice University *When is return migration possible? Egyptian exiles and informal transnational repression*

### XII-17: Architecture and Politics of Urban Spaces

Chair: **Vahid Vahdat,** Washington State University

**Robert Flahive,** Virginia Tech *"You need to give structure for perception, how to perceive our history": Harnessing architectural history to refashion settler colonialism in Tel Aviv*

**Noah Hysler Rubin,** Bezalel Academy of Art and Design *Municipal Engineer Ben Zion Guini and the transition from Ottoman to British planning in Jerusalem/Palestine*

AAUP-01196

**Muna Guvenc,** Brandeis University *Manifesting Identity through Urban Politics*
**Ahmed Abdelazim,** University of Wisconsin-Madison *Preachers of Islamic architecture: Locating the "Islamic" in Egypt's architectural discourse during 1980s*

### XII-18: Literary Translation and Cultural Contact

**Nergis Erturk,** Pennsylvania State University *Liubovnye romany: A Suat Derviş Novel in Russian Translation*
**Pierre Folliet,** Yale University *The Politics of Multilingualism on the Eve of Algeria's Independence: Arabization, Secularism, and Francophone Berber Intellectuals*
**Nicholas Mangialardi,** Williams College *"A Journey from East to East": Arabic Travel Writing from Japan*
**Maria Swanson,** United States Naval Academy *Nasīb ʿArīḍah's Translations, Arabizations and Emulations of the Russian Poetry and Their Impact on His Creative Works*
**Berkay Uluc,** University of Michigan, Ann Arbor *Rethinking Arabic-Turkish Literary Contact: 19th-century Robinson Crusoe Translations*
**Marina Mayorski,** University of Michigan *Translated Modernity: Ladino Adaptations of French Fiction in the Late Ottoman Empire*

### XII-19: Care Work and Healing Practices

Chair: **Yasmin Shafei,** AUB

**Sabrina Lilleby,** University of Texas at Austin *Self-help and Community Care in Post-Revolutionary Cairo*
**Josephine Chaet,** University of Illinois at Chicago *The Politics of Care (al-rʿāīaa): Organizational Patronage in hashmī a-shamālī*
**Tess Waggoner,** New York University *Listening (Imp)Acts: Sound, Trauma and the "Bellephonic"*
**Noora Lari,** Qatar University *Building Capacities: Youth Civic Engagement in a post-Pandemic Era*
**Ayca Alemdaroglu,** Stanford University *Reading life through immature death or dying young in Turkey*
**Ahmed Ezzeldin Mohamed,** Stanford University *Explaining Government Responsiveness in Ramadan in the Muslim World*

AAUP-01197

## SUNDAY, DECEMBER 4, 2022     SESSION XIII    1:30 PM

**Roundtable**
**XIII-01: Ottoman geographical knowledge and the early modern information order in the light of Sayyid `Ali Akbar's Khataynameh**

Organized by **John Curry**

Chair: **Kaveh Hemmat**

**John Curry,** University of Nevada, Las Vegas
**Kaveh Hemmat,** Benedictine University
**Hyunhee Park,** CUNY Graduate Center/John Jay College
**Gottfried Hagen,** University of Michigan
**Baki Tezcan,** UC Davis

**XIII-02: Captives, Clergymen, Soldiers, Refugees: Mobile Actors and their Accounts on the Transottoman Space**

Organized by **Gul Sen**

**Albrecht Fuess,** University of Marburg *Europeans as military experts and interpreters in the Mamluk Sultanate and beyond*
**Andreas Helmedach,** Ruhr-University Bochum *The Life and Crisis of a Venetian Soldier: Colonel Francesco Muazzo in the First Morean War (1684-1699)*
**Mihai D. Grigore,** Leibniz Institute of European History *There and Back Again: The Patriarch of Antioch and What the Ottoman Authorities Learned from His Journey to the Orthodox Rulers*
**Gul Sen,** University of Bonn *"From Now on You Are Captives of the Russian State!" Narrating the Experience of War Captivity in the Eighteenth Century*
**Suraiya Faroqhi,** Ibn Haldun University *The memoirs of two refugee women*

**XIII-03: Civilizational Thought in the Islamic Intellectual Field in Turkey**

Organized by **Alev Cinar**

Chair: **Alev Cinar,** Bilkent University/Stanford University
Discussant: **Cemil Aydin,** UNC Chapel Hill

**Talha Koseoglu,** Eskisehir Osmangazi University *Cold War Origins of Civilizational Thinking in Turkey: Journal of Islamic Civilization*
**Enes Ateş,** Mardin Artuklu University *The Formation of Civilization-Centered Thought in Turkey: Sezai Karakoc and The Dirilis (The Rebirth) Thesis*

**Ismail Yazici,** Bilkent University *Occidentalism, Internationalism, and Nativism in Islamic Civilizational Thought: Reflections on Nuri Pakdil's Writings*
**Fatma Murat Elmacioglu,** Bilkent University *The Idea of Civilization and City in the Writings of Lütfi Bergen:  Şehir against Kent*

**XIII-04: Intellectual Movements in Modern Egypt**

**Ahmad Agbaria,** University of Texas at Austin *The Post-Ottoman Order: On the Philosophical Project of Ahmad Amin*
**Sarah Azmeh,** Indiana University Bloomington *Muhammad Al-Khiḍr Ḥusayn and the Nationalist Modernity of the Free Officers: A "Modern" Yet Authentic Egypt?*
**Weston Bland,** University of Pennsylvania *Salama Musa and "Religious Fascism"*
**Atar David,** University of Texas at Austin *The Social Dilemma: Why, Who, and How to Feed Egyptian Citizens in the Interwar Period*
**Eftychia Mylona,** Leiden University *Education in transition: The Greeks and the education in Egypt,1960s-1980s*
**Rami Ginat,** Bar-Ilan University *Lutfi al-Khuli and the Exgyptian Peace Movement: A Missed Opportunity*

**XIII-05: The Shifting Terrain of Power and Politics in Iran**

Chair: **Annie Tracy Samuel,** University of Tennessee at Chattanooga

**Ali Reza Eshraghi,** UNC Chapel Hill MidEast Center *Neither the Will to Power, Nor Power of the Will: IRGC and the Contingent Politics of Growth*
**Vahid M. Mazdeh,** UC Berkeley *History and Politics: Readings of the Constitutional Revolution in Post-1979 Iran*
**Sohail Jannessari,** Universitat Pompeu Fabra *The disappearing urban-rural divide in Iran's elections*
**Ehsan Kashfi,** University of Alberta *The Politics of Street Names: Reconstructing Iran's Collective Identity*

**XIII-06: A Thumb on the Scale: Exploring the Limits of U.S. Narratives of Neutrality in the Middle East after Camp David**

Organized by **Laila Ballout**

**Nathaniel George,** Harvard University *Kissinger's Congo Men: Race, Empire, and Counterrevolution in Congo, Southeast Asia, and the Eastern Mediterranean*

AAUP-01198

**Laila Ballout,** Wichita State University *"Preserving our Shared Western Values: U.S. Neutrality in the Lebanese Civil War and the Campaign to Strengthen Ties between the Lebanese Phalange and the United States",*
**Alex Hobson,** US Naval War College *Sheikh Muhammad Fadlallah and the Fragility of U.S. Power in the Middle East in the 1980s*
**Daniel Chardell,** Harvard University *Let My People Go—Where? Soviet Jewish Migration, Israeli-Palestinian Peace, and the Limits of U.S. Neutrality, 1989-1991*

### XIII-07: History of Medicine, Health Care, and Collectivism

**Iman Darwish,** Harvard University *Ibn Abī al-Ashʿath Book of Simples: The Formative Period of the Arabic Tradition of Materia Medica*
**C. Carter Barnett,** Johns Hopkins University *Gazan Society and Missionary Medicine, 1882-1954*
**Samuel Dinger,** NYU *The Sakan Shababiyy, or the World Improvised: Masculine Care and the Production of Domestic Space in Exile*

### XIII-08: Constructing, Shifting and Breaching Borders

Chair: **David Siddhartha Patel,** Brandeis University

**Mitch Bacci,** Harvard University *Opiate Trafficking as Everyday Resistance in the Interwar Eastern Mediterranean*
**Golaleh Pashmforoosh,** York University *From lenj Boats to Nuclear Reactors: the Rise of Bushehr, 1850-1989*
**Jackson Perry,** George Washington University *When Is an ex-Spahi Just an ex-Spahi? Accommodation and Sovereignty in the Saharan Borderlands of Nineteenth-Century Algeria*
**Yasmine Zarhloule,** University of Oxford *The Revival of Cooperatives, Productive Citizens & Neoliberal Practices: Examining Bordering practices in Eastern Morocco*
**Bilal Salayme,** Graduate Institute of Geneva and **Osama Seyhali,** Marmara University *It has never been separated! The role of religious orders in unmaking the Turkish-Syrian border in Syria's Jazira Region*
**Bret Windhauser,** University of Washington *Placing the Frontier: Imperialism and Expansion Along the Iraq-Kuwait Border*

### XIII-09: Managing the Pandemic

Chair: **Elizabeth Berk,** Yale University

**Andreas Rechkemmer,** Hamad Bin Khalifa University *COVID-19 Policy Tracker: MENA Government Responses to the Crisis*
**Gamze Cavdar,** Colorado State University *State Capacity and Gender in the Age of COVID-19*
**Suzanne Morrison,** Zayed University *The Securitization of COVID-19 in the Occupied Palestinian Territories*
**Fahed Al-Sumait,** American University of Kuwait *Assessing the Digital Impacts of COVID-19 in Kuwait*
**Jinan Al-Habbal,** London School of Economics *Protesting through a Pandemic: Youth Activism in Lebanon*

### XIII-10: Bringing in the Other Islamists – comparing Shia and Sunni Islamism

Organized by **Jeroen Gunning** and **Morten Valbjorn**

Chair: **Morten Valbjorn,** Aarhus University

**Younes Saramifar,** Aarhus University/Vrije Universieteit Amsterdam *We are History:  Historical Affect, radical cosmologies and militancy in the MENA region*
**Courtney Freer,** Emory University *An Islamist Disadvantage?: Revisiting Electoral Outcomes for Islamist Parties in the Middle East*
**Toby Matthiesen,** Ca' Foscari University *Comparing State Sponsorship for Sunni and Shii Islamist movements*
**Raphaël Lefèvre,** Aarhus University/Oxford University and **Jeroen Gunning,** Aarhus University/London School of Economics *A Regional Jihad? The Transnational Dynamics of Shia Islamist Armed Groups*
**Andrew Leber,** Tulane University and **Morten Valbjorn,** Aarhus University *What We Talk About When We Talk About Islamists*

### XIII-11: Armed Conflicts and Ideological Warfare

**Sara Dima Abisaab,** NYU *Geographies of War: Scalar Containment Through Municipal Politics in Post-War Lebanon*
**Francisco Javier Martinez,** University of Zaragoza *Reassessing chemical warfare in Morocco's Rif War, 1921-1927. Actors, initiatives, effects*
**Lina Wang,** University of Washington *Turkey's "Good Muslims and Good soldiers" in Korea: Turkish Prisoners of War in Communist Camps*
**Ismet Herdem,** Indiana University *Pragmatism and Conflict in the Turkish-Iranian Paradox*

AAUP-01199

**Emrullah Uslu,** Independent Scholar *Populism, Elitism, and Violence in Political Islam: Comparing Muslim Brotherhood and Gulen Network*

### XIII-12: Literary Narratives, Music, Material Culture

Chair: **Sadegh Ansari,** SUNY Geneseo

**Rama Alhabian,** Hamilton College *What is Modern about Repetition? Mimesis and Mimicry in Nasif Al-Yazji's Maqamat Collection Majma al-Bahrayn*
**Ahmad Rashid Salim,** UC Berkeley *The Ballads of Bedil: Literature, Mystics, and the Musicians of Kabul*
**Ahmet Yusuf Yuksek,** NYU *"Bir Lokma, Bir Hırka (a Morsel of Food and a Cloak):" The Material Culture of the Pre-Modern Mevlevi Culinary and Clothing Traditions*
**Lubna Safi,** UC Berkeley *How the Andalusī Qaṣīdah Sees? The Transformative Capacity of Takhyīl and the Poetic Image*
**Kaveh Hemmat,** Benedictine University *Depictions of East Asia and the Islamicate Prehistory of Early Modern Utopias*
**James Clark,** University of Nebraska Omaha *Fact and Fiction: A Look at Two Works by Mirza Hasan Khan E'temad os-Saltaneh*

### XIII-13: New Models for Citizenship and Statehood

Chair: **Özgür Özkan,** University of Washington

**Diane E. King,** University of Kentucky *The Kurdistan Region of Iraq and the Changing Middle East Political Map*
**Mehdi Faraji,** NYU *From "Civilized" to "Independent" Citizens: The Literacy Campaign and Citizenship in pre- and postrevolutionary Iran*
**Mohammed Salih,** University of Pennsylvania *The Islamic State's Visions of Political Community and Statehood vis-à-vis Nationalism*
**Berna Turam,** Northeastern University *Bar Association Safeguarding Istanbul's Recount Election: The Bar-City Alliance For Democracy*
**Bilgehan Ozturk,** Sakarya University *Madkhali-Salafis as a 'Counter-Revolutionary' Tool in Libya*

### XIII-14: National and Transnational Cinema

**Farzaneh Ebrahimzadeh Holasu,** University of Nevada Reno *Everyday Resistance and Quite Encroachment in Shirin Neshat's Women Without Men (2009) and Mahdokht (2004)*
**Anna Levett,** Oberlin College *As If: Documentary Cinema After the Arab Uprisings*
**Meryem Belkaid,** Bowdoin College *Documentaries and nation-building in Algeria*
**Reem Kosba,** Graduate Theological Union *Orientalist*

*Myths of Ancient Egypt in Egyptian Cinema: A Case of Bride of the Nile*
**Mariam Abazeri,** University of Miami *Women of the Sun: The Politics of Collective Mediamaking and Transnational Productions*

### XIII-15: Religious Discourse and Identity Construction

**Azadeh Vatanpour,** Emory University *A Collective Enterprise: Discursive Construction of Yarsan Identity*
**David Larsen,** NYU *Dawud al-Ta'i, Self Distancing, and Manumission*
**Babak Rahimi,** UC San Diego *Shī'ī Iranian clerical Authority in the Age of Social Media*
**Edith Szanto,** University of Alabama *Healing in Contemporary Arab Twelver Shi'ism*
**Afsane Rezaei,** Utah State University *Vernacular Authority and the Reformulation of Religious Observance*
**Sergey Salushchev,** UC Santa Barbara *Take Me to Karbala: Body, Piety, and the Imperial Thanatopolitics in the Shiʿa Community in the Nineteenth Century Caucasus*

### XIII-16: Constructing and Challenging Gender Norms

**Kholoud Hussein,** Cornell University *Silver Screen Cinderella: Soad Hosny and the Fashioning of a Cultural Image*
**Damla Isik,** Regis University *Developing the Peri-urban: Slow City, Slow Food, and Women's Entrepreneurship in Seferihisar, Turkey*
**Nevine El Nossery,** University of Wisconsin-Madison *When Comics Dismantle Taboos in Morocco*
**Nada Ali,** UCLA *Unveiling in the time of Revolution and Coup*
**Namie Tsujigami,** Sophia University *Consumption-driven Entrepreneurship among Women in Saudi Arabia*
**Khadidja Bouchellia,** University of Arkansas *Silent Screams in Maghreb Cinema: Depictions of Abortion in the films The Silences of the Palace (1994) and Razzia (2017)*

### XIII-17: A Project-Based Language Learning (PBLL) Approach to Developing Advanced Communicative Skills, Multiliteracy and Intercultural Competence: Examples from the Arabic Language Flagship

Organized by **Sonia Shiri**

**Ahmed Hanafy,** University of Maryland *Drive and Survive: An Arabic Project-Based Language Learning Project*
**Attia Youseif,** Indiana University *Make Yourself at Home: Hospitality in Arab and American Culture*
**Abdessamad M'barki,** University of Arizona and **Sonia Shiri,** University of Arizona *"Help My Association: Project Based Language Learning in a Hybrid Study Abroad Context"*

AAUP-01200

# EXHIBIT 194



**MESA 2023**

Montréal, Québec, Canada
November 2-5, 2023

# PRELIMINARY PROGRAM

MESA's largest program ever — with over 370 sessions, an extensive book exhibit, and a virtual FilmFest.

Please see the MESA 2023 **searchable program** for current information on this year's program. You may also search previous programs from 2009-2022.

## Schedule of Events

**Thursday, November 2**

| | |
|---|---|
| 3:00-6:00 PM | Book exhibit |
| 3:00-5:00 PM | Session I |
| 5:30-7:30 PM | Session II |

**Friday, November 3**

| | |
|---|---|
| 8:30-10:30 AM | Session III |
| 9:00 AM-6:00 PM | Book exhibit |
| 11:00 AM-1:00 PM | Session IV |
| 1:30-3:30 PM | Session V |
| 4:00-6:00 PM | Session VI |
| 7:00-9:30 PM | Presidential Address & Awards Ceremony |
| 9:30-11:00 PM | MESA Reception |

**Saturday, November 4**

| | |
|---|---|
| 8:30-10:30 AM | Session VII |
| 9:00 AM-6:00 PM | Book exhibit |
| 11:00 AM-1:00 PM | Session VIII |
| 1:15-2:45 PM | Members meeting |
| 3:00-5:00 PM | Session IX |
| 5:30-7:30 PM | Session X |
| 8:30 PM-1:00 AM | Stand-up Showcase & MESA Dance Party |

**Sunday, November 5**

| | |
|---|---|
| 8:00 AM-12:00 PM | Book exhibit |
| 8:30-10:30 AM | Session XI |
| 11:00 AM-1:00 PM | Session XII |
| 1:30-3:30 PM | Session XIII |

## REGISTRATION HOURS

| | |
|---|---|
| 11:00 AM - 7:00 PM | Thursday, Nov. 2 |
| 8:00 AM - 5:00 PM | Friday, Nov. 3 |
| 8:00 AM - 6:00 PM | Saturday, Nov. 4 |
| 8:00 AM - 1:30 PM | Sunday, Nov. 5 |

## Special Events at MESA 2023

**Friday, November 3**
**7:00-11:00 PM**

**Presidential Address**
Eve M. Troutt Powell, University of Pennsylvania

**MESA Awards Ceremony**
Honoring excellence in Middle East studies

**MESA Reception**
Held immediately following, in celebration.

**Saturday, November 4**
**8:30 PM-1:00 AM**

**Stand-up Showcase and MESA Dance Party**
Join us for a stand-up comedy show highlighting a diverse lineup of some of the funniest Montréal-based comedians of Middle Eastern descent, followed by a dance party dedicated to the celebration of diverse music from the Middle Eastern and North African regions and their diaspora. *Co-sponsored with the Institute for Islamic Studies at McGill University.*

## Conference Registration
**Pre-register by September 29**
or on-site beginning
Thursday, November 2 at 11:00 AM

To register, **https://mesana.org/annual-meeting/registration**

| Category | By Sept 29 | On-site |
|---|---|---|
| Full/associate | $175 | $225 |
| Student/retired member | $85 | $135 |
| Student non-member | $150 | $200 |
| Other non-members | $300 | $350 |

AAUP-01202



**MESA 2023**

Montréal, Québec, Canada
November 2-5, 2023

*We extend a special thank you to our*

## MESA 2023 CONFERENCE SPONSORS

## GOLD LEVEL





## SILVER LEVEL





## BRONZE LEVEL





AAUP-01203



**MESA 2023**

Montréal, Québec, Canada
November 2-5, 2023

## LOCATION

### PALAIS DES CONGRÈS DE MONTRÉAL

The MESA Annual Meeting will be held at the Palais des congrès de Montréal (main entrance is 1001 Place Jean-Paul-Riopelle) and **easily accessed** by all forms of transportation. This convention center is reknowned for its architectural beauty and iconic multicolored glass façade. The Palais des congrès is a part of the underground city shopping promenade and is the location of the Place-d'Armes station on the orange line of the Montréal Metro.



## CONFERENCE HOTELS

MESA has contracted for discounted room nights at three hotels near the convention center. The cut-off date for receiving discounted rates is **October 9, 2023**. Booking your room at one of these hotels helps to cover most of the costs of the Annual Meeting, and therefore allows us to subsidize our registration rates.

### DOUBLETREE BY HILTON MONTRÉAL
1255 JEANNE MANCE STREET
To book a room at the Doubletree by Hilton Montréal, use this **passkey** or by phone call 1-800-361-8234 and mention **MESA Annual Meeting 2023**.

Single/Double   CAD$259 (approx. US$191)
Triple          CAD$284 (approx. US$209)
Quadruple       CAD$309  (approx. US$227)

**NEEDING A ROOMMATE?**

MESA maintains a "roommates wanted" page on its website where those wanting to share rooms can find each other.  If you are interested in sharing a room at the conference hotel during the MESA annual meeting, visit MESA's website at **https://mesana.org/annual-meeting/room-mate-locator.**

### LE WESTIN MONTRÉAL
270 ST. ANTOINE QUEST
To book a room at Le Westin Montréal, use this **link**.

Single/Double   CAD$259 (approx. US$191)
Triple          CAD$299 (approx. US$220)
Quadruple       CAD$339  (approx. US$250)

### INTERCONTINENTAL MONTRÉAL
360 SAINT-ANTOINE STREET WEST
To book a room at the Intercontinental, use this **passkey**.

Single/Double   CAD$279 (approx. US$205)
Triple          CAD$299 (approx. US$220)
Quadruple       CAD$319  (approx. US$235)

AAUP-01204



**MESA 2023**

Montréal, Québec, Canada
November 2-5, 2023

# MESA MEMBERS MEETING
## NOVEMBER 4, 2023
## 1:15-2:45 PM EDT

The members meeting is an annual meeting of the membership open to all members. Voting is restricted to full and student MESA members. The meeting mainly consists of reports (see agenda below). Where members play an important role is in voting for the Nominating Committee and on any resolutions that are being presented. A member in good standing can add names to the list of people who will be invited to run for the Nominating Committee, augmenting those proposed by MESA's Board.

**Quorum**
A minimum of 35 voting-eligible members must be in attendance for votes to be taken. Failing that, the meeting can be held but votes cannot be taken.

**Resolutions**
When important issues are before the membership, resolutions are sometimes presented at the members meeting. Resolutions can originate from MESA's Board or from the membership. For resolutions to be acted upon at the 2023 Members Meeting, they must be in the hands of the MESA Secretariat by Wednesday, October 18, 2023. Instructions for submitting resolutions can be found in MESA's Bylaws, which are posted on MESA's website at **mesana.org**.

MESA Members Meeting *Sample Agenda*

1. Call to Order
2. Adoption of Meeting Rules
3. Adoption of the Agenda
4. In Memoriam and Moment of Silence
5. Announcement of 2023 MESA Election Results
6. 2024 MESA Nominating Committee Call for Names
7. Update from President Eve Troutt Powell
8. Report of Executive Director Jeffrey D. Reger
9. Reports of Editors: Joel Gordon for *IJMES* and Heather Ferguson for *RoMES*
10. Committee Reports
11. New Business
12. Adjournment

### VOLUNTEER PANEL CHAIRS NEEDED

We welcome volunteers to chair put-together panels (assembled by the Program Committee out of accepted individual abstracts). Chairs may take it upon themselves to also serve as discussants. Panels needing chairs (as of August 30, 2023) are designated with "Volunteer needed". To volunteer, **please complete the form located on MESA's website.** Please note that MESA membership and annual meeting pre-registration are required of all meeting participants on the program, including volunteer panel chairs.

AAUP-01205



**MESA 2023**

Montréal, Québec, Canada
November 2-5, 2023

# CONFERENCE POLICIES AND SPECIAL ACCOMMODATIONS

### PERSONAL BEHAVIOR

MESA is committed to providing a safe, welcoming, and supportive environment for all members and participants in MESA events. Intolerance, discrimination, and harassment undermine the values of MESA's mission and purpose, which is to facilitate professional opportunities for all participants and members. We strive to maintain dialogue, create a culture of care, and provide space for the academic exchange of ideas. MESA supports the identities of all participants, regardless of gender, gender identity or expression, race, color, national or ethnic origin, religion or religious belief, age, marital status, sexual orientation, disabilitiy, veteran status, or immigration status.

All attendees of MESA events are expected to adhere to these values, including conference participants, students, guests, staff, contractors and exhibitors, and participants in professional and social events.

Any attendee who creates an unwelcoming environment for others through inappropriate behavior, or who creates a disturbance or safety hazard, will be subject to having their registration revoked, and potentially be barred from attending future meetings.
If you are being harassed or notice an act of harassment, please see the MESA Help Desk located in the registration area, and/or email *ash@mesana.org*.

### DISCLAIMER

The opinions, statements, presentations, data, images, videos, documents, and other information expressed or otherwise shared by presenters or other participants at the meeting are for informational purposes only. The views and opinions expressed by presenters are not those of MESA, unless expressly indicated otherwise. MESA is not responsible for the accuracy, quality, or reliability of any of the materials presented, or liable for any damages arising therefrom. MESA shall not be responsible for any defamatory, offensive, or illegal conduct of any meeting attendee.

### NO-SHOW POLICY

A "no-show" is someone who is not physically present at their panel at the conference and hasn't notified the MESA Secretariat beforehand. Please notify the Secretariat (**meeting@mesana.org**) if you cannot attend your session in any capacity so that we may have accurrate records and update the program.

### SOCIAL MEDIA

Speakers presenting materials that they do not wish to be shared live should make a request to the audience at the beginning of their presentations. Follow MESA on Twitter (now **X**), **Facebook**, and **Instagram** for the latest on **#MESA2023** and the field of Middle East studies.

### CHILD CARE SUBSIDY AVAILABLE

MESA does not directly provide on-site child care, but registered MESA attendees can hire a local service to care for children during the Annual Meeting in Montreal, and MESA will reimburse up to $200 of expenses. We support working parents, and we thank our members for their generous contributions to the MESA Annual Meeting Child Care fund, which permits your association to subsidize the cost of child care for attendees. For further information, see **https://mesana.org/annual-meeting/childcare.**

### LACTATION ROOM

A private room has been designated for parents needing to nurse their children. Please see the MESA Help Desk located on Level 5 to obtain access.

### PRAYER & QUIET ROOM

MESA has designated Room 440 for prayer and quiet space.

### COMPLIMENTARY WHEELCHAIR

Wheelchairs may be borrowed for use at the Palais but must be reserved in advance. For more information, go **here**.

AAUP-01206



**MESA 2023**

Montréal, Québec, Canada
November 2-5, 2023

# BOOK EXHIBIT

Publishers and vendors of interest to our members have booth space in the Book Exhibit, conveniently located near MESA registration and panels on the fifth level of the Palais. Take the opportunity to browse all of the latest publications in the field beginning Thursday, November 2 at 3:00 PM.

## EXHIBITORS

Aga Khan University Institute for the Study of Muslim Civilisations
American University in Cairo Press
Arab American Language Institute in Morocco (AALIM)
Arab Gulf States Institute in Washington
Arabic Language Institute in Fez (ALIF)
Arabic & Persian at University of Maryland
AramcoWorld
Brill
Cambridge University Press
Columbia University Press
The Council of American Overseas Research Centers (CAORC)
Dar Almandumah
Duke University Press
e-Marefa Database "Academic Arab Content"
Edinburgh University Press
FIE: Foundation for International Education
Georgetown University Press
Gingko
Hackett Publishing Company
I.B. Tauris
Indiana University Press
Ingram Academic & Professional

Institute for Advanced Study in the Global South at Northwestern University in Qatar
Intellect Books
Interlink Publishing
ISD LLC
Jordan Language Academy
Middle East Institute
Middlebury Language Schools & Schools Abroad
Library of Arabic Literature
Noor Majan Arabic/Daaris Institute - Oman
Oneworld Academic
Pathfinder Press
Princeton University Press
Qasid Arabic Institute
Sijal Institute for Arabic Language and Culture
Stanford University Press
Sultan Qaboos Cultural Center
Syracuse University Press
TAFL Center, Alexandria University
University of Alberta Press
University of California Press
University of Texas Press
University of Toronto Press

# MESA'S COOPERATIVE BOOK DISPLAY

MESA's Cooperative Book Display is a low-cost option for authors and/or publishers to display titles at the exhibit hall without the cost of renting booth space. To be a part of the Cooperative Book Display, complete **the form** and submit payment by October 1, 2023. One copy of each title is needed for display and becomes the property of MESA. For more information, contact MESA at **meeting@mesana.org**

AAUP-01207

# 40ᵀᴴ ANNUAL MESA FILMFEST

MESA's 40ᵗʰ Annual FilmFest, which will be held virtually, has dozens of new and innovative shorts and features, including both documentaries and narrative films. The virtual format allows meeting registrants to stream films on demand during the conference, as well as the week prior and the week after the in-person events. Only 2023 Annual Meeting registrations will have access to the view the films during this three-week window.

Here are some of the films we expect to screen.

## Fraiha

Based on the real-life childhood events of writer-director Amal Al-Shammari, Fraiha recounts her inspirational childhood memory when Amal (6) was helped to overcome her classroom literacy struggles by her loving mother Fraiha (45). Amal



returns home from school in a state of despair, unable to grapple with the work assigned by her teacher and mocked by the other students. Waiting at home for her, Fraiha attempts to console her emotional daughter and encourages her to work even harder on her homework. As a result of her continued support, Amal's schoolwork improves immeasurably, and she impresses both her teacher and fellow students. When Amal is awarded a merit certificate, Fraiha struggles to read it and Amal realises that her mother cannot actually read. This revelation inspires her even more and fills Amal with love and pride for her inspirational mother.

## Sister

Julie is the new receptionist at T-Hotel, Abu Dhabi, where she is welcomed by an enthusiastic yet culturally insensitive South Asian manager and a no-nonsense supervisor, Mary. Hoping that their similar backgrounds can bring them closer, Julie struggles to impress Mary who is keen on maintaining her reputation if she is to become the next manager. Julie quickly learns that friendly associations simply cannot unfold within the workspace



but remains hopeful about the possibilities of finding warmth and solidarity in the new city. Eating one sweet at a time, Julie and Mary subtly embark on a friendship unlike any other.

## in the whiteness is a poetic exploration of identity



through the eyes of a Harari woman, displaced from the Horn or Africa via war, now living in Canada. She uses poetry and movement as a meditative method of reconnecting with her roots and in doing so, establishes a magical bond with her ancestors.

## Transfer is a documentary film that showcases the

story of three Syrian activist friends (Amer, Muhammad and Sami, the director) during their last days in five-year siege imposed by the Assad regime in Eastern Ghouta. Each carried a different civil role to support their cause and community.



They worked and hoped for a better future for their homeland, Syria. Unfortunately, their dreams turned into nightmares. They were forced to leave their homeland and be separated. Amer ended up staying in northern Syria, Muhammad in Germany and Sami became a refugee in France. In the larger context, the film shows the situation in which the inhabitants of Eastern Ghouta had managed to survive the last military campaign carried out by the Syrian regime and the Russian air forces in February 2018.

The film explores the consequences of war on individuals and communities. Through the stories of the three main characters, it tackles issues of solidarity, death, forced displacement, exile and separation.

## Om Layoun, or The Mother of Sources, is a documentary

film (feature length) that aims to open a societal debate, in Tunisia and elsewhere, on the absolute and urgent need to better manage available water resources through the



adoption of new economic models oriented towards more water and ecological, social, intergenerational and economic justice. The film is built on a simple idea: Water is a common good for all humanity, and access to it, according to needs, is a fundamental human right that should not suffer any precondition. As a necessary condition for biological and social life, water must not be considered in any way as a marketable commodity, as is the case today. This is what *Om Layoun* tries to demonstrate, discuss and defend by showing situations of scandalous waste and/or shocking deprivation induced by the internal mechanisms of the water market and, more generally, by the dominant extractivist economic model.

AAUP-01208



**Montréal, Québec, Canada**
**November 2-5, 2023**

# OTHER EVENTS

**MESA-organized Meetings & Events**
*Thursday, 11/2*
  **Committee on Undergraduate Middle East Studies (CUMES) Poster Presentation**, 4-5pm
*Friday, 11/3*
  **Committee on Academic Freedom Meeting,** 10:45am-1:15pm
  **Meeting of Officers of MESA's Affiliated Associations**, 9-10am
*Saturday, 11/4*
  **Middle East Center and Program Directors Meeting**, 9:30-11am
  **MESA Members Meeting,** 1:15-2:45pm
  **MESA Global Academy Reception,** 5-7pm

**AATA – American Association of Teachers of Arabic**
*Thursday, 11/2*
  **Board Meeting**, 9am-12pm
  **Panel**, 1-3:30pm
  **Business Meeting**, 4-5pm
  **Reception**, TBD

**AATP – American Association of Teachers of Persian**
*Thursday, 11/2*
  **Business Meeting & Awards Ceremony**, 11am-2:30pm

**AATT – American Association of Teachers of Turkic Languages**
*Saturday, 11/4*
  **Reception**, 7:30-9:30pm

**AIMS – American Institute for Maghrib Studies**
*Thursday, 11/2*
  **Business Meeting**, 1:00-2:30pm

**AIYS – American Institute for Yemeni Studies**
*Thursday, 11/2*
  **Business Meeting**, 9-10:30am

**AIS - Association for Iranian Studies**
*Thursday, 11/2*
  **Business Meeting**, 2-4pm

AAUP-01209

**AGAPS – Association for Gulf and Arabian Peninsula Studies**
*Thursday, 11/2*
  **Board Meeting**, 9am-12pm
  **Business Meeting**, 12:30-2:30pm
  **Reception**, 6-9pm

**AMEWS – Association for Middle East Women's Studies**
*Thursday, 11/2*
  **Board Meeting**, 1-3pm
  **Business Meeting**, 7:30-8pm
  **Reception**, 8-10pm

**Arabic Study Abroad Options at Alexandria University**
*Saturday, 11/4*
  **Informational Meeting**, TBD

**Consortium of Middle East National Resource Centers**
*Saturday, 11/4*
  **Meeting**, 11:15am-12:45pm

**MEM – Middle East Medievalists**
*Thursday, 11/2*
  **Board Meeting**, 9:30-11am
  **Business Meeting**, 12-2pm

**OTSA – Ottoman and Turkish Studies Association**
*Thursday, 11/2*
  **Board Meeting**, 4-5pm
  **Reception**, 8-9pm
  **Members Meeting**, 9-10:30pm

**PARC – Palestinian American Research Center**
*Thursday, 11/2*
  **Board Meeting,** 11am-2pm

**POMEPS – Project on Middle East Political Science at George Washington University**
*Thursday, 11/2*
  **Reception**, 8-10pm

**PSU – Pennsylvania State University, Department of History and Middle East Studies**
*Thursday, 11/2*
  **Reception**, 8-10pm

**SSA – Syrian Studies Association**
*Saturday, 11/4*
  **Annual Business Meeting**, 3-5pm

**UCLA**
*Saturday, 11/4*
  **Reception**, 5-7pm

AAUP-01210

SESSION I          3:00 - 5:00 PM                    THURSDAY, NOVEMBER 2, 2023

**ROUNDTABLE**
**I-1: Locality and the Production of Knowledge in the Long Nineteenth Century: Extending Connections Across Middle East Studies and History of Science**

Organized by **Jane Murphy**

**Jane Murphy,** Colorado College
**Sahar Bazzaz,** College of the Holy Cross
**Peter Gran,** Temple University
**Liat Kozma,** Hebrew University of Jerusalem
**Elise Burton,** University of Toronto

**ROUNDTABLE**
**I-2: Decolonial Feminist Praxis:
The Question of Voice and Community**

Organized by **Rita Stephan**

**Sponsored by Association for Middle Eastern Women's Studies (AMEWS)**

Chair: **Rita Stephan,** North Carolina State University

**Zeina Zaatari,** University of Illinois at Chicago
**Esraa Al-Muftah,** University of British Columbia
**Laila Mourad,** York University
**Sarah Sabban,** American University of Beirut

**ROUNDTABLE**
**I-3: From Colonial Finance to Financialization: Concepts, Methodologies, and Research Questions**

Organized by **Myriam Amri** and **Hicham Safieddine**

Chair: **Omar AlShehabi,** University of Leeds

**Hicham Safieddine,** University of British Columbia
**Hengameh Ziai,** SOAS, University of London
**Myriam Amri,** Harvard University
**Riya Al Sanah,** University of Exeter

**ROUNDTABLE**
**I-4: Palestine and the Rhetoric of Human Rights**

Organized by **Karim Mattar**

Chair: **Karim Mattar**
Discussant: **Samera Esmeir,** UC Berkeley

**Karim Mattar,** University of Colorado at Boulder
**Stephanie Kraver,** University of Chicago
**Nouri Gana,** UCLA
**Yasmine Khayyat,** Rutgers University-New Brunswick

**ROUNDTABLE**
**I-5: Higher Education amidst War and Revolution: University and Radical Pedagogy in Northeast Syria**

Organized by **Sardar Saadi**

Chair: **Sardar Saadi,** Wageningen University

**Atefeh Ramsari,** University of Bielefeld
**Anna Rebrii,** Binghamton University, SUNY
**Gulay Kilicaslan,** Carleton University

**I-6: MENA as Carceral States**

Organized by **Amr ElAfifi and Walaa Quisay**

Chairs: **Amr ElAfifi** and **Walaa Quisay**
Discussant: **Amr ElAfifi**

**Amr ElAfifi,** Syracuse University and **Yousuf Abdelfatah**, Princeton University *Counting and Discounting: How to Know a Carceral State When You See One?*
**Mohamud Mohamed,** University of Pennsylvania *Inside Barre's Prison: Carcerality and Its Consequences in Socialist Somalia*
**Walaa Quisay,** University of Edinburgh *Carceral Theology in Post-2013 Egypt*
**Mina Ibrahim,** University of Marburg/ Shubra's Archive/ MENA Prison Forum *Narrating Syrian Prisons in Germany: Legal Consciousness before the Koblenz Trials*

**I-7: Exploring the Inspirations and Ambitions Behind "Woman, Life, Liberty"**

Organized by **Sydney Martin**

**Organized under the auspices of the Iran 1400 Project**

Discussant: **Sydney Martin,** Iran 1400 Project

**Arash Azizi,** New York University *Iran and Three Revolutions: Comparing 1906, 1979 and 2022 in a Global Perspective*
**Tom Walsh,** University of Durham *Social Media, Visuality, Music, and Iran's Gen-Z Uprising*
**Rahim Haji Agha,** Jagiellonian University *The Slogan Jin, Jiyan and Azadi (Woman, Life, Freedom) and the Transformation of Iran's Political Space*
**Zeinab Eskandari,** University of Pennsylvania *Socio-Cultural Patriarchy, One of the Root Causes of the Women, Life, Freedom Movement*

AAUP-01211

### I-8: Islamists in Government

Organized by **Francesco Cavatorta**

Chair: **Francesco Cavatorta**, Universite Laval

**Maryam Ben Salem,** Faculty of Law and Political Science, University of Sousse *Ennahda in Government in Tunisia: A Sociological Analysis*
**Sebnem Gumuscu,** Middlebury College *Islamization and Declining State Capacity in Turkey*
**Vincent Durac,** University College Dublin *Hamas in Gaza: From Violent Non-State Actor to Pragmatic Governance*
**Mohamed Daadaoui,** Oklahoma City University *Strategic Miscalculation or Regime Pawns: The Rise and Fall of the PJD Islamists in Morocco*

### I-9: Narrating Premodern Islamic Diplomacy: Imperial Strategy or Authorial Agency?

Organized by **Malika Dekkiche**

Chair: **Malika Dekkiche**

**Malika Dekkiche,** University of Antwerp *"And On That Day an Envoy Reached Us From…": 15th Century Accounts of Reception of Embassies in Mamlūk Chronicles*
**Alessandro Rizzo,** Ludwig Maximilian University of Munich *Managing and Representing Diplomacy with the Mamluk Sultanate: The Case of the Venetian and French Missions to Cairo in 1512, through an Analysis of the Diplomatic Sources*
**Gowaart Van Den Bossche,** Ghent University *Letters "Lacking a Signature" Full of the "Clattering of the Persians": A Narratological and Material Analysis of Early Ilkhanid-Mamluk Diplomacy*
**Bogdan Smarandache,** UMR 8167 Orient et Méditerranée *"He (the English King) Called Together a Party of the Khawāss": Depictions of Interfaith Encounters in Ayyūbid and Mamlūk Accounts of the Third Crusade*

### I-10: Mamluk Arabic Literature, or New Wine in Old Bottles

Organized by **Kevin Blankinship and David Larsen**

Chair/Discussant: **Jeannie Miller,** University of Toronto

**Kevin Blankinship,** Brigham Young University *Organic Unity in the "Personified Letter" of Ibn Ḥijja al-Ḥamawī (d. 837/1434)*
**Li Guo,** University of Notre Dame *Sex and the City of Cairo: Re-reading Ibn Dāniyāl's "The Enchanted and the Enchanter (al-Mutayyam wa-l-Yutayyim)"*
**Ghassan Osmat,** University of Toronto *Jibrāyil Ibn al-Qilāʿī's (d. ca. 1516) Madīḥa ʿalā jabal Lubnān: Liturgical Epic in the Time of Interconfessional Crisis*
**David Larsen,** New York University *Derivative Virtuosity in the Manṭiq al-Tayr of Ibn al-Wardī*

### I-11: Premodern Fables in a Comparative Frame

Organized by **Niloofar Fotouhi,** Ilex Foundation

**Organized under the auspices of the Ilex Foundation**

Chair: **Olga M. Davidson**
Discussant: **Neguin Yavari,** Independent Scholar

**Olga M. Davidson,** Boston University *Fable as Parable: The Plant of Immortality in Ferdowsi's Shāhnāma and the Holy Grail in the Medieval French Vulgate Arthurienne En Prose*
**Gregory Nagy,** Harvard University *Fables Compared: The Case of Ancient Greek Sybaritic Tales*
**Amanda Luyster,** College of the Holy Cross *When Is a Story Not a Story? Secular Narrative Imagery on the Alhambra Ceilings and the Chivalric Order of the Banda*
**Richard Van Leeuwen,** University of Amsterdam *Wisdom Narratives and Ritual: Framed Story Cycles in A Thousand and One Nights in a Comparative Perspective*

### I-12: The Sisi Regime and the Limits of Authoritarian Upgrading in Egypt

Organized by **Hesham Sallam** and **Dina Shehata**

Chair/Discussant: **Joel Beinin,** Stanford University

**Hesham Sallam,** Stanford University *Sisi and the Youth of the Counter-Revolution: The Limits of Regime Cooptation Strategies in Egypt*
**Dina Shehata,** Independent Scholar *Urban Planning as a Tool for Authoritarian Control in Sisi's Egypt*
**Erin Snider,** Texas A&M University *The Political Economy of Renewable Energy in Sisi's Egypt*
**Adel Iskandar,** Simon Fraser University *Egypt's Media Paradoxes Under Sisi: From Outsourcing to Outing Sources*

### I-13: Rethinking Jewish Migration to and from the Middle East and North Africa

Organized by **Michael Rom**

Chair: **Lior B. Sternfeld,** Pennsylvania State University
Discussant: **Shay Hazkani,** University of Maryland, College Park

**Michael Rom,** University of British Columbia *From the Land of the Pharaohs to the Land of the Future: Egyptian Jewish Immigration to Brazil, 1956-61*
**Roy Orel Shukrun,** McGill University and University of Groningen *Mediating Migration, Brokering Belonging: Rethinking the Alliance Israélite Universelle in Narratives of Moroccan Jewish Departure, 1943-1983*
**Angy Cohen,** University of Calgary *The Same Past, Differing Memories: Impact of Immigration Experiences on the Personal Memories of Spanish-Moroccan Jews in Israel and Argentina*

AAUP-01212

SESSION I          3:00 - 5:00 PM          THURSDAY, NOVEMBER 2, 2023

**Yair Wallach,** SOAS, University of London *Between Migrants and Colonisers: Rethinking Jewish European Migration to the Eastern Mediterranean*
**Orit Bashkin,** University of Chicago *Gendered Migrations: Iraqi Jewish Women and the Quest for Emancipation*

### I-14: Protest Politics and Social Transformation in the Late Ottoman Empire

Organized by **Matthew Ghazarian**

Discussant: **Ugur Z. Peçe,**  Lehigh University

**Matthew Ghazarian,** Smith College *Natural Allies and Natural Alibis: Famine, Drought, Discontent in the Ottoman East, 1906-08*
Önder Eren Akgül, Kadir Has University *"The Çiftlik Occupations": Revolution and Counter-Revolution in the Ottoman Rural Geography, 1908-1913*
**Önder Eren Akgül,** Kadir Has University *"The Çiftlik Occupations": Revolution and Counter-Revolution in the Ottoman Rural Geography, 1908-1913*
**Ellis Garey,** New York University *Popular Anti-Imperialism and Worker Protest in Late Ottoman Greater Syria, 1908-1914*
**Joan Chaker,** Harvard University *Muleteers as the Last Mile: Global Capitalism and the Energy Transition*

### I-15: Digital Technologies and the Transition in Arab Media and Arab Cultural Debates

Organized by **Eid Mohamed**

Chair: **Eid Mohamed**

**Eid Mohamed,** Qatar University *Expertise and Authority: Contesting Media Priorities in the Arab World*
**Sahar Khamis,** University of Maryland *Discourses of Online Arab Resistance in the Diaspora in the Post-Arab Spring Era*
**Mai Zaki,** American University of Sharjah *The Rise of Arab Influencers: Identity and Language in Cyberspace*
**Mustafa Menshawy,** Lancaster University *The Death of A Media Discourse? Reframing the 1973 War in Egypt*

### I-16: Children, Family, and State: Evolving Conceptions of Childhood in the Ottoman Empire

Organized by **Reda Rafei**

Chair: **Nada Moumtaz,** University of Toronto

**Reda Rafei,** Texas Tech University *Invisible Subjects: Children of the Empire Before the Age of Modernization*
**Ugur Akpinar,** Graduate Center, CUNY *Beyond Compassion: The Politics of Childcare in the Ottoman Empire*
**Madonna Aoun Ghazal,** University of California, Los Angeles *Marital Problems in the Shari'a Court in Fin de Siècle Beirut*
**Melis Sulos,** Graduate Center, CUNY *To Whom Belongs Children?*

**Christine B. Lindner,** Murray State University *Transnational Family Networks in Ottoman Syria: The Case of the DeForest Family*

### I-17: De-exceptionalizing the Arabian Peninsula: Pirates, Pilgrims, Archives

Chair: **James Onley**

**James Onley,** American University of Sharjah *Gulf History and Colonial Archives in Britain and India*
**Bret Windhauser,** Graduate Center, CUNY *Prohibited Pilgrims: Smuggling to and through 20th Century Hajj*
**Lawson Pace,** Central European University *The Shipborne Shadow of Empire: Discourses of Piracy in British-Ottoman Relations in the Late Nineteenth-Century Persian Gulf*
**Saleh Alkhulaifi,** University of Cambridge *Genesis of the Gulf Emirate: Contemporary Conceptions of an Arab Polity, 1766-1810*
**Nicholas Roberts,** Norwich University *A Tolerated Terror: Raḥmah bin Jābir and the Forging of a Global Gulf*

### I-18: Ottoman Social and Environmental Engineering in the Long Nineteenth Century

Chair: **Amal Cavender,** George Washiington University

**Stephen Pascoe,** University of New South Wales *A Malthusian Middle East? Recasting Population through the Ottoman Age of Reform*
**Ayse Ozil,** Sabanci University *"Hans" of the Galata Port: International Trade and the Making of the Urban Landscape in Late Ottoman Istanbul*
**Sumeyye Kocaman,** University of Oxford *Transport Technologies and Pan-Ideologies: Late Ottoman Era Experience of Globalisation (1870-1908)*
**Seriyye Akan,** Binghamton University, SUNY *An Example of Ottoman Biological Materialism? A Closer Look at Fikri Tevfik's Hüceyre Hayatın Esası (Cell: The Essence of Life)*
**Sean Lawrence,** West Virginia University *A New Rumelia: Imperial Nostalgia and the Remaking of Anatolian Environments*
**Baris Tasyakan,** University of California San Diego *"The Exordium of Ottoman History Has Perished": The Bursa Earthquake of 1855 and Reconstruction of a Tanzimat City*

### I-19: Redefining Subjectivities in the Maghreb: Memory, Performance, Politics

Chair: *Volunteer needed*

**Kaoutar Ghilani,** University of Cambridge *Failing the Nation? The Rise and Fall of Arabization in Postcolonial Morocco*
**Idriss Jebari,** Trinity College Dublin *Learning to Overcome Revolutionary Defeat: Memoirs as Sites of Inter-Generational Transmission for the Tunisian Left (1967-2011)*
**Elizabeth Matsushita,** Reed College *Making the Nation in Tunisia's Post-Colonial Radio*

AAUP-01213

SESSION I          3:00 - 5:00 PM          THURSDAY, NOVEMBER 2, 2023

**Elizabeth Perego,** Ohio State University *Performing Masculinity in Algerian Theater of the Interwar Period, 1926-1939*

### I-20: Topics in Transnational Studies of the Middle East

Chair: **Ohannes Geukjian,** American University of Beirut

**Erik Freas,** Borough of Manhattan Community College, CUNY *Zionism and the Manner of Palestinian National Identity's Formulation*
**Emine Ö. Evered,** Michigan State University *Dry Aspirations: An Early Trajectory of US-Middle East Relations*
**Rami Ginat,** Bar-Ilan University *Conceptualizing Normalization: The Case of Egyptian–Israeli Relations*
**Simon Payaslian,** Boston University *Nasserism and the Armenian Exodus from Egypt and Syria*
**Limor Lavie,** Bar-Ilan University *Egyptian State Media in Opposition to the Government: Al-Ahram's Political Orientation under Morsi as a Case Study*

### I-21: Social Transformations in the Gulf: Identity and Belonging

Chair: **Lauren Clingan,** Princeton University

**Salma Serry,** University of Toronto *Migrant Menus: Placemaking and Belonging in Dubai's Food History*
**Vorachai Israsena Pichitkanjanakul,** Qatar University *Royal Customs, Traditions, and the Role of the Female Royals: A Comparative Analysis of Qatar and Thailand*
**Philippe Thalmann,** University of Cambridge *An Ethnography of Social Transformation in Saudi Arabia*
**Hee Eun Kwon,** University of California, San Diego *More Than a National Dress: The Symbolic Context of Abaya*
**Joud Alkorani,** Radboud University Nijmegen *Belonging Beyond Citizenship: Relationality in Dubai*

### I-22: Gender Entanglements and Neoliberal Imperatives

Chair: *Volunteer needed*

**Yaprak Damla Yildirim,** Yale University *Femicide and Masculinist Restoration in Islamist Neoliberalism*
**Dina Najjar,** International Center for Agricultural Research in Dry Areas *Wheat Cooperatives in Morocco: Structure, Governance, Benefits and the Impact of COVID-19*
**Ola Galal,** New York University *Mediating Justice: Victimhood and Public Denouncement in Cases of Gender Violence in Tunisia*
**Mariam Omar,** University of Ottawa *How Does Donning a Hijab Influence Fieldwork on Sexual and Reproductive Health in Libya?*

### I-23: Death, Love and Protest in Iran

Chair: *Volunteer needed*

**Hajar Ghorbani,** University of Alberta *Governing the Dead's Territories: Tehran's Beheshte-e Zahra Cemetery*
**Mojtaba Mahdavi,** University of Alberta *"What Are the Iranians Dreaming About?" The Zan, Zendegi, Azadi Movement and Iran's Post-Islamist Renaissance*
**David Siddhartha Patel,** Harvard Kennedy School *The Market for Ayatollahs: Competition and Religious Authority Between Najaf and Qom*
**Amirhossein Mahdavi,** University of Connecticut and **Ahmad Medadi,** American University *Impact of Economic Sanctions on Iran's Teacher Movement*

### I-24: The Maghreb between the Local and Global: Tourism, Informal Economies, and the Politics of Sports

Chair: *Volunteer needed*

**Kira Jumet,** Hamilton College *Translating Sports Achievements into Diplomatic Results: The Political Impact of Morocco's 2022 World Cup Success*
**Jie Gao,** University of Arizona *Casual Informality and Social Reproduction: The "Huan Qian" Practice in the Chinese Business Community in Morocco*
**Claire T. Oueslati-Porter (She/Her),** University of Miami *Engendering the Tunisian Beach Vacation*
**Laurence Deschamps-Laporte,** Université de Montréal *Is it All About Peace? Internationalizing Morocco's Regional Strategic Interests through the Abraham Accords*
**Khalil Dahbi,** GIGA Institute of Middle East Studies *The Moroccan Radical Left: Post-Cold War Trajectories and Fluctuating Political Relevance (1990s -2022)*
**Dan Brown,** College of Charleston *My Government Did This: Comparing the Negative Case of Lebanon's Antifragile Regime*

### I-25: Employment and Labor Relations in the MENA

Chair: *Volunteer needed*

**Robert Hildebrandt,** George Washington University *Racial Capitalism in Jisr al-Zarqa: Re-Thinking Settler-Colonialism Through Palestinian Citizen Labor Exploitation in Israel*
**Froilan Malit Jr,** University of Glasgow *Labor Migration and Knowledge Production –– Power Structures and Politics across the Gulf Cooperation Council States*
**Bethany Shockley,** American University of Sharjah *Employment Experiences and Expectations in the Rentier State: Evolving Economic and Social Relations*
**Maya Rosenfeld,** Hebrew University of Jerusalem *On the Contribution of the Palestinian Authority to Formation of a New Middle Class in the Occupied Palestinian Territories, 1994-2017*

AAUP-01214

### I-26: Racializing Arab Cultures

Chair: **Asmaa Jisri,** York University

**May Kosba,** Princeton University *The Docile, the Vulgar, and the Beautiful: Depictions of Black, Egyptian, and White Women in the Afro-Arab and African Diasporic Novel*
**Pierre Folliet,** Yale University *Ideologies of Racial Capitalism: On Colonial Accumulation and the Algerian Literary Field*
**Wijdan Alsayegh,** University of Michigan *The Vast Veil: Black Arabs and Blackness in the Contemporary Arab Fiction*
**Reem Taşyakan,** University of California, San Diego *The Arab-American Polyphonic Novel's Indictment of the Post-9/11 Right-Wing Political Narrative*
**Naglaa Hussein,** George Mason University *Literary Representations of Black Peoples in the Arab and Non-Arab Middle East Exemplified in Haji Jabir's novel "Black Foam"*
**Mehraneh Ebrahimi,** York University *Confluence of the Legal and Literary Discourse in Refugee Narratives*

### I-27: Faith and Representation

Chair: *Volunteer needed*

**Amira Abou-Taleb,** University of Helsinki *Resisting the Ugly; the Epistemology of Iḥsān (Beauty/Goodness) in the Qurʾān*
**Stephen Cúrto,** Union College of Union County, NJ *The Lord is One, but Cloaked in Many Garments: Situating the Multivalence of ʿAlī Centered Topoi Within the Gināns*
**Mohamed Mohamed,** George Mason University *Al-Azhar Re-imagined: The Coercive Reinstitutionalization of the Ulama's Transnational Identity Under Nasser*

### I-28: Culture and Nationalism

Chair: **Rania Mahmoud**

**Tristan Leperlier,** The French National Centre for Scientific Research/Columbia University *The Bridge and the Engineer: Translators of North African Literature in the USA*
**Ilana Webster-Kogen,** SOAS, University of London *Albert Memmi, Jewish Thinker*
**Seerwan Hariry,** Georgetown University Qatar *Shouting Loudly: Reflections on Linguistic Smear Campaign Against the Use of Kurdish Language in the Ottoman Empire from A Historical and Literary Perspective*
**Rania Mahmoud,** University of Arkansas *Redeemed by the Nation*
**Sadam Issa,** Michigan State University *Stigmatizing Portrayals of Former President Donald Trump in Arabic Political Cartoons: A Visual Framing of Trump's Decision to Move the US Embassy to Jerusalem and his Middle East Peace Plan*
**Efkan Oguz,** Queen's University at Kingston *De-Heritagization as a Coercive Practice in Heritage Diplomacy: A Study of Heritage Contestations in Turkey*

### WORKSHOP
### I-29: MESA's Publications Workshop

Heather Ferguson (*RoMES* Editor) and Joel Gordon (*IJMES* Editor) will discuss the respective publishing agendas, review procedures and potential keys to success for the two journals published under MESA auspices. Special attention will be devoted to authors seeking their first peer reviewed publications.

### Organized by MESA's Publications Committee

Chair: **Senem Aslan,** Bates College

**Heather Ferguson,** Claremont McKenna College
**Joel Gordon,** University of Arkansa

AAUP-01215

**ROUNDTABLE**
**II-1: Dynamics of Disruption: Ethnographic Practice in Contemporary Turkey**

Organized by **Eric Schoon**

Chair/Discussant: **Eric Schoon,** Ohio State University

**Anoush Tamar Suni,** Northwestern University
**Nihal Kayali,** University of California, Los Angeles
**Danielle Schoon,** Ohio State University
**Seda Saluk,** University of Michigan, Ann Arbor
**Gokhan Mulayim,** Boston University

**ROUNDTABLE**
**II-2: Women, Gender, and Sexuality Studies in the Middle East: Knowledge Production in the Contemporary Moment**

Organized by **Zeina Zaatari**

Chair: **Zeina Zaatari,** University of Illinois at Chicago

**Kirsten Scheid,** American University of Beirut
**Cortney Hughes Rinker,** George Mason University
**Shahrzad Mojab,** University of Toronto
**Rania Maktabi,** Østfold University College Norway
**Hanadi Al-Samman,** University of Virginia

**ROUNDTABLE**
**II-3: Arabic Glitch: On the Negotiation of Digital Space for Hegemony and Resistance**

Organized by **Adel Iskandar**

Chair: **Bassam Haddad,** George Mason University

**Adel Iskandar,** Simon Fraser University
**VJ Um Amel,** University of California, Santa Barbara
**Alexandra J Juhasz Juhasz,** Brooklyn College, CUNY
**Mohamed Elshahed,** New York University

**ROUNDTABLE**
**II-4: Pedagogies of Genocide: Critical and Comparative Approaches to Mass Atrocity and Political Violence in the Middle East**

Organized by **Erdag Göknar, Hulya Adak,** and **Melanie Tanielian**

Chairs: **Erdag Göknar, Hulya Adak,** Sabanci University, and **Melanie Tanielian,** University of Michigan, Ann Arbor

**Erdag Göknar,** Duke University
**Helen Makhdoumian,** Vanderbilt University
**David Kazanjian,** University of Pennsylvania

**ROUNDTABLE**
**II-5: Reassembling the Pieces: Settler Colonialism and the Reconception of Palestinian Health**

Organized by **Weeam Hammoudeh**

**Sponsored by
Palestinian American Research Center (PARC)**

**Weeam Hammoudeh,** Birzeit University
**David Mills,** Harvard School of Public Health
**Yara Asi,** University of Central Florida
**Bram Wispelwey,** Harvard Medical School
**Osama Tanous,** Harvard School of Public Health

**II-6: The Politics of Reproduction in the MENA—Birth, Midwifery, Illegal Mothers, and Abandoned Children**

Organized by **Ellen Amster**

Chair: **Soha Bayoumi,** Johns Hopkins University

**Ellen Amster,** McMaster University *The Muslim Midwife: A Politics of Birth, Obstetrics, and Women's Agency in Colonial and Postcolonial Morocco*
**Ginger Feather,** University of Kansas *Living on the Margins of Intersectional Gendered Legal Discrimination: a Comparative Case Study of Morocco and Tunisia*
**Beth Baron,** City College and Graduate Center, CUNY *Hard Labors: The Body as an Archive*
**Firoozeh Kashani-Sabet,** University of Pennsylvania *Abandonment and Neglect: Children, Natural Disasters, and Survival in Iran*

**II-7: Visual and Aural Histories of (De)Colonization in North Africa**

Organized by **Lacy Murphy**

**Sponsored by
American Institute of Maghrib Studies (AIMS)**

Chair: **Lacy Murphy,** Washington University in St. Louis

AAUP-01216

**SESSION II**        **5:30 - 7:30 PM**                    **THURSDAY, NOVEMBER 2, 2023**

**Daniel Coslett,** Drexel University *Modernity, Identity, and the Architecture of Postcolonial Tourism in Downtown Tunis*
**Sheyda Aisha Khaymaz,** The University of Texas at Austin *Theorizing Tinariwen: Desert as a Decolonial Tool in Kel Tamasheq Imagination*
**Katarzyna Falecka,** Newcastle University *The Afterlives of Images from the Algerian War of Independence*
**Adel Ben Bella,** Brown University *Vision(s) of Algeria in the Making: Liberating Multiplicities in the Photography of Mohamed Kouaci*

**II-8: The Rojava Experiment
in Post-Conflict Northern Syria**

Organized by **Mustafa Kemal Topal**

Chair: **Gunes Murat Tezcur,** Arizona State University

**Mustafa Kemal Topal,** University of Central Florida *Kurdish Women's Success in Rojava*
**Anna Rebrii,** Binghamton University, SUNY *Commoning the Justice System in North East Syria*
**Marcin Skupinski,** University of Warsaw *Nurturing Life and Propelling the Revolution: Water, Oil and Radical Politics in North and East Syria*

**II-9: The Shatat and the Literary Imagination**

Organized by **Keith Feldman**

**Sponsored by
Arab American Studies Association (AASA)**

**Keith Feldman,** University of California, Berkeley *The Shatat, Form, and Minoritarian Knowledges*
**Amanda Batarseh,** University of California, San Diego *Place & Movement: Developing a Radical Reading Practice in Palestinian/Palestinian-American Literature*
**Rana Sharif,** University of California, Riverside *Technomediated Poetics and Digital Storytelling: Palestinian Embodied Subjectivities and the Palestine Writes Literature Festival*
**Benjamin Schreier,** Pennsylvania State University *Palestine and the History of Arab American Literature*

**II-10: The Yemeni Crisis:
Opportunities and Challenges for Peace**

Organized by **Khaled Al-Hammadi**

**Organized by Mokha Center for Strategic Studies**

Chairs: **Khaled Al-Hammadi,** Ryerson University
and **Ateq Al-Khadher Al-Garbi**

**Ateq Al-Khadher Al-Garbi,** Mokha Center for Strategic Studies of Yemen *Requirements for Transitional Justice and Peacebuilding in Yemen*
**Najeeb Ghanem,** Independent *Political Obstacles and Future of Peace Building in Yemen.*
**Huda Mukbil,** University of Ottawa *International Policy Orientations in Yemen Crises*
**Khatab Alrawhani,** London School of Economics and Political Science *The Role of Media in Yemen's War: An Analysis of Its Impact and Future Recommendations*
**Dheya Al-saeedi,** Mokha Research Institute *Exploring the Complex Relationship between Yemeni Tribes and the Modern State: A Historical Analysis of State-Construction and State-Destruction*

**II-11: Environmental Crisis and Political Movements
in MENA & the Indian Ocean World**

Organized by **Wilson Chacko Jacob**

**Wilson Chacko Jacob,** Concordia University *The Sayyid vs El Niño: Dhofar and the Indian Ocean World, 1875-1879*
**Zozan Pehlivan,** University of Minnesota, Twin Cities *The Sheikh Ubeydullah Rebellion: A Political Uprising during the High Days of Famine in Kurdistan*
**Conor Kilroy,** Concordia University *The Voices of Mosul's "Marsh People": An Environmental History of Oil Exploration and Building the "Northwest Passage" to India in Late-Nineteenth-Century Iraq*

**II-12: Under the Hammer: Trafficking, Trading, and
Salvaging the Middle Eastern and North African
Written Heritage**

Organized by **Cecilia Palombo** and **Sabine Schmidtke**

Chair: **Sabine Schmidtke**

**Cecilia Palombo,** University of Chicago *Quranic Manuscripts in the Art Market and in Scholarship: A Symbiotic Relationship*

AAUP-01217

**SESSION II**         5:30 - 7:30 PM         THURSDAY, NOVEMBER 2, 2023

**Valentina Sagaria Rossi,** Università degli studi Tor Vergata *Different Sources, Shared Fortunes: The Collection of Folios from Arabic and Persian Manuscripts in the National Museum of Oriental Art (Rome)*
**Josh Mugler,** Hill Museum & Manuscript Library *Manuscript Collection and Digitization in Post-ISIS Mosul*
**Sabine Schmidtke,** Institute for Advanced Study *Lost Treasures: Medieval Arabic Manuscripts of Iraqi Provenance in Private Hands*
**Luise Loges,** University of Glasgow *Studying Cuneiform in Times of Conflict - A Scholar's Dilemma*

### II-13: Baha'i History, Texts, and Contexts

Organized by **Mina Yazdani, Zackery Heern,** and **Omid Ghaemmaghami**

Chair/Discussant: **Farzin Vejdani,** Toronto Metropolitan University

**Zackery Heern,** Idaho State University *Islam in the Writings of Bahā'u'llāh*
**Saghar Sadeghian,** Willamette University *The Role of the Babi/Baha'i Movement in Empowering Women in Qajar Iran*
**Alyssa Gabbay,** University of North Carolina at Greensboro *Around Iran in 400 Days: Heshmat Moayyad's Yad-e Yaran*
**Omid Ghaemmaghami,** Binghamton University, SUNY *The Writing and Early Promulgation of the Kitáb-i-Aqdas*
**Mina Yazdani,** Eastern Kentucky University *The Anti-Baha'i Pogrom of 1903: The Prince, the Prime Minister, and the Clerics*

### II-14: Reflections on Palestine Advocacy in Canada

Organized by **Jeremy Wildeman**

Chair: **Jeremy Wildeman,** Carleton University
Discussant: **Nadia Abu-Zahra,** University of Ottawa

**Yasmeen Abu-Laban,** University of Alberta and **Abigail Bakan,** University of Toronto *Anti-Palestinian Racism, Antisemitism and Anti-racism: Towards an Analytic of Solidarity as Praxis*
**Maurice Jr. M. Labelle,** University of Saskatchewan *Re-presenting Palestine: Sami Hadawi and Palestinian Decolonization in Canada*
**Mira Sucharov,** Carleton University *Canada's Israel Lobby and the Palestinians*

**Emily Regan Wills,** University of Ottawa *Palestinian Organizations in Ottawa: Understanding Communities in Practice*
**Rachad Antonius,** University of Quebec at Montreal *Palestinian Advocacy in Canada: Evolution and External Factors of Success*

### II-15: Taking It Over: Civil Servants and Informal Agents as (Inter)faces of the Everyday State

Organized by **Marie Vannetzel** and **Giedre Sabaseviciute**

**Marie Vannetzel,** National Center for Scientific Research *Baking It Work! Gambits and Ethics of the Subsidized Bakers in Egypt*
**Prunelle Aymé,** Sciences Po (Paris Institute of Political Studies) *Building Bridges: Women between Local Party Branches and Municipal Welfare Offices in Turkey Under JDP's Rule*
**Giedre Sabaseviciute,** Czech Academy of Sciences *"Writers, Not Civil Servants": Running Cultural Palaces in Cairo*
**Sahar Aurore Saeidnia,** Institut français du Proche-Orient *Fragmented Public Action, Local Policy Intermediaries and the Authoritarian State Effect in the Islamic Republic of Iran*
**Assia Boutaleb,** Paris 1 Panthéon-Sorbonne *"The King is Ours Too": Moroccan Public Hospital Administrators Face the Test of RAMED*

### II-16: Translation as Archive: Documenting Cross-Cultural Contact in Middle Eastern and Eastern Mediterranean Histories

Organized by **Erdem Idil** and **Berkay Uluç**

Chair: **E. Natalie Rothman,** University of Toronto Scarborough

**Erdem Idil,** University of Toronto *Translating the Archive, Archiving the Translator: Everyday Histories of Venetian Dragomans in Early Modern Istanbul*
**Berkay Uluç,** University of Michigan, Ann Arbor *Translingual Registers of Ottoman Modernity*
**Okcan Yildirimturk,** Free University of Berlin *Making the Ottoman State Comprehensible to all: Translating and Vernacularising the Ottoman Turkish Parlance*
**Thomas Alexander Sinclair,** University of Cyprus *The Sources for Mahmut Efendi's History of Athens*

AAUP-01218

**II-17: Art, Performance, and Power in Modern Egypt**

Organized by **Carmen M.K. Gitre**

Chair/Discussant: **Margaret Litvin,** Boston University

**Carmen M.K. Gitre,** Virginia Polytechnic Institute *France, Britain, and Cultural Control of Interwar Egypt*
**Aliaa Dawoud,** Graduate Center, CUNY *How the Musalsal 'Haret El Yahoud' Was an Early Indication of Sisi's Foreign Policy*
**Jillian Campana,** American University in Cairo *Exploring the Attitudes about/of Sexual Harassment and Assault in Egypt through Performance*

**II-18: North Africa and the Balkans: Towards A Connected History of Two Ottoman Regions**

Organized by **Jovo Miladinovic**

Chair: **Lale Can,** City College of New York, CUNY
Discussant: **Amy Singer,** Brandeis University

**Jovo Miladinovic,** University of Konstanz *A Trans-Adriatic Story of Ulcinj: Negotiating Maritoriality in the 18th Century Mediterranean through the Balkan-Maghreb Connections*
**M'Hamed Oualdi,** Sciences Po (Paris Institute of Political Studies) *A Maritime Road from Venice to the Balkans and Tripoli: Exploring New Connections across the Mediterranean during the Second Half of the 18th Century*
**Peter Kitlas,** New York University Abu Dhabi *From Tercüman in North Africa to Consuls in Istanbul: Triangulating Imperial Knowledge Production across the 18th Century Mediterranean*

**II-19: MENA as Carceral States II**

Organized by **Walaa Quisay** and **Smadar Ben-Natan**

Chair/Discussant: **Walaa Quisay,** University of Edinburgh

**Saif Alislam Eid,** Doha Institute for Graduate Studies *Deconstructing the Authoritarian Policies in Egyptian Prisons after 2013: Implementing on Education*
**Enis Demirer,** University of Toronto *Erotics of Survival: Queer Experiences of Detention at Sansaryan Inn*
**Abdullah Alaoudh,** George Washington University *Incarceration Literature in Saudi Arabia in Post 2011*

**Smadar Ben-Natan,** University of Washington, Seattle *The Carceral State in Israel/Palestine Before and After the Second Intifada: Between Reconciliation and Radicalization*
**Insiya Raja,** University of Oxford *Entrenched Repression: Illiberal Practices in Egypt*

**II-20: Contested Histories of (Ottoman) Slavery and Race in Turkey**

Organized by **Ezgi Guner, Ezgi Cakmak,** and **Aysegul Kayagil**

**Sponsored by
Ottoman and Turkish Studies Association (OTSA)**

Discussant: **Mostafa Minawi,** Cornell University
Chair: **Ipek Kocaömer Yosmaoglu,** Northwestern University

**Ezgi Guner,** University of Edinburgh *Heritage through Negation: Atlantic Slavery, and the Moral Economy of Neo-Ottomanism in Turkey*
**Ezgi Cakmak,** Rutgers University-Newark *"Real Slaves" of the Empire: Entangled Histories of Africanness and Slavery in the Late Ottoman Empire*
**Aysegul Kayagil,** New School for Social Research *Ghosts of Ottoman Slavery: Race in the Making of Hegemonic Turkishness*
**Baki Tezcan,** University of California, Davis *Racialization at the Ottoman Court: Eunuchs and their Distinctive Careers*

**II-21: New Horizons in the 21st Century Gulf's Cultural Production**

Organized by **Thomas Fibiger**

**Thomas Fibiger,** Aarhus University *Religion-as-Civilization in Global Gulf Museums: The Exhibition Narrative at the Louvre Abu Dhabi*
**Thabiti Willis,** Carleton College *Africa, Music, and Heritage in the Gulf*
**Fergus Reoch,** Barker Langham *Al-Mirwiyat al-'Arabiyya fi Matahif al-Jazira (Arabian Narratives in Arabian Museums)*

AAUP-01219

SESSION II          5:30 - 7:30 PM          THURSDAY, NOVEMBER 2, 2023

### II-22: Politics of Urban Reconstruction in Syria and Turkey

Organized by **Najib B. Hourani**

**Sponsored by
Middle East Research and Information Project**

Chair: **Najib B. Hourani**

**Najib B. Hourani,** Michigan State University *Alternative Urban Imaginaries and the Reconstruction of Syrian Cities*
**Giulia Annalinda Neglia,** Polytechnic University of Bari *Landscape Strategies for Urban Recovery in the Wake of Traumatic Events*
**Anas Soufan,** Harvard University *Rebuilding Syrian Cities: Heritage as Human Right*
**Tuba Inal Cekic,** Hertie School Berlin *A Sui Generis Law to Overcome All Obstacles in Urban Transformation*

### II-23: Conceptualizing the Social in the Late and Post-Ottoman World

Organized by **Ziad Dallal, Nader Atassi,** and **Ali M. Ugurlu**

**Ali M. Ugurlu,** Columbia University *Freedom Quest: Kemal, Hassun and the Normative Grounds of Critique in the Ottoman 19th Century*
**Nader Atassi,** Columbia University *Arabs, Young Turks, and the Making of a Syrian National Economy in the Early Twentieth Century*
**Ziad Dallal,** Bard College *Civilized Communities and The Logic of (In)Commensurability*
**Bengisu Zeynep Ertugrul,** Humboldt Universität zu Berlin *Categorizing the Social World in the Late Ottoman Empire and Early Republican Turkey*

### II-24: State Power and Social Order in the Early Modern Era

Chair: **Mark L. Stein,** Muhlenberg College

**Yuxuan Cai,** University of Cambridge *Organizing the Coastal Defenses around Thessaly and Central Greece in the Late 15th and Early 16th Centuries*
**Safa Hamzeh,** University of California, Los Angeles *Supervening Crises and Social Formation in Early Modern Ottoman Aleppo, 1697 – 1786*

**Rana Munteha Aldemir,** Central European University *The Emotional Experience on Tombstones in 17th and 18th Century Ottoman Istanbul*
**Faika Celik,** Celal Bayar University *Gendering the Margins: Gypsy/Roma Women Seeking Justice in Early Modern Ottoman Istanbul*
**Camilla Pletuhina-Tonev,** Princeton University *Disciplining Subjects and Believers: The Orthodox Rite as a Link Between the Ottoman Imperial Subjecthood and the Christian Faith*
**Ali Atabey,** University of Texas at San Antonio *Contested Spaces: Intercommunal Relations and the Treatment of Churches in 17th Century Galata*
**Turkana Allahverdiyeva,** University of Bonn *Slave Conversion into Islam: Being a Kâfiru'l-mille and Müsellemi'l-mille Slave in the Early Modern Era Crimean Khanate*

### II-25: Discourses and Practices of Scientific Development in the Twentieth Century

Chair: *Volunteer needed*

**Soheila Ghaziri,** Université de Montréal *To Beirut and Back: Medical Pathways and Circulating Physicians in Interwar Levant*
**Saghar Bozorgi,** University of Texas at Austin *"Know Yourself": Discourses on Health and Mental Health between 1940 and 1960 in Iran*
**Robert Bell,** New York University *A Pioneering Editor and the Angel of Sarbandan: Two Iranian Women's Rural Development Strategies during the 1950s and 1960s*
**Mattin Biglari,** SOAS, University of London *The 'Gift of Skill': Rural Development, Peasant Subjectivity and the Near East Foundation in Iran*
**Arthur Zárate,** San Jose State University *What is Secular Arab Nationalism? Secularity, Statism, and the Social Imaginary in Nasser's Egypt*

### II-26: Science, Prophecy, and the Occult from the 10th to 12th Centuries

Chair: **John Walbridge,** Indiana University Bloomington

**Alex Matthews,** University of Chicago *A Fāṭimid Version of the Occult Sciences*
**Ahmed Tahir Nur,** Yale University *Avicenna's "Subtle Epistle" on the Classification of the Sciences: A Success Story*

AAUP-01220

**SESSION II**          5:30 - 7:30 PM          **THURSDAY, NOVEMBER 2, 2023**

**Kaveh Niazi,** Independent Scholar *Science Across Barriers of Space, Time, and Language:  The Remarkable Case of Qaṭṭān Marwazī's Kayhān Shinākht*
**Gamze Akbaş,** Ohio State University *The Secrets of Women: Female Agency in 'Abd al-Raḥmān al-Shayzarī's 12th Century Treatise on Sexual Health*

### II-27: Iran: Political Conflict and Regional Power

Chair: **A.R. Joyce,** Middle East Policy Council

**Wassim Mroue,** University of Edinburgh *The Drivers of Intra-sect Relations in Civil Wars: A Close Look at the Emergence of the AMAL-Hezbollah Alliance*
**Annie Tracy Samuel,** University of Tennessee at Chattanooga *Iran's Militaries and the Iran-Iraq War*
**Reza H. Akbari,** American University *Etched in Mistrust: Continuity and Change in U.S.-Iran Nuclear Negotiations (1969–1978)*
**Reyhaneh Javadi,** University of Alberta *Codification of Sharia and Women's Rights in Iran: A Narration of Legal Exclusion and Resistance*
**Carl Forsberg,** Air War College *The Specter of the Left: The US and the Iranian Revolution*

### II-28: Borders and Borderlands: The New Politics of the Middle East

Chair: **James Clark,** University of Nebraska Omaha

**Toni Rouhana,** University of York *Syria's Civil War: Sect Habitus and the Evolution of Human Rights Discourse*
**Umit Seven,** Middle East Technical University *Contested Authority, Violence, and Humanity in the Syrian Civil War*
**Zachary Manning,** University of New Mexico *Negotiating Death: Hadi Jumaans' Successful Humanitarian Missions in Yemen—A Strategic Analysis*
**Nora Fisher-Onar,** University of San Francisco *Capturing Complexity: A New Key to (Ottoman and Turkish) Politics*
**Sertaç Sehlikoglu,** University College London *Imaginative Encounters: Turkish Neo-Ottomanist Dreams in the Balkans*

### II-29: Debating Islamic Law: Imams, Intellectuals, and Salafists

Chair: *Volunteer needed*

**Zoltan Pall,** Austrian Academy of Sciences *Regenerating Ambiguity: Kuwaiti NGOs and Adapting Salafism to Cambodia's Sociocultural Environment*

**Ahmed Achrati,** Osher Lifelong Learning Institute *Transcendence in the Qur'an and Ambiguities in the Tawhidic Discourses*
**Massimo Ramaioli,** Al-Akhawayn University *Islamic Gramscian Intellectuals: 'Ulama, New Religious Intellectuals and the Dynamics of Political Modernity*
**Ali Ekber Cinar,** McGill University *Is "Islamic Law" Really Islamic "Law"? Reading Islamic Legal Tradition through the Lens of Hartian Concept of Law*
**Gaber Mohamed,** Al-Azhar University *Interrogating Two Concepts in Islamic Criminal Jurisprudence: Victim's Family vs. Offender's Family*
**Dragos Stoica,** Concordia University *What Does Harlem Have to Do With Cairo? A Comparison between Malcolm X's and Sayyid Qutb's Islamic Totalism*

### II-30: Institutions and Actors in Diverse Polities

Chair: *Volunteer needed*

**Salman Rafi Sheikh,** Lahore University of Management Sciences *Changing Majoritarian Constitutions: Punjab and the Politics of the 18th Amendment in Pakistan*
**Omar Sadr,** University of Pittsburgh *Political Order, Religion, and Pluralism in Afghanistan*
**Aaron Eldridge,** University of Toronto *Sectarianism Interrupted: Rum Orthodox Christian Monasticicm and Islam in Lebanon*
**Kelly Stedem,** Bucknell University *Sermons & Politics: The Role of Religious Institutions in Political Messaging*
**Kallan Larsen,** University of North Carolina at Chapel Hill *Group Dynamics, Religious Diversity, and Political Tolerance in Lebanon*

### II-31: Understanding Anti-Black and Anti-Arab Racism from a Comparative Perspective

Chair: *Volunteer needed*

**Canan Sahin,** Queen's University at Kingston *Racialized Fractures among Urban Surplus Populations: Hierarchy of Exploitation among Syrians, Kurds and the Poor Turks in West Istanbul*
**Sahar Sadeghi,** Muhlenberg College *Ausländers, "Good Foreigners" and the Persistence of Racial Nationalism*
**Noura Salahaldeen,** University of Vienna *Crossing the Bridge: Becomings of the African Community of Jerusalem beyond al-Quds*
**Dalal Daoud,** Queen's University *Nation-building and Afro-Arabs in Saudi Arabia*

AAUP-01221

**SESSION III**    8:30 - 10:30 AM    **FRIDAY, NOVEMBER 3, 2023**

**ROUNDTABLE**
**III-1: Teaching 9/11 and the Global War on Terror at the Undergraduate Level**

Organized by **Sarah Ghabrial**

**Organized by MESA's Committee for Undergraduate Middle East Studies (CUMES)**

**Sarah Ghabrial,** Concordia University
**Pheroze Unwalla,** University of British Columbia
**Jay Shelat,** Ursinus College
**Mariam Durrani,** American University
**Shaimaa Hassan,** University of East London

**ROUNDTABLE**
**III-2: The October 1973 War at 50: Legacies of Regional Militarization, Oil Politics, and US Hegemony at the Dawn of Neoliberalism**

Organized by **Jacob A. Mundy**

**Sponsored by Middle East Report/Middle East Reporting and Information Project (MERIP)**

Chair: **Jacob A. Mundy**

**Kaveh Ehsani,** DePaul University
**Christopher Dietrich,** Fordham University
**Jacob A. Mundy,** Colgate University

**ROUNDTABLE**
**III-3: Loss, Recovery, and Community Engagement: Archiving the MENA**

Organized by **Leila Zonouzi**

Chair: **Leila Zonouzi,** University of California, Santa Barbara

**Amy Fallas,** University of California, Santa Barbara
**Michael Akladios,** University of Toronto
**Mohamed Elshahed,** New York University
**Farida Makar,** University of Oxford

**ROUNDTABLE**
**III-4: Digital Humanities: Creating Big Data Sets and Ensuring Their Reuse into the Future**

Organized by **Mathew Barber**

**Organized under the auspices of The Centre for Digital Humanities at Aga Khan University, Institute for the Study of Muslim Civilisations**

Chair: **Leif Stenberg,** Aga Khan University

**Mathew Barber,** Aga Khan University
**Jonathan Parkes Allen,** University of Maryland, College Park
**Sarah Bowen Savant,** Aga Khan University
**Irene Kirchner,** Georgetown University
**Mai Zaki,** American University of Sharjah
**Eid Mohamed,** Qatar University
**Intisar Rabb,** Harvard Law School

**ROUNDTABLE**
**III-5: Officially Silenced Narratives in Republican Turkey**

Organized by **Umit Kurt,** University of Newcastle

Chair: **Ipek Kocaömer Yosmaoglu,** Northwestern University

**Baris Unlu,** University of Virginia
**Baki Tezcan,** University of California, Davis
**Yavuz Kose,** University of Vienna
**Fatma Müge Göçek,** University of Michigan, Ann Arbor

**III-6: Packrats and Hoarders of Arabic Literature**

Organized by **Samuel England**

Chair: **Samuel England**

**Adam Talib,** American University in Cairo *Arabic Poetry Media: A History of Collecting and Collection*
**Samuel England,** University of Wisconsin-Madison *Four Lines, 33 rpm: Ruba'iyyat in Arabic Public Spheres*
**Emily Drumsta,** The University of Texas at Austin *A New Register of the Arabs: Poetry as Ur-Science and Diwan in Ahmad Zaki Abushady's al-Shafaq al-Baki (1926)*
**Yasmine Ramadan,** University of Iowa *Blood, Filth, and Excretions: The Abject in Contemporary Egyptian Fiction*

AAUP-01222

**SESSION III**      8:30 - 10:30 AM                    **FRIDAY, NOVEMBER 3, 2023**

### III-7: Alternative Sovereignties

Organized by **Omar Shehabi**

Discussant: **Asli Bali**

**Omar Shehabi,** Yale Law School *From Crémieux to Gerezim: Performative, Constitutive and Disfiguring Citizenship in the Contested Spaces of the Middle East and North Africa*
**Lily Hindy,** University of California, Los Angeles *"Selling" the Kurdish Plight in Iraq to an International Audience: The Messaging of Kurdish Diaspora Organizations after the Human Rights Revolution (1975-2005)*
**Kian Tajbakhsh,** Columbia University *Decentralization, Sovereignty and Democratization under the Islamic Republic of Iran: Do Local Electoral and Civic Institutions Offer Interstitial Spaces for Building Practices of Self-Rule?*
**Asli Bali,** Yale Law School *Rethinking Self-Determination: Experiments with Confederalism in the MENA Region*
**David Mednicoff,** University of Massachusetts Amherst *Syrian Refugee Governance at the Intersection of Transnational and Local Actors- Lessons for Contested Political Spaces of the MENA?*

### III-8: Representing Revolution, Revolutionary Representations: Visual Activism about Palestine from the 1960s to the Digital Age

Organized by **Nadia G. Yaqub**

**Nadia G. Yaqub,** University of North Carolina at Chapel Hill *Refracted Solidarity: Palestine in Mid-Twentieth Century Arab Cinema*
**Umayyah Cable,** University of Michigan, Ann Arbor *Producing Education, Circulating Solidarity: The Association of Arab American University Graduates' Educational Filmstrips of the 1970s*
**Claire Begbie,** Concordia University *Representing the Palestinian Struggle in Post-Camp David Egypt: Neoliberalism and Transnational Solidarity Cinema*
**Dina Matar,** SOAS, University of London *Poster Art: Spaces of Appearance*
**Meryem Kamil,** University of California Irvine *Cardboard Drones and Balloon Ballistics: Tactical Media in the 2018 Great March of Return*

### III-9: "Wake Work" and Revolution: Dilemmas of Mourning, Memory, and Contested Futures

Organized by **Alice Wilson**

Chair: **Eray Çaylı,** University of Hamburg
Discussant: **Sophie Chamas,** SOAS, University of London

**Alice Wilson,** University of Sussex *Unofficial Commemoration among Dhufar's Former Revolutionaries*
**Charis Boutieri,** King's College London *Diluted Afterlives of Revolution: Tunisia Militants and the Trappings of Liberal Translation*
**Huseyin Rasit,** Ritsumeikan University *Revolution, Imperialism, Geopolitics: Managing Precarity and Sustainability in Rojava's Revolution*
**Marlene Schäfers,** Utrecht University *Digital Wake Work: On Forging Martyrial Immortality Online*

### III-10: Epics and Narratives in Medieval Turco-Persianate Culture

Organized by **Colin Mitchell**

**Sponsored by Middle East Medievalists (MEM)**

**Colin Mitchell,** Dalhousie University *Davidic Distancing?: Old Exemplars and New Priorities in Early Safavid History*
**Kaveh Hemmat,** Benedictine University *Labor and Power in the Persian Epic Tradition and Its Intertexts*
**Nasrin Askari,** University of Birmingham *The Timeless Tales of the Mūnis-nāma as Mirrors for Princesses*
**Abolfazl Moshiri,** University of Toronto *The Mythical Sun: The Legacy of Shams-i Tabrīzī in the Mevlevi Hagiographies*

### III-11: The Caucasus within the Ottoman World

Organized by **Vladimir Hamed-Troyansky**

Chair/Discussant: **Seteney Shami,** Arab Council for the Social Sciences

**Vladimir Hamed-Troyansky,** University of California, Santa Barbara *North Caucasian Refugee Resettlement in the Late Ottoman Empire*
**Tuna Basibek,** University of Washington, Seattle *The Slave Trade on the Russian-Ottoman Border in the Caucasus, 1800-1860*
**Murat Yasar,** SUNY Oswego *16th-century Ottoman Territory- and Subject-Making Strategies in the Northwestern Caucasus*

AAUP-01223

### III-12: Commodified Ruins & Broken Promises: Development, Violence and Contestation in the Age of Tourism

Organized by **Idun Hauge & Laith Shakir**

Chair/Discussant: **Waleed Hazbun,** University of Alabama

**Idun Hauge,** Georgetown University *Promising Baalbek: Tourism, Development & Anxieties in the Town of Baalbek, 1943-1975*
**Juan Ramirez,** Georgetown University *Tourism in Tunisia after Fifty Years of French Occupation: French Colonial Capitalism in Interwar Tunisia*
**Laith Shakir,** New York University *Iraqi Antiquities and Tourism Development, 1921-1932*
**Elisa Wynne-Hughes,** Cardiff University *Neoliberal Tourism: Difference, Desire and Dispossession in Revolutionary Cairo*

### III-13: Negotiating Iranian Identity: Between Prescriptions & Subscriptions of Belonging

Organized by **Mohammad R. Kalantari** and **Olivia Glombitza**

Chair: **Luciano Zaccara,** Qatar University

**Olivia Glombitza,** Autonomous University of Barcelona *Salam Farmandeh: Identity Prescription & Youth Mobilization in the Islamic Republic of Iran*
**Mehran Kamrava,** Georgetown University Qatar *State, Communal, and Individual Identities in Iran*
**Mohammad R. Kalantari,** Royal Holloway, University of London *Whither Iranian Religiosity: Being an Iranian in the Modern Era*
**Kristin Soraya Batmanghelichi,** University of Oslo *Gilded Backdoors?: Purchasable Belonging for Iranians in Istanbul Post-2009*

### III-14: At the Edges of Lebanon: Communities and the Spatial Politics of Infrastructural Development

Organized by **Diala Lteif** and **Zeead Yaghi**

Chair/Discussant: **Jens-Peter Hanssen,** University of Toronto

**Diala Lteif,** University of Cambridge *My Way or the Highway: On Infrastructure and Urban Policies in 1960s Beirut, Lebanon*

**Molly Oringer,** University of California, Los Angeles *Whose Jewish Saida?: On Absence, Memory, and the Legacy of the Jewish Community in Southern Lebanon*
**Zeead Yaghi,** University of California, San Diego *Rural Lebanon: On Land Dispossession, Development, and Infrastructure 1958-1970*
**Cynthia Kreichati,** McGill University *A Gift of the Litani: The Politics of Electricity in Lebanon*

### III-15: Slavery and Its Legacies in the Modern Arabic Novel

Organized by **Ahmed Idrissi Alami**

**Caroline Seymour-Jorn,** University of Wisconsin-Milwaukee *Slavery, Identity and Memory in the Novels of Radwa Ashour and Samiha Khrais*
**Ahmed Idrissi Alami,** Purdue University *Undoing the Burden of Blackness*
**Heather Porter Abu Deiab,** McGill University *History, Racism and Futurism in Laila Lalami's The Moor's Account*

### III-16: Over, Under, and Around the State: Accessing Social Services in Turkey

Organized by **Nihal Kayali**

**Nihal Kayali,** University of California, Los Angeles *Temporary Rights and the Privatization of Refugee Healthcare Providers*
**Merve Erdilmen,** McGill University *Multi-Scale Approach to Queer Refugee Organizing: LGBTQI+ Refugee-Led Organizations in Turkey and Beyond*
**Author's Name Withheld by Request** *Sibyan Mektebi in Istanbul, Turkey: Why Did the Islamic Preschools Emerge and Expand?*

### III-17: After the Armageddon: Ottoman Military, Intellectuals, and Press, 1918-1923

Organized by **Yigit Akin** and **Veysel Simsek**

Chair: **Laila Parsons**, McGill University

**Veysel Simsek,** McGill University *Demobilization of the Ottoman Army, 1918-1919*
**Yigit Akin,** Ohio State University *Post-War Peace, Popular Politics, and the "Ethnicization" of the Ottoman Public Sphere, 1918-1920*

AAUP-01224

SESSION III          8:30 - 10:30 AM          FRIDAY, NOVEMBER 3, 2023

**Fatma Esen,** Georgetown University *Pre-Print Censorship in Allied Occupied Istanbul: Who Censored What, When, Where, and Why (1918-1923)*
**Ari Sekeryan,** Independent Scholar *Imagining the End: Political Engagement of Armenian Intellectuals in Occupied Istanbul (1918-1922)*

### III-18: Scales of Migration: Knowledge Production in the Middle East and Its Global Linkages

Organized by **Marjan Wardaki**

Chair/Discussant: **Stacy Fahrenthold,** University of California, Davis

**Marjan Wardaki,** Yale University *Medical Knowledge-Migrants in Islamicate Germany and the Birth of New Medical Centers*
**F. Walter Lorenz,** University of North Georgia *Mobilizing Agricultural Science: Migrants, Locals, and Olive Branches in Civilizing Late Ottoman Libya*
**Joshua Donovan,** Boston College *Migrant Memories: Orthodox Christian Accounts of Violence and Displacement During the 1860 "Events" in Damascus*

### III-19: In Honor of Franklin Lewis I: Ghazal Poetics

Organized by **Samuel Hodgkin,** Yale University

Chair: **Jane Mikkelson,** Yale University

**Saeed Zarrabi-Zadeh,** University of Erfurt *Transformation of the Soul in Mystical Islam: The Case of Jalal al-Din Rumi*
**Shaahin Pishbin,** University of Chicago *The Matlaʿ-i Dīvān: On the Importance of Ghazal #1*
**Paul E. Losensky,** Indiana University Bloomington *Can the Ghazal Ever be Read as Autobiography?: Toponyms in the Poetry of Saʾeb Tabrizi*
**Hajnalka Kovacs,** Harvard University *Zeniths and Nadirs: The Theme of the Miʿrāj in Bēdil's Ghazals*

### III-20: Mobility, Movement, and Belonging Across Borders

Organized by **Omer Shah**

**Omer Shah,** Pomona College *Optimizing Mecca: Islam, Infrastructure, and Logistics*
**A. George Bajalia,** Wesleyan University *Barzakh as Method: Waiting for the Right to Belong in Tangier, Morocco*

**Sumayya Kassamali,** University of Toronto *City of Exiles: Reframing "Migrant Labour" in Beirut, Lebanon*
**Hala Habib,** Columbia University *Resemblances and Departures: Reimagining Mourning in Afghanistan*

### III-21: Images in Islam: Past and Present

Organized by **Ali Asgar Alibhai** and **Laura Thompson**

Discussant: **Christiane J. Gruber,** University of Michigan, Ann Arbor

**Ali Asgar Alibhai,** The University of Texas at Dallas *Image-Making in Fatimid Society: An Interdisciplinary Discourse in Jurisprudence, Material Culture, and Social History*
**Laura Thompson,** Harvard University *Contemporary Blasphemy Prosecutions in Tunisia: The Case of Al Abdellia and Nessma TV*
**Han Hsien Liew,** Arizona State University *Al-Māwardī's Commentaries on the Anthropomorphic Qurʾānic Verses*
**Fayrouz Ibrahim,** Nova Scotia College of Art and Design *Reimagining Islamic Images: A Historical and Contemporary Analysis of Images in Islamic Politics and Art*

### III-22: Varieties of Slavery and Unfreedom in Medieval Islamic History

Organized by **Philip Grant**

Chair/Discussant: **Rachel Schine,** University of Maryland, College Park

**Philip Grant,** University of California, Irvine *What Is a "Slave Revolt"? Comparative Perspectives on the Zanj Rebellion (255-269/869-883)*
**Brian J. Ulrich,** Shippensburg University *Portrayals of the Slave Trade in the Book of the Wonders of India*
**Elizabeth Urban,** West Chester University *Freedwomen in Early Islamic History*

### III-23: Colonization and Decolonization in Israel/Palestine

Chair: **Ghassan E. El-Eid,** Central Connecticut State University

**Yara Nassar,** Arab Center for Research and Policy Studies *Who Supports Hamas in Palestine? Public Political Perceptions of Palestinians in the West Bank and the Gaza Strip*

AAUP-01225

**Sebaah Hamad,** University of California, Santa Barbara *Sumud: Palestinian Resistance and Place-Making*
**Aisha Mershani,** Gettysburg College *Decolonizing Resistance: Stone Throwing and Palestine Solidarity Activism*
**Clayton Goodgame,** Princeton University *The Return of Ideology: Religion and Social Theory in the Middle East*

### III-24: State, Citizenship, and Identities

Chair: **Ohannes Geukjian,** American University of Beirut

**Ali Karimi,** University of Calgary *Passport and Persecution: A History of Travel Permit in Afghanistan*
**Lara Christmann,** Johannes Gutenberg University Mainz *"Whatever We Are Doing Here in Oman Goes Back to the Family": Spatial Practices and Situational Identity of Young Urban Omani in Muscat*
**Khachig Tololyan,** Wesleyan University *Beyond Westphalia and after Foucault: Stateless Power in the Armenian Diaspora*
**Mehdi Faraji,** New York University *Making a Pious-Revolutionary Public: The Rise and Fall of the Friday Prayer in Postrevolutionary Iran*
**Esha Momeni,** University of California, Los Angeles *Hijab Propaganda and the Reinforcement of Hostile Masculinity in Post-Revolutionary Iran*
**Youssef Yacoubi,** Seton Hall University *The "Retardation" of Unitarian Postcoloniality in North Africa: Psycho-Colonialism, Psycho-nationalism, and the Dismemberment of the Arab Maghreb Union.*

### III-25: Queer Politics and Subjectivities

Chair: **Johnathan Norris,** Boston University

**Ali Yildirim,** University of Minnesota, Twin Cities *Deviant Attachments: An Argument on Minoritization, Political Dissent, Aleviness, and Queerness in Turkey*
**Saffo Papantonopoulou,** University of Arizona *Excavating (Post)-Ottoman Queer Subject Formation in Greece and Turkey: The Relationship between Lubunca and Kaliarnta*
**Jamie Pelling,** Princeton University *Sex and the City: Sexual Fantasy in 1920s Istanbul*
**Paraska Tolan-Szkilnik,** Cornell University *Maghreb Mithlya: Histories of Queer People in the 2011 Tunisian Revolution*
**Hatim Rachdi,** Hamad Bin Khalifa University *"'Iilaa Mataa": Cis-heteronormativity and The Everyday Production of "The Carceral Continuum"*

### III-26: Democratic Backsliding in Tunisia

Chair: *Volunteer needed*

**Mahmoud Tharwat El Hewaig,** Georgetown University *The Roots of the Predetermined Trajectory of the Tunisian Revolution*
**Youssef Chouhoud,** Christopher Newport University *Political Tolerance and Democratic Backsliding in Tunisia*
**Fabrizio Leonardo Cuccu,** Dublin City University and **Alessandra Bonci,** Arnold-Bergstraesser-Institut *Religion and Security in Democratizing Tunisia: Re-enacting Surveillance through Religious Narratives and Gendered Dynamics*
**Ahmed Elbasyouny,** Indiana University Bloomington *Tunisia's Presidential Coup: Lessons for Constitutional Design*
**Moutaa Amine El Waer,** University of Montreal *Everyday Statecraft in Context of Political Crisis: Insights from the Tunisian University*

### III-27: Geopolitics and the Struggle for the Middle East: The U.S., Russia and China

Chair: *Volunteer needed*

**Rasha Altameemi,** University of North Texas *US and Soviet Interference in the Iran-Iraq War, 1980-1988*
**Mustafa Caner,** Sakarya University *How China Has Challenged the Us' Hegemonic Position in the Middle East*
**Matt Buehler,** University of Tennessee, Knoxville *The Lost Colony: American Power in Morocco*
**Ehsan Sheikholharam,** University of North Carolina at Chapel Hill *Bypassing Islam: War in Ukraine and a New Discourse of Civilizational Clash*

### III-28: Theorizing Islamism(s): New Methods and Perspectives

Chair: *Volunteer needed*

**Humeyra Biricik,** University of Oxford *Re-evaluating the Inclusion-Moderation Hypothesis: Evidence from Erdogan's Evolving Rhetoric*
**Sarah Fischer,** Marymount University *Attracting Women Voters to Islamist Parties: What Policies Produce Party Support?*
**Martin Kear,** University of Sydney *Battling to Remain in Politics - Understanding Hamas's Hybrid Resistance*
**Suhyla Behiry,** Georgetown University *The Muslim Brotherhood in Exile: Party Cleavages and Political Adaptation*

AAUP-01226

SESSION III          8:30 - 10:30 AM                          FRIDAY, NOVEMBER 3, 2023

**III-29: Climate Change, The Environment, and Natural Disasters**

Chair: **Reza Sohrabi,** Carleton University

**Nimah Mazaheri,** Tufts University *Environmental Quality and Public Perceptions in the Middle East: Survey Evidence about Water, Air, and Pollution*

**Lauren Baker,** Northwestern University *Performing and Contesting Green Leadership: The Politics of Trash at COP27*

**Andreas Rechkemmer,** Hamad Bin Khalifa University *Crises, Climate Change, and Social Justice – Policy Implications for the Middle East*

**Stephen P. Gasteyer,** Michigan State University *Desalting Hydro-Modernity: Climate Change, Water Scarcity, and the (Neo)Colonial Imaginaries of Water Development*

**Martin Hvidt,** University of Southern Denmark *Analyzing a Paradox: How High Oil Prices Have Become a Driver for the Green Transition in the Gulf Countries*

**Ahmet Öztürk,** Independent *Reassessing Dams and Transboundary River Development Projects in the Context of Natural Disasters: The Challenges and Setbacks After the Recent Earthquakes in the Southern Türkiye*

**III-30: Women's Work in the Middle East and Beyond: Critical Junctures**

Organized by **Rasmieyh Abdelnabi**

Chair/Discussant: **Najwa Adra,** Austrian Academy of Sciences

**Rasmieyh Abdelnabi,** George Mason University *Palestinian Women Embroiders: Embodying Palestinian Indigenous Sovereignty*

**Sarah Sabban,** American University of Beirut *Crafting National Heritage: Women's Associations and the Promotion of Arts and Crafts in French Mandate Lebanon*

**Wafaa Hasan,** University of Toronto *Anti-Palestinian Gendered and Racial Childism/Motherhoods in the Toronto Public School System*

**Farha Ghannam,** Swarthmore College *Between the Visible and Invisible: Ethics of Care, Gender, and Class in Urban Egypt*

AAUP-01227

SESSION IV         11:00 AM - 1:00 PM                FRIDAY, NOVEMBER 3, 2023

**SPECIAL SESSION**
**IV-1: Rewriting Histories and Narratives from the Arab Region: Alternative Archives, Marginalized Voices**

While formal research and knowledge production institutions in the Arab region continue to suffer from a dismal array of constraints and shortcomings, there is an explosion of initiatives interrogating, critiquing and providing alternatives to longstanding narratives of nationalism, identity, political structures and lifeworlds. Mostly organized through para-institutional and interstitial modalities, often ephemeral and short-lived, these initiatives create new archives, highlight marginalized voices and construct alternative narratives and visions of the future. This roundtable will examine issues such as methodological nationalism, revolutionary knowledge, digital activism and domestic archives. The importance of these efforts from the Arab region is in the production of new insights and interpretations of pasts, presents and futures but also as a critique of existing formal institutions of knowledge production in the region.

Organized by **Seteney Shami**
on behalf of
**the Arab Council for the Social Sciences and MESA**

Chairs: **Seteney Shami,** Arab Council for the Social Sciences and **Dina Rizk Khoury,** George Washington University

**Mohammed A. Bamyeh,** University of Pittsburgh
**Sami Hermez,** Northwestern University in Qatar
**Hana Sleiman,** University of Edinburgh
**Reem Joudi,** Arab Council for the Social Sciences

**ROUNDTABLE**
**IV-2: Lebanese Studies: Current Stakes, Future Possibilities, and Ethical Commitments**

Organized by **Andrew Arsan**

**Organized under the auspices of
the Centre for Lebanese Studies**

Chair: **Andrew Arsan**

**Andrew Arsan,** University of Cambridge
**Owain Lawson,** University of Toronto
**Diala Lteif,** University of Cambridge

**Nadya J. Sbaiti,** Georgetown University School of Foreign Service in Qatar
**Munira Khayyat,** American University in Cairo
**Ziad M. Abu-Rish,** Bard College

**ROUNDTABLE**
**IV-3: Queer/Trans Critique of Middle East Studies**

Organized by **Asli Zengin**

Chair: **Asli Zengin,** Rutgers, State University of New Jersey

**Elif Sari,** University of British Columbia
**Sima Shakhsari,** University of Minnesota, Twin Cities
**Razan Ghazzawi,** Oregon State University
**Sophie Chamas,** SOAS, University of London

**ROUNDTABLE**
**IV-4: Histories of Capitalism and Race in the Middle East and Indian Ocean**

Organized by **Mattin Biglari, Hengameh Ziai,** and **Sarah El-Kazaz**

Chairs: **Mattin Biglari,** SOAS, University of London, **Hengameh Ziai,** SOAS, University of London, and **Sarah El-Kazaz,** SOAS, University of London

**Timothy Mitchell,** Columbia University
**Johan Mathew,** Rutgers, State University of New Jersey
**Nada Moumtaz,** University of Toronto
**Fadzilah Yahaya,** Yale University

**ROUNDTABLE**
**IV-5: Collaborative Field Building in Amazigh/Berber Studies: Academia and Community in North Africa**

Organized by **Ellen Amster**

Chair/Discussant: **Ellen Amster**

**Ellen Amster,** McMaster University
**Manaal Alsabagh,** McMaster University
**Paul Silverstein,** Reed College
**Brahim El Guabli,** Williams College
**Katherine E. Hoffman,** Northwestern University
**Nabil Boudraa,** Oregon State University

AAUP-01228

**ROUNDTABLE**
**IV-6: Early Republican History**
**One Hundred Years after 1923**

Organized by **Hale Yılmaz**

Chair: **Hale Yılmaz**

**Hale Yılmaz,** Southern Illinois University Carbondale
**Kyle Evered,** Michigan State University
**Roger A. Deal,** University of South Carolina Aiken
**G. Carole Woodall,** University of Colorado at Colorado Springs
**Ozge Calafato,** University of Amsterdam
**Senem Aslan,** Bates College
**Emine Ö. Evered,** Michigan State University

**IV-7: The Decline of Rise:**
**Re-examining the Ottoman Rise Paradigm**

Organized by **Amy Singer** and **Samet Budak**

Chair: **Gottfried Hagen,** University of Michigan, Ann Arbor
Discussant: **Cemal Kafadar,** Harvard University

**Amy Singer,** Brandeis University *The Case of Edirne: Behind the Scenes of the Rise Narrative*
**Patricia Blessing,** Princeton University *Architecture and Ottoman Rise: Away from the Sinan Paradigm*
**Samet Budak,** University of Michigan, Ann Arbor *An Alternative History of the Beginnings of the Ottoman Enterprise: Thinking Outside the Box of Official History*
**Dimitris Kastritsis,** University of St. Andrews *Imagining Ottoman World History in the Middle of the 15th Century CE*
**Linda T. Darling,** University of Arizona *What Was the Rise of the Ottoman Empire?*

**IV-8: Finding Meaning in 2 Billion Words of Arabic Books**

Organized by **Sarah Bowen Savant**
on behalf of
**The Centre for Digital Humanities at Aga Khan University, Institute for the Study of Muslim Civilisations**

Chair: **Leif Stenberg,** Aga Khan University

**Sarah Bowen Savant,** Aga Khan University *Did Ibn al-ʿAsākir (d. 571/1176) Use a Library to Create the Largest Pre-modern Book in Arabic?*

**Aslisho Qurboniev,** Aga Khan University *The Application of Stylometry to Premodern Arabic Texts: The Elusive Case of the Rasāʾil Ikhwān al-Ṣafāʾ*
**Mathew Barber,** Aga Khan University *Chronicling Crisis in Pre-modern Arabic Texts: Formula Versus Description*
**Ryan Muther,** Northeastern University *Source Attribution Using Generative Language Models: A Case Study on Maqrizi*
**Robert Kevin Jaques,** Indiana University Bloomington *Reconstructing and Presenting the "Lost" Witnesses of Ibn Isḥāq's Sīrah*
**Lorenz Nigst,** Aga Khan University-ISMC, Centre for Digital Humanities *Un-scatter the Field, Simplify the Search: Text Reuse and Pre-Modern Scholarly Tool-Building*

**IV-9: Middle Eastern Diaspora:**
**US Multiethnic and Multiracial Collaborations**

Organized by **Kimberly W. Segall**

Chair: **Stan Thangaraj**

**Kimberly W. Segall,** Seattle Pacific University/University of Washington *Digital Solidarities of U.S. Muslim Women*
**Stan Thangaraj,** Stonehill College *Constantinople Cafe and Copper Binds: Kurds, Lebanese, and the Emergence of Butte, Montana*
**Candace Lukasik,** Mississippi State University *Geopolitical Reverberations: Sectarian Memory and the (Im)Possibilities of Arab American Studies*
**Joseph Hermiz,** University of Chicago *The United States v. Shmuil David: Racializing Assyrians in post-World War I America*

**IV-10: Popularizing Folklore, Folklorizing the Popular: Memory, Co-optation, and Commodification in Moroccan Music**

Organized by **Benjamin Jones**

**Benjamin Jones,** Georgetown University *Singing the Sahara: Claiming the Western Sahara in Popular Music*
**Cynthia Becker,** Boston University *Moroccan Cover Art: Marketing Popular Music in the 1970s and '80s*
**Kendra Salois,** American University *Between Renewal and Extraction: Ghiwanien Methodologies in Moroccan Heritage Pop*
**Said Graiouid,** SIT Study Abroad *Nass El-Ghiwane, Decoloniality, and "Resistant Imagination"*

AAUP-01229

**SESSION IV**          **11:00 AM - 1:00 PM**                    **FRIDAY, NOVEMBER 3, 2023**

### IV-11: Materiality & Documentary Culture in the Early Islamic World

Organized by **Kyle Longworth** and **Tobias Scheunchen**

Chair: **Fred M. Donner,** University of Chicago
Discussant: **Cecilia Palombo,** University of Chicago

**Kyle Longworth,** University of Chicago *Monetary Liquidity & Political Propaganda: The Mint in Marv during the Second Islamic Civil War (62/681-73/692)*
**Tobias Scheunchen,** University of Chicago *To Sue, or Not to Sue – Muslims and Christians Going to Court in Late Antique Egypt: The Documentary Evidence*
**Theresa Grabmaier,** Ludwig Maximilian University Munich *The Life of the People in the Fayyūm: A Network Analysis Approach to the Berlin Arabic Papyri Collection*
**Raashid Goyal,** Cornell University *Turning Documents into History, and History into Documents: The Dhimma of God and His Messenger in the First Islamic Century*

### IV-12: Energy, Rivalry, and Insecurity in the Middle East

Organized by **Bruce Rutherford**

Chair: **Bruce Rutherford**
Discussant: **Natalie Koch,** Syracuse University

**Tobias Zumbraegel,** Heidelberg University *The Technopolitics of Hydrogen: The Oil- and Gas-Exporting Gulf States' Quest for Relevance in a Climate-Constrained World*
**Jeannie Sowers,** University of New Hampshire *Territorial Fragmentation and the Targeting of Oil and Water Infrastructures in Libya*
**Bruce Rutherford,** Colgate University *Managing the Rise of China in the Middle East: The Case of Egypt*
**Drew Kinney,** Syracuse University *Calm amongst the Chaos: Jordanian Foreign Relations within a Region in Crisis*

### IV-13: Demystifying the Middle East in the Undergraduate Classroom through Virtual Exchanges

Organized by **Marcus Smith**
on behalf of
**MESA's Committee for Undergraduate Middle East Studies (CUMES)**

Chair/Discussant: **Melinda McClimans**

**Marcus Smith,** Lindenwood University *Teaching Cultural Competency through Virtual Exchange Partnership with the University of Mosul*
**Danielle Schoon,** Ohio State University, **Melinda McClimans,** Ohio State University, and **Suncem Kocer,** Koc University *Virtual Education Abroad in Istanbul, Turkey: Utilizing the Principles and Practices of Collaborative Online International Learning*
**Maia Carter Hallward,** Kennesaw State University *Engaging with the Other Online*
**Lamees Fadl,** The City University of New York *Approach to Integrating Virtual Exchange Pedagogy in Arabic Language Classes: The Cases of COIL and GSACS Programs at CUNY*
**Gwyneth Talley,** American University in Cairo *Nebraska Meets Cairo – Exploring Cross-Cultural Diversities with Arab Society*

### IV-14: Ecocritical Terrains: Rethinking Tamazghan and Middle Eastern Landscapes

Organized by **Edwige Tamalet Talbayev**

Chair: **Edwige Tamalet Talbayev**

**Edwige Tamalet Talbayev,** Tulane University *Elemental Borders: Reframing the Geophysical Maghreb*
**Ramyar Rossoukh,** Brandeis University *Colonizing Mars in the Arabian Desert*
**Tracy Valcourt,** Independent Scholar *"Pure Landscape" and Atmospheric Ambiguation: Picturing Deserts*
**Anna Levett,** Oberlin College *Tunisia's Post-Revolutionary Cinematic Landscapes*
**Matthew Brauer,** University of Tennessee, Knoxville *Earthquakes in Maghribi Literature: Land, Body, and Language in al-Ṭāhir Waṭṭār's al-Zilzāl (The Earthquake)*

AAUP-01230

**IV-15: At the Intersection of Health and Gender in the Middle East in the Midst of Military, Economic and Natural Disasters**

Organized by **Livia Wick**

Chair: **Livia Wick,** American University of Beirut

**Aysecan Terzioglu,** Sabanci University *Understanding the Syrian Refugees' Particular Experiences in Turkey through Gender and Health Issues*
**Weeam Hammoudeh,** Birzeit University *Navigating Adolescence under Occupation and Prolonged Displacement: The Health and Mental Wellbeing of Palestinian Refugee Adolescent Girls in the West Bank and Jordan*
**Basak Can,** Koc University *Gendering Biomedical Care in Chronic Kidney Disease in Turkey*
**Doaa Hammoudeh,** University of Oxford *Slow and Gendered Violence: Experiences of Young Palestinians Living on the Margins of Jerusalem*

**IV-16: The Predicament of Islamic Decoloniality: Hegemony and Critique in Contemporary Islamic Thought in Turkey**

Organized by **Alev Cinar**

Discussant: **Nora Fisher-Onar,** University of San Francisco

**Alev Cinar,** Bilkent University *The Predicament of Islamic Decoloniality: Sufi Political Thought and the "Great East" Project of Necip Fazıl Kısakürek*
**Enes Ateş,** Mardin Artuklu University *"Muslim Society" as Resistance: İsmet Özel's Islamism as a Form of Islamic Decolonial Thought in Turkey*
**Seda Baykal,** University of Pittsburgh *The Dilemmas of Decoloniality in the Turkish Academia: The Case Ibn Khaldun University*
**Ayşe Ayten Bakacak,** Ankara Yildirim Beyazit University *Between Assimilation and Defiance: "Obedient Resistance" in Academia, The Example of İstanbul Şehir University*

**IV-17: Authority in and of Islam: Manifestations and Contestations**

Organized by **Zunayed Ahmed Ehsan**
on behalf of the
**College of Islamic Studies, Hamad Bin Khalifa University**

**Zunayed Ahmed Ehsan,** Hamad Bin Khalifa University *Theology as Political Theory: Maulana Bhashani's Method of Doing Theology for Social Transformation*
**Mohammed Asaf Pazheri,** Independent Scholar *"Swearing to God": A Study on Dispute Settlement and Islamic Legal Authority in Kodinhi Juma Masjid in Kerala in India*
**Osman Qazi,** Hamad Bin Khalifa University *Celebrating the Birth of the Prophet in British India: Aḥmad Raḍā Khān Barelwī›s Fatwas on the Mawlid*
**Uvaise Karattiyattil,** Hamad Bin Khalifa University *Islamic Law in Postcolonial India: A Study of the Qadis of Calicut (1947-2020)*
**Annas Rolli Muchlisin,** Hamad Bin Khalifa University *Yūsuf Al-Qaraḍāwī's Attitudes toward Taqrīb Al-Madhāhib: From Ecumenicism to Sectarianism?*

**IV-18: Iran and the Struggle for "Normalcy": Woman, Life, Freedom**

Organized by **Pouya Alimagham**

Chair/Discussant: **Pouya Alimagham**

**Pouya Alimagham,** Massachusetts Institute of Technology *Cascading Dissent: Situating "The Hijab Protests" in Iran's Post-1979 History*
**Yalda Hamidi,** Minnesota State University, Mankato *Woman, Life, Freedom and the Question of Normalcy: A Note Toward an Anti-racist Transnational Feminist Lens*
**Mahrou Zhaf,** St. Lawrence University *The Islamic Republic's Perverse State of Mind and the Female Resistance*

**IV-19: Digital Divides and Censored Stories: Contemporary Challenges to Arab Media Access**

Organized by **Andrew Leber**

**Andrew Leber,** Tulane University *Murder as a Signal of Censorship: Jamal Khashoggi and Repression of Saudi Op-Ed Columnists*

AAUP-01231

Case 5:25-cv-06618-NW    Document 81-5    Filed 03/27/26    Page 146 of 344

SESSION IV        11:00 AM - 1:00 PM        FRIDAY, NOVEMBER 3, 2023

**Ildiko Kaposi,** Independent Scholar *Shades of Literary Censorship in Kuwait*
**Fahed Al-Sumait,** American University of Kuwait *Identifying Communities of Exclusion in Kuwait's Digital Media Landscape*

### IV-20: In Honor of Franklin Lewis II: Persian and Other Literatures: Multilingualism and Translation

Organized by **Ferenc P. Csirkes**

Chair: **Pouneh Shabani-Jadidi,** University of Chicago

**Ferenc P. Csirkes,** Sabanci University *Turkic Poetry and the "Fresh Style" in Safavid Iran*
**Theodore Beers,** Freie Universitat Berlin *The "'Ali ibn al-Shah" Preface to "Kalila and Dimna" between Persian and Arabic*
**Nargis Ali Virani,** Emory University *Jalaluddin Rumi's Multilingual Poems*
**Francesca Chubb-Confer,** Whitman College *The Ghazal Complex: Iqbal and the Problem of Certitude*
**Cameron Cross,** University of Michigan, Ann Arbor *Translating the Divan-e Shams: Poetics, Politics, and Pedagogy*

### IV-22: Forms of Refusal and Reshaping the Urban in Middle Eastern Cities

Organized by **Dina Makram-Ebeid** and **Momen El-Husseiny**

Chair: **Dina Makram-Ebeid** and **Momen El-Husseiny**

**Momen El-Husseiny,** American University in Cairo *Mega-Peripheries and Cairo's New Administrative Capital: Contradictions of Squatting and Unsettled Livelihoods around the New Urban Future*
**Dina Makram-Ebeid,** The American University in Cairo *Post-coloniality, An Unfinished Project: Labor, Class and the Reshaping of the Urban in a Steel Town in Cairo*
**Alaa Attiah M,** University of Toronto *Marginality and Sovereignty in Postcolonial Context*

### IV-23: Anti-Colonial Resistance Across the Arab Gulf

Organized by **Erica Augenstein**

Discussant: **Samah Selim,** Rutgers, State University of New Jersey

**Erica Augenstein,** University of Houston *Publishing the Revolution: Palestinians and Anti-Colonial Literature in the Arab Gulf, 1950s-1970s*
**Ibrahim Badshah,** University of Houston *Necessary Impossibilities: Activist Translations of Anti-Colonial Arabic Literature into Malayalam*
**Iqra Raza,** University of Houston *Spectres of Revolution: The Spectral Politics of Resistance in Sonallah Ibrahim's "Warda"*
**Said Al Hashmi,** University of Houston *Revolution in Omani Memory: Rethinking Anti-Colonial Resistance in the Work of the "Green Mountain Angels" and "A Woman from Dhofar"*

### IV-24: Queer Artistic and Cultural Practices of Southwest Asia North Africa

Organized by **Anne Marie Butler** and **Deena Naime**

Chair: **Natalie El-Eid,** Syracuse University

**Anne Marie Butler,** Kalamazoo College *Sexual Deviance as Decolonial Praxis: Tunisian Artist Aicha Snoussi's Anti-Knowledge Archives*
**Raed El Rafei,** University of California, Santa Cruz *Queer (In)Visibility and the Production of Queer Space in Post-War Lebanese Film*
**Deena Naime,** University of Southern California *Sobhiyat w Zyarat: Queer Intimacies in Druze Women's Spaces*

### IV-25: Islamic Thought, Texts, and Modernity in the Late Nineteenth and Early Twentieth Centuries

Chair: **Mohammad Salama,** George Mason University

**Samuel Scurry,** University of Arkansas *Qasim Amin's Detractor: Muhammad al-Bulaqi and the Challenge to the Late Sunni Legal Tradition at al-Azhar*
**Scott Bursey,** Florida State University *On the Modalities of Ignorance: Muhammad and Sayyid Qutb on Contrasting Conceptions of Jāhiliya*
**Wael Abu-Uksa,** Hebrew University of Jerusalem *Three Concepts of Tolerance in 19th Century Arabic*
**Michael Battalia,** Princeton University *Muḥammad Naṣīf (1885-1971) and the Revival of Philology as an Intellectual Craft in Early Twentieth Century Hijaz*
**Mariam Elashmawy,** Freie Universitat Berlin *The Commendatory Republic in 1930s Egypt: Al-Taṣawwuf al-Islāmī, Bookish Ties, and the Network of Book Commendations in al-Ma'rifā*

Page 31 · MESA 2023 Preliminary Program

AAUP-01232

## SESSION IV     11:00 AM – 1:00 PM          FRIDAY, NOVEMBER 3, 2023

### IV-26: Governance and Citizenship in the Late Ottoman Empire

Chair: **Virginia Aksan,** McMaster University

**Sadreddin Berk Metin,** Simon Fraser University *Reconquering Istanbul: Islam and Legitimacy Crisis in the Ottoman Empire (1808-1839)*
**M. Safa Saracoglu,** Bloomsburg University of Pennsylvania *Codifying Corruption in 19th Century Ottoman Governance*
**Ismail Noyan,** Simon Fraser University *Towards a More Entangled Ottoman Intellectual History: The Case of Mecelle (1868-1889)*
**Mahade Hasan,** University of Illinois at Urbana-Champaign *The Evolution of the Concept "Citizenship" in Ottoman Empire: A Historical Perspective*
**Stefan Winter,** Université du Québec à Montréal/Koç University *The Ottoman Province of Kilis and the Origins of the "Kurd Dagh", 18th-19th Century*
**A. Hilal Ugurlu,** MEF University, Istanbul *Invisible Supporters of the New Order: Life and Networks of Royal Women in Istanbul under Selim III*

### IV-27: Doing Fieldwork in the MENA Region

Chair: *Volunteer needed*

**Noha Fikry,** University of Toronto *Inhospitable Homes & Hospitable Families: On Humans, Animals, and Food in Rural Egypt*
**Gokhan Mulayim,** Boston University *Field Precarity: Ethnographic Work in a Field in Flux in Contemporary Turkey*
**Tiina Hyyppä,** University of Helsinki *Researcher Vulnerability, Positionality and Objectivity in Conflict Research*
**Eric Schoon,** Ohio State University *Power Asymmetries Inverted: Suspicion, Insecurity, and Ethnographic Positionality in Turkey*

### IV-28: Courts and Constitutional Law in MENA

Chair: *Volunteer needed*

**Monique C. Cardinal,** Université Laval *One Hundred Years of History of Islamic Law and Jurists in Syria (1919-2019): The Struggle to Preserve a Legal System*
**Ahmet Barış Ekiz,** University of Michigan, Ann Arbor *Making the Case for Ottoman Legal Humanism: A Reappraisal of the Ottoman Juristic Writing in the Reign of Bayezid II*
**Carly Krakow,** New York University/London School of Economics and Political Science *A Totalitarianism of Our Time: International Law and Structures of Transnational Environmental Injustice in Palestine, Iraq, and the United States*
**Sila Ulucay,** University of Oxford *Political Trials in Istanbul: Spectacles of Power, Obedience, and Resistance*

### IV-29: Ritual and Faith

Chair: **Asma Afsaruddin,** Indiana University Bloomington

**Satoru Nakamura,** Kobe University *The Perceptions of Muhammad bin ʿAbd al-Wahhāb on Takfīr and Jihād*
**Reem Shaikh,** University of Texas at Austin *Rebellion and Legitimacy in the Hanbali School of Law*
**Azadeh Aghighi,** Indiana University Bloomington *Incorporating Contemporary Science in Qurʾānic Exegesis*
**Nadia Duvall,** SOAS, University of London *Sayyid Quṭb and the Decline of the Islamic Humanistic Tafsīr Traditions*

AAUP-01233

**SESSION V**     **1:30 - 3:30 PM**                    **FRIDAY, NOVEMBER 3, 2023**

**SPECIAL SESSION**
**V-1: Yassin al-Haj Saleh: Reflections on Revolution and the Struggle for Democracy in Syria**

Yassin al-Haj Saleh is the most important progressive Syrian intellectual and activist working today. Described as "the intellectual voice of the Syrian revolution," his writing has included incisive and critical commentary on modern Syrian history, contemporary Syrian politics, the war in Syria and the crisis of state-society in the broader Arab world. The focus of this roundtable will be on the 2011 Syrian revolution against the Assad regime and the lessons learned from this brutal experience. Saleh will look back on the revolution and look forward. He will also engage with Syria experts on the question of the Syrian uprising, what went wrong, what went right, and what the future prospects of reconstituting a new movement for democracy in the coming years might look like.

Organized by **Steven Heydemann**
on behalf of the
**Center for Middle East Studies at the University of Denver and the Middle East Program at Smith College**

Chair/Discussant: **Steven Heydemann,** Smith College

**Yassin Al-Haj Saleh,** Independent Scholar
**Marwa Daoudy,** Georgetown University
**Wendy Pearlman,** Northwestern University

**ROUNDTABLE**
**V-2: Finding Palestine in Israeli Archives**

Organized by **Basma Fahoum** and **Shay Hazkani**

**Sponsored by**
**Palestinian American Research Center (PARC)**

**Basma Fahoum,** Stanford University
**Nimrod Ben Zeev,** Tel Aviv University
**Shay Hazkani,** University of Maryland, College Park
**Mezna Qato,** University of Cambridge

**ROUNDTABLE**
**V-3: Armenians, Kurds, and the Politics of Ottoman Historiography**

Organized by **David E. Gutman** and **Richard Antaramian**

Chair: **David E. Gutman**

**Richard Antaramian,** University of Southern California
**David E. Gutman,** Manhattanville College
**Fatma Müge Göçek,** University of Michigan, Ann Arbor
**Dzovinar Derderian,** University of California, Berkeley

**ROUNDTABLE**
**V-4: Demystifying the Middle East in the Classroom through Literature and Film**

Organized by **Gwyneth Talley** and
**Marcus Smith,** Lindenwood University

Chair: **Gwyneth Talley**

**Hande Ozkan,** Transylvania University
**Kara A. Peruccio,** University of Maine
**Lamees Fadl,** The City University of New York
**Gwyneth Talley,** American University in Cairo
**Susan Tyrrell,** University of North Texas

**ROUNDTABLE**
**V-5: Ethnographic Research in Middle Eastern Cities: Challenges, Possibilities, and Pathways**

Organized by **Kristin V. Monroe**

**Sponsored by Association of Middle East Anthropology (AMEA)**

Chair: **Kristin V. Monroe**

**Alize Arican,** Boston University
**Kareem Rabie,** University of Illinois at Chicago
**Susanne Dahlgren,** Finnish Institute in the Middle East
**Kristin V. Monroe,** University of Kentucky
**Sophia Goodfriend,** Duke University
**Pascal Menoret,** Center for Economic, Judicial, and Social Study and Documentation

AAUP-01234

**SESSION V**        **1:30 - 3:30 PM**                    **FRIDAY, NOVEMBER 3, 2023**

**ROUNDTABLE**
**V-6: New Afghanistan Studies in/and Middle Eastern Studies: Archives, Themes, and Approaches**

Organized by **Jawan Shir Rasikh**

**Sponsored by**
**American Institute of Afghanistan Studies (AIAS)**

Chair: **Shah Mahmoud Hanifi,** James Madison University
Discussant: **Jawan Shir Rasikh,** University of Pennsylvania

**Marya Hannun,** University of Exeter
**Khalilullah Afzali,** University of California, Los Angeles
**Zubairullah Hashimi,** University of Pennsylvania
**Nabi Saqee,** University of Oxford

**V-7: From the Womb to the Tomb: Birth, Disease, Sex, and Death in the Modern Middle East**

Organized by **A. Tylor Brand**

Chair/Discussant: **Elizabeth Thompson,** American University

**A. Tylor Brand,** Trinity College Dublin *Death and Praxis: The Lebanese Famine of World War I and the Problem of Mortality in Crisis Historiography*
**Isacar Bolaños,** California State University, Long Beach *Pandemic Influenza in Ottoman Iraq*
**Seçil Yilmaz,** University of Pennsylvania *IUD Alliances: Transnational Politics of Family Planning in Turkey in 1960s*

**V-8: US-Gulf Cultures of Empire**

Organized by **Natalie Koch** and **Neha Vora**

Chair: **Neha Vora**

**Natalie Koch,** Syracuse University *Cultures of Arid Empire: US-Gulf Imperial Entanglements and Their Desert Imaginaries*
**Karine Walther,** Georgetown University Qatar *Americans' Technological Empire in Arabia*
**Andrea Wright,** College of William and Mary *Security through Social Change: American Management Practices at Oil Projects in the Arabian Peninsula, 1940s to 1960s*
**Danya Al-Saleh,** University of Washington, Seattle and
**Neha Vora,** Lafayette College *Gulf Petro-Education, Climate Action, and US Empire*

**Michael Christopher Low,** University of Utah *Copying California: The Water Prince and the Cold War Roots of Saudi Mega-Projects*

**V-9: Tunisian Democracy in Crisis**

Organized by **Salih Yasun**

Chair: **Salih Yasun**
Discussant: **Aytuğ Şaşmaz,** Bryn Mawr College

**Haifa Souilmi,** University of Oregon *A Tale of Two "Exceptions": Everyday Politics of Democratic Backsliding and Elites' Conflicting Views on Democracy in Tunisia*
**Matthew Gordner,** University of Toronto *What Went Wrong? NGOization in Tunis(ia), 2011-2023*
**Bedirhan Mutlu,** George Washington University and
**Salih Yasun,** Virginia Military Institute *Explaining Enduring Party System Weakness in Post-Revolutionary Tunisia*
**Ihsan Mejdi,** University of Exeter *The Nexus Between Kinship and Politics During Times of Democratic Crisis in Tunisia*
**Hannah Kazis-Taylor,** Princeton University *Authoritarian Economic Legacies and Democratic Backsliding in Tunisia*

**V-10: The Ottoman Empire as Sea Power: Maritime Activities and Technologies (15th–18th Centuries) Seen from the Transottoman Perspective**

Organized by **Gul Sen** and **Christine Isom-Verhaaren**

**Organized under the auspices of the**
**Priority Program "Transottomanica" of the**
**German Research Foundation**

Chair: **Linda T. Darling,** University of Arizona

**Gul Sen,** University of Bonn *Criminals and Forced Labor: Mobility Dynamics in the Ottoman Naval Arsenal (16th-18th Centuries)*
**Albrecht Fuess,** Philipps University Marburg *Conquerors by the Sea: The Ottoman Naval Advance in the Eastern Mediterranean in the Last Decades of the Mamluk Sultanate (1480-1517)*
**Suraiya Faroqhi,** Ibn Haldun University *Supplying the Naval Arsenal of Istanbul with Cotton and Hemp (Sixteenth and Seventeenth Centuries)*
**Samuel Stevens,** Koc University *Ottoman Amphibious Warfare in the Early Sixteenth Century: The 1522 Siege of Rhodes in the Chronicle Tevarih-i Feth-i Rodos*

AAUP-01235

**Christine Isom-Verhaaren,** Brigham Young University *Selecting an Admiral in the Ottoman Empire: When Favoritism Trumped Expertise*
**Andreas Helmedach,** Ruhr-University Bochum *Technological Change in Venetian Warfare against the Ottomans in the Cretan and Morea Wars 1645-1718*

### V-11: Refugee Migration and the Middle East: Revisiting Theoretical Frameworks

Organized by **Emma Empociello** and **Sevin Gulfer Sagnic**

Chair: **Dawn Chatty,** University of Oxford
Discussant: **Emma Empociello**

**Sevin Gulfer Sagnic,** University of California, San Diego *Laissez Passe Anatomy of a Border Push: Locating State in Migration Policies*
**Gerasimos Tsourapas,** University of Glasgow *Migration Rentiers -- The Political Economy of Mobility in the Middle East*
**Emma Empociello,** Sciences Po Bordeaux *Beyond Rent and Externalization: Jordan's Changing Border Policy*
**Ethan Pack,** University of California, Los Angeles *African Asylum Seekers in Israel/Palestine: Refugees, Return, and "Infiltration"*

### V-12: Cultural Hubs in the Arab Region

Organized by **Nadia von Maltzahn** on behalf of **Lebanon's Art World at Home and Abroad (LAWHA)**

Chair: **Nadia von Maltzahn**
Discussant: **Idriss Jebari,** Trinity College Dublin

**Nadia von Maltzahn,** LAWHA/Orient-Institut Beirut *Beirut as a Regional Hub for Art Education?*
**Monique Bellan,** Orient-Institut Beirut *The Transnational Moment: Looking at Beirut through Its Art Galleries*
**Amin Alsaden,** Independent Scholar *Pan-Arabism in Baghdad: Revisiting the Genesis of Regional Artistic Solidarity*
**Samar Ben Romdhane,** Ajman University *Building a Cultural Hub in the Arab Region: The Role of Public Relations in Shaping Sharjah's Image*

### V-13: Rethinking Turkey: Politics of Method and Analysis of the Republic's First Century

Organized by **Asli Z. Igsiz**

Chair/Discussant: **Nilay Ozok Gundogan,** Florida State University

**Asli Z. Igsiz,** New York University *Rethinking "Civilization" and National Cultural Politics in Turkey*
**Banu Bargu,** University of California, Santa Cruz and **Gunes Murat Tezcur,** Arizona State University *Monumentalizing the Founding: Republican Fidelity and Secular Devotion*
**Evren Savcı,** Yale University *Sex and the Republic*
**Serra Hakyemez,** University of Minnesota, Twin Cities *The Centennial Paranoia: What Has Happened to the Nation's Fathers?*

### V-14: Imagining New Worlds in the 21st Century: Lessons from the Two Waves of Arab Uprisings

Organized by **Rusha Latif** and **Rima Majed**

**Atef Said,** University of Illinois at Chicago *Whose Political Imaginary? Insights from Decolonial Epistemologies to Explicate the Arab Spring Uprisings*
**Rusha Latif,** Independent Researcher *Challenging Reductive Tropes: Beyond Spontaneity and Leaderlessness in the Egyptian Revolution*
**Zahra Ali,** Rutgers, State University of New Jersey *Theorizing Uprisings in the Arab Worlds: Iraq's Thawra Teshreen*
**Rima Majed,** American University of Beirut *Thinking Through Contradiction: Lebanon's Thawra Against Sectarian Neoliberalism*

### V-15: Race in the Maghrib and the Arabian Peninsula – Comparisons, Connections, Contestations

Organized by **Catey Boyle**

Chair: **Mandana E. Limbert,** Queens College, CUNY

**Catey Boyle,** Harvard University *Sites of Servitude: Transregional Slave Trades, Difference, and Belonging in Tunis (1736-1895)*
**Omar Sayfo,** Utrecht University/Migration Research Institute *"The Khawaga Complex" - Representations of the European Other on Egyptian Screens*

AAUP-01236

SESSION V          1:30 - 3:30 PM                    FRIDAY, NOVEMBER 3, 2023

**Faisal Abdullah Abualhassan,** Johns Hopkins University *Bonds and Bondage between the Sahara and the Arabian Peninsula, 1920-1960*
**Idil Akinci,** University of Edinburgh *Deserving Citizens and Migrants: Shifting Parameters of Race and Nation in the UAE*

### V-16: Perso-Mongol Experimentation and the History of (Occult) Science

Organized by **Matthew Melvin-Koushki** and **Jonathan Brack**

Chair: **Mahdi Tourage,** King's University College
Discussant: **Matthew Melvin-Koushki,** University of South Carolina

**Jonathan Brack,** Ben-Gurion University of the Negev *Chinese Medical Experience and Islamic Reason: Eurasian Knowledge Transmissions and the Ilkhanid Sino-Persian Translation*
**Lisa Alexandrin,** University of Manitoba *The "Wisdom of Sīniyyah" and Messianic Taxonomies in Sa'd al-Dīn Ḥamūyeh's (d.ca. 1252 CE) Kitāb al-Maḥbūb*
**Hadi Jorati,** University of Massachusetts Amherst *The Maragha Observatory Comples as a Locus of Tajriba*
**Lillian McCabe,** Yale University *The Tried and the True: Experimentation and Inspiration in Fakhr al-Dīn al-Rāzī's Kitāb al-Sirr al-Maktūm*
**Mohammad Amin Mansouri,** University of Toronto *Scientific Cosmopolitanism, Mongol Imperialism, and ʿAzīz Nasafī's Works*

### V-17: Muslim-Jewish Convergence in North Africa: 1934-1962

Organized by **Joshua Schreier**

**Joshua Schreier,** Vassar College *Algerian Salafism, Colonialism, and the Jews*
**Alma Heckman,** University of California, Santa Cruz *Moroccan Jewish and Muslim Anti-Fascism in the Interwar Period*
**Malick Ghachem,** Massachusetts Institute of Technology *A Teacher and His Student on the Path from WWII to Tunisian Independence*
**Susan Gilson Miller,** University of California, Davis *Oujda and Jerada; A Revisionist Vie*

### V-18: Unwinding Empires: Crisis Management and Fantasies of Power in the Late Colonial Middle East

Organized by **Charles Anderson**

**Charles Anderson,** Western Washington University *Britain's "Discovery" of Settler-Colonialism in Palestine and the Origins of the 1939 White Paper*
**Elizabeth Williams,** University of Massachusetts Lowell *The Limits of Extraction: Ecology and Colonial Administration in Mandate Syria, 1920-1940*
**Aaron G. Jakes,** University of Chicago *Currency Blockade: The Suez Crisis, Imperial Money, and Economic Sovereignty*
**Michael Provence,** University of California, San Diego *Mandatory Murder: The First Arab Coup d'État and the Quick Demise of Independent Iraq*

### V-19: Unearthing Capitalism: Social-Environmental Histories of Resource Extraction and Resistance

Organized by **Deren Ertas** and **Rebecca Gruskin**

Chair: **Deren Ertas**
Discussant: **Kristen Alff,** North Carolina State University

**Rebecca Gruskin,** Hamilton College *The Nature of Illness: Manufacturing Germs, Space, Gender, and Race in Tunisia's Gafsa Phosphate Mines (1920s-1980s)*
**Brahim El Guabli,** Williams College *Saharanism as an Extractive Practice*
**Mark Drury,** Georgetown University *Sahara as Revolutionary Subject: Industrialized Resource Extraction, Drought and Anti-Imperialism in Northwest Africa during the Late 1960s and Early 1970s*
**Deren Ertas,** Harvard University *The Ergani Copper Road: The Infrastructures of Extractivism in Early Republican Turkey (1922-1938)*

### V-20: From Gaza to Ottawa: Transnational Palestine in the Cold War Era

Chair: **Terri Ginsberg,** City University of New York

**Martin Bunton,** University of Victoria *Canada and Palestine, from 1939 to 1947*
**Omar Zahzah,** Independent Scholar *Re-Aggregating the "Radical," the "Terrorist," and the "Extremist:" Centering Political and Racial Convergences in American Terrorcraft*
**Noa Shaindlinger,** Worcester State University *Experimental Occupation: Israel's 125 Days in Gaza, 1956-7*

AAUP-01237

**SESSION V**       **1:30 - 3:30 PM**                                **FRIDAY, NOVEMBER 3, 2023**

**Chelsi Mueller,** Embry-Riddle Aeronautical University *The 1969 al-Aqsa Fire: A Transnational and Transcultural Perspective*
**Julia Gettle,** Brown University *Political Life in the Shadow Years: Palestinian Popular Mobilization in the 1950s*

### V-21: Law, Finance, and Knowledge Production in the Early Ottoman Era

Chair: *Volunteer needed*

**Morgan Tufan,** Stanford University *"Otlu Sulu Yol Var Mı?" The Role of Cartographic Intelligence in Sixteenth-Century Ottoman Expansion*
**Günay Kayarlar,** University of Michigan, Ann Arbor *An Ottoman Scholar's Exile Memoirs: Karaçelebizade Abdülaziz's* Gülşen-i Niyaz
**Şeyma Nur Temel,** Sabanci University *Between Government and Sacred: The Ottoman Sultanic Waqfs in Ebussuud's Fatwas*
**Vefa Erginbas,** Providence College *A Preliminary Inquiry: Were Ottoman Darülhadis Madrasas Agents of Ottoman Sunnitization?*

### V-22: Orthodoxy and Literary Innovation: Science, Religion, and Poetry

Chair: **Arafat Razzaque,** University of Toronto

**Anna Galietti,** Stanford University *Temporalities and Sociopolitical Functions of the Naqāʾiḍ in a Poetic Exchange between al-Farazdaq (d. 110/728) and Jarīr (d. 111/729)*
**Anthony Baldwin,** Southern Baptist Theology Seminary *A Perfumer and a Patriarch: Caliph al-Mahdī through Christian Eyes*
**I-Wen Su,** National Chengchi University *Ibrāhīm b. Yaʿqūb al-Saʿdī al-Jūzjānī (d. 259/873?): His Approach and Contribution to Hadith Criticism*
**Jeremy Farrell,** Leiden University and **Carlos Balhana,** University of Cambridge *A Topic-Model of the Sufi Doctrines of Abu al-Qasim al-Junayd (d. 910–11 CE)*
**Iman Darwish,** Harvard University *A Question of Power: Scientific Methodology in Medieval Arabic Botany*
**Mohammad Khalil,** Michigan State University *Al-Maturidi on the Qur'an's Mosaic "Kill Yourselves" Command (2:54)*

### V-23: Lebanon: Violence, Sectarianism, and Resistance

Chair: **Mirna Lattouf,** Arizona State University

**Sara Dima Abisaab,** Georgetown University *On Specters of Violence and the Afterlives of War: The Production of Space in Post-War Lebanon*
**Susann Kassem,** University of Oxford *"Whose Map Are You Implementing?": The Experience of South Lebanese Border Communities and Their Turn to Resistance*
**Estella Carpi,** University College London *A Crowd Psychology of Healthcare in Northern Lebanon*

### V-24: Gender and Power Relations in MENA

Chair: **Serra Kocak,** Binghamton University, SUNY

**William C. Young,** Independent Researcher *When the Groom is a Stranger in the House, or: Why Do Some Arab Weddings Have No Bridal Procession (zifāf)?*
**Banafsheh Pourzangi,** University of California, Los Angeles *A Review of Professional Female Athletes in Iran*
**Ahmed Abdelazim,** University of Wisconsin-Madison *Men's Game: Religiosity and Sexuality in Egyptian Football*
**Isabel Käser,** University of Bern *Policing Gender and Sexuality: The Role of Gossip in the Kurdistan Region of Iraq*
**Tara Deubel,** University of South Florida *Autonomy and Income Generation through Amazigh Women's Argan Oil Production in Southwestern Morocco*

### V-25: Protests and Their Discontents: Managing Protests through Repression and Reform

Chair: *Volunteer needed*

**Hossein Hafezian,** Montclair State University *Protesting Iran: The Roots and Results of 2022 Protest Movement*
**Zep Kalb,** University of California, Los Angeles *Concessions and Broken Promises: New Evidence on Protest Bargaining in Iran*
**Parvaneh Hosseini Fahraji,** Worcester State University *Contesting Patriarchal Structure by Negotiating Gender and Sexuality Borders in Sports Fields in Iran*
**Sahar Razavi,** California State University, Sacramento and **Hanieh Molana,** California State University, Sacramento *"Discredited": Diaspora Iranians and the Paradox of Public Shaming*

AAUP-01238

SESSION V          1:30 - 3:30 PM                    FRIDAY, NOVEMBER 3, 2023

### V-26: Technology, Media and Autocratic Resilience

Chair: *Volunteer needed*

**Martin Pimentel,** Georgetown University and **Albert Vidal Ribe,** Georgetown University *The Effects of Foreign State Media on Political Preferences in the Maghreb*
**Bruno Schmidt-Feuerheerd,** University of Cambridge *The Nationalist Twitter Warriors of Saudi Arabia – A Bottom-Up Movement to the Rescue of the Nation*
**Ehsan Kashfi,** University of Alberta *Digital Nationalism: Twitter and the Rise of "New" Iranian Nationalism*
**Samer S. Shehata,** University of Oklahoma *Arab First Ladies and the Legitimation of Authoritarian Regimes*
**Roman Pomeshchikov,** University of Washington, Seattle *The Politics of Digital Transformation and Bureaucratic Change in Türkiye*
**Lisel Hintz,** Johns Hopkins University *Recipe for (New) Turkey: Politics of Cooking Shows as Gender Edutainment*

### V-27: Authoritarian Survival Strategies

Chair: **Danae Panissié,** University of Tuebingen

**Sean Yom,** Temple University *Corruption, Authoritarianism, and Regime Strategies in the Arab World*
**Khalil Al-Anani,** Independent Scholar *Survival at Any Cost: State Violence in Egypt After 2013*
**Nadine Sika,** American University in Cairo *Regime Breakdown, Autocratization and Repression Evidence from the MENA*
**Nasir Almasri,** Harvard University *Colonialism and Path Dependence: How Repression Continues to Shape Opposition in Egypt, Iraq, and Palestine*
**Abdelrahman Rashdan,** Georgia State University *Military Norms of Political Supremacy (MNPS): Explaining Coup Recurrence in Sudan*

### V-28: Public Opinion and Participation in MENA Countries

Chair: **Michael Hoffman,** University of Notre Dame

**Kota Suechika,** Ritsumeikan University *Reconsidering "State-Diffusion" in Jordan: Evidence from a List Experiment Survey*
**Quinn Mecham,** Brigham Young University *Why Do Voters in Monarchies Support Political Parties? Evidence from Morocco and Jordan*

**Yasmina Abouzzohour,** Princeton University *What Drives Public Trust in the Military in Non-Democracies: Evidence from Libya (2014-2019)*
**Hannah Ridge,** University of Chicago *Ethnodoxy in the Arab World: Measurement and Validation*
**Mark A. Tessler,** University of Michigan, Ann Arbor *Political Culture, Elections, and the implications for Governance in Six Arab Countries*

### V-29: The Making of Modern Arabic Literature

Chair: *Volunteer needed*

**Maroun El Houkayem,** Duke University *Reassembling the Orient: Louis Cheikho and the Bibliothèque Orientale*
**Adam Spanos,** University of Southern California *Anachronic Nahda: Belatedness and Desynchronization in the Early Arabic Novel*
**Raja Lahiani,** United Arab Emirates University *Translating Poetic Overtones: Optimality Theory as a Quality Assessment Framework*
**Philip Balboni,** University of California, Berkeley *Consolation, Critique, and the "Phenomenon" of Sabahattin Ali's Madonna in a Fur Coat*
**Karim Elhaies,** New York University *Egyptian Neo/Noir: Death and Murder in Post-1967 Egyptian Cinema*
**Daniel Behar,** Hebrew University of Jerusalem *Taḍāfur Poetics: Modes of Collaborative Composition in Modern Arabic Poetry*

### V-30: Disciplinary Epistemologies

Chair: *Volunteer needed*

**Ilkim Buke Okyar,** Yeditepe University *Postcolonialism, Popular Culture and World Politics: Studying Colonial Hierarchies through Political Cartoons*
**Mohammad Fakhreddine,** Georgetown University *Canonization and Exclusion in the Arabic Poetic Tradition*
**Kamran Karimullah,** University of Manchester *Fact and Value in Islam*
**Omar Almagharebi,** Arab Center for Research and Policy Studies *Beyond «Arabic Thought»: The Problem of Categorizing Knowledge*
**Wajd Beshara,** Arab Center for Research and Policy Studies *A Critique of Postcolonialism: How the Postcolonial Framework Feeds Reactionary Politics*
**Hina Azam,** University of Texas at Austin, *Fictional Islam: Moral Imagination in Contemporary Muslim American Literature*

AAUP-01239

**V-31: Comparative Insights on Uprisings and Protests**

Chair: *Volunteer needed*

**Majd Abuamer,** Arab Center for Research and Policy Studies *Post Uprisings Melancholia: An Emerging Dilemma of Arab (A)political Nihilism*
**Sareh Afshar,** Brown University *If Knowledge Is for Cutting, What Is Cutting for? On Iranian Women\* Rising & Cuts that Wander*
**Payam Yousefi,** Harvard University *Sineh-zani Chants for Women, Life, Freedom: Case Studies on the Role of Iranian Mourning Rituals within Contemporary Protest*
**Nahid Siamdoust,** University of Texas at Austin *Women Reclaim their Voices in the Music of Iran›s Woman, Life, Freedom Uprising*
**John Miller,** University of North Carolina at Chapel Hill *Prophecy and Political Theory in the Philosophy of Abdolkarim Soroush*

**3:30-4:00 PM**

Join us for a
**Complimentary
COFFEE BREAK**
held in the
Book Exhibit

**sponsored by MESA**

AAUP-01240

**SESSION VI**       **4:00 - 6:00 PM**                                **FRIDAY, NOVEMBER 3, 2023**

**ROUNDTABLE
VI-1: Revisiting the Arab Sixties**

Organized by **Tamara Maatouk** and **Ifdal Elsaket**

Chair/Discussant: **Joel Gordon,** University of Arkansas

**Tamara Maatouk,** Graduate Center, CUNY
**Ifdal Elsaket,** Netherlands-Flemish Institute in Cairo
**Andrew Simon,** Dartmouth College
**Ghenwa Hayek,** University of Chicago
**Amy Kallander,** Syracuse University
**Jeremy Randall,** Graduate Center, CUNY

**ROUNDTABLE
VI-2: Late Ottoman Migration**

Organized by **Vladimir Hamed-Troyansky**

Chair: **Akram F. Khater,** North Carolina State University

**Vladimir Hamed-Troyansky,** University of California, Santa Barbara
**Stacy Fahrenthold,** University of California, Davis
**Ella Fratantuono,** University of North Carolina at Charlotte
**Lucia Carminati,** University of Oslo
**F. Walter Lorenz,** University of North Georgia
**Chris Gratien,** University of Virginia

**ROUNDTABLE
VI-3: Roundtable on Gender, Nation, Emigration and the State: A Tribute to Laurie Brand**

Organized by **Miriam R. Lowi**

Chair: **Miriam R. Lowi,** College of New Jersey

**Nadejda Marinova,** Wayne State University
**Zachary Lockman,** New York University
**Mark A. Tessler,** University of Michigan, Ann Arbor
**Youssef Chouhoud,** Christopher Newport University
**Beth Baron,** City College and Graduate Center, CUNY
**Asli Z. Igsiz,** New York University
**Hania Abou Al-Shamat,** University of North Carolina at Charlotte

**ROUNDTABLE
VI-4: Conducting Fieldwork on Sex, Sexuality, and Sexual and Reproductive Health in the Middle East and North Africa**

Organized by **Lisa L. Wynn** and **Angel M. Foster**

Discussant: **Lisa L. Wynn** and **Angel M. Foster,** University of Ottawa

**Mina Ibrahim,** University of Marburg/ Shubra's Archive/ MENA Prison Forum
**Lisa L. Wynn,** Macquarie University
**Mariam Omar,** University of Ottawa
**Sabrine Chengane,** University of Ottawa

**ROUNDTABLE
VI-5: Teaching Turkish in North America on the Centennial of the Republic**

Organized by **Gozde Mercan**

**Sponsored by American Association of Teachers of Turkic Languages (AATT)**

Chair: **Veysel Simsek,** McGill University

**Gozde Mercan,** University of Toronto
**Roberta Micallef,** Boston University
**Jeannette E. Okur,** University of Texas at Austin

**ROUNDTABLE
VI-6: Rethinking Critical Security Studies**

Organized by **Sami Hermez**

Discussant: **Sami Hermez,** Northwestern University in Qatar

**Zahra Babar,** Georgetown University Qatar
**Haya Al-Noaimi,** Northwestern University in Qatar
**Noha Aboueldahab,** Georgetown University Qatar
**Omar Dahi,** Hampshire College

AAUP-01241

SESSION VI          4:00 - 6:00 PM                          FRIDAY, NOVEMBER 3, 2023

**VI-7: Individualizing a Mass Medium: Key Figures in Arab-World Radio Broadcasting, 1930s-1950s**

Organized by **Andrea L. Stanton**

Discussant: **Chris Silver,** McGill University

**Andrea L. Stanton,** University of Denver *Broadcasting Women's Religious and Cultural Modernism in 1940s Palestine*
**Margaret Peacock,** University of Alabama *"Imagine, O Arabs!": Ahmed Sa'id and the Rise of Egyptian Radio*
**Janina Santer,** Columbia University *"Mudir al-Idha'a al-Lubnanya" – Mohamad Sabra and the Radio in Postcolonial Lebanon*
**Emily Mellen,** University of Virginia *The Invisible Voices of Radio Bari*

**VI-8: Revoicing Resistance in Yemen**

Organized by **Marieke Brandt**

**Sponsored by
American Institute for Yemeni Studies (AIYS)**

Chair: **W. Flagg Miller**

**Sam Liebhaber,** Middlebury College *The Roots of Yemen's Poetic Revolution: 'Alī* Nāṣir al-*Qarda'ī*
**Marieke Brandt,** Austrian Academy of Sciences *Biography and Resistance in 20th Century Yemen: A Case Study from the Northern Highlands*
**Anne-Linda Amira Augustin,** University of Leipzig *Chanting for Southern Independence: The Role of Slogans in the Dissemination of the Southern Movement's Counternarrative*
**W. Flagg Miller,** University of California, Davis *Heritage Activism through the Literary Arts: Publishing as Resistance Practice in Contemporary Yemen*
**Emily Sumner,** University of Minnesota, Twin Cities *"Qūwat al-Qūwah": Performing the Zāmil's Power*

**VI-9: Blurring Disciplinary Boundaries: Intellectual History in the Middle East, 1200–1500**

Organized by **Elias G. Saba**

Chair: **Elias G. Saba**

**Elias G. Saba,** Grinnell College *Law and Language in the Writings of Jamal al-Din al-Asnawi*

**Christian Mauder,** University of Bergen *Legal Riddling as a Strategy to Change the Balance of Power among the Schools of Law: ʿAbd al-Barr Ibn al-Shiḥna's (d. 1505) al-Dhakhāʾir al-Ashrafiyya fī Alghāz al-Hanafiyya in Context*
**Alexis Wick,** Koc University *The Navigator's Craft: Aḥmad Ibn Mājid on Discipline, Theory and Method*
**Matthew Keegan,** Barnard College *Riddles of Inheritance Law in Adab and Fiqh*

**VI-10: Land Tenure, Land Use and Agriculture in the Mamluk Era and Beyond**

Organized by **Daniel Martin Varisco**

Discussant: **Albrecht Fuess,** Philipps University Marburg

**Daniel Martin Varisco,** Austrian Academy of Sciences *The Microeconomics of Highland Yemeni Agriculture in the Late 13th Century*
**Sajjad Nejatie,** University of British Columbia *Towards an Agrarian Empire: Agricultural Development in the Durrānī Polity (1747–1818)*
**Takao Ito,** Kobe University *Land Tenure in 15th-Century Egypt according to al-Tuḥfa al-Saniyya of Ibn al-Jīʿān*
**Anthony Quickel,** Philipps-Universität Marburg *Weather and Farming in Mamluk Egypt*

**VI-11: Politics, Decoloniality,  and Resistance in the Islamic Intellectual Field in Turkey**

Organized by **Gizem Zencirci,** Providence College

Chair: **Alev Cinar,** Bilkent University

**Ismail Yazici,** Bilkent University *Challenging the Islamic Intellectual Field in Turkey Through Translation: The Case of Hamza Türkmen*
**Zeynep Önal Aytaç,** Bilkent University *A Muslim Feminist NGO: The Case of Havle Women's Association in Turkey*
**Kadir Can Celik,** Bilkent University *From Unorthodox Sufism to Muslim Anarchism: Contesting Decolonial Movements in the Islamic Intellectual Field in Turkey*
**Fatma Murat Elmacioglu,** Bilkent University *A Muslim Agora: Challenging Modern Urbanity in Two Fronts in Cihan Aktaş's Work*

AAUP-01242

SESSION VI          4:00 - 6:00 PM                                    FRIDAY, NOVEMBER 3, 2023

### VI-12: Architectures of Conflict: Repression and Resistance in Securitized Middle Eastern Cities

Organized by **Ronay Bakan** and **Motasem Abuzaid**

Chair/Discussant: **Najib B. Hourani,** Michigan State University

**Motasem Abuzaid,** University of Oxford and **Obayda Amer Ghadban,** Marmara University *Spearheading Local Mobilization: Social Structures and Insurgency in the Syrian Countryside*
**Nour Munawar,** Doha Institute for Graduate Studies *Politics of Heritage in Syria: From Destruction to Reconstruction*
**Maya Breau,** Birmingham University *The Impact of Military Checkpoints on the Civilian Population›s Perception of Security in Lebanon*
**Ronay Bakan,** Johns Hopkins University *Counterinsurgent Urbanism: Mastering Heritage in Post-Conflict Diyarbakır*
**Farah Aridi,** Doha Institute for Graduate Studies *Narratives of Violence: Spatial Implications of Discursive Practices*

### VI-13: Navigating the Complexities of Transitional Justice in Post-Conflict Arab Spring Countries Syria and Yemen

Organized by **Mohammed Alshuwaiter**

**Mohammed Alshuwaiter,** Qanun, The Arabic Human Rights Platform *Transitional Justice Efforts in Yemen: Challenges and Opportunities*
**Ghuna Bdiwi,** University of Ottawa *Should We Call for Criminal Accountability During Ongoing Conflicts?*
**John Packer,** University of Ottawa *The Concept of Transitional Justice and International Practices*

### VI-14: Between the Living and the Dead: The Afterlives of War East of the Mediterranean

Organized by **Mac Skelton** and **Omar Dewachi**

Chair: **Omar Dewachi,** Rutgers, State University of New Jersey

**Annika Schmeding,** Harvard University *Burial Interrupted – Caring for the Nomadic Dead in Afghanistan*
**Mac Skelton,** American University of Iraq, Sulaimani *Tracing Geographies of Illness & Toxicity During War*

**Foroogh Farhang,** Brown University *Syrian Traveling Dead: Informal Cross-Border Mobility between Lebanon and Syria*
**Alexander Shams,** University of Chicago *Walking Pilgrimages in Iraq as Spaces of Solidarity and Defiance*

### VI-15: Mutations of the Archive in Times of Rupture

Organized by **Secil Dagtas** and **Veronica Ferreri**

Chair: **Secil Dagtas** and **Firat Bozcali**

**Veronica Ferreri,** Ca' Foscari University of Venice *Scattered and Remade: Archives of Legal Documents Between Wartime Syria and Europe*
**Secil Dagtas,** University of Waterloo *The Matters of History: The Material Forms and Archives of Interfaith History in Southern Turkey*
**Emrah Yildiz,** Northwestern University *Mutating Maps: Territory, Population Density, and Economies of Sovereignty in Post-Revolutionary Syria*
**Firat Bozcali,** University of Toronto Mississauga *Archives of Injustice: Court Files, Evidence (Non)Collection, and Legal Materialities in Turkey*
**Maysam Taher,** New York University *Creation, Traffic, Ruination, Destruction: Archiving between Two Mediterranean Shores*

### VI-16: The Role of Cultural Exchanges and Connections in the Making of Iran and the Persianate World, from Delhi to Samarqand and the Persian Gulf (16th c.-present)

Organized by **Werner Gaboreau**

**Werner Gaboreau,** Université Sorbonne Nouvelle *From the Outer Edge of the Empire to Europe: Perceptions of Europeans Scholars Shaped by Persian Sources of the Margins*
**Victor Baptiste,** Ecole Pratique des Hautes Etudes *The Identity of Go-Betweens: Persian Poets and Indian Tales*
**Sacha Alsancakli,** National Institute of Oriental Languages and Cultures *A Study in Abu'l-Khayrid Cultural History: Two Eastern Turkish Translations of Persian Historiographical Classics Produced at the Court of Kūchkūnjī Khān (r. 1512-30)*
**Romain Mascagni,** National Institute of Oriental Languages and Cultures *Emancipation or Replication from the Musical Elite? The Case of Contemporary Omani Baloch Musicians*

AAUP-01243

**SESSION VI**       **4:00 - 6:00 PM**                    **FRIDAY, NOVEMBER 3, 2023**

### VI-17: Frontier Effects in North Africa: Centering Margins and Borderlands

Organized by **Jacob A. Mundy** and **Matthew Hal Ellis**

Chair/Discussant: **Jacob A. Mundy,** Colgate University

**Matthew Hal Ellis,** Sarah Lawrence College *Libyan Cross-Border Mobility and Italian Colonial Citizenship, 1911-1942*
**Mariam Taher,** Northwestern University *Checkpoints: Negotiating Gender in the Shadow of the Border*
**Laura Robson,** Penn State University *Refugee Frontiers? The Algerian War of Independence and the Creation of a North African Border Regime, 1954-1962*
**Karen Eugenie Rignall,** University of Kentucky *Extraction and the Creation of Resource Frontiers in the Colonial Moroccan Periphery*
**Jose Ciro Martinez,** University of York *Pursuing Opacity: Geographies of Visibility in the Western Mediterranean*

### VI-18: Muslim Maritime Violence in the Pre-Modern Mediterranean (650-1650)

Organized by **Travis Bruce**
on behalf of
**The Mediterranean Seminar**

Discussant: **Joshua White,** University of Virginia

**Travis Bruce,** McGill University *Questioning Normative Views of Early Medieval Muslim Maritime Raids: Crete and Sicily*
**Eda Ozel,** Harvard University *Moral Economy of Maritime Violence in Ottoman Tunisia*
**Sarah C. Davis-Secord,** University of New Mexico *Peace and Violence on the Tyrrhenian Sea*

### VI-19: A Global-Microhistorical Study of the 17th-Century Mediterranean World: The Armenian Brothers, Hasan Agha and Anton Çelebi

Organized by **Mehmet Kuru**

**Mehmet Kuru,** Sabanci University *The Trans-Mediterranean Family of Hasan Agha and Anton Çelebi*
**Christopher Whitehead,** Ohio State University *The Career of Customs Officer Hasan Agha as a Financier for the Ottoman State (1646–56)*
**Özden Mercan,** Hacettepe University *A Man of Two Worlds: Anton Çelebi's Extraordinary Life in Livorno*

### VI-20: Teaching Palestine: Resistance Memories, Living Archives & Pedagogical Praxis

Organized by **Rabab Abdulhadi**

**Rabab Abdulhadi,** San Francisco State University *Whose Narratives & Why Commemorate? From Kanafani to Said, (Do We have) Permission to Narrate?*
**Jamila Ghaddar,** Dalhousie University *Memory for Return: Nakba Histories, Resistant Archives and the Dr. Constantine Zurayk Collection*
**Jaime Veve,** Transit Workers Union, Local 100 *Memories and Implications of 1960s Movements: Challenging Dominant Structures of Power & Solidarity in Academia and Social Movements*
**Adnan Husain,** Queen's University *Resistance History and Liberatory Pedagogy: Crusader States and Crusade Historiography in Occupied Palestine*

### VI-21: Children, Women, and Sexuality in the Late Ottoman Empire

Chair: **Kara A. Peruccio,** University of Chicago

**Zeynep Gul Erel Çalan,** Amasya University *Ballroom Before the Republic: How Did the Ottomans Welcome the Ballroom Dance Genres?*
**Atacan Atakan,** University of Arizona *Children's Sexuality in Late Ottoman Empire and Its Legacies in Contemporary Turkey*
**Milena Methodieva,** University of Toronto *Charity, Morality, and Patriotism: Women Migrants in the Late Ottoman Empire*
**Malissa Taylor,** University of Massachusetts Amherst *"When He Is Grown…" The Rights of Orphans and the Legal Character of Miri Land in the Later Ottoman Centuries*

### VI-22: Seeding the Turkish Republic: From Sunflowers to Stray Cats

Chair: **Hasan Bulent Kahraman,** Isik University

**Mary Tezak,** Georgetown University *Defining Republican Women: Nostalgia, Smuggling, and Itinerant Women Traders in the Republic of Turkey*
**Dogan Gurpinar,** Istanbul Technical University *The Meanings of Names: Promise of Modernity, Upper Mobility and Nation in the Republican Turkey*
**Kaleb Herman Adney,** University of California, Los Angeles *Soviet Flowers and American Anxieties – Vasfi Hakman and Turkey's Seed Oil Industry in the Cold-War Era*

AAUP-01244

SESSION VI     4:00 - 6:00 PM                                    FRIDAY, NOVEMBER 3, 2023

**Zeynep Yesim Gokce,** University of Bonn *A Brief History of Mutual Dependence: Stray Cats and Streets of Istanbul in the 1930s*

**Abigail Schoenfeld,** Princeton University *Spelling a Nation: Linguistics, Language, and Alphabet Reform between Turkey & Soviet Azerbaijan, 1918-1940*

### VI-23: Policing Labour and Migration

Chair: *Volunteer needed*

**Maureen Abi-Ghanem,** Columbia University *On the Temporality and Isolation of Refugee Spaces in Beirut (Lebanon)*

**Yasmine Zarhloule,** University of Oxford *"Holding the Wall": Centring Idleness in the Moroccan Eastern Region*

**Mustafa Bokesmati,** Concordia University *Foreign Labour in Kuwait: Situating Migrant Identities and Legal Policing*

**Crystal Ennis,** Leiden University *Lineages of Differentiation and Resistance in Governing Gulf Labour*

**Timothy J. Fitzgerald,** James Madison University *An Unexpected Knock on the Door: Rethinking Ottoman Population Transfers in the 16th Century*

### VI-24: Ambiguities of Sovereignty: The Crises of Humanitarianism, Climate Change, and Refugees

Chair: **Umit Seven,** Middle East Technical University

**Ayda Pomeshikov,** University of Washington, Seattle *Belonging Beyond Citizenship: Refugee Women's Practices of Home-making and Community Building*

**Houman Oliaei,** Babson College *The Politics of Return: Iraq Yezidis and the Ongoing Displacement in Post-ISIS Iraq*

**Danae Panissié,** University of Tuebingen *Deprivation of Lives - Root Causes of Forced Migration in the MENA Region*

**Nils Lukacs,** University of Hamburg *The Idea of Iraq - Twenty Years of Iraqi History since the Fall of Saddam Hussein through the Lens of the Iraq Chamber of the Hamburg Administrative Court*

### VI-25: Women's Movements and Activism

Chair: **Sarah Fischer,** Marymount University

**Hayal Hanoglu,** Cracow University of Economics *Gender Negotiations within Kurdish Families and Activism in Turkey and Diaspora*

**Vickie Langohr,** College of the Holy Cross *Conditions for Government Action Against Public Sexual Harassment: The Case of Egypt*

**Azadeh Momeni,** Carleton University *Art and Politics: A Comparative Study of the American Women's Suffrage Movement and Iranian Woman, Life, Freedom Movement*

**Saly El Wazze,** American University of Beirut *"Listen to the Advertising People": Representations of Gender-Based Violence in Lebanese NGO Campaigns*

**Yeter Tan,** Binghamton University *Justice in the Hands of Women: An Alternative Justice Mechanism of the Kurdish Women's Movement*

**Serra Kocak,** Binghamton University, SUNY *Islamic Feminisms: Particularities, Limitations, and Contributions*

### VI-26: Gulf Studies: Advances and Shortcomings

Chair: **Kristin Smith Diwan,** Arab Gulf States Institute in Washington

**Gwenn Okruhlik,** Independent Researcher *A Brutal Opening: Embrace, Ambivalence and Betrayal in Saudi Arabia*

**Lauren Clingan,** Princeton University *Masculinity Challenged: Emotional Responses to State Support for Women's Employment in the United Arab Emirates*

**Khushboo Shah,** University of Cambridge *The State, Business, and Social Relations: A Case Study of Non-Citizen Entrepreneurs in Qatar*

**Md Mizanur Rahman,** Gulf Studies Center, Qatar University and **Mirdef Alqashouti,** Durham University *Why Gulf Studies?*

### VI-27: Mongolia and Central Asia

Chair: *Volunteer needed*

**Fatima Al-Muntafik,** Pennsylvania Western University *The Mongolian Empire*

**Joseph Leonardo Vignone,** Gonzaga University *"How Great a Teacher is the Night!" Sleeplessness in Medieval Islamic Scholarly Culture*

**Rebecca Hill,** Sultan Qaboos Cultural Center *Navigating Human-Animal Relations through Fixed Stars*

**Minsoo Jeon,** Columbia University *A New Reading of Yazıcızade ʿAli's Tevarih-i Al-i Selçuk: An Ottoman Echo of Timurid Historiography*

**Parisa Zahiremami,** University of King's College, Halifax *The Patronage of Sanā'ī's Ḥadīqat al-Ḥaqīqah: The Glorification of Sulṭān Maḥmūd of Ghazna and the Legitimization of Bahrāmshāh*

**Amanda Leong,** University of California, Merced *Re-thinking the Iranian Diaspora from a Premodern, Sino-Iranian Perspective: A Study of Three Poems by Li Shunxian, A Medieval Chinese-Persian Poetess*

AAUP-01245

SESSION VI          4:00 - 6:00 PM                          FRIDAY, NOVEMBER 3, 2023

### VI-28: Digital Spheres

Chair: *Volunteer needed*

**Hamdi Echkaou,** Indiana University of Pennsylvania and **Jaouad El Bakili,** Al Akhawayn University in Ifrane *The Role of Media in Representing Hassani Culture: A Study of Online Newspapers in the Southern Provinces of Morocco (ONSPM)*

**Yasemin Celikkol,** Northwestern University in Qatar *Japanese Digital Citizen Diplomacy in Turkey*

**Corina Lozovan,** Universidade Católica Portugeusa *The Young and the Restless in the Virtual Sphere: Everyday Life in Contemporary Omani Society*

**Faegheh Hajhosseini,** SUNY Buffalo State *The Nature of the Secret in Iranian Shi'i Philosophy—A Vista to a More Democratic World*

**Anas Alahmed,** Eureka College *The Electronic Flies' Machine in the Arab World and the Struggle for People's Power*

**Sashreek Garg,** Northwestern University in Qatar *Gender Stereotyping and Harassment on Social Media: Attacks Against Rana Ayyub and Muslim Minorities in India*

### VI-29: Visual Archives: Memory, Play, and War

Chair: *Volunteer needed*

**Lacy Murphy,** Washington University in St. Louis *Weaponizing Photography during the Algerian War*

**Manar Moursi,** Massachusetts Institute of Technology *Testing Waters and Oils: Constructions of Modernity and Post-Coloniality in Depictions of Egyptian Mediterranean Beaches, 1930-1970*

**Alexandra Schultz,** New York University Abu Dhabi *At the Water's Edge: Play and Leisure at the Beach in the Nasser Era*

### VI-30: Experimental Pedagogies

Chair: *Volunteer needed*

**Jabbar Al-Obaidi,** Bridgewater State University *Middle Eastern Student Mobility and Global Engagement: Internationalize Curriculum through COIL and Travel Courses*

**Shereen El Ezabi,** American University in Cairo *Rendering Religious References; Towards the Superior AFL Level through Short Stories of Mahfouz*

**Maryah Converse,** University of Arizona *Toward Gender-Just L2 Arabic Education: Attitudes and Practices of Arabic Instructors in Comparison to Spanish and Italian*

**Adil Elkhiyari,** Qalam wa Lawh Center *Student-Led Projects: Engaging Students in Arabic Immersion Programs*

**Hany Fazza,** Georgetown University Qatar *Integration of Interactive E-Books into Digital Pedagogy for Teaching Arabic Alphabet Online*

AAUP-01246

SESSION VII          8:30 -10:30 AM          SATURDAY, NOVEMBER 4, 2023

**WORKSHOP**
**VII-1: Writing Beyond the Academy:**
**Securing an Agent and a Commercial Book Deal**

Organized and presented by
**John Ghazvinian,** University of Pennsylvania

**ROUNDTABLE**
**VII-2: Interdisciplinary Transgressions: Liberatory**
**Palestinian Scholarship and Praxis**

Organized by **Amanda Batarseh**

Chair: **Amanda Batarseh**

**Amanda Batarseh,** University of California, San Diego
**Nayrouz Abu Hatoum,** Concordia University
**Jennifer Mogannam,** University of California, Davis
**Rana Sharif,** University of California, Riverside
**Loubna Qutami,** University of California, Los Angeles

**ROUNDTABLE**
**VII-3: Beyond Case Study and Exception:**
**the Middle East and North Africa**

Organized by **Sherene Seikaly**

**Sherene Seikaly,** University of California, Santa Barbara
**Julia Elyachar,** Princeton University
**Tareq Radi,** New York University
**Muriam Haleh Davis,** University of California, Santa Cruz

**ROUNDTABLE**
**VII-4: Exploring Revolution and Its Others**
**—Counterrevolution, Cooptation, and**
**Counterinsurgency—As Projects of Social Change**

Organized by **Alice Wilson**

**Alice Wilson,** University of Sussex
**Killian Clarke,** Georgetown University
**Laura Ruiz De Elvira,** Institut de Recherche pour le
Développement
**Abdel Razzaq Takriti,** University of Houston
**Mark Drury,** Georgetown University

**ROUNDTABLE**
**VII-5: The Treaty of Lausanne at 100: New Research**
**from the Lausanne Project**

Organized by **Andrew Patrick**
on behalf of the
**Gingko Library**

Chair: **Andrew Patrick**

**Andrew Patrick,** Tennessee State University
**Cemil Aydin,** University of North Carolina at Chapel Hill
**Leonard Smith,** Oberlin College
**Yigit Akin,** Ohio State University
**Aimee Genell,** Boston University

**VII-6: Sovereign Bodies From the Balkans to Bengal**

Organized by **Arlen Wiesenthal** and **Rao Mohsin Ali Noor**

**Arlen Wiesenthal,** University of Chicago *"Circles of Life":*
*Imperial Pregnancies and Deaths as Biological Impacts*
*of Courtly Residence Patterns in Early Modern Ottoman*
*Municipalities*
**Rao Mohsin Ali Noor,** Johns Hopkins University *The*
*Pyropolitics of Sacred Kingship: Spectacle, Performance,*
*and Messianism at the Ottoman Circumcision Festival of*
*1582*
**Ünver Rüstem,** Johns Hopkins University *Sovereignty*
*Materialized: Sartorial Presence and Perpetuity in Ottoman*
*Kingship*
**Andrew Halladay,** University of Chicago *The Caliph*
*Unqualified: Representation and Disembodiment in the*
*Khilafat Movement*

**VII-7: Late Ottoman History of Palestine**

Organized by **Mohannad Abusarah**

Chair/Discussant: **Dana Sajdi,** Boston College

**Mohannad Abusarah,** University of Toronto *The*
*Transformation of 19th Century Intellectual History in*
*Palestine: An Insight from Al-Khalidi Family*
**Carter Barnett,** Johns Hopkins University *Patients,*
*Healers and the Medical Economy of 19th-Century*
*Palestine*
**Zachary Foster,** Princeton University *The Idea of*
*"Palestine", 1600-1850*

AAUP-01247

SESSION VII    8:30 -10:30 AM    SATURDAY, NOVEMBER 4, 2023

**VII-8: The Syrian Refugee Crisis: Historical Antecedents, Literary Production, and Religious Humanitarianism**

Organized by **Daanish Faruqi**

**Sponsored by Syrian Studies Association (SSA)**

Discussant: **Steven Heydemann,** Smith College

**Daanish Faruqi,** Rutgers University-Newark *Religious Humanitarianism and the Syrian Refugee Crisis: On Sufi International Aid Networks*
**Dawn Chatty,** University of Oxford *Refuge in the Levant and Eastern Mediterranean:  Post-Colonial Transnational Migration or Arena of Containment?*
**Sena Taha,** Ibn Haldun University *Writing Refugee Lives*
**Luigi Achilli,** European University Institute *Fleeing the War: Syrian Minors' Irregular Migration to Europe*

**VII-9: Crime in the City: Urbanization and Criminalization in the Late 19th and Early 20th Centuries**

Organized by **Kelsey Rice**

Chair: **Ilham Khuri-Makdisi,** Northeastern University

**Kelsey Rice,** Berry College *Crime and Politics in Baku: The Development of the Qochu Criminal Class*
**Ilkay Yilmaz,** Freie Universitat Berlin *Political Crime and the Mobility of Ideas in the Eastern Anatolian Cities During the Late Ottoman Empire (1878-1908)*
**Farzin Vejdani,** Toronto Metropolitan University *Policing Criminal Soundscapes in Nineteenth-Century Iranian Cities*

**VII-10: Authoritarian Control and Public Attitudes**

Organized by **Salam Alsaadi**

Discussant: **Ann Wainscott,** University of Miami

**Salam Alsaadi,** University of Toronto *Ambiguous Identities: Ineffective Ethnic Stacking in Sudan›s Bashir Regime*
**Ameni Mehrez,** Central European University *How Populist are the People? Measuring Populist Attitudes in Tunisia*
**Sharan Grewal,** College of William and Mary *A Paradox of Professionalism: Why Tunisia's Military Closed the Parliament*

**Jean Lachapelle,** University of Montreal *Repression and Support for Authoritarian Rule*

**VII-11: The Law Is the Law, Sometimes: Interdisciplinary and Transnational Approaches to Legal Studies in and on the Middle East**

Organized by **Maya Mikdashi** and **Asli Bali**

Chair: **Asli Bali,** Yale Law School

**Maya Mikdashi,** Rutgers, State University of New Jersey *Ethnographic and Transnational Approaches to Law and Legal History: A Woman Stands Before the Court in Lebanon*
**Lisa Hajjar,** University of California, Santa Barbara *The Guantanamo Phenomenon: Exposing the Fragility of the Rule of Law*
**Noura Erakat,** Rutgers, State University of New Jersey *What Palestine Teaches Us about Law in the Middle East*

**VII-12: Waiting for Water:  Negotiating Water, Land, and Life in Morocco**

Organized by **Brittany Landorf**

**Sponsored by American Institute for Maghrib Studies (AIMS)**

Chair: **Zakaria Rhani,** Mohammed V University

Discussant: **James A. Miller,** American Institute for Maghrib Studies

**Brittany Landorf,** Emory University *"And Then the Rains Came": Water and Saintly Authority in Morocco*
**Emily Hayes-Rich,** University of New Mexico *The Fight for Hidden Waters: Water Management at the Edge of the Sahara*
**Andie Madsen,** Montana State University *Water in the Desert: Merging Sensory Ethnography and Historical Research*
**Jamie Fico,** Fulbright Morocco *Living on Luck: Water, Land, and Watermelon Production in Southeast Morocco*
**Ethan Mefford,** University of California, Los Angeles *The River Has Run Dry: Water, Agriculture, and Social Organization in 19th Century Fez, Morocco*

AAUP-01248

**SESSION VII**          **8:30 -10:30 AM**          **SATURDAY, NOVEMBER 4, 2023**

### VII-13: New Directions in the History and Politics of Labor in Lebanon

Organized by **Zachary Cuyler**

Chair/Discussant: **Ziad M. Abu-Rish,** Bard College

**Zachary Cuyler,** New York University *Oil Workers and the Lebanese "Brotherhood of Labor"*
**China Sajadian,** Vassar College *The Value of "Girls' Hands": Crises of Agrarian Reproduction in Lebanon's Biqa' Valley*
**Anna Reumert,** The New School *Migrants After Labor in Lebanon*
**Samuel Dinger,** New York University *Embracing illegality? Status regularization and the production of precarity among Syrians in Lebanon*
**Elizabeth Saleh,** American University of Beirut *Salvaging Labor at a Beirut Scrapyard*

### VII-14: The Removal of Doubts: Producing Natural Knowledge in the Ottoman Empire

Organized by **Yasemin Akcaguner**

Chair: **A. Tunç Sen,** Columbia University
Discussant: **Nir Shafir,** University of California, San Diego

**Yasemin Akcaguner,** Columbia University *The Mirror of Bodies: Anatomical Science (ʿIlm-i Teşrīḥ) in the Ottoman Empire*
**Cem Turkoz,** Harvard University *Physics or Natural Philosophy in the Ottoman Empire: A Preliminary Study*
**Maryam Patton,** Harvard University *"The Benefit of this Science is Clear": Astrology, Nature, and History Among Early Modern Ottomans*
**Dimitrios Giagtzoglou,** University of Crete *The Hidden Power of the Letters: The Knowledge of Cifr in the Ottoman Empire*

### VII-15: At the Edges of the Communal in the Eastern Mediterranean

Organized by **Joseph Leidy, Weston Bland, Amy Fallas,** and **Alaa Murad**

Discussant: **Arbella Bet-Shlimon,** University of Washington, Seattle

**Joseph Leidy,** University of Oxford *Jubran Massuh and Mahjar Experiences of Interwar Sectarianism*

**Amy Fallas,** University of California, Santa Barbara *"The First Duty of Charity": The Coptic Hospital and the Making of a Sectarian Corridor in Twentieth Century Cairo*
**Weston Bland,** University of Pennsylvania *Legislating Community in Early Liberal Era Egypt*
**Alaa Murad,** Brandeis University *"To Risk Stirring the Hearts": Negotiating Ottomanism through the Popularization of Islamic History*

### VII-16: On the Edge: Post-Conflict Political Generations of Women and Youth Activists in the 'Second Wave' of the Arab Spring

Organized by **Rola El-Husseini** and **Sarah Anne Rennick**

Chair/Discussant: **Michaelle L. Browers,** Wake Forest University

**Rola El-Husseini,** Lund University *The Revolution Is Female but Is it Feminist? Female Participation in the 2019 Lebanese Revolution*
**Liv Tonnessen,** Chr. Michelsen Institute *Women, Protest and Backlash: Igniting Feminist Mobilization in Sudan*
**Sarah Anne Rennick,** Arab Reform Initiative *Disrupted Youthhood, Ruptured Youth: Post-Conflict Social Imaginaries and Diverging Mobilization Dynamics among Iraqi Youth*
**Seréna Nilsson Rabia,** University of Bergen *The Role, Experiences and Challenges of Female Politicians during and after the Algerian Hirak*

### VII-17: Children's Incarceration in Modern Egypt

Organized by **Hanan H. Hammad**

**Sponsored by Association of Middle East Children and Youth Studies (AMECYS)**

Chair: **Dylan Baun,** University of Alabama in Huntsville
Discussant: **Heidi Morrison,** University of Wisconsin-LaCrosse

**Hanan H. Hammad,** Texas Christian University *From a Potential Threat to Free Labor: The Incarceration of Children in Cairo during WWII*
**Samar Nour,** University of Toronto *Juvenile Delinquency and Childhood Governmentality in Egypt 1883-1950*
**Maryam Fouad,** The American University in Cairo *Egyptian State's Construction of a Moral Female Minor Body in Confinement*

AAUP-01249

SESSION VII          8:30 -10:30 AM          SATURDAY, NOVEMBER 4, 2023

**VII-18: "Now We All Live in Saddam's World": The Regional Legacies of the US Invasion of Iraq**

Organized by **Michael Gasper**

Chair: **Arang Keshavarzian,** New York University

**Michael Gasper,** Occidental College *The Sectarian Present: The Post-Iraq Invasion Middle East*
**Waleed Hazbun,** University of Alabama *American Illusions of Regional Order and Their Violent Consequences*
**Samera Esmeir,** University of California, Berkeley *Internationalized Domestication*
**Karim Makdisi,** American University of Beirut *The Global Battle over Lebanon in the Aftermath of the US Invasion of Iraq*

**VII-19: Tracing Transnational Indigenous Expression in Amazigh Cinema**

Organized by **Lucy McNair**

**Yahya Laayouni,** Commonwealth University of Pennsylvania *The Role of Amazigh Cinema in Indigenous Film Practice: Imagining New Possibilities*
**Habiba Boumlik,** LaGuardia Community College, CUNY *Filmmakers Multilocality*
**Soubeika Bahri,** University of Colorado at Denver *A Sociolinguistic Approach to the Cinematic Discourse in Amazigh Film*
**Lucy McNair,** LaGuardia Community College, CUNY *Reading Indigenous Female Narratives in Amazigh Films*

**VII-20: Revisiting the Gulf's Anti-Imperialist Currents in the Twentieth Century**

Organized by **Talal Al-Rashoud**

Chair/Discussant: **Crystal Ennis,** Leiden University

**Hsinyen Lai,** University of St. Andrews *Approaching 'the International' of Arab Nationalism: Origins, Vectors and the Case of Bahrain under British Colonialism*
**Kanwal Hameed,** German Orient Institute of Beirut *The Many Faces of Jamila – Women and Lineages of Revolt in Bahrain*
**Omar AlShehabi,** University of Leeds *The 'Political Commodity': Oil and US-Middle East Relations in the Historiography of ʿAbdulrahman Munif*
**Fadi Kafeety,** University of Houston *The Kuwaiti Press and Third World Liberation Struggles during the 1960s*

**Talal Al-Rashoud,** Kuwait University and **Wafa Alsayed,** Gulf University for Science and Technology *Arabia's Anti-Colonial Hub: Kuwait and the Bahraini Nationalist Movement (1956-1966)*

**VII-21: Politics of Gender and Desire in the Persian Qasida**

Organized by **Domenico Ingenito**

Chair: **Dominic Brookshaw**

**Domenico Ingenito,** University of California, Los Angeles *Seducing a Prince: Eroticism and Politics in Early Persian Poetry*
**Jane Mikkelson,** Yale University *Ambition as Expansion of the Self in Odes by Fayżī (d.1595) and Makhfī (d.1702)*
**Justine Landau,** Université Sorbonne Nouvelle *Unsex Me Here: Anvari and the Feminine Panegyric in the Saljuq Era*
**Dominic Brookshaw,** University of Oxford *In Praise of Khatuns: Gender-Fluid Panegyric in Ilkhanid and Post-Mongol Iran and Iraq*

**VII-22: Re-linking Arabic Instruction with Its Socio-cultural Environment: New Challenges and Opportunities**

Organized by **Jamila Chahboun**
on behalf of
**Dartmouth College**

Chair: **Mokhtar Bouba**

**Jamila Chahboun,** Dartmouth College *Teaching Arabic to Heritage Learners: Reflections on Pedagogy for Students of Arabic Heritage at Dartmouth College*
**Jaouad El Bakili,** Al Akhawayn University in Ifrane *Strategies of Developing Intercultural and Transcultural Competence for Heritage Students and Non-native Speakers: A Case Study- Al Akhawayn University*
**Mokhtar Bouba,** Dartmouth College *Teaching the Medina: An indigenous approach to Arabic instruction*
**Housni Bennis,** Washington University in St. Louis *Enhancing Intercultural Competence through Folktales for Heritage Students*
**Rayed Khedher,** Wake Forest University *Using Migrants' Stories and Narratives in Teaching Arabic as a Foreign Language*

AAUP-01250

## SESSION VII          8:30 -10:30 AM                    SATURDAY, NOVEMBER 4, 2023

### VII-23: Power, Discipline and Fragility: Tracing the Historical and Intellectual Roots of Masculinities in Turkey

Organized by **Aylin Özman** and **Selin Akyuz**

**Selin Akyuz,** TED University *A Historical and Methodological Perspective on Critical Studies on Men and Masculinities in Turkey: Towards Competing Conceptualizations?*
**Aylin Özman,** TED University *The Construction of Ideal Forms of Masculinities in the Early Republican Political Thought in Turkey - Soldiers, Citizens, and Fathers*
**Cimen Gunay-Erkol,** Ozyegin University *Peyami Safa's Conservative Nationalism and Phantom Masculinity*
**Asli Cirakman,** Middle East Technical University *"World is a Domain of Collision": Political Mobilization of a Destructive Masculinity in the Works of Nihal Atsız*
**Feyda Sayan Cengiz,** Manisa Celal Bayar University *"A Pawn on the Chess Board": Political Masculinities in Yakup Kadri Karaosmanoğlu's Memoirs*

### VII-24: Gender, Law and Non-normativity in Egypt, Turkey and the Caucasus

Chair: **Elizabeth Brownson,** University of Wisconsin, Riverside

**Beshouy Botros,** Yale University *Portraits of Transfemininity in Asyut: Supernatural Ways Beyond the Binary in Mid-Century Upper Egypt*
**Serpil Atamaz,** California State University, Sacramento *Women's Murders in the Early Turkish Republic*
**Sara Seweid-DeAngelis,** University of Minnesota, Twin Cities *Eunuchs, the Effendiyya, and the Making of Modern Egyptian Masculinity*
**Sean Tomlinson,** University of Arizona *Siblinghood, Marriage, Fictive Kinship, and Male Relationships between Ottoman Army Officer "Brothers" from the Mashriq in Memoirs of the Late Ottoman and Early Mandate Periods*

### VII-25: Colonialism and Its Discontents in Modern Iran

Chair: *Volunteer needed*

**Mina Khanlarzadeh,** Northwestern University *Alienation, Translation, and Their Postcolonial Critics*
**Iqan Shahidi,** University of Cambridge *"Decline" in the Writings of Fardid & Al-e Ahmad*
**Nader Sohrabi,** Free University of Berlin *Democracy by Petition: The Constitutional Movement of Iran*

**James Clark,** University of Nebraska Omaha *Naser od-Din Shah, the Telegraph, and the Kurdish Revolt of 1880*
**James M. Gustafson,** Indiana State University *Engineering a Modern Society: A British Commercial Mission to Southeastern Iran and a Covert Persian Counter-Narrative, 1904-5*

### VII-26: Environmental Degradation and Activism

Chair: *Volunteer needed*

**Cagdas Dedeoglu,** Yorkville University *Beyond Dichotomies: Understanding Proenvironmental Behaviour in Turkey*
**Kaveh Ehsani,** DePaul University *Toxic Environments: Legacies of Warfare and Authoritarian Modernization in Iran & Iraq*
**Lama Tawakkol,** University of Manchester *Neither Top-down, nor Bottom-up: The World Bank's Bisri Dam in Lebanon as Inter-scalar Development*

### VII-27: Legacies of Revolution and Counterrevolution

Chair: **Hania Abou Al-Shamat,** University of North Carolina at Charlotte

**Norma Claire Moruzzi,** University of Illinois at Chicago *Gender and the Revolutions: Tunisia 2010-2011 / Iran 2022-2023*
**Ian Wallace,** University of North Carolina at Chapel Hill *Rural Rebellion in the Post-colonial Rif: Peripheralization and Political Tension*
**Isaac Friesen,** University of Cambridge *Democracy Historicized: Rethinking Revolution, Repression and Representation in Contemporary Egypt*
**Amer Bitar,** Independent Scholar *Authority Representation as a Visual Cultural Discourse in the Middle East*

### VII-28: Resisting Occupation in Palestine

Chair: **James F. Goode,** Grand Valley State University

**Moara Assis Crivelente,** University of Coimbra *Emancipatory Diplomacy for Self-Determination and the National Liberation of Palestine and Western Sahara*
**Corey Sherman,** University of California Hastings College of the Law *Palestine on Appeal*
**Christina Kiel,** Tulane University and **Zulal Fazlioglu Akin,** Ohio State University *Culture in Conflict: Contextualizing Palestinian Cultural Diplomacy*

AAUP-01251

SESSION VII          8:30 -10:30 AM          SATURDAY, NOVEMBER 4, 2023

**Manal A. Jamal,** James Madison University *Analogical Reasoning, History, and Political Organizing*
**Oren Kroll-Zeldin,** University of San Francisco *Embodied Actions: Co-Resistance Towards a Different Future in Palestine/Israel*
**Jasmin Habib,** University of Waterloo *Resistance, Resilience, and the Palestinian Experience or, Minding the Gaps of Settler Colonial Studies*

### VII-29: The Human, Non-Human and Dystopian Representation

Chair: *Volunteer needed*

**Samuel Martin,** University of Cambridge *Ghostly Riders and Meccan-ical Bodies: Cars and the Petromodern Subject in Saudi Arabian Novels*
**Garrett Shuffield,** The University of Texas at Austin *"They Sleep in the Same Room as their Cattle": Human-Animal Encounters and Anticolonial Epistemology in Tawfīq al-Ḥakīm's ʿAwdat al-rūḥ*
**Nancy Linthicum,** University of South Carolina *Post-'Arab-Spring' Dystopian Literature: Gendered Surveillance in Basma Abdel Aziz's al-Ṭābūr*
**Maya Aghasi,** American University of Sharjah *Trashscapes of the Modern Middle East: Space, Marginalization, and Disempowerment*
**Jens Schmitt,** Ludwig Maximilian University of Munich *Ibn Abī l-Ashʿath (10th ct. CE) on Animal Hybrids*

### VII-30: Staging Performance and Music

Chair: *Volunteer needed*

**Solmaz Shakerifard,** University of Washington, Seattle *A Red Tongue Imperils the Green Head: Artistic Lineage Informing Iranian Musicians' Involvement in Woman, Life, Freedom Movement*
**Nicholas Mangialardi,** Williams College *Egyptian Music Fandom and the Afterlife of Abd al-Halim Hafiz*
**Rustem Ertug Altinay,** Kadir Has University *Staging the National Utopia: Militarism and the Politics of Turkification in Late Ottoman Children's Performances*
**Hicham Chami,** Columbia University *"Ḥərsh (Rough) but Ḥəluw (Sweet)": Voicing a Jebli Identity in a Stratified Moroccan Music Culture*
**Payam Pilvar,** University of Ottawa and **Siavash Rokni,** Université du Québec à Montréal *Blurring the Red Line: How Women in Iran Have Pushed Back at the Ban on Solo Singing in Public*

---

**10:30-11:00 AM**

Join us for a
**Complimentary
COFFEE BREAK**
held in the
Book Exhibit

**sponsored by MESA**

---

AAUP-01252

SESSION VIII          11:00 AM - 1:00 PM          SATURDAY, NOVEMBER 4, 2023

**SPECIAL SESSION**
**VIII-1: Academic Freedom and
the Israel/Palestine Conflict: Lessons from the
Kenneth Roth Scandal at Harvard**

On January 5, 2023, news broke that Kenneth Roth, the longtime Executive Director of Human Right Watch (HRW), was denied a fellowship at the Harvard Kennedy School. In truth, he was first offered a fellowship and it was subsequently revoked by the Dean in deference to private donors/special interest groups who were upset by HRW's criticism of Israel's human rights record. After a faculty revolt, buttressed by global media coverage, Roth's fellowship was reinstated, but the broader lessons from this controversy have not been systematically examined. This special session, with Kenneth Roth's participation, seeks to examine this topic. Threats to academic freedom in the context of the Israel-Palestine conflict have a long and sordid history in North America. The focus of this special session will not be a historical examination of this topic but rather on the more recent cases at Harvard, University of Denver, University of Toronto and the University of Washington, where academic freedom has been egregiously violated. Strategies for combating this expanding problem will guide the panel discussion based on the various case studies.

Organized by **Nader Hashemi**
on behalf of the
**Alwaleed Center for Muslim-Christian University at Georgetown and DAWN (Democracy in the Arab World)**

Discussant: **Juan Cole,** University of Michigan

**Nader Hashemi,** Georgetown University
**Liora R. Halperin,** University of Washington, Seattle
**Mohammad Fadel,** University of Toronto
**Kenneth Roth,** Princeton University

**WORKSHOP**
**VIII-2: Professional Development Workshop—Proposal Writing and Research Design: How to Fund Your Ideas**

Organized by **Suad Joseph,** University of California, Davis

**Sponsored by the Association for Middle East Women's Studies (AMEWS), Association for Middle East Anthropology (AMEA), Arab American Studies Association (AASA), and Association for Middle East Children and Youth Studies (AMECYS)**

**ROUNDTABLE**
**VIII-3: Bridging the Gap: A Decade of Human Rights in MENA, Navigating Pathways and Hurdles to Collaborations within Academia**

Organized by **Amr ElAfifi**
on behalf of
**The Freedom Initiative and MENA Prison Forum**

Chair: **Amr ElAfifi,** Syracuse University

**Insiya Raja,** University of Oxford
**Mohammed Alshuwaiter,** Qanun, The Arabic Human Rights Platform
**Mona Tajali,** Agnes Scott College
**Mark LeVine,** University of California, Irvine

**ROUNDTABLE**
**VIII-4: SWANA Contributions to Feminist Theory**

Organized by **Nova Robinson**

Discussant: **Sara Rahnama,** Morgan State University

**Nova Robinson,** Seattle University
**Kara A. Peruccio,** University of Maine
**Nadya J. Sbaiti,** Georgetown University School of Foreign Service in Qatar
**Alborz Ghandehari,** University of Utah
**Susanna Ferguson,** Smith College
**Lila Sharif,** Arizona State University

**ROUNDTABLE**
**VIII-5: Writing Syrian History in Times of Disaster**

Organized by **Max Weiss**

**Sponsored by Syrian Studies Association (SSA)**

Chair: **Michael Provence,** University of California, San Diego

**Max Weiss,** Princeton University
**Stefan Winter,** Université du Québec à Montréal/Koç University
**Matthieu Rey,** French National Center for Scientific Research
**Ammar Alsamar,** Independent
**Seda Altug,** Bogazici University

AAUP-01253

SESSION VIII        11:00 AM - 1:00 PM        SATURDAY, NOVEMBER 4, 2023

**ROUNDTABLE**
**VIII-6: Reflections on the Global Refugee System**

Chair: **Sevin Gulfer Sagnic,** University of California, San Diego

**Sophia Balakian,** George Mason University
**Nadia El-Shaarawi,** Colby College
**Arzoo Osanloo,** University of Washington, Seattle
**Nergis Canefe,** York University, Canada

**VIII-7: Adaptation of European, Canadian, and American Proficiency Guidelines in the Middle Eastern Language Classes**

Organized by **Pouneh Shabani-Jadidi**

Chair: **Noha Aboulmagd-Forster**
Discussant: **Pouneh Shabani-Jadidi**

**Pouneh Shabani-Jadidi,** University of Chicago *Adaptation of the ACTFL Guidelines and the "Backward Design Model" in Persian Language Classes*
**Emine Cakir,** University of Oxford *Applying CEFR to Teaching Turkish as a Foreign Language in the Higher Education Context*
**Azita Taleghani,** University of Toronto *The Alignment of Persian Language Classes to the Canadian Language Benchmark (CLB): Challenges & Advantages*
**Noha Aboulmagd-Forster,** University of Chicago *ACTFL, Arabic, Adaptations*

**VIII-8: Acoustic Ecologies of the Middle East: Current Conditions and Prospects**

Organized by **Can Bilir**

Chair: **Can Bilir**

**Can Bilir,** University of Michigan, Ann Arbor *Sonic Coagulations: Speakers and Public Broadcasts' Roles in Recent Turkish Acoustic Ecologies*
**Ghida Anouti,** Massachusetts Institute of Technology *Sonic Beirut, Displaced: Stitching Transboundary Soundscapes*
**Najat Rahman,** University of Montreal *Home and the Carceral: The Ethics and Politics of Sound in Global Palestine*
**Ali Musleh,** Columbia University *A Musicology of Settler Colonialism*
**Ege Altan,** Pennsylvania State University *Etel Adnan's Sea and Fog: Hydro-Poetics and the Aesthetics of Memory*

**VIII-9: World Cup Qatar 2022: Transnational Solidarity, Palestine, and Anti-Muslim Bias**

Organized by **Nina Shoman-Dajani** and **Danielle Haque**

**Sponsored by**
**Arab American Studies Association (AASA)**

Chair: **Nina Shoman-Dajani**
Discussant: **Danielle Haque**

**Danielle Haque,** Minnesota State University, Mankato *Labor and Solidarity: Qatar's Campaign for the Arts at the 2022 World Cup*
**Louise Cainkar,** Marquette University *Sports and Racialized Diasporas: A Transnational Comparative Study of News Media, FIFA, and Middle Eastern and African Diaspora support for Morocco in Europe, North America, and South America.*
**Hatem Bazian,** University of California, Berkeley *The 2022, Qatar World Cup, Islamophobia Social Imaginary, and Western Press*
**Nina Shoman-Dajani,** Moraine Valley Community College *Witnessing Solidarity and Rejecting Normalization: From World Cup in Qatar to Palestine, and the Diaspora*

**VIII-10: The Politics of Literary Disputations and Debates in Classical and Medieval Arabic Literature**

Organized by **Nizar F. Hermes** and **Gretchen A. Head,** Yale-NUS College on behalf of the **Journal of Arabic Literature**

**Nizar F. Hermes,** University of Virginia *"You Killed Him O' Bakr!": Bakr Ibn Ḥammād al-Tāhartī's Poetic Jousting and Disputations in al-Muʿtaṣim' Court*
**Muhsin J. Al-Musawi,** Columbia University *Thievery Disputation in Literary Theory*
**Chiara Fontana,** University of Bologna *Farewell Beauty: Ibn al-Muʿtazz's (d. 908) Political Manifesto in Fuṣūl al-Tamāthīl fī Tabāshīr al-Surūr*
**Wen-Chin Ouyang,** SOAS, University of London *Quarrels among Tea, Coffee and Wine: Literary Life of Things and World Literature*

AAUP-01254

SESSION VIII          11:00 AM - 1:00 PM          SATURDAY, NOVEMBER 4, 2023

### VIII-11: "Now is the Turn of the East": Pan-Easternism in the Middle East and Asia

Organized by **Mikiya Koyagi** and **Or Pitusi**

Chair: **Roy Bar Sadeh,** Yale Law School
Discussant: **Cemil Aydin,** University of North Carolina at Chapel Hill

**Or Pitusi,** The Hebrew University of Jerusalem *From Pan-Ottomanism to Pan-Sharqism: The Eastern Scene in Berlin, 1919-1924*
**Usman Ahmedani,** University of Amsterdam *"A Novel Based on Historical Realities": Easternist Expressions of Ottoman Turcology*
**Mikiya Koyagi,** University of Texas at Austin *Iranian Easternism: Geography, Civilization, and Decolonization*
**Mattias Gori Olesen,** Aarhus University *Eastern Lions, Western Tigers: The Second Italo-Ethiopian War and Liberal Easternism in Interwar Egypt*
**Peiyu Yang,** George Mason University *Travels through the Other: Ghassan Kanafani's The Sun Rise in Asia as Solidarity-Building Translation*

### VIII-12: Entering and Exiting Transregional Medico-Legal Borders across the Twentieth Century

Organized by **Lauren Banko**

Chair: **David E. Gutman,** Manhattanville College

**Lauren Banko,** University of Manchester *Laboring across the Medico-Legal Border: Working-Class Migrants, Illness, and Immigration Control between Palestine and Egypt, 1930-1948*
**Chris Sandal-Wilson,** University of Exeter *Border-Crossing Patients and the History of Psychiatry in British Mandate Palestine*
**Randa Tawil,** Texas Christian University *Time Change: Reproduction, Mobility, and Temporality in the Early Mahjar*
**Tamar Novick,** Max Planck Institute for the History of Science *Frontiers of Bodily Residues: Seeking and Moving Urine Across Borders, 1954-1974*

### VIII-13: Religion and Politics in the Pre-modern Maghrib

Organized by **Stephen C. Cory**

**Sponsored by Middle East Medievalists (MEM)**

Discussant: **Jocelyn Hendrickson,** University of Alberta

**Stephen C. Cory,** Cleveland State University *The Price of Peace: How Muhammad III Ended the `Alawi fitna in Eighteenth Century Morocco*
**Natalie Kraneiss,** Münster University *Between State Control, Piety Practice, and Scholarly Discourse: Sulaymān al-Ḥawwāt and the Clarification of the Hidden Secrets about the Descendants of ʿAbd al-Qādir al-Jīlānī in Fez*
**Gonçalo M. Ramos,** Centre for History of the University of Lisbon *Building Legitimacies: Contrasting Notions of Kingship in the Marīnid Sultanate and in the Portuguese Kingdom (AH 818/CE 1415 – AH 876/CE 1471)*
**Jens G. Fischer,** University of Münster, "*Among Princes He Is a Prince, among Scholars a Scholar": Learned Rulers in 18th Century Tunisia*

### VIII-14: War and Revolution in the Middle East

Organized by **James Whidden**

Discussant: **Mona L. Russell,** East Carolina University

**James Whidden,** Acadia University *Saad Zaghloul's Struggle with the Revolutionaries*
**Kyle Anderson,** SUNY College at Old Westbury *The Politics of Exile and the Narrowing Horizons of Egyptian Anti-British Activism, 1905-1924*
**Elizabeth Thompson,** American University *The Paris Peace Conference as Counterrevolution in the Middle East*
**Christiane Abu Sarah,** Erskine College *Affective Politics and the Egyptian Revolution(s) of 1951–1952: Rethinking Emotions in Arab Protest Movements*

AAUP-01255

**SESSION VIII**      **11:00 AM – 1:00 PM**      **SATURDAY, NOVEMBER 4, 2023**

### VIII-15: "What's In a Name?": Lexicons of Exclusion and (Post-)Ottoman Communities

Organized by **Kutay Onayli**

Chair/Discussant: **Erdag Göknar,** Duke University

**Kutay Onayli,** Princeton University *A Rum By Any Other Name: Identity, Denigration, and Greek Ottoman Satire, 1908-1909*
**Hazal Ozdemir,** Northwestern University *Mobility as Fesad: Ottoman Armenian Community Moving Between Suspicion and Threat*
**Cevat Dargin,** Princeton University *"You are Real and Pure Turks!": Racialization and Colonial Violence in the Kurdish Province of Dersim*
**Ipek Sahinler,** The University of Texas at Austin *Trans(lating) Lexicons of Queerness in Ottoman-Turkish*

### VIII-16: Ottoman Immigration to the Americas – New Approaches, New Sources

Organized by **Michael Ferguson**

Chair: **Michael Ferguson,** Concordia University

**Kyle Wynter-Stoner,** Arab American National Museum *The Syrian Soldier in Three Wars: Identity and Nationalism in the War Memoirs of Gabriel Elias Ward*
**Reem Bailony,** Agnes Scott College *An Exploration of Sect and Race in the Syrian Mahjar in North America*
**Andrew Sandock,** University of Toronto *Documenting Selves: Identity-Formation in Ottoman Migrants' Personal Archives*
**Diogo Bercito,** Georgetown University *A Brazilian Thawra: Arab Migrants In the 1932 São Paulo Revolution*

### VIII-17: A Gender Perspective on Secularization and Modernization

Organized by **Rita Stephan**

**Sponsored by Association for Middle Eastern Women's Studies (AMEWS)**

Chair/Discussant: **Rita Stephan**

**Rita Stephan,** North Carolina State University *Resisting Tokenism: Arab American Political Activism*

**Namie Tsujigami,** Sophia University *How Haram Becomes Halal: Gendered Impact of Social Change in Saudi Arabia*
**Woohyang Sim,** Waseda University *Higher Education and Women in the State of Qatar*
**Eva Ohbaya,** Keio University, *Secularization in the Arab World*

### VIII-18: The Story of Resilience and Resistance Among Azerbaijanis in Iran

Organized by **Sevil Suleymani**

Discussant: **Sevil Suleymani**

**Lale Javanshir Qocabeyli,** University of Toronto *The Question of Conflict and Memory in the Birds are not Sacred Anymore and the Tears of Savalan: The Two Novels on the Events of 1945-1946 in Azerbaijan*
**Monire Akbarpouran,** Université du Québec à Montréal *The Notion of Cultural Heritage and the Imagery of Ashiqliq, as a Turkic Bardic Tradition, in the Urban Space of Contemporary Iran*
**Sevil Suleymani,** George Mason University *The Struggle of Recognition and Dilemma of Minority Politics: The Case Study of Azerbaijani Turks in Iran*
**Turkan Bozkurt,** University of Toronto *Comparative Methods of Assimilation and Oppression*

### VIII-19: Arab Revolutionaries' Paths through Defeat

Organized by **Chaymaa Hassabo**

Chair: **Ophélie Mercier,** Ghent University

**Chaymaa Hassabo,** French National Institute for Sustainable Development *Admitting Defeat, Living Through Defeat: Life Trajectories of (Ex-) Egyptian Activists*
**Laura Ruiz De Elvira,** Institut de Recherche pour le Développement *Syrian Activism through and beyond Defeat*
**Sarah ElMasry,** Scuola Normale Superiore *The Echoes of Defeat: How Participants Reckon with the Defeat of Egypt's 2011 Revolution in Their Private Lives*
**Léo Fourn,** Aix-Marseille Université *The Ambivalence of Syrian Revolutionaries› Activism Facing Exile and Defeat*

AAUP-01256

## SESSION VIII        11:00 AM - 1:00 PM        SATURDAY, NOVEMBER 4, 2023

### VIII-20: New Perspectives on Slavery, Abolition, and Race in the Nineteenth-Century Ottoman World and Beyond

Organized by **Özgül Özdemir**

Chair: **Sarah Gualtieri,** University of Southern California
Discussant: **Taylor M. Moore,** University of California, Santa Barbara

**Özgül Özdemir,** Stanford University *Glimpses into Lives of Black Eunuchs in the 19th Century-Ottoman Harem: Histories of Race, Violence, Emotions*
**Zavier Wingham,** New York University *The Ambivalent Legacy of Manumission: Ottoman Guesthouses for Africans in the 1880s*
**Salma Hargal,** Sciences Po (Paris Institute of Political Studies) *How Slaves Claimed Their Manumission in Ottoman Libya After Slave Trade Prohibition (1857–1911)*
**Giacomo Ghedini,** Sciences Po (Paris Institute of Political Studies) *From Sudan and Senegal to Italy and France, Black Afro-European Abolitionism in the 19th Century: A Story Yet to Be Told*

### VIII-21: Back to the Future? Reinventions of Security States and Resistance Across the Tumultuous Contemporary Maghreb and Sahel

Organized by **William Lawrence,** American University

Chair: **Yahia Zoubir,** KEDGE Business School

**Houda Mzioudet,** University of Toronto Scarborough *The Libyan Quagmire and the Security Challenge in the Sahel: Cases of Mali and Chad*
**Esra Bengizi,** University of Toronto *Maghrebi Women's Resistance & Feminist Nation Building; Algerian Women and the Black Decade*
**Azzedine Layachi,** St. John's University *Social Movement Theory in Algeria and the Outcome of the 2019 Hirak*

### VIII-22: Microhistories of Arab Internationalism: The Lebanese National Movement

Organized by **Nour MJ Hodeib**

Chair: **Malek Abisaab**, McGill University

**Nour MJ Hodeib,** Graduate Center, CUNY *Marcel Khalife: Singing for the Bullet in a Fascist's Heart*

**Nathaniel George,** SOAS, University of London *Abu Jubran and Jabal 'Amil in the Age of the Palestinian Revolution*
**Dylan Baun,** University of Alabama in Huntsville *Imad Nuwayhid:  Searching for a New Home in the Arab Left*
**Naye Idriss,** New York University *The Lebanese National Resistance Front and Afterlives of the Lebanese Left*

### VIII-23: The Woman, Life, Freedom Uprising: A Turning Point in the Struggles for Justice and Liberty in Iran

Organized by **Daniel Ahadi**

Chair/Discussant: **Daniel Ahadi**

**Daniel Ahadi,** Simon Fraser University *Confessions of a Diasporic Mind: Long-Distance "Nationalists" and Transnational Political Activism among Iranians Abroad*
**Bahareh Badiei,** Rutgers, State University of New Jersey *Insurgent Grammars and Feminist Digital Activism: Iranian Feminist Networks' Rise against Multifaceted Modes of Power in Light of Jina Uprising*
**Parsa Alirezaei,** Simon Fraser University and **Mozhgan Fazli,** Simon Fraser University *Not So Green: Paradigm Shift in the Iranian Political Resistance Discourse and the Political Economy of Protest in Iran from 2009 to 2022*
**Hoornaz Keshavarzian,** Simon Fraser University *Datafication of Politics in the Time of Dissensus: Reflections on Iran's Media Climate in the "Woman, Life, Freedom" Movement*

### VIII-24: Textual Innovation and Transgression from Iberia to Iran

Chair: *Volunteer needed*

**Mustafa Kaya,** University of Chicago *Segregation of Mystical Life in Timurid Herat*
**Saleem Abu Jaber,** Achva Academic College *A Rare Sufi Exegesis of Sūrat al-Fatḥ from 16th Century Ottoman Egypt*
**Sam Winikow,** University of Michigan, Ann Arbor *Of Cooks and Copyists: Culinary Manuscripts and the Circulation of Knowledge in Safavid Iran*
**Seyed Saleh Pezhman,** McGill University *Was Muḥammad Taqī Majlisī a Sufi?*

AAUP-01257

SESSION VIII          11:00 AM - 1:00 PM          SATURDAY, NOVEMBER 4, 2023

### VIII-25: 18th Century Scholarship and Historiographical Debates

Chair: *Volunteer needed*

**Ian VanderMeulen,** Kalamazoo College *Resounding Islamic Reform: Performance, Text, and Scholastic Consolidation in Premodern Moroccan Qira'at*
**Nabil Matar,** University of Minnesota, Twin Cities *Filasṭīn and Filasṭīniyyīn in Early Modern Arabic Historiography*
**Jianyuan Sun,** Princeton University *Turco-Mongolic Monarchic Tradition in the Khoqand Khanate: Tanistry in the Early Reign of Irdana Biy (r. 1751-52 & 1753-69)*
**Betul Argit,** Marmara University *Book Ownership of the Male Members of the Imperial Court (17th–18th Centuries)*

### VIII-26: Geographies of Domination and Dispossession in Palestine

Chair: **Jasmin Habib,** University of Waterloo

**Kimberly Katz,** Towson University *Between Jordanian and International Law: UNRWA's Involvement in Jordanian Court Cases*
**Chloé Chbat,** University of Manchester *Bordering and Immobility: A Study of the Palestinian Body within the Settler Colonial Context in Israel and the Occupied Palestinian Territory (OPT)*
**Yair Agmon,** University of California, Los Angeles *Waste, Revival, and Dispossession: Territorial Ecology in East Jerusalem*
**Atwa Jaber,** Graduate Institute, Geneva *No Bridges Will Take You Home: The Jordan Valley Exodus of 1967 Re-examined Through Oral History.*
**Mekarem Eljamal,** Columbia University *Authority over Spatial Identity:  Municipal Documentation Narrating Lydd's Identity*

### VIII-27: Ethnic and Religious Minorities in the Middle East

Chair: **Molly Oringer,** University of California, Los Angeles

**Mehrak Kamali Sarvestani,** Ohio State University *Iranian Baha'is and the Iran-Iraq War (1980-1988)*
**Neslihan Akpinar,** University of Alberta *Transformation of Religious Identities: The Case of Some Kurdish Alevis Converting to Sunni Islam in Modern Turkey*
**Thomas Schmidinger,** University of Kurdistan-Hawler *Relics of Kurdistani Jews*

**Mayada Madbouly,** University of Groningen and **Menna Agha,** Carleton University *Narrating Emotions, or, Why Decolonize Nubian Studies?*
**Edith Szanto,** University of Alabama *Conversion as Class Mobility in Iraqi Kurdistan*
**Janet Kestenberg Amighi,** West Chester University *Cultural Transformations among the Zoroastrians of Iran*

### VIII-28: State Building: Law, Surveying, and Boundary Making

Chair: *Volunteer needed*

**Yosra Hussein,** Columbia University *Maẓālim Courts: Between Despotic Sultans and Secular Justice*
**Omar Gebril,** Columbia University *Modernizing Sharīʿa in Egypt:  Madrasat al-Qaḍāʾ al-Sharʿī (1907–1930) and the Compatibility of Sharīʿa with Western Laws and Modern-State Values*
**Gul Kale,** Carleton University *Interaction of Local Surveying Practices and European Colonial Surveyors in the Middle East, 17th-18th Centuries*
**Carl Shook,** University of Chicago *The Law and the Bordering of Iraq: An Inquiry into the Relationship Between the Tribal Criminal & Civil Disputes Regulations and State Building in the Mandate Era*

### VIII-29: The Politics of Trade and Investment in the New Gulf

Chair: *Volunteer needed*

**Suzanne Morrison,** Zayed University Abu Dhabi *The Political Economy of Hosting Major Sports Events in the GCC: the Case of Qatar and the 2022 FIFA World Cup*
**Robert Mogielnicki,** Arab Gulf States Institute in Washington *Chinese-Saudi Economic Relations: Uneven Growth and Aspirational Collaboration*
**Narayani Sritharan,** College of William and Mary *What Drives Saudi Arabia's Foreign Aid?  Comparative Evidence on the Role of Geostrategy, Economics, and Values*
**Mate Szalai,** Ca' Foscari University of Venice *The Tail Wagging the Dogs? Comparing the Influence-Building of the Gulf States in the US and China*

SESSION IX        3:00 - 5:00 PM        SATURDAY, NOVEMBER 4, 2023

**CURRENT EVENTS SESSION**
**IX-1: Centering Sudan:**
**the Revolution, the War, the Future**

In this interdisciplinary roundtable, discussion will focus on Sudan's history, upheavals, and future. We anticipate a robust conversation along with a re-centering of Sudan within Middle East studies.

Organized by **Beeta Baghoolizadeh,** Princeton University
on behalf of
**MESA's Committee on Blackness, Indigeneity,**
**and Social Justice (CBIRJ)**

**ROUNDTABLE**
**IX-2: Gender Studies and Feminism at MESA:**
**Taking Stock of the Field**

Organized by **Nadje Al-Ali,** Brown University

**Asli Zengin,** Rutgers, State University of New Jersey
**Hanan H. Hammad,** Texas Christian University
**Zahra Ali,** Rutgers, State University of New Jersey
**Sondra Hale,** University of California, Los Angeles
**Maya Mikdashi,** Rutgers, State University of New Jersey

**ROUNDTABLE**
**IX-3: Threats to Academic Freedom in the Middle East**

Organized by **Mimi Kirk**
on behalf of the
**MESA Global Academy**

**Selin Gumrukcu,** Rutgers University
**Evren Altinkas,** University of Guelph
**Katty Alhayek,** Toronto Metropolitan University
**Nihat Celik,** San Diego State University
**Basileus Zeno,** York University

**ROUNDTABLE**
**IX-4: Environmental Anthropology and the Middle East**

Organized by **Sa'ed Atshan**

**Sponsored by Association of Middle East**
**Anthropology (AMEA)**

Chair: **Sa'ed Atshan,** Swarthmore College
**Munira Khayyat,** American University in Cairo
**Tessa Farmer,** University of Virginia

**Anne Meneley,** Trent University
**Peter Habib,** Emory University
**Caterina Scaramelli,** Boston University
**Sophia Stamatopoulou-Robbins,** Bard College

**ROUNDTABLE**
**IX-5: Imagining the East: Researching and Writing**
**Transnational Affinity, Solidarity, and Belonging**
**during the Interwar Years**

Organized by **Erin O'Halloran**

Discussant: **Marya Hannun,** University of Exeter

**Erin O'Halloran,** University of Cambridge
**Reem Bailony,** Agnes Scott College
**Sara Rahnama,** Morgan State University

**ROUNDTABLE**
**IX-6: Settler Colonial Violence, Palestine,**
**and White Supremacy**

Organized by **Stephen Sheehi**

Chair/Discussant: **Loubna Qutami,** University of
California, Berkeley

**Stephen Sheehi,** College of William & Mary
**Saree Makdisi,** University of California, Los Angeles
**Sherene Razack,** University of California, Los Angeles
**Lara Sheehi,** George Washington University

**ROUNDTABLE**
**IX-7: Practical Pedagogies of Engagement:**
**Building Intercultural Understanding**
**Through Concrete Activities**

Organized by **G. Carole Woodall** and **Victoria**
**Hightower,** University of North Georgia
on behalf of
**MESA's Committee for Undergraduate**
**Middle East Studies (CUMES)**

Chair: **G. Carole Woodall**

**Roger A. Deal,** University of South Carolina Aiken
**Maia Carter Hallward,** Kennesaw State University
**Virginia Cady,** Independent Scholar
**G. Carole Woodall,** University of Colorado at Colorado
Springs

AAUP-01259

SESSION IX          3:00 - 5:00 PM          SATURDAY, NOVEMBER 4, 2023

**Susan Tyrrell,** University of North Texas
**James Tallon,** Lewis University

### IX-8: Arab Faces, American Places

Organized by **Salah D. Hassan**

**Sponsored by
Arab American Studies Association (AASA)**

Chair/Discussant: **Michelle Hartman,** McGill University

**Salah D. Hassan,** Michigan State University *Self-Possessed: Photos of Arabs in the Early 20th Century United States*
**Natalie El-Eid,** Syracuse University *Drawing Selves and Stories: 21st Century Arab American Graphic Memoirs*
**Leila Tarakji,** Michigan State University *"El Moro, El Negro, El Arabe": An American Origin Narrative between Fiction and the Margins of History*

### IX-9: Beyond Paradoxes and Contradictions: Forms of Anti-Colonial Resistance during WWI in North Africa and the Middle East

Organized by **Odile Moreau**

**Odile Moreau,** University of Montpellier *Beyond Paradoxes and Contradictions: The Trajectory of Amir ʿAbd al-Mālik during WWI*
**Richard Fogarty,** University at Albany, SUNY *Resistance in Captivity and Captivity in Resistance: North African POWs in German and the Middle East during the Great War*
**Jonathan McCollum,** Brigham Young University *An Anticolonial Empire? The Ottoman Struggle for North Africa in the Long First World War*

### IX-10: Imagining New Authorial Configurations in Persianate Sufism

Organized by **Hunter Bandy** and **Seema Golestaneh**

Discussant: **Ata Anzali,** Middlebury College

**Hunter Bandy,** Ecole Pratique des Hautes Etudes *The Subtle Points of Sovereignty in Shiʾi Sufism of the 17th century Deccan*
**Seema Golestaneh,** Cornell University *Navigations on the Path: Understanding the Positionality of the Shariat and*

*Tariqat in 20th and 21st Century Iranian Sufism*
**Ahoo Najafian,** Macalester College *Mystical Politics in Pre-revolutionary Iran*
**SeyedAmir Asghari,** Baylor University *Post Sadra Dhahabīyya Ṣūfī Order and Shīʿī-Ṣūfī Convergence*
**Aziza Shanazarova,** Columbia University *Female Religious Authority in Sufism*

### IX-11: Formulating Modernism through Museums and Exhibitions in the MENA Region

Organized by **Caroline Angle Maguire**

**Sponsored by Association for Modern and Contemporary Art of the Arab World, Iran and Turkey (AMCA)**

**Caroline Angle Maguire,** University of Maryland, College Park *Democratizing and Modernizing the Musée National du Bardo (1956–1980)*
**Ashley Miller,** Independent Scholar *Revolutionizing the Institution? Remaking Art Histories at the First Pan-African Cultural Festival (PANAF), Algiers 1969*
**Elizabeth Rauh,** American University in Cairo *A Museum of One's Own: Ali Jabri and Curatorial Practice as Worldmaking in the Jordan Museum of Popular Traditions*

### IX-12: Contested Archives: The Reopening of the Kanan Makiya Papers

Organized by **Michael Brill** and **Wisam Alshaibi**

Chair/Discussant: **Arbella Bet-Shlimon,** University of Washington, Seattle

**Michael Brill,** Princeton University *The Origins and History of the Ba›th Party Archive*
**Joseph Kotinsly,** University of Texas at Austin *The Politics of Shiʾi Suffering: The Iraqi Opposition and the Rise of Sect-Centrism*
**Amir Taha,** University of Amsterdam *Contesting the Archives with the 1991 Iraqi Uprising*
**Wisam Alshaibi,** University of California, Los Angeles *The Kanan Makiya Papers Then and Now*

AAUP-01260

SESSION IX          3:00 - 5:00 PM          SATURDAY, NOVEMBER 4, 2023

## IX-13: Power, Language, and Identity in MENA Contexts

Organized by **Rachel Schine** and **Sheera Talpaz**

Chair: **Karla Mallette,** University of Michigan, Ann Arbor

**Rachel Schine,** University of Maryland, College Park *Black Language: Racio-Linguistics and Representing Afro-Asian Languages in Abbasid Writings*
**Alexander Jabbari,** University of Minnesota, Twin Cities *Urdu in Palestine, Hebrew in India: Muslim Philology before 1947*
**Hilah Kohen,** University of Pennsylvania *The Age of Language Revolutions: Turkish, Hebrew, and Soviet Language Policy between the World Wars*
**Michael Payne,** Ludwig Maximilian University of Munich *Translating Race in the Medieval Middle East: Graeco-Arabic Conceptions of Human Difference and Their Diffusion*
**Sheera Talpaz,** Oberlin College *Arab Jewish Literature and the Fallacy of Language Choice*

## IX-14: Property Disputes, Dispossession and Processes of Marginalization in North Africa

Organized by **Soraya El Kahlaoui** and **Koenraad Bogaert**

Chair: **Koenraad Bogaert,** Ghent University

**Soraya El Kahlaoui,** Ghent University *Possession against Property: Mapping Land Struggle in North Africa*
**Cristiana Strava,** Leiden University Institute for Area Studies *Speculative Sustainability: Dispossession, Financialization, and Contested Green Urbanism in Contemporary Morocco*
**Lana Salman,** Ghent University *Nomadism: Property and the Governing of City's Edge in Colonial Tunisia*
**Yasmine Berriane,** National Center for Scientific Research *Gendered Land Rights and Contested Belonging: The Non-Residents' Claims in Post-2019 Morocco*
**Souad Eddouada,** Iben Tofail University *Rights, Reform, and Negotiation:  Land Dispossession, Gender, and Alternative Models for Justice*

## IX-15: Exploring the Margin(s)

Organized by **Jasmine Benhaida** and **Julia Wartmann**

Chair: **Aline Schlaepfer,** University of Basel

**Julia Wartmann,** University of Basel *Reassessing Claims of Kurdish Marginality in the Case of the Autonomous Administration of North and East Syria*
**Fares Damien,** University of Basel *Jabal ʿAmel to South Lebanon: The Birth of a New Mediterranean Space*
**Jasmine Benhaida,** University of Basel *Oh Woman, Where Art You? Unthinking Women at the Margins through Sharia Court Records*

## IX-16: Frontiers in the Studies of Middle East Contentious Politics

Organized by **Ali Kadivar** and **Rima Majed,** American University of Beirut

Chair/Discussant: **Charles Kurzman,** University of North Carolina at Chapel Hill

**Ali Kadivar,** Boston College *Oil and Contention: Fuel Subsidy Cuts and Protests in Iran 2019*
**Elizabeth Parker-Magyar,** Massachusetts Institute of Technology *Striking from the Schoolyard: State Worker Networks, Organization, and Contentious Action in Jordan*
**Killian Clarke,** Georgetown University *Revolution in Democracies: The 2019 Uprisings in Lebanon and Iraq*
**Jérémie Langlois,** University of Wisconsin-Madison and **Marwa Shalaby,** University of Wisconsin-Madison *Do Ballots Break Barricades? Parliamentary Responsiveness and Protest Trends during Algeria's Hirak Uprising*
**Kevin Mazur,** Northwestern University *Between the Square and the Quarter: The Urban Logic of Violence in the Syrian Revolution*

## IX-17: Trade, Diplomacy and Finance in the Early Modern Ottoman Empire

Organized by **Hasan Ilban**

**Sebastien Flynn,** Independent Scholar *Ottoman Diplomacy between the Treaty of Belgrade and the Death of Sultan Mahmud I, 1739-1754*
**Hasan Ilban,** University of Birmingham *British Credit and the Provincial Economy of Aleppo in the Eighteenth Century*
**Zeynep Arslan Calik,** Ruhr-University Bochum *The Ottomans in the Habsburg Lands: Re-identifying the Builders of Ottoman-European Contacts (1772-1826)*
**Elif Bozgan,** University of Chicago *The Scholarly Families and the Life-long Tax Régime in the Eighteenth-Century Ottoman Empire*

AAUP-01261

**SESSION IX**      **3:00 - 5:00 PM**          **SATURDAY, NOVEMBER 4, 2023**

### IX-18: The Meaning of China's Increased Engagement in the Middle East

Organized by **Lars Erslev Andersen**

Chair: **William Lawrence,** American University

**Lars Erslev Andersen,** Danish Institute for International Studies *China and Iran Relations in Context of the Changing World Order*
**Chuchu Zhang,** Fudan University *A Rising Asian Transactionalist Player in the Middle East: Deciphering China's Infrastructure Diplomacy in the Region*
**Yahia Zoubir,** Middle East Council on Global Affairs, Doha, Qatar *China's Integration of the Greater Maghreb into the Belt & Road*
**Emilie Tran,** Hong Kong Metropolitan University *From Health Diplomacy to Leadership in Global Public Health? China's Social Power in the Middle East*

### IX-19: How Islamists Cope with Football: Qatar as a Transformative Event?

Organized by **Dag Tuastad**

**Dag Tuastad,** University of Oslo *How Ritual and Politics Intersects in Hizbollah's Relation to Football*
**Bjorn Olav Utvik,** University of Oslo *Soccer, Islamism and the Good Muslim*
**Hans K Hognestad,** University of South-Eastern Norway *Football, Religion and Politics – Contested Narratives from the 2022 FIFA World Cup in Qatar*
**Charlotte Lysa,** University of Oslo *The Contested Field of Women's Football in Saudi Arabia (2005–2015)*

### IX-20: Border(land)s of the Ottoman Empire

Organized by **Elmira Louie** and **Hüseyin Göcen**

Chair/Discussant: **Ali Yaycioglu,** Stanford University

**Elmira Louie,** University of California, Davis *Reading the Borderland: Linguistic and Religious Border Crossings in 17th through 19th Century Ottoman Literature*
**Merve Tekgürler,** Stanford University *Crucible of Empire: Ottoman-Polish Borderlands in the Long Eighteenth Century*
**Hüseyin Göcen,** University of California, Davis *Provincial Fatwas, Festivals, and Celebrations as Borderlands in Ottoman Early Modernity*

**Zehra Ilhan,** University of California, Davis *Pre-16th Century Discourse on Muslim Women and Female Youth in the Epic Stories of Anatolian Borderland*

### IX-21: Anticommunism in Cold War Turkey

Organized by **Semih Gökatalay**

**Sponsored by Ottoman and Turkish Studies Association (OTSA)**

Chair: **James H. Meyer,** Montana State University
Discussant: **James Ryan,** Foreign Policy Research Institute

**Semih Gökatalay,** University of California, San Diego *The Changing Iconography of Nâzım Hikmet: From a Communist Traitor to a Patriotic Poet*
**Gozde Emen Gokatalay,** Independent Scholar *Balkan Immigrants and Anticommunism in Cold War Turkey*
**Reuben Silverman,** Stockholm University *Red Scares and the Formation of a Frontline Cold War State in Turkey, 1950-1953*

### IX-22: Haunted Futurities: Cases from the Arab Gulf States

Organized by **Esraa Al-Muftah**

Chair: **Fida Adely,** Georgetown University
Discussant: **Talal Al-Rashoud,** Kuwait University

**Esraa Al-Muftah,** University of British Columbia *Institutional Erasures: The Case of Internationalization at Qatar University*
**Sara Musaifer,** New York University Abu Dhabi *Searching for Za›faranah: The (Im)possibilities of Black Girlhoods in (Post)colonial Bahrain*
**Tareq Alrabei,** Gulf University for Science and Technology *Contested Cultural Representations of the Maritime History of the Gulf*
**Maryam AlHajri,** University of Edinburgh *Silencing Processes as a Form of Historical Erasure: Histories of Qatar's Social Movements*

AAUP-01262

### IX-23: The Determinants of Compliance: COVID-19 in the MENA

Organized by **Amanda Rizkallah**

Chair/Discussant: **Marwa Shalaby,** University of Wisconsin-Madison

**Amanda Rizkallah,** Pepperdine University *The Country Source Origins of Vaccine Hesitancy*
**Yuree Noh,** Rhode Island College *Public Health Mandates and Trust during the COVID-19 Pandemic*
**Jonah Schulhofer-Wohl,** Leiden University *Violence, Trust, and Pro-Social Behavior: The Long-Term Effects of Civil Conflict on COVID Compliance in Iraq*

### IX-24: Diplomacy, Diplomats, and Forgotten Records

Chair: **Constantine Theodoridis,** Princeton University

**Anthony Edwards,** Washington and Lee University *A Privileged Intellectual: Buṭrus al-Bustānī and His Dragomanship at the US Consulate in Ottoman Beirut*
**Rosalind Buckton-Tucker,** Independent Scholar *Captain Shakespear: An Unsung Hero of Arabia?*
**Deniz Çıtak,** University of California, Los Angeles *The Case of Pahlavi-Era Iranian Diplomacy in Amanullah's Afghanistan*
**Asuman Tezcan,** Stanford University *The Tan Raid as the Herald of the Reorganization of Turkey's Domestic and Foreign Policy after the Second World War, 1945*
**Murat Kasapsaracoglu,** Istanbul Aydın University *Uncovering the Opium Crisis: The Poison of Turkish-American Relations in the 1960s and 1970s*

### IX-25: The Strategies and Dynamics of Israeli Occupation in Palestine

Chair: **Lawrence Davidson,** West Chester University

**Nathaniel Shils,** Wellesley College *Annexation and the "One State Reality" in Israel/Palestine: History and Implications of Israel's Mechanisms of Territorial Incorporation*
**Judith Hoppermann,** University of Glasgow *Control, Dispossession, Exploitation: Understanding the Political Economy of the Colonialism-Neoliberalism Nexus in West Bank Agriculture*
**Cora Enterline,** Trinity College Dublin *Drinkers with a Religion Problem: Religious Terroir in Israeli Settlement Wineries*

**Nur Arafeh,** Carnegie Middle East Center *Entrenching Dependency and Promoting Local Agency in Counterinsurgency: A Case Study of U.S.-Led Trade Facilitation Programs in Hebron*

### IX-26: Language and Libraries

Chair: *Volunteer needed*

**Mahmoud Roshdy,** University of Southern California *The Strangeness of Language as a Wound out of Displacement: On Translating Salim Barakat's Childhood Autobiography*
**Hicham Assaoui,** Virginia Military Institute *The Arabic Pronominal Distribution: A Representational Account*
**Tianrui Ma,** Indiana University Bloomington *A Mix of Voices: Exploring Life Writing and Poetry in Nizar Qabbani's The Journal of an Indifferent Woman*
**Nefise Kahraman,** University of Toronto *Translator›s Notes as an Archival Medium: Preserving and Documenting the Exilic Memory in Refik Halid Karay›s Gurbet Hikayeleri (Stories of Exile)*
**Ömer F. Es,** McGill University *Listening to Qur'anic Speech: The Musicality of Sound and Meaning in Sūrat al-ʿAlaq*
**Connor Phoennik,** University of Texas at Austin *Laysa Ka-mithlihi Shay›un: The Part-of-Speech Status of Ka- in the Arabic Grammatical Tradition*

### IX-27: Feminist and Queer Literature

Chair: *Volunteer needed*

**Nuha Askar,** Johann Wolfgang Goethe University *"Tell Me a Story": Queer Narratives and Countercultural Memories in Ahmad Danny Ramadan's The Clothesline Swing*
**Linda Istanbulli,** Pennsylvania State University *Between Fiction, History, and Ethnography: Bedouin Women in Sulṭānāt Al-Raml*
**Nusaiba Imady,** University of Minnesota, Twin Cities *I'm Going Mad Again; Narratives of Female Suicide in Modern Arabic Literature*
**Michael Ernst,** New York University *Bitter Weeping & Dreaming: Salwa Bakr's "Thirty-One Beautiful Green Trees" as an Allegory of Neoliberal Egypt*
**Douja Mamelouk,** Le Moyne College *Translation as Resistance: Arwah Salih's The Stillborn (2017) and the Memory of the Egyptian Left*

AAUP-01263

SESSION IX        3:00 - 5:00 PM        SATURDAY, NOVEMBER 4, 2023

**IX-28: TV, Film, and Theater**

Chair: *Volunteer needed*

**Zeynep Sertbulut,** Haverford College *The Turkish Dizi Industry and Its Audience Imaginaries*

**Megan Ekstrom,** The University of Texas at Austin *Defending and Negotiating Modernity in Baghdad›s Cinema Spaces, 1950-1958*

**Sherena Razek,** Brown University *Unruly Atmospheres: Speculating Palestinian Filmic Interventions in the Air*

**Nina Youkhanna,** Georgetown University *Between Laughter and Tears: Political Performance in Syria*

AAUP-01264

## SESSION X    5:30 - 7:30 PM    SATURDAY, NOVEMBER 4, 2023

**ROUNDTABLE**
**X-1: Middle East Migration Studies: Roads Travelled and Future Paths**

Organized by **Andrew Arsan** and **Akram F. Khater**

Chair: **Andrew Arsan**

**Andrew Arsan,** University of Cambridge
**Akram F. Khater,** North Carolina State University
**Anna Reumert,** The New School
**Ghenwa Hayek,** University of Chicago

**ROUNDTABLE**
**X-2: Queering the Question: Rethinking Middle East Studies through Queer Methodologies**

Organized by **Umayyah Cable**

Chair: **Umayyah Cable**

**Umayyah Cable,** University of Michigan, Ann Arbor
**Natalie Kouri-Towe,** Concordia University
**Tahereh Aghdasifar,** California State University, Dominguez Hills
**Mejdulene Shomali,** University of Maryland, Baltimore County
**Charlotte Karem Albrecht,** University of Michigan, Ann Arbor

**ROUNDTABLE**
**X-3: MESA's BDS Vote and the Question of Palestine**

Organized by **Maya Wind**

Chair: **Noura Erakat,** Rutgers, State University of New Jersey
Discussants: **Abdel Razzaq Takriti,** University of Houston and **Samia Al-Botmeh,** Birzeit University

**Maya Wind,** University of British Columbia
**Nadia Abu El-Haj,** Columbia University
**Rafeef Ziadah,** King's College London

**ROUNDTABLE**
**X-4: It's Complicated: Cultural Memory and Hope in Impermanent Landscapes**

Organized by **Gisele Chagas** and **Nefissa Naguib**

**Gisele Chagas,** Universidade Federal Fluminense
**Nefissa Naguib,** University of Oslo
**Karin Ahlberg,** Stockholm University
**Gustavo Barbosa,** Universidade Federal Fluminense
**Liza Dumovich,** KU Leuven

**ROUNDTABLE**
**X-5: Archiving Iran in/of the Diaspora**

Organized by **Leila Pourtavaf**

Chair: **Leila Pourtavaf,** York University

**Nazli Akhtari,** University of Waterloo
**Farzaneh Hemmasi,** University of Toronto
**Persis Karim,** San Francisco State University
**Amy Malek,** Oklahoma State University

**X-6: Ecocritical Perspectives in Arabic Literary Studies**

Organized by **Sarah R. Bin Tyeer**

Chair: **Sarah R. Bin Tyeer,** Columbia University

**Anna Ziajka Stanton,** Pennsylvania State University *The Geophenomenology of Extinction in Nūrah al-Nūmān's Ajwān*
**Boutheina Khaldi,** American University of Sharjah *An Ecocentric Reading of 'Abd al-Raḥmān Shukrī's Poetry and Criticism*
**Teresa Pepe,** University of Oslo *The Climate Crisis in Contemporary Arabic Speculative Fiction*
**Levi Thompson,** University of Texas at Austin *Ecocriticism Between Rusafah and the Bridge*
**Dahlia E.M. Gubara,** Koc University *"We've Put These Themes into the Mouths of Animals, to Make the Case Clearer and More Compelling...": Ethical Ecologies in Ikhwān al-Ṣafā's Animal Fable*

**X-7: Vegetal Vectors: Plants and Plant-Knowledge in Middle East History**

Organized by **Taylor M. Moore** and **Susanna Ferguson**

Chair: **Samuel Dolbee,** Vanderbilt University
Discussant: **Can Dalyan,** College of Charleston

**Susanna Ferguson,** Smith College *The Mystery of the Travelling Plant: George Post's Herbarium and the Problem of the "Native" Weed*

AAUP-01265

SESSION X          5:30 - 7:30 PM                    SATURDAY, NOVEMBER 4, 2023

**Anny Gaul,** University of Maryland, College Park *Red Sauce, Green Sauce: Cooking Okra and Tomatoes in the Nile Valley*
**Taylor M. Moore,** University of California, Santa Barbara *In the Weeds: Studying Disruptive Plants in Twentieth-Century Egypt*

### X-8: Mobility and Agency in Contemporary Yemeni Diaspora

Organized by **Waleed Mahdi**

**Sponsored by
American Institute for Yemeni Studies (AIYS)**

Chair/Discussant: **Stacey Philbrick Yadav,** Hobart and William Smith Colleges

**Waleed Mahdi,** University of Oklahoma *Yemeni American Artivism between Urgency and Emergence*
**Bogumila Hall,** Polish Academy of Sciences *Recipes for Refuge: Food and the Yemeni Diaspora*
**Nathalie Peutz,** New York University Abu Dhabi *If Strife Increases, Go to Yemen: Yemeni Refugees and the Problem of Return*
**Gokh (Gukha) Amin Alshaif,** University of California, Santa Barbara *Songs of Yearning: Narrating Yemen's Global Histories through Rural Women's Songs*
**Sara Swetzoff,** Eastern Connecticut State University *Migrants, Refugees, Residents and Returnees: Ethio-Yemeni Community in Addis Ababa, Ethiopia*

### X-9: Educating an Empire: An Interdisciplinary Examination of Schooling in the Nineteenth Century

Organized by **Christin Zurbach**

**Sponsored by Ottoman and Turkish Studies Association (OTSA)**

Chair/Discussant: **Sotirios Dimitriadis,** Franklin & Marshall College

**Christin Zurbach,** University of California, Berkeley *Educate to Medicate: Digging at the Roots of the Imperial School of Medicine in Istanbul*
**Myrsini Manney-Kalogera,** University of Arizona *"Pouring Down Northern Wealth, Brings Holy Wisdom to the Homeland": Christian Merchants and Education in Ottoman Yanya, 1797-1830*

**Cagdas Acar,** University of Chicago *The Pilgrim's Progress in Armenian and Armeno-Turkish: Publishers, Translators, and Readership*
**Lydia Harrington,** Massachusetts Institute of Technology *Art? Craft? Industry? Education and Emerging Discourses of Creation in the Late Ottoman Empire*
**Betty Rosen,** University of California, Berkeley *Teaching al-Lugha from Valletta to Istanbul: Al-Shidyāq's Language Pedagogy, 1839-1872*

### X-10: Marginalized Spaces of Action: Leisure, Humor, and Deviance as Social Protest in the Ottoman World

Organized by **Sultan Toprak Oker** and **Zeynep Tezer**

Chair: **Melanie Tanielian,** University of Michigan, Ann Arbor

**Zeynep Tezer,** University of Chicago *May a Müftü be Funny? Humor's Social Function in 17th Century Ottoman Legal Practice*
**Sultan Toprak Oker,** University of Minnesota, Twin Cities *Muslim Drinkers: Actors of Social and Political Life in 17th Century Ottoman Istanbul*
**Tugce Kayaal,** Furman University *Sisterhood Trouble: Friendship, Intimacy, and Queering Wartime Solidarity*
**Naz Vardar,** Simon Fraser University *Carnival and National Identity Formation: Play and Disguise in Ottoman Macedonia at the Turn of 20th Century*

### X-11: New Perspectives on Violence and Resistance in Turkey

Organized by **Ayca Alemdaroglu**
on behalf of the
**Program on Turkey at Stanford University**

Chair: **Ayca Alemdaroglu,** Stanford University

**Nisa Goksel,** Arizona State University *Narratives of Exile and Migration: Kurdish Women's Political Struggles in Europe*
**Sefika Kumral,** University of North Carolina at Greensboro *Anti-Kurdish Communal Violence in the 21st Century: Origins, Patterns, Directions*
**Janet Klein,** University of Akron *Minoritizing and Securitizing Armenians and Kurds*
**Deniz Duruiz,** Concordia University *"I Would Have Recognized You from Your Smell": Racialization of Kurdish Migrant Farmworkers in Western Turkey*

AAUP-01266

# SESSION X          5:30 - 7:30 PM                      SATURDAY, NOVEMBER 4, 2023

**Baris Unlu,** University of Virginia *The Turkishness Contract and the Formation of Turkishness*

### X-12: On Madhhabs, Salafis, and Dalil: Rethinking Reform and Law in the Contemporary Islamic World

Organized by **Matthew Steele**

Discussant: **Leor Halevi,** Vanderbilt University

**Matthew Steele,** Harvard University *Ijtihad in the Service of Taqlid: Repurposing Critique in the Contemporary Maliki School*
**Aaron Rock-Singer,** University of Wisconsin-Madison *The Madhhab of the Quran and Sunna? Salafism, Textual Reasoning, and the Islamic Tradition*
**Etty Terem,** Rhodes College *Rational Religion for a Modern Age: Defining a Path to Social Progress in Interwar Morocco*
**Alexander Thurston,** University of Cincinnati *The Mālikī Madhhab, the Istidlāl Genre, and Contemporary Religious Authority: Tunisian and Libyan Examples*
**Nathan Spannaus,** University of California, Berkeley *New Teaching for a New Generation: Exploring the Link between Educational and Legal Reform in the 19th Century*

### X-13: Debating Public Knowledge in Modern Egypt

Organized by **Chloe Bordewich**

**Chloe Bordewich,** University of Toronto *Secrecy on Trial: The Case of the Leaked Telegram and the Egyptian Public's Right to Know*
**Andrew Simon,** Dartmouth College *Egypt as a Mixtape: Shaykh Imam, Official Stories, and Recomposing the Recent Past*
**Khaled Fahmy,** Tufts University *Egyptian Public Misinformation during the 5 June 1967 War*
**Farida Makar,** University of Oxford *Myths and Illusions about Free Public Education in Egypt*

### X-14: AATT Panel in Memory of Walter G. Andrews

Organized by **Didem Havlioglu**

**Sponsored by American Association of Teachers of Turkic Languages (AATT)**

Chair: **Virginia Aksan,** McMaster University
Discussant: **Didem Havlioglu,** Duke University

**Oscar Aguirre Mandujano,** University of Pennsylvania *The Bazar of Separation: Culture, Emotions, and Philosophy in Ottoman Poetry and Lexicon*
**Sergen Avci,** University of Washington, Seattle *Womanhood in Kitāb-ı Ḥikāyāt*
**Efe Balikcioglu,** Wellesley College *Referencing Scholarship:  Philosophical Reflections in 15th Century Ottoman Poetry*
**Hacı Gündüz,** Harvard University *Macaronic (Mulamma') Poetry in Ottoman Damascus*

### X-15: Jews at Sea

Organized by **Annie Greene**

Chair/Discussant: **Alma Heckman,** University of California, Santa Cruz

**Annie Greene,** University of Chicago *By the Rivers of Babylon: Imagined Riparian Geographies of Baghdadi Jews*
**Menashe Anzi,** Ben-Gurion University of the Negev *The Return of the Indian "Martin Guerre": Movement and Impersonation in the Indian Ocean*
**Nancy Berg,** Washington University in St. Louis *Israeli Jewish Writers Confronting the Sea*
**Mark Wagner,** Louisiana State University *Shaping Bourgeois Jewish Habitus in the Suez Canal Zone:  The Menachem Messa Company of Aden and Its Long Shadow*

### X-16: Byzantine Legacies of the Ottoman Long Nineteenth Century

Organized by **Ceren Abi** and **Artemis Papatheodorou**

**Ceren Abi,** Kadir Has University *Byzantine Studies in the Aftermath of the First World War*
**Firuzan Melike Sumertas,** University of California, Berkeley *From Antiquarianism to (Urban) Archaeology: Byzantine Heritage of Istanbul in the Nineteenth Century*
**Artemis Papatheodorou,** Harvard University *Late Ottoman Muslim Intellectuals and the Byzantine Heritage of Istanbul - Mehmet Ziya and His Treatise on the Chora Monastery ("Ka'riye Cami-i Şerifi")*
**Konstantinos Paschalidis,** National Archaeological Museum *Archaeology and Nationalism: The Greek Archaeological Service in the Smyrna Zone (1919-1922) and Its Special Interest in the Byzantine Heritage*

AAUP-01267

SESSION X    5:30 - 7:30 PM    SATURDAY, NOVEMBER 4, 2023

**X-17: Between Democratization and Authoritarian Resurgence: The Future of Political Islam in the Maghreb**

Organized by **Julius Dihstelhoff** and **Guy Eyre**
on behalf of the
**Merian Centre for Advanced Studies in the Maghreb (MECAM)**

Chair/Discussant: **Francesco Cavatorta,** Universite Laval

**Julius Dihstelhoff,** Merian Centre for Advanced Studies in the Maghreb *What Future for Ennahda? Political Islam in Tunisia under Kais Saied›s State of Emergency Policy*
**Guy Eyre,** University of Edinburgh *Standing and Yielding (Un)Common Grounds: Anti-Politics, Purity, and Cross-Ideological Islamist, Salafi, and Leftist Solidarity in Morocco*
**Vish Sakthivel,** College of Charleston *The Algerian Muslim Scouts: From "Soldiers of the Future" to Islamist Youth*
**Clara-Auguste Süß,** Peace Research Institute Frankfurt *Competing Offers for Religion and Politics? Islamist and Salafist Communication in Post-Revolutionary Tunisia*

**X-18: Spotlights on Shīʿī Esotericism from Umayyad Iraq to Fatimid Cairo**

Organized by **James Weaver**

Chair: **Najam Haider,** Barnad College

**James Weaver,** University of Zurich *Where Does Our Information on the Early Ghulāt Come From? Historians, Heresiographers, and Biographers*
**Pamela Klasova,** Macalester College *Beliefs in the Greatest Name of God in Early Islamic and Late Antique Iraq: The Ghulat, al-Hajjaj b. Yusuf, and Others*
**Dariouche Kechavarzi,** Ecole Pratique des Hautes Etudes *The Formation of Islamic Polemics: The Khawārij, the Shīʿa, and the Accusation of "Exaggeration" ("Ghuluww")*
**Mushegh Asatryan,** University of Calgary *The Nusayris at the Turn of the 11th Century: A Spotlight*

**X-19: The Dynamics and Consequences of Power-Sharing in the Middle East**

Organized by **Christiana Parreira** and **Melani C. Cammett**

Chair/Discussant: **David Siddhartha Patel,** Harvard Kennedy School

**Christiana Parreira,** Graduate Institute, Geneva *Varieties of Power-Sharing and the Quality of Public Goods Provision*
**Aytuğ Şaşmaz,** Bryn Mawr College and **Melani C. Cammett,** Harvard University *Microfoundations of Support for Power-Sharing: Who Supports and Protests the Sectarian Power-Sharing Regime in Lebanon?*
**Bassel Salloukh,** Doha Institute for Graduate Studies *Does Power Sharing Promote the Rule of Law? Granular Evidence from Lebanon*
**John Nagle,** Queens University, Belfast *Protesting Power-Sharing: Citizenship Acts and Eventful Protest in 'Divided Societies'*
**Tamirace Fakhoury,** Aalborg University *The Nexus between Power-Sharing and Time: Politics and Timekeeping in Lebanon*
**Toby Dodge,** London School of Economics and Political Science *Examining the Longevity of Informal Consociationalism in Iraq*

**X-20: Palestine and Constellations of Indigeneity**

Organized by **Omar Alsayyed**

**Omar Alsayyed,** New York University *Anti/Coloniality and the Metaphors of Capital*
**Tamar Ghabin,** New York University *Crises and Counterinsurgency: How the U.S. and Israel Reconstructed the Category of the Terrorist*
**Wael Omar,** SOAS, University of London *Beyond the "Tragedy": Exploring the Politics of Transnational Recognition*
**Ruba Akkad,** Texas Christian University *From Homeplace to Community: Reconfiguring Sumud through Residential Graffiti in Palestine*

**X-21: In/Visible Accumulations: Spatial Production and the Erosion of National(ist) Mythologies**

Organized by **Aida Bardissi** and **Tess Waggoner**

Chair/Discussant: **Maysam Taher,** New York University

**Tess Waggoner,** New York University *Renovated Façades: Layers of Production, Effacement and Branding*
**Lidia Helou,** New York University *Transient States: A Sensorial Study of State Failure in Beirut's Karantina*
**Brian Plungis,** New York University *Petro-Museumization: Industrial Heritage and National Memory of the Iranian Oil Industry*
**Aida Bardissi,** New York University *Embodying Antiquity: Unearthing the Politics of Re-enactment at the Pharaonic Village*

AAUP-01268

SESSION X          5:30 - 7:30 PM          SATURDAY, NOVEMBER 4, 2023

### X-22: From Empire to Republic: Open Wounds, Survival, and Revolt

Chair: *Volunteer needed*

**Kent F. Schull,** Binghamton University, SUNY *Providing for the Saints:  Mormon Missionary Efforts to Provide for Their Armenian Converts in the Late Ottoman Empire (1898-1928)*

**Oya Aktas,** University of Washington, Seattle *Liberal Ottoman Citizenship: Brotherhood, Suffering, and the 1915 Genocide*

**Ahmet Serdar Akturk,** Georgia Southern University *Historiographical Encounters: Kurdish and Kemalist Turkish Nationalists Rethink the Past in the Post-Ottoman Era*

**Evren Altinkas,** University of Guelph *From Special Organization (Teşkilat-ı Mahsusa) to Karakol: Activities of the Committee of Union and Progress after the Mudros Armistice*

### X-23: Cold War Legacies in the MIddle East

Chair: *Volunteer needed*

**Joseph Yackley,** United States Department of State *Condemned to Repeat the Past?: Applied History and America›s Future in the Middle East*

**Kyle Evered,** Michigan State University *Narrating the Nation, Panel-by-Panel: A Popular Geopolitics of Identity Construction in Turkey's Cold War Comic Books*

**Sami Risk,** University of St. Andrews *From Corporate Feud to Global Conflict: How an Anglo-American Oil Rivalry Became the Pivot of History in the First Half of the 20th Century*

**Bilal Kotil,** Marmara University *"Aided Self-Help": Administrating Economies and Caring for Populations in Cold War Turkey*

**Guldeniz Kibris Atabay,** Leiden University *The Representations of Turkish National Space*

### X-24: Islamic Sciences, Medicine, and Health

Chair: **Saleem Abu Jaber,** Achva Academic College

**Ebru Erginbas,** Brown University *In between the Old and the New: The Birth of the First Maternity Hospital in the Ottoman Empire*

**Soraya Saffari,** Tehran Art University *The Positionality of the Five Traditional Senses in Avicenna's Book: The Canon of Medicine*

**Shaikhah Ali Alsahli,** University of Pennsylvania *Westernization = Modernization? Another Perspective on the Relationship between Architecture and Mathematics in the Arabic Context*

### X-25: MENA in the New International Order: The Politics of Interests, Norms, and Shifting Alliances

Chair: *Volunteer needed*

**Tyler Parker,** University of Idaho *Securing Status: Why Qatar and the UAE Support U.S. Policies in the Middle East*

**Pietro Marzo,** Teluq University *The Impact of Qatar-United Arab Emirates Rivalry on Libyan and Tunisian Politics Since 2011*

**Yacouba Gnegne,** National Defense College of the United Arab Emirates *The United Arab Emirates and the Security Crisis in the Sahel*

**Esra Dilek,** Sabanci University *Liberal Norm Contestation in the Periphery:  Assessing Turkey's Peacemaking Discourse in the Mediterranean*

### X-26: Palestine and Literature

Chair: *Volunteer needed*

**Alexei Perry Cox,** Concordia University *Solidarity Poetics: "Why This Impulse" to "Familiar the Wind": Poetry as a Production of Dynamical Attunement in George Abraham's "Apology|Ploy" and Layli Long Soldier's "Whereas Statements"*

**Terri Ginsberg,** City University of New York *How "Palestinian" Is It?: The Precession of Hasbara*

**Loaay Wattad,** Tel Aviv University *Colonial Subversive Mimicry: Translating Zionist Children's Literature into Arabic*

**Aya Labanieh,** Columbia University *Treachery and Translation: The Allegiances of Hebrew in Emile Habibi's Palestine and al-Tahir Wattar's Algeria*

**Rania Said,** University of Massachusetts Boston *Solidarity with Palestine in Post-Revolution Tunisian Literature*

**Laila Riazi,** University of California, Berkeley *The Night of the Non-Event: Apocalyptic Visions, Speculative Poetics, Irrecoverable Histories*

AAUP-01269

SESSION X          5:30 - 7:30 PM          SATURDAY, NOVEMBER 4, 2023

### X-27: Best Practices in Pedagogy

Chair: *Volunteer needed*

**Dalal Aboel Seoud,** American University in Cairo
*Enriching Intercultural Communicative Competence through Alternative Assessment Methods*
**Fatemeh Mirsharifi,** University of Wisconsin-Madison
*Learning a Foreign Language as "Strategy": Learners' Motivation and Attitudes toward the "Strategic" Language Persian/Farsi*
**Azza Hassanien,** American University in Cairo *How to Conduct a Productive Debate for Teaching Heritage Learners in the Foreign Language Classroom?*
**Madhusudana Rao,** Bridgewater State University
*Perspectives and Strategies of the Middle East and North Africa Studies Program at Bridgewater State University, MA, USA: A Case Study*

### X-28: Drama and Story

Chair: *Volunteer needed*

**Marwan M. Kraidy,** Northwestern University in Qatar
*Turkish Drama in Latin America: Insights from Fieldwork in Argentina and Mexico*
**Marie Huber,** Stanford University *Haunted Cinema: History, Modernity, and the Internal Other in Pre-revolutionary Iran*
**Maysan Haydar,** American Academy of Arts & Sciences *In Words and Deeds: Agatha Christie, Artifacts, and the 20th Century Middle East*
**Egor Korneev,** University of Michigan, Ann Arbor
*Egyptian Religious TV Series: The Historicized Space and Nostalgia*
**Lubna Safi,** University of California, Berkeley *What the Poem Knows: Poetic Knowledge in the Works of Muḥammad Bennīs, Abdelkabīr Khaṭibī, and Aimé Césaire*
**Natalie Khazaal,** Georgia Institute of Technology
*Diversity and Conflict in the Arab Public Sphere: The Case of Atheist Writer Mohamed Choukri*

### X-29: Logic and Literature in Early Times

Chair: **Jens Schmitt,** Ludwig Maximilian University of Munich

**John Walbridge,** Indiana University Bloomington *Ibn Kammuna on Suhrawardi's Logic*
**Pei-Chen Tsung,** National Chengchi University
*Eloquence, Witticisms, and Sexuality in the Ijāzah Poetry between 'Inān and Abū Nuwās*
**Roxanne D. Marcotte,** University of Quebec at Montreal
*Suhrawardi's Ishraqi Philosophy: What Happened to Noetics?*
**Cory Jorgensen,** George Washington University *Akhbar Writings: Performance? Reperformance?*
**Hasan Alsulami,** Umm al-Qura University *Mashriqi and Maghrebi Poetics in Pre-Modern Biographical Anthologies*

AAUP-01270

SESSION XI                8:30 - 10:30 AM                SUNDAY, NOVEMBER 5, 2023

**ROUNDTABLE**
**XI-1: The Armenian Diaspora and Stateless Power: Collective Identity in the Transnational 20th Century**

Organized by **Tsolin Nalbantian**

Chair: **Tsolin Nalbantian,** Leiden University

**Talar Chahinian,** University of California, Irvine
**Hrag Papazian,** American University of Armenia
**Sossie Kasbarian,** University of Stirling
**Sylvia Alajaji,** Franklin & Marshall College
**Khachig Tololyan Tololyan,** Wesleyan University
**Lilit Keshishyan,** University of Southern California

**ROUNDTABLE**
**XI-2: Reorienting the Middle East: The Gulf as Method between Area and Film/Media Studies**

Organized by **Dale Hudson**

Chair: **Dale Hudson,** New York University Abu Dhabi

**Elizabeth Derderian,** College of Wooster
**Sean Foley,** Middle Tennessee State University
**Parisa Vaziri,** Cornell University
**Bindu Menon,** Azim Premji University

**ROUNDTABLE**
**XI-3: Memory Studies Beyond Nationalism in the Arab World(s)**

Organized by **Layla Zbinden**

Chair: **Sarah Gualtieri,** University of Southern California

**Layla Zbinden,** University of Southern California
**Sarah Dweik,** Pennsylvania State University
**Laura Albast,** Institute for Palestine Studies

**ROUNDTABLE**
**XI-4: Indigenous Theories and Contemporary SWANA Studies**

Organized by **Mark LeVine** and **Lucia Sorbera**

Chair: **Setrag Manoukian,** McGill University

**Lucia Sorbera,** University of Sydney
**Mark LeVine,** University of California, Irvine

**Sarah Eltantawi,** Fordham University
**Eray Çaylı,** University of Hamburg
**Matthieu Rey,** French National Center for Scientific Research
**Megan Awwad,** University of Southern California
**Hany Rashwan,** United Arab Emirates University
**Khaoula Bengezi,** York University
**Laila Mourad,** York University

**ROUNDTABLE**
**XI-5: Alt-Ac and Graduate School: A Conversation about Bringing Alt-Ac into the Graduate School Experience**

Organized by **Janina Santer** and **Kylie Broderick**

**Mekarem Eljamal,** Columbia University
**Kylie Broderick,** University of North Carolina at Chapel Hill
**Janina Santer,** Columbia University
**John Kallas,** New York University

**XI-6: Mediated Revolutions: Gender and Protest in Afghanistan, Iran, and Iraq**

Organized by **Sima Shakhsari**

Chair: **Minoo Moallem**

**Sima Shakhsari,** University of Minnesota, Twin Cities *Normalizing Homophobic and Sexist Violence in Jina's Uprising*
**Ruba Ali Al-Hassani,** Lancaster University *Of Tishreen and Its Symbols: Women in Protest*
**Tahmina Sobat,** University of Minnesota, Twin Cities *Transnational Feminist Networks in Demilitarization and Peace-Building in Afghanistan*
**Minoo Moallem,** University of California, Berkeley *The Revolution is Televised*

**XI-7: Power, Place, and Space: Ethnographies in and of Jordan**

Organized by **Kyle Craig** and **Timothy Y. Loh**

**Kyle Craig,** Northwestern University *Ajānib (Foreigner) Fatigue in Amman's Institutionalized Graffiti/Street Art Scene*
**Allison Mickel,** Lehigh University *We are the World Heritage: Labor Organization in Jordanian Archaeology and Cultural Heritage*

AAUP-01271

**Timothy Y. Loh,** Massachusetts Institute of Technology *An Expanded Istifada: Cochlear Implants and the Regulation of Communication for Deaf Jordanians*
**Kendra Kintzi,** Cornell University *Unruly Rooftops: The Urban Political Ecology of Solar Thermal Energy Production in Jordan*
**Matthew DeMaio,** George Washington University *Accumulating Amman: Belongings and Attachments over Iterations of Palestinian Displacement*

### XI-8: How Poetry Revolts: Islamicate Traditions of Poetic Revolution

Organized by **Rawad Wehbe**

Chair/Discussant: **Suzanne Stetkevych,** Georgetown University

**Rawad Wehbe,** University of Pennsylvania *Little Revolutions: Formal Innovation and Anxiety in the Mukhaḍram Poetry of Ibn Muqbil*
**Fatemeh Shams,** University of Pennsylvania *The Silent Revolution of Capacious Poetic Form: Yahdollah Royai and his Espacementalist Poetry (She'r-e Hajmgerā)*
**Huda J. Fakhreddine,** University of Pennsylvania *Revolutionizing the Tradition: Umm Kulthūm curates and performs the Arabic Qasīdah*
**Abdul Manan Bhat,** University of Pennsylvania *The Restless Heart: Faiz Ahmed Faiz, Khalilullah Khalili, and Heartistic Revolution*

### XI-9: Past and Present Leaderships in the Arabian Peninsula: Historical and Conceptual Approaches

Organized by **Javier Guirado**

Chair: **Javier Guirado**
Discussant: **Michael Herb,** Georgia State University

**Luciano Zaccara,** Qatar University *Qatar›s 2021 Shura Council Elections: Implications for Citizen Inclusion and the New Leadership›s Political Agenda*
**Javier Guirado,** Georgia State University *Rulers and Ruled in Qatar. The Role of Society in the 1950s*
**Leticia Rodriguez,** University of Granada *The Power Resources of the Qatari Elite: Leadership and Foreign Policy in the Past Two Decades*
**Courtney Freer,** Emory University *Examining the Mobilizational Capacity of Tribes in Kuwait*

### XI-10: The "Crisis of Man" in Modern Arabic Thought

Organized by **Simon Conrad**

Chair: **Olga Verlato,** New York University
Discussant: **Max Weiss,** Princeton University

**Simon Conrad,** Princeton University *"The Total Man" (al-Insan al-Kamil) in Mid-Century Egyptian Thought*
**Murad Idris,** University of Michigan *Sayyid Qutb, al-Da'wa, and the Crisis of Humanity*
**Spenser Rapone,** University of Texas at Austin *On the New and the Eternal in the Intellectual Tapestry of Michel ʿAflaq: Religion, the Sacred, and the Secular*
**Angela Giordani,** Smith College *The Postwar Avicenna: Islamic Philosophy Answers the Crisis of Humanism*

### XI-11: Palestinian Revolutionary Becoming: Building Movement, Relations, and Praxis

Organized by **Mjriam Abu Samra** and **Jennifer Mogannam**

Chair/Discussant: **Jennifer Mogannam,** University of California, Santa Cruz

**Mjriam Abu Samra,** University of California, Davis *Crossing the Bank: How Palestinian and Jordanian Students Waded Together in Times of Political Turmoil*
**Basem Kharma,** University of Milan *Palestinian Action in Italy through the 1970s: Adapting the Palestinian Cause to the Local Political Tradition*
**Samar Saeed,** Georgetown University *From Amman to Washington D.C.: How the Palestinian Revolution Mobilized University Campuses*
**Abdalla Bayyari,** Khaled Shoman Foundation Darat Al Funun *Necro - Sovereignty Politics in Palestinian Archives: A Decolonial Approach*

### XI-12: Memories and Archives of Revolution: Kurdistan and Palestine

Organized by **Chandni Desai**

**Chandni Desai,** University of Toronto *Fugitive Liberation Archives: From Tunis to Gaza, tracing the moves of the PLOs visual archive*
**Chowra Makaremi,** French National Center for Scientific Research *"Kak Satar": a militant visual archive of Kurdish resistance*

AAUP-01272

## SESSION XI        8:30 - 10:30 AM            SUNDAY, NOVEMBER 5, 2023

**Shahrzad Mojab,** University of Toronto *The past and the absences are present in Kurdish women's memoirs*

### XI-13: Citizenship and Denizenship in Monarchies and Republics in MENA 2000-2020

Organized by **Rania Maktabi**

Chair: **Monique C. Cardinal,** Laval University

**Rania Maktabi,** Østfold University College Norway *State Formation, Female Citizenship, and the Demos in Morocco and Kuwait 1995 - 2020*
**Susanne Dahlgren,** Finnish Institute in the Middle East *State and Citizenship in Yemen: New Perspectives*
**Monika Lindbekk,** University of Southern Denmark *100 Years of Contestation: Continuity and Change in Egyptian Personal Status Reform*

### XI-14: Carceral Geographies and Histories: Detention, Displacement, Deportation

Organized by **Amy Kallander**

Chair: **Elif Sari**
Discussant: **Nasser Abourahme,** Bowdoin College

**Amy Kallander,** Syracuse University *Race, Empire, and French Carceral Practices in Tunisia*
**Sarah Ghabrial,** Concordia University *Border Criminality in Algeria since 1848*
**Helena Zeweri,** University of British Columbia *The Political Afterlife of Offshore Detention in the Afghan Diaspora in Australia*
**Douaa Sheet,** American University *Carceral Temporalities: "Administrative Control" and the Afterlives of Former Tunisian Political Prisoners*
**Elif Sari,** University of British Columbia *Carceral Politics of LGBTQ Asylum*

### XI-15: The Arab World on Display: The 1930s Arab Exhibitions in Jerusalem and Beyond

Organized by **Nadi Abusaada**

Chair: **Nadi Abusaada**

**Nadi Abusaada,** Swiss Federal Institute of Technology in Zurich *Self-Portrait of a Nation: The Arab Exhibitions in 1930s Jerusalem*

**Kirsten Scheid,** American University of Beirut *From The Arab Exhibition to National Art Exhibitions*
**Sary Zananiri,** Australian Archaeological Institute at Athens *Exporting the «Holy Land» as Nationalist Legitimation? Yousef Zoughbi and His Diplomatic Commissions*
**Nisa Ari,** Montserrat College of Art *Patron Saints of Palestinian Art: Zulfa al-Saʿdī's Pan-Arab Portraits and the Value of Decommodification*
**Nadine Nour El Din,** Courtauld Institute of Art, University of London *Egypt in Palestine: National Participation at the 1933-34 Arab Exhibitions in Jerusalem*

### XI-16: Entangled Histories of Family in the Late Ottoman Empire

Organized by **Kate Dannies** and **Umit Kurt**

**Umit Kurt,** University of Newcastle *Fate of Armenian Family Wealth: Confiscation of Property in Ottoman Aintab during the First World War*
**Mostafa Minawi,** Cornell University *Shifting Grounds: Identitarian Categories and the Experience of Loss in the Imperial Center*
**Kate Dannies,** Miami University *The History of the Orga Family and Women's Survival Strategies in World War I*
**Kristen Alff,** North Carolina State University *Global Futures: The Political Economy of Greek Orthodox Business Families*

### XI-17: In the Name of God: Debating Divine Attributes in the Post-Classical Islamic East

Organized by **Zain Alattar**

Chair: **Zain Alattar,** University of California, Berkeley

**Evan Grennon,** University of California, Berkeley *God as Existence: Jalāl ad-Dīn Dawānī's (d. 1501/2) Argument for a New Conception of God*
**Madeline Wyse,** University of California, Berkeley *A Causality Crisis at the Boundary of the Eternal and Temporal: An Unsuccessful Solution in the Works of al-Abharī and Ibn Kammūna*
**S. Shiraz Ali,** University of California, Berkeley *God's Knowledge of Particulars: From Taḥtānī (d. 1365) to Siyālkōtī (d.1650)*
**Daniyal Channa,** University of California, Berkeley *Divine Predilection: Mapping God's Intention in the Early-Postclassical Muslim Thought*

AAUP-01273

SESSION XI          8:30 - 10:30 AM                    SUNDAY, NOVEMBER 5, 2023

### XI-18: Time Frames: Art as an Embodied Practice of Time from an Anthropological Perspective

Organized by **Ophélie Mercier** and **Aymon Kreil**

**Ophélie Mercier,** Ghent University *"Behind Your Eyeballs" - The Body - An Artistic Tool to Process Experiences of Time*
**Aymon Kreil,** Ghent University *The Tongue of the Hand: Aesthetics, Embodied Practices and Transmission Among Egyptian Calligraphers*
**Farouk El Maarouf,** Justus Liebig University Giessen *Al-'Atara as a Marginal Community: Negotiating Art and Its Practices from Below*
**Andrew Gayed,** Ontario College of Art and Design University *Queer Gestures in Arab Visual Art*
**Victoire Jaquet,** Université Paris Nanterre *The Passing of a Dance - Between Transnational Genealogy and Local References, The Values of a Dance Practice in Marrakech*

### XI-19: Writing the Self: Biography, Autobiography, and the Work of Fiction

Organized by **Tarek El-Ariss**

Chair: **Tarek El-Ariss**

**Tarek El-Ariss,** Dartmouth College *Writing War*
**Ahmed Naji,** Independent Scholar *Rotten Evidence: On Writing a Prison Memoir*
**Iman Mersal,** University of Alberta *Traces of Enayat*

### XI-20: Pathways toward Increased Sociolinguistic Competence in Arabic

Organized by **Katrien Vanpee**

**Katrien Vanpee,** University of Minnesota, Twin Cities *How Do Multidialectal Approaches Contribute to Curricular Diversification? Two Project-Based Examples*
**Nesrine Basheer,** University of British Columbia *Multidialectal Use of L2 Arabic: A Study of Advanced Learners' Profiles*
**Elizabeth Huntley,** Michigan State University *Do Learners Really Get "Confused"? An Empirical Assessment of Mono- and Multi-diglossic Arabic Instruction*

### XI-21: Egypt at Turn of the 20th Century: Community and Identity, Subject Formation

Chair: **Alexandra Schultz,** New York University Abu Dhabi

**Sam Pulliam,** George Washington University *Suppressing Imperial Madness in Colonial Egypt, 1900-1936*
**Erin Kelleher,** University of Texas at Austin *Imaginaries of Eastern Civilization: The Boxer Rebellion in the Egyptian Periodical Press*
**Rana Baker,** King's College *Toward an Agrarian Theory of Money: Rethinking Money, Markets and Commodities in Egypt*
**Johannes Makar,** Harvard University *History as a Preface: Coptic Reformers and the Quest for Nationhood in late Ottoman Egypt (1856-1910)*
**Mourad Takawi,** University of the Incarnate Word *"The Mother of All Communal Issues": Overseeing the Coptic Waqfs and the Laity-Clergy Standoff at the Turn of the Twentieth Century*
**Salma Shash,** University of California, Santa Barbara *‹Umdas, Villagers, and Criminals: Law and Justice in Rural Egypt*

### XI-22: Racial Exclusion and Assimilation Across Boundaries

Chair: *Volunteer needed*

**Shyla Gonzalez-Dogan,** Arizona State University *When Nowhere Is Safe: Experiences of Anti-blackness in Islamic Institutions*
**Yiorgo Topalidis,** University of Florida *A Different Kind of Whiteness: Lessons Learned from the Whitening Process of Ottoman Greek Immigrants*
**Oula Hajjar,** McGill University *Exploring the Pre-migratory Socio-economic Determinants of the Integration of Syrian Refugees in Canada in the Labor Market*
**Mojtaba Ebrahimian,** Harvard University *Progress as a Historical Phenomenon: What Has Happened in Europe over the Last Centuries according to the Early 19th Century Iranian Travelers to Europe*
**Gregory Aftandilian,** American University *Recreating Kharpert in Massachusetts*

AAUP-01274

### XI-23: Spatiality and Urban Development

Chair: *Volunteer needed*

**Reza Asadian,** Keio University *Iranian Nationalism and Invented Traditions: A Comparative Study of Pahlavi's Shiraz and Islamic Republic's Karbala*
**Tina Guirguis,** University of California, Santa Barbara *Potty Politics: Toilets for the People?*
**Chantal El Hayek,** Massachusetts Institute of Technology *French Colonial Planning and the Ville Nouvelle*
**Faiq Mari,** Swiss Federal Institute of Technology in Zurich *Alternative Spaces of Revolt: The Commons of Palestinian Liberation Struggle*

### XI-24: Specters of Economic Growth: Trade, Banking, and National Development

Chair: **Bashar Malkawi**

**Bashar Malkawi,** University of Arizona *The Evolution of Free Trade in the Ottoman Empire and Egypt*
**Dimitrios Stergiopoulos,** University of California, San Diego *Moneylending and Banking between Athens and Istanbul; The Cases of Konstantinos Vouros and Andreas Syngros*
**Sertac Sen,** Brown University *Marshaling Development: Turkish Thrace in the Interwar Years*
**Cihan Tekay Liu,** The Graduate Center, CUNY *The Nationality of the Company: Sequestration and Economic Nationalism between Europe and the Ottoman Empire Post-World War I*

### XI-25: Authoritarianization and Responses in Turkey

Chair: *Volunteer needed*

**Asli Peker Dogra,** New York University *State at the Epicenter: A Comparative Analysis of 1999 and 2023 Earthquakes in Turkey*
**Gizem Zencirci,** Providence College *The Muslim Social: Islamic Neoliberalism and Governing Poverty in Turkey*
**Sevgi Adak,** Aga Khan University *NGO Mobilization, Familialist Networks and Neoconservatism in Contemporary Turkey*
**Selin Gumrukcu,** Rutgers University *Political Parties Abroad: Parties from Turkey in the U.S.*
**Burge Abiral,** Johns Hopkins University *The Subjunctive as Possibility: Dealing with Failure in Agroecological Organizing in Turkey*

**Esra Kazanbas,** University of Toronto *A Global Epidemic: Anti-Gender Countermovements in the Wake of Supranational Right Wing Populism*

### XI-26: Neoliberalism and the Dynamics of Resistance in Post-Welfare Autocracies

Chair: *Volunteer needed*

**Line Khatib,** American University of Sharjah *Liberal Democratic Culture and Activism in the Modern Arab World*
**Golrokh Niazi,** Independent Scholar *Steering a "Leaderless" Uprising: Reflection on the 2010-11 Tunisian and Egyptian Revolutions, and the 2022-23 Iranian Protests*
**Matthew Lacouture,** University of Massachusetts Boston *From Hegemony to Mobilization in Jordan*
**Adam Almqvist,** University of Chicago *"The Government Cannot Be Solved, We're Improving the Country in Other Ways": The Moral Economy of Self-Reliance and Ambivalent Attachments in Jordan's Youthscape*
**Keenan Wilder,** Brown University *Labor Autonomy and Resilience in Bahrain*
**Sabina Henneberg,** The Washington Institute for Near East Policy *The Pitfalls of International Assistance to Civil Society Development in Tunisia*

### XI-27: Precarity and Mutual Aid in Lebanon and Iraq

Chair: *Volunteer needed*

**Lara Khattab,** Mount Allison University *Reflections on "Precarity" and "Precarious Work:" Theoretical and Empirical Insights from Lebanon*
**Sima Ghaddar,** University of California, Los Angeles *Shifting Landscapes of Service and Welfare Provision in Northern Lebanon: The Politics of Survival in Times of Crisis*
**Peter Habib,** Emory University *Stagnant Waters: Humanitarianism and Water Provision in Lebanon's Bekaa Valley*
**Diana El Richani,** University of Toronto *'I Am the Wheat': Theorizing Hope and Future through Land in Lebanon*
**Arran Walshe,** New York University *The Politics of Generosity: Karam, Gheira, and Everyday Giving in Iraq*

### XI-28: Disappearances and Visual Politics

Chair: *Volunteer needed*

**Lara Balaa,** Rutgers, State University of New Jersey *The Visual Representation of the Disappeared in Post-War Lebanon: Between Transitional Justice and Historicity*

AAUP-01275

**SESSION XI**          **8:30 – 10:30 AM**                    **SUNDAY, NOVEMBER 5, 2023**

**Hasan Kujjah,** Independent Scholar *Lamenting an Arab City in Contemporary Elegiac Poetry: The City of Aleppo '2011-2020' as an Example*

**Lila Sharif,** Arizona State University and **Nova Robinson,** Seattle University *How We Talk about Absences: Reflections on Feminist Writing for Palestine*

**Farah Atoui,** Concordia University *"Chaos": Making Visible Syrian Women's Experiences of War*

**Amir Moosavi,** Rutgers University-Newark *Mourning in the Marshes: Humans, Animals, and Environment in Contemporary Arabic and Persian War Fiction*

### XI-29: Visions from Archaeology and Antiquity

Chair: **Artemis Papatheodorou,** Harvard University

**Sean Silvia,** Princeton University *Excavating the Excavation Reports from Halicarnassus: The Dislocation, Rupture and Resistance Against Artifact Extraction of the Ottoman Community in Bodrum*

**Clarissa C. Burt,** United States Naval Academy *The Transformation of Zarqā' al-Yamāmah in the Poetry of Muḥammad ʿAbd al-Bārī*

**Lara Fresko Madra,** Center for Curatorial Studies, Bard College *Confluence of Levantine Antiquity, Modernity, and Contemporary West Asia in the Metropolitan Museum*

**Shiro Burnette,** New York University *Divine Containers: Reorienting Discussion of an 8th c. CE Inlaid Panel*

**Pansee Abou ElAtta,** Carleton University *The Role of Anti-imperial Organizing in Popular Conceptualizations of Tutankhamun's Tomb*

**Lyla Halsted,** Davidson College *Li'l-ʿAyn wa-l-Naẓar: Diagnosis and Treatment of the Evil Eye in Medieval Islamic Material Culture*

### XI-30: Faith and Fine Art in Early Periods

Chair: *Volunteer needed*

**Ali Rida Rizek,** University of Göttingen *Dialogues of the Hereafter in the Quran: Insights on the Social Dynamics of a Meccan Discourse*

**Irene Kirchner,** Georgetown University *What is a Forgery? Ibn al-Jawzī's Kitab al-Mawḍūʿāt and the Evolution of a Genre*

**Syeda Beena Butool,** Florida State University *Transmitters as Storytellers: Authorship in an Eighth Century Hadīth Collection*

**Aysenur Cam,** Princeton University *The Concept of "Israf" in the Qur'an as Epistemic Waste*

**Doha Tazi Hemida,** Columbia University *An Ashʿarī Theology of Property*

**Murtaza Shakir,** Aljamea-tus-Saifiyah, Mumbai *Conversing with the Inverse: Contextualizing the Inverse Calligraphy on the Ṭirāz of the Fatimid Era*

### MESA GLOBAL ACADEMY WORKSHOP
### XI-31: Human Rights, Gender, & Citizenship in the Middle East

Organized by **Mimi Kirk,** MESA Global Academy

Discussant: **Laurie Brand,** University of Southern California

**Mohammed Almahfali,** Malmo University T*he Map of Arabic Human Rights Discourse*

**Mansour Almaswari,** Columbia Global Centers, Amman *Beyond the Margins: Rethinking the Temporality of Kuwait's Stateless Bedoon Community*

**Naima Mohammadi,** University of Pittsburgh *The Iranian Female Student Diaspora in European Academia*

**Semiha Topal,** John Carroll University *You Will Not Walk Alone: The AKP Generation's Breaking Away from (Conservative) Islam*

AAUP-01276

**SESSION XII**    **11:00 AM -1:00 PM**    **SUNDAY, NOVEMBER 5, 2023**

**ROUNDTABLE**
**XII-1: Recovering the Politics of Kuwait: From Regional Margins to the Theoretical Mainstream**

Organized by **Sean Yom**

Chair: **Sean Yom**

**Sean Yom,** Temple University
**Yuree Noh,** Rhode Island College
**Michael Herb,** Georgia State University
**Farah Al-Nakib,** California Polytechnic State University, San Luis Obispo

**ROUNDTABLE**
**XII-2: Russian-Arab Worlds: New Sources and Angles**

Organized by **Margaret Litvin**

**Margaret Litvin,** Boston University
**Masha Kirasirova,** New York University Abu Dhabi
**Eileen Kane,** Connecticut College

**ROUNDTABLE**
**XII-3: New Approaches to the Political Economy and Environmental History of Ottoman Greater Syria**

Organized by **Samuel Dolbee**

**Samuel Dolbee,** Vanderbilt University
**Huricihan Islamoglu,** Bogazici University
**Sherene Seikaly,** University of California, Santa Barbara
**Elizabeth Williams,** University of Massachusetts Lowell
**Resat Kasaba,** University of Washington, Seattle
**Nora Barakat,** Stanford University

**ROUNDTABLE**
**XII-4: Sports, Resistance, and Inter-National Solidarity: The Case of Palestine**

Organized by **Kathryn Kalemkerian**

**Abdullah Al-Arian,** Georgetown University in Qatar
**Kathryn Kalemkerian,** Champlain College
**Hillary Kipnis,** Independent Consultant
**Ha Dong,** McGill University

**XII-5: MENA Cities in Literature and Film**

Organized by **Nisrine Slitine El Mghari**

Chair: **Nizar F. Hermes,** University of Virginia

**Nisrine Slitine El Mghari,** University of Kentucky *The Maghrebi Flâneur, or The Wanderer of The Medina, in Ahmed al-Madini's Fās . . . Law ʿĀdat Ilayh*
**Mohammed Hirchi,** Colorado State University *Representation of Tangiers in Literature and Film*
**Hanan Elsayed,** Occidental College *Cairo Then and Now in Alifa Rifaat's Short Stories*
**Mbarek Sryfi,** Al Akhawayn University *The City as Memory: Migration, Space, and the Changing Perceptions in Muḥammad Zafzāf's Novel Al-Mar'ah wa Al-Wardah (The Woman and The Rose)*

**XII-6: Politics and Cultures of Midwifery: Epistemologies, Expertise, and Praxes**

Organized by **Frances S. Hasso**
and **Camila Pastor De Maria Y Campos**

Chair: **Philippe Bourmaud,** University of Lyon III

**Rebecca Saab Saade,** School for Advanced Studies in the Social Sciences *"Our Women Don't Know How to Raise Children" - Exploring the Representation of Scientific Knowledge on Childbirth and Childcare in al-Muktataf*
**Camila Pastor De Maria Y Campos,** Center for Research and Teaching in Economics *Hye mish Mabsuta: Diagnosing Affect in a Vulva, Resolving Birth and Postpartum Afflictions through New Theologies of Birthing*
**Frances S. Hasso,** Duke University *The Politics of Contemporary Maternity and Childbirth: Lines of Conflict among Palestinian Healthcare Professionals*
**Livia Wick,** American University of Beirut *Narrating Oral Histories of Struggle: Ascension through Class, Oral Histories, and Disjunctive Stories*
**Angel M. Foster,** University of Ottawa *Exploring the Role of Midwives in Contraception and Abortion Care in the Middle East and North Africa: Lessons Learned from Tunisia*

AAUP-01277

SESSION XII          11:00 AM -1:00 PM                    SUNDAY, NOVEMBER 5, 2023

### XII-7: Subcultures and Underworlds of the Early 20th Century

Organized by **Alaa El-Shafei**

Chair: **Golnar Nikpour,** Dartmouth College

**Alaa El-Shafei,** Columbia University *A Captive Underworld: Inmate Subculture and Resistance in the Anglo-Egyptian Prison, 1890-1930*
**Mitchell Bacci,** Harvard University *Pernicious Proteges and Foreign Foils: Subalterns Foreigners and the Informal Economy in Egypt, 1922-1937*
**Jamil Sbitan,** Columbia University *Intimate Crises: Sex Panics, Anti-Colonialism, and Queer History in Interwar Egypt*

### XII-8: Writing Medieval Middle Eastern History through Geniza Documents I: Islamic Legal Institutions and Arabic Material Instruments

Organized by **Yusuf Umrethwala,** Columbia University

Chair/Discussant: **Marina Rustow,** Princeton University

**Athina Pfeiffer,** Princeton University *Holes and Threads: Sewing Legal Documents in Medieval Egypt*
**Amel Bensalim,** Princeton University *A Notaries' Notebook?: Assessing the Legal, Notarial, and Archival Practices of Medieval Egyptian Notaries*
**Matthew Dudley,** Yale University *Legal History from the Ground Up: A Survey of Islamicate Paper Instruments in the Ottoman-Era Cairo Geniza*

### XII-9: Ethics from the Margins: Ethical Decision-Making, Performance, and Identity Practices Amongst Marginalized Groups in the Middle East

Organized by **Johnathan Norris**

Chair/Discussant: **Noa Shaindlinger,** Worcester State University

**Johnathan Norris,** Boston University *Doing Safety/Feeling Safe in Jordan: Theorizing the Connection between Ethics and Emotion Using Discourses on* Āmān *amongst Gay Jordanians*
**Alyssa Paylor,** University of Notre Dame *"Ānā Mawǧūd!" Presence, Performance, and Ethical Subjectivity in Palestinian Cross-Border Anti-Occupation Activism*

**Karol Kaczorowski,** Cracow University of Economics and **Kaziwa Dylan,** Jagiellonian University *Iraq›s Immobilization of Kurdish Families from Iran - Ethical, Legal, and Multi-Layered Identity Questions*
**Samee Sulaiman**, Brown University *Disability, Doubt, and Crisis in Lebanon*

### XII-10: Finding Child and Youth Migrants in Ottoman and Egyptian History

Organized by **Lucia Carminati** and **Ella Fratantuono**

Discussant: **Lucia Carminati,** University of Oslo

**Olga Verlato,** New York University *Recess Politics: Children and the State in Modern Egypt*
**Mario M. Ruiz,** Hofstra University *Fleeing from the Pasha's Household: Mobility and Domestic Servitude in 1864 Cairo*
**Ella Fratantuono,** University of North Carolina at Charlotte *Invoking the Immigrant Child: Displacement and Belonging in the Hamidian and Young Turk Eras*
**Zeynep Gursel,** Rutgers, State University of New Jersey *Caring States, Migration and the Question of Minor Children*

### XII-11: Iran in the Middle East - "An Accident of Geography"? Iranian Interactions with a Contested Term of Regional Ascription during the 20th Century

Organized by **Oliver Bast**

Chair: **Oliver Bast**
Discussant: **Robert Steele,** Austrian Academy of Sciences

**Oliver Bast,** Université Sorbonne Nouvelle *Competing Visions for Iran›s Regional Affiliation in the Context of the Cold War: The Debate about the Iranian Government's Decision to Join the Middle East Treaty Organization in 1955*
**Salomé Michel,** Université Sorbonne Nouvelle *Neither Westerners nor Middle Easterners: The Question of Iran's Regional Integration as a Cornerstone of the Ideologization of the Pahlavi Monarchy during the "Long 1970s"*
**Roxane Bertran De Balanda,** Université Sorbonne Nouvelle *The Question of Iran›s Regional Integration into the Middle East in the Early 1960s: A Point of Contention between Prime Minister Ali Amini and Mohammad Reza Shah Pahlavi*
**Thomas Bédrède,** Université Sorbonne Nouvelle *Which "East" for Iran? The 1937 Saʿdābād Pact and the Question of Iran's Regional (Self-)Positioning*

AAUP-01278

SESSION XII          11:00 AM -1:00 PM          SUNDAY, NOVEMBER 5, 2023

### XII-12: Arabic Petrofictions

Organized by **Rachel Green**

**Rachel Green,** University of Massachusetts Amherst
*Nāṣer al- Ẓafīrī's Kuwaiti Petrohistories*
**Shir Alon,** University of Minnesota, Twin Cities
*Contemporary Gulf Art as Archive of the Petroeconomy*
**Nour Eldin Hussein,** University of Minnesota, Twin Cities
*Rusty Parts: Gender Politics of the Upgrade in Deepak Unnikrishnan›s "In Mussafah Grew People"*
**Yasmine Khayyat,** Rutgers University-New Brunswick
*Sticky Storytelling: Petrofiction and the Ecological Nomad*

### XII-13: Exhibiting Ottoman Modernities on Stage (1839-1922)

Organized by **Berin Golonu** and **Ici Vanwesenbeeck**

Chairs: **Berin Golonu** and **Ici Vanwesenbeeck**
Discussant: **Carmen M.K. Gitre,** Virginia Polytechnic Institute

**Berin Golonu,** University at Buffalo *Spaces of Moral Instruction or Vice? Debates surrounding Late Ottoman Public Gardens as Sites of Recreation and Entertainment*
**Ici Vanwesenbeeck,** SUNY Fredonia *Opera and Libretto Writing in Abdülmecit I's Istanbul: Pacini's Saffo*
**Burcu Karahan,** Stanford University *Politicizing Waltz: Dancing and National Identity in Safveti Ziya's in the Corners of Salons*
**Seda Kula,** Gebze Technical University *Gedïkpaşa Theatre: A Modern Entertainment Venue of Late Tanzimat Era*

### XII-14: Biographies Across Borders: New Approaches to Writing Life Stories into History

Organized by **James H. Meyer**

Chair: **Tamir Sorek,** Pennsylvania State University
Discussant: **Benjamin Carr Fortna,** University of Arizona

**James H. Meyer,** Montana State University *Red Star over the Black Sea: Nâzım Hikmet and His Border-Crossing Generation*
**Nilufer Hatemi,** Princeton University *Georges Gaulis*
**Nora Lessersohn,** University College London *The Sultan of New York: Entertainment, Politics, and U.S.-Ottoman Relations (1818-1895)*

### XII-15: Exploring Inclusive Teaching Methodologies in S.W.A.N.A. Studies

Organized by **Elizabeth Saylor**

Chair: **Elizabeth Saylor,** North Carolina State University

**Rachel Colwell,** West Chester University *Disability Justice and Techniques of Inclusion in the Ethnomusicology Classroom*
**Anna Tyshkov,** Columbia University *Palestinian Oral History as Pedagogy: A Reciprocal Approach to Teaching and Learning*
**Alexander Marcus,** Western Kentucky University *Jewish Studies within SWANA Studies, SWANA Studies within Jewish Studies: Pedagogical Challenges & Opportunities*
**Joy Al-Nemri,** Columbia University *Instructors and Students Decolonizing South Asia, West Asia, and Africa (SAWAA) Together*

### XII-16: Egyptian Stagecraft – Rule by Appearance, Spectacles and Image Projection

Organized by **Karin Ahlberg** and **Carl Rommel**

Chair: **Nefissa Naguib,** University of Oslo

**Karin Ahlberg,** Stockholm University *Introducing Stagecraft: The Case of Tourism Capitalism, Image Politics and Rule by Appearances in the Late Mubarak Era*
**Manon Laroche,** Université Paris-Panthéon-Assas *In the Words of Foreign Policy: Staging an Egyptian National Identity*
**Sixtine Deroure,** Paris 1 Panthéon-Sorbonne University *Staging Deaths: The Martyrs of Duty and the Future of the Egyptian Nation*
**Jessica Winegar,** Northwestern University *Parading Power: Pharaoh-Washing History to Govern the Present and Future*
**Carl Rommel,** Uppsala University *Stagecraft through Projects: Between Megalomaniac Ambitions and Individualized Dreams*

AAUP-01279

**SESSION XII**        **11:00 AM -1:00 PM**        **SUNDAY, NOVEMBER 5, 2023**

**XII-17: The Crises of Nation-State System in the Middle East: Imaginaries, Practices, Structures**

Organized by **Behnam Amini**

Chair: **Behnam Amini**

**Behnam Amini,** York University *Decolonization and the Nation-State: The Anti-Colonial Character of Abdullah Ocalan's Idea of Democratic Nation*
**Aidin Torkameh,** York University, Canada *Persian Veils, Non-Persian Bodies:  Multiscalar Spaces of Farsi as a Colonial Language and the Class Production of Iran as a National Territory*
**Morad Roohi,** Queen's University at Kingston *Colonial, National and Democratic Spacing: Power and Resistance in 20th Century Iran and Kurdistan*
**Sara Kermanian,** University of Sussex *Inter-Subaltern Turn: A Methodological Proposal for Exploring International Imaginaries beyond the West-Rest Binary*

**XII-18: Mamluk Studies: Language, Poetics, Politics**

Chair: **Mohamud Mohamed,** University of Pennsylvania

**Koby Yosef,** Bar-Ilan University *Language in Mamluk Historiography*
**Saad Shaukat,** University of California, Los Angeles *Defining Kalām in the Mamluk Era*
**Büşra Sıdıka Kaya,** Independent Scholar *The Problem of the Cradle Ulama between Knowledge and Authority in the Mamluk Period*

**XII-19: Travelogues and Intellectual Networks across the Modern Middle East and Its Diasporas**

Chair: **Lacy Feigh,** Princeton University

**Matthew Sharp,** Independent Scholar *Who Are These Muslims?: Late 19th-Century Travelogues That Assessed Converts in Liverpool and New York*
**Dahlia El Zein,** University of Pennsylvania *Racial Identity, French Colonialism, and Lebanese Syrian Migrants in Kamel Mroueh's Nahnu fi Ifriqiya (We Are in Africa)*
**Evan Alterman,** Stanford University *The Image and Fixity of Empire: The Case of Late Ottoman-Russian and Early Turkish-Soviet Travelogues*
**Israa Alhassani,** James Madison University *Being Modern: A Case Study of Muḥammad Abd-al-Ḥusayn's Writings between 1917-1947*

**XII-20: Transnational Approaches to Islam**

Chair: *Volunteer needed*

**Kerem H L Oktem,** Ca' Foscari University of Venice *The Space of Religion in Turkey's 'Domestic Abroad': Mosque Projects in Lisbon and Tirana*
**Abdoul Aziz Ahmadou,** Sakarya University/Université du Québec à Montréal *Turkey and the Defence of Islam on the International Scene: State and Private Actors at the Service of Religious Diplomacy in Africa and Beyond*
**Ahmet Koroglu,** Istanbul University *Hajj and the Transnational Experience from the Turkish Perspective*
**Laila Makboul,** University of Oslo *The Emergence of a Transnational Islamic Women's Movement: Contesting the Secular, the Feminist, and the Eurocentric in International Relations*

**XII-21: Revisiting Middle Eastern Political Thought**

Chair: **Seyed Hassan Akhlaq,** Coppin State University

**Abed Kanaaneh,** Tel Aviv University *Between Islam and Socialism: The Intellectual Journey of Hussein Muruwwa*
**Arwa Awan,** University of Chicago *Colonialism and the Consumer Society: Marxist Humanism in Ali Shariati's Political Thought*
**Michaelle L. Browers,** Wake Forest University *The Political Thought of a Nablusi "Notable" before the Nakba: Muhammad 'Izzat Darwaza*

**XII-22: Displacement, Ethnicity and the Politics of Exclusion in Turkey**

Chair: **Sossie Kasbarian,** University of Sterling

**Amal Cavender,** George Washington University *Blood Borders: Expanding the Empire*
**Aslam Kakar,** Rutgers, State University of New Jersey *What Do the Kurds in Turkey Want Now? Public and Private Perceptions on Assimilation and Secession*
**Idil Ozkan,** Northwestern University *"How I Met My Jewish Heritage": Reparations, Ethnoreligious Ancestry, and Citizenship among Young Sabbatean Jews in Turkey*
**Yesim Bayar,** St. Lawrence University *Everyday Life, Armenian Experiences, and Navigating Nationalism*
**Hrag Papazian,** American University of Armenia *From "Crypto" to "Islamized" to "Muslim" Armenians of Turkey: Analytical Shortcomings and Ethico-political Pitfalls of Classificatory Labels*

AAUP-01280

## SESSION XII    11:00 AM -1:00 PM    SUNDAY, NOVEMBER 5, 2023

**Nese Kaya Ozkan,** University of Arizona *"This Is Not a Rebellion but Survival": Invisibilization and Reemergence in Hemshin Highlands, Turkey*

### XII-23: Space, Cities, and Urban Transformations

Chair: *Volunteer needed*

**Mustapha Outbakat,** University of California, Los Angeles *Cities, Urban Management, and Political Economy in Southern Morocco: Agadir as Case Studies*
**Amr Adly,** American University in Cairo *Habitus Markets: The Making of Egypt's Informal Middle-Class Housing Market*
**Abdulla Al-Etaibi,** Qatar University/Australian National University *Contestation over Traditional Spaces: Camel Races, Festivals & Markets in the Gulf*
**Ezgi Karaoglu,** Michigan State University *The Role of Local Urban Dynamics on the Experiences of High-Capital Syrian Refugees in İstanbul: A Comparative Case of Kadıköy and Beyoğlu Districts*
**Alison B. Snyder,** Pratt Institute *Drawn to Istanbul's Distinctive Istiklal Caddesi, Will the Diversity Continue?*

### XII-24: The Making and Unmaking of Sovereignty/ies: Past and Present

Chair: **Omar Cheta,** Syracuse University

**Ibrahim Elhoudaiby,** Bard College *Sovereign(ty through) Debt: Universal Capital and Local Subjects in the Suez Canal*
**Michael Samuel,** Emory University and **Ian Lustick,** University of Pennsylvania *Israel, Annexation, and Sovereignty: Within the Green Line and Across It*
**Yasemin Bavbek,** Brown University *A Tale of Two Ships: Naval Accidents and Contested Sovereignty in the Early 20th Century*

### XII-25: Contesting Boundaries of "Citizenship": Diasporas, Migrant Workers and Human Rights

Chair: *Volunteer needed*

**Maleeha Iqbal,** University of Toronto *The Deserving Diaspora: Citizenship and Voting Rights in the Homeland*
**Ahmed Khattab,** Georgetown University *Migration and Citizenship Laws - The Arab Uprisings in Comparative Perspective*

**Joshua Snider,** UAE National Defense College *Demographic Imbalance and the National Identity in the UAE: Balancing Globalism, Tribalism and Nationalism*
**Musaab Alkhatib,** University of Western Sydney *Permeant Residency Law in Qatar Case Study: Second-Generation Arab Migrant Communities in Qatar (SGAM)*
**Zahra Babar,** Georgetown University Qatar *Narratives of Migrants' Exclusion and Inclusion in Qatar*

### XII-26: Prophethood

Chair: *Volunteer needed*

**Abdullah Alsarhan,** Kuwait University *From Praising Prophet Muḥammad to Praising the Christ, A Christian Version of The Sufi Muslim Poem al-Burdah*
**Shafique N. Virani,** University of Toronto *Born Again Muslims: Shared Symbolism in Esoteric Interpretations of Christianity and Islam*
**Fatemeh Douroudian,** University of Toronto *The Concept of Walāyah in the Teachings of Jaʿfar al-Ṣādiq*
**Suzanne Stetkevych,** Georgetown University *Eroticism, Chastity, and the Poetics of Loss in the Hijaziyyat of al-Sharif al-Radi*

### XII-27: Traversing the World

Chair: *Volunteer needed*

**Nima Naghibi,** Toronto Metropolitan University and **Amin Moghadam,** Toronto Metropolitan University *Mapping Tehranto: Emotional Geography of Activism and Conceptions of Home*
**Claire Jacobson,** Indiana University Bloomington *Every Day is ʿAshura: Iranian Political Religion At Home and Abroad*
**Mazyar Mahan,** University of Texas at Dallas *Repression or Empowerment? Unpacking the Symbolism of the Chador in "A Girl Walks Home Alone at Night"*
**Zeina Tarraf,** American University of Beirut *Public Feeling and Perpetual Crisis in Lebanon*
**Salma Amer,** Simon Fraser University *Transnational Subscription Platforms: Representation & Shifting Industry Models in Egypt*
**Zohreh Soltani,** Ithaca College *Contestation and Reinvention: Spatial Imaginaries and Protest in Contemporary Iran*

AAUP-01281

**XII-28: Writings in Afghanistan and Persia**

Chair: *Volunteer needed*

**Khalilullah Afzali,** University of California, Los Angeles *A Neglected Type of Prose in the History of Persian Literature in Afghanistan: A Glimpse to Manaqib or Praise Writings in 19th Century Heart*

**Erik Blackthorne-O'Barr,** Columbia University *Genealogies of the "Çar-ebru": Tracing the Queer Persianate in Late Ottoman Literature*

**Farshad Sonboldel,** University of California, Santa Barbara *The Good Taste: Exclusion of Modern and Contemporary Materials from the Persian Literature Curricula (the 1920s-1960s)*

**Christian Pye,** University of Texas at Austin *How to Be a "Realizer": Mahmud Shabistari›s "Garden of Mystery" (c. 1311) and Tahqiq in Post-Mongol Islam*

**Behzad Borhan,** McGill University *Making Sense of Kīmīyā-yi Saʿādat through al-Ghazzālī's Sufi Sources*

AAUP-01282

**SESSION XIII**     **1:30 - 3:30 PM**          **SUNDAY, NOVEMBER 5, 2023**

**ROUNDTABLE**
**XIII-1: Arabic Choral Music: Navigating the Challenges and Questions Encountered while Learning and Teaching the Repertoire**

Organized by **Angelina Lynne**

Chair: **Shireen Abu-Khader**

**Angelina Lynne,** Universite Laval
**Shireen Abu-Khader,** Dozan World Inc.
**Jennifer YM Lee,** Université du Québec à Montréal

**ROUNDTABLE**
**XIII-2: The Religion of the Old Women of Nishapur**

Organized by **Setrag Manoukian**

Chair: **Katherine Lemons**

**Setrag Manoukian,** McGill University
**Aziza Shanazarova,** Columbia University
**Katherine Lemons,** McGill University
**Rula Jurdi Abisaab,** McGill University

**XIII-3: A Moveable Past? Social Uses of the Ottoman Past in the Post-Ottoman World**

Organized by **Aline Schlaepfer** and **Philippe Bourmaud**

Chair/Discussant: **M'Hamed Oualdi,** Sciences Po (Paris Institute of Political Studies)

**Aline Schlaepfer,** University of Basel *The Historian's Craft in Iraq: Memory and History-Writing about the Ottomans after the Ottomans*
**Barbara Henning,** Johannes Gutenberg-Universität Mainz *Legible Pasts: Genealogical Records and Genealogical Capital in Post-Ottoman Contexts*
**Philippe Bourmaud,** Institut Français d'Etudes Anatoliennes *Weaving Ottoman History and Giving It a Missionary Spin: Historical Narratives of Istanbul's Protestant Colleges in Republican Turkey (1923-1960s)*
**Ellinor Morack,** Otto-Friedrich University Bamberg *The Last Ottoman Guerrillas: Veterans of the Kuvayi Milliye and their Struggle for Remembrance and Recognition in Modern Turkey, 1950s–60s*
**Falestin Naïli,** University of Basel *The Ottoman Period as a Part of Local History: Jordanian Historiographic and Oral Narratives beyond the Arab Revolt Trope*

**Cicek Ilengiz,** Forum Transregionale Studien *Making the Immovable Movable: The Pergamon Altar's Journey to Berlin*

**XIII-4: Writing Medieval Middle Eastern History through Geniza Documents II: Trade, Commodities and Unfree Labor**

Organized by **Yusuf Umrethwala**

**Sponsored by Middle East Medievalists (MEM)**

Chair/Discussant: **Lorenzo Bondioli,** University of Cambridge

**Yusuf Umrethwala,** Columbia University *"Tell the Illustrious Amīr about the timber shipment that just arrived": Fatimid State Officials and their Trade Entanglements in the Eleventh and Twelfth Centuries CE*
**Craig Perry,** Emory University *Towards a Collective Biography of Nubians in Medieval Cairo (1000-1250 CE)*
**Ksenia Ryzhova,** Princeton University *Sicily and Medieval Mediterranean Trade: A View from the Cairo Geniza*

**XIII-5: Labor and Racialization in the Contemporary Middle East**

Organized by **Matan Kaminer** and **Kerem Ussakli**

Chair: **Zachary Lockman,** New York University
Discussant: **Natasha Iskander,** New York University

**Kerem Ussakli,** Stanford University *Nihilism, Racialization, and the Hard Work of Bothering to Labour in Kurdistan*
**Matan Kaminer,** Hebrew University of Jerusalem and **Liron Mor,** University of California, Irvine *"Ideological" or "Natural" Workers? Racializing Discourses of Proletarianization in Zionism*
**Hebatalla Taha,** Binghamton University, SUNY *Atoms for Peace in the Middle East: Technology, Race, and Labor in US Policy*
**Zachary Sheldon,** University of Pittsburgh *The Labor of Loveliness: Racializing Christian Workers at an Iraqi Restaurant in Amman, Jordan*

AAUP-01283

SESSION XIII          1:30 - 3:30 PM          SUNDAY, NOVEMBER 5, 2023

### XIII-6: The Return of the State: Revisiting State Formation in the 20th Century Gulf

Organized by **Gabriel Young**

Chair: **Gabriel Young**
Discussant: **Arang Keshavarzian,** New York University

**Gabriel Young,** New York University *Alienating State Property in Late Hashemite Basra: Agrarian Reform Before Revolution*
**Rohan Advani,** University of California, Los Angeles *Absolutely Small, Relatively Autonomous: The Political Economy of Small State Formation in the Persian Gulf*
**Abrar Alshammari,** Princeton University *Citizenship, Family Formation and State Building*
**Bita Mousavi,** New York University *Oil, Land, and Practices of Development in Pahlavi Iran*

### XIII-7: The SWANA Region through the Lens of History and Photography: Possibilities, Uses and Issues of Visual Archive

Organized by **Hend Ben Salah** and **Claudia Polledri**

Discussant: **Hend Ben Salah,** Université du Québec à Montréal

**Stephen Sheehi,** College of William & Mary *The Orientalist Archive is a Stolen Archive*
**Claudia Polledri,** Université de Montréal *Iranian Photography through "The Eye of History": From Photojournalism to Contemporary Practices*
**Mathilde Rouxel,** University of the New Sorbonne *Jocelyne Saab, Historian of Her Own Work: The Case of Her Ultimate Work, The Book of Photographs Zone de Guerre (2018)*

### XIII-8: Living with the State in Egypt

Organized by **Jessica Winegar** and **Mariam Taher**

Chair: **Mariam Taher,** Northwestern University
Discussant: **Jessica Winegar,** Northwestern University

**Tessa Farmer,** University of Virginia *Equivocal Connection: Mechanisms for Managing Possibilities and Threats Submerged in Water Utilities*
**Yasmeen Mekawy,** Northwestern University in Qatar *Remembering Tahrir: Hope, Despair, and Nostalgia in Post-Revolutionary Media in Egypt*

**Yasmine Moataz,** American University in Cairo *Just "Helping": Rethinking the Relation between the Society of the Muslim Brothers and the State in the Aftermath of 2011 Uprisings*

### XIII-9: Muslim Pilgrimage, Borderlands, and Barriers since the 1600s

Organized by **Sarah Eskandari**

Chair: **Firoozeh Kashani-Sabet,** University of Pennsylvania
Discussant: **Sarah Eskandari,** University of Pennsylvania

**Yahya Nurgat,** Sabanci University *Between the Sacred and the Mundane: Ottoman Scholars and the Practicalities of the Early Modern Hajj*
**Dzenita Karic,** Humboldt University Berlin *Bosnian Pilgrims on the Borders: Hajj Accounts from the Early 20th Century*
**Noor Zaidi,** University of Maryland, Baltimore County *"To Make a New Ziyarat" - Pilgrimage and Development at the Shrine of Sayeda Zaynab, 1950s-1980s*

### XIII-10: New Manuscripts from/about the Middle East: Exploring Digital, Media, and Cultural Changes

Organized by **Bilge Yesil**

Discussant: **Hatim El-Hibri,** George Mason University

**Bilge Yesil,** College of Staten Island, CUNY *State-Sponsored Global Communication: How Turkey Uses Postcolonial Critique to Promote Itself as a Rising Great Power*
**Christa Salamandra,** Lehman College, CUNY *Television (Still) Matters: Drama in and of the Middle East*
**Joe F. Khalil,** Northwestern University in Qatar *The Middle East's Digital Turn: Reconfigurations and Disjunctures*

### XIII-11: The World in a Word: the Politics of (Un) Translation in Middle Eastern Studies

Organized by **Samantha Pellegrino**

**Samantha Pellegrino,** University of Chicago *Translating Takwīn: Theories of Artificiality in the Jābirian Corpus between Texts and Translations*

AAUP-01284

## SESSION XIII        1:30 - 3:30 PM                SUNDAY, NOVEMBER 5, 2023

**Stephanie Kraver,** University of Chicago *Tracing Baḥr in Mahmoud Darwish's Poetry: From 1982 to the First Intifada*
**Erin Atwell,** University of Chicago *Taqwa and the Temporalities of Citational Practice in a Popular Saying of ʿAli ibn Abi Talib*
**Allison Kanner-Botan,** University of Colorado at Boulder *Love's Ethics: ʿIshq in Islamic Romantic Epics*

### XIII-12: Decentering the Conquests: Peoples, Regions, and Identities in the Early Islamic Conquests

Organized by **Khodadad Rezakhani**

**Khodadad Rezakhani,** Leiden University *Between the Shahanshah and the Caliph: Mercenary Fighters in the Sasanian and Muslim Armies*
**Rana Mikati,** College of Charleston *Gender and the Early Islamic Conquests in al-Azdī's Futūḥ al-Shām*
**Ryan J. Lynch,** Columbus State University *The Early Islamic Conquest of al-Sind and al-Balādhurī's Kitāb Futūḥ al-Buldān*
**Robert Haug,** University of Cincinnati *Arab, Black, and Iranian: ʿAbdallah b. Khazim al-Sulami, his Son Musa, and the Shaping of Identity through the Arab Conquests*

### XIII-13: New Legal Histories of the Late Ottoman Empire

Organized by **Youssef Ben Ismail** and **Camille Cole**

**Camille Cole,** University of Cambridge *What is a Concession? Mapping, Language, and Sovereignty in the Late Ottoman Empire*
**Nora Barakat,** Stanford University *Peasant Ignorance, Legal Rupture, and the History of Agrarian Capitalism in Late Ottoman Syria*
**Youssef Ben Ismail,** Columbia University *A Theory of Provincial Autonomy in the Late Ottoman Empire*
**Aimee Genell,** Boston University *Domesticating Autonomy in Ottoman Administrative Law*
**Lale Can,** City College of New York, CUNY *On Creating an Ottoman Siberia: Penal Reform and the Connected Histories of Exile, Hard Labor, and Colonialism in the Late Ottoman Empire*

### XIII-14: Modern Arabic Exilic Literature: Fractured Subjectivities and Belonging

Organized by **Jonas M. Elbousty**

Chair: **Jonas M. Elbousty**

**Jonas M. Elbousty,** Yale University *Syrian Refugee Poets in Sweden and the United States: Fractured Subjectivities and Belonging*
**Touria Khannous,** Louisiana State University *Aesthetics of Violence and Political Potential for Democratic Change in Hassan Blasim's Writing*
**Doaa Omran,** University of New Mexico *Syrian Women and Polyphonic Testimonies in Exile*
**Rima Sadek,** Kenyon College *Fragmentation and Narration in Muhsin Al-Ramli's Short Fiction*
**Wael Salam,** Kenyon College *Trauma as an Adversarial Strategy in Abulhawa's the Blue Between Sky and Water*

### XIII-15: Surviving Traces, Traces of Survival: Critical Interventions from within Armenian Studies

Organized by **Hakem Al-Rustom** and **Helen Makhdoumian**

Chair/Discussant: **David Kazanjian,** University of Pennsylvania

**Tamar M Boyadjian,** Stanford University *Re-framing Armenian Literary Genealogy: Armenian-Futurism & the Western Armenian Women Authors' Imaginary*
**Talar Chahinian,** University of California, Irvine *Between Statelessness and the Printed Word: Reimagining the Western Armenian Language in Dispersion*
**Helen Makhdoumian,** Vanderbilt University *On Nested Memories of Removal: From the Literary Afterlives of the 1915 Aghed to the Literary Afterlives of the 1948 Nakba*
**Hakem Al-Rustom,** University of Michigan *Denativization, or, On How We Study the Afterlives of the Armenian Genocide in Turkey*

### XIII-16: Middle Eastern Studies in the Age of GPT

Organized by **Hassan Arif**

**Muhammad Ali Hashmi,** Massachusetts Institute of Technology *Navigating the Epistemic Shift: Unveiling ChatGPT's Impact on Traditional and Subjugated Knowledge Forms*

AAUP-01285

**SESSION XIII**          **1:30 - 3:30 PM**                    **SUNDAY, NOVEMBER 5, 2023**

**Omar Lahlou,** McGill University *Preserving Linguistic Diversity and Cultural Authenticity in NLP-Based Systems Like ChatGPT*
**Hassan Arif,** McGill University *Translatability of Language and Form: Middle Eastern Studies and ChatGPT*

### XIII-17: Western Indian Ocean Worlds: Imperial Legacies, Economic Networks, New Geographies

Chair: *Volunteer needed*

**Sara Hussein,** University of California, Los Angeles *Red Sea and Its Discontents: «Afrabia» in Middle East Studies*
**Richard Harrod,** Washington University in St. Louis *Securing the Sultanate: Imperial Legacies and the Expansion of the Royal Oman Police in the 1970s*
**Peter Valenti,** New York University *Arabian-Indian Trade and Using Commodities to Expand Indian Ocean Historiography: Interdependent Political and Sociocultural Interests in Indian Empires and Gulf States over the Longue Durée*

### XIII-18: Decolonizing the Maghreb: Everyday Life, Labor, and Violence

Chair: **Rebecca Gruskin,** Hamilton College

**Daniel Williford,** University of Wisconsin-Madison *Decolonization on the Construction Site: Labor, Debt, and Violence in the Final Years of the French Protectorate in Morocco*
**Sunny Chen,** University of California, Los Angeles *The Geological Sciences of French Colonial Labor Policy in Moroccan Phosphate Mines (1935-1955)*
**John Keck,** Southern Illinois University Edwardsville *A European Maghrebi Nation:  The "Imagined Community" of the Pieds Noirs*
**Andrew Bellisari,** Fulbright University Vietnam *Fighting for a Different Heart and Mind: Muslim Soldiers in the First Indochina War*
**Natalie Bernstien,** University of California, Los Angeles *The Politics of Movement in Wartime Tangier: A Study of Jewish Holocaust Refugees*
**Sylvie Durmelat,** Georgetown University *Couscous' Origin Stories and Race*

### XIII-19: New Approaches to Studying and Teaching Islamicate History

Chair: **Fadi Ragheb,** University of Toronto

**Rachel T. Howes,** California State University, Northridge *Teaching Islamicate History to Undergraduates Using Role-Playing*
**Paul E. Chevedden,** University of Texas at Austin *Grasping the Systematicity of the Crusades: A Shared Christian and Islamic Perspective*
**Sabrina Amrane,** University of Chicago *Raid or Reign: Historical Narratives of the Algerian Bedouin*
**Arezou Azad,** University of Oxford *Internal Officialdom and Institutional Memory in the Medieval Islamic World: Correspondence amongst State Officials in the Bamiyan Papers (12th-13th Century CE)*
**Sara Ann Knutson,** University of British Columbia, **Laila Shaheen,** University of British Columbia, and **Jason Izadi,** University of British Columbia *Transforming Classroom Experiences of the Islamic Past with Multicultural, Multidisciplinary Perspectives*

### XIII-20: Questioning Religious Belonging in the Diaspora

Chair: *Volunteer needed*

**Kirstine Sinclair,** University of Southern Denmark *The Arctic Muslim: Religious Practice and Mosque Controversies in Northern Norway*
**Bouchra Emilia Mossmann,** University of Southern Denmark *Making the Arctic a Muslim Home: Strategies of Place-Making in Northern Canada*
**Matija Milicic,** Radboud University Nijmegen *Creating a "Dual Bond" among the Migrant Coptic Orthodox Youth: Religious Belonging between Egypt and Europe*
**Susan J. Rasmussen,** University of Houston *Moral Discourses and Concepts of Personal Agency in Coping with Suffering among Kabyle Immigrant Converts in France*
**Shiva Mazrouei,** McMaster University *Living in Between: A Narrative Inquiry of 1.5 Generation Iranians' Experiences of Belonging and Mental Well-Being in a Transnational Context*
**Syed Adnan Hussain,** Saint Mary's University *Islamophobia, Amnesia and Muslim Adoptions: The Case of Canada*

AAUP-01286

SESSION XIII          1:30 - 3:30 PM                    SUNDAY, NOVEMBER 5, 2023

### XIII-21: Education and Youth Identities

Chair: *Volunteer needed*

**Attia Omara,** University of Texas at Austin *Educational Reforms in Al-Azhar Institutes*
**Hulya Delihuseyinoglu Acar,** Bogazici University *Armenian Schools as a Space of Familial Culture*
**Shifaa Alsairafi,** Georgetown University *The Reverse Gender Gap in Bahraini Education and Its Sectarian and Demographic Complications*
**Ammar Alsamar,** Independent Scholar *The Writing of History Textbooks in Syria during the War*

### XIII-22: Performance and Communication in Turkey and Iran

Chair: **Philip Grant,** University of California, Irvine

**Gamze Tosun,** Kadir Has University *The Politico-Aesthetic Nexus between Religion and Theatre in Turkey*
**Sara Mashayekh,** University of California, Santa Barbara *Othello Iranian Style! Shakespeare and Western Culture in Late 20th Century Iran*
**Taraneh Sanei,** McGill University *An Online "Iranian Diaspora": Connectivity, Solidarity, and Identification Practices through Memes*
**John Perugini,** University of Arizona *The Day Turkey Shook and Its Aftermath: Crisis Coverage, Transnational Solidarity, and the Potentialities of Alternative Press in Turkey*

### XIII-23: Regional Cooperation and Foreign Relations in the Middle East

Chair: *Volunteer needed*

**James Worrall,** University of Leeds *Cycles of Rebirth: Explaining the Survival and Growth of the Arab League*
**Alexandra Lazar,** University of California, Davis *A Network Analysis Approach to Understanding When States Sign Defense Cooperation Agreements (DCAs) to Counter Terrorism*
**Sultan Al-Khulaifi,** University of Glasgow *The Crisis of Qatari American Relations: A Neoclassical Analysis of the Stinger Crisis*

### XIII-24: Sexuality and Reproductive Rights

Chair: **Hatim Rachdi,** Hamad Bin Khalifa University

**Emrah Karakus,** The Crown Center for Middle East Studies *Beyond Queer Times: Racial Justice, Sexual Politics, Activism in Kurdish Turkey*
**Nermin Allam,** Rutgers, State University of New Jersey *Emotions and Democratic Backsliding: The Case of Anti-sexual Violence Groups in Egypt*
**Oyman Basaran,** Bowdoin College *Male Circumcision and the Male Body in Turkey*
**Razan Ghazzawi,** Oregon State University *Rethinking Political Subjectivity in Syria: Sex workers Strike in Adraa Prison*

### XIII-25: New Perspectives on the Political Economy of Authoritarian Persistence

Chair: **Adam Almqvist,** University of Chicago

**Ewan Stein,** University of Edinburgh *It's the Economy, Stupid: Arab Political Discourse in the New Middle East*
**Ibrahim Oker,** University of Minnesota, Twin Cities *How Do Commercial Banks Sustain Autocratic Regimes?*
**Asya R. El-Meehy,** University of California, Berkeley *Revisiting Targeted Social Programs in Egypt: A Comparative Analysis*
**Jan Claudius Völkel,** University of Ottawa *Lessons Learned from COVID-19? Risk Governance in the Middle East and North Africa*
**Markus Loewe,** German Institute of Development and Sustainability *Drivers of Change in Social Contracts in the MENA Region*

### XIII-26: Rumi

Chair: **Nargis Ali Virani,** Emory University

**Azim Fazlipour,** Ecole Pratique des Hautes Etudes *Masnavi Book 7: Unfinished Story of Masnavi  Rumi (Critical Edition of Masnavi Sab' al-Mathānī)*
**Sajedeh Hosseini,** University of Arizona *The Alchemy of Turning Dust to Gold*
**Muhammad K. Ridwan,** McGill University *Re-reading the Mathnawi in Light of Rumi›s Sociopolitical Context*
**Riham Debian,** Alexandria University *The Salving Mystic in Arabic Aesthetics: The S/Place of Sufi's Malady and Madadin/From al-Ghitany to Ashour and Bassiouny*

AAUP-01287

# EXHIBIT 195



# Tentative Schedule of Events

All Times Eastern Time Zone ( +5 GMT)

## Monday, November 11
| 11:30am-1:30pm | Session I |
| 2:30-4:30pm | Session II |

## Tuesday, November 12
| 11:30am-1:30pm | Session III |
| 2:30-4:30pm | Session IV |

## Wednesday, November 13
| 11:30am-1:30pm | Session V |
| 2:30-4:30pm | Session VI |

## Thursday, November 14
| 11:30am-1:30pm | Session VII |
| 2:30-4:30pm | Session VIII |

## Friday, November 15
| 11:30am-1:30pm | Session IX |
| 2:30-4:30pm | Session X |

## Saturday, November 16
| 9:30-11:30am* | Coffee and Networking |
| 12:30-1:45pm | Members Meeting |
| 2:30-3:30pm** | Awards Ceremony |
| 3:30-5:00pm** | Presidential Panel |
| 5:00-7:00pm* | Reception |

\* In-person only
\*\* In-person and Zoom

# PRELIMINARY PROGRAM

The **58th Annual Meeting** will include nearly 200 diverse sessions held virtually from November 11-15.

A **Book Exhibit** with virtual booths by university presses, other publishing houses, and other vendors of interest to our members will be available for you to browse the latest publications in the field, meet virtually with exhibit staff, and network with editors.

From November 4 until November 25, attendees can view on demand new and recent documentary and narrative films from and about the region through MESA's streaming Film Festival. The **FilmFest** opens one week before and closes one week after the session dates so you don't need to choose between a panel and a screening.

# Saturday, November 16
## In-person & Virtual Events

The main program concludes November 15, but special events continue on Saturday, November 16! MESA will host some in-person and hybrid events in Washington DC at Georgetown University. All attendees are welcome to join online or in person.

In the morning, an exclusively in-person **Networking Event** aims at providing a casual, open venue for connecting junior scholars with mentors, and connecting prospective authors with publishers in attendance. Center and program directors will convene in person and online in the morning as well.

In the afternoon, the **MESA Awards Ceremony** will be in person and livestreamed. We will honor excellence in Middle East studies and recognize outstanding service to MESA and the field.

The Presidential Panel, *Academic Freedom in Middle East Studies After October 7th*, moderated by President Aslı Bâli of Yale Law School, will be an in-person event that can also be livestreamed by virtual attendees. Immediately following, we invite those in person to join us for a reception, following the plenary events.

All current MESA members are also invited to attend the annual **Members Meeting**, which will be held virtually midday on November 16. Please see page 6 for details.

A SUB 01289



## Pre-register
by October 25, 2024.

Registration allows you access to the nearly 200 sessions on the program, the book exhibit, and FilmFest.

CATEGORY AND RATES
| | |
|---|---|
| MESA fellow/associate* | $175 |
| MESA student member* | $85 |
| MESA retired member* | $85 |
| General | $300 |
| Non-member student | $150 |

*MESA is offering an additional 50% discount on registration to MESA members facing financial hardship. Simply choose this option when registering through myMESA. Please note the rates listed above do not show this additional discount.

For additional information on registration, go to the registration page.

## Stay Updated
### With MESA's Searchable Program

MESA uniquely offers a searchable database of not only the current program, but also previous programs dating back to 2009.

Full details on sessions including the session summary, paper abstracts, and a list of presenters can be viewed on-line. Search by title, date, time, participant, session type, and/or discipline.

All changes to the program are immediate and so this is your best option for viewing the current status of a session.

https://my-mesa.org/program



## Volunteer Panel Chairs Needed

We invite volunteers to chair put-together panels (assembled by the Program Committee out of accepted individual abstracts). Chairs may take it upon themselves to also serve as discussants. Panels needing chairs (as of September 10, 2024) are designated with "Volunteer needed". To volunteer, please complete the form located on MESA's website. Please note that MESA membership and annual meeting pre-registration are required of all meeting participants on the program, including volunteer panel chairs.

AAUP-01290



## General Information

The Middle East Studies Association (MESA) is a private, non-profit, learned society that brings together scholars, educators and those interested in the study of the region from all over the world. From its inception in 1966 with 51 founding members, MESA membership includes a diverse community of scholars in the United States, Canada, and abroad. MESA serves as an umbrella organization for nearly fifty institutional members and forty affiliated organizations. The association is a constituent society of the American Council of Learned Societies, the National Council of Area Studies Associations, and a member of the National Humanities Alliance.

As part of its goal to advance learning, facilitate communication and promote cooperation, MESA sponsors an annual meeting that is a leading international forum for scholarship, intellectual exchange and pedagogical innovation. It is responsible for the *International Journal of Middle East Studies*, the premiere journal on the region, the MESA *Review of Middle East Studies* and *Issues in Middle East Studies*, a biannual newsletter. An awards program recognizes scholarly achievement, service to the profession, undergraduate education, and exemplary student mentoring. MESA is governed by a nine-member Board of Directors elected by the membership.

## Conference Policies

### PERSONAL BEHAVIOR

MESA is committed to providing a safe, welcoming, and supportive environment for all members and participants in MESA events. Intolerance, discrimination, and harassment undermine the values of MESA's mission and purpose, which is to facilitate professional opportunities for all participants and members. We strive to maintain dialogue, create a culture of care, and provide space for the academic exchange of ideas. MESA supports the identities of all participants, regardless of gender, gender identity or expression, race, color, national or ethnic origin, religion or religious belief, age, marital status, sexual orientation, disabilitiy, veteran status, or immigration status.

All attendees of MESA events are expected to adhere to these values, including conference participants, students, guests, staff, contractors and exhibitors, and participants in professional and social events.

Any attendee who creates an unwelcoming environment for others through inappropriate behavior, or who creates a disturbance or safety hazard, will be subject to having their registration revoked, and potentially be barred from attending future meetings.

### SOCIAL MEDIA

To facilitate virtual conversations and to share with those unable to attend the conference, MESA encourages attendees to use #MESA2024.

Speakers should make a request to the audience at the beginning of their presentations if they do not want their matierals or presentations posted on social media outlets.

Follow MESA on X, LinkedIn, and Instagram for the latest on #MESA2024 and the field of Middle East studies.

### DISCLAIMER

The opinions, statements, presentations, data, images, videos, documents and other information expressed or otherwise shared by presenters or other participants at the meeting are for informational purposes only. The views and opinions expressed by presenters are not those of MESA, unless expressly indicated otherwise. MESA is not responsible for the accuracy, quality or reliability of any of the materials presented, or liable for any damages arising therefrom. MESA shall not be responsible for any defamatory, offensive, or illegal conduct of any meeting attendee.

## Future Annual Meetings

### MESA 2025

**November 22-25, 2025**
**Westin Downtown, Washington, DC**
The Call for Papers will be available in December 2024 with details on submitting proposals.

### MESA 2026

**MESA's 60th Annual Meeting**
**November 21-24, 2026**
**Boston, MA**



# BOOK EXHIBIT

Our virtual exhibit hall offers attendees the opportunity to obtain information on publications, periodicals, and programs in Middle East studies. Browse exhibitor booths for new scholarship and exciting promotions!

## Visit the MESA 2024 Exhibit Hall

### Featured Exhibitors

 

### Additional Exhibitors

| | |
|---|---|
| **AUC Press** | **Indiana University Press** |
| **Cambridge University Press** | **NYU Press** |
| **Georgetown University Press** | **University of California Press** |

We invite publishers, organizations, and programs to exhibit in MESA's virtual book exhibit, be a sponsor, advertise in the printable program, and be a part of MESA's Publishers Showcase on November 16. For more details, see the **book exhibit page** on MESA's website.

---

## MESA BOOTH & PUBLISHERS SHOWCASE
**November 16, 2024 • 9:30-11:30 AM**
Georgetown University, Washington, DC

MESA is hosting a Publishers Showcase for attendees to browse materials from publishers, organizations, and other interested parties. To be included, please complete **this form**.
For more information, email **meeting@mesana.org.**

---



# 41ST ANNUAL MESA FILMFEST

MESA's 41st Annual FilmFest, held virtually, has dozens of new and innovative shorts and features, including documentaries and narrative films. The virtual format allows meeting registrants to stream films on demand starting November 4 through November 25. Only MESA 2024 registrants will have access to view the films during this three-week window. We have included some films below we expect to screen.

## HANINA/HOMESICK



A young Nubian girl embarks on a journey back in time to reconnect with her drowned homeland. Guided by the Nile egret, she travels underwater within the lake created by Egypt's Aswan High Dam to visit Nubia's mountains and palm trees, water wheels and houses, men and women. She bids farewell to her people as they board the boats that will take them to their resettlement villages. Returning to her own time, she carries the strength of knowing that Nubia will always live on inside her.

## MEEZAN (SCALE)



Set in south-western Iran, in the province of Khuzestan and bordering with Iraq, Meezan (Scale) is an observational and immersive experience, a journey from the sea to the land, about the embodiment of work at the margins of the oil industry. Despite the massive industrialization of the region, waterways of Khuzestan remain a significant source of income for the native communities who are most intimately connected to these embattled landscapes, and Meezan is a reflection on the relation between bodies and scales to acknowledge the weight of the past and its consequences in the present.

## LYD

American filmmaker Sarah Friedland and Palestinian filmmaker Rami Younis explore multiple pasts, presents, and futures of the city of Lyd in Palestine/Israel. From the perspective of the city herself, voiced by Palestinian actress Maisa Abd Elhadi, the viewer is guided through the lifespan of a five-thousand-year-old city and its residents. Lyd was once a thriving Palestinian city with a rich history. In 636AD, It was even considered the first capital of Palestine. When the State of Israel was founded in 1948, Lyd became an Israeli city, and in the process, hundreds of Lyd's Palestinian residents were massacred by Israeli forces, and most of the city's 50,000 Palestinian residents were exiled. Today, the city has a Jewish Israeli majority and a Palestinian minority and is disinvested and divided by racism and violence. For Palestinians, Lyd's story is a painful and tragic fall from grace, which is why our film dares to ask the question: what would the city be like had the Israeli occupation of Lyd never happened?



## BACKSTAGE

The dance company "Without Borders" is concluding a Moroccan tour. During the penultimate show in an Atlas Mountains' town, Aida provokes Hedi, her life and stage partner, who injures her in front of the horrified eyes of the other members of the troupe. They must depart in a hurry to seek urgent medical care and take to the road to meet the only doctor available in the area, in hopes to save the last performance. On the way, to avoid a monkey, the bus goes into a skid and miraculously stops by the side of the road. Without a spare tire, now the troupe is stuck in the forest. Outside, the full moon brightens over a majestic, yet worrying landscape. A road movie journey commences as all members decide to walk through the forest to reach the village, instead of waiting for the driver's return. Through their journey, the true face of our characters reveals itself.



AAUP-01293



# MESA MEMBERS MEETING
## NOVEMBER 16, 2024
## 12:30-1:45 PM Eastern
### via Zoom

The members meeting is an annual meeting of the membership open to all members. Voting is restricted to full members (fellows and students). The meeting mainly consists of reports (see agenda below). Where members play an important role is in voting for the Nominating Committee and on any resolutions that are being presented. A member in good standing can add names to the list of people who will be invited to run for the Nominating Committee, augmenting those proposed by MESA's Board.

**Quorum**
A minimum of 35 voting-eligible members must be in attendance for votes to be taken. Failing that, the meeting can be held but votes cannot be taken.

**Resolutions**
When important issues are before the membership, resolutions are sometimes presented at the members meeting. Resolutions can originate from MESA's Board or from the membership. For resolutions to be acted upon at the 2024 Members Meeting, they must be in the hands of the MESA Secretariat by Wednesday, October 25, 2024. Instructions for submitting resolutions can be found in MESA's Bylaws, which are posted on MESA's website at **mesana.org**.

### MESA Members Meeting *Sample Agenda*

1. Call to Order
2. Adoption of Meeting Rules
3. Adoption of the Agenda
4. In Memoriam and Moment of Silence
5. Announcement of 2024 MESA Election Results
6. 2025 MESA Nominating Committee Call for Names
7. Update from President Aslı Bâli
8. Report of Executive Director Jeffrey D. Reger
9. Reports of Editors: Joel Gordon for *IJMES* and Heather Ferguson for *RoMES*
10. Committee Reports
11. New Business
12. Adjournment

AAUP-01294



# SESSION I
## 11:30 AM - 1:30 PM (EST)
## MONDAY, NOVEMBER 11, 2024

### ROUNDTABLE
#### I-01: Academic Freedom in North America and Europe and the War on Gaza

Organizer/Chair: **Maria Chiara Rioli,** Università di Modena e Reggio Emilia
Discussant: **Pelle Valentin Olsen,** University of Oslo

**Zachary Lockman,** New York University
**Paola Rivetti,** Dublin City University
**Atwa Jaber,** Graduate Institute, Geneva
**Napolitano Valentina,** Institut de Recherche pour le Développement
**Lucia G. Del Moral,** University of Granada
**Neve Gordon,** Queen Mary, University of London
**Koenraad Bogaert,** Ghent University

### ROUNDTABLE
#### I-02: The New Warscape of the Middle East: Critical Security Approaches

**Organized under the auspices of Security in Context (SIC) Initiative**

Organizer/Chair: **Sean Yom,** Temple University

**Sean Yom,** Temple University
**Tariq Dana,** Doha Institute for Graduate Studies
**Haya Al-Noaimi,** Northwestern University in Qatar
**Pete W. Moore,** Case Western Reserve University
**Omar Dahi,** Hampshire College

### WORKSHOP
#### I-03: Become a Middle East Expert in Foreign Politics

Organizer/Chair/Discussant: **Rita Stephan,** North Carolina State University

**Rita Stephan,** North Carolina State University
**Maro Youssef,** George Washington University
**Claudia Youakim,** Georgetown University

#### I-04: Counter-Hegemonic Articulations of "Decentering the West" in the Islamic Intellectual Field in Turkey

Organizer: **Gizem Zencirci,** Providence College
Chair/Discussant: **Mohammed A. Bamyeh,** University of Pittsburgh

**Gizem Zencirci,** Providence College *"Decentering the West" and Dissident Readings of Ottoman-Islamic Economic Heritage*
**Kadir Can Celik,** Bilkent University *Decentering the West: Muslim Anarchism and Counter-Hegemonic Activism in Turkey's Islamic Intellectual Field*
**Fatma Murat Elmacioglu,** Bilkent University *A Muslim Agora: Challenging Modern Urbanity in Two Fronts in Cihan Aktaş's Work*
**Zeynep Önal Aytaç,** Bilkent University *A Muslim Feminist NGO in Turkey: The Case of Havle Women's Association*
**Ismail Yazici,** Bilkent University *The Making of Internationalist Islamism in Turkey: The Case of Hamza Türkmen*

#### I-05: Spatial Dynamics of Ottoman Transformation: Navigating Geographies in the Nineteenth Century

Organizer/Chair: **Efe Erünal,** Koc University

**Efe Erünal,** Koc University *Crafting a Geo-sampling Model for Nineteenth-Century Analysis of Agricultural Production in Ottoman Regions*
**Mustafa Emre Gunaydi,** Stanford University *Where Does Iraq Stand in the Spatial Imaginations of the Ottoman and British Empires?*
**Tuna Basibek,** University of Washington, Seattle *Seeking The Province in Governing Ottoman Borderlands: The Case of Anapa and the Circassians, 1812-1828*
**M. Erdem Kabadayi,** Koc University *A Long-Term Examination of Rural Demography and Land Use and Land Cover Change in the Bursa Region (1840-1980)*

#### I-06: Publics and Presence in Times of Change, Part One, "New Public Horizons"

Organizer/Chair: **Stephanie Victoria Love,** University of Pittsburgh
Organizers: **Deina Rabie,** University of Arizona, **Zachary Sheldon,** University of Pittsburgh

**Stephanie Victoria Love,** University of Pittsburgh *The Street of the Future: Public Co-presence after Civil War in Oran, Algeria*
**Kristin Hickman,** University of Mississippi *Capillary Publics: Race, Identity, and Hair in Morocco*
**Yzza Sedrati,** Graduate Center, CUNY *Reciting the Power of the People: The Minipublics of Solidarity in the Pro-Palestinian Movement in Morocco*

# SESSION I

**11:30 AM - 1:30 PM (EST)**
**MONDAY, NOVEMBER 11, 2024**



**Kerem Ussakli,** Stanford University *"Perception Operations": Some Preliminary Observations towards an Anthropology of New Authoritarian Publics*

## I-07: Advancing the Nation: Manifestations of Nationalism in Modern Southwest Asia and North Africa

Organizer: **John Dieck,** University of Minnesota, Twin Cities
Chair: **Shoko Watanabe,** The University of Tokyo

**Yasemin Bavbek,** Brown University *Nationalizing Citizenship: "Experts in Corruption" and Ottoman Education as a Transnational Field of Contestation*

**John Dieck,** University of Minnesota, Twin Cities *Nationalism in the Market: The Régie Co-Intéressée des Tabacs and the Fight for Moroccan Liberation (1945-1956)*

**Fumika Watanabe,** Waseda University *Nationalism on Air: Moroccan Independence Movement, Ṣawt al-ʿArab, and the Role of International Radio Broadcasting*

**Keenan Wilder,** Brown University *Nationalism and Communism in the Colonial Tunisian Labor Movement*

## I-08: Invisible Intimacies in Everyday Gendered Spheres in Egypt

Organizer: **Omnia Khalil,** City College of New York

**Omnia Khalil,** City College of New York *Going Home, Gendered Mobility in Cairo's Buildings*

**Heba M Khalil,** Nebraska Wesleyan University *Sexualized Bodies: Lawyers' Everyday Battles in Egypt's Courts*

**Aya Nassar,** University of Warwick *"Explode Your Old Bathroom": Attachment, Scenes of Domesticity, and the City*

**Nada El-Kouny,** Forum Transregionale Studien - Berlin *The Invisible Hand: A Matriarch's Unnoticed Labour*

## I-09: Medieval Material Culture

Chair: **Andrea Castonguey,** Western New England University

**Taha Poonawala,** Aljamea tus Saifiyah *The Art of Ostentation: Fatimid Coins as Markers of Authority, Ideology, and Identity*

**Husain Dungarpurwala,** Aljamea tus Saifiyah *Color Contrast of Legitimacy: White Symbolism in the Fatimid Empire*

**Dawood Mirza,** Aljamea tus Saifiyah and **Jamali Abduttayyeb,** Aljamea tus Saifiyah *A Historical Reexamination of the Fatmid Tiraz Textiles in Relation to the Textual Records*

**Elias G. Saba,** Grinnell College *Text(iles): Dress and Fashion in Mamluk-Era Legal Sources*

**Umar Shareef,** Georgetown University *Taqyīd al-Mubāḥ and Tobacco: Between Ottoman Administrative and Legislative Authority*

**Lyla Halsted,** Davidson College *Reflecting the Evil Eye: Medieval Islamic Talismanic Mirrors Inscribed in Arabic*

## I-10: Production of Knowledge

Chair: *Volunteer needed*

**Ziad Kiblawi,** University of Oxford *Revisiting 20th Century Arabic Historical Epistemology*

**Abed El Qadir Kanaaneh,** Tel Aviv University *Between Islam and Socialism: The Intellectual Journey of Hussein Muruwwa*

**Mohannad Abusarah,** University of Toronto *Hasan al-Husayni: A Gateway into Early 19th Century Palestinian Intellectual and Social History*

**Sezer Durak,** The University of Texas at Austin *Islam Encounters Nationalism: Mehmet Akif Ersoy on National Identity*

**Melis Hafez,** Virginia Commonwealth University *How to Advance Your Nation and Your Bureaucratic Career Simultaneously: A Non-Moral Approach to the Morality Scripts in the Ottoman Empire 1880-1914*

**Ceren Verbowski,** York University *Writing the Nation's Other: The Turkish History Thesis as a Spatiotemporal Discourse and Its Colonial (Re)construction of the Orient*

## I-11: Authoritarian Practices and Gender

Chair: *Volunteer needed*

**Calvert Jones,** University of Maryland, College Park *Do Modernizing Monarchs Impress? How Reforms Undertaken by Authoritarian Regimes in the Middle East Influence US Perceptions of Legitimacy*

**Mine Egbatan,** University of Arizona *Disability, Gender and Infrastructure in Populist Authoritarian Turkey*

**Nadine Kreitmeyr,** University of Canterbury *First Ladies & Security Crises in Authoritarian Regimes: A Case Study of Queen Rania of Jordan*

**Lindsay J. Benstead,** Portland State University *Is Gender Diplomacy Effective? Quotas and International Perceptions of Democracy in Authoritarian Regimes*

AAUP-01296

# SESSION I

11:30 AM – 1:30 PM (EST)
MONDAY, NOVEMBER 11, 2024



### I-12: The Monstrous and the Gothic in Middle East Literature

Chair: **Jörg Matthias Determann,** Virginia Commonwealth University

**Fatima-zohra Kettaf,** National Institute of Oriental Languages and Cultures (INALCO) *Intertextuality and Justice in Frankinštāyn Fī Baġdād: The Modern Iraqi Leviathans*

**Elham Vatankhahan Esfahani,** Tarbiat Modaress University *To Be Expecting or Expected: Pregnant Body and Subjection in "Lady Deer" (2020) by Maryam Hosseinian*

**Sara Madandar A.,** University of Arizona *The Gothic in Forugh Farrokhzad's Poetry*

### I-13: Literary and Performative Potentialities and Community Formation

Chair: *Volunteer needed*

**Daniel Behar,** Hebrew University of Jerusalem *Taḍāfur Poetics: Modes of Collaborative Composition in Modern Arabic Poetry*

**Garrett Shuffield,** The University of Texas at Austin *"We Drink Fire to Chill Out": Ṭibāq, Jinās, and Rhetorical Innovation in Contemporary Arabic Hip-hop*

**Nergis Erturk,** Pennsylvania State University *Literature Behind Bars*

**Rim Irscheid,** King's College London *"Home Is so Sad": Collaborative Music Production and Curatorial Activism in Post-Explosion Beirut*

### I-14: Gulf Practices of Citizenship and Labor

Chair: *Volunteer needed*

**Alex Boodrookas,** Metropolitan State University of Denver *Comrades Estranged: The Struggle for Noncitizen Rights in Postcolonial Kuwait*

**Lauren Clingan,** Princeton University *"In Dubai, It's Very Difficult:" Neoliberal Foreclosures and Gendered Sacrifices for Work and Family*

**Mahasin Saleh,** Doha Institute for Graduate Studies *Advocating for Family-Friendly Policies: First-Time Fathers' and Mothers' Recommendations for Parental Leave in Qatar*

**Keye Tersmette,** Harvard University *Democratic Refusal: Silent Citizenship in Oman*

**Emilie Rutledge,** The Open University *The Tour Guide Profession: A Likely Career Path for UAE Nationals Majoring in Tourism?*

### I-15: Feminism and Fabulations

Chair: *Volunteer needed*

**Sarwerasa Rafizada,** University of California, Los Angeles *The Exploration of Afghanistan Women's Fiction: A Comprehensive Examination*

**Narges Pourmohammadian Roudsari,** University of Göttingen *"Wiles of Women" Stories in Ṭūṭi-nāma and Ǧawāhir al-asmār*

**Gizem Sivri,** Stanford University *Outlaws and Outliers: Female Criminal Protagonists in Late Ottoman and Early Republican Literary Narratives (1860-1930)*

**Hiba Ghanem,** Doha Institute for Graduate Studies *Translating Untranslatables: Women's Rights through the Lens of Political Cartoons in Turkey, Iran, and Egypt*

**Sibel Erol,** New York University *Reading Halide Edib Adıvar in the 21st Century*

### I-16: Zionist Settler Violence

Chair: *Volunteer needed*

**Amir Reicher,** The Hebrew University of Jerusalem *Becoming and Unbecoming "Real" Men and Women on the West Bank Settler-Colonial Frontier*

**Nathaniel Shils,** Wellesley College *Annexation and the "One State Reality" in Israel/Palestine: The Evolution of Israel's Mechanisms of Territorial Incorporation*

**Maia Carter Hallward,** Kennesaw State University and **Amer Alnajar,** Kennesaw State University *From Disengagement to Invasion to Reoccupation? Analyzing Israeli Narratives of Gaza*

**Netanel Flamer,** Bar-Ilan University *The Israeli Perception and Response to the Phenomenon of Harming Individuals Suspected of Collaborating with Israel within Palestinian Society during the First Intifada (1987-1993)*

**Beatrice Waterhouse,** University of California, San Diego *Political Vigilantism in Israel: Lehava's Violent Incitement as Moral Panic*

# SESSION I

11:30 AM – 1:30 PM (EST)
MONDAY, NOVEMBER 11, 2024



## I-17: Tradition and Change in Modern Islam

Chair: *Volunteer needed*

**Samaneh Oladi,** Virginia Commonwealth University *Between Piety and Autonomy: Women's Quest for Emancipation*

**Nareman Amin,** Michigan State University *A Shaykh in Gym Clothes: Abdallah Rushdy, Religious Authority and Gender in the Age of Social Media*

**Nesya Rubinstein- Shemer,** Bar-Ilan University *Fatwās for an Unprecedented Minority: Sheikh Rā'id Badīr and the Fiqh of Medical Transplantation for Muslims Living in Israel*

**Rezart Beka,** Hammad Bin Khalifah University *Abdulla Bin Bayyah (b. 1935) and Neo-Traditionalism: A Critical Evaluation*

**Nadir Ansari,** University of Toronto *"Tradition Must Be Left Out": Questioning of the Tafsīr Tradition by the Modernist Islamic Reformers and the Response from the Traditional "Islamist Tafsīr" – The Case of al-Bayḍāwī*

**Wael Abu-Uksa,** Hebrew University of Jerusalem *The Language of Secularism in Arabic: Terminology, Semantics and Anatomy*

## I-18: The Empires of Senses: Multisensory Experience in the Ottoman and Safavid Realms, 1400s-1600s

Organizer: **Yusuf Unal,** Utrecht University

**Zeynep Oktay,** Bogazici University *The Body, Senses and Spiritual Power in Late Medieval Turkish Texts*

**Yusuf Unal,** Utrecht University *The Color of Heresy and Sanctity: The Qizilbash Red Cap in the Sight of Its Beholders*

**Matthew Melvin-Koushki,** University of South Carolina *Boozing and Battling and Democratic Magic: The Qizilbash Sensorium Maps the Timurid-Safavid Transition in a Persian Imperial Grimoire*

**Babak Rahimi,** University of California, San Diego *The Clamor of Maydan-e Naqsh-i Jahan: The Political Sensory of The Safavid Isfahan Public Square*

**Damla Gürkan Anar,** Independent Researcher *Multi-Sensory Experiences in the Ottoman and Safavid Sacred Spaces: Sultan Ahmed Mosque and Masjid-e Shah*

## I-19: Justice and Human Rights

Chair: **Lily Hindy,** UCLA

**Mansour Almaswari,** MESA Global Academy *Human Rights Violations During Wartime in Yemen: Unveiling the Reality of Abduction, Detention and Forcible Disappearance Between (2018-2023)*

**Zehra F. Kabasakal Arat,** University of Connecticut *Human Rights Norms in Turkey: A Historical Analysis of Political Party and Government Programs*

**John Miller,** University of North Carolina at Chapel Hill *Rival Conceptions of Justice and the Critique of Patriarchy in Iran*

**Lillian Frost,** Virginia Tech *Temporary Citizens: Precarious Gaza Refugee Rights in the Shadow of Jordan's Law*

**Simon Weiser,** Ludwig Maximilian University of Munich *Family and Intimate Relationships of Syrian Refugees in Germany*

AAUP-01298

# SESSION II

2:30 – 4:30 PM (EST)
MONDAY, NOVEMBER 11, 2024



## ROUNDTABLE
### II-01: Politics of Gender and Religion in the Contemporary Middle East

Organizer/Chair: **Ozlem Altiok,** University of North Texas

**Bihter Somersan,** Independent Scholar
**Ghazaleh Ebnenasir,** University of North Texas
**Ozlem Altiok,** University of North Texas
**Zuheyla Izin,** Concordia University

## ROUNDTABLE
### II-02: Reimagining Turkic/Turkish Language Education in the Decline of the Humanities

**Sponsored by the American Association of Teachers of Turkic Languages (AATT)**

Organizer/Chair/Discussant: **Nalan Erbil,** University of Wisconsin-Madison

**Jeannette E. Okur,** University of Texas at Austin
**Nalan Erbil,** University of Wisconsin-Madison
**Didem Havlioglu,** Duke University

### II-03: Histories of Palestinians Navigating Education: Struggles across Time and Space

**Sponsored by the Palestinian American Research Center (PARC)**

Organizers: **Alyssa Bivins,** George Washington University, **Hilary Falb Kalisman,** University of Colorado at Boulder
Chair: **Mezna Qato,** University of Cambridge

**Julia Shatz,** California State University, Fresno *Gendered Rehabilitation: Practical Education in Reformatory Schools During the Mandate*
**Alyssa Bivins,** George Washington University *The First Intifada and the Fight for Schooling in East Jerusalem*
**Hilary Falb Kalisman,** University of Colorado at Boulder *The Rest and the Test: Israel's Psychometric Examination, Its Palestinian Population, and the Globalization of American Educational Methods*
**Jo Kelcey,** Lebanese American University *Navigating the Nineties: Palestinian Education during Lebanon's Post-war Reconstruction (1990-2010)*

### II-04: Forms of Solidarity: Leftist Literature, Internationalism, and the Arab World

Organizers: **M.J. Ernst,** New York University, **Maru Pabón,** Yale University
Chair: **Levi Thompson,** University of Texas at Austin
Discussant: **Ziad Dallal,** Bard College

**Ellis Garey,** Brown University *Toward a Soviet Future?: Anti-colonial Communism in Syria and Lebanon*
**M.J. Ernst,** New York University *The Struggle for World Peace: Afro-Asian Solidarity and Decolonization in the Theater of 'Abd al-Rahman al-Sharqawi*
**Maru Pabón,** Yale University *"Salam Hermanos!": The ICAP and the Poetics of Third-Worldist Solidarity*
**Emily Drumsta,** University of Texas at Austin *Muin Bseiso's Poetics of Suspension*
**Ekaterina Vasileva,** University of Erfurt *What is Anticolonial Journalism? Arab Students and Soviet Journalistic Scholarship, 1960s-1980s*
**Adam Spanos,** University of Southern California *Epistemologies of Egyptian Postcolonial Solidarity*

### II-05: Environmental Challenges in the Middle East: A Comparative Analysis of Legislative and Governmental Policies in Iran and Lebanon (1900-Present)

Organizers: **Amit Sadan,** University of New Mexico, **Saghar Sadeghian,** Willamette University

**Saghar Sadeghian,** Willamette University *Evolution of Forest Management: Analyzing the Actions of the First Five Iranian Constitutional Parliaments (1906-1926)*
**Eric Lob,** Florida International University *From the Corps to Jihad: Iran's Unsustainable Development and Environmental Degradation*
**Amit Sadan,** University of New Mexico *Hydraulic Infrastructures and Political Change in 20th-Century Iran: Evolution or Revolution?*
**Owain Lawson,** Lehigh University *Organized Abandonment and Political Ecology in Postcolonial Lebanon*

AAUP-01299

# SESSION II

**2:30 – 4:30 PM (EST)**
**MONDAY, NOVEMBER 11, 2024**



## II-06: Feeling as Knowing: Affect, Intellect, and Embodiment in Islam

Organizer/Chair: **Brittany Landorf,** Emory University
Organizer: **Joseph Leonardo Vignone,** Gonzaga University
Discussant: **Allison Kanner-Botan,** University of Colorado at Boulder

**Joseph Leonardo Vignone,** Gonzaga University *Innate Heat and Human Sexuality in a Fifteenth-Century Digest of Natural Philosophy*
**Sara Omar,** Georgetown University *Indeterminate Bodies, Desire and Sexing Oneself in Muslim Legal Discourses*
**Brittany Landorf,** Emory University *Embodying Abasement and Debating Divine Madness in Early Modern Moroccan Sufism*
**Lauren Osborne,** Whitman College *Seeing and Hearing in the Text of the Qur'an*
**Lillian McCabe,** Yale University *The Conditions for Magical Practice: Comportment, Embodiment, and Transformation in Arabic Grimoires*

## II-07: Linking Iraq and the Gulf: New Historical and Literary Perspectives

Organizer: **Arbella Bet-Shlimon,** University of Washington, Seattle
Chair/Discussant **Fahad Bishara,** University of Virginia

**Abdulrahman Alebrahim,** Doha Institute for Graduate Studies *A Sheikhdom Lost within Narratives: Exploring the Influence of al-Zubayr in the Tripartite Relationship with Kuwait and Najd*
**Camille Cole,** Illinois State University *What Was Ottoman Sovereignty? The View from Kuwait*
**Arbella Bet-Shlimon,** University of Washington, Seattle *Producing a Crisis, c. 1961: Extraction, the Environment, and Iraqi and Kuwaiti Sovereignties*
**Adhraa A. Naser,** University of Baghdad *Iraqi Poetry after the Gulf wars: The Long Road of Death*

## II-08: Re-imagining Research and Representation: The (Geo)politics of Visual and Cinematographic Culture in Iran

Organizers: **Paniz Musawi Natanzi,** Duke University, **Nat Nesvaderani,** Universite Laval

**Nat Nesvaderani,** Universite Laval *Experimental Documentary Filmmaking Fatigue: Iranian Film Directors and Demands of the Global Arthouse Market*
**Mozhgan Fazli,** Simon Fraser University *Navigating Masculinities in Iranian Cinema*
**Mariam Abazeri,** University of Miami *Translating Visual Meaning: Analyzing Cross-Cultural Reception of an Iranian Participatory Film*
**Paniz Musawi Natanzi,** Duke University *Afghan, Afghani, Afghanistani? Racial Capitalism, Masculinities and Aesthetic Migrant Labor in Iran*

## II-09: Publics and Presence in Times of Change, Part Two, "New Counterpublics"

Organizer/Chair: **Deina Rabie,** University of Arizona
Organizers: **Stephanie Victoria Love,** University of Pittsburgh, **Zachary Sheldon,** University of Pittsburgh

**Rizwan Ahmad,** Qatar University *Signage on the Margins: Study of Unofficial Signs from Zone-57*
**Deina Rabie,** University of Arizona *Abayas, Gahwa, and Straight Talk: To What Extent Can the Ostensibly Apolitical Emirati Lifestyle Influencer Be Political?*
**Zachary Sheldon,** University of Pittsburgh *A Conspiracy of Truth: Wartime Money Laundering and Popular Suspicion in Amman, Jordan*
**Alex Kreger,** University of Pennsylvania *Neither Inside nor Outside Islam: Messianic Refusal and Mutual Contentment in Alevi Musical Stage Performances in Turkey*

## II-10: Reclaiming Identity and Indigeneity: Forms of Resistance and Memory in (Post)genocidal Contexts

Organizer/Chair: **Enaya Othman,** Marquette University

**Enaya Othman,** Marquette University *Palestinian Women's Activism to Resist Genocide through Embroidery and Cultural Dress*
**Joanna Bochenska,** Jagiellonian University *Building Heritage Bridges: Different Dialects, Memories and Cultures in the Kurdish Transnational Context in the Middle East*
**Burcu Bugu,** University of California, Los Angeles *Contested Pasts and Counter-Hegemonic Struggles: Cultural Heritage, Memory, and Identity in Dersim*
**Silvia Marsans-Sakly,** Fairfield University *Resilient Threads: Palestinian Solidarity and Diasporic Memory in Cuba's Arab Community*

AAUP-01300

# SESSION II

2:30 – 4:30 PM (EST)
MONDAY, NOVEMBER 11, 2024



**Gülnur Demirci,** Malmo University *Embodied Memory in Post-violence Contexts: An Analysis of Circassian Folk Dances in Türkiye*

## II-11: Feminist Ecocriticism and Women's Art in the SWANA Region

Organizer: **Danielle Haque,** Minnesota State University, Mankato
Chair: **Jameel Haque,** Minnesota State University, Mankato

**Danielle Haque,** Minnesota State University, Mankato *Oceanic Ontologies and Oil in the Work of Monira al Qadiri*
**Holiday Powers,** Virginia Commonwealth University *Kamala Ibrahim Ishaq's Plant Families*
**Damien Tissot,** Georgetown University School of Foreign Service in Qatar *Energy, Land, and the Commons in the Work of Marwa Arsanios*
**Jameel Haque,** Minnesota State University, Mankato *Ecological Solidarities: Artistic Responses to the Christchurch Attack*

## II-12: Reframing Artistic Terrains: Landscapes, Migrations, and Modernisms

Chair: *Volunteer needed*

**Tracy Valcourt,** Concordia University *"Pure Landscape" and Atmospheric Ambiguation: Picturing Deserts*
**Elisabeth Friedman,** Illinois State University *Politics and Mythology in Dor Guez's Palestinian Landscapes*
**Chelsea Haines,** Arizona State University *Mapping Refugee Modernism(s)*
**Connie Sjodin,** University of Oxford *Plastic Elements of the Third World Revolution: Aouchem and the Casablanca Art School*
**Sarah Dwider,** Northwestern University *Abstracted from the Nation: Modern Egyptian Art and the Ethnographic Gaze in Nubia, 1962-1970*
**Ehsan Sheikholharam,** Kennesaw State University *The Mediasphere and Representations of Muslim Modernities*

## II-13: Academic Freedom and Pedagogy on Trial

Chair: *Volunteer needed*

**Amanda Najib,** New York University *Unveiling Structural and Institutional Racism: Palestinian American Experiences in U.S. Higher Education through a Critical Race Theory Lens*
**Lucia G. Del Moral,** University of Granada *Exploring Academic Freedom in Spain*
**Shonara Awad,** Oklahoma State University *Refugee Education Challenges and Identity Formation*
**Maryah Converse,** University of Arizona *Normative L1 Arabic Verb Acquisition Order in Jordanian Children*
**Alyeh Mehin Jafarabadi,** University of Arizona *Exploring Liminal Space: Private English Language Academies in Mashhad, Iran*

## II-14: Perspectives on Race and Unfreedom

Chair: **Suha Kudsieh,** Independent Scholar

**Benjamin Berman-Gladstone,** New York University *"They Were Disobedient Slaves": The 1943 Rebellion of Enslaved People in Shiḥr and Mukalla*
**Seong Hyun Kim,** University of Oxford *The Promise of Slave Trade Revival by the Egyptian Khedivate in East Africa: A Case of the Khedival Ambivalent Stance to Anti-Slavery in the 1870s*
**Alexa Herlands,** University of Chicago *The Islamic West between Whiteness and Blackness: Climatological Racism in The Geography of Ibn Saʿīd al-Maghribī*
**Alaa El-Shafei,** Columbia University *Convicts and Conscripts: Race and Colonial Carcerality in Egypt and Sudan, 1880-1920*
**Thomas Kuehn,** Simon Fraser University *Slave Traders in the Service of Empire: Ottoman Imperial Governance in Yemen and the Red Sea Slave Trade, 1880-1914*
**Samer Mayyas,** Irbid National University, Jordan *The Traumatized Black Psyche: Enslavement as an Unending Psychological Trauma in Contemporary Arabic Literature*

AAUP-01301

# SESSION II

**2:30 – 4:30 PM (EST)**
**MONDAY, NOVEMBER 11, 2024**



## II-15: Crossing Borders: National & Cultural Identity

Chair: **Samaneh Oladi,** Virginia Commonwealth University

**Nada Ayad,** The Cooper Union *Claiming Ancient Egypt*
**Hanan Natour,** Freie Universitat Berlin *In Search of the Tunisian Political Novel in Arabic*
**Tianrui Ma,** Indiana University Bloomington *Claustrophobia, Chaos, and Confusion: Deciphering Identity in The Apartment in Bab El Louk*
**Varol Kahveci,** Columbia University *Cultural Crossroads: Revisiting German Orientalism*

## II-16: Asian Connections

Chair: **Kristin Tassin,** University of Texas at Austin

**Nicholas Mangialardi,** Williams College *"Calling from a Distant Land": Ragai Wanis, Japan, and Egypt's Global 1960s*
**Claire Cooley,** Tufts University *Jamming the West/South Asia Soundscape: Newsreels, Radio, and Propaganda-Thrillers During World War II*
**Yasemin Celikkol,** Northwestern University in Qatar *Turkish Television in Japan*
**William Figueroa,** University of Groningen *Heritage Diplomacy and Patriotic Internationalism: Afghan Historian Ahmad Ali Kohzad's 1958 Visit to China*
**Axl (Kexin) Cheng,** Harvard University *Assessing Colonization: Xinjiang and Egypt as Imperial Projects*

## II-17: Authoritarian Practices in Iran and Turkey

Chair: **Nihat Celik,** San Diego State University

**Nina Maziar,** University of Arkansas *Seeking Sovereignty through Imprisonment: How the Islamic Republic of Iran Searches for Supremacy in Imprisoning Dissidents*
**Rabia Kutlu Karasu,** Stanford University *Between Democracy and Autocracy: The Shifting Ideological Landscape of Parliament in Turkey*
**Tereza Jermanová,** Charles University in Prague and **Matous Horcicka,** Charles University in Prague *A Sham, a Coordination Device, or Something Else? Authoritarian Constitution as a Key Arena of Political Contention in Post-1979 Iran*

**Guney Demir,** Graduate Center, CUNY *Opposition Pockets in Competitive Authoritarian Regimes: Case of Turkey*
**Andrew O'Donohue,** Harvard University *Courts Against Democracy: How a Historical Legacy of Judicial Bias Enabled Democratic Backsliding in Turkey*
**Hossein Hafezian,** Montclair State University *"Elections Engineering" and Obstacles to Political Development in Iran*

## II-18: Muslim Pilgrimage: Sacred Spaces, Infrastructural Barriers, and Anti-Patriarchal Discourse

Organizer/Discussant: **Sarah Eskandari,** University of Pennsylvania
Chair: **Firoozeh Kashani-Sabet,** University of Pennsylvania

**Sarah Eskandari,** University of Pennsylvania *Faith, Fight, Flight: Women and Counter-Patriarchal Discourse through Pilgrimage, 1850-1925*
**Yahya Nurgat,** Sabanci University *Between the Sacred and the Mundane: Ottoman Scholars and the Practicalities of the Early Modern Hajj*
**Karen C. Pinto,** University of Colorado at Boulder *Through the Directionality of Pilgrimage and Prayer: Ways of Seeing Mecca, Medina, and Other Sacred Places*

## II-19: Navigating Assyrianness: Symbols, Politics, and Identity in the 21st Century

**Sponsored by the Assyrian Studies Association (ASA)**

Organizer/Chair/Discussant: **Alexandra Lazar,** University of California, Davis
Discussant: **Sargon Donabed,** Roger Williams University

**Arbella Issa,** San Francisco State University *Assyrian Identity in Relation to Ba'athism*
**Christina Salem,** Oakland University *Navigating Assyrianess: Symbols, Politics, and Identity in the 21st Century*
**Alexandra Lazar,** University of California, Davis *Demographic Shifts and Political Violence in the Middle East: Analyzing the Interconnections*

AAUP-01302

# SESSION III

**11:30 AM – 1:30 PM (EST)**
**TUESDAY, NOVEMBER 12, 2024**



## SPECIAL SESSION
### III-01: CAF Current Events

**Organized by MESA's Committee on Academic Freedom (CAF)**

*Presenters and topic to be determined closer to the annual meeting.*

## ROUNDTABLE
### III-02: Ecocriticism and Literature form the Midde East

Organizer/Chair: **Nada Tayem,** Indiana University of Pennsylvania

**Nada Tayem,** Indiana University of Pennsylvania
**Doaa Omran,** University of New Mexico
**Touria Khannous,** Louisiana State University
**Najlaa Aldeeb,** Swansea University
**Ibtisam M. Abujad,** Marquette University

### III-03: Knowledge Translated and Vernacularized: Science, Magic, and Philosophy in the Islamicate World

Organizer: **Ahmed Almaazmi,** Princeton University
Chair/Discussant: **Justin Stearns,** New York University Abu Dhabi

**Thomas Benfey,** University of Tuebingen *The Arkand and the Reception of Indian Astronomy in the Sasanian and Early Islamic Empires*
**Cem Turkoz,** Harvard University *Wisdom for Public Good: Vernacularizing Philosophy in 18th-Century Ottoman Provinces*
**Genie Yoo,** Dumbarton Oaks *Translating for this Life and the Next: Sex, Materia Medica, and Understandings of Creation and the Afterlife in Islamic Southeast Asia*
**Ahmed Almaazmi,** Princeton University *Asking Sentient Trees: Arabian Translations of East African Magic and Swahili Language in the Omani Empire*

### III-04: Smuggling and Borderlands in the Middle East and North Africa

Organizer/Chair: **Max Gallien,** University of Sussex

**Peyman Zinati,** University of Exeter *The "War on Smuggling" and Everyday Life of Kurdish Qaçaqçi in Iran*
**Yasmine Zarhloule,** University of Oxford *"We Are Waiting for Time to Pass": Examining the Spatiotemporal Implications of Border Closures*
**Lydia Letsch,** Scuola Normale Superiore *Crossing Frontiers: Exploring Everyday Experiences in North African Borderlands*
**Max Gallien,** University of Sussex *Smugglers and States: Negotiating the Maghreb at Its Margins*

### III-05: Rethinking the Modern Middle East through a Multilingual History of Concepts

Organizer/Chair: **Mary Elston,** University of Oslo
Organizer: **Marya Hannun,** University of Exeter

**Mary Elston,** University of Oslo *Defining the Manhaj: al-Azhar and its Religious Scholars in Twenty-First Century Egypt*
**Mustafa Akay,** University of Oslo *Redefining Positionality: Tracing the Evolution of "Tarih-i Umumi" in Ottoman Historical Writings*
**Alireza Shams Lahijani,** University of Oslo *The Concept of Resistance and International Order in Twentieth-Century Iran*
**Marya Hannun,** University of Exeter *Writing "Asia" into Afghanistan & Afghanistan into Asia—Mahmud Tarzi and Pan-Asian Solidarities in the Early Twentieth Century*
**Alisa Shablovskaia,** University of Oslo *Consulting in the Name of Reason: The Islamic Multilayered Discourse on Consultation (Shura) and Reason ('Aql) in the Qajar Period*

### III-06: Exploring Alevi Cultural Heritage and Resilience: Music, Memory, Manuscripts

Organizer: **Ozkan Karabulut,** Harvard University
Chair/Discussant: **Ayfer Karakaya-Stump,** College of William and Mary

**Ozkan Karabulut,** Harvard University *Alevi Literary Culture: A Micro-Historical Study of the Şeyh Şazi Ocak's Library*

AAUP-01303

# SESSION III

**11:30 AM – 1:30 PM (EST)**
**TUESDAY, NOVEMBER 12, 2024**



**Nazlı Özkan,** Koc University *Constructing Histories of Violence against Alevis: Memory of Persecution versus Provocation Narratives*

**Yasemin Karakuş,** Istanbul University *Investigating a 20th Century Erkânname: Ayn-i Erkân Risâlesi*

**Ezgi Benli-Garcia,** Indiana University Bloomington *The Historical Circulation of Alevi Musical Practices through Private Music Schools*

**Angela Andersen,** University of British Columbia *A Culture of Architecture: Alevi Advocacy and Party Patronage of Municipal Cemevis*

## III-07: Changing Perspectives on Tribes in the Modern Middle East: Insights from Syria, Iraq, and Yemen

Organizer: **Laura Stocker,** University of Neuchatel

**Laura Stocker,** University of Neuchatel *Tribes in Transition: The Impact of Wartime Supply Regimes in the Syrian Jazira, 1939-1945*

**David Jordan,** Ruhr-University Bochum *The Bureaucratization and Tribalization of the Prophet's Kin in Baʿthist Iraq*

**Najwa Adra,** Austrian Academy of Sciences, Institute for Social Anthropology *Yemeni Tribes as Indigenous Civil Society*

**Alexander Weissenburger,** Austrian Academy of Sciences *South Arabian Genealogy and Its Challenges to the Huthi Movement's Claims to Authority*

## III-08: Agri-Food Politics in Turkey: Defining the Alternative among Alternatives

Organizers: **Burge Abiral,** The Ohio State University, **Atak Ayaz,** Geneva Graduate Institute
Discussant: **Brian Silverstein,** University of Arizona

**Burge Abiral,** The Ohio State University *Remaking Value and Creating Sociality with Ecological Food in Turkey*

**Nurcan Atalan-Helicke,** Skidmore College *Wheat Landraces, Small Farmers and Urban Consumers: Revival of Einkorn in Turkey*

**Atak Ayaz,** Geneva Graduate Institute *The Moral in the Money: Artisanal Wine in Turkey*

**Caterina Scaramelli,** Boston University *Making the Local Seed*

**M. Fatih Tatari,** Bilkent University *Does Certifying "Local" Food Contribute to the Alternative Food Networks? Potentials and Limits of the Geographical Indications in Turkey*

## III-09: Multiple Layers of Childhood Landscape: Emotional, Physical, and Spatial Encounters in Late Ottoman Empire and Early Republican Turkey

**Sponsored by the Association of Middle East Children and Youth Studies**

Organizer: **Atacan Atakan,** Sabanci University
Chair/Discussant: **Dylan Baun,** University of Alabama in Huntsville

**Atacan Atakan,** Sabanci University *Affective Attunements: Childhood and Gendered Emotions in Ottoman Novels*

**Melis Sulos,** Graduate Center, CUNY *Where Pain Meets Pride: Placing the Children's Palace in the Political and Emotional Landscape of the Capital Center, Ankara*

**Cansu Degirmencioglu,** Technical University of Munich *Decay and Regeneration: Narratives on Primary School Buildings in 1930s Turkey*

**Didem Yavuz Velipaşaoğlu,** Izmir University of Economics *Resonances: Hereke Factory Children From Empire to Republic (1890-1960)*

## III-10: Depictions of Precarious Working Conditions for Arab Women Laborers

Organizer/Chair: **Feroza Jussawalla,** University of New Mexico
Discussant: **Doaa Omran,** University of New Mexico

**Feroza Jussawalla,** University of New Mexico *Transnational Working Woman in Kuwait*

**Doaa Omran,** University of New Mexico *Egyptian Women Work Conditions in Khan's Movie "Factory Girl"*

**Ghada Abdel Hafeez,** Arab Open University *Trapped in Precariousness: A Postfeminist Study of The Yacoubian Building*

**Najlaa Aldeeb,** Swansea University *Women Working Conditions in Raja Alem's the Dove's Necklace*

AAUP-01304

# SESSION III

**11:30 AM – 1:30 PM (EST)**
TUESDAY, NOVEMBER 12, 2024



### III-11: Fabricating Power

Chair: *Volunteer needed*

**Moran Zaga,** The Hebrew University of Jerusalem *Dynamic Alliances: Tribal Shifts in the Arabian Peninsula*

**Arthur Zárate,** San Jose State University *Sufism and the Spirit of Activism in the Formation of the Muslim Brotherhood's Call (Daʿwa)*

**Kristine Swarts-Zanin,** University of California, Santa Cruz *"Responsibility for the Safety of the Fabric": British Construction in the Church of the Holy Sepulchre and the Status Quo Policy 1927-1948*

**Mortaza Firuzi,** Encyclopaedia Islamica Foundation *Nader Shah's Ecumenical Islamic Council (1743): Exploring Approaches and Outcomes*

### III-12: (Post)Colonial Violence

Chair: *Volunteer needed*

**Francesca Freeman,** University of Notre Dame *The Paradox of an International Police Force for the Partition of Palestine*

**Mara Albrecht,** University of Erfurt *Competing Claims to the Homeland: Contentious Performances and Urban Violence in the Public Space of Early British Mandate Jerusalem*

**Moheb Zidan,** Knox College *Capital Punishment in Palestine during the British Mandate*

**Michele Pajero,** London School of Economics and Political Science *Colonial Violence Behind the Frontline: World War II in Libya and Tunisia, 1940-43*

**Cyma Farah,** Arab Council for the Social Sciences *Constitutionalism as Counterinsurgency: The Case of Lebanon's 1926 Constitution*

**Rasha Altameemi,** University of North Texas *The Plight of Yazidi Women in Iraq: An Intersectional Perspective*

### III-13: Translating Difference

Chair: *Volunteer needed*

**Douja Mamelouk,** Le Moyne College *Translation as Resistance: Arwa Salih's The Stillborn (2017)*

**Peiyu Yang,** George Mason University *Translating the Other: Ghassan Kanafani's Travelogue ... And Then Arose Asia*

**Heather Schell,** George Washington University *A Sheik in Istanbul: Faith, Politics, and the Turkish Translation of Harlequin Romance*

**Zeynep Nur Simsek,** University of Bologna *Fire of Malice or the Rising Sun from the West: Translating French Enlightenment into Ottoman Turkish*

**Monica Katiboğlu,** Istanbul Bilgi University *Constructing Subjectivities: Translingual Narrative Devices in Eylül*

### III-14: Palestinian Governance

Chair: **Alyssa Bivins**, George Washington University

**Maya Rosenfeld,** Hebrew University of Jerusalem *On the Contribution of the Palestinian National Authority to the Formation of a New Middle Class in the Occupied Palestinian Territories*

**Mae Cannon,** Churches for Middle East Peace *Gender in Middle East Peace Negotiations: Contributions and the Exclusion of Palestinian Women as Active Members of the Palestinian Authority*

**Anas Iqtait,** Australian National University *Public Revenues under Colonialism: The Fiscal Politics of the Palestinian Authority*

**Samira Alayan,** The Hebrew University of Jerusalem *The Reflection of the Israeli-Palestinian Conflict in History Textbooks for Palestinian Pupils in East Jerusalem*

**François Ceccaldi,** Collège de France *The Fatah in Power: When Nothing Is Legitimate*

### III-15: Queer Pasts and Futures

Chair: *Volunteer needed*

**Timmy Fatima Al-Muntafik,** California University of Pennsylvania *Queerness in Islamic History*

**Melissa Camp,** University of North Carolina at Chapel Hill *"I am Antony"...and Cleopatra: The 1919 Revolution, Egyptian Opera, and the Queer Failure of Mūnira al-Mahdiyya's Cleopatra and Marc Antony (1927)*

**Berkant Caglar,** University of Minnesota, Twin Cities *Entangling Contentious Publics between Queers and Muslim Feminists in Legal Cases*

**Hatim Rachdi,** Hamad Bin Khalifa University *Tamazgha: Orientations Towards Queer Futures*

**Niloofar Rasooli,** ETH Zurich *Let the Prostitute Walk: Wronged Bodies, Queer De-mapping and the Liminal Spaces of Possibility, Iran, Early 20th Century*

**Nabiha Yahiaoui,** Concordia University *Re-orienting the Gay International: Towards a Marxist Analysis of Sexual Imperialism*

AAUP-01305

# SESSION III

**11:30 AM – 1:30 PM (EST)**
**TUESDAY, NOVEMBER 12, 2024**



## III-16: Debates on Aid, Rents, and NGOs

Chair: **Fulya Pinar,** Brown University

**Adam Almqvist,** University of Chicago *GONGOs and the Decentralization of State-Mobilized Movements in Autocracies: The Case of Jordanian Youth Mobilization*
**Ahd Alaraj,** Arab American University *The Importance of Foreign Aid for the Palestinian Case: Gaza Strip as a Case Study*
**Faedah Totah,** Virginia Commonwealth University *The Many Transformations of the UN Women's Center in the Old City of Damascus*
**Fukiko Ikehata,** Ritsumeikan University *Identity-Based International Politics: The Case of the Organization of Islamic Cooperation's Foreign Aid Diplomacy*

## III-17: Gendered Comedy in Algeria: A Panel in Honor of Nadjib Berber, Hadj Miliani, and Ameziane Ferhani

**Sponsored by the American Institute for Maghrib Studies (AIMS)**

Organizer: **Elizabeth Perego,** Appalachian State University
Chair: **Susan Slyomovics,** University of California, Los Angeles

**Elizabeth Perego,** Appalachian State University *A "Terrorist" Despite Himself: Men and Masculinity in Algerian Spoofs of Pontecorvo's The Battle of Algiers*
**Sami Everett,** University of Cambridge *Etymologies of Aïsha u Bendo*
**Abdelbaqi Ghorab,** Lancaster University *Humour and Masculinity in The Algerian Television of the Black Decade*

## III-18: Alternative Naḥḍas & Tanzimats

Organizer/Chair: **C. Ceyhun Arslan,** Koç University

**Oksana Prokhorovych,** American University of Beirut *Translation, Paratext and Knowledge Production in the Arab Nahda*
**AJ Naddaff,** Stanford University *Traversing Genres, Ahmed Fares el-Shidyāq & the Press*

**Maha AbdelMegeed,** American University of Beirut *Khayāl: The Specter of the Collective in the Canon of Naḥḍa*
**C. Ceyhun Arslan,** Koç University *"Ottoman Literature Means Arabic Literature": The Ottoman Canon and the Classical Arabic Heritage in Hacı İbrahim's Works*

## ROUNDTABLE
### III-19: Arabic Choral Music: Navigating the Challenges and Questions Encountered while Learning and Teaching the Repertoire

Organizer/Chair: **Angelina Lynne,** Universite Laval

**Angelina Lynne,** Universite Laval
**Jennifer Lee,** Université du Québec à Montréal
**Shireen Abu-Khader,** Dozan World Inc.

## WORKSHOP
### III-20 Conflict, Power, and Knowledge: Studies from the Middle East and Diaspora

**Organized by MESA Global Academy**

Chair: **Jessica Winegar,** Northwestern University

**Adel Dashela,** Columbia Global Centers, Amman *The Role of Yemeni Tribes in Mediation, National Reconciliation and Post-Conflict Peacebuilding*
**Begum Burak,** Independent Scholar *Political Interference in Academia: The Impact of 'Parachuting' on Turkish Universities*
**Basileus Zeno,** Trent University *Challenges of Knowledge Production in Diaspora: A Syrian Case Study*
**Mirwais Parsa,** University of Pittsburgh *Rent Seeking, Reform, and Special Influence Groups: Insights from Modern Afghanistan*
**Hamed Isar,** Independent Scholar *Balancing Tradition and Inclusion: Framework Principles for an Afghan Accord*

# SESSION IV

2:30 -4:30 PM (EST)
TUESDAY, NOVEMBER 12, 2024



## ROUNDTABLE
### IV-01: The Visual Maghreb

**Sponsored by the American Institute for Maghrib Studies (AIMS)**

Organizer: **Susan Slyomovics,** University of California, Los Angeles

**Susan Slyomovics,** University of California, Los Angeles
**Daniel Coslett,** Drexel University
**William Gallois,** University of Exeter
**Dónal Hassett,** Maynooth University
**Zeynep Celik,** New Jersey Institute of Technology

### IV-02: Vexing Questions about the Interplay of Iran's Regional and Domestic Politics

**Organized under the auspices of The Iran 1400 Project**

Organizer/Chair: **Sydney Martin,** Iran 1400 Project
Discussant: **Eric Lob,** Florida International University

**Robert Asaadi,** Portland Community College *The Hormuz Peace Endeavor (HOPE) and the Axis of Resistance: Competing Visions for Regional Security Architecture in the Persian Gulf*
**Shabnam Jane Holliday,** University of Plymouth *The Islamic Republic of Iran: "A New Order: Asia Powerful and Resistance Front Expanded"*
**Aram Hessami,** Montgomery County Community College *Internal Purification Vs. External Recalibration*

### IV-03: Political Economy as a Hermeneutical Tool for Interpreting Ottoman Sources

Organizer/Chair/Discussant: **B. Harun Küçük,** University of Pennsylvania
Organizer: **Choon Hwee Koh,** University of California, Los Angeles

**Choon Hwee Koh,** University of California, Los Angeles *Hermeneutics of a Liquidity Crunch: Reading Monetary Policy in Imperial Orders about Ottoman Post Stations, 1713-1763*
**Jean-Philippe Bombay,** Harvard University *Inflation and Debasement: Thinking Ottoman History with Contemporary Monetary Theory*
**B. Harun Küçük,** University of Pennsylvania *Hezarfenn Hüseyin's Telhisü'l-Beyan Revisited: The Meaning of Political Economy in the Seventeenth Century*

### IV-04: Railroads in the Middle East: Visual images from the late 19th century to the first half of the 20th century

Organizer: **Elena Andreeva,** Virginia Military Institute
Chair/Discussant: **Amit Sadan,** University of New Mexico

**Elena Andreeva,** Virginia Military Institute *The Trans-Iranian Railroad in Photographs by Westerners, 1920s-1940s*
**Alex Schweig,** University of Arizona *Clean Facades, Hidden Labor: The Bifurcated Image of Ottoman Technological Modernization*
**Inessa Kouteinikova,** Amsterdam Institute for Social Science Research *Photographic Babylon: Surveying Frontiers of Russian Turkestan*
**Xiaoyue Li,** Tulane University *Visual Railways in Egypt, 1852-1952*

### IV-05: Crossed Identities in the Pre-modern Islamicate

**Sponsored by the Middle East Medievalists (MEM)**

Organizers: **Jeson Ng,** University of Chicago, **Ameena Yovan,** University of Chicago

**Jeson Ng,** University of Chicago *Arabic Verse in Persian Form: Medieval Experimentalisms at Play*
**Kaveh Hemmat,** Benedictine University *Race and the Black Chthonic in the Persian Epic Tradition: Zanj and Siyahan in the Kushnameh and Nezami's Alexander Epic*
**Ameena Yovan,** University of Chicago *Whose Land? Disrupting State Power through Regional Identity: The Zanj Revolt*
**Pierina Gonzalez,** University of Toronto *A Translator in Captivity: Leo Africanus/al-Wazzan in the Third Space*

### IV-06: Distributive Politics in Jordan: Interdisciplinary Perspectives, Approaches, and Methodologies

Organizers/Chairs: **Kendra Kintzi,** Cornell University, **Elizabeth Parker-Magyar,** Massachusetts Institute of Technology
Discussant: **Steve Monroe,** National University of Singapore

AAUP-01307

# SESSION IV

2:30 -4:30 PM (EST)
TUESDAY, NOVEMBER 12, 2024



**Kendra Kintzi,** Cornell University *Deserts of Wind: Hybrid Land Use and the Distributive Politics of Jordan's Renewable Energy Frontier*

**Elizabeth Parker-Magyar,** Massachusetts Institute of Technology *Urbanization and the Maintenance of Tribal Networks in Jordan's Parliament*

**Taraf Abu Hamdan,** Central European University *Making an Enemy of Your Kin: Livelihoods, Development, and Marginalization in the Jordanian South*

**Allison Spencer Hartnett,** University of Southern California *After the Commons: Economic Opportunity and Colonial Legacies of Land Privatization in Jordan*

**Mohamed Shedeed,** The Ohio State University *Formalizing the Informal: Lessons Learned from Water Management Decentralization in Jordan*

## IV-07: Slow Violence and Hidden Culprits in the SWANA: "Green Neoliberalism", Capitalist Exploitation and the Future of Global Environmental Governance

Organizer/Chair: **Lauren Baker,** Northwestern University
Organizer: **Khaoula Bengezi,** York University

**Khaoula Bengezi,** York University *Capitalist Dreamscapes of an "Arid" Desertland: Slow Violences in Transforming Morocco's Sahara Desert into a Site of Energy Production*

**Ekin Kurtic,** Northwestern University *The Politics of Sacrifice and Nature Restoration in the Çoruh Valley*

**Lauren Baker,** Northwestern University *The Cost of Cleaning: Tracing the Slow Violences of Sanitization at COP27 and COP28*

**Kali Rubaii,** Purdue University *Against Cleanup: A Valley Harmed by Post-war Repair*

## IV-08: Alternative Sovereignties

Organizer/Chair: **Omar Shehabi,** Yale Law School
Discussant: **Aslı Bâli,** Yale Law School

**Omar Shehabi,** Yale Law School *From Crémieux to Gerezim: Performative, Constitutive and Disfiguring Citizenship in the Contested Spaces of the Middle East and North Africa*

**David Mednicoff,** University of Massachusetts Amherst *Refugee Governance at the Intersection of Transnational and Local Actors- Lessons for Contested Political Spaces of the MENA?*

**Aslı Bâli,** Yale Law School *Confederalism as Self-Determination*

**Omar M. Dajani,** University of the Pacific *Israel-Palestine and the Future of the Nation-State*

**Lily Hindy,** UCLA *Claiming Human Rights Violations in Iraq: Kurdish and Iraqi Ba'thist Attempts to Gain International Recognition in the 1990s*

**Jean-Baptiste Allegrini,** University College London *"Hospitality" Delegitimised by International Humanitarianism. When Mayors "Take Back Control" of the Political Economy of Solidarity in Lebanese Municipalities Receiving Displaced Syrians*

## IV-09: Islam and Imagination: Interpretation, Experience and Contestation

Organizer: **Alexander Shepard,** Indiana University Bloomington
Chair/Discussant: **John Walbridge,** Indiana University Bloomington

**Alexander Shepard,** Indiana University Bloomington *Al-Kulayni's Response to Ismailism: The Imagination of Al-Kulayni*

**Eduardo Acarón-Padilla,** Indiana University Bloomington *Ibn Sīnā's Theory of Fayḍ and the Description of Divine Art in Book III of Milton's Paradise Lost*

**SeyedAmir Asghari,** Baylor University *Beyond Jurisprudence: Imagination as a Catalyst in Shia Political Philosophy*

**Yasemin Kole,** Indiana University Bloomington *Imagining Sufism in America: Exploring Diversity and Authenticity in Sufi Orders*

**Andi Herawati,** Indiana University Bloomington *The Legacy from the Friends of God: Walāya and Imagination in the Indonesian Shadow-Theater (wayang)*

## ROUNDTABLE
## IV-10: Colonial Feminism and the Manufacturing of Consent for Israel's Genocide: A Critical Discussion

Organizer: **Alia Al-Saji,** McGill University

**Alia Al-Saji,** McGill University
**Brittany Munro,** CUNY Graduate Center
**Saadia Toor,** College of Staten Island, CUNY

AAUP-01308



# SESSION IV

**2:30 -4:30 PM (EST)**
**TUESDAY, NOVEMBER 12, 2024**

## IV-11: Making and Breaking Family Ties

Chair: *Volunteer needed*

**Marisa Natale,** University of Illinois at Urbana-Champaign *Criminal Law as Family Law in Mandate Palestine*

**Huseyin Saglam,** Istanbul University *Sultanic Authority and Sharia: Regulations on Family Law in the Sixteenth Century Ottoman Empire*

**Hakan Karpuzcu,** Princeton University *The Burden of Matrimony in the Times of War: Religious Marriages and Legal Regulation in the Ottoman Empire (1914-1918)*

**Armen Abkarian,** University of Michigan, Ann Arbor *Pawns, Kings, and Queens: Zabel I and the Evolution of Cilician Armenian Kingship*

**Zehra Samlioglu-Berk,** Bogazici University *The Dark Side of Kinship: Intra-Familial Murders in the Late Ottoman Society*

## IV-12: Nationalisms and Sovereignties in the Long 20th Century

Chair: *Volunteer needed*

**Omar Kamal,** University of Chicago *Late Ottoman Responses and Communication from Palestinian Bedu and Fellahin Regarding the New Yishuv*

**Ali Hashemian,** Central European University *Hegemonic Masculinity in Early-Twentieth-Century Iran: Conceptual and Theoretical Challenges*

**Thomas Owings,** University of Pennsylvania *Awaken, Children of Ishmael: Race, Nationalism, and the United Mission in Iraq, 1921-1969*

**Kaoutar Ghilani,** University of Cambridge *Postcolonial "Failure"? Language Politics, Education, and Nation-Building in Morocco*

**Golaleh Pashmforoosh,** York University *Under Allied Occupation: Competition, Contestation, and National Struggle in Persian Gulf (1941-1946)*

## IV-13: Writing on the Margins of Culture

Chair: *Volunteer needed*

**Reem Taşyakan,** University of California, San Diego *Nostalgic Longing as Healing: Sites of Memory in Diana Abu-Jaber's Crescent*

**Niknaz Shadloo,** Independent Researcher *Cultural Dialogue and Hybrid Literary Space in Nahal Tajadod's More Iranian*

**Gregory J. Bell,** Princeton University *United Hearts in the United States: Genre Innovation in One of the Earliest Arabic "Novels" Published in the United States*

**Jocelyn Brody,** University of Hawaii at Manoa *Transnational Assemblages in Solmaz Sharif's Look*

## IV-14: Memory and Living History

Chair: **Gizem Zencirci,** Providence College

**Azadeh Safaeian,** University of Illinois at Chicago *Deafness and Re-membering in My Father's Notebook*

**Jonathan Barker,** University of Toronto *How Old Family Documents Made a Non-Historian Confront Family History*

**Hanna Salmon,** University of Texas at Austin *The Witnessing Voice*

**Mary Elaine Hegland,** Santa Clara University *Local Iranian Village Authors of Contextualized Memoirs: Foregrounding Indigenous Voices in Anthropological Publications*

**Rüya Kalıntaş,** Kadir Has University *Theater, Memory, and the Transformation of the Alevi Community*

## IV-15: Geobodies and Geographies

Chair: *Volunteer needed*

**Pouyan Shahidi Marnani,** Indiana University Bloomington *From Biobibliographies to Geodatabases: A Time-Lapse Map of Ibn Sīnāʾs Discipline-Specific Authorship, and a Geospatial Critique of His Imagined Past in Isfahan*

**Amr Leheta,** Cornell University *The Written Geo-Body and the Territorialization of Egyptian Geography, 1830s–1870s*

**Miranda Meyer,** Graduate Center, CUNY *Physicalizing and Pluralizing the Syrian Geo-Body in the Syrian Geological Journal*

**Sara Elizabeth Green,** University of Oxford *Negotiating Algerian Postcolonial Identities through Imagining Palestine, 1962-1982*

## IV-16: Generations

Chair: *Volunteer needed*

**Michaelle L. Browers,** Wake Forest University *Generational Consciousness as a Resource for Memory and Future Visions in Nablus, Palestine*

AAUP-01309

# SESSION IV

**2:30 –4:30 PM (EST)**
**TUESDAY, NOVEMBER 12, 2024**



**Kathleen R. Kamphoefner,** American University in Cairo *Narratives of Change: Egypt's Retired Women Reflect on their Careers*
**Bethany Marzella,** Elon University *Between Conflict and Coexistence: Intra-Islamic Relations in Iraq*
**Cagdas Dedeoglu,** Yorkville University *Navigating Memory Work and Hybrid Activism: Insights from the Bogazici University Protests*

## IV-17: Neoliberalism and Informal Economies

Chair: **Lauren Clingan,** Princeton University

**Caitlin Alais Callahan,** American University in Cairo *Capital Nation: Billboard Advertising, Cash Economies and the Rise of the Dollar in Lebanon*
**Fulya Pinar,** Brown University *Trapped in the Neoliberal Dilemma: Repair through Necessity-Driven Refugee Entrepreneurship in Turkey*
**Jowel Choufani,** George Washington University *"It's the Easy Way Out": Notions of Family Obligation and Dignified Labor Vis a Vis the Begging Encounter in Beirut Cafes*
**Lara Khattab,** Mount Allison University *The Violence of the Neoliberal Crisis as Experienced by the Fishermen in Lebanon's Tripoli*
**Amelia Burke,** University of Michigan, Ann Arbor *Ties That Bind: Labor and Liquidity in Moroccan Households*

## IV-18: Gender, Racialization, Materialities, Embodiments

Chair: **Robert Flahive,** Whitman College

**Farha Ghannam,** Swarthmore College *The Social Life of Objects: Materiality, Class, and Gender in Urban Egypt*
**Nada Ali,** UCLA *Unveiling Hijab, Unveiling Hair in Egypt*
**Hafza Girdap,** Stony Brook University, SUNY *Turkish Women vs. Women from Turkey: Contextual Gendered Racialization*
**Yalda Hamidi,** Minnesota State University, Mankato *"Janin, Zand, Ajouyi" and Decolonizing "Iranian Genders" Baloch Women Collective Offers an Anti-Racist Narrative of the Woman, Life, Freedom*
**Khadija Islow,** Hamad Bin Khalifa University *Braiding Labor: Black Female Hairstylists and "Informal" Economies in Qatar*
**Yuree Noh,** University of Utah *Breaking Boundaries, Facing Backlash: Violence against Kuwaiti Women in Politics*

## IV-19: Death and Mourning in Iran

Chair: *Volunteer needed*

**Mohammad Mehdi Kimiagari,** Brown University *Reverberations of Redemptive Pain: Affective (Un) Staging in Abbas Na'lbandian's Suddenly... (1971)*
**Naima Mohammadi,** University of Pittsburgh *Iranian Mourning Mothers Movement: An Everyday Emotional Practice for Regime Change in Iran*
**Hamidreza Salehyar,** University of Toronto *Happiness as Redemption: Suffering in Contemporary Shia Mourning Rituals in Iran*
**Hajar Ghorbani,** University of Alberta *Modernity's Impact on Death Rituals: Tehran's Behesht-e Zahra Cemetery*

## SPECIAL SESSION
## IV-20 Sustaining Higher Education in Gaza

**Organized by MESA Global Academy**

Chair: **Judith E. Tucker,** Georgetown University

**Ahmed Abu Shaban,** Al-Azhar University
**Wesam Amer,** Gaza University
**Ata Darwish,** Al-Azhar University
**Osama Hamdouna,** Al-Azhar University
**Mnawar Najim,** Islamic University of Gaza

AAUP-01310

# SESSION V

**11:30 AM – 1:30 PM (EST)**
**WEDNESDAY, NOVEMBER 13, 2024**

VIRTUAL MESA 2024

## SPECIAL SESSION
### V-01: In Defense of Academic Freedom

**Organized under the auspices of the Gaza in Context Project**

Organizers: **Bassam Haddad,** George Mason University, **Mariam Durrani,** American University

**Darryl Li,** University of Chicago
**Jairo Funez,** Texas Tech University
**Emmaia Gelman,** Sarah Lawrence College
**Mariam Durrani,** American University
**Sherene Seikaly,** University of California, Santa Barbara
**Bassam Haddad,** George Mason University

## PROFESSIONAL DEVELOPMENT WORKSHOP
### V-02: How to Fund Your Ideas: Professional Development Workshop for Proposal Writing and Research Design

Organized and Presented by **Suad Joseph,** University of California, Davis

## ROUNDTABLE
### V-03: Halide Edip Turns 140

Organizer/Chair: **Iclal Vanwesenbeeck,** SUNY Fredonia

**Iclal Vanwesenbeeck,** SUNY Fredonia
**Sibel Erol,** New York University
**Roberta Micallef,** Boston University
**Hulya Adak,** Sabanci University
**Nefise Kahraman,** University of Toronto

## ROUNDTABLE
### V-04: Possibilities and Limits of Researching Yemeni Global Mobility

**Sponsored by the American Institute for Yemen Studies (AIYS) & the Arab American Studies Association (AASA)**

Organizer/Chair: **Waleed Mahdi,** University of Oklahoma

**Nathalie Peutz,** New York University Abu Dhabi
**Ewa K. Strzelecka,** University of Wroclaw
**Marina De Regt,** VU University Amsterdam
**Bogumila Hall,** Polish Academy of Sciences
**Ashwak Hauter,** University of California, Santa Cruz
**Sara Swetzoff,** Eastern Connecticut State University

### V-05: Approaching Compendia in Modern Arab(ic) Intellectual History

Organizer: **Michael Battalia,** Princeton University
Discussant: **Tom Abi Samra,** Princeton University

**Michael Battalia,** Princeton University *Khayr al-Dīn al-Ziriklī's Modernist Literary Project from Damascus to Mecca*
**Ghayde Ghraowi,** Yale University *Preserving and Forgetting the Ottoman Arabic Anthology in Modern Literary History*
**Johannes A.P. Makar,** Harvard University *From "Ṭabaqāt" to "Nawābigh": The Nahḍa as Biographical Age*
**William C. Young,** Georgia Southern University *From Ottoman Mushajjar to Digital Dawḥa: Explaining Change in the Formats of Genealogical Works in the Eastern Arab World*

### V-06: Social Contracts in the MENA Region – What Factors Drive Changes?

Organizer: **Tina Zintl,** German Institute of Development and Sustainability

**Markus Loewe,** German Institute of Development and Sustainability *Drivers of Change in Social Contracts: Building a Conceptual Framework*
**Sari Madi,** University of Montreal *Critical Junctures, Labour Unions, and Social Dialogue in Tunisia and Lebanon: Implications for the Social Contract*
**Yannick Sudermann,** German Institute of Development and Sustainability *Towards an Exclusionary Social Contract: Narratives of a Revanchist City in (Post)war Syria*
**Bruce Rutherford,** Colgate University *Understanding Change in Egypt's Social Contract since 2011*

### V-07: Haunted Futurities: Cases from the Arab Gulf States

Organizer: **Esraa Al-Muftah,** Qatar University
Discussant: **Talal Al-Rashoud,** Kuwait University

**Esraa Al-Muftah,** Qatar University *Institutional Erasures: The Case of Internationalization at Qatar University*
**Sara J. Musaifer,** New York University Abu Dhabi *Searching for Zaʿfaranah: The (Im)possibilities of Black Girlhood in (Post)colonial Bahrain*

AAUP-01311



# SESSION V

**11:30 AM – 1:30 PM (EST)**
**WEDNESDAY, NOVEMBER 13, 2024**

**Maryam AlHajri,** University of Edinburgh *Silencing Processes as a Form of Historical Erasure: Histories of Qatar's Social Movements*

**Tareq Alrabei,** Gulf University for Science and Technology *Contested Cultural Representations of the Maritime History of the Gulf*

## V-08: Iran Looks East: Dynamics of a Shift in Orientation

Organizer: **Fred H. Lawson,** Northeastern University
Chair: **Matteo Legrenzi,** Ca' Foscari University of Venice

**Fred H. Lawson,** Northeastern University *Iran's Growing Partnership with Indonesia: Causes and Consequences*

**Mehran Kamrava,** Georgetown University Qatar *Iran Looks East: Context, Causes, and Process*

**Banafsheh Keynoush,** Middle East Institute *Iran's Security Threats Along its Northern Corridors, and Implications for Its Look East Policy*

**Rowena Abdul Razak,** Queen Mary, University of London *Consistency through Instability: Malaysian-Iranian Relations*

## V-09: Diplomacy through (Mis)Communication: Material and Discursive Perspectives from the Ottoman World, 18th and 19th Centuries

Organizer/Chair: **Yusuf Karabicak,** American School of Classical Studies at Athens

**Yusuf Karabicak,** American School of Classical Studies at Athens *Who Represents the Spanish? A Royal Spanish Ambassador in Istanbul during the Peninsular War, 1809-1814*

**Jelena Radovanovic,** University of Münster *The Ghost of the Cadastre: Untranslatability in Diplomacy between the Ottoman Empire and Serbia*

**Habib Saçmalı,** Marmara University *The Ottoman Caliph in Diplomacy: Resolving the Ottoman-Safavid-Afghan Conundrum amidst the Safavid Decline*

**Gamze Ilaslan Koc,** University of Regensburg *Politics of Miscommunication in the Encounters of the Habsburg and Ottoman Empires in the 18th Century*

## V-10: New Histories of Disability in the Modern Middle East

Organizer/Chair: **Sara Scalenghe,** Loyola University Maryland
Organizer: **Beverly Tsacoyianis,** University of Memphis
Discussant: **Gildas Bregain,** National Center for Scientific Research (CNRS)

**Yasmin Shafei,** American University of Beirut *Reading Resistance and Agency through 19th Century Citizen Petitions*

**Elif Küskü,** Istanbul Technical University *The Modern Prosthetic Experience of Late Ottoman Society*

**Marco Di Giulio,** Franklin & Marshall College *Contesting the Politics of British Prosthetic Care: Pain, Nativeness, and the Plight of Palestinian Jewish Amputees in WWII*

**Beverly Tsacoyianis,** University of Memphis *"In This House of the Insane I Will Rescue Myself:" Gender, Disability, and Psychiatry in 1940s and 1950s Palestine and Israel*

**Maria Chiara Rioli,** Università di Modena e Reggio Emilia *Portraying Disability in Refugeedom: Palestinian Refugees with Disability through UNRWA Photographs and Videos (1950s–1990s)*

**Efrat Gold,** University at Buffalo and **Sona Kazemi,** University of Wisconsin-LaCrosse *Cripping Histor(iograph)y in the Middle East*

## V-11: Beyond Skylines: Political Economy of Middle Eastern and North African Cities

Organizer: **Ronay Bakan,** Johns Hopkins University
Chair/Discussant: **Eray Çaylı,** University of Hamburg

**Ronay Bakan,** Johns Hopkins University *Rule of Experts Interrupted: Contested Development in the Northern Kurdistan*

**Mert Arslanalp,** Bogazici University *Governing with Exceptions: Legal Politics of Urban Property in the Formation of State-Society Relations in Turkey*

**Elisa Wynne-Hughes,** Cardiff University *Urban Tourism and Neoliberal Authoritarianism in Revolutionary Cairo*

**Ahmed Kanna,** University of the Pacific *Class Struggle, Marxist Analysis, and De-exceptionalizing the Arab Gulf*

**Motasem Abuzaid,** University of Oxford *Rebellion-Proofing: Three Decades of Authoritarian Learning and Collective Action in Aleppo*

AAUP-01312

# SESSION V

11:30 AM – 1:30 PM (EST)
WEDNESDAY, NOVEMBER 13, 2024



## V-12: Property, Proof, and Paper: Contestations of Legal Entitlement in Islamic Law

Organizer: **Ari Schriber,** Utrecht University
Chair/Discussant: **Samy Ayoub,** University of Texas at Austin

**Laura Emunds,** University of Bern *Notarial Manuals as a Source for Manumission Practices in Mamluk Egypt*
**Omar Abdel-Ghaffar,** Harvard University *Uncharitable Foundations*
**Ari Schriber,** Utrecht University *The Power of the Document: Constituting Proof of Land Ownership in Colonial-Era Morocco*

## V-13: Turkey After Empire

Chair: **Yesim Bayar,** St. Lawrence University

**Faika Celik,** Manisa Celal Bayar University *Educating Citizens on Forming Strong Families at the Provincial Level during the Single-Party Period in Turkey: A Discursive Reading of the Gediz Magazine of Manisa People's House*
**Beyhan Erkurt,** Bartin University *The Converge of Single-Party Rule and Statism in Turkey in the Early 1930s*
**Robert Elliott,** Montana State University *Ash and Anomie: Childhood and Formation at the End of Empire*
**Zehra Betul Atasoy,** Kadir Has University *At the Heart of the City, on the Margins of Society: Fire-Ravaged Areas in Early Republican Istanbul*
**Sibel Zandi-Sayek,** William & Mary *From Empire to Cold War: The Enduring Legacy of The International College of Smyrna (1891-1952)*

## V-14: Negotiating Belonging and Identity

Chair: **Samer Alnasir,** Universidad Nacional de Educación a Distancia

**Lana Shehadeh,** Arab American University *Women in the Diaspora: Palestinian Self-Perception of the Colonial Experience*
**Matija Milicic,** Radboud University Nijmegen *Migration, Diaspora, and Narratives of Belonging: The Case of the Coptic Orthodox Communities in Europe*
**Andrea Shaheen Espinosa,** Arizona State University *The Syrian Diasporic Imaginary of the U.S. Southwest: Arabness, Anarchy, and Musical Identities*

**Susan J. Rasmussen,** University of Houston *The Role of Parent-Child and Intergenerational Relationships in Conversion Narratives of Diasporic Kabyle Converts in France*
**Hyun Jeong Ha,** Duke Kunshan University *Living Sectarianism: Negotiating Religious Identity among Contemporary Christians in Egypt*

## V-15: Regional Actors' Policies and Perceptions on the War in Palestine

Chair: **Mirna Lattouf,** Arizona State University

**Khalid Al Bostanji,** Australian National University *Turkey's Evolving Position on Palestine and Soft Power in the Arab Region*
**Elham Fakhro,** Exeter University *The Legacy of the Abraham Accords in the Wake of Gaza*
**Mate Szalai,** Corvinus University of Budapest *Omnibalancing and Virtual Enlargement - The Gulf States' Approach towards Gaza*
**Randall Fowler,** Abilene Christian University *From Reformer To Peacemaker: The Rhetorical Evolution of Mohammad bin Salman's Persona post-October 7*

## V-16: Material Culture in the Middle East

Chair: **Leticia R Rodriguez,** University of Houston

**Samira Fathi,** Michigan State University *Architectural Patronage and Biographic Dictionaries (Tazkira) in Post-Safavid Iran*
**Shaikhah Alsahli,** Kuwait University *From Paris to Cairo: Tracing the Evolution of the Muhandiskhanah between 1816 and 1854*
**Roxana Zenhari,** Georg August University *Tracing the Conventions of and Deviations from Manuscript Culture in the Lithographed Books of Saʿdi in the Persianate World*
**Dov Tamarkin,** Tel Aviv University *The Golden Dome and the Golden Ratio: What Makes the Dome of the Rock a Magnetic Shrine*
**Sheyda Aisha Khaymaz,** The University of Texas at Austin *Ethics of Discovery: Chronicling the Neolithic Art of Tassili n'Ajjer in the Twentieth Century*
**Maroun El Houkayem,** Duke University *Reassembling the Orient: Louis Cheikho and the Bibliothèque Orientale*

AAUP-01313

# SESSION V

11:30 AM – 1:30 PM (EST)
WEDNESDAY, NOVEMBER 13, 2024



## V-17: Teaching the Middle East

Chair: **Jonas M. Elbousty,** Yale University

**Pouye Khoshkhoosani,** Cincinnati Country Day School *Practices and Pedagogy: Making History of the Middle East More Accessible and Engaging for High School Students*

**Gisele El Khoury El Khoury,** St. Lawrence University *Utilizing Graphic Novels and Films to Teach Arab and Middle Eastern Studies in the Classroom*

**Sara Ann Knutson,** University of British Columbia *More than Pedagogy: "Students as Partners" in the Middle East History Classroom*

**Nevine Abraham,** Carnegie Mellon University *Towards Building Cross-Cultural Connections and Changing Perceptions: A Pedagogical Model*

**Marielle Risse,** Dhofar University *Conducting Research on the Arabian Peninsula: Creating Effective Interactions*

## V-18: Contesting Kurdistan: Land, Identity, and Culture

Chair: **Mario M. Ruiz,** Hofstra University

**Gong Chen,** Princeton University *A Kurdish Tribal Head's Maneuver in the Periphery: Haydranlı Hüseyin Paşa and the "Land Question", 1908-1914*

**Zehra Ayman,** Bogazici University *Forced Linguistic Assimilation and Linguicide Practices of the People's Houses' in Kurdish Provinces in the Early Republican Turkey: Domination, Resistance and Negotiation*

**Rojda Idil Arslan,** University of Connecticut *Reimagining the Kurdish Politics in Mehmed Uzun's Ronî Mîna Evînê Tarî Mîna Mirinê*

**Sirwan Renas,** University of Pennsylvania *A Comparative Analysis of Ernest Renan and Jemal Nebez's Conceptions of Nation*

## V-19: Dancing, Singing, Watching: The History of Popular Culture

Chair: *Volunteer needed*

**Pouya Nekouei Rizi,** University of Texas at Austin *Gender and Singing in Pahlavi Iran: Modern Feminine Culture and Masculine Politics in the Age of Pop Culture and Sight (1925–1979)*

**Nefertiti Takla,** Georgetown University *Raya and Sakina through the Ages: The Coloniality of Gender in Egyptian Film and Television*

**Shehram Mokhtar,** Northwestern University in Qatar *The Politics of the Popular: Coding Anti-Colonial Struggle in the Middle East in Pakistani Films*

**Karim Elhaies,** New York University *Old and New Tramps in Egyptian Cinema: The (Un)Making of an International Figure*

## V-20: Feminist Consciousness and Social Movements

Chair: *Volunteer needed*

**Mostafa Khalili,** Kyoto University *"Women, Life, Freedom" Protests from the Lens of Peripheries: A Comparative Analysis of the Perception of "National" and "Local" Among Iranian Kurds and Azerbaijanis*

**Fatemeh Moghaddam,** Syracuse University *Everyday Dissent: Teachers' Movement in Iran*

**Hajer Ben Hadj Salem,** Sultan Qaboos University *The Pilgrimage to Gender Equality in Tunisia after 2011: The Contentious History of a Founding Ideal*

AAUP-01314

# SESSION VI

2:30 – 4:30 PM (EST)
WEDNESDAY, NOVEMBER 13, 2024



## SPECIAL SESSION

### VI-01: Reimagining the Teach-In: Israel/Palestine Post October 7

Organizer: **Victoria Hightower,** University of North Georgia
Chair: **Jane Murphy,** Colorado College

**Marcus Smith,** Lindenwood University
**Kristi N. Barnwell,** University of Illinois at Springfield
**Awad Awad,** University of Illinois at Urbana-Champaign
**G. Carole Woodall,** University of Colorado at Colorado Springs
**Sahar Razavi,** California State University, Sacramento

## ROUNDTABLE

### VI-02: Rethinking Land, Money, the Company, and Property

Organizer: **Rana Baker,** King's College London

**Kristen Alff,** North Carolina State University
**Aaron G. Jakes,** University of Chicago
**Rana Baker,** King's College London
**Nada Moumtaz,** University of Toronto

## ROUNDTABLE

### VI-03: The Graveyard of Law: Interdisciplinary and Transnational Approaches to Palestine

Organizer/Chair: **Maya Mikdashi,** Rutgers, State University of New Jersey
Discussant: **Aslı Bâli,** Yale Law School

**Maya Mikdashi,** Rutgers, State University of New Jersey
**Lisa Hajjar,** University of California, Santa Barbara
**Noura Erakat,** Rutgers, State University of New Jersey

## ROUNDTABLE

### VI-04: Book Launch Roundtable: New Monograph on Iranian Social Protest through a Feminist Lens

Organizer: **Alborz Ghandehari,** University of Utah

**Alborz Ghandehari,** University of Utah
**Sa'ed Atshan,** Swarthmore College
**Shahrzad Mojab,** University of Toronto
**Serra Hakyemez,** University of Minnesota, Twin Cities
**Shahla Talebi,** Arizona State University

### VI-05: The Ginān Tradition Beyond the Liturgical: Reading the Gināns Seriously as Philosophical Theology

Organizer/Discussant: **Stephen Cúrto,** Claremont Graduate University
Chair: **Tazim R. Kassam,** Syracuse University

**Stephen Cúrto,** Claremont Graduate University *Vernacular Simplicitas Dei in the Satpanthī Gināns: The Godhead between Nirguṇa and Saguṇa"*
**Khalil Andani,** Augustana College *Imam, Avatāra, and Satgūru: The Imamology of the Ismaili Gināns*
**Wafi Momin,** Institute of Ismaili Studies *Salvific Visions and the Gināns*
**Tazim R. Kassam,** Syracuse University *Indic Ismaili Theology in the Garbis of Pir Shams*
**Perwaiz Hayat,** Concordia University *Sukhan-I Murshid – A Vehicle for Lāhūt*

### VI-06: Distortion and Marginalization of Black Voices in Arabic Literature and Arabic Language Education

**Sponsored by the Middle East Medievalists (MEM)**

Organizer: **Jennifer Tobkin,** George Washington University
Chair: **Rachel Schine,** University of Maryland, College Park

**Kristina Richardson,** University of Virginia *Black Enslavement at the Root of Sufi Devotional Practice*
**Jennifer Tobkin,** George Washington University *Kitāb al-Aghānī on the Two Black Poets Called Nuṣayb: An Abbasid Remix*
**Clarissa C. Burt,** US Naval Academy *Poetry from the Margin: Muhammad 'Abd al-Bārī Speaks Back, Transforming the Center*
**Ebtissam Oraby,** George Washington University *Black Language Varieties in Arabic Language Education*
**Mohammad Salama,** George Mason University *The Black Warrior: 'Antara ibn Shaddad and the Pre-Islamic Roots of Qur'anic Insights on Race and Identity*
**Naglaa Hussein,** George Mason University *The Quest for Identity in Haji Jabir's Black Foam*

# SESSION VI

**2:30 – 4:30 PM (EST)**
**WEDNESDAY, NOVEMBER 13, 2024**



## VI-07: Trans-regional and Cross-cultural Encounters in the Iranian Film Industry and Media History

Organizer/Discussant: **Farzaneh Ebrahimzadeh Holasu,** Michigan State University
Chair: **Kaveh Askari,** Michigan State University
Discussant: **Claire Cooley,** Tufts University

**Blake Atwood,** American University of Beirut *That Film from Tehran: A History of Co-Production between Iran and Lebanon*
**Kaveh Askari,** Michigan State University *Correspondent Expertise: Sardar Sager's Early Years in Tehran Film Studios*
**Farzaneh Ebrahimzadeh Holasu,** Michigan State University and **Rutuja Deshmuk,** Michigan State University *Circulation of Shirin-o-Farhad in Indo-Iranian Cinematic Landscape: Ephemera in the Absence of Film Text*
**Anupama Prabhala,** Loyola Marymount University *Indo-Persian Romance and Female Stardom in the Late Silent and Early Sound Era*

## VI-08: Gender Politics in Tunisia Following the Arab Spring

**Sponsored by the American Institute for Maghrib Studies (AIMS) and the Association for Middle East Women's Studies (AMEWS)**

Organizers: **Mounira Maya Charrad,** University of Texas at Austin, **Maro Youssef,** George Washington University
Discussant: **Rita Stephan,** North Carolina State University

**Maro Youssef,** George Washington University *Secular Feminist Coalitions during Democratization: Findings from Tunisia, 2011-2021*
**Hind Ahmed Zaki,** University of Connecticut *Veiled Transgressions: Afterlives of the Hijab Ban and the Paradoxes of State Feminism in Tunisia*
**Khedija Arfaoui,** Institut Supérieur des Langues de Tunis (ISLT) *Women's Associations in Tunisia Today*
**Mounira Maya Charrad,** University of Texas at Austin *Top Down, Bottom Up: A Path Analysis of Gender Politics in Tunisia*

## VI-09: The Institution of Waqf: New Perspectives

**Sponsored by the Ottoman and Turkish Studies Association (OTSA)**

Organizer: **Reda Rafei,** Texas Tech University

**Reda Rafei,** Texas Tech University *Dunia Wa Din: Gender Implications Of Waqf Establishment, Benefit, Management, And Pre-Mortem Planning*
**Madonna Aoun Ghazal,** University of California, Los Angeles *Waqf in Late Ottoman Beirut: Legal Practice and Gender*
**Dilyara Agisheva,** Georgetown University *Waqf in Transition and Shifting Legal Structures in Crimea Following the Russian Annexation in the Late 18th and Early 19th Centuries*
**Randi C. Deguilhem,** National Center for Scientific Research (CNRS) *Family Waqf as a Patriarchal Tool: An Upper Class Woman's Endowment for Her Husband's Nephews in 19th Century Damascus*

## VI-10: Immigration in Early Republican Turkey

Organizer: **Vladimir Hamed-Troyansky,** University of California, Santa Barbara
Chair/discussant: **Sarah D. Shields,** University of North Carolina at Chapel Hill

**Leyla Amzi-Erdogdular,** Rutgers University-Newark *Migration as Nation-Building: Turkey and Yugoslav Migration Between World Wars*
**Vladimir Hamed-Troyansky,** University of California, Santa Barbara *Who Was a Muhacir in Early Republican Turkey?*
**Gozde Emen Gokatalay,** Independent Scholar *Beyond Treaties: Comparative Perspectives on Independent and State Sponsored Immigrants from the Balkans to Republican Turkey*
**Ellinor Morack,** Otto-Friedrich University Bamberg *An Early Republican Pressure Group: The Case of Muslim Non-Exchangees in Turkey*

AAUP-01316

# SESSION VI

**2:30 – 4:30 PM (EST)**
**WEDNESDAY, NOVEMBER 13, 2024**



### VI-11: Geographies of Development, Order, and Memory in Modern Iraq

Organizer/Discussant: **Arran Walshe**, New York University
Organizers: **Michael Brill,** Princeton University, **Joseph Kotinsly**, University of Texas at Austin
Chair: **Keiko Sakai**, Chiba University

**Megan Ekstrom,** The University of Texas at Austin *Mobile Arrangements: Mapping Prostitution in Mid-Twentieth-Century Baghdad*
**Michael Brill,** Princeton University *In Memory of the Baʻth's Prophet: Commemorating Michel ʻAflaq in Baghdad*
**Joseph Kotinsly,** University of Texas at Austin *The Politics of Shi'i Suffering: the Iraqi Opposition Movement and the Rise of Shi'i Identity*
**Isadora Gotts,** King's College London *Hidden Geographies of Post-War Order: The Case of Reconstruction in Mosul*

### VI-12: The Problematics of Arabic Literary Translation

Organizer/Chair: **Jonas M. Elbousty,** Yale University

**Jonas M. Elbousty,** Yale University *Syrian Civil War and Poetry: Translating the Untranslatable*
**Touria Khannous,** Louisiana State University *Translating Race in Arabic Narratives*
**Rima Sadek,** Kenyon College *Problematics of Translating Vernacular Zajal*

### VI-13: Climate Justice in the Arab World: Resisting Colonialism, Extractivism, Occupation and Conflict

Organizer/Chair: **Marwa Daoudy,** Georgetown University

**Marwa Daoudy,** Georgetown University *Climate Security and Justice in the Arab World: Rethinking Vulnerability in the Context of Colonialism, War and Occupation*
**Noor Ghazal Aswad,** University of Alabama *Land as Protagonist: Resilience, Resistance, and Environmental Justice in the Syrian Conflict*
**Muna Dajani,** London School of Economics and Political Science *Decolonising Climate Justice – Reflections from Palestine*
**Zeinab Shuker,** Sam Houston State University *The Weaponization of the Environment in Warfare: The Changing Landscape of Iraq and Gaza*

### VI-14: Reeling War and Defeat in Middle East Cinema

Chair: *Volunteer needed*

**Dareen Hussein,** Ohio State University *After the Defeat: New Realism and the Aesthetics of Disillusionment in Arab Cinema after 1967*
**Ghida Anouti,** Massachusetts Institute of Technology *The Filmmaker's Archive: Historicity and Memory of the Lebanese Civil War*
**Soha Saghazadeh,** University of California, Santa Barbara *Down-to-Earth Cinema: Colonial Anti-Imperialism of the Islamic Republic of Iran's ʻAmmār Film Festival*

### VI-15: Practicing Science and Healing

Chair: **Melis Sulos,** Graduate Center, CUNY

**Seriyye Akan,** Binghamton University, SUNY *Women and Natural Sciences from the Late Ottoman Empire to the Turkish Republic*
**Ebru Erginbas,** Brown University *Building Blocks: State, Citizenship, and the Transformation of Child Health in the Late Ottoman and Early Republican Turkey*
**David Marshall,** Elon University *Folk Cures, Magic, and Healing in Sacred Landscapes in Palestine*
**Abigail Schoenfeld,** Princeton University *Anthropometrizing the Nation: Afet İnan, Physical Anthropology, and the Türk Tarih Tezi in High Kemalism, 1930-1940*
**Joakim Parslow,** University of Copenhagen *The Science of the Wayward Soul: Cybernetic Psychiatry and Religious Conservativism in Cold-War Turkey*

### VI-16: Capitalism and Spatial Inequality in Egypt and Tunisia

Chair: *Volunteer needed*

**Salma Abouelhussein,** Harvard University *Planning Work: How Egypt Planned Its Open-Door Policy (1980s-1990s)*
**Alaa Saad,** Johns Hopkins University *A State Theatre of Incoherent Performances: On Egypt's Labor Movement Against Privatization*
**Laurence O. Michalak,** University of California, Berkeley *The Informal Sector in Tunisia: Villain or Scapegoat?*

AAUP-01317

# SESSION VI

2:30 – 4:30 PM (EST)
WEDNESDAY, NOVEMBER 13, 2024

MESA 2024

## VI-17: Sectarian and Counter-Sectarian Identities in Lebanon

Chair: *Volunteer needed*

**Roxana Maria Aras,** University of Michigan, Ann Arbor *Heaven Starts from Earth: Welfare, Theology, and Sect in Lebanon*

**Jean-Michel Landry,** Carleton University *Marsillah of Jeita: Heresy within the Limits of Secular Reason*

**Ekrem Karakoc,** Binghamton University, SUNY *Unity in Diversity: Muslim and Christian Perspectives on Secularism in Lebanon*

**Jinan Al-Habbal,** London School of Economics and Political Science *Protesting Sectarianism: Lebanon's Thawrat Tishreen*

**Toni Rouhana,** University of York *A Meso-Level Analysis of Pre-Civil War Lebanon: Movement and Counter-Movement Dynamics*

## VI-18: Political Parties and Democratic Struggles

Chair: **Souad Ali,** Arizona State University

**Ayse Obali,** Graduate Center, CUNY *One Hundred Years of Neglect: A Look at AKP's Appeal in Poorer Provinces of Turkey*

**Yasmine Haiti,** University of Illinois at Chicago *Party Organization in Flux: A Dive into the Moroccan Party of Justice and Development*

**Selin Gumrukcu,** Rutgers, State University of New Jersey *Opposition from Abroad: Divergent Tactics of Opposition Parties in the Diaspora*

**Asli Elitsoy,** University of Copenhagen and **Yusuf Sarfati,** Illinois State University *The Politics of Minority Ethnoreligious Parties: A Comparative Perspective from Israel and Turkey*

**Aline Alencar,** University of Brasilia *Emergence of a Democratic Islamist Movement*

**Muhammet Akkus,** Binghamton University, SUNY *Varieties of Islamic Movements and Political Regime Preferences in Dual-Legitimacy Systems*

## SPECIAL SESSION
## VI-19: The Crisis in Sudan

**Organized by MESA Global Academy**

Chairs: **Marie Grace Brown,** University of Kansas, **Eve Troutt Powell,** University of Pennsylvania

**Huda Ahmed,** University of Khartoum
**Alden Young,** Yale University
**Malathe Ahmed,** PRODIG UMR, Paris

AAUP-01318

# SESSION VII

11:30 AM – 1:30 PM (EST)
THURSDAY, NOVEMBER 14, 2024



## SPECIAL SESSION

### VII-01: Mapping and Critiquing the Humanities in the Arab Region

**Organized by the Arab Council for the Social Sciences and MESA**

Organizer: **Seteney Shami,** Arab Council for the Social Sciences

**Elizabeth Suzanne Kassab,** Doha Institute for Graduate Studies
**Mohammed A. Bamyeh,** University of Pittsburgh
**Hoda Elsadda,** Cairo University
**Dina Rizk Khoury,** George Washington University

## ROUNDTABLE

### VII-02: Finding Palestine in Israeli Archives

**Sponsored by the Palestinian American Research Center (PARC)**

Organizers: **Basma Fahoum,** Ben-Gurion University of the Negev, **Shay Hazkani,** University of Maryland, College Park

**Basma Fahoum,** Ben-Gurion University of the Negev
**Mezna Qato,** University of Cambridge
**Shay Hazkani,** University of Maryland, College Park
**Leena Dallasheh,** Independent Scholar
**Nimrod Ben Zeev,** Tel Aviv University

## ROUNDTABLE

### VII-03: Forced Displacement, Gender and Vulnerability: SWANA Migrants in Europe

Organizer: **Sophie Richter-Devroe,** Hamad Bin Khalifa University
Chair: **Veronica Buffon,** Hamad Bin Khalifa University

**Sophie Richter-Devroe,** Hamad Bin Khalifa University
**Veronica Buffon,** Hamad Bin Khalifa University
**Magdalena Suerbaum,** University of Bielefeld
**Khadija Islow,** Hamad Bin Khalifa University
**Hatim Rachdi,** Hamad Bin Khalifa University

### VII-04: Ottoman Encounters with Byzantine Heritage and Its Transformations

Organizers: **Ceren Abi,** Kadir Has University, **Artemis Papatheodorou,** Harvard University
Chair: **Ceren Abi,** Kadir Has University

**Ceren Abi,** Kadir Has University *Perceptions and Engagements with Antiquities of the Peoples of the Ottoman Empire*
**Nilay Ozlu,** Istanbul Technical University *Ottoman Reception of Byzantine Heritage: The Use, Reuse, and Museumification of Pre-Ottoman Remains in Topkapı Palace*
**Artemis Papatheodorou,** Harvard University *A Late Ottoman Intellectual on the Chora Monastery: Mehmed Ziya's Book on "Ka'riye Cami-i Şerifi" in Context*
**Firuzan Melike Sumertas,** Independent *From Antiquarianism to Urban Archaeology: Byzantine Heritage of Istanbul in the Nineteenth Century*

### VII-05: New Explorations in Mamlūk History from Cairo to Jerusalem and Mecca: Archival Practices, Regional Perspectives, Autobiographical Sketches, and Legitimizing Biographies

**Sponsored by the Middle East Medievalists (MEM)**

Organizers: **Camelia Suleiman,** Michigan State University
Chair/Discussant: **Russell Lucas,** Michigan State University

**Bogdan Smarandache,** University of Liege *"We Are with the Sultan": Revisiting the Termination of the Frankish-Mamluk Truce of 682 AH/1283 AD*
**Kaori Otsuya,** Tokyo University of Foreign Studies *Mediating Competing Claims of Legitimacy in a Contact Zone: Al-Fāsī's Adoption of Syro-Egyptian and Yemeni Perspectives*
**Fadi Ragheb,** University of Toronto *What Do We Know About the Life and Career of Mujīr al-Dīn al-ʿUlaymī? Reconstructing the Biography of the Maqdisī Chronicler from His Jerusalem History al-Uns al-jalīl bi-taʼrīkh al-Quds wa-al-Khalīl*
**Christian Mauder,** Freie Universitat Berlin *The Birth and Early Life of the Mamluk Sultan Qānisawh al-Ghawrī (r. 1501-1516) According to Unpublished Biographical Sources*

AAUP-01319

# SESSION VII

**11:30 AM - 1:30 PM (EST)**
**THURSDAY, NOVEMBER 14, 2024**



## VII-06: Alternative Orientalist Perspectives on Palestine and Israel

Organizers/Discussants: **Fadi Ragheb,** University of Toronto, **Bogdan Smarandache,** University of Liege

**Camelia Suleiman,** Michigan State University *Ethnography of Arabic at Israeli Higher Education*

**Amit Levy,** University of Haifa *From Beirut with Love: Young Zionist Orientalists at the AUB, 1930–1940*

**Irina Piippo,** University of Helsinki *On Heikki Palva and Late 20th Century Finnish and Nordic Oriental Studies: Exploring Dialects of the Arab East*

**Hannu Juusola,** University of Helsinki *Finnish Orientalism in the 21 Century*

**Mustafa Kabha,** Open University of Israel *An Eastern Critique of Orientalism Prior to Edward Said: A Reference to the Theories of 'Abd Latif Tibawi*

## VII-07: Frontiers of Resource Extraction in the Modern Middle East

Organizers: **Guillemette Crouzet**, European University Institute, **Shira Pinhas**, Princeton University

**Shira Pinhas,** Princeton University *Brothers in Arms: Late-Imperial Economic Development and Armament in Mandate Palestine*

**Guillemette Crouzet,** European University Institute *Oil, Environment and Empire: The British and the Bakhtiari in Early Twentieth-Century Persia*

**Dotan Halevy,** Van Leer Jerusalem Institute *The Commodification of Sand, Mediterranean Urbanization, and Settler-Imagined Nature*

## VII-08: Radical Linkages: Shifts and Continuities among Maghrebi Lefts

Organizer/Chair: **Mark Drury**, The Graduate Center, CUNY

Organizer: **Khalil Dahbi**, German Institute of Global and Area Studies

**Mark Drury,** The Graduate Center, CUNY *The Making and Unmaking of the Mauritanian Kadehine Movement*

**Benjamin Jones,** Georgetown University *Decolonial Deserts: Revolutionary Environmental Imaginaries in the Writings of Muhammad Qashat*

**Martina Biondi,** University of Maryland, College Park *Contesting Comrades. Orthodoxy, Negotiations, and Disengagement of the Moroccan Marxist-Leninist Women (1965-1992)*

**Khalil Dahbi,** German Institute of Global and Area Studies (GIGA) *Red Shades of Green: Ecological Narratives of the Moroccan Radical Left*

## VII-09: Cooperatives in the Arab World

Organizer: **Max Ajl**, Ghent University
Discussant: **Yasmine Zarhloule**, University of Oxford

**Max Ajl,** Ghent University *The Untaken Path in Tunisian Cooperative Planning*

**Sami Zemni,** Ghent University and **Haithem Gasmi,** Ghent University *The Politics of Cooperatives in Tunisia in the 1960s: A Study of State Intervention, Social Transformation, and Economic Development*

**Faiq Mari,** ETH Zurich *The Commons of Palestinian Liberation Struggle*

## VII-10: Evolving Expressions of Belonging in the UAE

**Organized under the auspices of American University of Sharjah**

Organizer/Chair: **Bethany Shockley**, American University of Sharjah

**Mohammad Siddiqui,** American University of Sharjah *Deconstructing Dichotomies: Understanding South Asian Immigration to the UAE Beyond Economics*

**Michael Ewers,** University of North Carolina at Charlotte *Migrant Bargaining via Social Networks in the UAE: The Role of Wasta*

**Bethany Shockley,** American University of Sharjah *Belonging Across Generations and Geographies: Evolving Attachment to the UAE*

**Sarah Zahaf,** Independent Scholar *Third, Fourth, or Fifth Culture Individuals?: Defining Belonging as a Complex-Culture Individual in the UAE*

AAUP-01320

# SESSION VII

**11:30 AM – 1:30 PM (EST)**
**THURSDAY, NOVEMBER 14, 2024**



## VII-11: Legal Pluralism and Women's Status in Muslim Majority/Minority Contexts

Organizer: **Joel Hanisek**, University of Galway

**Joel Hanisek,** University of Galway *A Contemporary Analysis of Fatwas in Europe in Relation to Socio-religious Practice and National Policies*

**Nazife Kosukoğlu,** University of Galway *Resisting Impunity: Honor Killings and Ottoman Judicial Decision-Making in the Second Constitutional Period*

**Afrooz Maghzi,** Max Planck Institute for Social Anthropology *Religion-Based Legal Pluralism under Iranian Law and Its Impact on Women from Religious Minorities*

## VII-12: Expressions of the Medieval Self

Chair: *Volunteer needed*

**Ahmed Sheir,** Trinity College Dublin *The Crusaders' Capture of "Jerusalem" in 1099: Revealing Jewish and Islamic Lament through Genizah Fragments and Arabic Sources*

**Allen Fromherz,** Georgia State University *A Martyr to Eloquence - The Re-imagining of Ibn al-Khatib of Granada*

**Mustafa Roker,** Aljamea tus Saifiyah *Reading Emotions in Math̲ālib Literature - A Study of Ibn Shahrāshūb's Math̲ālib al-Nawāṣib*

**Pei-Chen Tsung,** National Chengchi University *Unveiling the Time Image in the Self-Elegy of Mālik b. al-Rayb*

**Gamze Akbaş,** Ohio State University *Contrasting Approaches to Women's Power in Islamic Political Writing: 'Umara al-Yamani's History of Yemen and Nizam al-Mulk's Book of Government*

## VII-13: Melodious Resistance: Music, Politics, and Pedagogy

Chair: *Volunteer needed*

**Michael A. Frishkopf,** University of Alberta *Egyptian Radio and Musical Collaboration: Applying Social Network Analysis towards a Deeper Understanding of Egypt's Musical History*

**Yara Salahiddeen,** King's College London *Songbooks - Music Publishing and Literacy in Egypt at the Turn of the 20th Century*

**Melissa Scott,** Carleton College *Humanitarian Power and Pedagogy in Arab Music: The Case of Jordan*

**Reem M. Hilal,** Allegheny College *Bearing Witness to Trauma: Music and Resistance*

**Kira Weiss,** University of California, Santa Barbara National *Sentiment(ality) and the Spirit: Underpinnings of Pan-Arab Nationalism in Music*

**Sophie Frankford,** Center for Economic, Judicial, and Social Study and Documentation (CEDEJ) *Between Welfare and Exclusion: The Shifting Role of Egypt's Musicians' Syndicate*

## VII-14: The Written Word

Chair: *Volunteer needed*

**Ioana Feodorov,** Institute for Southeast European Studies/TYPARABIC Project *Pioneers of Arabic Printing in the Middle East: Athanasios Dabbas and Sylvester of Antioch*

**Dimitrios Stergiopoulos,** University of California, San Diego *Embracing Change: Bankers, Politicians, and Journalists in the Era of Ottoman Reforms*

**Aytek Soner Alpan,** Simon Fraser University *The Last "Karamanlidika" Newspaper in the Ottoman Empire: Nea Anatoli*

**Natalie Kraneiss,** University of Münster *The Production and Dissemination of Genealogical Knowledge through Hagiographical Literature*

**Nimet İpek,** Sabanci University *What a Library Means to an Ottoman Sultan: Galatasarayı Library (f. 1754) as a Quasi-Palatine Library and Its Historical Connotations*

**Arlen Wiesenthal,** University of Chicago *Writing City, Self, and Court in the Abode of the Sultanate: The Diary of Sıdkı Mustafa Efendi as a Source for Istanbul's Social History of Monarchy in the Eighteenth Century*

## VII-15: Islamic Poetics

Chair: **Sarah R. Bin Tyeer,** Colulmbia University

**Jens Inden,** University of Texas at Austin *Re-reading Mulayḥ b. al-Ḥakam's The Ode of Shammā'*

**Hossein Salimian Rizi,** University of Vienna *The Interplay Between the Beloved's Femininity and the Speakers' Fana in Hafiz's Ghazals*

**Avigail Noy,** The University of Texas at Austin *Qur'anic Rhythm in Classical Arabic Poetry: The Case of Poetic Fawāṣil*

**Alessia Dal Bianco,** Sapienza University of Rome *The Arabic Sources of Sirāj al-Dīn 'Alī Khān Ārzū's Pioneering Work on Persian Rhetoric*

AAUP-01321

# SESSION VII

11:30 AM – 1:30 PM (EST)
THURSDAY, NOVEMBER 14, 2024



**Anna Galietti,** Stanford University *What is the Classical Arabic Literary Canon?*

**Alena Kulinich,** Seoul National University *The Riches Versus Poverty Debate in Classical Sufi Manuals (10th – 12th centuries CE)*

## VII-16: Nature and the Non-human in Muslim Thought

Chair: **Richard McGregor,** Vanderbilt University

**Munia Hweidi,** Sophia University *Voices of the Desert and the Sea: Literature and the Environment in the Works of Abdelrahman Munif and Ishimure Michiko*

**Jens Schmitt,** University of Wurzburg *Domestic and Wild Animals – Shifting Constellations*

**Aysenur Cam,** Princeton University *The Problem of Nature in Classical Qur'anic Commentaries*

**Mustafa Diwan,** Harvard Divinity School *A Tale of Two Endings: The Animal Fable in the Rasāil Ikhwān Al Ṣafā.*

**Jörg Matthias Determann,** Virginia Commonwealth University *Middle Eastern Cultures, Islam and Extraterrestrial Life*

## VII-17: Leisure Pursuits from the 18th Century to the Contemporary

Chair: *Volunteer needed*

**Juan Ramirez,** Georgetown University *Tourism in Tunisia after Fifty Years of French Occupation: French Colonial Capitalism in Interwar Tunisia*

**Hale Yılmaz,** Southern Illinois University Carbondale *Roma Women, Gender, and Entertainment in Recent Turkish Fairs*

**Hala Qasqas,** University of Victoria *Unravelling the Socio-Urban Tapestry: Architectural Narratives and Cultural Insights from the 18th-Century Coffeehouses of Damascus*

**Abdulla Al-Etaibi,** Qatar University/Australian National University *Contestation over Traditional Spaces: Camel Races, Festivals, and Markets in the Gulf*

**Vish Sakthivel,** College of Charleston *Algerian Muslim Scouts: From "Soldiers of the Future" to Islamist Youth*

## VII-18: Muslim Identities in Contemporary Turkey

Chair: *Volunteer needed*

**Tunahan Yıldız,** Middle East Technical University *Propagating Turkey's Leadership of Muslims: Exceptionalism in Turkish Islamism*

**Zuheyla Izin,** Concordia University *Voluntary Unveiling and Political Protest in Turkey: Denouncing or Reclaiming Religion?*

**Hiba Irmak Kir,** American University *Rethinking Civil Society in Turkey: The Relationship between the Syrian NGOS in Istanbul and the Turkish State*

**Nora Fisher-Onar,** University of San Francisco *Contesting Pluralism(s): Islamism, Liberalism and Nationalism in Turkey and Beyond*

## VII-19: Authoritarian Upgrading Strategies

Chair: **Adam Almqvist,** University of Chicago

**Sumaya Malas,** University of Pennsylvania *The Dictator's Foreign Friends: Foreign Support and Authoritarian Power Sharing*

**Solava Ibrahim,** Anglia Ruskin University *One Step Forward, Many Steps Back: Why Settle for a New Authoritarian Social Contract in Egypt?*

**Sarah Bassisseh,** University of Tuebingen *Civil Society in Transition: Venues of Political Participation under Transforming Authoritarian Regimes of the Middle East*

**Lisel Hintz,** Johns Hopkins University *What's Past Is Pro-Regime Prologue: History-Themed Videos as Populist Authoritarian Legitimation Tool*

**Anthony Allison,** Australian National University *Contesting Goddesses and Goats: Authoritarian Responsiveness and Socio-cultural Demands in the Gulf Monarchies*

**Alex Norris,** University of Texas at Austin *Paths out of the Coup Trap: Evidence from Syria, Sudan, and Iraq*

AAUP-01322

# SESSION VIII
### 2:30 – 4:30 PM (EST)
### THURSDAY, NOVEMBER 14, 2024



## ROUNDTABLE
### VIII-01: Practical and Innovative Pedagogies in the Middle East Studies Classroom

**Organized by MESA's Committee for Undergraduate Middle East Studies (CUMES)**

Organizer/Chair: **Victoria Hightower**, University of North Georgia

**Victoria Hightower,** University of North Georgia
**Claire Panetta,** Barnard College
**Sean Foley,** Middle Tennessee State University
**Levi Thompson,** University of Texas at Austin
**Marcus Smith,** Lindenwood University
**Shuang Wen,** New York University

## ROUNDTABLE
### VIII-02: Oceanic Arabia: Promises and Pitfalls in a New Paradigm

Organizer/Chair: **Fahad Bishara**, University of Virginia
Organizer: **Ahmed Almaazmi**, Princeton University

**Nancy Ajung Um,** Getty Research Institute
**Fahad Bishara,** University of Virginia
**Michael Christopher Low,** University of Utah
**Ahmed Almaazmi,** Princeton University
**Tamara Fernando,** Stony Brook University, SUNY
**Mandana E. Limbert,** Queens College, CUNY

### VIII-03: Decolonizing Research/Politicizing Ethics

Organizer/Chair: **Lila Abu-Lughod**, Columbia University

**Zahra Ali,** Rutgers, State University of New Jersey *Politicizing Ethics: Decolonizing Research on Iraq*
**Nadia Fadil,** KU Leuven *The Ethics and Pragmatics of Ethnographic Refusal/Acceptance: Making Sense in Common*
**Ali Abdullatif Ahmida,** University of New England *Confronting Silence and Cover-Up of the Colonial Genocide in Libya: Italian Fascism from the Standpoint of its Victims*
**Sara Ababneh,** The University of Sheffield *Ethics of Knowledge Extraction and Production Reflections on So-Called Decolonial Research Projects*
**Yara Sa'di-Ibraheem,** Polonsky Academy *Producing Rooted Knowledge: Predicaments of Palestinians Positioned in Israeli Universities*

**Zakia Salime,** Rutgers, State University of New Jersey *Decolonizing the Race Debate about North Africa*

### VIII-04: Were We Ever Modern?: Being in/on/of Time in MENA Writings

Organizer/Chair: **Annie Greene**, University of Utah
Organizer: **Rachel Schine**, University of Maryland, College Park

**Rachel Schine,** University of Maryland, College Park *Critical Chronotopes in Popular Arabic Literature: Resolving the Past and Reimagining the Future*
**Tom Abi Samra,** Princeton University *Remembering Abbasid Literature in Ottoman Syria: Manjak Bāshā's Muʿāraḍāt of Abū Firās al-Ḥamdānī's Rūmiyyāt*
**Annie Greene,** University of Utah *Dis/located in Iraq: Translating History and Versifying Stagnation*
**Kevin Jones,** University of Georgia *Lineages of Modernity: Race, Sect, and Nation in the Modern Iraqi Shu'ubiyya Debates*

### VIII-05: Gender and Knowledge in Islam

Organizer: **Du Fei**, Cornell University
Chair/Discussant: **Kathryn Babayan**, University of Michigan, Ann Arbor

**Du Fei,** Cornell University *Thinking with Kulthūm Nana: 'Aqā'id al-nisā' and Women's Knowledge in Islam*
**Sara Abdel-Latif,** McGill University *Medieval Female Donors and the Rise of Gender-Segregated Sufi Spaces*
**Aziza Shanazarova,** Columbia University *Beyond the Veil: The Central Asian Adaptation of the 'Aqā'id al-nisā'*

### VIII-06: Theorizing from a Crossroads: Ethnographic and Historical Approaches to Jordan

Organizers: **Tariq Adely**, George Washington University, **Eliza Marks**, Graduate Center, CUNY

**Tariq Adely,** George Washington University *Crafting Arabic: The Politics and Ethics of Making Language into Data in Amman's Tech Sector*
**Eliza Marks,** Graduate Center, CUNY *Articulating the In-between: Curating "Experimental" Sound Spaces in Amman, Jordan*
**Samar Saeed,** Georgetown University *Beyond Battlegrounds: Uncovering the Socio-Cultural Impact of the Palestinian Revolution on Jordan in the 1960s and 1970s*

AAUP-01323

# SESSION VIII

2:30 – 4:30 PM (EST)
THURSDAY, NOVEMBER 14, 2024



**Alex Jreisat,** University of Michigan, Ann Arbor *The Adwani Connection: Affective Geographies of Smuggling Across the Jordan River*

## VIII-07: Gendered Reading and Fearless Teaching of Palestinian Fiction, Film, Memoir, and Poetry

Organizer/Chair: **Mohja Kahf**, University of Arkansas

**Mohja Kahf,** University of Arkansas *Syllabus-Building a Course Centering Queerness and Gender in Palestinian Literature in an Anti-BDS Campus Climate during Genocidal Times*
**Nadine Sinno,** Virginia Polytechnic Institute *"Even Cows Have Failed to Escape this War": Precarious Environments in Palestinian Literature and Film*
**Sarah Hudson Pipinich,** Tulsa Community College *Palestinian Film through a Postcolonial Ecocritical Lens: The Films of Elia Suleiman*
**Manal Al-Natour,** West Virginia University *Memory, Home, and Identity in Palestinian Resistance Literature*
**George Abraham,** Northwestern University *Palestinian Spectrality: Teaching Poetry in a Palestinian Catastrophe*
**Ghadir Zannoun,** University of Kentucky *Spirituality, Gender, and Palestinian Nationalist Discourse in Zeina Ghandour's The Honey*

## VIII-08: The Moral Worlds of The Political Regime in Turkey

Organizer: **Yasemin Taskin Alp**, University of California, San Diego
Discussant: **Yagmur Karakaya**, Yale University

**Yasemin Taskin Alp,** University of California, San Diego *Islamic Preschools in Turkey: Competing Norms and Values in Education*
**Deniz Basar,** Bogazici University *A Political Turn for AKP? The Case Study of Sinan Opera*
**Ceren Deniz,** Max Planck Institute for Social Anthropology *Religious Practice at the Workplace: Reconciliation, Negotiation and Conflict in AKP's Turkey*
**Basak Gemici,** University of Michigan, Ann Arbor *Meaning-Making as a Social Force in Prolonging Authoritarian Populism*
**Ibrahim Oker,** Union College *"Distorted Perceptions" of Prosperity: Consumer Credits and AKP Support in Turkey*

## VIII-09: A Phytogeography of Magic: Migrations of Islamicate Talismanic Plants

Organized under the auspices of Substantial Motion Research Network

Organizer: **Laura Marks**, Simon Fraser University
Discussant: **Matthew Melvin-Koushki**, University of South Carolina

**Laura Marks,** Simon Fraser University *Travels of Saffron, Hellebore, and Other Plants in Early Modern Astral Magic*
**Mila Zuo,** University of British Columbia *Cinna-matic Aesthetics: Towards the Possibilities of Chinese-Islamic Cosmological Cinemas*
**Farshid Kazemi,** Simon Fraser University *Cinema as an Opium Dream: Persian Plant Magic, Altered States and the Audio-Visual Sensorium of Early Cinema Spectatorship*
**Radek Przedpelski,** Trinity College Dublin *Plant Magic in Polish-Tatar Practices: Notes on an Absence*

## VIII-10: Financial Crisis and Sovereignty in the Late Ottoman Arab World

Organizer: **Aviv Derri**, New York University
Chair/Discussant: **Sherene Seikaly**, University of California, Santa Barbara

**Julia Elyachar,** Princeton University *The Ottoman Sarraf as a Theory-Machine of Finance*
**Aviv Derri,** New York University *The Promise and Peril of Public Debt: A View from Late Ottoman Palestine on Sovereignty and Financial Investment*
**Nora Barakat,** Stanford University *Avoiding the Fate of Egypt: Finance, Development and Sovereignty in Late Ottoman Economic Thought*
**Elizabeth Williams,** University of Massachusetts Lowell *The Developmentalist State on the Desert's Edge: A Vision for Ottoman Economic Sovereignty from the Margins of Cultivation*

AAUP-01324

# SESSION VIII

**2:30 – 4:30 PM (EST)**
THURSDAY, NOVEMBER 14, 2024



## VIII-11: Towards a Feminist Artificial Intelligence (AI): Critical Studies on LLMs, Surveillance, Algorithmic Bias, and Social Justice

**Organized under the auspices of Network of Arab Women in AI**

Organizer: **VJ Um Amel**, University of California, Santa Barbara

**VJ Um Amel,** University of California, Santa Barbara *Surveillance AI, Occupation, and Glitch Resistance in Palestine*
**Azza El-Masri,** University of Texas at Austin *A Gendered Approach to AI Translational Datasets: Examining Google Translate and ChatGPT's Arabic-English Processes*
**Mai ElSherief,** Northeastern University *What Is a Feminist Language Model?*

## VIII-12: A Road to the Future: Infrastructure in the Middle East

Chair: *Volunteer needed*

**Sumeyye Kocaman,** University of Oxford *A Transport Revolution Unfolding? Transport Capitalism and Democratisation in Late Ottoman Era*
**Secil Binboga,** University of Minnesota, Twin Cities *Cold War Space: Infrastructures, Territories, Images*
**Morad Roohi,** Queen's University at Kingston *On the Imperial Roads to National-Colonialism; Iranian and Iraqi National Armies on the British Roads to Occupy Kurdistan*
**Sertac Sen,** Brown University *Something Wicked this Way Comes: Infrastructural Ideology and the Ambivalence of Infrastructures in Turkey from the Late Ottoman Period to the Cold War*
**Kaveh Niazi,** Stanford Online High School *Multilingualism in a Technical Manual on the Aqueducts of Irāq-i ʿajam*
**Stefan Peychev,** Independent Scholar *From Banyabaşı to Bath Square: The Ottoman Legacy in Water Management and the Negotiation of Urban Space in Modern Sofia*

## VIII-13: Human Geographies and Mobilities

Chair: *Volunteer needed*

**James H. Meyer,** Montana State University *Unwanted Guests: Russian Refugees in Interwar Turkey*
**Alika Zangieva,** Princeton University *Russian Muslims at the Service of the Sultan*
**Oya Aktas,** University of Washington, Seattle *Mapping Armenian and Jewish interactions in late Ottoman Istanbul*
**Anthony Edwards,** Washington and Lee University *ʿAbdallah Witwat: A Laborer and Layman of the Arab Nahḍa*

## VIII-14: Representing the State

Chair: *Volunteer needed*

**Nihat Celik,** San Diego State University *Jurist and Diplomat: The Life and Career of Müftîzâde Ahmed (d.1791)*
**Charles L. Wilkins,** Wake Forest University *Provincial Governors as Judicial Authorities: The Assessment and Collection of Legal Fines in 17th-Century Ottoman Aleppo and Diyarbakir*
**Marissa Smit-Bose,** University of Cambridge *Between Venice and Rome: Re-assessing Mantuan-Ottoman Diplomacy in the Reign of Bayezid II*
**Thomas A. Carlson,** Oklahoma State University *Beyond Relevance or Irrelevance: The Social Function of Law and Jurists in Late Medieval Egypt*
**Geoffrey Levin,** Emory University *The Diplomat from Palestine: The Lost History (and Forgotten Archive) of Fayez Sayegh*

## VIII-15: Iran in the Diasporic Activism and Imagination

Chair: *Volunteer needed*

**Sheida Besozzi,** University of the Basque Country *Mujer, Vida y Libertad: Iranians in Spain Practicing Resistance*
**Camron M. Amin,** University of Michigan, Dearborn *Iran Specialists in the US Respond to the Muslim Ban, Covid, Women.Life.Freedom, and Gaza*
**Bahareh Badiei,** Rutgers, State University of New Jersey *Mediatizing or Datafying Iranian Women's Struggles? The #WhiteWednesdays Campaign, the Economies of Visibility, and Suffering of the Other Women*

# SESSION VIII

**2:30 – 4:30 PM (EST)**
**THURSDAY, NOVEMBER 14, 2024**



**Zia Khoshsirat,** University of California, Los Angeles *Negotiating Ethnoreligious Perceptions in Everyday Lives of The Iranians in Los Angeles*

**Shiva Mazrouei,** McMaster University *Mapping Our Belonging: 1.5-Generation Iranians' Experiences of Belonging in Toronto and Istanbul*

## VIII-16: Legal Frameworks

Chair: **Elias G. Saba**, Grinnell College

**Abderrahmane Zaatri,** WWU Münster *Early Ẓāhirī Jurisprudential Exegesis: Notes on "Nukat al-Qurʾān al-dāllah ʿalá al-bayān fī anwāʿ al-ʿulūm wa-al-aḥkām" by Abū al-Ḥasan al-Karajī al-Qaṣṣāb*

**Grace Bickers,** Columbia University *Knowledge and Testimony in Early Hanafi Fiqh*

**Heather Sweetser,** University of New Mexico and **Zachary Manning,** University of New Mexico *Haram to Halal: The Brewing of Coffee Consensus in Islamic Law*

## VIII-17: Politics of Visual and Literary Representation

Chair: *Volunteer needed*

**Didem Seyis,** Binghamton University, SUNY *Producing Personality Cults: Multimodal Analysis of Regime-Disseminated Videos*

**Mohammed Alrmizan,** City University of London *Turkish International Media and the Middle East: The TRT between Political Communication and Public Diplomacy*

**Maria Swanson,** US Naval Academy *The Evolution of Image of the U.S.S.R. and Russia in Morocco and the Image of Morocco in the U.S.S.R. and Russia in 1950-2020*

**Spencer Segalla,** University of Tampa *How Gavin Maxwell Became an FLN Agent and an Advocate for the Moroccan Monarchy, Sort of: Public Relations Networks, Journalistic Access and Imperialist Travel Writing in the Era of Decolonization*

**Julie Fairbanks,** Coe College *Reading Signs in Amman*

## VIII-18: Violence and Displacement Against Minoritized Groups

Chair: *Volunteer needed*

**Mary Jane Moutsanas,** UC Berkeley *1955 Pogrom and the Question of Repair: An Intersectional Model*

**Fiona McCallum,** University of St. Andrews *Understanding Church-State Relations in Syria through the Prism of the 'Neo-Millet'*

**Anna Filipi,** Charles University in Prague *Syrian Druze Community during Popular Uprisings and Civil War*

**Diane E. King,** University of Kentucky *State Layers, Resiliency, and Community Life in the Zones of Islamic State Displacement*

**Gregory Kruczek,** Pennsylvania State University *Carrots and Sticks: The Kurdistan Regional Government's Use of Minorities in the Drive for Statehood (2003-2017)*

## WORKSHOP
## VIII-19: Framing Gender, Feminism, and Terrorism

**Organized by MESA Global Academy**

Chair: **Sherene Razack,** UCLA

**Leyla Tajer,** Independent Scholar *Revisiting Sex and Gender: Transgender Inclusivity in Iranian Shia Jurisprudence*

**Shada Bokir,** University of Vienna *Sitārah: Exploring the Transformation of Yemeni Women's Dress Code over Time via Boushra Almutawakel's Photography*

**Katty Alhayek,** Toronto Metropolitan University *Intersectionality and Solidarity in Syrian Feminist Media Activism*

**Hatem Al-Shamea,** Independent Scholar *Rereading Terrorism: A Search in the Shadows of Religion*

AAUP-01326

# SESSION IX

11:30 AM - 1:30 PM (EST)
FRIDAY, NOVEMBER 15, 2024



## ROUNDTABLE

### IX-01: Challenges of Solidarity: In Queer/Digital/ BLM Palestine Movements

**Sponsored by the Arab American Studies Association (AASA)**

Organizer: **Kimberly W. Segall,** Seattle Pacific University
Chair: **Danielle Haque,** Minnesota State University, Mankato
Discussant: **Charlotte Karem Albrecht,** University of Michigan, Ann Arbor

**Kimberly W. Segall,** Seattle Pacific University
**Randa Tawil,** Texas Christian University
**Sara Shaban,** Seattle Pacific University
**Sa'ed Atshan,** Swarthmore College

## ROUNDTABLE

### IX-02: Conducting Fieldwork on Sex, Sexuality, and Sexual and Reproductive Health in the Middle East and North Africa: Part 2

Organizer/Chair: **Angel M. Foster,** University of Ottawa
Organizer/Chair: **Lisa L. Wynn,** Macquarie University

**Sabrine Chengane,** University of Ottawa / GRAS-Université Oran
**Mariam Omar,** University of Ottawa
**Javid Riahi,** Harvard University
**Younes Saramifar,** Vrije Universiteit Amsterdam

## ROUNDTABLE

### IX-03: The Global Palestine and the Formation of the Axis of Resistance

Organizers: **Maryam Alemzadeh,** University of Oxford,
**Mohammad Ataie,** University of Massachusetts Amherst

**Mohammad Ataie,** University of Massachusetts Amherst
**Maryam Alemzadeh,** University of Oxford
**Antonella Acinapura,** University of Oxford
**Susann Kassem,** University of Oxford

### IX-04: Dynamics of Islamic Governance and Statehood in Zaydi Yemen: Legal Theory and Political Practice

**Sponsored by the American Institute for Yemeni Studies (AIYS)**

Chair/Discussant: **Najam Haider,** Barnard College

**Ebrahim Mansoor,** University of Bergen *Between Tradition and Transition: Imām Sharaf al-Dīn's Athmār al-Azhār and the Temporary Shift in 10th/16th Century Zaydi Fiqh*
**Ekaterina Pukhovaia,** Utrecht University *Innovating the Zaydi Political Order: The Will of Imam Yaḥyā Sharaf al-Dīn (d. 965/1557)*
**Eirik Hovden,** University of Bergen *Who Can Appoint the Zaydi Imam? Changing the Rules ca. 1400-1550 CE*
**Kerstin Hünefeld,** The Hebrew University of Jerusalem *Zaydi Fiqh and Its Political Dimension: The Forced Conversion of Jewish Orphans as a Symptom of Insurgency against the Qāsimid State?*

### IX-05: The Politics and Discourses of Reform: Case Studies from the Middle East in the Arab Uprisings and their Aftermath

Organizer: **Mulki Al-Sharmani,** University of Helsinki
Chair: **Tiina Hyyppä,** University of Helsinki
Discussant: **Nathan J. Brown,** George Washington University

**Mulki Al-Sharmani,** University of Helsinki *The Egyptian Religious Establishment and Post 2011 Reform Initiatives for the Family: What is Being Reformed?*
**Tiina Hyyppä,** University of Helsinki *Normalization As a Foreign Policy Tool*
**Sofia Smith,** University of Chicago *"Who Is Going to Reform This Country?": Call in Radio, Complaint, and Celebrity as Tools of Conservative Politics in Jordan*

AAUP-01327

# SESSION IX

11:30 AM - 1:30 PM (EST)
FRIDAY, NOVEMBER 15, 2024



### IX-06: Arabic Literary Terms – Changing Semantics between the Classical Period and Modernity

Organizer/Chair: **Johannes Stephan,** Freie Universitat Berlin

**Haifa Alfaisal,** King Saud University *Inqtiqād, Inḥiṭāṭ and the Rise of Early Modern Arabic Literary Criticism*
**Lara Harb,** Princeton University *Revisiting Majāz: The Aesthetics of Interpretation*
**Enass Khansa,** Harvard University *Ikhtiyār in Arabic Premodern Literature*
**Johannes Stephan,** Freie Universitat Berlin *Expanding the Boundaries of Literature. Adab in the Writings of Ibn al-Muqaffaʿ and Ibn Qutayba*

### IX-07: Islamic Cultural Heritage and Museums of the Middle East

Organizer/Chair: **Sarina Wakefield,** University of Leicester

**Sarina Wakefield,** University of Leicester *Cultural Heritage at the Airport: The Islamic Arts Biennial in Jeddah*
**Sabrina DeTurk,** University of Maine *Identity and Expression in the Arab American National Museum*
**W Dugdugi,** University of Leicester *Vision 2030 and Revolutionizing Saudi Arabian Museums for Dynamic Muslim Heritage Representation*
**Zeinab Abdelhamed,** University of Leicester *Muslim Heritage in Non-Muslim Contexts – Museums and Opportunities for Knowledge Construction*

### IX-08: Traversing between East and West: The Arabic Periodical as Form

Organizer/Chair: **Mariam Elashmawy,** Freie Universitat Berlin

**Mariam Elashmawy,** Freie Universitat Berlin *Periodicals as Laboratories of Rūḥiyya: Muḥammad Farīd Wajdī and the Quest for Egyptian Spiritualism*
**Hanna Janatka,** Freie Universitat Berlin *Egyptian Internationalism in Weimar: The Case of the "Aegyptische Korrespondenz"*
**Nagat Emara,** Freie Universitat Berlin *Al-Umma Al-Yaqzaniyya's Self-Representation: A Key to Understanding Algerian Reformism*

### IX-09: Tunisian Politics Beyond and After Exceptionalism

Organizer/Chair/Discussant: **Mohamed Dhia Hammami,** Syracuse University
Organizer/Discussant: **Ameni Mehrez,** Central European University

**Mohamed Dhia Hammami,** Syracuse University *Political Assassination, Elite Cues, and Trust in Civilian and Security Institutions*
**Ameni Mehrez,** Central European University *The Political Legacy of Secular Policies: Evidence from Tunisia*
**Hani Abdel-Warith,** Princeton University *Legacies of Contention, School Construction, and Preference Formation in Post- colonial Tunisia*
**Ahmed Khattab,** Georgetown University *Migration and Citizenship Laws: The Arab Uprisings in Comparative Perspective*

### IX-10: Benevolence and Malevolence

Chair: *Volunteer needed*

**Semih Gökatalay,** University of California, San Diego *Scandalous Alliances: Corruption and the Limits of State Modernization in the Late Ottoman Empire*
**Christopher Whitehead,** Ohio State University *"Nothing Can Be Acquired Without Money": The Purchase of Office and "Backroom" Tax Farming in the Early Modern Ottoman Empire*
**Huseyin Yilmaz,** George Mason University *The Ethics of Giving in Ottoman Society*
**Haya Al-Noaimi,** Northwestern University in Qatar *Un/Settling Sovereignty: Piracy, Protection and Self-Determination in the 1800s Arab Gulf*
**Mehmet Ali Neyzi,** Koc University *Curbing the Dictator: Sultan Abdulhamid and His Grand Vizier Tunuslu Hayreddin*

### IX-11: Contentious Entanglements: Israel's Foreign Relations in the Middle East

Chair: **A.R. Joyce,** Independent Scholar

**Rami Ginat,** Bar-Ilan University *Conceptualizing Normalization: The Case of Egyptian–Israeli Relations*
**Arturo Marzano,** University of Pisa *The Border between Israel and the Gaza Strip (1967-2007)*

AAUP-01328



# SESSION IX

**Tilman Ludke,** Arnold Bergstraesser Institute *In Cairo for Tel Aviv: The Indirect Aspects of the FRG's Pro-Israeli Foreign Policy*

**Annie Tracy Samuel,** University of Tennessee at Chattanooga *Uncovering the Bases of Iran's Opposition to Israel*

**Jeremy Pressman,** University of Connecticut *The Arab-Israeli Conflict during the Cold War*

## IX-12: Feminine Selfhood through Autobiographies and Memoirs

Chair: *Volunteer needed*

**Dana Al Shahbari,** University of Cambridge *(Re)Reading the Nahḍa through Ziadeh's Recovered Manuscript*

**Hiroki Okazaki,** Asia University *War and Identity Shifts among Syrian Women Writers*

**Haodong Bai,** Beijing International Studies University *From Voiceless to Being Heard: Feminist Narrative Techniques in I'tirāfāt al-Ṭabībah*

**Hanieh Bakhtiari,** University of Toronto *Reimagining Iranian Women's Autobiographies: Bridging Historical Understanding and Envisioning an Alternative Future*

**Mazyar Mahan,** University of Texas at Dallas *The Politics of the Personal: Persepolis and the Global Resonance of Iran's Feminist Resistance*

## IX-13: Ecology of the Anthropocene

Chair: **Alex Schweig,** University of Arizona

**Burcu Ozdemir,** Graduate Center, CUNY *Wounded Ecologies: Destruction, Dispossession and Resistant Life Stories in Upper Tigris Basin*

**Majdi Awad,** Rutgers University-New Brunswick *Fostering Resilience and Democratization through Sustainable Aid: Integrating Solar Desalination, Bioenergy, and Permaculture in Humanitarian Frameworks in the Levant*

**Hiroshi Yasui,** Doshisha University *The Rise of Depoliticized Veganism and Its Association with Neoliberal Values in Tel Aviv*

## IX-14: Racialization and Resistance: The Palestinian Struggle in Local, Regional and Global Context

Chair: *Volunteer needed*

**Anne De Jong,** University of Amsterdam *Unity beyond Fractures: Palestinian Resistance as Interplay between Unity and Fracture*

**Oday Uraiqat,** University of Bielefeld *The Globalization of the Palestinian Struggle, 1959-1975*

**Alexandra Nikopoulou,** University of Peloponnese *Iran's Revolutionary Politics: The Axis of Resistance, the Houthis and the Gaza War*

**Melissa Weiner,** College of the Holy Cross *Settler Futurity, Security, and Indigenous Annihilation: Zionist Origins of Anti-Palestinian Racism on Turtle Island, 1917-1948*

**Marc Lamont Hill,** Graduate Center, CUNY *"Destroy the Schools, Erase the People": Scholasticide as Settler-Colonial Practice and Statecraft in Israel's War on Gaza*

**Nida Ahmad,** Independent Scholar and **Hillary Kipnis,** Independent Consultant *Raising the Flag and Donning the Keffiyeh: Symbolic Support for Palestine and Resistance in Sporting Spaces*

## IX-15: The Politics of Culture

Chair: *Volunteer needed*

**Zeynep Sertbulut,** Haverford College *Contentious Stories of Culture: Censorship in the Turkish Dizi Industry*

**Rustem Ertug Altinay,** University of Milan *Dark Utopias: Militarism and Turkification in Late Ottoman Youth Performances*

**Gareth Smail,** College of Charleston *"Exposing the Truth Is Not a Crime": Online Image-Making and the Politics of Truth in Morocco's Teacher Labor Disputes*

**Gamze Tosun,** Kadir Has University *Playing with "The Weapon of the Enemy": The Politico-aesthetic Nexus between Islam and Theatre in Turkey*

**Aya Abdel Dayem,** Simon Fraser University *Is Popular Culture Forming the New Pan-Arabism?*

**Adélie Chevée,** Aix-Marseille Université *Cultural Biography as Method: The Case of Syrian Revolutionary Newspapers*

# SESSION IX

11:30 AM - 1:30 PM (EST)
FRIDAY, NOVEMBER 15, 2024



## IX-16: The Politics of Neighborhood, Bureaucracy, Municipality, and Region

Chair: *Volunteer needed*

**Guillaume Beaud,** Sciences Po *Accounting for the Flaws of Provincial Quota Systems in Civil Service Recruitment: Rethinking Nation-Building and State-Building in Pakistan*

**Narmin Butt,** University of California, San Diego *Elite Preferences for Allocating Public Good to Former Insurgents*

**James Worrall,** University of Leeds *Cyclical Evolution: Explaining the Survival, Decline and Paradoxical Growth of the Arab League*

**Murat Kasapsaracoglu,** Istanbul Aydın University *The End of a Myth? Turkish-American Relations during the National Unity Committee (NUC) Governments (1960–1961)*

**Khalid Alkhulaifi,** Australian National University *Threat Perceptions among the Member States of the Gulf Cooperation Council*

## IX-17: Social Policies, Mobilizations, and Networks in Iran

Chair: *Volunteer needed*

**Azam Khatam,** York University *Youth Uprisings in Iran: Responding to Economic Downturns and the Failure to Launch*

**Mohammad Khalilian,** University of Kentucky *Spiderweb Militarization: The Politics of Privatization Networks in Iran*

**Sahar Baradaran Amini,** University of Illinois at Urbana-Champaign *A Shift in Shia Discourse: Political Necessities and Sectarian Dynamics*

## IX-18: Surveys, Legal Briefs and Citizen Social Science: Producing Knowledge in the MENA

Chair: *Volunteer needed*

**Jonas Nabbe,** University of Bologna *Mapping Methodological Nationalism in Middle Eastern Studies: Toward a Transnational Understanding of the 2011 Arab Uprisings?*

**Hanna Baumann,** University College London *Asking About "The Good Life" in Bad Circumstances: Citizen Social Science under Occupation and Violence*

**Kota Suechika,** Ritsumeikan University *Contested Identities between Sectarianism and Nationalism in Lebanon: Evidence from the 2024 Survey Experiment*

**Michael Samuel,** Emory University *The Nakba on Trial: Legalism, Denialism, and Pseudo-Moralism in Palestinian Deportations Cases From the 1950s*

## IX-19: The Predicament of Islamic Epistemic Delinking: Hegemony and Critique in Contemporary Islamic Thought in Turkey

Organizer: **Alev Cinar,** Bilkent University
Chair/Discussant: **Nora Fisher-Onar,** University of San Francisco

**Alev Cinar,** Bilkent University *Epistemic Delinking in the Islamic Intellectual Field: "The Great East" Project of Necip Fazıl Kısakürek*

**Enes Ateş,** Mardin Artuklu University *"Muslim Society" as Resistance: İsmet Özel's Islamism as a Form of Islamic Decolonial Thought in Turkey*

**Seda Baykal,** University of Pittsburgh *Higher Education, Ideology, and Politics in Turkey: An Islamic Decolonial Turn in Academia?*

**Ayşe Ayten Bakacak,** Ankara Yildirim Beyazit University *Between Assimilation and Defiance: "Obedient Resistance" in Academia, The Example of Istanbul Şehir University*

AAUP-01330

# SESSION X

## 2:30 – 4:30 PM (EST)
## FRIDAY, NOVEMBER 15, 2024

MESA 2024

### ROUNDTABLE
#### X-01: Beyond Case Study and Exception: The Middle East and North Africa

Organizer: **Tareq Radi**, New York University
Chair: **Sherene Seikaly**, University of California, Santa Barbara

**Tareq Radi,** New York University
**Sherene Seikaly,** University of California, Santa Barbara
**Julia Elyachar,** Princeton University
**Muriam Haleh Davis,** University of California, Santa Cruz

#### X-02: Transnational Feminist Solidarity in Times of War

Organizer: **Zeynep Korkman**, University of California, Los Angeles

**Zeynep Korkman,** University of California, Los Angeles *Reactionary Appropriations of the Critiques of Anti-Muslim Racism and Antisemitism and Feminist Repercussions*
**Tamar Shirinian,** University of Tennessee, Knoxville *Feminist Affective Solidarity in Times of Simultaneous Genocide*
**Sherene Razack,** University of California, Los Angeles *Antimuslim Racism, Transnational Feminist Solidarity and the Question of Palestine*
**Minoo Moallem,** University of California, Berkeley *Liberation through Occupation: Interrogating the Selective Plots of Feminist Solidarity*
**Sarah Ihmoud,** College of the Holy Cross *Love Letters to Gaza*

#### X-03: Ordinary and Extraordinary Sites of Playful Disregard

Organizer: **Marie Odgaard**, University of Toronto

**Marie Odgaard,** University of Toronto *In the Gap: Playing with Ethical Potentiality in Amman*
**Dina Georgis,** University of Toronto *Queer Refusal and Play in Omar el Akkad's What Strange Paradise*
**Noha Fikry,** University of Toronto *Play & Submit: Children & Anti-tarbiyya Horizons in Rural Egypt*

#### X-04: Mapping Emotional Topographies of the Premodern Islamic World

Organizer: **Rubina Salikuddin**, Bryn Mawr College

**Rubina Salikuddin,** Bryn Mawr College *Sorrow and Ecstasy: Gendered Norms of Emotional Performance in 15th C. Sufi Hagiographies*
**Ali Asgar Alibhai,** The University of Texas at Dallas *Scripted Sentiments: Contextualizing the Medieval Islamic Epigraphic Ornamentation of Emotion*
**Nida Jaffer,** The University of Texas at Dallas *Streams of Affection: Water's Role as a Conduit of Emotion in Medieval Islamic Society*
**Laura Thompson,** Harvard University *Islam and Feelings in Nineteenth Century Tunisia*

### ROUNDTABLE
#### X-05: Wordmaking/Worldmaking Languages, Movements, Materialisms - Situating Queer and Trans Feminisms in the Middle East

Organizer/Chair: **Evren Savcı**, Yale University

**Ali Yildirim,** University of Minnesota, Twin Cities
**Asli Zengin,** Rutgers, State University of New Jersey
**Beshouy Botros,** Yale University
**Evren Savcı,** Yale University

#### X-06: Advanced Persian Language Classes: Methods, Challenges, and Innovations

**Sponsored by the American Association of Teachers of Persian (AATP)**

Organizer/Discussant: **Sahba Shayani**, University of California, Los Angeles

**Hessam Dehghani,** University of British Columbia *Empowering Heritage Language Education through Community-Based Learning: A Critical Examination*
**Neda Sahranavard,** University of California Irvine *Exploring the Transformative Impact of Integrating Shahnameh Stories for Linguistic Growth in Persian Language Learning*
**Farima Sadigh-Mostowfi,** Georgetown University *Exploring Complex Conversations in Advanced-Level Language Learning*

AAUP-01331

# SESSION X

2:30 – 4:30 PM (EST)
FRIDAY, NOVEMBER 15, 2024



## X-07: The Perils of Genocide: Past and Present

Organizer: **Melanie Tanielian**, University of Michigan, Ann Arbor
Chair: **Erdag Göknar,** Duke University

**Melanie Tanielian,** University of Michigan, Ann Arbor *Famine and Starvation Crimes: Humanitarian Management of Colonial Settler Regimes Past and Present*
**Elyse Semerdjian,** Clark University *Artsakh, Gaza, and the Slow Violence of Genocide by Attrition*
**Heghnar Watenpaugh,** University of California, Davis *Captive Sites and Survivor Objects: Destruction and Confiscation of Cultural Heritage as a Hallmark of Genocide*
**Keith David Watenpaugh,** University of California, Davis *Towards an Ethic of Comparison: Empathy, Consistency, and Middle Eastern Genocide in Comparative Perspective*

## X-08: Iran's Foreign Policy and Great Powers

Organizer: **Zohre Akrami**, Florida International University

**Zohre Akrami,** Florida International University *A View from Tehran: Iran-Russia Relations after Ukraine*
**Kian Hosseini,** Florida International University *Russia, Iran, Conceptualizations of Eurasia*
**Melanie Rae Perez,** Florida International University *Unraveling Iran's Strategic Objectives in Latin America: An Analysis*
**Farshid Imani,** Florida International University *Impact of International Sanctions on Environmental Sustainability in Iran: A Mixed-Methods Analysis of Technological, Financial, and Political Factors*
**Ali Oskrouchi,** Florida International University *Iran and China Relations: China as a Global Power*

## X-09: Riverine Journeys: Discovering New Selves and New Tropes

Organizer: **Doaa Omran**, University of New Mexico
Discussant: **Feroza Jussawalla**, University of New Mexico

**Nada Tayem,** Indiana University of Pennsylvania *The Wounded Tigris: A Symbol of a Nation*
**Wael Salam,** Kenyon College *The River Suqreir in the Blue Between Sky and Water: The Palestinian Journey of Displacement, Expulsion and Homelessness*

**Bushra Hashem,** University of Oslo *The Flow of Rememory in Nubian Literature*
**Mona Ashour,** Ain Shams University *Voices of the Nile: Navigating Political Waters in Naguib Mahfouz's "Chatter Over The Nile" and Egypt's Post-Colonial Journey*

## X-10: Resistance, Rights, and Resources: 21st Century Labor and Workers' Issues

Organizer/Chair: **Ian Hartshorn**, University of Nevada, Reno

**Matthew Lacouture,** University of Massachusetts Boston *Corporatist Breakdowns as Localized Sites of Resistance to Authoritarianism*
**Cagri Gokcek,** University of Nevada, Reno *A Fuzzy-Set Analysis of Strike Bans and Post-strike Ban Activism in Turkey*
**Ian Hartshorn,** University of Nevada, Reno *Model or Mayhem?: US-Jordan FTA and the Afterlife of Labor Provisions*
**Nada Matta,** Drexel University *Power Resources among Egyptian Transport Workers: The Impact of Uneven Neoliberal Transformations*

## X-11: Politics of Representation in Cinema

Chair: **Rania Mahmoud**, University of Arkansas

**Omar Alsayyed,** New York University *Dialectic of Sexual Freedom*
**Javaneh Azami,** Ohio University *Manijeh Hekmat's Women's Prison: An Unofficial Adaptation of Yilmaz Guney's The Wall*
**Ece Algan,** California State University, San Bernardino *Islamophobia as Cultural Policy: Turkish TV Dramas and Reckoning with Secularism*
**Niusha Hatefinia,** Simon Fraser University *Manifestation of the Imaginal Realm in Cinematic Aesthetics: Exploring Mystical Perception in Cinema*
**Rania Mahmoud,** University of Arkansas *Ana Hurra and Modern Egyptian Womanhood*

## X-12: Late Ottoman Visions of the World

Chair: *Volunteer needed*

**Alev Berberoğlu,** Bibliotheca Hertziana – Max Planck Institute for Art History *Translated Images: Late Ottoman Perceptions of Naples*

AAUP-01332

# SESSION X

**2:30 – 4:30 PM (EST)**
**FRIDAY, NOVEMBER 15, 2024**



**Meltem Toksoz,** Brown University *Truth and Its Disruption: Rescripting Empire through Global History Writing (19th Century Ottoman Narratives)*

**Patrick Schilling,** Georgetown University *A New Form of Empire? The Proposed Division of the Ottoman Empire into General Inspectorates, 1913-1914*

**Naz Vardar,** Simon Fraser University *Shaping Vlach Identity: Local Agents and Transnational Competition in Ottoman Manastir in the Early 20th Century*

**Egemen Yilgür,** Yeditepe University *The Rise of Urban Informality in the Late Ottoman Empire as a Form of Grassroots Modernization*

**Ilan Benattar,** Independent Scholar *Jewish Professionals and Professional Class Culture in Late Ottoman Society (c.1900-1912)*

## X-13: Birth, Death and Taxes

Chair: *Volunteer needed*

**Nader Sohrabi,** Free University Berlin *Of Petitions, Taxes and Democratization: Constitutionalism and the Public in Iran*

**Bita Mousavi,** New York University *Property without Possession: Oil, Equality, and Nationalization in Iran*

**Navid Zarrinnal,** University of Tehran *State Formation and Adult Literacy in Iran (1925-1941)*

**Can Gumus-Ispir,** Bogazici University *Sanitization as a Tool of Outsourcing the "Contingencies?": Tax-Farming, Cholera, and Food Regulations in the Late Ottoman Istanbul*

**Bret Windhauser,** Graduate Center, CUNY *Inspecting Corpses: Geographies of Health Centers and Officers in British Mandate Iraq*

## X-14: Food Producers, Consumers, and Providers

Chair: *Volunteer needed*

**David Meza,** University of California, Riverside *Orchards on the Orontes: Entangled Local, Regional, and Imperial Networks in Ottoman Antioch, 1703-1764*

**F. Walter Lorenz,** Eastern Michigan University *Bread of the Sultan: Redefining Post-Crimean War Refugee Lives through Food Systems*

**Maia Nichols,** Bennington College *Cartographies of Force: Locust Plague Drawings in the Archive*

**Sultan Toprak Oker,** University of Minnesota, Twin Cities *Role of Alcohol Taxes in Shaping Ottoman Society*

**Yusuke Kawamura,** Kobe University *Food Security and Agricultural Development in the Middle East and North Africa: Analyzing Egypt and Morocco*

## X-15: Decolonizing Politics and Poetics

Chair: *Volunteer needed*

**Zeena Yasmine Fuleihan,** Duke University *Unraveling Language: The Politics of Refusal in Witnessing Genocide*

**Pierre Folliet,** Yale University *A Mirror for Assia Djebar: On Language Ideology, Colonial Destruction, and the Poetics of Historical Representation in Fantasia and So Vast the Prison*

**Hanan Al-Alawi,** University of Wisconsin-Madison *Iterations of Indigeneity In Mortaḍā Gzār's Hāthā al-Nahru Ya'rifu Ismī (The River Knows My Name)*

**Rand Khalil,** University of Houston *Sisterhood and the Palestinian Metaphor: The Case of Sahar Khalifeh's The Inheritance (1997) and Susan Abulhawa's Against the Loveless World (2019)*

**Malak El-Outa,** Carleton University *Imagining Solidarity and Co-Resistance: The 9/11 Generation's Understandings of the War on Terror and American War Resisters of the US-Iraq War*

## X-16: Transmission of Islamic Knowledge: Structures and Networks

Chair: *Volunteer needed*

**Samer Alnasir,** Universidad Nacional de Educación a Distancia, UNED *Hegemonic Values versus Ethical Sovereignty: Unraveling the Northern-Southern Dichotomous Dilemma*

**John Walbridge,** Indiana University Bloomington *The Fourth Figure Syllogism Resurgent: Ibn Kammuna's Commentary on Suhrawardi's Logic of the Talwihat*

**Maria Tedesco,** Seattle University *Sitting in Doubt: American Muslims' Redefinition of Authority and Epistemology within Islam*

**Omer F. Es,** McGill University *Structures of Rhetorical Delivery in the Qur'an: Formulaic Organization of Ceremonial, Legal, and Political Rhetoric*

AAUP-01333

# SESSION X

2:30 – 4:30 PM (EST)
FRIDAY, NOVEMBER 15, 2024



## X-17: The Military Past and Present

Chair: *Volunteer needed*

**Robert Flahive,** Whitman College *Egyptian Military "at the Exhibition": Analyzing the Spectacle of the Egyptian National Military Museum and 6th of October Panorama in al-Sisi's Egypt*

**Sean Tomlinson,** University of Arizona *Modernity and Claims of Authority by Arab Ottoman Military Officers during Uncertain Times at the End of Empire*

**Radwa Saad,** Cornell University *Canteen Chronicles: Conscription and Civil-Military Relations in Post-War Egypt*

**Yasmina Abouzzohour,** Princeton University *Military-Society Relations in the Middle East and North Africa: Assessing the Drivers of Public Trust*

**Emrullah Uslu,** University of Maryland *Analyzing Turkish Military Campaigns on Rojava: Do They Work?*

## X-18: International Relations in the Gulf

Chair: *Volunteer needed*

**Amanda Garrett,** Georgetown University Qatar *Reevaluating Immigrant Integration in "Exclusionary" Regimes: Diaspora and Mobility in the State of Qatar*

**Ruofeng Zhang,** Peking University *The United Arab Emirates' Quest for Strategic Autonomy: Role Orientation, Foreign Policy and Tools*

**Satoru Nakamura,** Kobe University *Saudi Arabia's Policy toward the Rohingya Crisis (2012–19): Omnibalancing Diplomacy for Interregional Crisis*

**Farid Boussaid,** University of Amsterdam *Egypt, the Gulf Monarchies and the IMF*

## X-19: Dissent and Repression

Chair: *Volunteer needed*

**Maria Josua,** German Institute for Global and Area Studies *Taking Audiences of Political Discourse Seriously: Justifications of Repression and Their Reception in the Arab Uprisings*

**Mustafa Saqib,** Rutgers, State University of New Jersey *The Evolution of Civil Society in the Face of Surging Extremism: A Case Study of Civil Society under the Taliban Regime in Afghanistan*

**Muhammad Amasha,** Yale University *Intellectuals' Politics during Political Crises: The Arab Spring, Asabiyya, and Consequentialist Ethics*

**Amina Tawasil,** Teachers College, Columbia University *Muslimness, Empire, and Fieldwork under Surveillance in the Islamic Republic of Iran*

**Yousuf Abdelfatah,** Princeton University *From Tahrir to Tora: Insights from a Decade of Detention*

**Walker Gunning,** University of Chicago *Why Did Sudan's Democratic Transition Fail?*

AAUP-01334



# MESA MEMBERSHIP & REGISTRATION

*fax*    520-207-3166
*email*   meeting@mesana.org
*post*    3700 O St. NW, ICC Suite 241, Washington DC 20057 (USA)

Please register through myMESA to pay by credit card or PayPal.
You may also complete and return this form to the MESA Secretariat by **October 25, 2024**.

Name    _____

Affiliation    _____

Email (req)    _____

## Membership Dues
Individuals should complete a profile in their myMESA account

*Amounts shown are in US$*

| | |
|---|---|
| Student member | ❑ $ 65 |
| Retired member | ❑ $ 85 |
| Fellow or Associate member | ❑ $ 75 (income less than $30,000) |
| | ❑ $100 (income $30,001 - $40,000) |
| | ❑ $125 (income $40,001 - $50,000) |
| | ❑ $150 (income $50,001 - $60,000) |
| | ❑ $175 (income $60,001 - $70,000) |
| | ❑ $200 (income $70,001 - $80,000) |
| | ❑ $225 (income $80,001 - $90,000) |
| | ❑ $250 (income $90,001 - $100,000) |
| | ❑ $275 (income $100,001 - $125,000) |
| | ❑ $300 (income $125,001 - $150,000) |
| | ❑ $350 (income greater than $150,001) |

## Registration Category

**MESA is offering a 50% discount to members facing hardship.**

| | | | |
|---|---|---|---|
| Student/retired MESA member | ❑ $ 85 | ❑ $ 42 (discount for hardship) |
| Full/associate MESA member | ❑ $175 | ❑ $ 87 (discount for hardship) |
| Student, non-MESA member | ❑ $150 | | |
| All other non-MESA members | ❑ $300 | | |

## Payment Information

❑ Visa /MasterCard /Discover/AMEX
❑ Check (payable to MESA, in US$ and drawn on US bank)
   Send to MESA, 3700 O St. NW, ICC Suite 241, Washington DC 20057

Card Number _____

Exp Date   _____    CVV* (3 or 4 digit code) _____

Cardholder Name _____

Billing Address _____

Signature   _____

Email receipt to _____

AAUP-01335

# EXHIBIT 196



Jeffrey Reger <jeff@mesana.org>

## Attestation of drop in program submission statistics for lawsuit

**Jeffrey Reger** <jeff@mesana.org>                                          Sun, Mar 30, 2025 at 10:50 AM
To:

In 2020, our last meeting scheduled to take place in Washington D.C. (with the deadline prior to the Covid-19 pandemic forcing a shift to virtual once it became clear that force majeure prevented a meeting in person), we had at the regular deadline 1,543 abstracts in total, with 235 pre-organized panels and 33 roundtables.

In 2023, which was the only other time that we have offered an extension due to a natural disaster, we had 1,557 abstracts submitted in total after the one-week extended deadline, with 214 pre-organized panels and 67 roundtables.

In 2025, at the original deadline, we had about 1,050 abstracts submitted in total—a significant drop. Individual abstracts were extraordinarily low at 275, a drop by more than half. With the extension of one week, we reached 1,422 total abstracts, which is still reduced lower than the average of a large meeting in a popular location.

In addition, the inability to plan and focus is demonstrated by the reduction in preorganized panels. The total number of pre-organized panels at the original deadline was 157; the final at the extended deadline was 160 pre-organized panels (versus an expected 225 or so), with 69 roundtables in addition. The reduction in pre-organized panels by almost a third was slightly compensated for by a higher-than-average number of individual abstracts (718, versus a typical average in the mid 600s.)

--
Basis:

Submission statistics pulled from myMESA

2025:

718 individual abstracts
704 abstracts on preorganized panels
=
1422

229 sessions, higher roundtables, 69, only 160 panels

at the deadline, we had about 1,060 papers.

1560

**2023:**

283 sessions
 214 panels (199 accepted, 15 rejected)
 67 roundtables (61 accepted, 6 rejected)
645 individual papers (616 accepted, 29 rejected)

Total = 1557
 645 individual abstracts
 912 abstracts on preorganized panels

2020:

Abstracts Total: 1,543

AAUP-01336

Individual Abstracts: 657
Pre-Organized Panel Abstracts: 886

Pre-Organized Panels: 235
Roundtables: 33

--
**Jeffrey D. Reger, Ph.D.**
Executive Director
Middle East Studies Association
3700 O St. NW, ICC STE 241
Washington DC 20057
520-338-2216
mesana.org

AAUP-01337

# **EXHIBIT 197**



## COLUMBIA UNIVERSITY
### CENTER FOR PALESTINE STUDIES

ABOUT    EVENTS    NEWS    PROGRAMMING AREAS    PROJECTS    RESOURCES    PEOPLE    MAKE A GIFT

### SPRING 2025



INSURGENT
DOMESTICITIES
ROUNDTABLE



PRODUCING PALESTINE:
A DISCUSSION W/
HADEEL ASSALI, DINA
MATAR, HELGA TAWIL-
SOURI, AND RAYYA EL
ZEIN



COUNTRY OF WORDS: A
TRANSNATIONAL ATLAS
FOR PALESTINIAN
LITERATURE



PREOCCUPATIONS:
WHATEVER HAPPENED
TO PREHISTORY IN
PALESTINE?



BYE BYE TIBERIAS
SCREENING FOLLOWED
BY A Q&A WITH
DIRECTOR LINA
SOUALEM & THOMAS
DODMAN

### SEMESTER EVENTS ARCHIVE

| | | | | | |
|---|---|---|---|---|---|
| SPRING 2025 | FALL 2024 | SPRING 2024 | FALL 2023 | SPRING 2023 | FALL 2022 |
| SPRING 2022 | FALL 2021 | SPRING 2021 | FALL 2020 | SPRING 2020 | FALL 2019 |
| SPRING 2019 | FALL 2018 | SPRING 2018 | FALL 2017 | SPRING 2017 | FALL 2016 |
| SPRING 2016 | FALL 2015 | SPRING 2015 | FALL 2014 | SPRING 2014 | FALL 2013 |
| SPRING 2013 | FALL 2012 | SPRING 2012 | FALL 2011 | SPRING 2011 | FALL 2010 |

### PROGRAMMING & RESEARCH AREA EVENTS ARCHIVE

      

HISTORY OF THE
PRESENT    THE ARTS    PALESTINE & LAW    PALESTINE
LIBRARY    PALESTINE CUTS    JERUSALEM

AAUP-01338

screenshot.png (1585×3065)

**Center for Palestine Studies** at Columbia University in the City of New York

**Mail Us**
Columbia University
Knox Hall Suite 301
606 W 122nd Street
New York, NY 10027

**Contact Us**
palestine@columbia.edu
+1 (212) 851-2992

SUBSCRIBE TO NEWSLETTER

Q  Search

**Mail Us**
Columbia University
Knox Hall Suite 301
606 W 122nd Street
New York, NY 10027

**Contact Us**
palestine@columbia.edu
+1 (212) 851-2992

SUBSCRIBE TO NEWSLETTER

Q  Search

AAUP-01339

# EXHIBIT 198

From: ███████████████████████████

Date: Mon, Mar 10, 2025 at 4:05 AM

Subject: Re: Access to Columbia's campus for March 13 CPS Producing Palestine Event

To: ██████████████████████████████████████████

████████████████████████████████

CC: Nadia Abu El-Haj <ne2008@columbia.edu>, ██████████████████████

Dear ████████████████████████,

I'm writing tonight to let you know that we have decided that we need to cancel our event next week. We don't feel that the Columbia campus is safe for our community right now.

I'm so sorry about this.

██████

———

████████████████

████████████

Center for Palestine Studies

Columbia University

████████████████

████████████

████████████████

Support the Center for Palestine Studies

On Fri, Mar 7, 2025 at 12:41 ████████████████████████████ wrote:

Dear ███████████████,

We're excited to have you with us at the Center for Palestine Studies on Thursday! As you are likely aware, access to Columbia's campus has been severely restricted since last spring. Below are details related to entering campus...

AAUP-01340    1 of 2

On Monday I will submit guest campus access requests for you, ahead of our event on March 13. You will receive an automated email from CU Guest Access [caladminnoreply@columbia.edu] with a QR code for campus access by March 13. You will also need to present a government-issued photo ID, along with your QR code, to the guards at Columbia's main gates (either Broadway and 116th or Amsterdam and 116th).

Could you kindly let me know how your name is listed on your photo ID by Monday morning so that I can enter it into the system?

The event will be held in the extension of Schermerhorn Hall (the room is listed below). Please find a map of Columbia's campus with Schermerhorn Hall circled in orange attached.

Please let me know if you have any questions and confirm the official spelling of your name.

Until soon,

█████████

**EVENT VENUE**
Scheps Library, Room 457,
Department of Anthropology
Schermerhorn Extension

———

████████████
███████████

Center for Palestine Studies
Columbia University

██████████████
███████████
█████████████

████████████████████████

AAUP-01341    **2 of 2**

## COLUMBIA UNIVERSITY
### CENTER FOR PALESTINE STUDIES

ABOUT     EVENTS     NEWS     PROGRAMMING AREAS     PROJECTS     RESOURCES     PEOPLE     MAKE A GIFT

← Back to All Events

## PRODUCING PALESTINE: A DISCUSSION W/ HADEEL ASSALI, DINA MATAR, HELGA TAWIL-SOURI, AND RAYYA EL ZEIN

**Thursday, March 13, 2025**
**6:00 PM – 7:30 PM**

Google Calendar · ICS

A discussion with the co-editors and two contributors of the newly released edited volume, *Producing Palestine: The Creative Production of Palestine Through Contemporary Media*, which addresses the creative labor of producing Palestine in technological and media spaces, crossing genres of popular culture and disciplinary boundaries. For more info about the volume, click here.

**DATE**
6:00PM
Thursday, March 13, 2025

**VENUE**
Scheps Library, Room 457,
Department of Anthropology
Schermerhorn Extension
Campus Map

**CAMPUS ACCESS**
Open to CUID holders. Registration for non-CUID holders will close on March 11 due to University policies regarding guest access to campus. Each non-affiliate must RSVP for themself, with their name as it appears on their photo ID, and their own email.

CANCELLED

**Hadeel Assali** is an anthropologist and former engineer whose work looks at the ongoing colonial legacies of the discipline of geology as well as anti-colonial ways of knowing and relating to the earth in southern Palestine. She received her PhD in Anthropology in 2021 from Columbia University. She examines the narratives deployed to produce space(s) and how they become imbued with the authority to do so. She runs the "Race, Climate Change, and Environmental Justice" seminar, which was founded by earth science graduate students, with the goal of exploring ways of decolonizing the earth sciences. She is also a filmmaker and writer whose work draws heavily from her family stories based in Gaza, Palestine.

**Dina Matar** is a Professor of Political Communication and Arab Media at the Centre for Global Media and Communication at SOAS. She has an MSc in Comparative Politics (LSE) and a PhD in Media and Communications (LSE). My PhD is from the London School of Economics. She has conducted research in the Arab World, particularly Palestine, Jordan, Lebanon and Syria. Before joining academia, she worked as a foreign correspondent covering the Middle East and then an editor working on the Middle East, Europe and Africa.

**Helga Tawil-Souri** works on technology, media, culture, territory and politics in the Middle East, with a particular focus on Palestine. Helga is co-editor with Dina Matar of Gaza as Metaphor (Hurst 2016) and Producing Palestine (Bloomsbury 2024), and currently serves on the editorial boards of Social Text and Public Culture. She has published a wide range of articles and chapters on checkpoints, borders, infrastructure, media and telecom, surveillance, and other topics, and has been experimenting with collage and visual forms of expression.

**Rayya El-Zein** is a cultural ethnographer whose work explores how agency and political subjectivity are recognized and called into being. Her research has centered artists, technologists, activists, and scientists. Her book, Filling the Head: Listening to Rap in Arabic is forthcoming from Indiana University Press (June 2025). More about her work at www.www.rayyaelzein.com.com.

Posted in Palestine Library

Earlier Event: March 5
Country of Words: A Transnational Atlas for Palestinian Literature

Later Event: March 27
Insurgent Domesticities Roundtable

**Center for Palestine Studies** at Columbia University in the City of New York

**Mail Us**
Columbia University
Knox Hall Suite 301
606 W 122nd Street
New York, NY 10027

**Contact Us**
palestine@columbia.edu
+1 (212) 851-2992

SUBSCRIBE TO NEWSLETTER

🔍 Search

AAUP-01342

# EXHIBIT 199



68779

| | |
|---|---|
| **Federal Register** <br> Vol. 84, No. 241 <br><br> Monday, December 16, 2019 | # Presidential Documents |

**Title 3—**

**The President**

**Executive Order 13899 of December 11, 2019**

## Combating Anti-Semitism

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

**Section 1**. *Policy.* My Administration is committed to combating the rise of anti-Semitism and anti-Semitic incidents in the United States and around the world. Anti-Semitic incidents have increased since 2013, and students, in particular, continue to face anti-Semitic harassment in schools and on university and college campuses.

Title VI of the Civil Rights Act of 1964 (Title VI), 42 U.S.C. 2000d *et seq.,* prohibits discrimination on the basis of race, color, and national origin in programs and activities receiving Federal financial assistance. While Title VI does not cover discrimination based on religion, individuals who face discrimination on the basis of race, color, or national origin do not lose protection under Title VI for also being a member of a group that shares common religious practices. Discrimination against Jews may give rise to a Title VI violation when the discrimination is based on an individual's race, color, or national origin.

It shall be the policy of the executive branch to enforce Title VI against prohibited forms of discrimination rooted in anti-Semitism as vigorously as against all other forms of discrimination prohibited by Title VI.

**Sec. 2**. *Ensuring Robust Enforcement of Title VI.* (a) In enforcing Title VI, and identifying evidence of discrimination based on race, color, or national origin, all executive departments and agencies (agencies) charged with enforcing Title VI shall consider the following:

(i) the non-legally binding working definition of anti-Semitism adopted on May 26, 2016, by the International Holocaust Remembrance Alliance (IHRA), which states, "Antisemitism is a certain perception of Jews, which may be expressed as hatred toward Jews. Rhetorical and physical manifestations of antisemitism are directed toward Jewish or non-Jewish individuals and/or their property, toward Jewish community institutions and religious facilities"; and

(ii) the "Contemporary Examples of Anti-Semitism" identified by the IHRA, to the extent that any examples might be useful as evidence of discriminatory intent.

(b) In considering the materials described in subsections (a)(i) and (a)(ii) of this section, agencies shall not diminish or infringe upon any right protected under Federal law or under the First Amendment. As with all other Title VI complaints, the inquiry into whether a particular act constitutes discrimination prohibited by Title VI will require a detailed analysis of the allegations.

**Sec. 3**. *Additional Authorities Prohibiting Anti-Semitic Discrimination.* Within 120 days of the date of this order, the head of each agency charged with enforcing Title VI shall submit a report to the President, through the Assistant to the President for Domestic Policy, identifying additional nondiscrimination authorities within its enforcement authority with respect to which the IHRA definition of anti-Semitism could be considered.

**Sec. 4**. *Rule of Construction.* Nothing in this order shall be construed to alter the evidentiary requirements pursuant to which an agency makes a determination that conduct, including harassment, amounts to actionable

AAUP-01491

discrimination, or to diminish or infringe upon the rights protected under any other provision of law.

**Sec. 5**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*December 11, 2019.*

[FR Doc. 2019–27217

Filed 12–13–19; 11:15 am]

Billing code 3295–F0–P

AAUP-01492

# EXHIBIT 200

# J-VISA EXCHANGE VISITOR PROGRAM: INCIDENT REPORTING RUBRIC for ACADEMIC/GOVERNMENT CATEGORIES

This reporting rubric should be used by U.S. Department of State (DOS)–designated Exchange Visitor Program sponsors as a general guideline for reporting incidents involving J-1/J-2 exchange visitors to the DOS pursuant to 22 CFR 62.13(d) in the following categories: College and University Student, Government Visitor, Professor, Research Scholar, Short-term Scholar, and Specialist.  The examples provided below are not meant to be exhaustive (i.e., there may be other serious situations, not listed below, that have or could endanger the health, safety, or welfare of an exchange visitor or otherwise could be expected to bring the Department of State, the Exchange Visitor Program, or the sponsor's exchange visitor program into notoriety or disrepute).  Sponsors can locate the incident report form at https://j1visa.state.gov/academic-program-sponsors.  Please email the form to the Office of Private Sector Exchange Program Administration's Academic and Government (OPA-AG) team at AGalert@state.gov.

| Nature of Incident or Allegation | |
|---|---|
| • **Actual or Potential Negative Press** (i.e., incident expected to bring DOS, the sponsor, or the Exchange Visitor Program into notoriety or disrepute) | • **Litigation (Lawsuits) or Other Legal Actions** (related to the Exchange Visitor Program, in which a sponsor, site of activity, or an exchange visitor may be a named party) |
| • **Death of Exchange Visitor** | • **Lost or Stolen Immigration Documents** (e.g., lost or stolen passport/visa or stolen Form DS-2019) |
| • **Exchange Visitor Missing, Absconder, or Overstay** (i.e., whereabouts unknown or intentionally left the program without notifying sponsor) | • **Port of Entry Issues** (e.g., applicant found inadmissible resulting in withdrawal of application for admission, expedited removal, or Notice to Appear) |
| • **Foreign Government Involvement** (including Foreign Embassy or Consulate Involvement) | • **Proscribed Antisemitic Actions** (e.g., physical actions directed towards Jewish individuals and/or their property, community institutions, or religious facilities that violates the law or university rules) |
| • **Fraud** (e.g., visa, immigration, or financial fraud or scam) | |
| • **Incident Involving the Criminal Justice System** (e.g., arrest, charges, incarceration, detention, or other law enforcement involvement) | • **Public Security Incident or Natural Disasters Directly Involving Exchange Visitor Safety** (e.g., bombing, shooting, other acts of violence, civil unrest, fire, tornado, flood, or hurricane) |
| • **Incidents Involving Child Protective Services** | |
| • **Lawsuits or Formal Complaints by an Exchange Visitor Against the Sponsor Alleging Unlawful Affirmative Action** (e.g., alleged discrimination in the selection or hiring of exchange visitors based on an unlawful Affirmative Action policy) | • **Serious Behavioral Problems** (e.g., substance abuse, bullying, or harassment) |
| | • **Serious Medical Issues** (e.g., cancer diagnosis, surgery, or any condition requiring hospitalization of 48 hours or more) |
| • **Lawsuits or Formal Complaints by an Exchange Visitor Against the Sponsor Alleging Unlawful DEI Policies** (e.g., alleged unlawful discrimination against exchange visitors due to Diversity, Equity, and Inclusion policies) | • **Serious Mental Health Concerns** (e.g., suicidal ideation or attempt, eating disorder, self-harm, psychiatric hold and/or hospitalization, or early program end due to mental health) |

*Effective Date: July 1, 2025*

AAUP-01493

| Nature of Incident or Allegation | |
|---|---|
| • **Serious Violations of University Conduct Rules:** (e.g., participation in a building occupation, participation in an unauthorized encampment, disrupting classes, intimidation, harassment, assault) | • **Theft of Intellectual Property or Violations of Import/Export Controls** |
| • **Sexually-Related Incident or Abuse** (e.g., incident or allegation involving sexual exploitation, harassment, assault, or misconduct) | • **Unsuitable Host/Work Conditions** (e.g., incident or allegation involving workplace bullying, harassment, discrimination, hostile work environment, or work hours and/or wage-related issues) |
| • **Terrorist Activity, Endorsing or Espousing Terrorism:** (e.g., engaging in terrorist activity; membership in a terrorist organization; endorsing or espousing terrorist activity) | |

## EXCHANGE VISITOR PROGRAM REPORTING REQUIREMENTS

The following federal regulations pertain to the sponsor's responsibility to inform DOS of serious problems or incidents and cooperate with inquiries and investigations:

- **22 CFR 62.10(d)(1), (2)** *Monitoring of exchange visitors.* Exchange visitors' participation in their exchange program must be monitored by employees of the sponsor.   Sponsors must:
  (1) Ensure that the activities in which exchange visitors are engaged are consistent with the category and activity listed on their Forms DS-2019;
  (2) Monitor the physical location (site of activity), and the progress and welfare of exchange visitors to the extent appropriate for the category.

- **22 CFR 62.10(e)** *Requests by the Department of State.*  Sponsors must, to the extent lawfully permitted, furnish the Department of State within the Department-requested timeframe all information, reports, documents, books, files, and other records or information requested by the Department of State on all matters related to their exchange visitor program.  Sponsors must include sponsor's program number on all responses.

- **22 CFR 62.10(f)** *Inquiries and investigations.* Sponsors must cooperate with any inquiry or investigation that may be undertaken by the Department of State or the Department of Homeland Security.

- **22 CFR 62.10(g)** *Retention of records.* Sponsors must retain all records related to their exchange visitor program and exchange visitors (to include accompanying spouse and dependents, if any) for a minimum of three years following the completion of each exchange visitor program.

- **22 CFR 62.13(d)** *Serious problem or controversy.*  Sponsors must inform the Department of State on or before the next business day by telephone (confirmed promptly in writing by facsimile or email) of any investigations of an exchange visitor's site of activity or serious problem or controversy that could be expected to bring the Department of State, the Exchange Visitor Program, or the sponsor's exchange visitor program into notoriety or disrepute, including any potential litigation related to a sponsor's exchange visitor program, in which the sponsor or an exchange visitor may be a named party.

*Effective Date: July 1, 2025*

AAUP-01494

# EXHIBIT 201

An official website of the United States Government Here's how you know

Home  >   ...   > Department of State Social Media Sites: Domestic ...

# Department of State Social Media Sites: Domestic Accounts

## DOMESTIC SOCIAL MEDIA SITES

| | |
|---|---|
| **Administration (A)** | **Economic and Business Affairs (EB)** |
| **Arms Control, Deterrence, and Stability (ADS)** | **Educational and Cultural Affairs (ECA)** |
| **Consular Affairs (CA)** | **Energy Resources (ENR)** |
| **Cyberspace and Digital Policy (CDP)** | **Foreign Service Institute (FSI)** |
| **Conflict and Stabilization Operations (CSO)** | **Global Public Affairs (GPA)** |
| **Counterterrorism (CT)** | **Global Talent Management (GTM)** |
| **Deputy Secretary (D)** | **International Narcotics and Law Enforcement Affairs (INL)** |
| **Deputy Secretary for Management and Resources (D-MR)** | **International Religious Freedom (IRF)** |
| **Democracy, Human Rights, and Labor (DRL)** | **Information Resource Management (IRM)** |
| **Diplomatic Security (DS)** | **International Security and Nonproliferation (ISN)** |
| **Under Secretary for Economic Growth, Energy, and the Environment (E)** | **Under Secretary for Civilian Security, Democracy, and Human Rights (J)** |
| | **Under Secretary for Management (M)** |

AAUP-01495

**Medical Services (MED)**

**Overseas Building Operations (OBO)**

**Oceans and International Environmental and Scientific Affairs (OES)**

**Under Secretary for Political Affairs (P)**

**Political-Military Affairs (PM)**

**Population, Refugees, and Migration (PRM)**

**Under Secretary for Public Diplomacy and Public Affairs (R)**

**The Secretary (S)**

**Under Secretary for Arms Control and International Security (T)**

AAUP-01496

AAUP-01497

Department of State Social Media Sites: Domestic Accounts - United States Department of State

| Bureau | Countries and Areas | Account Name | Platform | Page Url |
|---|---|---|---|---|
| A | United States | U.S. Department of State Industry Liaison | LinkedIn | https://www.linkedin.com/company/department-of-sta industry-liaison/ |
| AVC | United States | Bureau of Arms Control, Deterrence, and Stability | X | https://x.com/StateADS |
| AVC | United States | Bureau of Arms Control, Deterrence, and Stability | Facebook | https://www.facebook.com/StateADS |
| CA | United States | Bureau of Consular Affairs | Facebook | https://www.facebook.com/travelgov/ |
| CA | United States | Bureau of Consular Affairs | Instagram | https://www.instagram.com/travelgov/ |
| CA | United States | Bureau of Consular Affairs | X | https://x.com/TravelGov |
| CA | United States | Bureau of Consular Affairs | YouTube | https://www.youtube.com/user/TravelGov |
| CA | United States | Bureau of Consular Affairs | Whatsapp | https://whatsapp.com/channel/0029Var8szHInIqREVL5 |
| CDP | United States | Bureau of Cyberspace and Digital Policy | X | https://x.com/StateCDP |
| CDP | United States | Bureau of Cyberspace and Digital Policy | LinkedIn | https://www.linkedin.com/company/bureau-of-cybersp digital-policy/ |
| CDP | United States | Bureau of Cyberspace and Digital Policy | YouTube | https://www.youtube.com/@StateCDP |
| CSO | United States | Bureau of Conflict and Stabilization Operations | Facebook | https://www.facebook.com/stateCSO/ |
| CSO | United States | Bureau of Conflict and Stabilization Operations | X | https://x.com/StateCSO |
| CT | United States | Bureau of Counterterrorism | X | https://x.com/StateDeptCT |

AAUP-01498

| | | | | |
|---|---|---|---|---|
| D | United States | Deputy Secretary of State | X | https://x.com/DeputySecState |
| D | United States | Deputy Secretary of State | Instagram | https://www.instagram.com/deputysecstate/ |
| D-MR | United States | Deputy Secretary of State for Management and Resources | X | https://x.com/DepSecStateMR |
| D-MR | United States | Deputy Secretary of State for Management and Resources | Instagram | https://www.instagram.com/depsecstatemr/ |
| DRL | United States | Bureau of Democracy, Human Rights, and Labor | Facebook | https://www.facebook.com/StateDRL/ |
| DRL | United States | Bureau of Democracy, Human Rights, and Labor | Instagram | https://www.instagram.com/usa_humanrights/ |
| DRL | United States | Bureau of Democracy, Human Rights, and Labor | X | https://x.com/StateDRL |
| DRL | United States | Bureau of Democracy, Human Rights, and Labor | YouTube | https://www.youtube.com/@bureauofdemocracyhuma |
| DS | United States | Diplomatic Security Service | Facebook | https://www.facebook.com/StateDeptDSS |
| DS | United States | Diplomatic Security Service | Instagram | https://www.instagram.com/statedeptdss/ |
| DS | United States | Diplomatic Security Service | X | https://x.com/StateDeptDSS |
| DS | United States | Diplomatic Security Service | YouTube | https://www.youtube.com/@DiplomaticSecurityService |
| DS | United States | Diplomatic Security Service | LinkedIn | https://www.linkedin.com/showcase/diplomatic-securi service/ |
| DS | United States | Diplomatic Security Service | Flickr | https://www.flickr.com/people/statedeptdss/ |
| DS | United States | Overseas Security Advisory Council | X | https://x.com/OSACState |
| DS | United States | Overseas Security Advisory | LinkedIn | https://www.linkedin.com/company/osacgov/ |

AAUP-01499

| | | | | |
|---|---|---|---|---|
| | | Council | | |
| E | United States | Office of Global Partnerships | Facebook | https://www.facebook.com/GPAtState |
| E | United States | Office of Global Partnerships | X | https://x.com/GPatState |
| E | United States | Office of Global Partnerships | LinkedIn | https://www.linkedin.com/company/gpatstate/ |
| E | United States | Office of the Science and Technology Adviser | LinkedIn | https://www.linkedin.com/company/stas-at-state/ |
| E | United States | Under Secretary of State for Economic Growth, Energy and the Environment | LinkedIn | https://www.linkedin.com/company/state-e/ |
| E | United States | Under Secretary of State for Economic Growth, Energy and the Environment | X | https://x.com/State_E |
| E | United States | Under Secretary of State for Economic Growth, Energy and the Environment | Facebook | https://www.facebook.com/StateDeptE/ |
| EB | United States | Bureau of Economic and Business Affairs | Facebook | https://www.facebook.com/EconAtState |
| EB | United States | Bureau of Economic and Business Affairs | LinkedIn | https://www.linkedin.com/company/econatstate/ |
| EB | United States | Bureau of Economic and Business Affairs | X | https://x.com/EconAtState |
| EB | United States | Office of Science and Technology Adviser to Secretary | X | https://x.com/STASatState |
| EB | United States | Special Representative for Commercial and Business Affairs | X | https://x.com/BizAtState |

AAUP-01500

| | | Affairs | | |
|---|---|---|---|---|
| EB | United States | Special Representative for Commercial and Business Affairs | LinkedIn | https://www.linkedin.com/company/bizatstate/ |
| ECA | United States | Ambassadors Fund for Cultural Preservation | Facebook | https://www.facebook.com/usafcp/ |
| ECA | United States | American English | Facebook | https://www.facebook.com/AmericanEnglishatState/ |
| ECA | United States | American English for Educators | Facebook | https://www.facebook.com/AmericanEnglishforEducatc |
| ECA | United States | American English | YouTube | https://www.youtube.com/user/StateAmericanEnglish |
| ECA | United States | American Spaces | X | https://x.com/AmericanSpaces |
| ECA | United States | Assistant Secretary of State Bureau of Educational and Cultural Affairs | X | https://x.com/ECA_AS |
| ECA | United States | Bureau of Educational and Cultural Affairs | Facebook | https://www.facebook.com/ExchangeProgramsAtState |
| ECA | United States | Bureau of Educational and Cultural Affairs | Instagram | https://www.instagram.com/exchangeourworld |
| ECA | United States | Bureau of Educational and Cultural Affairs | X | https://x.com/ECAatState |
| ECA | United States | Bureau of Educational and Cultural Affairs | YouTube | https://www.youtube.com/user/exchangesvideo |
| ECA | United States | Bureau of Educational and Cultural Affairs | Flickr | https://www.flickr.com/photos/exchangesphotos/ |
| ECA | United States | Cultural Heritage | X | https://x.com/HeritageAtState |
| ECA | United States | Cultural Programs Division | X | https://x.com/CultureAtState |
| ECA | United States | EducationUSA | Facebook | https://www.facebook.com/EducationUSA/ |
| ECA | United States | EducationUSA | Instagram | https://www.instagram.com/educationusa/ |

AAUP-01501

| ECA | United States | EducationUSA | X | https://x.com/educationusa |
|-----|---------------|--------------|---|----------------------------|
| ECA | United States | EducationUSA | LinkedIn | https://www.linkedin.com/company/educationusa/ |
| ECA | United States | EducationUSA | YouTube | https://www.youtube.com/user/EducationUSAtv |
| ECA | United States | English Language Programs | X | https://x.com/ELPrograms |
| ECA | United States | International Exchange Alumni | Facebook | https://www.facebook.com/InternationalExchangeAlun |
| ECA | United States | International Exchange Alumni | Instagram | https://www.instagram.com/voicesofexchange/ |
| ECA | United States | International Exchange Alumni | X | https://x.com/exchangealumni |
| ECA | United States | International Exchange Alumni | LinkedIn | https://www.linkedin.com/company/exchangealumni/ |
| ECA | United States | International Visitor Leadership Program | Facebook | https://www.facebook.com/StateIVLP |
| ECA | United States | International Visitor Leadership Program | Instagram | https://www.instagram.com/StateIVLP/ |
| ECA | United States | International Visitor Leadership Program | X | https://x.com/StateIVLP |
| ECA | United States | International Visitor Leadership Program | LinkedIn | https://www.linkedin.com/company/ivlp-international-v leadership-program/ |
| ECA | United States | Sports Diplomacy | Facebook | https://www.facebook.com/SportsDiplomacyDivision/ |
| ECA | United States | Sports Diplomacy | Instagram | https://www.instagram.com/sportsdiplomacy/ |
| ECA | United States | Sports Diplomacy | X | https://x.com/SportsDiplomacy |
| ECA | United States | The Fulbright Program | Facebook | https://www.facebook.com/fulbright |
| ECA | United States | The Fulbright Program | Instagram | https://www.instagram.com/the_fulbright_program/ |
| ECA | United States | The Fulbright Program | X | https://x.com/FulbrightPrgrm |
| ECA | United | The Fulbright | LinkedIn | https://www.linkedin.com/company/the-fulbright-prog |

AAUP-01502

| Bureau | Location | Name | Platform | URL |
|---|---|---|---|---|
| LCA | United States | The Fulbright Program | LinkedIn | https://www.linkedin.com/company/the-fulbright-prog |
| ENR | United States | Assistant Secretary of State for Energy Resources | X | https://x.com/AsstSecENR |
| ENR | United States | Bureau of Energy Resources | X | https://x.com/EnergyAtState |
| ENR | United States | Bureau of Energy Resources | LinkedIn | https://www.linkedin.com/company/bureauofenergyre |
| ENR | United States | Bureau of Energy Resources | YouTube | https://www.youtube.com/@bureauofenergyresources |
| FSI | United States | Foreign Service Institute (FSI) | Facebook | https://www.facebook.com/ForeignServiceInstituteFSI/ |
| FSI | United States | Foreign Service Institute (FSI) | X | https://x.com/fsiatstate |
| FSI | United States | Foreign Service Institute (FSI) | LinkedIn | https://www.linkedin.com/company/foreign-service-ins |
| FSI | United States | Foreign Service Institute (FSI) | YouTube | https://www.youtube.com/@FSI4000/ |
| FSI | United States | Office of the Historian | X | https://x.com/HistoryAtState |
| GPA | South Africa | Africa Regional Media Hub | Facebook | https://www.facebook.com/USAfricaMediaHub/ |
| GPA | South Africa | Africa Regional Media Hub | X | https://x.com/AfricaMediaHub |
| GPA | Bangkok | Asia Pacific Media Hub | Facebook | https://www.facebook.com/eapmediahub |
| GPA | Bangkok | Asia Pacific Media Hub | X | https://x.com/eAsiaMediaHub |
| GPA | United States | Assistant Secretary for Global Public Affairs | X | https://x.com/GPA_AS |
| GPA | Belgium | Brussels Media Hub | Facebook | https://www.facebook.com/usaporusski/ |
| GPA | Belgium | Brussels Media Hub | X | https://x.com/USAandEurope |
| GPA | Belgium | Brussels Media Hub | X | https://x.com/USAenFrancais |
| GPA | Belgium | Brussels Media Hub | X | https://x.com/USApoRusski |
| GPA | United States | Bureau of Global Public Affairs | Flickr | https://www.flickr.com/people/iip-photo-archive/ |
| GPA | United States | Deputy Spokesperson to | X | https://x.com/statedeputyspox |

AAUP-01503

| | | | | |
|---|---|---|---|---|
| | States | Spokesperson to the Secretary | | |
| GPA | United Arab Emirates | Dubai Regional Media Hub | Facebook | https://www.facebook.com/USAbilAraby/ |
| GPA | United Arab Emirates | Dubai Regional Media Hub | Instagram | https://www.instagram.com/usabilaraby/ |
| GPA | United Arab Emirates | Dubai Regional Media Hub | X | https://x.com/USAbilAraby |
| GPA | United States | Foreign Press Centers | Facebook | https://www.facebook.com/USDoS.FPC |
| GPA | United States | Foreign Press Centers | X | https://x.com/ForeignPressCtr |
| GPA | United Kingdom | London Media Hub | Facebook | https://www.facebook.com/USAHindiMein/ |
| GPA | United Kingdom | London Media Hub | X | https://x.com/USAHindiMein |
| GPA | United Kingdom | London Media Hub | Facebook | https://www.facebook.com/USAUrdu/ |
| GPA | United Kingdom | London Media Hub | X | https://x.com/USAUrdu |
| GPA | United States | Media Hub of the Americas | X | https://x.com/USAemPortugues |
| GPA | United States | Media Hub of the Americas | Facebook | https://www.facebook.com/USAenEspanolOficial |
| GPA | United States | Media Hub of the Americas | X | https://x.com/USAenEspanol |
| GPA | United States | ShareAmerica | X | https://x.com/AmericaGovFr |
| GPA | United States | ShareAmerica | X | https://x.com/MeiGuoCanKao |
| GPA | United States | ShareAmerica | X | https://x.com/shareamerica |
| GPA | United States | ShareAmerica | X | https://x.com/ShareAmerica_Ar |
| GPA | United States | ShareAmerica | YouTube | https://www.youtube.com/user/Americagov |
| GPA | United States | ShareAmerica | YouTube | https://www.youtube.com/@MeiGuoCanKao/ |
| GPA | United States | Spokesperson to the Secretary | X | https://x.com/statedeptspox |
| GPA | United States | U.S. Department of State | Facebook | https://www.facebook.com/statedept/ |
| GPA | United | U.S. Department | Flickr | https://www.flickr.com/photos/statedept |

AAUP-01504

| | | | | |
|---|---|---|---|---|
| GPA | United States | U.S. Department of State | Flickr | https://www.flickr.com/photos/statephotos |
| GPA | United States | U.S. Department of State | Instagram | https://www.instagram.com/statedept |
| GPA | United States | U.S. Department of State | LinkedIn | https://www.linkedin.com/company/doscareers/ |
| GPA | United States | U.S. Department of State | X | https://x.com/StateDept |
| GPA | United States | U.S. Department of State | YouTube | https://www.youtube.com/@StateDept |
| GPA | United States | U.S. Department of State | Rumble | https://rumble.com/c/StateDept |
| GPA | United States | U.S. Department of State | Substack | https://statedept.substack.com/ |
| GTM | United States | Director General of the Foreign Service & Director of Global Talent | X | https://x.com/StateDG |
| GTM | United States | Global Community Liaison Office | Facebook | https://www.facebook.com/GlobalCommunityLiaisonO |
| GTM | United States | Global Community Liaison Office | YouTube | https://youtube.com/@GlobalCommunityLiaisonOffice |
| GTM | United States | Global Community Liaison Office | LinkedIn | https://www.linkedin.com/company/gclogei |
| GTM | United States | State Dept GTM | Facebook | https://www.facebook.com/StateDeptGTM/ |
| GTM | United States | State Magazine | Facebook | https://www.facebook.com/statemagazine |
| GTM | United States | State Magazine | X | https://x.com/StateMag |
| GTM | United States | State Magazine | Instagram | https://www.instagram.com/instatemag/ |
| GTM | United States | U.S. Department of State – Careers | Facebook | https://www.facebook.com/doscareers |
| GTM | United States | U.S. Department of State – Careers | X | https://x.com/doscareers |
| GTM | United States | U.S. Department of State – Careers | Instagram | https://www.instagram.com/doscareers |
| | | | | https://www.linkedin.com/showcase/u-s-department-o |

| | | | | |
|---|---|---|---|---|
| GTM | United States | U.S. Department of State – Careers for Individuals with Disabilities | LinkedIn | careers-for-persons-with-disabilities |
| INL | United States | Bureau of International Narcotics and Law Enforcement Affairs | Facebook | https://www.facebook.com/StateINL/ |
| INL | United States | Bureau of International Narcotics and Law Enforcement Affairs | Instagram | https://www.instagram.com/stateinl/ |
| INL | United States | Bureau of International Narcotics and Law Enforcement Affairs | X | https://x.com/StateINL |
| IRF | United States | Ambassador at Large for International Religious Freedom | X | https://x.com/IRF_Ambassador |
| IRF | United States | Office of International Religious Freedom | X | https://x.com/StateIRF |
| IRF | United States | Office of International Religious Freedom | Facebook | https://www.facebook.com/DOSIRF |
| IRM | United States | Bureau of Information Resource Management | LinkedIn | https://www.linkedin.com/showcase/usdos-irm/ |
| IRM | United States | Chief Information Officer | X | https://x.com/StateDept_CIO |
| IRM | United States | Virtual Student Federal Service | Facebook | https://www.facebook.com/VSFSatState |
| IRM | United States | Virtual Student Federal Service | LinkedIn | https://www.linkedin.com/showcase/usdos-vsfs/ |
| ISN | United States | Bureau of International Security and | Facebook | https://www.facebook.com/StateDepartment.ISNBurea |

AAUP-01506

| | | Nonproliferation | | |
|---|---|---|---|---|
| ISN | United States | Bureau of International Security and Nonproliferation | LinkedIn | https://www.linkedin.com/company/state-isn/ |
| ISN | United States | Bureau of International Security and Nonproliferation | X | https://x.com/StateISN |
| ISN | United States | Bureau of International Security and Nonproliferation | Flickr | https://www.flickr.com/photos/isnbureau/ |
| ISN | United States | Special Representative for Nuclear Nonproliferation | X | https://x.com/USNPT |
| J | United States | Office to Monitor & Combat Trafficking in Persons | Facebook | https://www.facebook.com/usdos.jtip |
| J | United States | Office to Monitor & Combat Trafficking in Persons | Instagram | https://www.instagram.com/trafficking_in_persons_sta |
| J | United States | Office to Monitor & Combat Trafficking in Persons | X | https://x.com/JTIP_State |
| J | United States | Special Envoy to Monitor and Combat Antisemitism | X | https://x.com/StateSEAS |
| J | United States | Special Envoy to Monitor and Combat Antisemitism | Instagram | https://www.instagram.com/state_seas/ |
| M | United States | Art in Embassies | Facebook | https://www.facebook.com/ArtinembassiesAIE |
| M | United States | Art in Embassies | X | https://x.com/ArtinEmbassies |
| M | United States | Art in Embassies | YouTube | https://www.youtube.com/user/artinembassies |
| M | United States | Art in Embassies | Instagram | https://www.instagram.com/artinembassies |
| M | United | Director of Art in | X | https://x.com/DirARTState |

AAUP-01507

| | | States | Embassies | | |
|---|---|---|---|---|---|
| M | United States | Director of Art in Embassies | Instagram | https://www.instagram.com/DirARTState/ |
| M | United States | Office of Foreign Missions | Facebook | https://www.facebook.com/ofmdc |
| M | United States | U.S. Department of State Center for Analytics | LinkedIn | https://www.linkedin.com/company/doscfa/ |
| MED | United States | Bureau of Medical Services | LinkedIn | https://www.linkedin.com/showcase/usdos-med/ |
| OBO | United States | Bureau of Overseas Buildings Operations | LinkedIn | https://www.linkedin.com/showcase/usdos-obo/ |
| OBO | United States | Bureau of Overseas Buildings Operations | Facebook | https://www.facebook.com/StateOBO |
| OBO | United States | Bureau of Overseas Buildings Operations | Threads | https://www.threads.net/@state_obo |
| OBO | United States | Bureau of Overseas Buildings Operations | Instagram | https://www.instagram.com/state_obo/ |
| OBO | United States | Bureau of Overseas Buildings Operations | YouTube | https://www.youtube.com/@State_OBO |
| OES | United States | Bureau of Oceans and International Environmental and Scientific Affairs | Facebook | https://www.facebook.com/ScienceDiplomacyUSA/ |
| OES | United States | Bureau of Oceans and International Environmental and Scientific Affairs | Flickr | https://www.flickr.com/photos/stateoesphotos/ |
| OES | United States | Bureau of Oceans and International Environmental and Scientific | YouTube | https://youtube.com/@sciencediplomacyusa429 |

AAUP-01508

| | | and Scientific Affairs | | |
|---|---|---|---|---|
| OES | United States | Bureau of Oceans and International Environmental and Scientific Affairs | X | https://x.com/SciDiplomacyUSA |
| OES | United States | Bureau of Oceans and International Environmental and Scientific Affairs | Instagram | https://www.instagram.com/sciencediplomacy_usa/ |
| OES | United States | Bureau of Oceans and International Environmental and Scientific Affairs | LinkedIn | https://www.linkedin.com/company/stateoes/ |
| OES | United States | GIST Network | Facebook | https://www.facebook.com/GISTnet |
| OES | United States | GIST Network | X | https://x.com/GISTNetwork |
| P | United States | Under Secretary for Political Affairs | X | https://x.com/UnderSecStateP |
| PM | United States | Assistant Secretary Bureau of Political-Military Affairs | X | https://x.com/AsstSecPM |
| PM | United States | Bureau of Political-Military Affairs | X | https://x.com/StateDeptPM |
| PRM | United States | Assistant Secretary of State for the Bureau of Population, Refugees, and Migration | X | https://x.com/PRMAsstSec |
| PRM | United States | Bureau of Population, Refugees, and Migration | Facebook | https://www.facebook.com/State.PRM |
| PRM | United States | Bureau of Population, Refugees, and | Flickr | https://www.flickr.com/photos/stateprm/ |

AAUP-01509

| | | Refugees, and Migration | | |
|---|---|---|---|---|
| PRM | United States | Bureau of Population, Refugees, and Migration | Instagram | https://www.instagram.com/stateprm/ |
| PRM | United States | Bureau of Population, Refugees, and Migration | X | https://x.com/StatePRM |
| R | United States | National Museum of American Diplomacy | Facebook | https://www.facebook.com/NMADmuseum/ |
| R | United States | National Museum of American Diplomacy | Instagram | https://www.instagram.com/NMADmuseum |
| R | United States | National Museum of American Diplomacy | Flickr | https://www.flickr.com/photos/nmadmuseum/ |
| R | United States | National Museum of American Diplomacy | Threads | https://www.threads.net/@nmadmuseum |
| R | United States | National Museum of American Diplomacy | X | https://x.com/NMADmuseum |
| R | United States | National Museum of American Diplomacy | LinkedIn | https://www.linkedin.com/company/nmadmuseum/ |
| R | United States | Under Secretary of State for Public Diplomacy and Public Affairs | X | https://x.com/UndersecPD |
| S | United States | Bureau of Global Health Security and Diplomacy | LinkedIn | https://www.linkedin.com/company/state-global-health-security-and-diplomacy/ |
| S | United States | Counselor of the Department | X | https://x.com/CounselorDOS |
| TAGS | United States | Office of Global Women's Issues | X | https://x.com/stategwi |
| S | United | Office of Global | Facebook | https://www.facebook.com/StateGWI/ |

AAUP-01510

| | States | Women's Issues | | |
| --- | --- | --- | --- | --- |
| S | United States | Office of the Chief of Protocol | X | https://x.com/US_Protocol |
| S | United States | Office of the Chief of Protocol | Instagram | https://www.instagram.com/us_protocol |
| S | United States | Office of the Inspector General | X | https://x.com/StateOIG |
| S | United States | Office of the U.S. Coordinator for the Arctic Region | X | https://x.com/us_arctic |
| S | United States | PEPFAR | X | https://x.com/PEPFAR |
| S | United States | PEPFAR | Instagram | https://www.instagram.com/pepfar/ |
| S | United States | PEPFAR | YouTube | https://www.youtube.com/user/uspepfar |
| S | United States | PEPFAR | Facebook | https://www.facebook.com/PEPFAR |
| S | United States | Secretary of State | X | https://x.com/secrubio |
| S | United States | Secretary of State | Instagram | https://www.instagram.com/secrubio/ |
| S | United States | Special Representative for City and State Diplomacy | X | https://x.com/SubnationalDip |
| S | United States | U.S. Special Presidential Envoy for Hostage Affairs | X | https://x.com/StateSPEHA |
| T | United States | Under Secretary of State for Arms Control and International Security | X | https://x.com/undersect |

AAUP-01511

# EXHIBIT 202

7/3/25, 8:25 PM                     Global Social Media Presence - United States Department of State



An official website of the United States Government Here's how you know ⌄

☰        **U.S. DEPARTMENT** *of* **STATE**        🔍

**Social Media**                                                    ⌄



Home >  ...  > Global Social Media Presence

★ ★ ★

# Global Social Media Presence

# Flagship Platforms

The Bureau of Global Public Affairs maintains the Department of State's official social media platforms.



X ⤢ |                      X ⤢                      X ⤢

**SECRETARY OF STATE**        **U.S. DEPARTMENT**        **SPOKESPERSON**

**MARCO RUBIO**              **OF STATE**

Cookie Settings

AAUP-01512

https://www.state.gov/social/                                                    1/6

**TRUTH SOCIAL** 🔗

**SECRETARY OF STATE**

**MARCO RUBIO**

**SUBSTACK** 🔗

**U.S. DEPARTMENT OF STATE**

**INSTAGRAM** 🔗

**SECRETARY OF STATE**

**MARCO RUBIO**



**INSTAGRAM** 🔗

**U.S. DEPARTMENT OF STATE**



**INSTAGRAM** 🔗

**SPOKESPERSON**

**FACEBOOK** 🔗

**U.S. DEPARTMENT OF STATE**

**RUMBLE** 🔗

**U.S. DEPARTMENT OF STATE**

**YOUTUBE** 🔗

**U.S. DEPARTMENT OF STATE**

**FLICKR** 🔗

**U.S. DEPARTMENT OF STATE**

# Worldwide Accounts

The Department of State's social media presence extends around the world – including U.S. embassies, consulates, and other missions. The **U.S. Department of State Social Media Terms of Use** applies to all access to/use of these accounts. Find official social media accounts associated with the Department here:

AAUP-01513

7/3/25, 8:25 PM                          Global Social Media Presence - United States Department of State



## Bureau of African Affairs



## Bureau of East Asian and Pacific Affairs



Global Social Media Presence - United States Department of State

# Bureau of European and Eurasian Affairs



# Bureau of Near Eastern Affairs



# Bureau of South and Central Asian Affairs

AAUP-01515



# Bureau of Western Hemisphere Affairs



# International Organization Affairs



AAUP-01516

# United States (Domestic Bureaus)

## **Download Global Social Media Presence, April 2025 [224 KB]**

White House

USA.gov

Office of the Inspector General

Archives

Contact Us



Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act

AAUP-01517

# EXHIBIT 203

 **Homeland Security**

U.S. Department of Homeland Security

# Social Media Directory

The Department of Homeland Security and its component agencies use numerous social media accounts to provide you with information in more places and more ways.

The Department uses non-government sites to make information and services more widely available. Sometimes we are directly engaging with you on these sites, sometimes we use these services because we want to be where you already are.

It's important to remember that these are commercial sites and are not required to follow government standards. It's always a good idea to be familiar with the privacy policies and rules of these sites.

View the DHS Comment Policy (/comment-policy) .

Follow some of our most popular social media accounts:

- DHS on X (Formerly Twitter) (https://x.com/dhsgov)
- DHS on Facebook (/facebook)
- DHS on Flickr (/flickr)
- DHS on Instagram (https://www.instagram.com/dhsgov/)
- DHS on LinkedIn (/linkedin)
- DHS on Threads (https://www.threads.net/@dhsgov)
- Subscribe to DHS E-mail updates (/subscribe)

Here is a full listing of DHS and DHS Component social media channels:

⤢ Close all     ⤢ Open all

### Department of Homeland Security

## Blog

- DHS.gov Blog (/news-releases/blog) , Department of Homeland Security

## Facebook

- DHS Facebook (https://www.facebook.com/homelandsecurity) , Department of Homeland Security
- Secretary Kristi Noem (https://www.facebook.com/profile.php?id=61572402756065)
- Blue Campaign Facebook (https://www.facebook.com/dhsbluecampaign) , Department of Homeland Security
- CIS Ombudsman Facebook (https://www.facebook.com/cisombudsman)

## Flickr

- DHSGov Flickr (https://www.flickr.com/photos/dhsgov) , Department of Homeland Security

## GitHub

- NIEM GitHub (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fniem.github.io%2F&back_url=https%3A%2F%2Fwww.dhs.gov%2Fsocial-media-directory) , National Information Exchange Model

## Instagram

- DHS Instagram (https://instagram.com/DHSgov) , Department of Homeland Security
- Secretary Kristi Noem (https://www.instagram.com/sec_noem/)

AAUP-01518

Social Media Directory | Homeland Security

## LinkedIn

- U.S. Department of Homeland Security LinkedIn (https://www.linkedin.com/company-beta/2998/)
- CIS Ombudsman LinkedIn (https://www.linkedin.com/company/cisombudsman)

## Threads

- @DHSgov (https://www.threads.net/@dhsgov) , Department of Homeland Security

## Truth Social

- @SecNoem (https://truthsocial.com/@SecNoem)

## X (formerly Twitter)

- @DHSgov (https://x.com/dhsgov) , Department of Homeland Security
- @DHS_Sec_Noem (https://x.com/sec_noem) , Secretary Kristi Noem
- @DepSec_Edgar (https://x.com/DepSec_Edgar) , Deputy Secretary Troy Edgar
- @SpoxDHS (https://x.com/SpoxDHS) , DHS Press Secretary
- @DHS_News (https://x.com/DHS_News) , Department of Homeland Security News
- @DHScwmd (https://x.com/DHScwmd) , DHS Countering Weapons of Mass Destruction
- @DHS_Priv (https://x.com/dhs_priv) , DHS Privacy
- @cisombudsman (https://x.com/cisombudsman) , CIS Ombudsman
- @OIDOgov (https://x.com/OIDOgov) , Immigration Detention Ombudsman
- @DHSBlueCampaign (https://x.com/DHSBlueCampaign) , DHS Blue Campaign

## YouTube

- DHS YouTube (https://www.youtube.com/user/ushomelandsecurity) , Department of Homeland Security

### U.S. Citizenship and Immigration Services

## Facebook

- USCIS Facebook (https://www.facebook.com/uscis)
- USCIS Español Facebook (https://www.facebook.com/uscis.es)
- USCIS Director (https://www.facebook.com/USCISDirectorGov/)

## Instagram

- USCIS Instagram (https://instagram.com/USCIS)
- USCIS_es Instagram (https://www.instagram.com/uscis_es/) , USCIS en Español
- USCIS Director (https://www.instagram.com/uscisdirector/)

## X (formerly Twitter)

- @USCIS (https://x.com/uscis)
- @USCIS_es (https://x.com/uscis_es) , USCIS en Español
- @EVerify (https://x.com/EVerify)
- @SpoxUSCIS (https://x.com/SpoxUSCIS)
  - @USCISMediaWest (http://x.com/USCISMediaWest) - AK, CA, CNMI, GU, HI, ID, MT, OR, and WA
  - @USCISMediaSouth (http://x.com/USCISMediaSouth) - AL, AR, DC, FL, GA, LA, MD, MS, NC, PR, SC, TN, USVI, and VA
  - @USCISMediaCntrl (http://x.com/USCISMediaCntrl) - AZ, CO, IA, IL, KS, MI, MN, MO, ND, NE, NM, NV, OK, SD, TX, UT, WI, and WY
  - @USCISMediaNorth (http://x.com/USCISMediaNorth) - CT, DE, IN, KY, MA, ME, NH, NJ, NY, OH, PA, RI, VT, and WV

## LinkedIn

AAUP-01519

- USCIS LinkedIn (https://www.linkedin.com/company/uscis/)
- E-Verify LinkedIn (https://www.linkedin.com/company/20339588)

## YouTube

- USCIS YouTube (https://www.youtube.com/user/uscis)

## Threads

- USCIS Theads (https://www.threads.net/@uscis)
- USCIS Director (https://www.threads.net/@uscisdirector)

### U.S. Coast Guard

## Blog

- Coast Guard Compass (https://www.mycg.uscg.mil/) Official Blog of the U.S. Coast Guard
- Coast Guard All Hands (https://www.mycg.uscg.mil/) Official Blog for the Coast Guard Workforce Facebook
- Coast Guard Auxiliary blog (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Flive.cgaux.org%2F&back_url=https%3A%2F%2Fwww.dhs.gov%2Fsocial-media-directory)
- Coast Guard Alaska (https://www.mycg.uscg.mil/) : Official Blog of the 17th Coast Guard District
- Coast Guard Great Lakes (https://www.mycg.uscg.mil/) : Official Blog of the 9th Coast Guard District
- Coast Guard Mid Atlantic (https://www.mycg.uscg.mil/) : Official Blog of the 5th Coast Guard District

## Facebook

Coast Guard Facebook Page (https://www.facebook.com/UScoastguard)
Coast Guard Reserve Facebook Page (https://www.facebook.com/uscoastguardreserve)
Coast Guard Commandant Facebook
Coast Guard Vice Commandant Facebook

### Coast Guard Atlantic Area

Coast Guard Atlantic Area (https://www.facebook.com/USCGAtlanticArea?ref=ts&fref=ts) Official Facebook of Coast Guard LANTAREA

- Coast Guard Cutter Diligence (https://www.facebook.com/pages/USCGC-DILIGENCE-WMEC-616/54395927989)
- Coast Guard Cutter Eagle (https://www.facebook.com/CoastGuardCutterEagle)
- Coast Guard Cutter Escanaba (https://www.facebook.com/uscgescanaba)
- Coast Guard Cutter James (https://www.facebook.com/USCGCJAMES)
- Coast Guard Cutter Lawrence Lawson (https://www.facebook.com/US-Coast-Guard-Cutter-Lawrence-Lawson-1239059916181794/)
- Coast Guard Cutter Mohawk (https://www.facebook.com/pages/US-Coast-Guard-Cutter-Mohawk/114335475246545)
- Coast Guard Cutter Seneca (https://www.facebook.com/pages/US-Coast-Guard-Cutter-Seneca/123521774416483)
- Patrol Forces Southwest Asia (PATFORSWA) (https://www.facebook.com/us-coast-guard-patrol-forces-southwest-asia-482885295227216/)
- U.S. Coast Guard Cutter Edgar Culbertson (https://www.facebook.com/USCoastGuardCulbertson)
- U.S. Coast Guard Cutter Tahoma (https://www.facebook.com/uscoastguardcuttertahoma/)
- U.S. Coast Guard Cutter Northland (https://www.facebook.com/CGCNorthland)

### 1st Coast Guard District

Coast Guard Northeast (https://www.facebook.com/USCoastGuardNortheast?fref=ts) Official Facebook of the 1st Coast Guard District

- Coast Guard Cutter Sturgeon Bay (https://www.facebook.com/uscgcsturgeonbay?fref=ts)
- Coast Guard Cutter Penobscot Bay (https://www.facebook.com/pages/USCGC-PENOBSCOT-BAY-WTGB-107/46591172509?fref=ts)
- Coast Guard Cutter Oak (https://www.facebook.com/USCGCOAK)
- Coast Guard Cutter Sycamore (https://www.facebook.com/UsCoastGuardCutterSycamore/)
- Coast Guard Cutter Tybee (https://www.facebook.com/profile.php?id=100068877503689)
- Coast Guard Cutter Key Largo (https://www.facebook.com/uscgckeylargo)

AAUP-01520

- Coast Guard Air Station Cape Cod (https://www.facebook.com/uscoastguardairstationcapecod?fref=ts)
- Coast Guard Sector Long Island Sound (https://www.facebook.com/SectorLongIslandSound)
- Coast Guard Sector Northern New England (https://www.facebook.com/USCGSectorNorthernNewEngland?fref=ts)
- Coast Guard Sector Boston (https://www.facebook.com/pages/USCG-Sector-Boston/203439643083453?fref=ts)
- Coast Guard Sector New York (https://www.facebook.com/SectorNewYork)
- Coast Guard Station Boston (https://www.facebook.com/USCoastGuardStationBoston/)
- Coast Guard Station Portsmouth Harbor (https://www.facebook.com/CGStationPortsmouthHarbor?fref=ts)
- Coast Guard Station Eastport (https://www.facebook.com/pages/US-Coast-Guard-Station-Eastport/203101483092773?fref=ts)
- U.S. Coast Guard Station Eastport Maine (https://www.facebook.com/station.eastport.maine)
- Coast Guard Station Gloucester (https://www.facebook.com/USCoastGuardStationGloucester)
- Coast Guard Station Chatham (https://www.facebook.com/USCG.Chatham?fref=ts)
- Coast Guard Station Cape Cod Canal (https://www.facebook.com/USCoastGuardStationCapeCodCanal?fref=ts)
- Coast Guard Station Woods Hole (https://www.facebook.com/USCGStationWoodsHole?fref=ts)
- Coast Guard Station New London (https://www.facebook.com/pages/USCG-Station-New-London-CT/628929990461566)
- Coast Guard Station New York (https://www.facebook.com/USCGStationNY)
- Coast Guard Station Montauk (https://www.facebook.com/USCGMONTAUK/)
- Coast Guard Station New Haven (https://www.facebook.com/uscgstationnewhaven/)
- Coast Guard Station Eatons Neck (https://www.facebook.com/)
- Coast Guard Station Jones Beach (https://www.facebook.com/CGStaJonesBeach)
- Coast Guard Station Jonesport (https://www.facebook.com/uscgstajonesport/)
- Coast Guard Station Shinnecock (https://www.facebook.com/CGSTASHINNECOCk)
- Coast Guard Station Castle Hill (https://www.facebook.com/uscgstacastlehill)
- Coast Guard Station Boothbay Harbor (https://www.facebook.com/p/US-Coast-Guard-Station-Boothbay-Harbor-100089661458480/)
- Coast Guard Station Menemsha (https://www.facebook.com/USCGMenemsha/)
- Coast Guard Station Merrimack River (https://www.facebook.com/uscgstammr)
- Coast Guard Station South Portland (https://www.facebook.com/p/US-Coast-Guard-Station-South-Portland-100068845465167/)
- Coast Guard Station Point Allerton (https://www.facebook.com/USCGPOINTALLERTON)
- Coast Guard Station Provincetown (https://www.facebook.com/CoastGuardStationProvincetown/)
- Coast Guard Station Rockland (https://www.facebook.com/USCGRockland)
- Coast Guard Station and ANT Burlington (https://www.facebook.com/uscoastguardstationburlington/)
- Coast Guard Station Woods Hole (https://www.facebook.com/USCoastGuardStationWoodsHole)
- U.S. Coast Guard Sector Southeastern New England (https://www.facebook.com/uscoastguardsectorsene)
- Coast Guard Public Affairs Detachment New York (https://www.facebook.com/USCGNEWYORKCITY)
- Coast Guard Northeast (https://www.facebook.com/USCoastGuardNortheast)
- Coast Guard Southwest Harbor (https://www.facebook.com/p/US-Coast-Guard-Southwest-Harbor-100069104401370/)
- Coast Guard Tri-State (https://www.facebook.com/USCGTRISTATE/)

## 5th Coast Guard District

Coast Guard Mid-Atlantic (https://www.facebook.com/USCGMidAtlantic?fref=ts) Official Facebook of the 5th Coast Guard District

- Coast Guard Cutter Mako (https://www.facebook.com/USCoastGuardCutterMako?fref=ts&rf=141708902532414)
- Coast Guard Cutter Frank Drew (https://www.facebook.com/Coastguardcgcfrankdrew)
- Coast Guard Cutter Smilax (https://www.facebook.com/CGCSmilax)
- Coast Guard Air Station Atlantic City (https://www.facebook.com/AirStaAC?fref=ts)
- Coast Guard Air Station Elizabeth City (https://www.facebook.com/uscoastguardairstationecity?fref=ts)
- Atlantic Area Strike Team (https://www.facebook.com/USCGAtlanticStrikeTeam?fref=ts)
- Coast Guard Sector Delaware Bay (https://www.facebook.com/USCGSectorDelawareBay?fref=ts)
- Coast Guard Sector North Carolina (https://www.facebook.com/USCoastGuardSectorNorthCarolina?fref=ts)
- Coast Guard Sector Virginia (https://www.facebook.com/@USCGSectorVirginia)
- Coast Guard Sector Maryland National Capital Region (https://www.facebook.com/USCoastGuardSectorMarylandNationalCapitalRegion)
- Coast Guard Air Station Atlantic City (https://www.facebook.com/AirStaAC)
- Coast Guard Station Barnegat Light (https://www.facebook.com/USCoastGuardStationBarnegatLight?fref=ts)
- Coast Guard Station Indian River (https://www.facebook.com/pages/US-Coast-Guard-Station-Indian-River/380555205376774?fref=ts)
- Coast Guard Station Emerald Isle (https://www.facebook.com/USCoastGuardStaEmeraldIsle?fref=ts)
- Coast Guard Station Wrightsville Beach (https://www.facebook.com/USCGStationWrightsvilleBeach)
- Coast Guard Station Manasquan Inlet (https://www.facebook.com/CoastGuardStationManasqanInlet)

AAUP-01521

- Coast Guard Station Cape Charles (https://www.facebook.com/stationcapecharles)
- Coast Guard Station Oak Island (https://www.facebook.com/@USCGStationOakIsland/)
- Coast Guard Station Cape May (https://www.facebook.com/@StationCapeMay)
- Coast Guard Station Crisfield (https://www.facebook.com/USCoastGuardStationCrisfield)
- Coast Guard Station Emerald Isle (https://www.facebook.com/USCoastGuardStaEmeraldIsle)
- Coast Guard Station Hobucken (https://www.facebook.com/USCoastGuardStationHobucken)
- Coast Guard Station Hatteras Inlet (https://www.facebook.com/uscgstationhatterasinlet)
- Coast Guard Station Fort Macon (https://www.facebook.com/uscgstationfortmacon/)
- Coast Guard Station Barnegat Light (https://www.facebook.com/USCoastGuardStationBarnegatLight)
- Coast Guard Station Oregon Inlet (https://www.facebook.com/USCGStationOregonInlet)
- Coast Guard Mid-Atlantic (https://www.facebook.com/USCGMidAtlantic)
- Coast Guard Base Elizabeth City (https://www.facebook.com/BaseElizabethCity)

## 7th Coast Guard District

Coast Guard Southeast (https://www.facebook.com/USCoastGuardSoutheast?fref=ts) Official Facebook of the 7th Coast Guard District

- Coast Guard Aids to Navigation Team Ponce de Leon Inlet (https://www.facebook.com/antPonceInlet/)
- Coast Guard Air Station Borinquen (https://www.facebook.com/uscoastguardairstationborinquen)
- Coast Guard Air Station Clearwater (https://www.facebook.com/USCoastGuardAirStationClearwater)
- Coast Guard Air Station Miami (https://www.facebook.com/AirStationMiami?fref=ts)
- Coast Guard Air Station Savannah (https://www.facebook.com/pages/US-Coast-Guard-Air-Station-Savannah/293598100753285)
- Coast Guard Base Miami Beach (https://www.facebook.com/USCGBaseMiamiBeach?fref=ts)
- Coast Guard Cutter Anvil (https://www.facebook.com/USCGCANVIL/)
- Coast Guard Cutter Isaac Mayo (https://www.facebook.com/pg/USCGCIsaacMayo)
- Coast Guard Cutter Margaret Norvell (https://www.facebook.com/www.uscg.mil)
- Coast Guard Cutter Richard Etheridge (https://www.facebook.com/USCGCRichardEtheridge)
- Coast Guard Cutter Bernard Webber (https://www.facebook.com/uscgcbernardcwebber)
- Coast Guard Cutter Willow (https://www.facebook.com.uscoastguardcutterwillow/)
- Coast Guard Sector Charleston (https://www.facebook.com/US-Coast-Guard-Sector-Charleston-2032681073634505/?fref=ts)
- Coast Guard Sector Key West (https://www.facebook.com/CGKeyWest/)
- Coast Guard Sector St. Petersburg (https://www.facebook.com/uscgsectorstpete)
- Coast Guard Station Brunswick (https://www.facebook.com/USCGStationBrunswick?fref=ts)
- Coast Guard Station Ft. Meyers Beach (https://www.facebook.com/pages/US-Coast-Guard-Station-Fort-Myers-Beach/278692762247008?fref=ts)
- Coast Guard Station Islamorada (https://www.facebook.com/USCGIslamorada/)
- Coast Guard Station Marathon (https://www.facebook.com/US-Coast-Guard-Station-Marathon-1606088293047276/)
- Coast Guard Station Miami Beach (https://www.facebook.com/US-Coast-Guard-Station-Miami-Beach-274569339258290/)
- Coast Guard Station Sand Key (https://www.facebook.com/Coast-Guard-Station-Sand-Key-228539920821598)
- Coast Guard Station Yankeetown (https://www.facebook.com/uscoastguardstationyankeetown)
- Coast Guard Station Fort Pierce (https://www.facebook.com/USCGStationFortPierce/)

## 8th Coast Guard District

Coast Guard Heartland (https://www.facebook.com/uscgheartland/) Official Facebook of the 8th Coast Guard District

- Coast Guard Air Station Houston (https://www.facebook.com/USCoastGuardAirStaHouston)
- Coast Guard Marine Safety Unit Morgan City (https://www.facebook.com/US-Coast-Guard-Marine-Safety-Unit-Morgan-City-176748689044543)
- Coast Guard Sector Lower Mississippi River (https://www.facebook.com/pages/US-Coast-Guard-Sector-Lower-Mississippi-River/682583088515064?fref=ts)
- Coast Guard Station Galveston (https://www.facebook.com/pages/USCG-Station-Galveston/175489457419)
- Coast Guard Station Port O'Connor (https://www.facebook.com/USCoastGuardStaPOC/)
- Coast Guard Sector Mobile (https://www.facebook.com/coastguardsectormobile/)
- Coast Guard Sector Upper Mississippi River (https://www.facebook.com/uscgsumr)

## 9th Coast Guard District

Coast Guard Great Lakes (https://www.facebook.com/uscggreatlakes?fref=ts) Official Facebook of the 9th Coast Guard District

- Coast Guard Aids to Navigation Team Two Rivers (https://www.facebook.com/US-Coast-Guard-Aids-to-Navigation-Team-Two-Rivers-1177158932327301/)

AAUP-01522

- Coast Guard Air Station Detroit (https://www.facebook.com/US-Coast-Guard-Air-Station-Detroit-479563738892243/)
- Coast Guard Air Station Traverse City (https://www.facebook.com/USCGTraverseCity)
- Coast Guard Cutter Alder (https://www.facebook.com/USCoastGuardALDER?)
- Coast Guard Cutter Bristol Bay (https://www.facebook.com/USCoastGuardBristolBay/)
- Coast Guard Cutter Hollyhock (https://www.facebook.com/USCGC-hollyhock-port-huron-mi-175270115865104/)
- Coast Guard Sector Lake Michigan (https://www.facebook.com/uscgsectorlakemichigan?fref=nf)
- Coast Guard Sector Buffalo (https://www.facebook.com/USCGSectorBuffalo)
- Coast Guard Sector Field Office Grand Haven (https://www.facebook.com/UsCoastGuardSfoGrandHaven?fref=ts)
- Coast Guard Sector Sault Ste Marie (https://www.facebook.com/US-Coast-Guard-Sector-Sault-Ste-Marie-1696676213934206/)
- Coast Guard Station Alexandria Bay (https://www.facebook.com/USCoastGuardStationAlexandriaBay)
- Coast Guard Station Fairport (https://www.facebook.com/USCG.Station.Fairport/)
- Coast Guard Station Manistee (https://www.facebook.com/uscgstamanistee)
- Coast Guard Station Oswego (https://www.facebook.com/USCoastGuardStationOswego)
- Coast Guard Cutter SPAR (https://www.facebook.com/USCoastGuardSPAR)

**Coast Guard Pacific Area**

Coast Guard Pacific Area (https://www.facebook.com/uscgpacificarea?fref=ts) Official Facebook of Coast Guard PACAREA

- Coast Guard Cutter Stratton (https://www.facebook.com/USCGC.STRATTON.WMSL752)
- Coast Guard Cutter Sherman (https://www.facebook.com/uscoastguardcuttersherman)
- Coast Guard Marine Safety and Security Team San Francisco (91105) (https://www.facebook.com/MSSTSF91105)
- Coast Guard Cutter Waesche (https://www.facebook.com/USCGCWaesche/)

**11th Coast Guard District**

Coast Guard Pacific Southwest (https://www.facebook.com/USCoastGuardPacificSouthwest?fref=ts) Official Facebook of the 11th Coast Guard District

- Coast Guard Sector San Francisco (https://www.facebook.com/USCoastGuardSectorSanFrancisco?fref=ts)
- Coast Guard Sector San Diego (https://www.facebook.com/USCoastGuardSectorSanDiego?fref=ts)
- Coast Guard Air Station Sacramento (https://www.facebook.com/CoastGuardAirStationSacramento?fref=nf)
- Coast Guard Station Morro Bay (https://www.facebook.com/uscgStaMorroBay)
- Coast Guard Station Humboldt Bay (https://www.facebook.com/pages/Coast-Guard-Station-Humboldt-Bay/153192148082271?fref=ts)
- Coast Guard Station Bodega Bay (https://www.facebook.com/usstationbodegabay)
- Coast Guard Aids to Navigation Team Humboldt Bay (https://www.facebook.com/uscoastguardanthumboldtbay?fref=ts)
- Coast Guard Public Affairs Detachment Los Angeles (https://www.facebook.com/USCGlosangeles)
- Coast Guard Air Station San Francisco (https://www.facebook.com/guardiansofthegoldengate)

**13th Coast Guard District**

Coast Guard Pacific Northwest (https://www.facebook.com/USCGPNW?sk=wall) Official Facebook of the 13th Coast Guard District

- Coast Guard Cutter Swordfish (https://www.facebook.com/USCoastGuardCGCSwordfish)
- Coast Guard Sector Puget Sound (https://www.facebook.com/SectorPugetSound)
- Coast Guard Sector Columbia River (https://www.facebook.com/USCoastGuardSectorCR)
- Coast Guard Vessel Traffic Service Puget Sound (https://www.facebook.com/USCoastGuardVTSPugetSound)
- Coast Guard Station Bellingham (https://www.facebook.com/USCoastGuardStationBellingham?ref=ts&fref=ts)
- Coast Guard Station Cape Disappointment (https://www.facebook.com/USCoastGuardStationCapeDisappointment)
- Coast Guard Station Coos Bay (https://www.facebook.com/USCoastGuardStationCoosBay)
- Coast Guard Station Neah Bay (https://www.facebook.com/pages/US-Coast-Guard-Station-Neah-Bay/124735467588239)
- Coast Guard Station North Bend (https://www.facebook.com/sectornorthbend?fref=nf)
- Coast Guard Station Umpqua River (https://www.facebook.com/pages/U-S-Coast-Guard-Station-Umpqua-River/147842815295813)
- Coast Guard Station Yaquina Bay (https://www.facebook.com/USCoastGuardStationYaquinaBay?fref=pb&hc_location=profile_browser)
- Coast Guard Station Tillamook Bay (https://www.facebook.com/USCoastGuardSTATBay)
- Coast Guard Station Quillayute River (https://www.facebook.com/uscoastguardstationquillayuteriver)
- Coast Guard Station Siuslaw River (https://www.facebook.com/USCoastGuardSTASiuslawRiver)
- Coast Guard Station Port Angeles (https://www.facebook.com/uscoastguardstapa)
- Coast Guard Aids to Navigation Team Puget Sound (https://www.facebook.com/USCoastGuardANTPS)

AAUP-01523

Social Media Directory | Homeland Security

- Coast Guard Cutter Henry Blake (https://www.facebook.com/USCoastGuardCGCHenryBlake)
- Coast Guard Station Seattle (https://www.facebook.com/USCoastGuardSTASeattle)

**14th Coast Guard District**

Coast Guard Hawaii Pacific (https://www.facebook.com/USCG.Hawaii.Pacific?sk=wall) Official Facebook of the 14th Coast Guard District

- Coast Guard Air Station Barbers Point (https://www.facebook.com/uscoastguardairstabarberspoint)
- Coast Guard Cutter Sequoia (https://www.facebook.com/USCGC.Sequoia)
- Coast Guard Marine Safety and Security Team Honolulu (https://www.facebook.com/USCoastGuardMSSTHonolulu/)
- Coast Guard Sector Guam (https://www.facebook.com/USCGSectorGuam/)
- Coast Guard Station Apra Harbor (https://www.facebook.com/USCoastGuardStationApraHarbor)
- Coast Guard Station Maui (https://www.facebook.com/pages/Coast-Guard-Station-Maui/100668503327561?fref=ts)
- Coast Guard Activities Far-East (https://www.facebook.com/USCoastGuardFEACT/)
- Coast Guard Hawaii Pacific (https://www.facebook.com/USCGHawaiiPacific/)
- Coast Guard Forces Micronesia Sector Guam (https://www.facebook.com/USCGForcesMicronesia/)
- vhttps://www.facebook.com/USCGCFrederickHatch (https://www.facebook.com/USCGCFrederickHatch)
- Coast Guard Cutter Oliver Henry (https://www.facebook.com/uscgcoliverhenry/)
- Coast Guard Station Kauai (https://www.facebook.com/USCGSTAKauai)
- Coast Guard Cutter Hickory (https://www.facebook.com/USCGCHickory)
- Coast Guard Sector Honolulu (https://www.facebook.com/@USCoastGuardSectorHonolulu/)
- Coast Guard MSST Honolulu (https://www.facebook.com/USCGMSSTHonolulu/)
- Coast Guard Sector Honolulu Command Center (https://www.facebook.com/USCGSectorHonolulu/)

**17th Coast Guard District**

Coast Guard Alaska (https://www.facebook.com/uscgalaska) Official Facebook of the 17th Coast Guard District

- Coast Guard Cutter Anacapa (https://www.facebook.com/US-Coast-Guard-Cutter-Anacapa)
- Coast Guard Cutter Munro (https://www.facebook.com/USCoastGuardMunro)
- Coast Guard Cutter Chandeleur (https://www.facebook.com/cgcchandeleur)
- Coast Guard Air Station Sitka (https://www.facebook.com/uscoastguardairstationsitka)
- Coast Guard Air Station Kodiak (https://www.facebook.com/CGASKodiak)
- Coast Guard Base Kodiak (https://www.facebook.com/uscoastguardbasekodiak)
- Coast Guard Base Ketchikan (https://www.facebook.com/USCoastGuardBaseKetchikan)
- Coast Guard Sector Anchorage (https://www.facebook.com/pages/US-Coast-Guard-Sector-Anchorage/200257749989817)
- Coast Guard Sector Juneau (https://www.facebook.com/SectorJuneau)
- Coast Guard Station Ketchikan (https://www.facebook.com/pages/US-Coast-Guard-Station-Ketchikan/186215961411906)
- Coast Guard Station Valdez (https://www.facebook.com/USCoastGuardStationValdez/)
- Coast Guard Marine Safety Unit Kodiak (https://www.facebook.com/USCG.MSDKodiak/)
- Coast Guard Aids to Navigations Team Kodiak (https://www.facebook.com/USCGANTKodiak/)

**Other**

- Coast Guard Academy (https://www.facebook.com/CoastGuardAcademy?fref=ts)
- Coast Guard Band (https://www.facebook.com/uscoastguardband/)
- Coast Guard Honor Guard (https://www.facebook.com/uscghonorguard/)
- Coast Guard Chief Petty Officer Academy (https://www.facebook.com/ChiefPettyOfficerAcademy)
- Coast Guard Exchange System (https://www.facebook.com/CoastGuardExchange)
- Coast Guard Recruiting Command (https://www.facebook.com/GoCoastGuard?fref=ts)
- Coast Guard Training Center Petaluma (https://www.facebook.com/pages/Coast-Guard-Training-Center-Petaluma/151701841511698?fref=ts)
- Coast Guard Training Center Cape May (https://www.facebook.com/USCoastGuardBootCamp?fref=ts)
- Coast Guard Yard (https://www.facebook.com/uscoastguardyard?fref=ts)

## Flickr

- Coast Guard Flickr Gallery (https://www.flickr.com/photos/coast_guard/)

AAUP-01524

## Instagram

- Official US Coast Guard (Headquarters) (https://www.instagram.com/uscg/)
- Coast Guard Atlantic Area (Portsmouth, VA) (https://www.instagram.com/USCGLANTAREA)
- U.S. Coast Guard Mid-Atlantic (https://www.instagram.com/uscgmidatlantic/)
- Coast Guard Pacific Area (Alameda, CA) (https://www.instagram.com/USCGPACAREA)
- Coast Guard Academy (New London, CT) (https://www.instagram.com/USCG_ACADEMY)
- Coast Guard Special Missions Training Center (Camp Lejeune, NC) (https://www.instagram.com/USCGSMTC)
- Coast Guard Auxiliary (https://www.instagram.com/USCGAUX)
- Coast Guard District 1 (Boston, MA) (https://www.instagram.com/USCGNORTHEAST)
- Coast Guard SECTOR New York (New York, NY) (https://www.instagram.com/USCGNEWYORK)
- Coast Guard District 5 (Portsmouth, VA) (https://www.instagram.com/USCGMIDATLANTIC)
- Coast Guard District 8 (SECTOR MOBILE) (New Orleans, LA) (https://www.instagram.com/USCGSECTORMOBILE)
- Coast Guard District 9 (Cleveland, OH) (https://www.instagram.com/USCGGREATLAKES)
- Coast Guard District 14 (Honolulu, HI) (https://www.instagram.com/USCGHAWAIIPACIFIC)
- National Coast Guard Museum (https://www.instagram.com/USCGMUSEUM)

## LinkedIn

- U.S. Coast Guard LinkedIn (https://www.linkedin.com/company-beta/4425/)

## X (formerly Twitter)

- @ComdtUSCG (https://x.com/ComdtUSCG)
- @USCG (https://x.com/uscg)
- @USCoastGuard (https://x.com/uscoastguard)
- @USCGAcademy (https://x.com/uscgacademy)
- @AMVER (https://x.com/amver)
- @USCGAlaska (https://x.com/USCGAlaska)
- @USCGGreatLakes (https://x.com/USCGGreatLakes)
- @USCGHawaiiPac (https://x.com/USCGHawaiiPac)
- @USCGHeartland (https://x.com/USCGHeartland)
- @USCGLANTAREA (https://x.com/USCGLANTAREA)
- @USCGMidAtlantic (https://x.com/uscgmidatlantic)
- @USCGNortheast (https://x.com/USCGNortheast)
- @USCGPacificNW (https://x.com/USCGPacificNW)
- @USCGSoutheast (https://x.com/uscgsoutheast)
- @MaritimeCommons (https://x.com/maritimecommons)

## YouTube

- Coast Guard YouTube Channel (https://www.youtube.com/user/USCGImagery)

## Other

- Coast Guard Visual Information Gallery (DVIDS) (https://www.dvidshub.net/search/?filter[type]=image&filter[branch]=Coast%20Guard&sort=date#.VmbdLUZWLIU)
- Coast Guard Auxiliary Vimeo (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fwww.vimeo.com%2Fuscgauxiliary&back_url=https%3A%2F%2Fwww.dhs.gov%2Fsocial-media-directory)

### U.S. Customs and Border Protection

## Flickr

- CBP Flickr (https://www.flickr.com/photos/cbpphotos/) , U.S. Customs and Border Protection

AAUP-01525

## Instagram

- CBP Instagram (https://www.instagram.com/cbpgov), U.S. Customs and Border Protection

## LinkedIn

- U.S. Customs and Border Protection LinkedIn (https://www.linkedin.com/company-beta/2997/)

## X (formerly Twitter)

- @CBP (https://x.com/CBP), U.S. Customs and Border Protection
- @USBP Chief (https://x.com/usbpchief)
- @CBPTradeGov (https://x.com/cbptradegov)
- @CBPJobs (https://x.com/cbpjobs)
- CBP Regions
  - @CBPArizona (https://x.com/CBPArizona), Arizona region
  - @CBPBuffalo (https://x.com/CBPBuffalo), Buffalo region
  - @CBPCaribbean (https://x.com/cbpcaribbean), Caribbean region
  - @CBPCentralTexas (https://x.com/cbpcentraltx?lang=en), Central Texas region
  - @CBPChicago (https://x.com/cbpchicago), Chicago region
  - @CBPElCentro (https://x.com/CBPElCentro), El Centro region
  - @CBPFlorida (https://x.com/CBPFlorida), Florida region
  - @CBPGreatLakes (https://x.com/cbpgreatlakes), Great Lakes region
  - @CBPGreatPlains (https://x.com/cbpgreatplains), Great Plains region
  - @CBPLosAngeles (https://x.com/CBPLosAngeles), Los Angeles region
  - @CBPMidAtlantic (https://x.com/CBPMidAtlantic), Mid-Atlantic region
  - @CBPNewEngland (https://x.com/CBPNewEngland), New England region
  - @CBPNewYorkCity (https://x.com/CBPNewYorkCity), New York region
  - @CBPNorthwest (https://x.com/CBPNorthwest), Northwest region
  - @CBPRGV (https://x.com/CBPRGV), Rio Grande Valley
  - @CBPSanDiego (https://x.com/CBPSanDiego), San Diego region
  - @CBPSoutheast (https://x.com/cbpsoutheast), Southeast region
  - @CBPSouthTexas (https://x.com/CBPSouthTexas), South Texas region
  - @CBPWestTexas (https://x.com/CBPWestTexas), West Texas region

## YouTube

- CBP YouTube (https://www.youtube.com/user/customsborderprotect), customsbordersprotect, U.S. Customs and Border Protection

## Cybersecurity and Infrastructure Security Agency

## Facebook

- CISA Facebook (https://www.facebook.com/CISA)
- SchoolSafety.gov (https://www.facebook.com/SchoolSafetyGov/)

## X (formerly Twitter)

- @CISAgov (https://x.com/CISAgov), Cybersecurity and Infrastructure Security Agency
- @CISACyber (https://x.com/CISACyber), (formerly @USCERTgov (https://x.com/USCERT_gov)
- SchoolSafety.gov (https://x.com/SchoolSafetyGov)

## Instagram

- @CISAgov (https://www.instagram.com/cisagov), Cybersecurity and Infrastructure Security Agency

AAUP-01526

## Threads

- CISA (https://www.threads.net/@cisagov)
- CISA Cyber (https://www.threads.net/@cisacyber)

## LinkedIn

- CISA LinkedIn (https://www.linkedin.com/company/cybersecurity-and-infrastructure-security-agency/)

## Truth Social

- @CISAgov (https://truthsocial.com/@CISAgov)

## YouTube

- CISA (https://www.youtube.com/channel/UCxyq9roe-npgzrVwbpoAy0A)

**Federal Emergency Management Agency**

## Podcast

- "Before, During & After" Blog (https://www.fema.gov/about/news-multimedia/podcast), Federal Emergency Management Agency



## Blog

- FEMA Blog (https://www.fema.gov/blog), Federal Emergency Management Agency

## Facebook

- FEMA Facebook (https://www.facebook.com/fema)
- FEMA en Español (https://www.facebook.com/FEMAespanol)
- Ready campaign Facebook (https://www.facebook.com/readygov)
- Center for Domestic Preparedness Facebook (https://www.facebook.com/CDPFEMA)
- U.S. Fire Administration Facebook (https://www.facebook.com/usfire)
- FEMA U.S. Virgin Islands Facebook (https://www.facebook.com/FEMAUSVirginIslands/)
- FEMA Puerto Rico (https://www.facebook.com/FEMAPuertoRico)
- National Disaster And Emergency Management University (https://www.facebook.com/NationalDisasterAndEmergencyManagementUniversity)

## Google Books

- National Preparedness Community (https://community.fema.gov/)

## Instagram

- FEMA Instagram (https://instagram.com/fema)

## LinkedIn

AAUP-01527

7/3/25, 4:01 PM                                   Social Media Directory | Homeland Security

- Federal Emergency Management Agency LinkedIn (https://www.linkedin.com/company-beta/2995/)

## X (formerly Twitter)

- @FEMA (https://x.com/fema)
- @FEMAespanol (https://x.com/femaespanol)
- @PrepareAthon (https://x.com/prepareathon)
- @Citizen Corps (https://x.com/citizen_corps)
- @USFire (https://x.com/usfire), U.S. Fire Administration
- @CDPFEMA (https://x.com/cdpfema), Center for Domestic Preparedness
- Regional Accounts
    - Region 1 (https://x.com/femaregion1), Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont
    - Region 2 (https://x.com/femaregion2), New Jersey, New York, Puerto Rico, and the Virgin Islands
    - Region 3 (https://x.com/femaregion3), Delaware, District of Columbia, Maryland, Pennsylvania, Virginia and W. Virginia
    - Region 4 (https://x.com/femaregion4), Alabama, Florida, Georgia, Kentucky, Mississippi, N. Carolina, S. Carolina and Tennessee
    - Region 5 (https://x.com/femaregion5), Illinois, Indiana, Michigan, Minnesota, Ohio and Wisconsin
    - Region 6 (https://x.com/femaregion6), Arkansas, Louisiana, New Mexico, Oklahoma and Texas
    - Region 7 (https://x.com/femaregion7), Iowa, Kansas, Missouri and Nebraska
    - Region 8 (https://x.com/femaregion8), Colorado, Montana, N. Dakota, S. Dakota, Utah and Wyoming
    - Region 9 (https://x.com/femaregion9), Arizona, California, Hawaii, Nevada, American Samoa, Guam, Commonwealth of the Northern Mariana Islands, Republic of the Marshall Islands, and Federated States of Micronesia
    - Region 10 (https://x.com/femaregion10), Alaska, Idaho, Oregon and Washington

### YouTube

- FEMA YouTube (https://www.youtube.com/user/fema)

### Federal Law Enforcement Training Centers

### Facebook

- FLETC Facebook (https://www.facebook.com/pages/Federal-Law-Enforcement-Training-Center/127367977333802), Federal Law Enforcement Training Centers

### Instagram

- @FLETC (https://www.instagram.com/fletc), Federal Law Enforcement Training Centers

### LinkedIn

- Federal Law Enforcement Training Centers (https://www.linkedin.com/company/federal-law-enforcement-training-centers)

### X (formerly Twitter)

- @FLETC (https://x.com/FLETC), Federal Law Enforcement Training Centers

### YouTube

- Federal Law Enforcement Training Centers (https://www.youtube.com/c/FederalLawEnforcementTrainingCenters)

### U.S. Immigration and Customs Enforcement

### Facebook

AAUP-01528

- ICE Facebook (https://www.facebook.com/wwwICEgov/), Immigration and Customs Enforcement
- ICE Español (https://www.facebook.com/ICEgovEspanol), Immigration and Customs Enforcement
- Study in the States Facebook (https://www.facebook.com/StudyintheStates)

## Instagram

- ICE Instagram (https://instagram.com/icegov), Immigration and Customs Enforcement

## LinkedIn

- U.S. Immigration and Customs Enforcement LinkedIn (https://www.linkedin.com/company-beta/533534/)

## Treads

- ICE Treads (https://www.threads.net/@dhsgov), Immigration and Customs Enforcement
- ICE ERO (https://www.threads.net/iceEROgov)

## X (formerly Twitter)

- @ICEgov (https://x.com/ICEgov), ICE
- @ICE Español (https://x.com/ICEespanol)
- @StudyinStates (https://x.com/#!/StudyinStates), Study in the States
- @ICEgovCareers (https://x.com/ICEgovCareers)
- @EROBuffalo (https://x.com/EROBuffalo)
- @EROChicago (https://x.com/EROChicago)
- @ERODenver (https://x.com/ERODenver)
- @ERODetroit (https://x.com/ERODetroit)
- @EROElPaso (https://x.com/EROElPaso)
- @ERONewYork (https://x.com/ERONewYork)
- @EROSanAntonio (https://x.com/EROSanAntonio)
- @EROMiami (https://x.com/EROMiami)
- @EROSanDiego (https://x.com/EROSanDiego)
- @EROHouston (https://x.com/EROHouston)
- @EROHarlingen (https://x.com/EROHarlingen)
- @EROLosAngeles (https://x.com/EROLosAngeles)
- @ERONewOrleans (https://x.com/ERONewOrleans)
- @ERO_Phoenix (https://x.com/ERO__Phoenix)

## YouTube

- ICE YouTube (https://www.youtube.com/user/wwwICEgov)

## Homeland Security Investigations

## Facebook

- Homeland Security Investigations (https://www.facebook.com/HSIgov/)

## Instagram

- HSI (https://www.instagram.com/HSIgov)

## LinkedIn

- Homeland Security Investigations (https://www.linkedin.com/company/homeland-security-investigations)

AAUP-01529

## Threads

- HSI (https://www.threads.net/HSIgov)

## X (formerly Twitter)

- HSI (https://x.com/HSI_HQ)
- HSI Atlanta (https://x.com/HSIAtlanta)
- HSI Baltimore (https://x.com/HSIBaltimore)
- HSI Buffalo (https://x.com/HSIBuffalo)
- HSI Charlotte (https://x.com/HSI_Charlotte)
- HSI Chicago (https://x.com/HSIChicago)
- HSI Dallas (https://x.com/HSI_Dallas )
- HSI DC (https://x.com/HSI_DC)
- HSI Denver (https://x.com/HSIDenver)
- HSI Detroit (https://x.com/HSIDetroit)
- HSI El Paso (https://x.com/HSIElPaso)
- HSI Honolulu (https://x.com/HSIHonolulu)
- HSI Houston (https://x.com/HSIHouston)
- HSI Kansas City (https://x.com/HSIKansasCity)
- HSI Las Vegas (https://x.com/HSILasVegas)
- HSI Los Angeles (https://x.com/HSILosAngeles)
- HSI Miami (https://x.com/HSI_Miami )
- HSI Nashville (https://x.com/HSI_Nashville)
- HSI Newark (https://x.com/HSINewark)
- HSI New England (https://x.com/HSINewEngland)
- HSI New Orleans (https://x.com/HSINewOrleans)
- HSI New York (https://x.com/HSINewYork)

## YouTube

- HSI  (https://www.youtube.com/@HSI_HQ)

## U.S. Secret Service

## Facebook

- @UnitedStatesSecretServiceOfficial Facebook (https://www.facebook.com/UnitedStatesSecretServiceOfficial/)

## Instagram

- @secretservice Instagram (https://www.instagram.com/secretservice/)

## LinkedIn

- U.S. Secret Service LinkedIn (https://www.linkedin.com/company-beta/2996/)

## Threads

- @secretservice Threads (https://www.threads.net/@secretservice)

## X (formerly Twitter)

- @SecretService (https://x.com/secretservice) , U.S. Secret Service
- @SecretSvcSpox (https://x.com/SecretSvcSpox) , Chief of Communications for the United States Secret Service, Anthony Guglielmi,

## YouTube

AAUP-01530

- [@SecretService YouTube](https://www.youtube.com/@SecretService) (https://www.youtube.com/@SecretService)

**Transportation Security Administration**

## Blog

- [The TSA Blog](https://www.tsa.gov/blog) (https://www.tsa.gov/blog)

## Facebook

- [Transportation Security Administration](https://www.facebook.com/TSA) (https://www.facebook.com/TSA)
- [AskTSA](https://www.facebook.com/AskTSA) (https://www.facebook.com/AskTSA) , TSA Social Care Team

## Instagram

- [TSA](https://www.instagram.com/tsa/) (https://www.instagram.com/tsa/)

## LinkedIn

- [Transportation Security Administration](https://www.linkedin.com/company/tsa/?viewAsMember=true) (https://www.linkedin.com/company/tsa/?viewAsMember=true)

## Threads

- [TSA](https://www.threads.net/@tsa) (https://www.threads.net/@tsa)

## X (formerly Twitter)

- [@TSA](https://x.com/TSA) (https://x.com/TSA)
- [@AskTSA](https://x.com/AskTSA) (https://x.com/AskTSA) , TSA Social Care Team
- [@TSA_Comms_AA](https://x.com/TSA_Comms_AA) (https://x.com/TSA_Comms_AA) , Assistant Administrator for Communications
- Public Affairs Spokespeople
  - [@TSA_GreatLakes](https://x.com/TSA_GreatLakes) (https://x.com/TSA_GreatLakes)
  - [@TSA_SouthWest](https://x.com/Tsa_SouthWest) (https://x.com/Tsa_SouthWest)
  - [@TSA_Northeast](https://x.com/TSA_Northeast) (https://x.com/TSA_Northeast)
  - [@TSA_NewEngland](https://x.com/TSA_NewEngland) (https://x.com/TSA_NewEngland)
  - [@TSA_Southeast](https://x.com/TSA_Southeast) (https://x.com/TSA_Southeast)
  - [@TSA_Gulf](https://x.com/TSA_Gulf) (https://x.com/TSA_Gulf)
  - [@TSA_Pacific](https://x.com/TSA_Pacific) (https://x.com/TSA_Pacific)

## BlueSky

- [@TSAgov](https://bsky.app/profile/tsagov.bsky.social) (https://bsky.app/profile/tsagov.bsky.social)

## Flickr

- [TSA](https://www.flickr.com/photos/tsagov) (https://www.flickr.com/photos/tsagov)

## Truth Social

- [@TSAgov](https://truthsocial.com/@TSAgov) (https://truthsocial.com/@TSAgov)

## Reddit

- [TSAgov](https://www.reddit.com/user/TSAgov/) (https://www.reddit.com/user/TSAgov/)

## YouTube

AAUP-01531

- TSA (https://www.youtube.com/tsa)

## Science and Technology Directorate

### Facebook

- DHS Science and Technology Directorate Facebook (https://www.facebook.com/dhsscitech)

### Flickr

- DHS Science and Technology Directorate Flickr (https://www.flickr.com/photos/dhsscitech?
utm_source=sandt_carousel&utm_medium=web&utm_campaign=dhsgov)

### LinkedIn

- DHS Science and Technology Directorate LinkedIn (https://www.linkedin.com/company-beta/11109829/)

### X (formerly Twitter)

- @DHSSciTech (https://x.com/dhsscitech) , DHS S&T

### YouTube

- Science & Technology Directorate YouTube (https://www.youtube.com/dhsscitech)

### Instagram

- dhsscitech (https://www.instagram.com/dhsscitech)

## Office of Inspector General

### LinkedIn

- DHS Office of Inspector General LinkedIn (https://www.linkedin.com/company-beta/10454080/)

### X (formerly Twitter)

- DHS OIG Twitter (https://x.com/DHSOIG) , Office of the Inspector General

**Topics**

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

**Keywords**

SOCIAL MEDIA (/KEYWORDS/SOCIAL-MEDIA)

Last Updated: 06/10/2025

AAUP-01532

AAUP-01533

# EXHIBIT 204

 **U.S. Citizenship and Immigration Services**

MENU

[Home](#) > [Newsroom](#) > [All News](#) > [News Releases](#) > First 100 Days: USCIS Delivering on Making America Safe Again

# First 100 Days: USCIS Delivering on Making America Safe Again

Release Date : 04/29/2025

*Ensuring National Security and Restoring Commonsense Policies*

**WASHINGTON** – U.S. Citizenship and Immigration Services is aggressively working to ensure America's national security by addressing vulnerabilities in immigration policies, reducing exploitation of humanitarian parole programs, and assisting enforcement agencies in identifying and removing illegal aliens.

In the first 100 days of the Trump Administration, USCIS has restored robust screening and vetting capabilities; re-emphasized fraud detection and deterrence; reduced exploitation of the immigration system through humanitarian and temporary protected status programs; in partnership with other agencies, helped reduce encounters at our southern border and increase safety at home, with violent criminal aliens rapidly being removed from our neighborhoods; and introduced commonsense policy and operational solutions to help protect Americans.

"In the first 100 days, USCIS put a stop to disastrous Biden-era 'humanitarian' policies that invited fraud and allowed criminal aliens to legally live and work in our communities; facilitated arrests of criminals attempting to gain immigration benefits; and for the first time in decades is ensuring every alien in the U.S. is registered as required by law," said USCIS Spokesman Matthew Tragesser. "Aliens, immigration attorneys and non-government organizations take note: the days of exploiting our immigration system are over. Aliens who want to live and work in America need to do it legally or get out."

### *Addressing Vulnerabilities, Restoring Trust in the Immigration System*

USCIS implemented the **Alien Registration Requirement (ARR)**, which strengthens national security, promotes accountability and upholds the rule of law. ARR allows USCIS and other agencies to track the presence of aliens in the U.S., review their criminal records, if any, and maintain awareness of their activities. USCIS recently developed an [ARR Determination Tool](#) that guides aliens through specific questions to help determine whether they must submit [Form G-325R, Biographic Information (Registration)](#). With almost 47,000 **submissions** as of April 29, USCIS is extensively promoting public awareness of this requirement and the penalties for non-compliance.

USCIS continues to deploy volunteers to support **U.S. Immigration and Customs Enforcement's (ICE)** Enforcement and Removal Operations. USCIS currently has ~450 volunteers detailed to ICE supporting 85 facilities across the country.

 Need Help? Chat with Emma™

AAUP-01654

USCIS is actively **engaged in cross-agency partnerships in immigration enforcement and public safety**, including having facilitated 369 arrests at USCIS field offices since Jan. 20, 2025. Press releases highlighting USCIS involvement in arrests and convictions can be found in the USCIS Newsroom.

In cooperation with ICE, the Diplomatic Security Service and the U.S. Attorney's Office for Maryland, USCIS played a critical role in taking down a large-scale marriage fraud scheme leading to the indictment of four ringleaders and the arrests of aliens attempting to defraud the immigration system.

USCIS is closing screening and vetting loopholes from the Biden Administration and prioritizing the safety of Americans by accurately applying Terrorism Related Inadmissibility Grounds to deny members of transnational crime organizations designated as foreign terrorist organizations access to immigration benefits.

*Ending Exploitation Through Categorical Parole and Temporary Protected Status*

USCIS is fulfilling the administration's goal of **terminating categorical programs** that run contrary to U.S. policy. This includes stopping broad abuse of humanitarian parole authority by ending the Cuban, Haitian, Nicaraguan, and Venezuelan parole program, and ensuring consideration of parole requests on a case-by-case basis. Approximately 531,000 aliens have been notified of the termination of their parole and employment authorization and encouraged to use the U.S. Customs and Border Protection CBP Home app to report their departure from the United States.

**Ending the exploitation and abuse of Temporary Protected Status**, USCIS rescinded the prior administration's extension of Haiti's Temporary Protected Status and ended the extension of Venezuela's 2023 Temporary Protected Status designation.

*Restoring Stronger Safeguards and Commonsense Policies*

USCIS is **restoring robust screening and vetting** capabilities, enabling us to detect aliens with potentially harmful intent and to deter them from trying to enter the United States. USCIS is ensuring officers have access to the tools and training needed to detect immigration fraud and protect national security and is actively increasing awareness of the consequences of immigration fraud. Aliens who use false information or deceitful practices to unfairly obtain immigration benefits will face serious consequences, including prison, steep fines, and removal from the U.S.

Some of our screening and vetting efforts since Jan. 20, 2025, include:

- Completing 7,120 benefit fraud records;
- Identifying fraud in 4,664 number of records;
- Referring 462 benefit fraud records and 4,672 egregious public safety records to ICE for criminal investigation or enforcement;
- Completing 2,271 site visits to workplaces; and
- Screening 3,568 subjects' social media activity.

USCIS adopted **social media vetting for anti-Americanism** to consider social media content that indicates an alien endorsing, espousing, promoting, or supporting antisemitic terrorism, antisemitic terrorist organizations, or other antisemitic or anti-American activity as a negative factor in any USCIS discretionary analysis when adjudicating immigration benefit requests.

AAUP-01655

USCIS initiated an overhaul of the Systematic Alien Verification for Entitlements (SAVE) database to eliminate transaction fees for participating state, local, territorial, and tribal government users, streamline mass alien status checks, and integrate criminal records, immigration timelines, and addresses into results. This will help prevent aliens from exploiting taxpayer-funded public benefits or voting illegally.

USCIS returned to its historical policy of **recognizing only two sexes**, male and female, that are binary, biological, and not changeable. USCIS is working to protect the integrity of women's sports by ensuring that aliens traveling to the United States to compete do so only in sporting events for their biological sex.

USCIS issued new **Covid vaccination guidance,** waiving all requirements for aliens applying for Green Cards to show that they received COVID-19 vaccination.

**USCIS ended coordination on naturalization ceremonies with sanctuary cities** that restrict the ability of law enforcement to cooperate with DHS to enforce immigration laws and keep American communities safe from illegal and violent aliens.

For more information on USCIS and its programs, please visit <u>uscis.gov</u> or follow us on <u>X (formerly Twitter)</u>⧉ , <u>Instagram</u>⧉, <u>YouTube</u>⧉, <u>Facebook</u>⧉ and <u>LinkedIn</u>⧉.

Last Reviewed/Updated: 04/29/2025

AAUP-01656

# EXHIBIT 205



🇺🇸 An official website of the United States Government Here's how you know ⌄

## U.S. DEPARTMENT *of* STATE

**Home** > ... > Announcement of Expanded Screening and Vettin...

★ ★ ★

# Announcement of Expanded Screening and Vetting for Visa Applicants

**MEDIA NOTE**

**OFFICE OF THE SPOKESPERSON**

JUNE 18, 2025

The State Department is committed to protecting our nation and our citizens by upholding the highest standards of national security and public safety through our visa process.  A U.S. visa is a privilege, not a right.

We use all available information in our visa screening and vetting to identify visa applicants who are inadmissible to the United States, including those who pose a threat to U.S. national security.  Under new guidance, we will conduct a comprehensive and thorough vetting, including online presence, of all student and exchange visitor applicants in the F, M, and J nonimmigrant classifications.

To facilitate this vetting, all applicants for F, M, and J nonimmigrant visas will be instructed to adjust the privacy settings on all of their social media profiles to "public."

Our overseas posts will resume scheduling F, M, and J nonimmigrant visa applications soon.  Applicants should check the relevant embassy or consulate website for appointment availability.

Every visa adjudication is a national security decision.  The United States must be vigilant during the visa issuance process to ensure that those applying for admission into the

AAUP-01657

United States do not intend to harm Americans and our national interests, and that all applicants credibly establish their eligibility for the visa sought, including that they intend to engage in activities consistent with the terms for their admission.

---

**TAGS**

Bureau of Consular Affairs      Office of the Spokesperson      U.S. Visas and Green Cards



U.S. DEPARTMENT *of* STATE

White House

USA.gov

Office of the Inspector General

Archives

Contact Us

Privacy Policy

Accessibility Statement

Copyright Information

AAUP-01658

FOIA

No FEAR Act

AAUP-01659

# EXHIBIT 206

Case 5:25-cv-06618-NW    Document 81-5    Filed 03/27/26    Page 317 of 344

7/3/25, 4:49 PM                Fact Sheet: President Donald J. Trump Restricts Foreign Student Visas at Harvard University – The White House

↖ **FACT SHEETS**

## Fact Sheet: President Donald J. Trump Restricts Foreign Student Visas at Harvard University

The White House

June 4, 2025

**RESTRICTING FOREIGN STUDENT VISAS AT HARVARD:** Today, President Donald J. Trump signed a Proclamation to safeguard national security by suspending the entry of foreign nationals seeking to study or participate in exchange programs at Harvard University.

- The Proclamation suspends the entry into the United States of any new Harvard student as a nonimmigrant under F, M, or J visas.

- It directs the Secretary of State to consider revoking existing F, M, or J visas for current Harvard students who meet the Proclamation's criteria.

- The Proclamation does not apply to aliens attending other U.S. universities through the Student Exchange Visa Program (SEVP) and exempts aliens whose entry is deemed in the national interest.

**HARVARD HAS A DEMONSTRATED HISTORY OF CONCERNING FOREIGN TIES AND RADICALISM:**

- The Federal Bureau of Investigation (FBI) has long warned that foreign adversaries take advantage of easy access to American higher education to steal information, exploit research and development, and spread false information.

- The University has seen a drastic rise in crime in recent years, while failing to discipline at least some categories of conduct violations on campus.

- Harvard has failed to provide sufficient information to the Department of Homeland Security (DHS) about foreign students' known illegal or dangerous activities, reporting deficient data on only three students.

AAUP-01743

- Harvard is either not fully reporting its disciplinary records for foreign students or is not seriously policing its foreign students.

- Harvard has also developed extensive entanglements with foreign adversaries, receiving more than $150 million from China alone. In exchange, Harvard has, among other things, hosted Chinese Communist Party paramilitary members and partnered with China-based individuals on research that could advance China's military modernization.
  - The Chinese Communist Party has sent thousands of mid-career and senior bureaucrats to study at U.S. institutions, with Harvard University considered the top "party school" outside the country. Xi Jinping's own daughter attended Harvard as an undergraduate in the early 2010s.

- Harvard has failed to adequately address violent anti-Semitic incidents on campus, with many of these agitators found to be foreign students.

- Harvard has persisted in prioritizing diversity, equity, and inclusion (DEI) in its admissions, denying hardworking Americans equal opportunities by favoring certain groups, despite the U.S. Supreme Court's 2023 ruling against its race-based practices.

- These concerns have compelled the Federal government to conclude that Harvard University is no longer a trustworthy steward of international student and exchange visitor programs.

**HOLDING HARVARD ACCOUNTABLE:** President Trump wants our institutions to have foreign students, but believes that the foreign students should be people that can love our country.

- President Trump: "The students? Well, we want to have great students here. We just don't want students that are causing trouble. We want to have students. I want to have foreign students."

- President Trump: "We have people who want to go to Harvard and other schools

The  WHITE HOUSE

that the foreign students are people that can love our country."

- President Trump: "We are still waiting for the Foreign Student Lists from Harvard so that we can determine, after a ridiculous expenditure of BILLIONS OF DOLLARS, how many radicalized lunatics, troublemakers all, should not be let back

AAUP-01744

Case 5:25-cv-06618-NW    Document 81-5    Filed 03/27/26    Page 319 of 344

7/3/25, 4:49 PM                Fact Sheet: President Donald J. Trump Restricts Foreign Student Visas at Harvard University – The White House

into our Country. Harvard is very slow in the presentation of these documents, and probably for good reason!"



NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

VISIT

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS

Subscribe to The White House newsletter

| Your email | SIGN UP |
|---|---|

Text POTUS to 45470 to receive updates

AAUP-01745



AAUP-01746

# EXHIBIT 207

**Federal Register** / Vol. 90, No. 18 / Wednesday, January 29, 2025 / Presidential Documents    **8337**

# Presidential Documents

Executive Order 14150 of January 20, 2025

## America First Policy Directive to the Secretary of State

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

**Section 1**. *Purpose.* From this day forward, the foreign policy of the United States shall champion core American interests and always put America and American citizens first.

**Sec. 2**. *Policy.* As soon as practicable, the Secretary of State shall issue guidance bringing the Department of State's policies, programs, personnel, and operations in line with an America First foreign policy, which puts America and its interests first.

**Sec. 3**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 20, 2025.*

[FR Doc. 2025–01952
Filed 1–28–25; 8:45 am]
Billing code 3395–F4–P

AAUP-01747

# EXHIBIT 208



United States
Department of State Org Chart

# EXHIBIT 209



# EXHIBIT 210



## Home > ... > Defining Antisemitism

★ ★ ★

# Defining Antisemitism

The Department of State has used a **working definition, along with examples, of antisemitism** since 2010. On May 26, 2016, the 31 member states of the International Holocaust Remembrance Alliance (IHRA), of which the United States is a member, adopted a non-legally binding "working definition" of antisemitism at its plenary in Bucharest. This definition is consistent with and builds upon the information contained in the 2010 State Department definition. As a member of IHRA, the United States now uses this working definition and has encouraged other governments and international organizations to use it as well.

# Bucharest, 26 May 2016

In the spirit of the Stockholm Declaration that states: "With humanity still scarred by … antisemitism and xenophobia the international community shares a solemn responsibility to fight those evils" the committee on Antisemitism and Holocaust Denial called the IHRA Plenary in Budapest 2015 to adopt the following working definition of antisemitism.

On 26 May 2016, the Plenary in Bucharest decided to:

Adopt the following non-legally binding **working definition of antisemitism** 🗗:

"Antisemitism is a certain perception of Jews, which may be expressed as hatred toward Jews. Rhetorical and physical manifestations of antisemitism are directed toward Jewish or non-Jewish individuals and/or their property, toward Jewish community institutions an"

Cookie Settings

AAUP-01806

To guide IHRA in its work, the following examples may serve as illustrations:

Manifestations might include the targeting of the state of Israel, conceived as a Jewish collectivity. However, criticism of Israel similar to that leveled against any other country cannot be regarded as antisemitic. Antisemitism frequently charges Jews with conspiring to harm humanity, and it is often used to blame Jews for "why things go wrong." It is expressed in speech, writing, visual forms and action, and employs sinister stereotypes and negative character traits.

Contemporary examples of antisemitism in public life, the media, schools, the workplace, and in the religious sphere could, taking into account the overall context, include, but are not limited to:

◆ Calling for, aiding, or justifying the killing or harming of Jews in the name of a radical ideology or an extremist view of religion.

◆ Making mendacious, dehumanizing, demonizing, or stereotypical allegations about Jews as such or the power of Jews as collective — such as, especially but not exclusively, the myth about a world Jewish conspiracy or of Jews controlling the media, economy, government or other societal institutions.

◆ Accusing Jews as a people of being responsible for real or imagined wrongdoing committed by a single Jewish person or group, or even for acts committed by non-Jews.

◆ Denying the fact, scope, mechanisms (e.g. gas chambers) or intentionality of the genocide of the Jewish people at the hands of National Socialist Germany and its supporters and accomplices during World War II (the Holocaust

◆ Accusing the Jews as a people, or Israel as a state, of inventing or exaggerating the Holocaust.

◆ Accusing Jewish citizens of being more loyal to Israel, or to the alleged priorities of Jews worldwide, than to the interests of their own nations.

◆ Denying the Jewish people their right to self-determination, e.g., by claiming that the existence of a State of Israel is a racist endeavor.

◆ Applying double standards by requiring of it a behavior not expected or demanded of any other democratic nation.

◆ Using the symbols and images associated with classic antisemitism (e.g., claims of Jews killing Jesus or blood libel) to characterize Israel or Israelis.

AAUP-01807

◆     Drawing comparisons of contemporary Israeli policy to that of the Nazis.

◆     Holding Jews collectively responsible for actions of the state of Israel.

**Antisemitic acts are criminal** when they are so defined by law (for example, denial of the Holocaust or distribution of antisemitic materials in some countries).

**Criminal acts are antisemitic** when the targets of attacks, whether they are people or property – such as buildings, schools, places of worship and cemeteries – are selected because they are, or are perceived to be, Jewish or linked to Jews.

**Antisemitic discrimination** is the denial to Jews of opportunities or services available to others and is illegal in many countries.

---

TAGS

| [Anti-Semitism](#) | [Holocaust Issues](#) | [Human Rights](#) | [Religious Freedom](#) |

---



White House

USA.gov

Office of the Inspector General

Archives

Contact Us

AAUP-01808

Defining Antisemitism - United States Department of State



Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act

AAUP-01809

# EXHIBIT 211

**UNCLASSIFIED (U)**

# 5 FAM 1200
# STATE MESSAGING AND ARCHIVE RETRIEVAL TOOLSET (SMART)

# 5 FAM 1210

## PURPOSE AND SCOPE

*(CT:IM-323;   06-20-2024)*
*(Office of Origin:  DT/ES/MCS/GMS)*

## 5 FAM 1211  PURPOSE AND SCOPE

*(CT:IM-272;   03-02-2020)*

a. This subchapter establishes policy for the State Messaging and Archive Retrieval Toolset (SMART) application.  This policy applies to all Department personnel, contractors, and other U.S. Government agency personnel (referred to as "users") who are authorized access to Department facilities and networks (domestically and abroad).

b. All users of SMART must follow the policy in this subchapter and the associated Telecommunications Handbook (5 FAH-2) when using SMART.

## 5 FAM 1212  AUTHORITIES

*(CT:IM-127;   03-05-2012)*

The authorities for this policy are found in 1 FAM 271.5 and 5 FAM 113.

## 5 FAM 1213  DEFINITIONS

*(CT:IM-300;   06-06-2023)*

**Allied Communications Publication (ACP)**:  One of several publications that regulate the use of allied government transmission facilities.  ACPs are identified by a numerical suffix, ACP-127, ACP-131, etc.

**Addressee**:  The post, collective, individual, or distribution list to whom a message is directed by the originator.  Addressees are indicated as either action or info (information).

AAUP-00341

**Approver**:  An individual who has the authority (or to whom the authority has been delegated) to authorize release of a message or document that carries the authority of the Department of State, including reporting, policy formulation, and management.

**Archive message**:  Department messages that have long-term record value and are stored in the SMART archive.  SMART has two archive message types: cables and record emails.

**Archive:**  The official Department database of all archive messages sent to and received by SMART.  Users can search the archive for messages, save searches, and opt to enable notifications for when messages that meet their interests are added to the archive.  Access to the archive is controlled by role-based access control (RBAC) restrictions.

**Captions:**  Acronyms or phrases used to provide handling or distribution instructions for a cable or record email.  A caption denotes the expected audience of a SMART message, thereby targeting distribution and limiting archive access.  Captions take precedence over all other handling instructions.  Refer to 5 FAH-2 H-440 for more information.

**Classified message**:  In SMART, an archive message that is marked as Confidential or Secret and can only be received and retrieved from the archive by individuals with an appropriate security clearance.

**Clearer**:  An individual who reviews and concurs with message text or substance. SMART messages can have more than one clearer.

**Collective**:  A distribution list of several posts, agencies, and/or organizations grouped for a specific purpose or type of cable traffic.  There are two types of collectives:

(1) **Department-originated**: Only the domestic designated organizations or bureaus within the Department may originate cable traffic to these collectives (i.e., the originator post must be SECSTATE WASHDC); and

(2) **Field-originated**: Only overseas designated posts may originate a cable to these collectives.  Agencies outside the Department are not authorized to use collectives.

**Critical Intelligence (CRITIC):**  A handling symbol and precedence for specially formatted cables, per the Defense Special Security Communications System Operating Instructions [DOI 103] conveying national security information that must be routed to the National Security Agency [NSA] and then delivered to the highest levels of the U.S. Government as fast as possible.  Overseas personnel may only send CRITIC messages via SMART from a classified workstation.

**Dissemination rules:**  Descriptive logic directives that determine message distribution based on logical expressions of the Department's business rules.  Dissemination rules direct SMART to perform actions based on the properties or metadata of a message, the keyword contents of the message, and job roles assigned to a user.  These rules allow messages to be distributed to

AAUP-00342

necessary recipients through derived addresses rather than only to direct addresses.

**Enclave**:  The Department's two enterprise networks:  ClassNet for processing up to SECRET level information, and OpenNet for processing up to Sensitive but Unclassified (SBU) information.  SMART processes and archives only unclassified and SBU messages on OpenNet.  Both unclassified and classified messages are processed and archived on ClassNet.  With the exception of the United States Department of Agriculture, cable traffic originating from outside agencies is processed on ClassNet.  Almost all unclassified traffic originating from other agencies passes through an electronic cross domain security guard for access on OpenNet.

**Main State Messaging Center (MSMC) administrator**:  An administrator at SMART's central site, the Department's Messaging Center.

**Metadata:**  Descriptive information about the content of a SMART message including, but not limited to, precedence, classification, TAGS, captions, special handling and passing instructions, drafters, clearers and approvers, and addressees.

**Microsoft Outlook:**  The software application on which the SMART Client runs.

**Originator:**  The post or organization that initiates a message.

**Personally identifiable information (PII):**  (as defined by OMB M-07-16) Information that can be used to distinguish or trace an individual's identity; such as their name, Social Security number, biometric records, etc., alone, or when combined with other personal or identifying information, which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.  Refer to 5 FAM 460 for more information.

**Plain language address (PLA):**  A unique readable name for use in the address component of a Command, Control, and Communications (C3) system message (i.e., cable).  A PLA is an organizational address that identifies an organization or a group of organizations (e.g., SECSTATE WASHDC, AMEMBASSY ABUJA, AMCONSUL DURBAN, ALL EUROPE COLLECTIVE).

**Precedence:**  A designation assigned to a cable by the drafter to indicate the relative urgency of the cable's subject matter to the addressee.  The selected precedence dictates the message processing path and alerts addressees to the level of action required.  Generally, there are two precedence categories:

(1)  Standard; and

(2)  High.

**Recipient:**  Someone that SMART delivers a message to based on derived or direct addressing.

**Releaser:**  A user who sends an archive message.  In SMART, a user must be provisioned with release authority to send a cable.  Any user with a SMART account can send a record email.

AAUP-00343

**Rolebased access control (RBAC):**  A method of restricting information access based on the roles of individual users within an organization.  Users have access rights only to the information they need to do their jobs.  In SMART, RBAC is enforced using captions, traffic analysis by geography and subject (TAGS), sensitivity, assigned post, employee type, and classification.   RBAC is enforced when messages are disseminated and when users search the SMART archive.

**Sensitive but unclassified (SBU) message:**  Information that is not classified for national security reasons, but that warrants a degree of protection and administrative control that meets the criteria for exemption from public disclosure set forth under Sections 552 and 552a of Title 5, United States Code: the Freedom of Information Act and the Privacy Act.  See 12 FAM 540 for details on SBU.

**SMART message:**  Electronically transmitted official and unofficial correspondence known as cables and record emails.

**SMART post administrator:**  The local system administrator at a post abroad or at some domestic offices in the Department who manages the SMART users, messages, and post within their purview.

**State Messaging and Archive Retrieval Toolset (SMART)**:  The Department's cable and record email application designed as a simple, secure, and user-driven system to support the conduct of diplomacy through modern messaging, dynamic archiving, and information sharing.  SMART enables users to send and receive organizational authority messages and other messages with long-term value on both OpenNet and ClassNet.  These messages are stored and searchable in the SMART Archive.

**Traffic analysis by geography and subject (TAGS):**  Abbreviations that aid in identifying subject content, world locations, and programs in communications disseminated throughout the Department and posts.  These markings are metadata that factor into message dissemination, message retrieval, and disposition in the archive.  TAGS types include: subject, geographical, program, organizational, and personal.  SMART requires at least one subject TAGS on archive messages.

# 5 FAM 1214  MESSAGE TYPES AND THEIR USAGE

## 5 FAM 1214.1  Archive Messages

*(CT:IM-300;   06-06-2023)*

a. There are two types of SMART archive messages: cables and record emails.   See 5 FAM 1214.2 and 5 FAM 1214.3 for definitions of these message types.

b. When drafting, approving, and/or releasing archive messages, a user must comply with 5 FAM 400, 5 FAM 1200, 5 FAH-1, 5 FAH-2, 12 FAM 500, 12 FAM

AAUP-00344

600, 12 FAH-6 H-540 and any other Department requirements concerning records management, correspondence, and information security.

c.  Other agencies must comply with Department standards and procedures when using the Department's communications systems.  At post, the messaging regulations for other agencies will be followed only when they do not conflict with or adversely impact the Department's systems and requirements.

d. Include at least one subject TAGS (see 5 FAH-1 H-140) and an appropriate subject line on all Department archive messages.  SMART automatically applies Executive Order 13526 information to Department archive messages.

e. All archive messages must be marked accordingly using the appropriate sensitivity marking category designator (see 12 FAM 540).

# 5 FAM 1214.2  CABLES

*(CT:IM-300;   06-06-2023)*

a. Cables are official records of Department of State policies, program activities, post operations, and personnel management.  Cables are archive messages that are sent to organizational addressees (SECSTATE, AMEMBASSY, AMCONSUL, etc.) and are disseminated according to system rules and user profiles.  Cables are always cleared and approved, either directly or through delegation, and carry organizational authority.

b. Cables contain official evidence of the Department's business.

c.  Cables require a PLA in the line.

d. Cables may be addressed to individuals in the info line.

e. Cables must have precedence, TAGS, and classification defined.

f.  Cables may contain captions to restrict dissemination and archive access.

g. Cables may be marked 'Addressee Only' to limit search access to the releaser and message addressees, subject to RBAC permissions.

h. Cables may carry the privacy/PII marking as a reminder to safeguard the content appropriately.  This marking must be used in conjunction with a restrictive caption or SMART's 'Addressee Only' option to limit dissemination and/or search access.

i. Cables must display the signature of the designated principal in charge as the authority for release at the end of the cable.

j. Cables must have message reference numbers as unique identifiers.

k. Cables are saved to the archive.

l. Cables can be searched and retrieved from the archive depending on user RBAC permissions. Unclassified ALDAC messages, without restrictions, are accessible to all authenticated cleared personnel regardless of a SMART account.

AAUP-00345

## 5 FAM 1214.3  Record Email

*(CT:IM-300;   06-06-2023)*

a. A record email is a message, or an email converted to an archive message, whose content adds to a proper understanding of the formulation and execution of basic policies, decisions, actions, or responsibilities of Department offices and posts abroad, and as such is stored in the SMART archive for its long-term record value.  Record emails may be analogous to memos, correspondence, important meeting notes, and other documents with long-term value.  There are two types of record email:

   (1)  Message directly addressed (MDA), and

   (2)  For the record (FTR).

b. MDA record emails are addressed to individuals or distribution lists and assigned a unique identifier as a MDA (e.g., 21 MDA 12345).

c.  FTR emails are addressed to the archive and assigned a unique identifier as a message "For the Record" (e.g., 21 FTR 4567).

d. Record emails must have a TAGS and classification defined.

e. Record emails may contain captions to restrict dissemination and archive access.

f.  Record emails may be marked 'Addressee Only' to limit search access to the releaser and message addressees, subject to RBAC permissions.

g. Record emails may carry the Privacy/PII marking as a reminder to safeguard the content appropriately.  This marking must be used in conjunction with a restrictive caption or SMART's 'Addressee Only' option to restrict dissemination and/or search access.

h. SMART does not require record emails to have a clearer or approver.

i.  Record emails will not display the signature of the designated principal in charge as the authority for release at the end of the email.

j.  Record emails can be searched and retrieved from the archive, depending on user RBAC permissions.

# 5 FAM 1215  REPORTING SMART PROBLEMS

*(CT:IM-272;   03-02-2020)*

Domestic users experiencing problems with SMART should contact the IT Service Center at ITServiceCenter@state.gov or 202-647-2000.  Users abroad experiencing problems with SMART should contact their local information management (IM) staff.

AAUP-00346

# 5 FAM 1216  SMART SYSTEM ADMINISTRATOR TRAINING

*(CT:IM-272;   03-02-2020)*

a. SMART post administrators are required to complete annual SMART system administrator training.  For current SMART system administrator course offerings and schedules, please see the FSI OpenNet site.

b. A "Post Administrator Training Report" in SMART's Full Reporting can assist post administrators with tracking their training due date.  SMART also sends reminder emails when training is due.

# 5 FAM 1217  THROUGH 1219  UNASSIGNED
**UNCLASSIFIED (U)**

AAUP-00347

# EXHIBIT 212

The **Foreign Affairs Manual (FAM)** and associated **Handbooks (FAHs)** are a single, comprehensive, and authoritative source for the Department's organization structures, policies, and procedures that govern the operations of the State Department, the Foreign Service and, when applicable, other federal agencies. The FAM (generally policy) and the FAHs (generally procedures) together convey codified information to Department staff and contractors so they can carry out their responsibilities in accordance with statutory, executive and Department mandates.



| Enter Search Text | Search |

# FAM Volume Listing

## 1 FAM Organization and Functions
Policy Manual

View Table of Contents

View Changes

## 2 FAM General
Policy Manual

View Table of Contents

View Changes

## 3 FAM Personnel
Policy Manual

View Table of Contents

View Changes

## 4 FAM Financial Management
Policy Manual

View Table of Contents

View Changes

## 5 FAM Information Management

AAUP-00358

Policy Manual

View Table of Contents

View Changes

## 6 FAM General Services

Policy Manual

View Table of Contents

View Changes

## 7 FAM Consular Affairs

Policy Manual

View Table of Contents

View Changes

## 8 FAM FAM Passports and Consular Reports of Birth Abroad

Policy Manual

View Table of Contents

View Changes

## 9 FAM Visas

Policy Manual

View Table of Contents

View Changes

## 10 FAM Public, Educational, and Cultural Affairs

Policy Manual

View Table of Contents

View Changes

AAUP-00359

## 11 FAM Legal and Political Affairs

Policy Manual

View Table of Contents

View Changes

## 12 FAM Diplomatic Security

Policy Manual

View Table of Contents

View Changes

## 13 FAM Training and Professional Development

Policy Manual

View Table of Contents

View Changes

## 14 FAM Logistics Management

Policy Manual

View Table of Contents

View Changes

## 15 FAM Overseas Buildings Operations

Policy Manual

View Table of Contents

View Changes

## 16 FAM Medical

Policy Manual

View Table of Contents

AAUP-00360

View Changes

## 18 FAM Programs, Practices, and Planning

Policy Manual

View Table of Contents

View Changes

## 19 FAM Cybersecurity Guidance

Policy Manual

View Table of Contents

View Changes

## 20 FAM Data and Artificial Intelligence

Policy Manual

View Table of Contents

View Changes

---

© 2025 – Department of State: FAM Website    STATE.GOV    USA.GOV    Privacy and Disclaimers    Contact