# TRIAL TRANSCRIPTS

*American Association of University Professors v. Rubio*, No. 25-10685 (D. Mass)