Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (Mich. Bar #P78981)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@fire.org
Email: daniel.zahn@fire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@fire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br><br>    *Defendants*. | Case No. 5:25-cv-06618-NW<br><br>**PLAINTIFFS' UNILATERAL STATEMENT OF DISPUTED FACTS** |

| Claim or Defense | Plaintiffs' Disputed Facts & Supporting Evidence | Opposing Party's Response & Supporting Evidence |
|---|---|---|
| **All Claims (Facts Related to Standing)** | | |
| Issue 5:  Whether the government has threatened enforcement. | Fact 1:   Mr. Miller had conversations about revoking student visas with John Armstrong, Senior Bureau Official within the U.S. Department of State's Bureau of Consular Affairs who would later revoke Ms. Öztürk's visa and author memos to Secretary Rubio recommending he render Mr. Khalil, Mr. Mahdawi, and Mr. Khan Suri deportable. *AAUP* Trial Transcript July 18, at 16–17, Dkt. No. 82-9. | |
| Issue 6: Whether the government has disavowed future enforcement. | Fact 2:   President Trump has never disavowed enforcing the Deportation and Revocation Provisions against protected speech. Joint Facts 94–102, 104, 117, 124, 133–136 186–187, 194, 222, 248, 266–67.  Fact 3:   Secretary Rubio has never disavowed enforcing the Deportation and Revocation Provisions against protected speech. Joint Facts 103, 105–116, 118–120, 122–123, 126–128, 130–132, 134–136, 184, 194, 222, 248, 266–67, 269–271.  Fact 4:   Former Secretary Noem has never disavowed enforcing the Deportation and Revocation Provisions against protected speech. Joint Facts 121, 129, 134–136, 189–193, 194, 222, 248, 266–67, 269–271.  Fact 5:   Current Secretary Mullin has never disavowed enforcing the Deportation and Revocation Provisions against protected speech. Joint Facts 134–136, 194, 222, 248, 266. | |

Dated: April 9, 2026

Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Respectfully Submitted,

/s/ *Conor T. Fitzpatrick*
Conor T. Fitzpatrick (Mich. Bar #P78981)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@fire.org
Email: daniel.zahn@fire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@fire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*