Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (Mich. Bar #P78981)*
Daniel A. Zahn (D.C. Bar #90027403)*
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@fire.org
Email: daniel.zahn@fire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@fire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, <br><br> *Defendants*. | Case No. 5:25-cv-06618-NW <br><br><br> **JOINT STATEMENT OF TIME ESTIMATE** |

Following the Court's Order, *see* Dkt. No. 83, the parties have conferred and file this joint statement estimating the time needed for the bench trial on the papers. Each side anticipates needing roughly two hours to present their cases and arguments. The parties expect and welcome any questions from the Court as they arise and, to allow sufficient time for meaningful engagement, respectfully suggest the Court add an additional two hours to the time set aside for the hearing to ensure the parties can fully respond. The parties therefore estimate that six hours will be the total time needed. The parties also inform the Court they are available for the full day should the Court have additional questions.

Dated: April 14, 2026                            Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Kelsey J. Helland*                          /s/ *Conor T. Fitzpatrick*
KELSEY J. HELLAND                                Conor T. Fitzpatrick (Mich. Bar #P78981)*
Assistant United States Attorney                 Daniel A. Zahn (D.C. Bar #90027403)*
United States Attorney's Office                  **FOUNDATION FOR INDIVIDUAL**
Northern District of California                  **RIGHTS AND EXPRESSION (FIRE)**
Telephone: (415) 436-6488                        700 Pennsylvania Avenue SE, Suite 340
Email: kelsey.helland@usdoj.gov                  Washington, DC 20003
                                                 Telephone: (215) 717-3473
*Counsel for Defendants*                         Email: conor.fitzpatrick@fire.org
                                                 Email: daniel.zahn@fire.org

                                                 Colin P. McDonell (Cal. Bar #289099)
                                                 **FOUNDATION FOR INDIVIDUAL**
                                                 **RIGHTS AND EXPRESSION (FIRE)**
                                                 510 Walnut Street, Suite 900
                                                 Philadelphia, PA 19106
                                                 Telephone: (215) 717-3473
                                                 Email: colin.mcdonell@fire.org

                                                 *Admitted pro hac vice

                                                 Marc Van Der Hout (Cal. Bar #80778)
                                                 Johnny Sinodis (Cal. Bar #290402)
                                                 Oona Cahill (Cal. Bar #354525)
                                                 **VAN DER HOUT LLP**
                                                 360 Post Street, Suite 800
                                                 San Francisco, CA 94108
                                                 Telephone: (415) 981-3000

-1-

JOINT STATEMENT OF TIME ESTIMATE                         No. 5:25-cv-06618-NW

-2-

Facsimile: (415) 981-3003
Email: ndca@vblaw.com

*Counsel for Plaintiffs*

In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

JOINT STATEMENT OF TIME ESTIMATE                    No. 5:25-cv-06618-NW