Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (Mich. Bar #P78981)*
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@fire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@fire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION, JANE DOE, and JOHN DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, <br><br> *Defendants*. | Case No. 5:25-cv-06618-NW <br><br><br> **STIPULATION FOR DISMISSAL OF PLAINTIFF JOHN DOE** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of John Doe as a plaintiff in this action. John Doe has departed the United States due to the imminent expiration of his legal status in the United States pursuant to a student visa. The Stanford Daily Publishing Corporation and Jane Doe remain as plaintiffs and the parties agree John Doe's dismissal does not affect the pending issues awaiting resolution by the Court.

Dated: July 27, 2026                                    Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Kelsey J. Helland*                                /s/ *Conor T. Fitzpatrick*
KELSEY J. HELLAND                          Conor T. Fitzpatrick (Mich. Bar #P78981)*
Assistant United States Attorney         **FOUNDATION FOR INDIVIDUAL**
United States Attorney's Office            **RIGHTS AND EXPRESSION (FIRE)**
Northern District of California             700 Pennsylvania Avenue SE, Suite 340
Telephone: (415) 436-6488                 Washington, DC 20003
Email: Kelsey.Helland@usdoj.gov       Telephone: (215) 717-3473
                                                           Email: conor.fitzpatrick@fire.org
*Counsel for Defendants*
                                                           Colin P. McDonell (Cal. Bar #289099)
                                                           **FOUNDATION FOR INDIVIDUAL**
                                                           **RIGHTS AND EXPRESSION (FIRE)**
                                                           510 Walnut Street, Suite 900
                                                           Philadelphia, PA 19106
                                                           Telephone: (215) 717-3473
                                                           Email: colin.mcdonell@fire.org

                                                           *Admitted pro hac vice

                                                           Marc Van Der Hout (Cal. Bar #80778)
                                                           Johnny Sinodis (Cal. Bar #290402)
                                                           Oona Cahill (Cal. Bar #354525)
                                                           **VAN DER HOUT LLP**
                                                           360 Post Street, Suite 800
                                                           San Francisco, CA 94108
                                                           Telephone: (415) 981-3000
                                                           Facsimile: (415) 981-3003
                                                           Email: ndca@vblaw.com

                                                           *Counsel for Plaintiffs*

In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

-1-

STIPULATION FOR DISMISSAL OF PLAINTIFF JOHN DOE            No. 5:25-cv-06618-NW