Marc Van Der Hout (Cal. Bar #80778)
Johnny Sinodis (Cal. Bar #290402)
Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Conor T. Fitzpatrick (Mich. Bar #P78981)*
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
Email: conor.fitzpatrick@fire.org

Colin P. McDonell (Cal. Bar #289099)
**FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)**
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Email: colin.mcdonell@fire.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE STANFORD DAILY PUBLISHING CORPORATION and JANE DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, <br><br> *Defendants*. | Case No. 5:25-cv-06618-NW <br><br> **JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Local Rule 16-9(a), the parties jointly state the following: The Court has federal question jurisdiction over this matter under 28 U.S.C. § 1331. Service has been completed. Plaintiffs Stanford Daily Publishing Corporation and Jane Doe allege that two provisions of the Immigration and Nationality Act facially violate the First and Fifth Amendments to the United States Constitution as applied to enforcement based on protected speech. On May 27, 2026, pursuant to a stipulation by the parties that this Court should resolve the remaining issues of law and any issues of fact on a defined record, the Court held a hearing on the parties' assented-to trial on the papers. The parties are awaiting the Court's ruling. Because of that, the parties inform the Court they do not envision any future amendment of pleadings, evidence preservation issues, disclosures, discovery, or the like. Because this action is a constitutional challenge to a federal statute, the parties have not engaged in and do not anticipate engaging in settlement discussions. This matter is ready for a resolution by the Court.

Dated: August 10, 2026                                  Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Kelsey J. Helland*                                 /s/ *Conor T. Fitzpatrick*
KELSEY J. HELLAND                                       Conor T. Fitzpatrick (Mich. Bar #P78981)*
Assistant United States Attorney                        **FOUNDATION FOR INDIVIDUAL**
United States Attorney's Office                         **RIGHTS AND EXPRESSION (FIRE)**
Northern District of California                         700 Pennsylvania Avenue SE, Suite 340
Telephone: (415) 436-6488                               Washington, DC 20003
Email: Kelsey.Helland@usdoj.gov                         Telephone: (215) 717-3473
                                                        Email: conor.fitzpatrick@fire.org
*Counsel for Defendants*
                                                        Colin P. McDonell (Cal. Bar #289099)
                                                        **FOUNDATION FOR INDIVIDUAL**
                                                        **RIGHTS AND EXPRESSION (FIRE)**
                                                        510 Walnut Street, Suite 900
                                                        Philadelphia, PA 19106
                                                        Telephone: (215) 717-3473
                                                        Email: colin.mcdonell@fire.org

                                                        *Admitted pro hac vice

                                                        Marc Van Der Hout (Cal. Bar #80778)
                                                        Johnny Sinodis (Cal. Bar #290402)

Oona Cahill (Cal. Bar #354525)
**VAN DER HOUT LLP**
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

*Counsel for Plaintiffs*

In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.