United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STANFORD DAILY PUBLISHING CORPORATION, et al.,

Plaintiffs,

v.

MARCO RUBIO, et al.,

Defendants.

Case No. 25-cv-06618-NW

**JUDGMENT**

On August 28, 2026, following a Federal Rule of Civil Procedure 52(a)(1) bench trial on the papers, the Court issued declaratory judgment in favor of Plaintiffs Jane Doe and Stanford Daily Publishing Corporation. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiffs and against Defendants Marco Rubio, in his official capacity as Secretary of State, and Markwayne Mullin, in his official capacity as Secretary of Homeland Security. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 28, 2026

Noël Wise
United States District Judge