CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6488
FAX: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD DAILY PUBLISHING CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUBIO, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-06618-NW<br><br>**NOTICE OF APPEAL**<br><br>The Honorable Noël Wise |

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's August 28, 2026 Memorandum of Decision (Dkt. No. 108) and Judgment (Dkt. No. 109).

Date: October 14, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendants